# EXHIBIT 1

# 2019 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** L&J CONTRACTORS INC
**ENTITY ID:** 1903857
**ENTITY TYPE:** Domestic For-Profit (Business) Corporation
**CHARACTER OF BUSINESS:** Construction
**AUTHORIZED SHARES:** Share Class: COMMON Share Series: Share Total: 1000
**ISSUED SHARES:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** JANA FLAGLER
**PHYSICAL ADDRESS:** FLAGLER LAW PLLC ONE COPPER QUEEN PLAZA , BISBEE, AZ 85603
**MAILING ADDRESS:** FLAGLER LAW PLLC PO BOX 569, BISBEE, AZ 85603

## KNOWN PLACE OF BUSINESS

38 PAGE LANE, ELGIN, AZ 85611

## PRINCIPAL OFFICE ADDRESS

## PRINCIPAL INFORMATION

Director: Jean M. Yates - 38 PAGE LANE, ELGIN, AZ 85611, USA - - Date of Taking Office: 01/01/2019
President: JEAN M YATES - 38 PAGE LANE, ELGIN, AZ 85611, USA - - Date of Taking Office: 09/19/2018

## SIGNATURE

President: Jean M Yates - 10/10/2019