# EXHIBIT 5



**CONTRACT NO. W9126G19C0025**

**DATE:  MAY 2019**

# U.S. ARMY CORPS OF ENGINEERS
**FT. WORTH DISTRICT**

## DESIGN/BID/BUILD

## FY19 Department of Homeland Security-Centralized Processing Center-El Paso

## El Paso County, Texas

## CONTRACT AWARD, SPECIFICATIONS & DRAWINGS

**TABLE OF CONTENTS**

**DIVISION 00 – PROCUREMENT AND CONTRACTING REQUIREMENTS**

| | |
|---|---|
| 00 10 00 | SOLICITATION, OFFER, AND AWARD (SF1442); PROPOSAL SCHEDULE |
| 00 21 00 | INSTRUCTIONS |
| 00 70 00 | CONDITIONS OF THE CONTRACT |
| 00 72 00 | GENERAL CONDITIONS |

**DIVISION 01 - GENERAL REQUIREMENTS**

| | |
|---|---|
| 01 01 01 | SPECIAL CONTRACT REQUIREMENTS |
| 01 11 00 | SUMMARY OF WORK |
| 01 14 00 | WORK RESTRICTIONS |
| 01 20 00 | INTERFACE WITH OTHER WORK |
| 01 22 00.00 10 | PRICE AND PAYMENT PROCEDURES |
| 01 30 00 | ADMINISTRATIVE REQUIREMENTS |
| 01 32 01.00 10 | PROJECT SCHEDULES |
| 01 33 00 | SUBMITTAL PROCEDURES |
| 01 35 26 | GOVERNMENT SAFETY REQUIREMENTS |
| 01 42 00 | SOURCES FOR REFERENCE PUBLICATIONS |
| 01 45 00.00 10 | QUALITY CONTROL |
| 01 45 00.15 10 | RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE (RMS CM) |
| 01 45 35 | SPECIAL INSPECTIONS |
| 01 50 00 | TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS |
| 01 54 00 | SECURITY |
| 01 57 19 | TEMPORARY ENVIRONMENTAL CONTROLS |
| 01 58 00 | PROJECT IDENTIFICATION |
| 01 62 35 | RECYCLED/RECOVERED MATERIALS |

01 74 19          CONSTRUCTION AND DEMOLITION WASTE MANAGEMENT

01 78 00          CLOSEOUT SUBMITTALS

01 78 23          OPERATION AND MAINTENANCE DATA

01 78 24.00 10    FACILITY DATA REQUIREMENTS

01 91 00          COMMISSIONING

**DIVISION 26 - ELECTRICAL**

26 32 15.00 10    DIESEL OR NATURAL GAS GENERATOR SETS

**DIVISION 31 - EARTHWORK**

31 00 00          EARTHWORK

31 11 00          CLEARING AND GRUBBING

**DIVISION 32 – EXTERIOR IMPROVEMENTS**

32 16 13          CONCRETE SIDEWALKS AND CURBS AND GUTTERS

**DIVISION 33 - UTILITIES**

33 11 00          WATER UTILITY DISTRIBUTION PIPING

33 11 23          NATURAL GAS AND LIQUID PETROLEUM PIPING

33 30 00          SANITARY SEWERS

33 40 00          STORM DRAINAGE UTILITIES

**Appendices**
Appendix A: Space Requirements
Appendix B: Pod Wall Performance Specification
Appendix C: Drilling Logs:
DH01BLB01
DH01BLB02
DH01BLB03
DH01BLB04
DH01BLB05
Appendix D: EL PASO BPS Location Map
Appendix E: DHS CPC Modular Facility Area Map
Appendix F:
EP BP Sht CU-401 Existing Site & Utilities
EP BP Sht CG-401 Partial Grading and Drainage Plan EP
BP Sht CP-401 Partial Paving Plan
EP BP Sht GB-101 Subsurface Investigation Plan
EP BP Sht FP-100 Main Building Overall Floor Plan
EP BP Sht CG-101 Overall Site Grading & Drainage Plan
EP BP Sht CU-101 Overall Site Utility Plan (FDC Connx)
EP BP Sht FP-101 Main Bldg Fire Sprinkler Plan Area A
EP BP Sht CU-402 Partial Utility Plan
EP BP Sht CU-403 Partial Utility Plan
EP BP Sht FP-107 Fire Protection Details (Riser)

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W9126G19R0097-0006 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 05-Apr-2019 | PAGE OF PAGES 1 OF 175 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. W9126G19C0025 | 5. REQUISITION/PURCHASE REQUEST NO. W45XMA912240610001 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY          CODE   W9126G | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH ATTN: CESWF-CT 819 TAYLOR ST, ROOM 2A17 FORT WORTH TX 76102-0300 | **See Item 7** |
| TEL: 817-886-1043        FAX: 817-886-6403 | TEL:                    FAX: |

| 9. FOR INFORMATION CALL: | A. NAME ROBERT M DURAN | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 817-886-1070 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS          *(Title, identifying no., date):*

El Paso Modular CPC

Border Patrol Station (BPS), El Paso, TX

In accordance with the DOD/SBA Partnering Agreement dated January 7, 2013, this requirement will proceed as an 8(a) sole source

procurement. DFARS 236.204 - Magnitude of Construction is between $10M - $20M.

Point of Contact Email: clyde.gardner@usace.army.mil

11. The Contractor shall begin performance within 2 calendar days and complete it within **90** calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☐ mandatory, ☐ negotiable. *(See 52.211-10 )*

12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES ☐ NO | 12B. CALENDAR DAYS 2

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___1___ copies to perform the work required are due at the place specified in Item 8 by 8:00AM *(hour)* local time 29 APR 2019 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. shall Sealed envelopes containing offers be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___90___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212                    1442-101                    **STANDARD FORM 1442** (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e)

## SOLICITATION, OFFER, AND AWARD  (Continued)
### (Construction, Alteration, or Repair)

**OFFER**   *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR   *(Include ZIP Code)*<br>KOMAN CONSTRUCTION, LLC<br>MATTHEW YATES<br>2700 GAMBELL ST STE 401<br>ANCHORAGE AK 99503-2833 | 15. TELEPHONE NO.   *(Include area code)*<br>(520) 678-2164 |
|---|---|
| | 16. REMITTANCE ADDRESS   *(Include only if different than Item 14)*<br><br>**See Item 14** |

| CODE<br>7K6A5 | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due.   *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS    SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER   *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD**  *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| 22. AMOUNT<br>**$21,884,014.91** | 23. ACCOUNTING AND APPROPRIATION DATA<br>**See Schedule** | |
|---|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | **ITEM** | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)   ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY          CODE<br><br>**See Item 7** | 27. PAYMENT WILL BE MADE BY:          CODE    964145<br>USACE FINANCE CENTER MILLINGTON<br>ATTN: CEFC-AO-P<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 |
|---|---|

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☐ 28. NEGOTIATED AGREEMENT   *(Contractor is required to sign this document and return _____ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☑ 29. AWARD   *(Contractor is not required to sign this document.)*<br>Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN   *(Type or print)*   Robert Kyrklund | 31A. NAME OF CONTRACTING OFFICER          *(Type or print)*<br>CARL S OELSCHIG / Contract Specialist<br><br>TEL: 817-886-1060      EMAIL: carl.s.oelschig@usace.army.mil |
| 30B. SIGNATURE<br>*Robert Kyrklund* | 30C. DATE<br>06-May-2019 | 31B. UNITED STATES OF AMERICA<br>BY *Carl C. Oelschig* | 31C. AWARD DATE<br>06-May-2019 |

NSN 7540-01-155-3212                                                        **STANDARD FORM 1442 BACK**      (REV. 4-85)

**SOLICITATION, OFFER, AND AWARD  (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER**   *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR        *(Include ZIP Code)* | 15. TELEPHONE NO.       *(Include area code)* |
|---|---|
| KOMAN Construction LLC<br>1490 S. Price Rd Suite #211<br>Chandler, AZ 85286 | (480)750-7104 |

16. REMITTANCE ADDRESS       *(Include only if different than Item 14)*

**See Item 14**

| CODE | FACILITY CODE |
|---|---|
| | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within __30__ calendar days after the date offers are due.       *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS       SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | 001 | 002 | 003 | 004 | 005 | 006 | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 4/10/19 | 4/12/19 | 4/15/19 | 4/18/19 | 4/26/19 | 5/1/19 | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER   *(Type or print)*  Robbie Kyrklund | 20B. SIGNATURE     *Robert Kyrklund* | 20C. OFFER DATE<br>5/2/2019 |
|---|---|---|

**AWARD**   *(To be completed by Government)*

21. ITEMS ACCEPTED: Base Bid (CLINs 0001-0004) accepted and awarded. Amend 0001, dated 10-APR-19; Amend 0002, dated 12-APR-19; Amend 0003, dated 15-APR-19; Amend 0004, dated 18-APR-19, Amend 0005, dated 26-APR-19; Amendment 0006, dated 01-MAY-19. 14 DAYS PROMPT PAYMENT. PROJECT DURATION: 90 days from Notice to Proceed to Beneficial Occupancy Date (BOD). 90 day duration ends at BOD, Offeror's Final Proposal, dated.02-May-2019.

| 22. AMOUNT<br>$21,884,014.91 | 23. ACCOUNTING AND APPROPRIATION DATA<br>SEE SCHEDULE, PAGE 5 |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | **ITEM** | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)       ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY       CODE   967494 | 27. PAYMENT WILL BE MADE BY:       CODE   964145 |
|---|---|
| EL PASO RESIDENT OFFICE<br>8037 LOCKHEED DR, SUITE 210, BOX 3<br>EL PASO TX 7992520B. | DEPARTMENT OF THE ARMY<br>US ARMY CORPS OF ENGRS<br>FINANCE CENTER<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT   *(Contractor is required to sign this document and return _____ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☐ 29. AWARD   *(Contractor is not required to sign this document.)*<br>Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN   *(Robert Kyrklund* | 31A. NAME OF CONTRACTING OFFICER       *(Type or print)* |
|---|---|
| 30B. SIGNATURE     *Robert Kyrklund* | 30C. DATE<br>05/06/2019 | TEL:              EMAIL: |
| | | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD DATE |

STANDARD FORM 1442 BACK   (REV. 4-85)

Contract W9126G19C0025
Solicitation No. W9126G19R0097
Amendment 0006
Page 3 of 175

PROPOSAL SCHEDULE
(To be attached to SF 1442)

| Item No. | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| BASE BID | | | | | |
| 0001 | CPC Holding Facility, Complete | 1 | JOB | JB | $ 16,886,411.62 |
| 0002 | Furniture, Fixtures & Equipment, Complete | 1 | JOB | JB | $ 391,182 |
| 0003 | Diesel Generator and ATS Power, Complete | 1 | JOB | JB | $ 977,157 |
| 0004 | Site Work and Utilities, Complete | 1 | JOB | JB | $ 3,629,264.29 |
| TOTAL AMOUNT BASE BID | | | | | $ 21,884,014.91 |

NOTES:

1. Award of all proposal items will be made to one bidder.

2. ARITHMETIC DISCREPANCIES:

   (a)  For the purpose of initial evaluation of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

        (1)  Obviously misplaced decimal points will be corrected;

Contract W9126G19C0025
Solicitation No. W9126G19R0097
Amendment 0006
Page 3a of 175

PROPOSAL SCHEDULE


NOTES:  (Cont'd)

      (2)  Discrepancy between unit price and extended price, the unit price will govern;

      (3)  Apparent errors in extension of unit prices will be corrected;

      (4)  Apparent errors in addition of lump-sum and extended prices will be corrected.

    (b)  For the purposes of bid evaluation, the government will proceed on the assumption that the bidder intends the bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

    (c)  These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.


3.  If a modification to a bid based on unit prices is submitted, which provides for a lump sum adjustment to the total estimated cost, the application of the lump sum adjustment to each unit price in the bid schedule must be stated.  If it is not stated, the bidder agrees that the lump sum adjustment shall be applied on a pro rata basis to every unit price in the bid schedule.

4.  PROGRESS PAYMENT REQUESTS made by the Contractor pursuant to the provisions of Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, shall be submitted on ENG FORM 93 to the administration office as designated in Block 26, Standard Form 1442 Back, Solicitation, Offer and Award.  ENG FORM 93 shall be submitted to that office on the 1st of each month in appropriate form and certified.  Photocopies of the form shall be furnished on that same date to the Corps of Engineers offices designated at the Pre-Construction Conference.

5.  ACCRUALS.  In accordance with USACE Engineer Financial Regulation (ER) 37-1-30, and other applicable Federal and DOD financial accounting standards, the Contractor must assist government personnel with providing reasonably accurate estimates of the value of goods and/or services rendered to the Government pursuant to this contract for each calendar month during which goods and services are delivered.   Standard forms and instructions will be provided by the Government to assist with meeting this requirement.  These monthly estimates, which facilitate timely entry of accruals, must be received by the Government on or before four (4) business days prior to each calendar month-end.

Contract W9126G19C0025
Solicitation No. W9126G19R0097
Amendment 0006
Page 3b of 175

PROPOSAL SCHEDULE

NOTES:  (Cont'd)

6.  UNIT ABBREVIATIONS

JB  = JOB

- END OF PROPOSAL SCHEDULE -

W9126G19C0025

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|------|---------------|----------|-----------------|---------------|
| 0001 | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB: Destination | W9126G |
| 0002 | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W9126G |
| 0003 | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W9126G |
| 0004 | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W9126G |

ACCOUNTING AND APPROPRIATION DATA

AA: 096 NA X 2019 3122 000 0000 CCS 999 M2 2019 08 2455 0WDDHS 96412 3230 2K8J6H23J66C
AMOUNT: $21,884,014.91

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 0001 | W45XMA912240610001 | $16,886,411.62 |
| | 0002 | W45XMA912240610001 | $391,182.00 |
| | 0003 | W45XMA912240610001 | $977,157.00 |
| | 0004 | W45XMA912240610001 | $3,629,264.29 |



STATEMENT OF WORK
May 01, 2019
El Paso Sector
800 Alien Modular Facility

1. **BACKGROUND:** Customs and Border Protection (CBP) requires additional capacity to accommodate family units and unaccompanied alien children (UAC) arriving at the southwest border. Modular facilities are required to accommodate requirements while other solutions are developed.

2. **SCOPE**: The contractor shall provide a turnkey solution at site El Paso Sector to accommodate modular facilities to house 800 Aliens at one site with supporting mechanical, electrical, plumbing, and other infrastructure. Generator and transfer switch for back-up power shall be provided by the contractor for the facility. Utilities shall be installed and constructed to support the housing pods in this contract.   Utilities shall be verified from municipalities. Exercise yard shall be constructed in the south west corner of the site as shown in the DHS CPC Modular Facility Area Map. Structures shall be utilized for processed personnel. Spatial configuration of the structures shall take into account best practices and other similar installations such as those used for Immigration and Customs Enforcement and the Department of Health and Human Services.

   The contractor shall provide all material, services and labor in this Statement of Work (SOW) for CBP, located in El Paso, Texas. All constructed facilities shall meet National Fire Protection Association (NFPA) and/or International Building Code (IBC) criteria in accordance with Department of Homeland Security (DHS) requirements.

3. **APPLICABLE ATTACHMENTS (1):**

   1 – Example Photos site

4. **SPECIFIC TASKS:** Below are the specific tasks, items and services to be completed: The contractor shall provide a turnkey solution to accommodate the holding, for 800 people, comprised of family units and UAC.
   **Site Preparation:**
   The contractor shall prepare the entire site by clearing and grubbing the existing vegetation.

Prepare area beneath the Facility and 5' beyond facility on all sides to receive 18" of base course conforming to TXDOT Item 247, Type A, Grade 1 material. Base course shall be placed in 6" lifts and compacted to 95% dry density per lift. Grade the remainder of the site as required for positive drainage and to allow for placement of the modular structures. The final graded material on site, beyond five feet from the building, shall have a maximum size of 1.5" and be compacted to a minimum 90% dry density. 6" of base course conforming to TXDOT Item 247, Type A, Grade 1 material shall be place in the exercise yard and compacted to 95% dry density.

In addition to access roads, the contractor shall also provide suitable well-drained walkways and site. All clearing and grubbing material must be removed off-site. The contractor shall leave and maintain a 20ft fire buffer zone outside the perimeter fence clear of vegetation.

The contractor shall obtain all applicable City, County, or State permits and comply with all applicable local regulations. The contractor shall contact Texas 811 before any excavations exceeding 18". Furthermore the contractor shall ensure there are no utilities running through the proposed area as there could be oil/gas pipelines or irrigation lines running through the site. A building location site plan shall be provided so that any trenching for communication lines may be performed and conduits placed before the base course is placed.

**Separate structures:**

Holding facility shall accommodate detention, toilets, wash basins, showers and eating area for at least 800 individuals at structures. Family units, UAC divided male and female. Possible total modular units as determined per space plan. Total Detention structure shall be segregated into separate holding zones as above totaling 800 individuals; the modular buildings shall be separated by 30' feet and have a walkway at least 6' feet leading from one exterior doorway to the other. The detention structures shall have indoor toilets, lavatories and showers vented to the exterior of the structures, serviceable from exterior. A secure officer area for two guards in each holding section for monitoring with work top, chairs and area to store personal items. All sections segregated by walls. Metal steps, landings and ramps for ADA access shall be provided for the egress and ingress of the holding facility.

All Bench seating shall be secured to the ground or interlocked. Additional separation of spaces may be required in the future, depending on detainee male/female ratio, and number of UAC at the facility.

A fenced-in secure yard chain link with durable privacy and double outrigger with wire. This will be required around the entire compound to meet Border Patrol standards as provided and must be 40 feet from buildings on one side.

Site access shall be from the south of the site through the exercise yard as shown in the DHS CPC Modular Facility Area Map.   The area identified as Laydown Area in the sketch in this contract is to be included in the limits of construction with access to this area being off of Hondo Pass Rd. Chain link fence and landscaping rock will need to be removed and replaced by the contractor should the contractor choose to use this area as a laydown yard.  Contractor shall provide a proposed site layout drawing and interior configuration drawing for CBP's Contracting Officer Representative (COR) review and approval prior to implementation to ensure the site and interior configurations fully supports CBP requirements.

SIZE 800 people

DURATION (DAY)

**SHOWERS:** In Modular

**TOILETS & SINKS:** In Modular

Approximately 60 required for 800

**HOUSING COMPONENTS**

Detention areas scaled to provide 60 square feet per person (see space calculations).

Wall partitions by type of occupancy changes.

**FLOORING**

All floors shall be impervious floor coverings such as linoleum, vinyl, or composite material to allow for effective cleaning and sanitation to include cleanup of bodily fluids and other such hazards. The flooring solution shall prevent the accumulation of liquids or dirt in areas that cannot be effectively cleaned and sanitized routinely.

**ANCILLARY COMPONENTS**

Provide benches to seat 800 people

Fencing: The perimeter of the exercise yard shall be enclosed by 7' high chain link fence with two 8 ft gates as shown on the DHS CPC Modular Facility Area Map.  Two (2) security vehicle gates with intercom/card reader and Camera shall be included in fencing.  All fencing shall be installed in such a way that does not expose occupants to safety hazards such as from sharp edges.

All interior and exterior gates must have the ability to lock. All fencing and gates, whether interior or exterior to the structures, shall be appropriate for the designated detention use of the facility, shall be of a sturdy and secure nature, and all gates shall use true gate hardware with latches and hinges.

## STRUCTURES

Modular Housing (60sqft/person): This includes an allowance of 35 square feet per detainee of open space plus 12 square feet to account for sleeping mat space, plus 1 sf allowance for toilets (considered at a ratio of 1 toilet/15 detainees at 25 sf per toilet) plus 1.2 sf per detainee for ABA compliance (25 sf for 1:20 ratio of accessible spaces), plus 10 sf allowance for staff supervision space, shower access or other and minor support spaces.

Structure envelope shall be weather-tight and comply with ASHRAE 90.1 2013. Modular facilities need to prevent the involuntary movement of people between modular spaces or the passing of objects between adjacent spaces or to the exterior.

Exterior doors shall include panic bars for security as well as to support rapid egress. All doors shall be sealed and weather-tight.

Ventilation shall be functional and maintained, with air quality and environmental conditions at levels comfortable for human occupancy. With negative air flow from holding area to hallways.

Temperatures shall be maintained constantly between the range of 66-80 degrees Fahrenheit.

Showers and lavatories, as required.

Office Space as required per space plan.

Power & HVAC. Proper cord and cable management shall be required to ensure safety and for maintenance.

Generator and Automatic Generator Switch:

Diesel Generator shall have a 72 hour tank and/or tied to diesel fuel tank to accommodate 1500amps as required.  Generator and automatic transfer switch will be provided by the contractor that will power the Holding Facility. Equipment pad and associated conduit shall be installed under this contract for housing facility.

Mobilization and demobilization: N/A

Interior and perimeter CCTV: a stand-alone wired system (not wireless) with 90 Day High Definition DVR recording capability shall be provided. The system shall provide 360 degree, unobstructed views of internal and external areas of the facility. No fewer than 40 cameras and a viewing control room shall be provided. With minimum (4) 42" monitors

Gun Lockers:

Shall be included for the holding facility. 20 gun lockers shall be provided.

Security:

LED Lighting Inside and outside and Cameras

Communications:

Provide conduit to communication manhole and back to LAN room

5. **CONDITIONS OF CONTRACT:** Only the Contracting Officer (KO) has the authority to approve and authorize any changes to the contract. Any deviation from the original contract/scope of work shall be coordinated with the KO before work begins. No additional work or changes will be carried out without a contract modification.

6. **RESPONSIBILITIES OF CONTRACTOR:**
Contractor shall provide CBP with a list of all anticipated on-site personnel in a timely manner to allow for vetting. The list shall include full name, sex, current address, DOB, SS#, driver's license State and number.

Contractor shall obtain and maintain liability insurance in amounts equal to or greater than $1 million, and shall name the United States as an additional insured with respect to any such policies of insurance.

All expenses towards mobilization at site and demobilization including bringing in equipment, workforce, and materials, dismantling the equipment, clearing the site etc., shall be deemed to be included in the rates quoted by the contractor against various items of schedule of rates and no separate payment on such expenses shall be entertained.

7. **DELIVERABLES AND DELIVERY SCHEDULE:** Contractor is responsible for all supplies and labor needed to complete work as stated. All work will be completed in a timely manner.

8. **ENVIRONMENTAL:** Contractor is responsible for complying with all applicable environmental regulations and laws. And construction fencing and access gates along with security of site during working hours. Must be completed secured at end of day!

9. **SUBSTITUTIONS AND EQUIVALENT ITEMS:** Substitutions or use of equivalent items can only be used if authorized by the Contracting Officer (KO).

**10. PLACE OF PERFORMANCE:** El Paso, Texas.

**11. PERIOD OF PERFORMANCE:** The period of performance is as follows:

90 days from Notice to Proceed to Beneficial Occupancy Date (BOD). 90 day duration ends at BOD.

**12. POINTS OF CONTACT:** The COR will be the Government point of contact in the local area. Only the Contracting Officer (KO) has the authority to approve and authorize any changes to the contract.

Project Manager: Michael Goodrich, CESPA-PM-M
Contracting Officer's Representative: Larry Baca, CESPA-EC-CH
Contracting Officer: Carl S. Oelschig CESWF-CT-C
Contract Specialist: Clyde L. Gardner, CESWF-CT-C
Onsite technical POC: Guillermo Provencio, CESPA-EC-CE

Section 00 21 00 - Instructions

<u>KO STATEMENT</u>
Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

CLAUSES INCORPORATED BY FULL TEXT

52.204-22  ALTERNATIVE LINE ITEM PROPOSAL (JAN 2017)

(a) The Government recognizes that the line items established in this solicitation may not conform to the Offeror's practices. Failure to correct these issues can result in difficulties in acceptance of deliverables and processing payments. Therefore, the Offeror is invited to propose alternative line items for which bids, proposals, or quotes are requested in this solicitation to ensure that the resulting contract is economically and administratively advantageous to the Government and the Offeror.

(b) The Offeror may submit one or more additional proposals with alternative line items, provided that alternative line items are consistent with subpart 4.10 of the Federal Acquisition Regulation. However, acceptance of an alternative proposal is a unilateral decision made solely at the discretion of the Government. Offers that do not comply with the line items specified in this solicitation may be determined to be nonresponsive or unacceptable.

(End of provision)

52.223-9    ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material content for EPA-designated item(s) delivered and/or used in contract performance, including, if applicable, the percentage of post-consumer material content; and

(2) Submit this estimate to Contracting Officer Representative (Contracting Officer complete in accordance with agency procedures).
(End of clause)

252.236-7007    ADDITIVE OR DEDUCTIVE ITEMS.  (DEC 1991)

(a) The low offeror and the items to be awarded shall be determined as follows --

(1) Prior to the opening of bids, the Government will determine the amount of funds available for the project.

(2) The low offeror shall be the Offeror that --

(i) Is otherwise eligible for award; and

(ii) Offers the lowest aggregate amount for the first or base bid item, plus or minus (in the order stated in the list of priorities in the bid schedule) those additive or deductive items that provide the most features within the funds determined available.

(3) The Contracting Officer shall evaluate all bids on the basis of the same additive or deductive items.

(i) If adding another item from the bid schedule list of priorities would make the award exceed the available funds for all offerors, the Contracting Officer will skip that item and go to the next item from the bid schedule of priorities; and

(ii) Add that next item if an award may be made that includes that item and is within the available funds.

(b) The Contracting Officer will use the list of priorities in the bid schedule only to determine the low offeror.  After determining the low offeror, an award may be made on any combination of items if --

(1) It is in the best interest of the Government;

(2) Funds are available at the time of award; and

(3) The low offeror's price for the combination to be awarded is less than the price offered by any other responsive, responsible offeror.

(c)  "Example."  The amount available is $100,000. Offeror A's base bid and four additives (in the order stated in the list of priorities in the bid Schedule) are $85,000, $10,000, $8,000, $6,000, and $4,000. Offeror B's base bid and four additives are $80,000, $16,000, $9,000, $7,000, and $4,000. Offeror A is the low offeror.  The aggregate amount of offeror A's bid for purposes of award would be $99,000, which includes a base bid plus the first and fourth additives.  The second and third additives were skipped because each of them would cause the aggregate bid to exceed $100,000.

Section 00 70 00 - Conditions of the Contract

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |

Section 00 72 00 - General Conditions

52.202-1    DEFINITIONS (NOV 2013)

When a solicitation provision or contract clause uses a word or term that is defined in the Federal Acquisition Regulation (FAR), the word or term has the same meaning as the definition in FAR 2.101 in effect at the time the solicitation was issued, unless--

(a) The solicitation, or amended solicitation, provides a different definition;

(b) The contracting parties agree to a different definition;

(c) The part, subpart, or section of the FAR where the provision or clause is prescribed provides a different meaning; or

(d) The word or term is defined in FAR Part 31, for use in the cost principles and procedures.

(End of clause)

52.203-3    GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-5    COVENANT AGAINST CONTINGENT FEES (MAY 2014)

(a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall have the right to annul this contract without liability or, to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit

or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee," as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

(End of clause)


52.203-7   ANTI-KICKBACK PROCEDURES.  (MAY 2014)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided to any prime Contractor, prime Contractor employee,  subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) 41 U.S.C. chapter 87, Kickbacks, prohibits any person from--

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Attorney General.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of any kickback. The Contracting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including this subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $150,000.

52.203-8   CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (MAY 2014)

(a) If the Government receives information that a contractor or a person has violated 41 U.S.C. 2102-2104, Restrictions on Obtaining and Disclosing Certain Information, the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct violates 41 U.S.C. 2102 for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct punishable under 41 U.S.C. 2105(a).

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

(End of clause)

52.203-10    PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (MAY 2014)

(a) The Government, at its election, may reduce the price of a fixed-price type contract and the total cost and fee under a cost-type contract by the amount of profit or fee determined as set forth in paragraph (b) of this clause if the head of the contracting activity or designee determines that there was a violation of 41 U.S.C. 2102 or 2103, as implemented in section 3.104 of the Federal Acquisition Regulation.

(b) The price or fee reduction referred to in paragraph (a) of this clause shall be--

(1) For cost-plus-fixed-fee contracts, the amount of the fee specified in the contract at the time of award;

(2) For cost-plus-incentive-fee contracts, the target fee specified in the contract at the time of award, notwithstanding any minimum fee or "fee floor" specified in the contract;

(3) For cost-plus-award-fee contracts--

(i) The base fee established in the contract at the time of contract award;

(ii) If no base fee is specified in the contract, 30 percent of the amount of each award fee otherwise payable to the Contractor for each award fee evaluation period or at each award fee determination point.

(4) For fixed-price-incentive contracts, the Government may--

(i) Reduce the contract target price and contract target profit both by an amount equal to the initial target profit specified in the contract at the time of contract award; or

(ii) If an immediate adjustment to the contract target price and contract target profit would have a significant adverse impact on the incentive price revision relationship under the contract, or adversely affect the contract financing provisions, the Contracting Officer may defer such adjustment until establishment of the total final price of the contract. The total final price established in accordance with the incentive price revision provisions of the contract shall be reduced by an amount equal to the initial target profit specified in the contract at the time of contract award and such reduced price shall be the total final contract price.

(5) For firm-fixed-price contracts, by 10 percent of the initial contract price or a profit amount determined by the Contracting Officer from records or documents in existence prior to the date of the contract award.

(c) The Government may, at its election, reduce a prime contractor's price or fee in accordance with the procedures of paragraph (b) of this clause for violations of the statute by its subcontractors by an amount not to exceed the amount of profit or fee reflected in the subcontract at the time the subcontract was first definitively priced.

(d) In addition to the remedies in paragraphs (a) and (c) of this clause, the Government may terminate this contract for default. The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-12    LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (OCT 2010)

(a) Definitions. As used in this clause--

Agency means executive agency as defined in Federal Acquisition Regulation (FAR) 2.101.

Covered Federal action means any of the following actions:

(1) Awarding any Federal contract.

(2) Making any Federal grant.

(3) Making any Federal loan.

(4) Entering into any cooperative agreement.

(5) Extending, continuing, renewing, amending, or modifying any Federal contract, grant, loan, or cooperative agreement.

Indian tribe and tribal organization have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b) and include Alaskan Natives.

Influencing or attempting to influence means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

Local government means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

Officer or employee of an agency includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

Person means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Reasonable compensation means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

Reasonable payment means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

Recipient includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

Regularly employed means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

State means a State of the United States, the District of Columbia, or an outlying area of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibition. 31 U.S.C. 1352 prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal actions. In accordance with 31 U.S.C. 1352, the Contractor shall not use appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the award of this contractor the extension, continuation, renewal, amendment, or modification of this contract.

(1) The term appropriated funds does not include profit or fee from a covered Federal action.

(2) To the extent the Contractor can demonstrate that the Contractor has sufficient monies, other than Federal appropriated funds, the Government will assume that these other monies were spent for any influencing activities that would be unallowable if paid for with Federal appropriated funds.

(c) Exceptions. The prohibition in paragraph (b) of this clause does not apply under the following conditions:

(1) Agency and legislative liaison by Contractor employees.

(i) Payment of reasonable compensation made to an officer or employee of the Contractor if the payment is for agency and legislative liaison activities not directly related to this contract. For purposes of this paragraph, providing any information specifically requested by an agency or Congress is permitted at any time.

(ii) Participating with an agency in discussions that are not related to a specific solicitation for any covered Federal action, but that concern--

(A) The qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities; or

(B) The application or adaptation of the person's products or services for an agency's use.

(iii) Providing prior to formal solicitation of any covered Federal action any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(iv) Participating in technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(v) Making capability presentations prior to formal solicitation of any covered Federal action by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub.L. 95-507, and subsequent amendments.

(2) Professional and technical services. (i) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(ii) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

(iii) As used in paragraph (c)(2) of this clause, ``professional and technical services'' are limited to advice and analysis directly applying any professional or technical discipline (for examples, see FAR 3.803(a)(2)(iii)).

(iv) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(3) Only those communications and services expressly authorized by paragraphs (c)(1) and (2) of this clause are permitted.

(d) Disclosure. (1) If the Contractor did not submit OMB Standard Form LLL, Disclosure of Lobbying Activities, with its offer, but registrants under the Lobbying Disclosure Act of 1995 have subsequently made a lobbying contact on behalf of the Contractor with respect to this contract, the Contractor shall complete and submit OMB Standard Form LLL to provide the name of the lobbying registrants, including the individuals performing the services.

(2) If the Contractor did submit OMB Standard Form LLL disclosure pursuant to paragraph (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, and a change occurs that affects Block 10 of the OMB Standard Form LLL (name and address of lobbying registrant or individuals performing services), the Contractor shall, at the end of the calendar quarter in which the change occurs, submit to the Contracting Officer within 30 days an updated disclosure using OMB Standard Form LLL.

(e) Penalties. (1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or who fails to file or amend the disclosure to be filed or amended by paragraph (d) of this clause shall be subject to civil penalties as provided for by 31 U.S.C.1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(g) Subcontracts. (1) The Contractor shall obtain a declaration, including the certification and disclosure in paragraphs (c) and (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, from each person requesting or receiving a subcontract exceeding $150,000 under this contract. The Contractor or subcontractor that awards the subcontract shall retain the declaration.

(2) A copy of each subcontractor disclosure form (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall, at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor, submit to the Contracting Officer within 30 days a copy of all disclosures. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(3) The Contractor shall include the substance of this clause, including this paragraph (g), in any subcontract exceeding $150,000.

(End of clause)

52.203-17  CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (APR 2014)

(a) This contract and employees working on this contract will be subject to the whistleblower rights and remedies in the pilot program on Contractor employee whistleblower protections established at 41 U.S.C. 4712 by section 828 of the National Defense Authorization Act for Fiscal Year 2013 (Pub. L. 112-239) and FAR 3.908.

(b) The Contractor shall inform its employees in writing, in the predominant language of the workforce, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described in section 3.908 of the Federal Acquisition Regulation.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts over the simplified acquisition threshold.

(End of clause)

52.203-19 PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017)
(a) Definitions. As used in this clause--
Internal confidentiality agreement or statement means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.
Subcontract means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.
Subcontractor means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.
(b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).
(c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.
(d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.

(End of clause)

# CLAUSES INCORPORATED BY FULL TEXT

52.204-2     SECURITY REQUIREMENTS (AUG 1996) - ALTERNATE II (APR 1984)

(a) This clause applies to the extent that this contract involves access to information classified "Confidential," "Secret," or "Top Secret."

(b) The Contractor shall comply with (1) the Security Agreement (DD Form 441), including the National Industrial Security Program Operating Manual (DOD 5220.22-M); and (2) any revisions to that manual, notice of which has been furnished to the Contractor.

(c) If, subsequent to the date of this contract, the security classification or security requirements under this contract are changed by the Government and if the changes cause an increase or decrease in security costs or otherwise affect any other term or condition of this contract, the contract shall be subject to an equitable adjustment as if the changes were directed under the Changes clause of this contract.

(d) The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph (d) but excluding any reference to the Changes clause of this contract, in all subcontracts under this contract that involve access to classified information.

(e) The Contractor shall be responsible for furnishing to each employee and for requiring each employee engaged on the work to display such identification as may be approved and directed by the Contracting Officer. All prescribed identification shall immediately be delivered to the Contracting Officer, for cancellation upon the release of any employee. When required by the Contracting Officer, the Contractor shall obtain and submit fingerprints of all persons employed or to be employed on the project.

52.204-4  Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (May 2011)

(a) Definitions. As used in this clause--

Postconsumer fiber means—

(1) Paper, paperboard, and fibrous materials from retail stores, office buildings, homes, and so forth, after they have passed through their end-usage as a consumer item, including: used corrugated boxes; old newspapers; old magazines; mixed waste paper; tabulating cards; and used cordage; or

(2) All paper, paperboard, and fibrous materials that enter and are collected from municipal solid waste; but not

(3) Fiber derived from printers' over-runs, converters' scrap, and over-issue publications.

(b) The Contractor is required to submit paper documents, such as offers, letters, or reports that are printed or copied double-sided on paper containing at least 30 percent postconsumer fiber, whenever practicable, when not using electronic commerce methods to submit information or data to the Government.

(End of clause)

52.204-9   PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL (JAN 2011)

(a) The Contractor shall comply with agency personal identity verification procedures identified in the contract that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-24, and Federal Information Processing Standards Publication (FIPS PUB) Number 201.

(b) The Contractor shall account for all forms of Government-provided identification issued to the Contractor employees in connection with performance under this contract. The Contractor shall return such identification to the issuing agency at the earliest of any of the following, unless otherwise determined by the Government:

(1) When no longer needed for contract performance.

(2) Upon completion of the Contractor employee's employment.

(3) Upon contract completion or termination.

(c) The Contracting Officer may delay final payment under a contract if the Contractor fails to comply with these requirements.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts when the subcontractor`s employees are required to have routine physical access to a Federally-controlled facility and/or routine access to a Federally-controlled information system. It shall be the responsibility of the prime Contractor to return such identification to the issuing agency in accordance with the terms set forth in paragraph (b) of this section, unless otherwise approved in writing by the Contracting Officer.

(End of Clause)

52.204-10   REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS (OCT 2018)

(a)  Definitions. As used in this clause:

Executive means officers, managing partners, or any other employees in management positions.

First-tier subcontract means a subcontract awarded directly by the Contractor for the purpose of acquiring supplies or services (including construction) for performance of a prime contract. It
does not include the Contractor's supplier agreements with vendors, such as long-term arrangements
for materials or supplies that benefit multiple contracts and/or the costs of which are normally
applied to a Contractor's general and administrative expenses or indirect costs.

Month of award means the month in which a contract is signed by the Contracting Officer or
the month in which a first-tier subcontract is signed by the Contractor.

Total compensation means the cash and noncash dollar value earned by the executive during
the Contractor's preceding fiscal year and includes the following (for more information see 17 CFR
229.402(c)(2)):

(1) Salary and bonus.

(2) Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Financial Accounting Standards Board's Accounting Standards Codification (FASB ASC) 718, Compensation-Stock Compensation.

(3) Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives, and are available generally to all salaried employees.

(4) Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

(5) Above-market earnings on deferred compensation which is not tax-qualified.

(6) Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000.

(b) Section 2(d)(2) of the Federal Funding Accountability and Transparency Act of 2006 (Pub. L. 109-282), as amended by section 6202 of the Government Funding Transparency Act of 2008 (Pub. L. 110-252), requires the Contractor to report information on subcontract awards. The law requires all reported information be made public, therefore, the Contractor is responsible for notifying its subcontractors that the required information will be made public.

(c) Nothing in this clause requires the disclosure of classified information.

(d)(1) Executive compensation of the prime contractor. As a part of its annual registration requirement in the System for Award Management (SAM) (FAR provision 52.204-7), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for its preceding completed fiscal year, if—

(i) In the Contractor's preceding fiscal year, the Contractor received—

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.).

(2) First-tier subcontract information. Unless otherwise directed by the contracting officer, or as provided in paragraph (g) of this clause, by the end of the month following the month of award of a first-tier subcontract with a value of $30,000 or more, the Contractor shall report the following information at http://www.fsrs.gov for that first-tier subcontract. (The Contractor shall follow the instructions at http://www.fsrs.gov to report the data.)

(i) Unique entity identifier for the subcontractor receiving the award and for the subcontractor's parent company, if the subcontractor has a parent company.

(ii) Name of the subcontractor.

(iii) Amount of the subcontract award.

(iv) Date of the subcontract award.

(v) A description of the products or services (including construction) being provided under the subcontract, including the overall purpose and expected outcomes or results of the subcontract.

(vi) Subcontract number (the subcontract number assigned by the Contractor).

(vii) Subcontractor's physical address including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(viii) Subcontractor's primary performance location including street address, city, state, and country. Also include the nine-digit zip code and congressional district.

(ix) The prime contract number, and order number if applicable.

(x) Awarding agency name and code.

(xi) Funding agency name and code.

(xii) Government contracting office code.

(xiii) Treasury account symbol (TAS) as reported in FPDS.

(xiv) The applicable North American Industry Classification System code (NAICS).

(3) Executive compensation of the first-tier subcontractor.
Unless otherwise directed by the Contracting Officer, by the end of the month following the month of award of a first-tier subcontract with a value of $30,000 or more, and annually thereafter (calculated from the prime contract award date), the Contractor shall report the names and total compensation of each of the five most highly compensated executives for that first-tier subcontractor for the first-tier subcontractor's preceding completed fiscal year at http://www.fsrs.gov, if—

(i)  In the subcontractor's preceding fiscal year, the subcontractor received—

(A) 80 percent or more of its annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(B) $25,000,000 or more in annual gross revenues from Federal contracts (and subcontracts), loans, grants (and subgrants), cooperative agreements, and other forms of Federal financial assistance; and

(ii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(e) The Contractor shall not split or break down first-tier subcontract awards to a value less than $30,000 to avoid the reporting requirements in paragraph (d) of this clause.

(f) The Contractor is required to report information on a first-tier subcontract covered by paragraph (d) when the subcontract is awarded. Continued reporting on the same subcontract is not required unless one of the reported data elements changes during the performance of the subcontract. The Contractor is not required to make further reports after the first-tier subcontract expires.

(g)(1) If the Contractor in the previous tax year had gross income, from all sources, under $300,000, the Contractor is exempt from the requirement to report subcontractor awards.

(2) If a subcontractor in the previous tax year had gross income from all sources under $300,000, the Contractor does not need to report awards for that subcontractor.

(h) The FSRS database at http://www.fsrs.gov will be prepopulated with some information from SAM and the FPDS database. If FPDS information is incorrect, the contractor should notify the contracting officer. If the SAM information is incorrect, the contractor is responsible for correcting this information.

(End of clause)

52.204-13  SYSTEM FOR AWARD MANAGEMENT MAINTENANCE (OCT 2018)

(a) Definitions. As used in this clause--

Electronic Funds Transfer (EFT) indicator means a four-character suffix to the unique entity identifier. The suffix is assigned at the discretion of the commercial, nonprofit, or Government entity to establish additional System for Award Management (SAM) records for identifying alternative EFT accounts (see subpart 32.11) for the same entity.

Registered in the System for Award Management (SAM) means that--

(1) The Contractor has entered all mandatory information, including the unique entity identifier and the EFT indicator (if applicable), the Commercial and Government Entity (CAGE) code, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see subpart 4.14), into SAM;

(2) The Contractor has completed the Core, Assertions, Representations and Certifications, and Points of Contact sections of the registration in SAM;

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS). The Contractor will be required to provide consent for TIN validation to the Government as a part of the SAM registration process; and

(4) The Government has marked the record ``Active''.

System for Award Management (SAM) means the primary Government repository for prospective Federal awardee and Federal awardee information and the centralized Government system for certain contracting, grants, and other assistance-related processes. It includes—

(1) Data collected from prospective Federal awardees required for the conduct of business with the Government;

(2) Prospective contractor-submitted annual representations and certifications in accordance with FAR subpart 4.12; and

(3) Identification of those parties excluded from receiving Federal contracts, certain subcontracts, and certain types of Federal financial and non-financial assistance and benefits.

Unique entity identifier means a number or other identifier used to identify a specific commercial, nonprofit, or Government entity. See www.sam.gov for the designated entity for establishing unique entity identifiers.

(b) If the solicitation for this contract contained the provision 52.204-7 with its Alternate I, and the Contractor was unable to register prior to award, the Contractor shall be registered in SAM within 30 days after award or before three days prior to submission of the first invoice, whichever occurs first.

(c) The Contractor shall maintain registration in SAM during contract performance and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement. The Contractor is responsible for the currency, accuracy and completeness of the data within SAM, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in SAM after the initial registration, the Contractor is required to review and update on an annual basis, from the date of initial registration or subsequent updates, its information in SAM to ensure it is current, accurate and complete. Updating information in SAM does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(d)(1)(i) If a Contractor has legally changed its business name or ``doing business as'' name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to--


(A) Change the name in SAM;

(B) Comply with the requirements of subpart 42.12 of the FAR; and

(C) Agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor shall provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (d)(1)(i) of this clause, or fails to perform the agreement at paragraph (d)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the SAM information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the ``Suspension of Payment'' paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the SAM record to reflect an assignee for the purpose of assignment of claims (see FAR subpart 32.8, Assignment of Claims). Assignees shall be separately registered in SAM. Information provided to the Contractor's SAM record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the ``Suspension of Payment'' paragraph of the EFT clause of this contract.

(3) The Contractor shall ensure that the unique entity identifier is maintained with the entity designated at www.sam.gov for establishment of the unique entity identifier throughout the life of the contract. The Contractor shall communicate any change to the unique entity identifier to the Contracting Officer within 30 days after the change, so an appropriate modification can be issued to update the data on the contract. A change in the unique entity identifier does not necessarily require a novation to be accomplished.

(e) Contractors may obtain additional information on registration and annual confirmation requirements at https://www.sam.gov.

(End of clause)

52.204-18  COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE (JUL 2016)

(a) Definition. As used in this clause--

Commercial and Government Entity (CAGE) code means--

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity; or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

(b) Contractors shall ensure that the CAGE code is maintained throughout the life of the contract. For contractors registered in the System for Award Management (SAM), the DLA Commercial and Government Entity (CAGE) Branch shall only modify data received from SAM in the CAGE master file if the contractor initiates those changes via update of its SAM registration. Contractors undergoing a novation or change-of-name agreement shall notify the contracting officer in accordance with subpart 42.12. The contractor shall communicate any change to the CAGE code to the contracting officer within 30 days after the change, so that a modification can be issued to update the CAGE code on the contract.

(c) Contractors located in the United States or its outlying areas that are not registered in SAM shall submit written change requests to the DLA Commercial and Government Entity (CAGE) Branch.   Requests for changes shall be provided at https://cage.dla.mil.  Change requests to the CAGE master file are accepted from the entity identified by the code.

(d) Contractors located outside the United States and its outlying areas that are not registered in SAM shall contact the appropriate National Codification Bureau (points of contact available at http://www.nato.int/structur/AC/135/main/links/contacts.htm) or NSPA at https://eportal.nspa.nato.int/AC135Public/scage/CageList.aspx to request CAGE changes.

(e) Additional guidance for maintaining CAGE codes is available at https://cage.dla.mil.

(End of Clause)

52.204-19 INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS (DEC 2014)

The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.

(End of clause)

52.209-6    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (OCT 2015)

(a) Definition. Commercially available off-the-shelf (COTS) item, as used in this clause--

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition in FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.

(b) The Government suspends or debars Contractors to protect the Government's interests. Other than a subcontract for a commercially available off-the-shelf item, the Contractor shall not enter into any subcontract, in excess of $35,000 with a Contractor that is debarred, suspended, or proposed for debarment by any executive agency unless there is a compelling reason to do so.

(c) The Contractor shall require each proposed subcontractor whose subcontract will exceed $35,000, other than a subcontractor providing a commercially available off-the-shelf item, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(d) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party (other than a subcontractor providing a commercially available off-the-shelf item) that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the System for Award Management (SAM) Exclusions). The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being listed with an exclusion in SAM.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its being listed with an exclusion in SAM.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with such subcontractor in view of the specific basis for the party's debarment, suspension, or proposed debarment.

(e) Subcontracts. Unless this is a contract for the acquisition of commercial items, the Contractor shall include the requirements of this clause, including this paragraph (e) (appropriately modified for the identification of the parties), in each subcontract that--

(1) Exceeds $35,000 in value; and

(2) Is not a subcontract for commercially available off-the-shelf items.

(End of clause)

52.209-9 UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (OCT 2018)
(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management Management via https://www.sam.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consists of two segments--

(1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by--

(i) Government personnel and authorized users performing business on behalf of the Government; or

(ii) The Contractor, when viewing data on itself; and

(2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for--

(i) Past performance reviews required by subpart 42.15;

(ii) Information that was entered prior to April 15, 2011; or

(iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

(2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(End of clause)

52.209-10  Prohibition on Contracting With Inverted Domestic Corporations.  (NOV 2015)

(a) Definitions. As used in this clause--

Inverted domestic corporation means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

Subsidiary means an entity in which more than 50 percent of the entity is owned--

(1) Directly by a parent corporation; or

(2) Through another subsidiary of a parent corporation.

(b) If the contractor reorganizes as an inverted domestic corporation or becomes a subsidiary of an inverted domestic corporation at any time during the period of performance of this contract, the Government may be prohibited from paying for Contractor activities performed after the date when it becomes an inverted domestic corporation or subsidiary. The Government may seek any available remedies in the event the Contractor fails to perform in accordance with the terms and conditions of the contract as a result of Government action under this clause.

(c) Exceptions to this prohibition are located at 9.108-2.

(d) In the event the Contractor becomes either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation during contract performance, the Contractor shall give written notice to the Contracting Officer within five business days from the date of the inversion event.

(End of clause)

52.211-10    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within two (2) calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than ninety (90) calendar days from Notice to Proceed (NTP) to Building Occupancy Date (BOD). * The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12    LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of **$3,288.00** for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)


CLAUSES INCORPORATED BY FULL TEXT


52.211-13    TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.211-18     VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.215-2     AUDIT AND RECORDS--NEGOTIATION (OCT 2010)

(a) As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) Examination of costs. If this is a cost-reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract. This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

(c) Certified cost or pricing data. If the Contractor has been required to submit certified cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the certified cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) Comptroller General. (1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder and to interview any current employee regarding such transactions.

(2) This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Reports. If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating (1) the effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) the data reported.

(f) Availability. The Contractor shall make available at its office at all reasonable times the records, materials, and

other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract. In addition--

(1) If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until 3 years after any resulting final termination settlement; and

(2) The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract until such appeals, litigation, or claims are finally resolved.

(g) The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold, and--

(1) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which certified cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (e) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

(End of clause)


52.215-21   REQUIREMENTS FOR CERTIFIED COST OR PRICING DATA AND DATA OTHER THAN CERTIFIED COST OR PRICING DATA -- MODIFICATIONS (OCT 2010)

(a) Exceptions from certified cost or pricing data.

(1) In lieu of submitting certified cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

(i) Identification of the law or  regulation  establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items.

(A) If--

(1) The original contract or subcontract was granted an exception from certified cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or  regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the  acquisition  of a commercial item to a contract or subcontract for the

acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation , access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for certified cost or pricing data. If the Contractor is not granted an exception from the requirement to submit certified cost or pricing data, the following applies:

(1) The Contractor shall submit certified cost or pricing data, data other than certified cost or pricing data, and supporting attachments in accordance with the instructions contained in Table 15-2 of FAR 15.408, which is incorporated by reference with the same force and effect as though it were inserted here in full text. The instructions in Table 15-2 are incorporated as a mandatory format to be used in this contract, unless the Contracting Officer and the Contractor agree to a different format and change this clause to use Alternate I.

As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

(End of clause)


52.219-8     UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2018)

(a) Definitions. As used in this contract--

HUBZone small business concern means a small business concern, certified by the Small Business Administration, that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

Small disadvantaged business concern, consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that--

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by--

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(c) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

(d)(1) The Contractor may accept a subcontractor's written representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service-disabled veteran-owned small business, or a women-owned small business if the subcontractor represents that the size and socioeconomic status representations with its offer are current, accurate, and complete as of the date of the offer for the subcontract.

(2) The Contractor may accept a subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service-disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) if--

(i) The subcontractor is registered in SAM; and

(ii) The subcontractor represents that the size and socioeconomic status representations made in SAM are current, accurate and complete as of the date of the offer for the subcontract.

(3) The Contractor may not require the use of SAM for the purposes of representing size or socioeconomic status in connection with a subcontract.

(4) In accordance with 13 CFR 121.411, 124.1015, 125.29, 126.900, and 127.700, a contractor acting in good faith is not liable for misrepresentations made by its subcontractors regarding the subcontractor's size or socioeconomic status.

(5) The Contractor shall confirm that a subcontractor representing itself as a HUBZone small business concern is certified by SBA as a HUBZone small business concern by accessing the System for Award Management or by contacting the SBA. Options for contacting the SBA include--

(i) HUBZone small business database search application Web page at http://dsbs.sba.gov/dsbs/search/dsp_searchhubzone.cfm; or http://www.sba.gov/hubzone;

(ii) In writing to the Director/HUB, U.S. Small Business Administration, 409 3rd Street, SW., Washington DC 20416; or

(iii) The SBA HUBZone Help Desk at hubzone@sba.gov.

(End of clause)


52.219-14   LIMITATIONS ON SUBCONTRACTING (JAN 2017)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) Applicability. This clause applies only to--

(1) Contracts that have been set aside or reserved for small business concerns or 8(a) participants;

(2) Part or parts of a multiple-award contract that have been set aside for small business concerns or 8(a) participants; and

(3) Orders set aside for small business or 8(a) participants under multiple-award contracts as described in 8.405-5 and 16.505(b)(2)(i)(F).

(c) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for--

(1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.

(2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.

(3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.

(4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.
(End of clause)

52.219-28   POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (JULY 2013)
**OFFEROR TO COMPLETE WITH SUBMISSION**

(a) Definitions. As used in this clause--

Long-term contract means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause. Such a concern is ``not dominant in its field of operation'' when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.

(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall rerepresent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:

(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts--

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

(ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.

(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/content/table-small-business-size-standards.

(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the representation required by paragraph (b) of this clause by validating or updating all its representations in the Representations and Certifications section of the System for Award Management (SAM) and its other data in SAM, as necessary, to ensure that they reflect the Contractor's current status. The
Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause that the data have been validated or updated, and provide the date of the validation or update.

(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.

(g) If the Contractor does not have representations and certifications in SAM, or does not have a representation in SAM for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it ( ) is, ( ) is not a small business concern under NAICS Code **236220**- assigned to contract number **W9126G-19-C-0025**.

(Contractor to sign and date and insert authorized signer's name and title).

(End of clause)


52.222-3    CONVICT LABOR (JUN 2003)

(a) Except as provided in paragraph (b) of this clause, the Contractor shall not employ in the performance of this contract any person undergoing a sentence of imprisonment imposed by any court of a State, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands.

(b) The Contractor is not prohibited from employing persons--

(1) On parole or probation to work at paid employment during the term of their sentence;

(2) Who have been pardoned or who have served their terms; or

(3) Confined for violation of the laws of any of the States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(i) The worker is paid or is in an approved work training program on a voluntary basis;

(ii) Representatives of local union central bodies or similar labor union organizations have been consulted;

(iii) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services;

(iv) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(v) The Attorney General of the United States has certified that the work-release laws or **regulations** of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

(End of clause)

52.222-4    CONTRACT WORK HOURS AND SAFETY STANDARDS - OVERTIME COMPENSATION (MAY 2018)

(a) Overtime requirements. No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and 1/2 times the basic rate of pay for each hour worked over 40 hours.

(b) Violation; liability for unpaid wages; liquidated damages. The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause. In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government. The Contracting Officer will assess liquidated damages at the rate specified at 29 CFR 5.5(b)(2) per affected employee for each calendar day on which the employer required
or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards statute (found at 40 U.S.C. chapter 37). In accordance with the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 Note), the Department of Labor adjusts this civil monetary penalty for inflation no later than January 15 each year.

(c) Withholding for unpaid wages and liquidated damages. The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages. If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the Contracting Officer will withhold payments from other Federal or Federally assisted contracts held by the same Contractor that are subject to the Contract Work Hours and Safety Standards statute.

(d) Payrolls and basic records.

(1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records shall contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Construction Wage Rate Requirements statute.

(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.

(e) Subcontracts. The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts that may require or involve the employment of laborers and mechanics and require subcontractors to include these provisions in any such lower tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower-tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.

(End of clause)

52.222-6    CONSTRUCTION WAGE RATE REQUIREMENTS  (AUG 2018)

(a) Definition.—"Site of the work"—

(1) Means—

(i) *The primary site of the work*. The physical place or places where the construction called for in the contract will remain when work on it is completed; and

(ii) *The secondary site of the work, if any*. Any other site where a significant portion of the building or work is constructed, provided that such site is—

# (A) Located in the United States; and

# (B) Established specifically for the performance of the contract or project;

(2) Except as provided in paragraph (3) of this definition, includes any fabrication plants, mobile factories, batch plants, borrow pits, job headquarters, tool yards, etc., provided—

(i) They are dedicated exclusively, or nearly so, to performance of the contract or project; and

(ii) They are adjacent or virtually adjacent to the "primary site of the work" as defined in paragraph (a)(1)(i), or the "secondary site of the work" as defined in paragraph (a)(1)(ii) of this definition;

(3) Does not include permanent home offices, branch plant establishments, fabrication plants, or tool yards of a Contractor or subcontractor whose locations and continuance in operation are determined wholly without regard to a particular Federal contract or project. In addition, fabrication plants, batch plants, borrow pits, job headquarters, yards, etc., of a commercial or material supplier which are established by a supplier of materials for the project before opening of bids and not on the Project site, are not included in the "site of the work." Such permanent, previously established facilities are not a part of the "site of the work" even if the operations for a period of time may be dedicated exclusively or nearly so, to the performance of a contract.

(b)(1) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, or as may be incorporated for a secondary site of the work, regardless of any contractual relationship which may be alleged to exist between the Contractor and such laborers and mechanics. Any wage determination incorporated for a secondary site of the work shall be effective from the first day on which work under the contract was performed at that site and shall be incorporated without any adjustment in contract price or estimated cost. Laborers employed by the construction Contractor or construction subcontractor that are transporting portions of the building or work between the secondary site of the work and the primary site of the work shall be paid in accordance with the wage determination applicable to the primary site of the work.

(2) Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Construction Wage Rate Requirements statute  on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (e) of this clause; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such period.

(3) Such laborers and mechanics shall be paid not less than the appropriate wage rate and fringe benefits in the wage determination for the classification of work actually performed, without regard to skill, except as provided in the clause entitled Apprentices and Trainees. Laborers or mechanics performing work in more than one classification

may be compensated at the rate specified for each classification for the time actually worked therein; provided that the employer's payroll records accurately set forth the time spent in each classification in which work is performed.

(4) The wage determination (including any additional classifications and wage rates conformed under paragraph (c) of this clause) and the Construction Wage Rate Requirements statute poster (WH-1321) shall be posted at all times by the Contractor and its subcontractors at the primary site of the work and the secondary site of the work, if any, in a prominent and accessible place where it can be easily seen by the workers.

(c)(1) The Contracting Officer shall require that any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The Contracting Officer shall approve an additional classification and wage rate and fringe benefits therefor only when all the following criteria have been met:

(i) The work to be performed by the classification requested is not performed by a classification in the wage determination.

(ii) The classification is utilized in the area by the construction industry.

(iii) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(2) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the Contracting Officer agree on the classification and wage rate (including the amount designated for fringe benefits, where appropriate), a report of the action taken shall be sent by the Contracting Officer to the Administrator of the:

Wage and Hour Division
U.S. Department of Labor
Washington, DC 20210
The Administrator or an authorized representative will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(3) In the event the Contractor, the laborers or mechanics to be employed in the classification, or their representatives, and the Contracting Officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the Contracting Officer shall refer the questions, including the views of all interested parties and the recommendation of the Contracting Officer, to the Administrator of the Wage and Hour Division for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(4) The wage rate (including fringe benefits, where appropriate) determined pursuant to paragraphs (c)(2) and (c)(3) of this clause shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(d) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(e) If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program; provided, That the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Construction Wage Rate Requirements statute  have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program. (End of clause)

52.222-7   WITHHOLDING OF FUNDS  (MAY 2014)

The Contracting Officer shall, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same Prime Contractor, or any other Federally assisted contract subject to Construction Wage Rate Requirements statute  prevailing wage requirements, which is held by the same Prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the contract.  In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(End of clause)


52.222-8   PAYROLLS AND BASIC RECORDS  (AUG 2018)

(a)  Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of 3 years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in 40 U.S.C. 3141(2)(B) (Construction Wage Rate Requirement statute)), daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has found, under paragraph (d) of the clause entitled Construction Wage Rate Requirements, that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in 40 U.S.C. 3141(2)(B), the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(b)(1) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph(a) of this clause, except that full social security numbers and home addresses shall not be included on weekly transmittals. Instead the payrolls shall only need to include an individually identifying number for each employee (e.g., the last four digits of the employee's social security number). The required weekly payroll information may be submitted in any form desired. Optional Form WH-347 is available for this purpose and may be obtained from the U.S. Department of Labor Wage and Hour Division website at http://www.dol.gov/whd/forms/wh347.pdf. The Prime Contractor is responsible for the submission of copies of payrolls by all subcontractors. Contractors and subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to the Contracting Officer, the Contractor, or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements. It is not a violation of this section for a Prime Contractor to require a subcontractor to provide addresses and social security numbers to the Prime Contractor for its own records, without weekly submission to the Contracting Officer.

(2)  Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify--

(i)  That the payroll for the payroll period contains the information required to be maintained under paragraph (a) of this clause and that such information is correct and complete;

(ii)  That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in the Regulations, 29 CFR Part 3; and

(iii)  That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(3)  The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph (b)(2) of this clause.

(4)  The falsification of any of the certifications in this clause may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

(c)  The Contractor or subcontractor shall make the records required under paragraph (a) of this clause available for inspection, copying, or transcription by the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor.  The Contractor or subcontractor shall permit the Contracting Officer or representatives of the Contracting Officer or the Department of Labor to interview employees during working hours on the job.  If the Contractor or subcontractor fails to submit required records or to make them available, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment.  Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(End of clause)

52.222-9    APPRENTICES AND TRAINEES (JUL 2005)

(a) Apprentices. (1) An apprentice will be permitted to work at less than the predetermined rate for the work performed when employed--

(i) Pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer, and Labor Services (OATELS) or with a State Apprenticeship Agency recognized by the OATELS; or

(ii) In the first 90 days of probationary employment as an apprentice in such an apprenticeship program, even though not individually registered in the program, if certified by the OATELS or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice.

(2) The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program.

(3) Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in paragraph (a)(1) of this clause, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed.

(4) Where a Contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination.

(5) Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination.

(6) In the event OATELS, or a State Apprenticeship Agency recognized by OATELS, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(b) Trainees.

(1) Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer, and Labor Services (OATELS). The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by OATELS.

(2) Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the OATELS shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed.

(3) In the event OATELS withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(c)  Equal employment opportunity.  The utilization of apprentices, trainees, and journeymen under this clause shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

(End of clause)


52.222-10    COMPLIANCE WITH COPELAND ACT REQUIREMENTS  (FEB 1988)

The Contractor shall comply with the requirements of 29 CFR Part 3, which are hereby incorporated by reference in this contract.

(End of clause)

52.222-11    SUBCONTRACTS (LABOR STANDARDS) (MAY 2014)

(a) Definition. Construction, alteration or repair, as used in this clause, means all types of work done by laborers and mechanics employed by the construction Contractor or construction subcontractor on a particular building or work at the site thereof, including without limitation--

(1) Altering, remodeling, installation (if appropriate) on the site of the work of items fabricated off-site;

(2) Painting and decorating;

(3) Manufacturing or furnishing of materials, articles, supplies, or equipment on the site of the building or work;

(4) Transportation of materials and supplies between the site of the work within the meaning of paragraphs (a)(1)(i) and (ii) of the ``site of work'' as defined in the FAR clause at 52.222-6, Construction Wage Rate Requirements of this contract, and a facility which is dedicated to the construction of the building or work and is deemed part of the site of the work within the meaning of paragraph (2) of the ``site of work'' definition; and

(5) Transportation of portions of the building or work between a secondary site where a significant portion of the building or work is constructed, which is part of the ``site of work'' definition in paragraph (a)(1)(ii) of the FAR clause at 52.222-6, Construction Wage Rate Requirements, and the physical place or places where the building or work will remain (paragraph (a)(1)(i) of the FAR clause at 52.222-6, in the ``site of the work'' definition).

(b) The Contractor shall insert in any subcontracts for construction, alterations and repairs within the United States the clauses entitled--

(1) Construction Wage Rate Requirements;

(2) Contract Work Hours and Safety Standards--Overtime Compensation (if the clause is included in this contract);

(3) Apprentices and Trainees;

(4) Payrolls and Basic Records;

(5) Compliance with Copeland Act Requirements;

(6) Withholding of Funds;

(7) Subcontracts (Labor Standards);

(8) Contract Termination--Debarment;

(9) Disputes Concerning Labor Standards;

(10) Compliance with Construction Wage Rate Requirements and Related Regulations; and

(11) Certification of Eligibility.

(c) The prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor performing construction within the United States with all the contract clauses cited in paragraph (b).

(d)(1) Within 14 days after award of the contract, the Contractor shall deliver to the Contracting Officer a completed Standard Form (SF) 1413, Statement and Acknowledgment, for each subcontract for construction within the United States, including the subcontractor's signed and dated acknowledgment that the clauses set forth in paragraph (b) of this clause have been included in the subcontract.

(2) Within 14 days after the award of any subsequently awarded subcontract the Contractor shall deliver to the Contracting Officer an updated completed SF 1413 for such additional subcontract.

(e) The Contractor shall insert the substance of this clause, including this paragraph (e) in all subcontracts for construction within the United States.

(End of clause)

52.222-12     CONTRACT TERMINATION--DEBARMENT (MAY 2014)

A breach of the contract clauses entitled Construction Wage Rate Requirements, Contract Work Hours and Safety Standards--Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Subcontracts (Labor Standards), Compliance with Construction Wage Rate Requirements and Related Regulations, or Certification of Eligibility may be grounds for termination of the contract, and for debarment as a Contractor and subcontractor as provided in 29 CFR 5.12.

(End of clause)

52.222-13 COMPLIANCE WITH CONSTRUCTION WAGE RATE REQUIREMENTS AND RELATED REGULATIONS (MAY 2014)

All rulings and interpretations of the Construction Wage Rate Requirements and related statutes contained in 29 CFR parts 1, 3, and 5 are hereby incorporated by reference in this contract.

(End of clause)

52.222-14     DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

The United States Department of Labor has set forth in 29 CFR Parts 5, 6, and 7 procedures for resolving disputes concerning labor standards requirements.  Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract.  Disputes within the meaning of this clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

(End of clause)

52.222-15     CERTIFICATION OF ELIGIBILITY  (MAY 2014)

(a) By entering into this contract, the Contractor certifies that neither it nor any person or firm who has an interest in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of 40 U.S.C. 3144(b)(2) or 29 CFR 5.12(a)(1).

(b) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of 40 U.S.C. 3144(b)(2) or 29 CFR 5.12(a)(1).

(c)   The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

(End of clause)

52.222-21     PROHIBITION OF SEGREGATED FACILITIES (APR 2015)

(a) Definitions. As used in this clause--

Gender identity has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

Segregated facilities means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, sexual orientation, gender identity, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

Sexual orientation has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, andis found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

(End of clause)

52.222-26     EQUAL OPPORTUNITY (SEPT 2016)

(a) Definitions. As used in this clause--

Compensation means any payments made to, or on behalf of, an employee or offered to an applicant as remuneration for employment, including but not limited to salary, wages, overtime pay, shift differentials, bonuses, commissions, vacation and holiday pay, allowances, insurance and other benefits, stock options and awards, profit sharing, and retirement.

Compensation information means the amount and type of compensation provided to employees or offered to applicants, including, but not limited to, the desire of the Contractor to attract and retain a particular employee for the value the employee is perceived to add to the Contractor's profit or productivity; the availability of employees with like skills in the marketplace; market research about the worth of similar jobs in the relevant marketplace; job analysis, descriptions, and evaluations; salary and pay structures; salary surveys; labor union agreements; and Contractor decisions, statements and policies related to setting or altering employee compensation.

Essential job functions means the fundamental job duties of the employment position an individual holds. A job function may be considered essential if--

(1) The access to compensation information is necessary in order to perform that function or another routinely assigned business task; or

(2) The function or duties of the position include protecting and maintaining the privacy of employee personnel records, including compensation information.

Gender identity has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

Sexual orientation has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

United States means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b)(1) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with this clause, except for work performed outside the United States by employees who were not recruited within the United States. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(2) If the Contractor is a religious corporation, association, educational institution, or society, the requirements of this clause do not apply with respect to the employment of individuals of a particular religion to perform work connected with the carrying on of the Contractor's activities (41 CFR 60-1.5).

(c) (1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, sexual orientation, gender identity, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, sexual orientation, gender identity, or national origin.  This shall include, but not be limited to, (i) employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v) recruitment or recruitment advertising, (vi) layoff or termination, (vii) rates of pay or other forms of compensation, and (viii) selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, or national origin.

(5)(i) The Contractor shall not discharge or in any other manner discriminate against any employee or applicant for employment because such employee or applicant has inquired about, discussed, or disclosed the compensation of the employee or applicant or another employee or applicant. This prohibition against discrimination does not apply to instances in which an employee who has access to the compensation information of other employees or applicants as a part of such employee's essential job functions discloses the compensation of such other employees or applicants to individuals who do not otherwise have access to such information, unless such disclosure is in response to a formal complaint or charge, in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or is consistent with the Contractor's legal duty to furnish information.

(ii) The Contractor shall disseminate the prohibition on discrimination in paragraph (c)(5)(i) of this clause, using language prescribed by the Director of the Office of Federal Contract Compliance Programs (OFCCP), to employees and applicants by--

(A) Incorporation into existing employee manuals or handbooks; and

(B) Electronic posting or by posting a copy of the provision in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(7) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(8) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(9) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

(10) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(11) The Contractor shall include the terms and conditions of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(12) The Contractor shall take such action with respect to any subcontract or purchase order as the Director of OFCCP may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(d) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR part 60-1.

(End of clause)

52.222-27    AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (APR 2015)

(a) Definitions. "Covered area" means the geographical area described in the solicitation for this contract.

"Deputy Assistant Secretary" means the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, or a designee.

"Employer's identification number" means the Federal Social Security number used on the employer's quarterly Federal tax return, U.S. Treasury Department Form 941.

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html .

"Minority" means --

(1) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

(2) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(3) Black (all persons having origins in any of the black African racial groups not of Hispanic origin); and

(4) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race).

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html .


(b) If the Contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 shall include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

(c) If the Contractor is participating in a Hometown Plan (41 CFR 60-4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) shall comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and compliance with, the provisions of the plan. Each Contractor or subcontractor participating in an approved plan is also required to comply with its obligations under the Equal Opportunity clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other Contractors or subcontractors toward a goal in an approved plan does not excuse any Contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

(d) The Contractor shall implement the affirmative action procedures in subparagraphs (g)(1) through (16) of this clause. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for the geographical area where that work is actually performed. The Contractor is expected to make substantially uniform progress toward its goals in each craft.

(e) Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the Contractor has a collective bargaining agreement, to refer minorities or women shall excuse the Contractor's obligations under this clause, Executive Order 11246, as amended, or the regulations thereunder.

(f) In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

(g) The Contractor shall take affirmative action to ensure equal employment opportunity. The evaluation of the Contractor's compliance with this clause shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully and implement affirmative action steps at least as extensive as the following:

(1) Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the Contractor's employees are assigned to work. The Contractor, if possible, will assign two or more women to each construction project. The Contractor shall ensure that foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

(2) Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

(3) Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and not referred back to the Contractor by the union or, if referred back, not employed by the Contractor, this shall be documented in the file, along with whatever additional actions the Contractor may have taken.

(4) Immediately notify the Deputy Assistant Secretary when the union or unions with which the Contractor has a collective bargaining agreement has not referred back to the Contractor a minority or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

(5) Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under subparagraph (g)(2) of this clause.

(6) Disseminate the Contractor's equal employment policy by--

(i) Providing notice of the policy to unions and to training, recruitment, and outreach programs, and requesting their cooperation in assisting the Contractor in meeting its contract obligations;

(ii) Including the policy in any policy manual and in collective bargaining agreements;

(iii) Publicizing the policy in the company newspaper, annual report, etc.;

(iv) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and

(v) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

(7) Review, at least annually, the Contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all on-site supervisory personnel before initiating construction work at a job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

(8) Disseminate the Contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other Contractors and subcontractors with which the Contractor does or anticipates doing business.

(9) Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than 1 month before the date for acceptance of applications for apprenticeship or training by any recruitment source, send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

(10) Encourage present minority and female employees to recruit minority persons and women. Where reasonable, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the Contractor's workforce.

(11) Validate all tests and other selection requirements where required under 41 CFR 60-3.

(12) Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training, etc., opportunities for promotion.

(13) Ensure that seniority practices, job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the Contractor's obligations under this contract are being carried out.

(14) Ensure that all facilities and company activities are nonsegregated except that separate or single-user rest rooms and necessary dressing or sleeping areas shall be provided to assure privacy between the sexes.

(15) Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

(16) Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's equal employment policy and affirmative action obligations.

(h) The Contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations contained in subparagraphs (g)(1) through (16) of this clause. The efforts of a contractor association, joint contractor-union, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under subparagraphs (g)(1) through (16) of this clause, provided the Contractor--

(1) Actively participates in the group;

(2) Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

(3) Ensures that concrete benefits of the program are reflected in the Contractor's minority and female workforce

participation;

(4) Makes a good-faith effort to meet its individual goals and timetables; and

(5) Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply is the Contractor's, and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

(i) A single goal for minorities and a separate single goal for women shall be established. The Contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and nonminority. Consequently, the Contractor may be in violation of Executive Order 11246, as amended, if a particular group is employed in a substantially disparate manner.

(j) The Contractor shall not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

(k) The Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts under Executive Order 11246, as amended.

(l) The Contractor shall carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension, termination, and cancellation of existing subcontracts, as may be imposed or ordered under Executive Order 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered shall be a violation of this clause and Executive Order 11246, as amended.

(m) The Contractor in fulfilling its obligations under this clause shall implement affirmative action procedures at least as extensive as those prescribed in paragraph (g) of this clause, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of Executive Order 11246, as amended, the implementing regulations, or this clause, the Deputy Assistant Secretary shall take action as prescribed in 41 CFR 60-4.8.

(n) The Contractor shall designate a responsible official to--

(1) Monitor all employment-related activity to ensure that the Contractor's equal employment policy is being carried out;

(2) Submit reports as may be required by the Government; and

(3) Keep records that shall at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

(o) Nothing contained herein shall be construed as a limitation upon the application of other laws that establish different standards of compliance or upon the requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

(End of clause)

52.222-36    EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES  (JUL 2014)

(a) Equal opportunity clause. The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.

(b) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $15,000 unless exempted by rules, regulations, or orders of the Secretary, so that such provisions will be binding upon each subcontractor or vendor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs of the U.S. Department of Labor, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.
(End of clause)

52.222-50    COMBATING TRAFFICKING IN PERSONS (JAN 2019)

(a) Definitions. As used in this clause--

Agent means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.

Coercion means--

(1) Threats of serious harm to or physical restraint against any person;

(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(3) The abuse or threatened abuse of the legal process.

Commercially available off-the-shelf (COTS) item means--

(1) Any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.

Commercial sex act means any sex act on account of which anything of value is given to or received by any person.

Debt bondage means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.

Employee means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.

Forced Labor means knowingly providing or obtaining the labor or services of a person--

(1) By threats of serious harm to, or physical restraint against, that person or another person;

(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) By means of the abuse or threatened abuse of law or the legal process.

Involuntary servitude includes a condition of servitude induced by means of--

(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or

(2) The abuse or threatened abuse of the legal process.

Recruitment fees means fees of any type, including charges, costs, assessments, or other financial obligations, that are associated with the recruiting process, regardless of the time, manner, or location of imposition or collection of the fee.

(1) Recruitment fees include, but are not limited to, the following fees (when they are associated with the recruiting process) for--

(i) Soliciting, identifying, considering, interviewing, referring, retaining, transferring, selecting, training, providing orientation to, skills testing, recommending, or placing employees or potential employees;

(ii) Advertising;

(iii) Obtaining permanent or temporary labor certification, including any associated fees;

(iv) Processing applications and petitions;

(v) Acquiring visas, including any associated fees;

(vi) Acquiring photographs and identity or immigration documents, such as passports, including any associated fees;

(vii) Accessing the job opportunity, including required medical examinations and immunizations; background, reference, and security clearance checks and examinations; and additional certifications;

(viii) An employer's recruiters, agents or attorneys, or other notary or legal fees;

(ix) Language interpretation or translation, arranging for or accompanying on travel, or providing other advice to employees or potential employees;

(x) Government-mandated fees, such as border crossing fees, levies, or worker welfare funds;

(xi) Transportation and subsistence costs--

(A) While in transit, including, but not limited to, airfare or costs of other modes of transportation, terminal fees, and travel taxes associated with travel from the country of origin to the country of performance and the return journey upon the end of employment; and

(B) From the airport or disembarkation point to the worksite;

(xii) Security deposits, bonds, and insurance; and

(xiii) Equipment charges.

(2) A recruitment fee, as described in the introductory text of this definition, is a recruitment fee, regardless of whether the payment is--

(i) Paid in property or money;

(ii) Deducted from wages;

(iii) Paid back in wage or benefit concessions;

(iv) Paid back as a kickback, bribe, in-kind payment, free labor, tip, or tribute; or

(v) Collected by an employer or a third party, whether licensed or unlicensed, including, but not limited to--

(A) Agents;

(B) Labor brokers;

(C) Recruiters;

(D) Staffing firms (including private employment and placement firms);

(E) Subsidiaries/affiliates of the employer;

(F) Any agent or employee of such entities; and

(G) Subcontractors at all tiers.

Severe forms of trafficking in persons means--

(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

Sex trafficking means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

Subcontract means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

Subcontractor means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.

United States means the 50 States, the District of Columbia, and outlying areas.

(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons including the trafficking-related activities of this clause. Contractors, contractor employees, and their agents shall not--

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract;

(3) Use forced labor in the performance of the contract;

(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;

(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language understood by the employee or
potential employee, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe
benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant costs to be charged to the employee or potential employee,
and, if applicable, the hazardous nature of the work;

(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;

(6) Charge employees or potential employees recruitment fees;

(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment--

(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or

(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that--

(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is--

(A) Legally permitted to remain in the country of employment and who chooses to do so; or

(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;

(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an
enforcement action related to trafficking in persons. The contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.

(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or

(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days

prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging
recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements. The Contractor shall--

(1) Notify its employees and agents of--

(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.

(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of--

(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible
evidence of fraud); and

(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.

(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result
in--

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

(5) Declining to exercise available options under the contract;

(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:

(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.

(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation. (1) The Contractor shall, at a minimum--

(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;

(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;

(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and

(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.

(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not--

(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;

(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or

(iii) Restrict the Contractor from--

(A) Conducting an internal investigation; or

(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan. (1) This paragraph (h) applies to any portion of the contract that--

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate--

(i) To the size and complexity of the contract; and

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the Web site for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees and potential employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee or potential employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that--

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either--

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.

(i) Subcontracts. (1) The Contractor shall include the substance of this clause, including this paragraph (i), in all subcontracts and in all contracts with agents. The requirements in paragraph (h)

of this clause apply only to any portion of the subcontract that--

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification
shall cover the items in paragraph (h)(5) of this clause.
(End of clause)


52.222-54   EMPLOYMENT ELIGIBILITY VERIFICATION (OCT 2015)

(a) Definitions. As used in this clause--Commercially available off-the-shelf (COTS) item—

(1) Means any item of supply that is--

(i) A commercial item (as defined in paragraph (1) of the definition at 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products. Per 46 CFR 525.1(c)(2), ``bulk cargo'' means cargo that is loaded and carried in bulk onboard ship without mark or count, in a loose unpackaged form, having homogenous characteristics. Bulk cargo loaded into intermodal equipment, except LASH or Seabee barges, is subject to mark and count and, therefore, ceases to be bulk cargo.

Employee assigned to the contract means an employee who was hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), who is directly performing work, in the United States, under a contract that is required to include the clause prescribed at 22.1803. An employee is not considered to be directly performing work under a contract if the employee--

(1) Normally performs support work, such as indirect or overhead functions; and

(2) Does not perform any substantial duties applicable to the contract.

Subcontract means any contract, as defined in 2.101, entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

Subcontractor means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime Contractor or another subcontractor.

United States, as defined in 8 U.S.C. 1101(a)(38), means the 50 States, the District of Columbia, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands.

(b) Enrollment and verification requirements.

(1) If the Contractor is not enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall--

(i) Enroll. Enroll as a Federal Contractor in the E-Verify program within 30 calendar days of contract award;

(ii) Verify all new employees. Within 90 calendar days of enrollment in the E-Verify program, begin to use E-Verify to initiate verification of employment eligibility of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); and

(iii) Verify employees assigned to the contract. For each employee assigned to the contract, initiate verification within 90 calendar days after date of enrollment or within 30 calendar days of the employee's assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(2) If the Contractor is enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall use E-Verify to initiate verification of employment eligibility of--

(i) All new employees. (A) Enrolled 90 calendar days or more. The Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(B) Enrolled less than 90 calendar days. Within 90 calendar days after enrollment as a Federal Contractor in E-Verify, the Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(ii) Employees assigned to the contract. For each employee assigned to the contract, the Contractor shall initiate verification within 90 calendar days after date of contract award or within 30 days after assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(3) If the Contractor is an institution of higher education (as defined at 20 U.S.C. 1001(a)); a State or local government or the government of a Federally recognized Indian tribe; or a surety performing under a takeover agreement entered into with a Federal agency pursuant to a performance bond, the Contractor may choose to verify only employees assigned to the contract, whether existing employees or new hires. The Contractor shall follow the applicable verification requirements at (b)(1) or (b)(2), respectively, except that any requirement for verification of new employees applies only to new employees assigned to the contract.

(4) Option to verify employment eligibility of all employees. The Contractor may elect to verify all existing employees hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), rather than just those employees assigned to the contract. The Contractor shall initiate verification for each existing employee working in the United States who was hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), within 180 calendar days of--

(i) Enrollment in the E-Verify program; or

(ii) Notification to E-Verify Operations of the Contractor's decision to exercise this option, using the contact information provided in the E-Verify program Memorandum of Understanding (MOU).

(5) The Contractor shall comply, for the period of performance of this contract, with the requirements of the E-Verify program MOU.

(i) The Department of Homeland Security (DHS) or the Social Security Administration (SSA) may terminate the Contractor's MOU and deny access to the E-Verify system in accordance with the terms of the MOU. In such case, the Contractor will be referred to a suspension or debarment official.

(ii) During the period between termination of the MOU and a decision by the suspension or debarment official whether to suspend or debar, the Contractor is excused from its obligations under paragraph (b) of this clause. If the

suspension or debarment official determines not to suspend or debar the Contractor, then the Contractor must reenroll in E-Verify.

(c) Web site. Information on registration for and use of the E-Verify program can be obtained via the Internet at the Department of Homeland Security Web site: http://www.dhs.gov/E-Verify.

(d) Individuals previously verified. The Contractor is not required by this clause to perform additional employment verification using E-Verify for any employee--

(1) Whose employment eligibility was previously verified by the Contractor through the E-Verify program;

(2) Who has been granted and holds an active U.S. Government security clearance for access to confidential, secret, or top secret information in accordance with the National Industrial Security Program Operating Manual; or

(3) Who has undergone a completed background investigation and been issued credentials pursuant to Homeland Security Presidential Directive (HSPD)-12, Policy for a Common Identification Standard for Federal Employees and Contractors.

(e) Subcontracts. The Contractor shall include the requirements of this clause, including this paragraph (e) (appropriately modified for identification of the parties), in each subcontract that--

(1) Is for--(i) Commercial or noncommercial services (except for commercial services that are part of the purchase of a COTS item (or an item that would be a COTS item, but for minor modifications), performed by the COTS provider, and are normally provided for that COTS item); or

(ii) Construction;

(2) Has a value of more than $3,500; and

(3) Includes work performed in the United States.

(End of clause)


52.222-55  MINIMUM WAGES UNDER EXECUTIVE ORDER 13658 (DEC 2015)


(a) Definitions. As used in this clause--

``United States'' means the 50 states and the District of Columbia.

``Worker''--

(1) Means any person engaged in performing work on, or in connection with, a contract covered by Executive Order 13658, and --

(i) Whose wages under such contract are governed by the Fair Labor Standards Act (29 U.S.C. chapter 8), the Service Contract Labor Standards statute (41 U.S.C. chapter 67), or the Wage Rate Requirements (Construction) statute (40 U.S.C. chapter 31, subchapter IV);

(ii) Other than individuals employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in 29 CFR part 541;

(iii) Regardless of the contractual relationship alleged to exist between the individual and the employer.

(2) Includes workers performing on, or in connection with, the contract whose wages are calculated pursuant to special certificates issued under 29 U.S.C. 214(c).

(3) Also includes any person working on, or in connection with, the contract and individually registered in a bona fide apprenticeship or training program registered with the Department of Labor's Employment and Training Administration, Office of Apprenticeship, or with a State Apprenticeship Agency recognized by the Office of Apprenticeship.

(b) Executive Order minimum wage rate. (1) The Contractor shall pay to workers, while performing in the United States, and performing on, or in connection with, this contract, a minimum hourly wage rate of $10.10 per hour beginning January 1, 2015.

(2)  The Contractor shall adjust the minimum wage paid, if necessary, beginning January 1, 2016, and annually thereafter, to meet the applicable annual E.O. minimum wage. The Administrator of the Department of Labor's Wage and Hour Division (the Administrator) will publish annual determinations in the Federal Register no later than 90 days before the effective date of the new E.O. minimum wage rate. The Administrator will also publish the applicable E.O. minimum wage on www.wdol.gov (or any successor Web site), and a general notice on all wage determinations issued under the Service Contract Labor Standards statute or the Wage Rate Requirements (Construction) statute, that will provide information on the E.O. minimum wage and how to obtain annual updates. The applicable published E.O. minimum wage is incorporated by reference into this contract.

(3)(i)  The Contractor may request a price adjustment only after the effective date of the new annual E.O. minimum wage determination. Prices will be adjusted only for increased labor costs (including subcontractor labor costs) as a result of an increase in the annual E.O. minimum wage, and for associated labor costs (including those for subcontractors). Associated labor costs shall include increases or decreases that result from changes in social security and unemployment taxes and workers' compensation insurance, but will not otherwise include any amount for general and administrative costs, overhead, or profit.

(ii) Subcontractors may be entitled to adjustments due to the new minimum wage, pursuant to paragraph (b)(2). Contractors shall consider any subcontractor requests for such price adjustment.

(iii) The Contracting Officer will not adjust the contract price under this clause for any costs other than those identified in paragraph (b)(3)(i) of this clause, and will not provideduplicate price adjustments with any price adjustment under clauses implementing the Service Contract Labor Standards statute or the Wage Rate Requirements (Construction) statute.

(4) The Contractor warrants that the prices in this contract do not include allowance for any contingency to cover increased costs for which adjustment is provided under this clause.

(5) A pay period under this clause may not be longer than semi-monthly, but may be shorter to comply with any applicable law or other requirement under this contract establishing a shorter pay period. Workers shall be paid no later than one pay period following the end of the regular pay period in which such wages were earned or accrued.

(6) The Contractor shall pay, unconditionally to each worker, all wages due free and clear without subsequent rebate or kickback. The Contractor may make deductions that reduce a worker's wages below the E.O. minimum wage rate only if done in accordance with 29 CFR 10.23, Deductions.

(7) The Contractor shall not discharge any part of its minimum wage obligation under this clause by furnishing fringe benefits or, with respect to workers whose wages are governed by the Service Contract Labor Standards statute, the cash equivalent thereof.

(8) Nothing in this clause shall excuse the Contractor from compliance with any applicable Federal or State prevailing wage law or any applicable law or municipal ordinance establishing a minimum wage higher than the E.O. minimum wage. However, wage increases under such other laws or municipal ordinances are not subject to

price adjustment under this subpart.

(9) The Contractor shall pay the E.O. minimum wage rate whenever it is higher than any applicable collective bargaining agreement(s) wage rate.

(10) The Contractor shall follow the policies and procedures in 29 CFR 10.24(b) and 10.28 for treatment of workers engaged in an occupation in which they customarily and regularly receive more than $30 a month in tips.

(c)(1) This clause applies to workers as defined in paragraph (a). As provided in that definition--

(i) Workers are covered regardless of the contractual relationship alleged to exist between the contractor or subcontractor and the worker;

(ii) Workers with disabilities whose wages are calculated pursuant to special certificates issued under 29 U.S.C. 214(c) are covered; and

(iii) Workers who are registered in a bona fide apprenticeship program or training program registered with the Department of Labor's Employment and Training Administration, Office of Apprenticeship, or with a State Apprenticeship Agency recognized by the Office of Apprenticeship, are covered.

(2) This clause does not apply to--

(i) Fair Labor Standards Act (FLSA)-covered individuals performing in connection with contracts covered by the E.O., i.e. those individuals who perform duties necessary to the performance of the contract, but who are not directly engaged in performing the specific work called for by the contract, and who spend less than 20 percent of their hours worked in a particular workweek performing in connection with such contracts;

(ii) Individuals exempted from the minimum wage requirements of the FLSA under 29 U.S.C. 213(a) and 214(a) and (b), unless otherwise covered by the Service Contract Labor Standards statute, or the Wage Rate Requirements (Construction) statute. These individuals include but are not limited to--

(A) Learners, apprentices, or messengers whose wages are calculated pursuant to special certificates issued under 29 U.S.C. 214(a).

(B) Students whose wages are calculated pursuant to special certificates issued under 29 U.S.C. 214(b).

(C) Those employed in a bona fide executive, administrative, or professional capacity (29 U.S.C. 213(a)(1) and 29 CFR part 541).

(d) Notice. The Contractor shall notify all workers performing work on, or in connection with, this contract of the applicable E.O. minimum wage rate under this clause. With respect to workers covered by the Service Contract Labor Standards statute or the Wage Rate Requirements (Construction) statute, the Contractor may meet this requirement by posting, in a prominent and accessible place at the worksite, the applicable wage determination under those statutes. With respect to workers whose wages are governed by the FLSA, the Contractor shall post notice, utilizing the poster provided by the Administrator, which can be obtained at www.dol.gov/whd/govcontracts, in a prominent and accessible place at the worksite. Contractors that customarily post notices to workers electronically may post the notice electronically provided the electronic posting is displayed prominently on any Web site that is maintained by the contractor, whether external or internal, and customarily used for notices to workers about terms and conditions of employment.

(e) Payroll Records. (1) The Contractor shall make and maintain records, for three years after completion of the work, containing the following information for each worker:

(i) Name, address, and social security number;

(ii) The worker's occupation(s) or classification(s);

(iii) The rate or rates of wages paid;

(iv) The number of daily and weekly hours worked by each worker;

(v) Any deductions made; and

(vi) Total wages paid.

(2) The Contractor shall make records pursuant to paragraph (e)(1) of this clause available for inspection and transcription by authorized representatives of the Administrator. The Contractor shall also make such records available upon request of the Contracting Officer.

(3) The Contractor shall make a copy of the contract available, as applicable, for inspection or transcription by authorized representatives of the Administrator.

(4) Failure to comply with this paragraph (e) shall be a violation of 29 CFR 10.26 and this contract. Upon direction of the Administrator or upon the Contracting Officer's own action, payment shall be withheld until such time as the noncompliance is corrected.

(5) Nothing in this clause limits or otherwise modifies the Contractor's payroll and recordkeeping obligations, if any, under the Service Contract Labor Standards statute, the Wage Rate Requirements (Construction) statute, the Fair Labor Standards Act, or any other applicable law.

(f) Access. The Contractor shall permit authorized representatives of the Administrator to conduct investigations, including interviewing workers at the worksite during normal working hours.

(g) Withholding. The Contracting Officer, upon his or her own action or upon written request of the Administrator, will withhold funds or cause funds to be withheld, from the Contractor under this or any other Federal contract with the same Contractor, sufficient to pay workers the full amount of wages required by this clause.

(h) Disputes. Department of Labor has set forth in 29 CFR 10.51, Disputes concerning contractor compliance, the procedures for resolving disputes concerning a contractor's compliance with Department of Labor regulations at 29 CFR part 10. Such disputes shall be resolved in accordance with those procedures and not the Disputes clause of this contract. These disputes include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the Department of Labor, or the workers or their representatives.

(i) Antiretaliation. The Contractor shall not discharge or in any other manner discriminate against any worker because such worker has filed any complaint or instituted or caused to be instituted any proceeding under or related to compliance with the E.O. or this clause, or has testified or is about to testify in any such proceeding.

(j) Subcontractor compliance. The Contractor is responsible for subcontractor compliance with the requirements of this clause and may be held liable for unpaid wages due subcontractor workers.

(k) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (k) in all subcontracts, regardless of dollar value, that are subject to the Service Contract Labor Standards statute or the Wage Rate Requirements (Construction) statute, and are to be performed in whole or in part in the United States.

(End of clause)

52.222-62  PAID SICK LEAVE UNDER EXECUTIVE ORDER 13706 (JAN 2017)

(a) Definitions. As used in this clause (in accordance with 29 CFR 13.2)--

Child, domestic partner, and domestic violence have the meaning given in 29 CFR 13.2.

Employee--(1)(i) Means any person engaged in performing work on or in connection with a contract covered by Executive Order (E.O.) 13706; and

(A) Whose wages under such contract are governed by the Service Contract Labor Standards statute (41 U.S.C. chapter 67), the Wage Rate Requirements (Construction) statute (40 U.S.C. chapter 31, subchapter IV), or the Fair Labor Standards Act (29 U.S.C. chapter 8);

(B) Including employees who qualify for an exemption from the Fair Labor Standards Act's minimum wage and overtime provisions;

(C) Regardless of the contractual relationship alleged to exist between the individual and the employer; and

(ii) Includes any person performing work on or in connection with the contract and individually registered in a bona fide apprenticeship or training program registered with the Department of Labor's Employment and Training Administration, Office of Apprenticeship, or with a State Apprenticeship Agency recognized by the Office of Apprenticeship.

(2)(i) An employee performs ``on'' a contract if the employee directly performs the specific services called for by the contract; and

(ii) An employee performs ``in connection with'' a contract if the employee's work activities are necessary to the performance of a contract but are not the specific services called for by the contract.

Individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship has the meaning given in 29 CFR 13.2.

Multiemployer plan means a plan to which more than one employer is required to contribute and which is maintained pursuant to one or more collective bargaining agreements between one or more employee organizations and more than one employer.

Paid sick leave means compensated absence from employment that is required by E.O. 13706 and 29 CFR part 13.

Parent, sexual assault, spouse, and stalking have the meaning given in 29 CFR 13.2.

United States means the 50 States and the District of Columbia.

(b) Executive Order 13706. (1) This contract is subject to E.O. 13706 and the regulations issued by the Secretary of Labor in 29 CFR part 13 pursuant to the E.O.

(2) If this contract is not performed wholly within the United States, this clause only applies with respect to that part of the contract that is performed within the United States.

(c) Paid sick leave. The Contractor shall--

(1) Permit each employee engaged in performing work on or in connection with this contract to earn not less than 1 hour of paid sick leave for every 30 hours worked;

(2) Allow accrual and use of paid sick leave as required by E.O. 13706 and 29 CFR part 13;

(3) Comply with the accrual, use, and other requirements set forth in 29 CFR 13.5 and 13.6, which are incorporated by reference in this contract;

(4) Provide paid sick leave to all employees when due free and clear and without subsequent deduction (except as otherwise provided by 29 CFR 13.24), rebate, or kickback on any account;

(5) Provide pay and benefits for paid sick leave used no later than one pay period following the end of the regular pay period in which the paid sick leave was taken; and

(6) Be responsible for the compliance by any subcontractor with the requirements of E.O. 13706, 29 CFR part 13, and this clause.

(d) Contractors may fulfill their obligations under E.O. 13706 and 29 CFR part 13 jointly with other contractors through a multiemployer plan, or may fulfill their obligations through an individual fund, plan, or program (see 29 CFR 13.8).

(e) Withholding. The Contracting Officer will, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this or any other Federal contract with the same Contractor, so much of the accrued payments or advances as may be considered necessary to pay employees the full amount owed to compensate for any violation of the requirements of E.O. 13706, 29 CFR part 13, or this clause, including--

(1) Any pay and/or benefits denied or lost by reason of the violation;

(2) Other actual monetary losses sustained as a direct result of the violation; and

(3) Liquidated damages.

(f) Payment suspension/contract termination/contractor debarment. (1) In the event of a failure to comply with E.O. 13706, 29 CFR part 13, or this clause, the contracting agency may, on its own action or after authorization or by direction of the Department of Labor and written notification to the Contractor take action to cause suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(2) Any failure to comply with the requirements of this clause may be grounds for termination for default or cause.

(3) A breach of the contract clause may be grounds for debarment as a contractor and subcontractor as provided in 29 CFR 13.52.

(g) The paid sick leave required by E.O. 13706, 29 CFR part 13, and this clause is in addition to the Contractor's obligations under the Service Contract Labor Standards statute and Wage Rate Requirements (Construction) statute, and the Contractor may not receive credit toward its prevailing wage or fringe benefit obligations under those Acts for any paid sick leave provided in satisfaction of the requirements of E.O. 13706 and 29 CFR part 13.

(h) Nothing in E.O. 13706 or 29 CFR part 13 shall excuse noncompliance with or supersede any applicable Federal or State law, any applicable law or municipal ordinance, or a collective bargaining agreement requiring greater paid sick leave or leave rights than those established under E.O. 13706 and 29 CFR part 13.

(i) Recordkeeping. (1) The Contractor shall make and maintain, for no less than three (3) years from the completion of the work on the contract, records containing the following information for each employee, which the Contractor shall make available upon request for inspection, copying, and transcription by authorized representatives of the Administrator of the Wage and Hour Division of the Department of Labor:

(i) Name, address, and social security number of each employee.

(ii) The employee's occupation(s) or classification(s).

(iii) The rate or rates of wages paid (including all pay and benefits provided).

(iv) The number of daily and weekly hours worked.

(v) Any deductions made.

(vi) The total wages paid (including all pay and benefits provided) each pay period.

(vii) A copy of notifications to employees of the amount of paid sick leave the employee has accrued, as required under 29 CFR 13.5(a)(2).

(viii) A copy of employees' requests to use paid sick leave, if in writing, or, if not in writing, any other records reflecting such employee requests.

(ix) Dates and amounts of paid sick leave taken by employees (unless the Contractor's paid time off policy satisfies the requirements of E.O. 13706 and 29 CFR part 13 as described in 29 CFR 13.5(f)(5), leave shall be designated in records as paid sick leave pursuant to E.O. 13706).

(x) A copy of any written responses to employees' requests to use paid sick leave, including explanations for any denials of such requests, as required under 29 CFR 13.5(d)(3).

(xi) Any records reflecting the certification and documentation the Contractor may require an employee to provide under 29 CFR 13.5(e), including copies of any certification or documentation provided by an employee.

(xii) Any other records showing any tracking of or calculations related to an employee's accrual or use of paid sick leave.

(xiii) The relevant contract.

(xiv) The regular pay and benefits provided to an employee for each use of paid sick leave.

(xv) Any financial payment made for unused paid sick leave upon a separation from employment intended, pursuant to 29 CFR 13.5(b)(5), to relieve the Contractor from the obligation to reinstate such paid sick leave as otherwise required by 29 CFR 13.5(b)(4).

(2)(i) If the Contractor wishes to distinguish between an employee's covered and noncovered work, the Contractor shall keep records or other proof reflecting such distinctions. Only if the Contractor adequately segregates the employee's time will time spent on noncovered work be excluded from hours worked counted toward the accrual of paid sick leave. Similarly, only if the Contractor adequately segregates the employee's time may the Contractor properly refuse an employee's request to use paid sick leave on the ground that the employee was scheduled to perform noncovered work during the time he or she asked to use paid sick leave.

(ii) If the Contractor estimates covered hours worked by an employee who performs work in connection with contracts covered by the E.O. pursuant to 29 CFR 13.5(a)(1)(i) or (iii), the Contractor shall keep records or other proof of the verifiable information on which such estimates are reasonably based. Only if the Contractor relies on an estimate that is reasonable and based on verifiable information will an employee's time spent in connection with noncovered work be excluded from hours worked counted toward the accrual of paid sick leave. If the Contractor estimates the amount of time an employee spends performing in connection with contracts covered by the E.O., the Contractor shall permit the employee to use his or her paid sick leave during any work time for the Contractor.

(3) In the event the Contractor is not obligated by the Service Contract Labor Standards statute, the Wage Rate Requirements (Construction) statute, or the Fair Labor Standards Act to keep records of an employee's hours worked, such as because the employee is exempt from the Fair Labor Standards Act's minimum wage and

overtime requirements, and the Contractor chooses to use the assumption permitted by 29 CFR 13.5(a)(1)(iii), the Contractor is excused from the requirement in paragraph (i)(1)(iv) of this clause and 29 CFR 13.25(a)(4) to keep records of the employee's number of daily and weekly hours worked.

(4)(i) Records relating to medical histories or domestic violence, sexual assault, or stalking, created for purposes of E.O. 13706, whether of an employee or an employee's child, parent, spouse, domestic partner, or other individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship, shall be maintained as confidential records in separate files/records from the usual personnel files.

(ii) If the confidentiality requirements of the Genetic Information Nondiscrimination Act of 2008 (GINA), section 503 of the Rehabilitation Act of 1973, and/or the Americans with Disabilities Act (ADA) apply to records or documents created to comply with the recordkeeping requirements in this contract clause, the records and documents shall also be maintained in compliance with the confidentiality requirements of the GINA, section 503 of the Rehabilitation Act of 1973, and/or ADA as described in 29 CFR 1635.9, 41 CFR 60-741.23(d), and 29 CFR 1630.14(c)(1), respectively.

(iii) The Contractor shall not disclose any documentation used to verify the need to use 3 or more consecutive days of paid sick leave for the purposes listed in 29 CFR 13.5(c)(1)(iv) (as described in 29 CFR 13.5(e)(1)(ii)) and shall maintain confidentiality about any domestic abuse, sexual assault, or stalking, unless the employee consents or when disclosure is required by law.

(5) The Contractor shall permit authorized representatives of the Wage and Hour Division to conduct interviews with employees at the worksite during normal working hours.

(6) Nothing in this contract clause limits or otherwise modifies the Contractor's recordkeeping obligations, if any, under the Service Contract Labor Standards statute, the Wage Rate Requirements (Construction) statute, the Fair Labor Standards Act, the Family and Medical Leave Act, E.O. 13658, their respective implementing regulations, or any other applicable law.

(j) Interference/discrimination.

(1) The Contractor shall not in any manner interfere with an employee's accrual or use of paid sick leave as required by E.O. 13706 or 29 CFR part 13. Interference includes, but is not limited to--

(i) Miscalculating the amount of paid sick leave an employee has accrued;

(ii) Denying or unreasonably delaying a response to a proper request to use paid sick leave;

(iii) Discouraging an employee from using paid sick leave;

(iv) Reducing an employee's accrued paid sick leave by more than the amount of such leave used;

(v) Transferring an employee to work on contracts not covered by the E.O. to prevent the accrual or use of paid sick leave;

(vi) Disclosing confidential information contained in certification or other documentation provided to verify the need to use paid sick leave; or

(vii) Making the use of paid sick leave contingent on the employee's finding a replacement worker or the fulfillment of the Contractor's operational needs.

(2) The Contractor shall not discharge or in any other manner discriminate against any employee for--

(i) Using, or attempting to use, paid sick leave as provided for under E.O. 13706 and 29 CFR part 13;

(ii) Filing any complaint, initiating any proceeding, or otherwise asserting any right or claim under E.O. 13706 and 29 CFR part 13;

(iii) Cooperating in any investigation or testifying in any proceeding under E.O. 13706 and 29 CFR part 13; or

(iv) Informing any other person about his or her rights under E.O. 13706 and 29 CFR part 13.

(k) Notice. The Contractor shall notify all employees performing work on or in connection with a contract covered by the E.O. of the paid sick leave requirements of E.O. 13706, 29 CFR part 13, and this clause by posting a notice provided by the Department of Labor in a prominent and accessible place at the worksite so it may be readily seen by employees. Contractors that customarily post notices to employees electronically may post the notice electronically, provided such electronic posting is displayed prominently on any Web site that is maintained by the Contractor, whether external or internal, and customarily used for notices to employees about terms and conditions of employment.

(l) Disputes concerning labor standards. Disputes related to the application of E.O. 13706 to this contract shall not be subject to the general disputes clause of the contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR part 13. Disputes within the meaning of this contract clause include disputes between the Contractor (or any of its subcontractors) and the contracting agency, the Department of Labor, or the employees or their representatives.

(m) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (m), in all subcontracts, regardless of dollar value, that are subject to the Service Contract Labor Standards statute or the Wage Rate Requirements (Construction) statute, and are to be performed in whole or in part in the United States.

(End of clause)

## CLAUSES INCORPORATED BY FULL TEXT

52.223-1   BIOBASED PRODUCT CERTIFICATION (MAY 2012)

As required by the Farm Security and Rural Investment Act of 2002 and the Energy Policy Act of 2005 (7 U.S.C. 8102(c)(3)), the offeror certifies, by signing this offer, that biobased products (within categories of products listed by the United States Department of Agriculture in 7 CFR part 3201, subpart B) to be used or delivered in the performance of the contract, other than biobased products that are not purchased by the offeror as a direct result of this contract, will comply with the applicable specifications or other contractual requirements.

(End of provision)

52.223-2   AFFIRMATIVE PROCUREMENT OF BIOBASED PRODUCTS UNDER SERVICE AND CONSTRUCTION CONTRACTS (SEP 2013)

(a) In the performance of this contract, the contractor shall make maximum use of biobased products that are United States Department of Agriculture (USDA)-designated items unless--

(1) The product cannot be acquired--

(i) Competitively within a time frame providing for compliance with the contract performance schedule;

(ii) Meeting contract performance requirements; or

(iii) At a reasonable price.

(2) The product is to be used in an application covered by a USDA categorical exemption (see 7 CFR 3201.3(e)). For example, all USDA-designated items are exempt from the preferred procurement requirement for the following:

(i) Spacecraft system and launch support equipment.

(ii) Military equipment, i.e., a product or system designed or procured for combat or combat-related missions.

(b) Information about this requirement and these products is available at http://www.biopreferredgov.

(c) In the performance of this contract, the Contractor shall--

(1) Report to http://www.sam.gov, with a copy to the Contracting Officer, on the product types and dollar value of any USDA-designated biobased products purchased by the Contractor during the previous Government fiscal year, between October 1 and September 30; and

(2) Submit this report no later than--

(i) October 31 of each year during contract performance; and

(ii) At the end of contract performance.

(End of clause)


52.223-3   HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material<br>(If none,<br>insert "None") | Identification No. |
|---|---|
| NONE | ___ |
| ___ | ___ |
| ___ | ___ |

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety

Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

(End of clause)


52.223-4    RECOVERED MATERIAL CERTIFICATION (MAY 2008)

As required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(c)(3)(A)(i)), the offeror certifies, by signing this offer, that the percentage of recovered materials content for EPA-designated items to be delivered or used in the performance of the contract will be at least the amount required by the applicable contract specifications or other contractual requirements.

(End of provision)


52.223-5    POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (MAY 2011)

(a) Definitions. As used in this clause--

"Toxic chemical means a chemical or chemical category listed in 40 CFR 372.65."

(b) Federal facilities are required to comply with the provisions of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11001-11050), and the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13101-13109).

(c) The Contractor shall provide all information needed by the Federal facility to comply with the following:

(1) The emergency planning reporting requirements of section 302 of EPCRA.

(2) The emergency notice requirements of section 304 of EPCRA.

(3) The list of Material Safety Data Sheets, required by section 311 of EPCRA.

(4) The emergency and hazardous chemical inventory forms of section 312 of EPCRA.

(5) The toxic chemical release inventory of section 313 of EPCRA, which includes the reduction and recycling information required by section 6607 of PPA.

(6) The toxic chemical and hazardous substance release and use reduction goals of section 2(e) of Executive Order 13423 and of Executive Order 13514.

(End of clause)

## CLAUSES INCORPORATED BY FULL TEXT

52.223-6   DRUG-FREE WORKPLACE (MAY 2001)

(a) Definitions. As used in this clause --

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11 - 1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to deter- mine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession, or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract at which employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract. "Directly engaged" is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) The Contractor, if other than an individual, shall-- within 30 days after award (unless a longer period is agreed to in writing for contracts of 30 days or more performance duration), or as soon as possible for contracts of less than 30 days performance duration--

(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2) Establish an ongoing drug-free awareness program to inform such employees about--

(i) The dangers of drug abuse in the workplace;

(ii) The Contractor's policy of maintaining a drug-free workplace;

(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and

(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will--

(i) Abide by the terms of the statement; and

(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 days after such conviction.

(5) Notify the Contracting Officer in writing within 10 days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee;

(6) Within 30 days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Taking appropriate personnel action against such employee, up to and including termination; or

(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) though (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance while performing this contract.

(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraph (b) or (c) of this clause may, pursuant to FAR 23.506, render the Contractor subject to suspension of contract payments, termination of the contract for default, and suspension or debarment.

(End of clause)

52.223-10     WASTE REDUCTION PROGRAM (MAY 2011)

(a) Definitions. As used in this clause--

Recycling means the series of activities, including collection, separation, and processing, by which products or other materials are recovered from the solid waste stream for use in the form of raw materials in the manufacture of products other than fuel for producing heat or power by combustion.

Waste prevention means any change in the design, manufacturing, purchase, or use of materials or products (including packaging) to reduce their amount or toxicity before they are discarded. Waste prevention also refers to the reuse of products or materials.

Waste reduction means preventing or decreasing the amount of waste being generated through waste prevention, recycling, or purchasing recycled and environmentally preferable products.

(b) Consistent with the requirements of section 3(e) of Executive Order 13423, the Contractor shall establish a program to promote cost-effective waste reduction in all operations and facilities covered by this contract.

(End of clause)


52.223-15   ENERGY EFFICIENCY IN ENERGY-CONSUMING PRODUCTS (DEC 2007)

(a) Definition. As used in this clause--

Energy-efficient product—

(1) Means a product that--

(i) Meets Department of Energy and Environmental Protection Agency criteria for use of the Energy Star trademark label; or

(ii) Is in the upper 25 percent of efficiency for all similar products as designated by the Department of Energy's Federal Energy Management Program.

(2) The term ``product'' does not include any energy-consuming product or system designed or procured for combat or combat-related missions (42 U.S.C. 8259b).

(b) The Contractor shall ensure that energy-consuming products are energy efficient products (i.e., ENERGY STAR products or FEMP-designated products) at the time of contract award, for products that are--

(1) Delivered;

(2) Acquired by the Contractor for use in performing services at a Federally-controlled facility;

(3) Furnished by the Contractor for use by the Government; or

(4) Specified in the design of a building or work, or incorporated during its construction, renovation, or maintenance.

(c) The requirements of paragraph (b) apply to the Contractor (including any subcontractor) unless--

(1) The energy-consuming product is not listed in the ENERGY STAR Program or FEMP; or

(2) Otherwise approved in writing by the Contracting Officer.

(d) Information about these products is available for--

(1) ENERGY STAR at http://www.energystar.gov/products; and

(2) FEMP at http://www1.eere.energy.gov/femp/procurement/eep_requirements.html.
(End of clause)

52.223-17   AFFIRMATIVE PROCUREMENT OF EPA-DESIGNATED ITEMS IN SERVICE AND CONSTRUCTION CONTRACTS (AUG 2018)

(a) In the performance of this contract, the Contractor shall make maximum use of products containing recovered materials that are EPA-designated items unless the product cannot be acquired—

(1) Competitively within a timeframe providing for compliance with the contract performance schedule;

(2) Meeting contract performance requirements; or

(3) At a reasonable price.

(b) Information about this requirement is available at EPA's Comprehensive Procurement Guidelines web site, https://www.epa.gov/smm/comprehensive-procurement-guideline-cpg-program. The list of EPA-designated items is available at https://www.epa.gov/smm/comprehensive-procurement-guideline-cpg-program.
(End of clause)


52.223-18 ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING (AUG 2011)

(a) Definitions. As used in this clause--

Driving—

(1) Means operating a motor vehicle on an active roadway with the motor running, including while temporarily stationary because of traffic, a traffic light, stop sign, or otherwise.

(2) Does not include operating a motor vehicle with or without the motor running when one has pulled over to the side of, or off, an active roadway and has halted in a location where one can safely remain stationary.

Text messaging means reading from or entering data into any handheld or other electronic device, including for the purpose of short message service texting, e-mailing, instant messaging, obtaining navigational information, or engaging in any other form of electronic data retrieval or electronic data communication. The term does not include glancing at or listening to a navigational device that is secured in a commercially designed holder affixed to the vehicle, provided that the destination and route are programmed into the device either before driving or while stopped in a location off the roadway where it is safe and legal to park.

(b) This clause implements Executive Order 13513, Federal Leadership on Reducing Text Messaging while Driving, dated October 1, 2009.

(c) The Contractor is encouraged to--

(1) Adopt and enforce policies that ban text messaging while driving--

(i) Company-owned or -rented vehicles or Government-owned vehicles; or

(ii) Privately-owned vehicles when on official Government business or when performing any work for or on behalf of the Government.

(2) Conduct initiatives in a manner commensurate with the size of the business, such as--

(i) Establishment of new rules and programs or re-evaluation of existing programs to prohibit text messaging while driving; and

(ii) Education, awareness, and other outreach to employees about the safety risks associated with texting while driving.

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts that exceed the micro-purchase threshold.
(End of clause)

52.225-9    BUY AMERICAN—CONSTRUCTION MATERIALS (MAY 2014)
**OFFEROR TO COMPLETE WITH SUBMISSION**

(a) Definitions. As used in this clause--

Commercially available off-the-shelf (COTS) item—

(1) Means any item of supply (including construction material) that is--

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4) such as agricultural products and petroleum products.

Component means an article, material, or supply incorporated directly into a construction material.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if--

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

Foreign construction material means a construction material other than a domestic construction material.

United States means the 50 States, the District of Columbia, and outlying areas.

(b) Domestic preference.

(1) This clause implements 41 U.S.C. chapter 83, Buy American, by providing a preference for domestic construction material. In accordance with 41 U.S.C. 1907, the component test of the Buy American statute is waived for construction material that is a COTS item. (See FAR 12.505(a)(2)). The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2)  This requirement does not apply to information technology that is a commercial item or to the construction materials or components listed by the Government as follows:

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American statute applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American statute applies, use of foreign construction material is noncompliant with the Buy American statute.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

```
----------------------------------------------------------------------------------------
Construction material description     Unit of measure      Quantity     Price (dollars) \1\
----------------------------------------------------------------------------------------
Item 1
  Foreign construction material....  ........... ___  ........ ....... ………… ___  ............... ........ ___  ...............
  Domestic construction material...  ........ ___  .............. ............. ___  ................. ...... ___  .................
Item 2
  Foreign construction material....  ........ ___  .............. ....... ……… ___  ............... ......... ___  ..............
  Domestic construction material...  ....... ___  ............... ............. ___  ................. ...... ___  ..............
----------------------------------------------------------------------------------------
```
Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.
Include other applicable supporting information.

(End of clause)

52.225-13    RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUN 2008)

(a) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.

(b) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas. Lists of entities and individuals subject to economic sanctions are included in OFAC's List of Specially Designated Nationals and Blocked Persons at TerList1.html. More information about these restrictions, as well as updates, is available in the OFAC's regulations at 31 CFR chapter V and/or on OFAC's Web site at http://www.treas.gov/offices/enforcement/ofac/.

(c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.

(End of clause)


52.227-1    AUTHORIZATION AND CONSENT  (DEC 2007)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent--

(1) Embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract; or

(2) Used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i) specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance. The entire liability to the Government for infringement of a United States patent shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor shall include the substance of this clause, including this paragraph (b), in allsubcontracts that are expected to exceed the simplified acquisition threshold. However, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this athorization and consent.

 (End of clause)


52.227-2    NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007)

(a) The Contractor shall report to the Contracting Officer, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this contract of which the Contractor has knowledge.

(b) In the event of any claim or suit against the Government on account of any alleged patent or copyright infringement arising out of the performance of this contract or out of the use of any supplies furnished or work or services performed under this contract, the Contractor shall furnish to the Government, when requested by the Contracting Officer, all evidence and information in the Contractor's possession pertaining to such claim or suit. Such evidence and information shall be furnished at the expense of the Government except where the Contractor has agreed to indemnify the Government.

(c) The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts that are expected to exceed the simplified acquisition threshold.

(End of clause)

52.227-4    PATENT INDEMNITY--CONSTRUCTION CONTRACTS (DEC 2007)

Except as otherwise provided, the Contractor shall indemnify the Government and its officers, agents, and employees against liability, including costs and expenses, for infringement of any United States patent (except a patent issued upon an application that is now or may hereafter be withheld from issue pursuant to a Secrecy Order under 35 U.S.C. 181) arising out of performing this contract or out of the use or disposal by or for the account of the Government of supplies furnished or work performed under this contract.
(End of clause)

52.228-2    ADDITIONAL BOND SECURITY (OCT 1997)

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if--

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government.

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting officer has the right to immediately draw on the ILC.

(End of clause)

52.228-5    INSURANCE--WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained.  The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

(End of clause)

52.228-11    PLEDGES OF ASSETS (AUG 2018)

(a) Offerors shall obtain from each person acting as an individual surety on a bid guarantee, a performance bond, or a payment bond--

(1) Pledge of assets; and

(2) Standard Form 28, Affidavit of Individual Surety.

(b) Pledges of assets from each person acting as an individual surety shall be in the form of--

(1) Evidence of an escrow account containing cash, certificates of deposit, commercial or Government securities, or other assets described in FAR 28.203-2 (except see 28.203-2(b)(2) with respect to Government securities held in book entry form); and/or

(2) A recorded lien on real estate. The offeror will be required to provide--

(i) A mortgagee title insurance policy, in an insurance amount equal to the amount of the lien, or other evidence of title that is consistent with the requirements of Section 2 of the United States Department of Justice Title Standards at https://www.justice.gov/enrd/page/file/922431/download. This title evidence must show fee simple title vested in the surety along with any concurrent owners; whether any real estate taxes are due and payable; and any recorded encumbrances against the property, including the lien filed in favor of the Government as required by FAR 28.203-3(d);

(ii) Evidence of the amount due under any encumbrance shown in the evidence of title;

(iii) A copy of the current real estate tax assessment of the property or a current appraisal dated no earlier than 6 months prior to the date of the bond, prepared by a professional appraiser who certifies that the appraisal has been conducted in accordance with the generally accepted appraisal standards as reflected in the Uniform Standards of Professional Appraisal Practice, as promulgated by the Appraisal Foundation.

(End of clause)


52.228-12    PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS.  (MAY 2014)

In accordance with section 806(a)(3) of Pub. L. 102-190, as amended by sections 2091 and 8105 of Pub. L. 103-355 (10 U.S.C. 2302 note), upon the request of a prospective subcontractor or supplier offering to furnish labor or material for the performance of this contract for which a payment bond has been furnished to the Government pursuant to 40 U.S.C. chapter 31, subchapter III, Bonds, the Contractor shall promptly provide a copy of such payment bond to the requester.

(End of clause)


52.228-14    IRREVOCABLE LETTER OF CREDIT (NOV 2014)
             **OFFEROR TO COMPLETE WITH SUBMISSION**

(a) "Irrevocable letter of credit" (ILC), as used in this clause, means a written commitment by a federally insured financial institution to pay all or part of a stated amount of money, until the expiration date of the letter, upon presentation by the Government (the beneficiary) of a written demand therefor. Neither the financial institution nor the offeror/Contractor can revoke or condition the letter of credit.

(b) If the offeror intends to use an ILC in lieu of a bid bond, or to secure other types of bonds such as performance and payment bonds, the letter of credit and letter of confirmation formats in paragraphs (e) and (f) of this clause shall be used.

(c) The letter of credit shall be irrevocable, shall require presentation of no document other than a written demand and the ILC (including confirming letter, if any), shall be issued/confirmed by an acceptable federally insured financial institution as provided in paragraph (d) of this clause, and--

(1) If used as a bid guarantee, the ILC shall expire no earlier than 60 days after the close of the bid acceptance period;

(2) If used as an alternative to corporate or individual sureties as security for a performance or payment bond, the offeror/Contractor may submit an ILC with an initial expiration date estimated to cover the entire period for which financial security is required or may submit an ILC with an initial expiration date that is a minimum period of one year from the date of issuance. The ILC shall provide that, unless the issuer provides the beneficiary written notice of non-renewal at least 60 days in advance of the current expiration date, the ILC is automatically extended without amendment for one year from the expiration date, or any future expiration date, until the period of required coverage is completed and the Contracting Officer provides the financial institution with a written statement waiving the right

to payment. The period of required coverage shall be:

(i) For contracts subject to 40 U.S.C. chapter 31, subchapter III, Bonds, the later of--

(A) One year following the expected date of final payment;

(B) For performance bonds only, until completion of any warranty period; or

(C) For payment bonds only, until resolution of all claims filed against the payment bond during the one-year period following final payment.

(ii) For contracts not subject to the Miller Act, the later of--

(A) 90 days following final payment; or

(B) For performance bonds only, until completion of any warranty period.

(d)(1) Only federally insured financial institutions rated investment grade by a commercial rating service shall issue or confirm the ILC.

(2) Unless the financial institution issuing the ILC had letter of credit business of at least $25 million in the past year, ILCs over $5 million must be confirmed by another acceptable financial institution that had letter of credit business of at least $25 million in the past year.

(3) The Offeror/Contractor shall provide the Contracting Officer a credit rating that indicates the financial institutions have the required credit rating as of the date of issuance of the ILC.

(4) The current rating for a financial institution is available through any of the following rating services registered with the U.S. Securities and Exchange Commission (SEC) as a Nationally Recognized Statistical Rating Organization (NRSRO). NRSRO's can be located at the Web site http://www.sec.gov/answers/nrsro.htm maintained by the SEC.

(e) The following format shall be used by the issuing financial institution to create an ILC:

____

[Issuing Financial Institution's Letterhead or Name and Address]

Issue Date _ ____

IRREVOCABLE LETTER OF CREDIT NO.  ____

Account party's name  ____ _

Account party's address  ____ _

For Solicitation No.  ____  _(for reference only)

TO: [ ____  U.S. Government agency]

[ ____  U.S. Government agency's address]

1. We hereby establish this irrevocable and transferable Letter of Credit in your favor for one or more drawings up to United States $  ____  . This Letter of Credit is payable at [issuing financial institution's and, if any, confirming financial institution's] office at [ ____  issuing financial institution's address and, if any, confirming financial institution's address] and expires with our close of business on  ____  , or any automatically extended expiration date.

2. We hereby undertake to honor your or the transferee's sight draft(s) drawn on the issuing or, if any, the confirming financial institution, for all or any part of this credit if presented with this Letter of Credit and confirmation, if any, at the office specified in paragraph 1 of this Letter of Credit on or before the  expiration date or any automatically extended expiration date.

3. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one year from the expiration date hereof, or any future expiration date, unless at least 60 days prior to any expiration date, we notify you or the transferee by registered mail, or other receipted means of delivery, that we elect not to consider this Letter of Credit renewed for any such additional period. At the time we notify you, we also agree to notify the account party (and confirming financial institution, if any) by the same means of delivery.

4. This Letter of Credit is transferable. Transfers and assignments of proceeds are to be effected without charge to either the beneficiary or the transferee/assignee of proceeds. Such transfer or assignment shall be only at the written direction of the Government (the beneficiary) in a form satisfactory to the issuing financial institution and the confirming financial institution, if any.

5. This Letter of Credit is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, International Chamber of Commerce Publication No. ____ -- (Insert version in effect at the time of ILC issuance, e.g., ``Publication 600, 2006 edition'') and to the extent not inconsistent therewith, to the laws of ____ --[State of confirming financial institution, if any, otherwise State of issuing financial institution].

6. If this credit expires during an interruption of business of this financial institution as described in Article 17 of the UCP, the financial institution specifically agrees to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,


___

[ ___ Issuing financial institution]

(f) The following format shall be used by the financial institution to confirm an ILC:

____ [Confirming Financial Institution's Letterhead or Name and Address]

(Date) ____

Our Letter of Credit Advice Number ____

Beneficiary: ____ [U.S. Government agency]

Issuing Financial Institution: ____

Issuing Financial Institution's LC No.: ____

Gentlemen:

1. We hereby confirm the above indicated Letter of Credit, the original of which is attached, issued by ____ [name of issuing financial institution] for drawings of up to United States dollars ____ _/U.S. $ ____ and expiring with our close of business on ____ [the expiration date], or any automatically extended expiration date.

2. Draft(s) drawn under the Letter of Credit and this Confirmation are payable at our office located at ____ _.

3. We hereby undertake to honor sight draft(s) drawn under and presented with the Letter of Credit and this Confirmation at our offices as specified herein.

4. [This paragraph is omitted if used as a bid guarantee, and subsequent paragraphs are renumbered.] It is a condition of this confirmation that it be deemed automatically extended without amendment for one year from the expiration date hereof, or any automatically extended expiration date, unless:

(a) At least 60 days prior to any such expiration date, we shall notify the Contracting Officer, or the transferee and the issuing financial institution, by registered mail or other receipted means of delivery, that we elect not to consider this confirmation extended for any such additional period; or

(b) The issuing financial institution shall have exercised its right to notify you or the transferee, the account party, and ourselves, of its election not to extend the expiration date of the Letter of Credit.

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, International Chamber of Commerce Publication No. ____ -- (Insert version in effect at the time of ILC issuance, e.g., ``Publication 600, 2006 edition'') and to the extent not inconsistent therewith, to the laws of ____ --[State of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

___

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit:

SIGHT DRAFT

___
[City, State]

(Date) ____

[Name and address of financial institution]

Pay to the order of ____ [Beneficiary Agency] ____ the sum of United States ____ This draft is drawn under Irrevocable Letter of Credit No. ____

___ [Beneficiary Agency]

By: ____

(End of clause)

52.228-15   PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (OCT 2010)

(a) Definitions. As used in this clause--

Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $150,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 100 percent of the original contract price.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

(3) Additional bond protection. (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.

(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of the Treasury, Financial Management Service, Surety Bond Branch, 3700 East West Highway, Room 6F01, Hyattsville, MD 20782. Or via the internet at http://www.fms.treas.gov/c570/.

(e) Notice of subcontractor waiver of protection (40 U.S.C. 3133(c)). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of clause)

52.229-3   FEDERAL, STATE, AND LOCAL TAXES (FEB 2013)

(a) As used in this clause—

"After-imposed Federal tax" means any new or increased Federal excise tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date. It does not include social security tax or other employment taxes.

"After-relieved Federal tax" means any amount of Federal excise tax or duty, except social security or other employment taxes, that would otherwise have been payable on the transactions or property covered by this contract,

but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"All applicable Federal, State, and local taxes and duties" means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"Contract date" means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

"Local taxes" includes taxes imposed by a possession or territory of the United States, Puerto Rico, or the Northern Mariana Islands, if the contract is performed wholly or partly in any of those areas.

(b)(1) The contract price includes all applicable Federal, State, and local taxes and duties, except as provided in subparagraph (b)(2)(i) of this clause.

(2) Taxes imposed under 26 U.S.C. 5000C may not be—

(i) Included in the contract price; nor

(ii) Reimbursed.

(c) The contract price shall be increased by the amount of any after-imposed Federal tax, provided the Contractor warrants in writing that no amount for such newly imposed Federal excise tax or duty or rate increase was included in the contract price, as a contingency reserve or otherwise.

(d) The contract price shall be decreased by the amount of any after-relieved Federal tax.

(e) The contract price shall be decreased by the amount of any Federal excise tax or duty, except social security or other employment taxes, that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to any Federal excise tax or duty that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs.

(h) The Government shall, without liability, furnish evidence appropriate to establish exemption from any Federal, State, or local tax when the Contractor requests such evidence and a reasonable basis exists to sustain the exemption.

(End of clause)


52.229-4    FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (FEB 2013)

(a) As used in this clause--

"Contract date" means the effective date of this contract and, for any modification to this contract, the effective date of the modification.

"All applicable Federal, State, and local taxes and duties" means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"After-imposed tax" means any new or increased Federal, State, or local tax or duty, or tax that was excluded on the

contract date but whose exclusion was later revoked or amount of exemption reduced during the contract period, other than an excepted tax, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax" means any amount of Federal, State, or local tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"Excepted tax" means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales, property taxes assessed on completed supplies covered by this contract, or any tax assessed on the Contractor's possession of, interest in, or use of property, title to which is in the Government.

Local taxes includes taxes imposed by a possession or territory of the United States, Puerto Rico, or the Northern Mariana Islands, if the contract is performed wholly or partly in any of those areas.

(b)(1) Unless otherwise provided in this contract, the contract price includes all applicable Federal, State, and local taxes and duties, except as provided in subparagraph (b)(2)(i) of this clause.

(2) Taxes imposed under 26 U.S.C. 5000C may not be—

(i) Included in the contract price; nor

(ii) Reimbursed.

(c) The contract price shall be increased by the amount of any after-imposed tax, or of any tax or duty specifically excluded from the contract price by a term or condition of this contract that the Contractor is required to pay or bear, including any interest or penalty, if the Contractor states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(d) The contract price shall be decreased by the amount of any after-relieved tax. The Government shall be entitled to interest received by the Contractor incident to a refund of taxes to the extent that such interest was earned after the Contractor was paid by the Government for such taxes. The Government shall be entitled to repayment of any penalty refunded to the Contractor to the extent that the penalty was paid by the Government.

(e) The contract price shall be decreased by the amount of any Federal, State, or local tax, other than an excepted tax, that was included in the contract price and that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to Federal, State, and local taxes and duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Contractor at the direction of the Contracting Officer, including any interest, penalty, and reasonable attorneys' fees.

(h) The Government shall furnish evidence appropriate to establish exemption from any Federal, State, or local tax when (1) the Contractor requests such exemption and states in writing that it applies to a tax excluded from the contract price and (2) a reasonable basis exists to sustain the exemption.
(End of clause)

52.230-3   DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (OCT 2015)

(a) The Contractor, in connection with this contract, shall--

(1) Comply with the requirements of 48 CFR 9904.401, Consistency in Estimating, Accumulating, and Reporting Costs; 48 CFR 9904.402, Consistency in Allocating Costs Incurred for the Same Purpose; 48 CFR 9904.405, Accounting for Unallowable Costs; and 48 CFR 9904.406, Cost Accounting Standard--Cost Accounting Period, in effect on the date of award of this contract as indicated in 48 CFR Part 9904.

(2) (CAS-covered Contracts Only) If it is a business unit of a company required to submit a Disclosure Statement, disclose in writing its cost accounting practices as required by 48 CFR 9903.202-1 through 9903.202-5. If the Contractor has notified the Contracting Officer that the Disclosure Statement contains trade secrets and commercial or financial information which is privileged and confidential, the Disclosure Statement shall be protected and shall not be released outside of the Government.

(3)(i) Follow consistently the Contractor's cost accounting practices. A change to such practices may be proposed, however, by either the Government or the Contractor, and the Contractor agrees to negotiate with the Contracting Officer the terms and conditions under which a change may be made. After the terms and conditions under which the change is to be made have been agreed to, the change must be applied prospectively to this contract, and the Disclosure Statement, if affected, must be amended accordingly.

(ii) The Contractor shall, when the parties agree to a change to a cost accounting practice and the Contracting Officer has made the finding required in 48 CFR 9903.201-6(c), that the change is desirable and not detrimental to the interests of the Government, negotiate an equitable adjustment as provided in the Changes clause of this contract. In the absence of the required finding, no agreement may be made under this contract clause that will increase costs paid by the United States.

(4) Agree to an adjustment of the contract price or cost allowance, as appropriate, if the Contractor or a subcontractor fails to comply with the applicable CAS or to follow any cost accounting practice, and such failure results in any increased costs paid by the United States. Such adjustment shall provide for recovery of the increased costs to the United States together with interest thereon computed at the annual rate established under section 6621(a)(2) of the Internal Revenue Code of 1986 (26 U.S.C. 6621(a)(2)), from the time the payment by the United States was made to the time the adjustment is effected.

(b) If the parties fail to agree whether the Contractor has complied with an applicable CAS, rule, or regulation as specified in 48 CFR 9903 and 9904 and as to any cost adjustment demanded by the United States, such failure to agree will constitute a dispute under 41 U.S.C. chapter 71, Contract Disputes.

(c) The Contractor shall permit any authorized representatives of the Government to examine and make copies of any documents, papers, and records relating to compliance with the requirements of this clause.

(d) The Contractor shall include in all negotiated subcontracts, which the Contractor enters into, the substance of this clause, except paragraph (b), and shall require such inclusion in all other subcontracts of any tier, except that--

(1) If the subcontract is awarded to a business unit which pursuant to 48 CFR 9903.201-2 is subject to other types of CAS coverage, the substance of the applicable clause set forth in subsection 30.201-4 of the Federal Acquisition Regulation shall be inserted.

(2) This requirement shall apply only to negotiated subcontracts in excess of $750,000.

(3) The requirement shall not apply to negotiated subcontracts otherwise exempt from the requirement to include a CAS clause as specified in 48 CFR 9903.201-1.

(End of clause)

52.230-6    ADMINISTRATION OF COST ACCOUNTING STANDARDS (JUN 2010)

For the purpose of administering the Cost Accounting Standards (CAS) requirements under this contract, the Contractor shall take the steps outlined in paragraphs (b) through (i) and (k) through (n) of this clause:

(a) Definitions. As used in this clause--

Affected CAS-covered contract or subcontract means a contract or subcontract subject to CAS rules and regulations for which a Contractor or subcontractor--

(1) Used one cost accounting practice to estimate costs and a changed cost accounting practice to accumulate and report costs under the contract or subcontract; or

(2) Used a noncompliant practice for purposes of estimating or accumulating and reporting costs under the contract or subcontract.

Cognizant Federal agency official (CFAO) means the Contracting Officer assigned by the cognizant Federal agency to administer the CAS.

Desirable change means a compliant change to a Contractor's established or disclosed cost accounting practices that the CFAO finds is desirable and not detrimental to the Government and is, therefore, not subject to the no increased cost prohibition provisions of CAS-covered contracts and subcontracts affected by the change.

Fixed-price contracts and subcontracts means--

(1) Fixed-price contracts and subcontracts described at FAR 16.202, 16.203, (except when price adjustments are based on actual costs of labor or material, described at 16.203-1(a)(2)), and 16.207;

(2) Fixed-price incentive contracts and subcontracts where the price is not adjusted based on actual costs incurred (FAR Subpart 16.4);

(3) Orders issued under indefinite-delivery contracts and subcontracts where final payment is not based on actual costs incurred (FAR Subpart 16.5); and

(4) The fixed-hourly rate portion of time-and-materials and labor-hours contracts and subcontracts (FAR Subpart 16.6).

Flexibly-priced contracts and subcontracts means--

(1) Fixed-price contracts and subcontracts described at FAR 16.203-1(a)(2)16.204, 16.205, and 16.206;

(2) Cost-reimbursement contracts and subcontracts (FAR Subpart 16.3);

(3) Incentive contracts and subcontracts where the price may be adjusted based on actual costs incurred (FAR Subpart 16.4);

(4) Orders issued under indefinite-delivery contracts and subcontracts where final payment is based on actual costs incurred (FAR Subpart 16.5); and

(5) The materials portion of time-and-materials contracts and subcontracts (FAR Subpart 16.6).

Noncompliance means a failure in estimating, accumulating, or reporting costs to--

(1) Comply with applicable CAS; or

(2) Consistently follow disclosed or established cost accounting practices.

Required change means--

(1) A change in cost accounting practice that a Contractor is required to make in order to comply with applicable Standards, modifications or interpretations thereto, that subsequently become applicable to existing CAS-covered contracts or subcontracts due to the receipt of another CAS-covered contract or subcontract; or

(2) A prospective change to a disclosed or established cost accounting practice when the CFAO determines that the former practice was in compliance with applicable CAS and the change is necessary for the Contractor to remain in compliance.

Unilateral change means a change in cost accounting practice from one compliant practice to another compliant practice that a Contractor with a CAS-covered contract(s) or subcontract(s) elects to make that has not been deemed a desirable change by the CFAO and for which the Government will pay no aggregate increased costs.

(b) Submit to the CFAO a description of any cost accounting practice change as outlined in paragraphs (b)(1) through (3) of this clause (including revisions to the Disclosure Statement, if applicable), and any written statement that the cost impact of the change is immaterial. If a change in cost accounting practice is implemented without submitting the notice required by this paragraph, the CFAO may determine the change to be a failure to follow paragraph (a)(2) of the clause at FAR 52.230-2, Cost Accounting Standards; paragraph (a)(4) of the clause at FAR 52.230-3, Disclosure and Consistency of Cost Accounting Practices; paragraph (a)(4) of the clause at FAR 52.230-4, Disclosure and Consistency of Cost Accounting Practices--Foreign Concerns; or paragraph (a)(2) of the clause at FAR 52.230-5, Cost Accounting Standards--Educational Institution.

(1) When a description has been submitted for a change in cost accounting practice that is dependent on a contact award and that contract is subsequently awarded, notify the CFAO within 15 days after such award.

(2) For any change in cost accounting practice not covered by (b)(1) of this clause that is required in accordance with paragraphs (a)(3) and (a)(4)(i) of the clause at FAR 52.230-2; or paragraphs (a)(3), (a)(4)(i), or (a)(4)(iv) of the clause at FAR 52.230-5; submit a description of the change to the CFAO not less than 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) before implementation of the change.

(3) For any change in cost accounting practices proposed in accordance with paragraph (a)(4)(ii) or (iii) of the clauses at FAR 52.230-2 and FAR 52.230-5; or with paragraph (a)(3) of the clauses at FAR 52.230-3 and FAR 52.230-4, submit a description of the change not less than 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) before implementation of the change.  If the change includes a proposed retroactive date submit supporting rationale.

(4) Submit a description of the change necessary to correct a failure to comply with an applicable CAS or to follow a disclosed practice (as contemplated by paragraph (a)(5) of the clause at FAR 52.230-2 and FAR 52.230-5; or by paragraph (a)(4) of the clauses at FAR 52.230-3 and FAR 52.230-4)--

(i) Within 60 days (or such other date as may be mutually agreed to by the CFAO and the Contractor) after the date of agreement with the CFAO that there is a noncompliance; or

(ii) In the event of Contractor disagreement, within 60 days after CFAO notifies the Contractor of the determination of noncompliance.

(c) When requested by the CFAO, submit on or before a date specified by the CFAO--

(1) A general dollar magnitude (GDM) proposal in accordance with paragraph (d) or (g) of this clause. The Contractor may submit a detailed cost-impact (DCI) proposal in lieu of the requested GDM proposal provided the DCI proposal is in accordance with paragraph (e) or (h) of this clause;

(2) A detailed cost-impact (DCI) proposal in accordance with paragraph (e) or (h) of this clause;

(3) For any request for a desirable change that is based on the criteria in FAR 30.603-2(b)(3)(ii), the data necessary to demonstrate the required cost savings; and

(4) For any request for a desirable change that is based on criteria other than that in FAR 30.603-2(b)(3)(ii), a GDM proposal and any other data necessary for the CFAO to determine if the change is a desirable change.

(d) For any change in cost accounting practice subject to paragraph (b)(1), (b)(2), or (b)(3) of this clause, the GDM proposal shall--

(1) Calculate the cost impact in accordance with paragraph (f) of this clause;

(2) Use one or more of the following methods to determine the increase or decrease in cost accumulations:

(i) A representative sample of affected CAS-covered contracts and subcontracts.

(ii) The change in indirect rates multiplied by the total estimated base computed for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(iii) Any other method that provides a reasonable approximation of the total increase or decrease in cost accumulations for all affected fixed-price and flexibly-priced contracts and subcontracts;

(3) Use a format acceptable to the CFAO but, as a minimum, include the following data:

(i) The estimated increase or decrease in cost accumulations by Executive agency, including any impact the change may have on contract and subcontract incentives, fees, and profits, for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(ii) For unilateral changes, the increased or decreased costs to the Government for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts; and

(4) When requested by the CFAO, identify all affected CAS-covered contracts and subcontracts.

(e) For any change in cost accounting practice subject to paragraph (b)(1), (b)(2), or (b)(3) of this clause, the DCI proposal shall--

(1) Show the calculation of the cost impact in accordance with paragraph (f) of this clause;

(2) Show the estimated increase or decrease in cost accumulations for each affected CAS-covered contract and subcontract unless the CFAO and Contractor agree to include--

(i) Only those affected CAS-covered contracts and subcontracts having an estimate to complete exceeding a specified amount; and

(ii) An estimate of the total increase or decrease in cost accumulations for all affected CAS-covered contracts and subcontracts, using the results in paragraph (e)(2)(i) of this clause;

(3) Use a format acceptable to the CFAO but, as a minimum, include the information in paragraph (d)(3) of this clause; and

(4) When requested by the CFAO, identify all affected CAS-covered contracts and subcontracts.

(f) For GDM and DCI proposals that are subject to the requirements of paragraph (d) or (e) of this clause, calculate the cost impact as follows:

(1) The cost impact calculation shall include all affected CAS-covered contracts and subcontracts regardless of their status (i.e., open or closed) or the fiscal year in which the costs were incurred (i.e., whether or not the final indirect rates have been established).

(2) For unilateral changes--

(i) Determine the increased or decreased cost to the Government for flexibly-priced contracts and subcontracts as follows:

(A) When the estimated cost to complete using the changed practice exceeds the estimated cost to complete using the current practice, the difference is increased cost to the Government.

(B) When the estimated cost to complete using the changed practice is less than the estimated cost to complete using the current practice, the difference is decreased cost to the Government;

(ii) Determine the increased or decreased cost to the Government for fixed-priced contracts and subcontracts as follows:

(A) When the estimated cost to complete using the changed practice is less than the estimated cost to complete using the current practice, the difference is increased cost to the Government.

(B) When the estimated cost to complete using the changed practice exceeds the estimated cost to complete using the current practice, the difference is decreased cost to the Government;

(iii) Calculate the total increase or decrease in contract and subcontract incentives, fees, and profits associated with the increased or decreased costs to the Government in accordance with 48 CFR 9903.306(c). The associated increase or decrease is based on the difference between the negotiated incentives, fees, and profits and the amounts that would have been negotiated had the cost impact been known at the time the contracts and subcontracts were negotiated; and

(iv) Calculate the increased cost to the Government in the aggregate.

(3) For equitable adjustments for required or desirable changes--

(i) Estimated increased cost accumulations are the basis for increasing contract prices, target prices and cost ceilings; and

(ii) Estimated decreased cost accumulations are the basis for decreasing contract prices, target prices and cost ceilings.

(g) For any noncompliant cost accounting practice subject to paragraph (b)(4) of this clause, prepare the GDM proposal as follows:

(1) Calculate the cost impact in accordance with paragraph (i) of this clause.

(2) Use one or more of the following methods to determine the increase or decrease in contract and subcontract prices or cost accumulations, as applicable:

(i) A representative sample of affected CAS-covered contracts and subcontracts.

(ii) When the noncompliance involves cost accumulation the change in indirect rates multiplied by the applicable base for only flexibly-priced contracts and subcontracts.

(iii) Any other method that provides a reasonable approximation of the total increase or decrease.

(3) Use a format acceptable to the CFAO but, as a minimum, include the following data:

(i) The total increase or decrease in contract and subcontract price and cost accumulations, as applicable, by Executive agency, including any impact the noncompliance may have on contract and subcontract incentives, fees, and profits, for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(ii) The increased or decreased cost to the Government for each of the following groups:

(A) Fixed-price contracts and subcontracts.

(B) Flexibly-priced contracts and subcontracts.

(iii) The total overpayments and underpayments made by the Government during the period of noncompliance.

(4) When requested by the CFAO, identify all CAS-covered contracts and subcontracts.

(h) For any noncompliant practice subject to paragraph (b)(4) of this clause, prepare the DCI proposal as follows:

(1) Calculate the cost impact in accordance with paragraph (i) of this clause.

(2) Show the increase or decrease in price and cost accumulations for each affected CAS-covered contract and subcontract unless the CFAO and Contractor agree to--

(i) Include only those affected CAS-covered contracts and subcontracts having--

(A) Contract and subcontract values exceeding a specified amount when the noncompliance involves estimating costs; and

(B) Incurred costs exceeding a specified amount when the noncompliance involves accumulating costs; and

(ii) Estimate the total increase or decrease in price and cost accumulations for all affected CAS-covered contracts and subcontracts using the results in paragraph (h)(2)(i) of this clause.

(3) Use a format acceptable to the CFAO that, as a minimum, include the information in paragraph (g)(3) of this clause.

(4) When requested by the CFAO, identify all CAS-covered contracts and subcontracts.

(i) For GDM and DCI proposals that are subject to the requirements of paragraph (g) or (h) of this clause, calculate the cost impact as follows:

(1) The cost impact calculation shall include all affected CAS-covered contracts and subcontracts regardless of their status (i.e., open or closed) or the fiscal year in which the costs are incurred (i.e., whether or not the final indirect rates have been established).

(2) For noncompliances that involve estimating costs, determine the increased or decreased cost to the Government for fixed-price contracts and subcontracts as follows:

(i) When the negotiated contract or subcontract price exceeds what the negotiated price would have been had the Contractor used a compliant practice, the difference is increased cost to the Government.

(ii) When the negotiated contract or subcontract price is less than what the negotiated price would have been had the Contractor used a compliant practice, the difference is decreased cost to the Government.

(3) For noncompliances that involve accumulating costs, determine the increased or decreased cost to the Government for flexibly-priced contracts and subcontracts as follows:

(i) When the costs that were accumulated under the noncompliant practice exceed the costs that would have been accumulated using a compliant practice (from the time the noncompliant practice was first implemented until the date the noncompliant practice was replaced with a compliant practice), the difference is increased cost to the Government.

(ii) When the costs that were accumulated under the noncompliant practice are less than the costs that would have been accumulated using a compliant practice (from the time the noncompliant practice was first implemented until the date the noncompliant practice was replaced with a compliant practice), the difference is decreased cost to the Government.

(4) Calculate the total increase or decrease in contract and subcontracts incentives, fees, and profits associated with the increased or decreased cost to the Government in accordance with 48 CFR 9903.306(c). The associated increase or decrease is based on the difference between the negotiated incentives, fees, and profits and the amounts that would have been negotiated had the Contractor used a compliant practice.

(5) Calculate the increased cost to the Government in the aggregate.

(j) If the Contractor does not submit the information required by paragraph (b) or (c) of this clause within the specified time, or any extension granted by the CFAO, the CFAO may take one or both of the following actions:

(1) Withhold an amount not to exceed 10 percent of each subsequent amount payment to the Contractor's affected CAS-covered contracts, (up to the estimated general dollar magnitude of the cost impact), until such time as the Contractor provides the required information to the CFAO.

(2) Issue a final decision in accordance with FAR 33.211 and unilaterally adjust the contract(s) by the estimated amount of the cost impact.

(k) Agree to--

(1) Contract modifications to reflect adjustments required in accordance with paragraph (a)(4)(ii) or (a)(5) of the clauses at FAR 52.230-2 and 52.230-5; or with paragraph (a)(3)(i) or (a)(4) of the clauses at FAR 52.230-3 and FAR 52.230-4; and

(2) Repay the Government for any aggregate increased cost paid to the Contractor.

(l) For all subcontracts subject to the clauses at FAR 52.230-2, 52.230-3, 52.230-4, or 52.230-5--

(1) So state in the body of the subcontract, in the letter of award, or in both (do not use self-deleting clauses);

(2) Include the substance of this clause in all negotiated subcontracts; and

(3) Within 30 days after award of the subcontract, submit the following information to the Contractor's CFAO:

(i) Subcontractor's name and subcontract number.

(ii) Dollar amount and date of award.

(iii) Name of Contractor making the award.

(m) Notify the CFAO in writing of any adjustments required to subcontracts under this contract and agree to an adjustment to this contract price or estimated cost and fee. The Contractor shall--

(1) Provide this notice within 30 days after the Contractor receives the proposed subcontract adjustments; and

(2) Include a proposal for adjusting the higher-tier subcontract or the contract appropriately.

(n) For subcontracts containing the clause or substance of the clause at FAR 52.230-2, FAR 52.230-3, FAR 52.230-4, or FAR 52.230-5, require the subcontractor to comply with all Standards in effect on the date of award or of final agreement on price, as shown on the subcontractor's signed Certificate of Current Cost or Pricing Data, whichever is earlier.
(End of clause)


52.232-5    PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 2014)

(a) Payment of price. The Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if--

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: (However, if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

I hereby certify, to the best of my knowledge and belief, that--

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) All payments due to subcontractors and suppliers from previous payments received under the contract have been made, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final acceptance of a subcontractor's performance.

_____

(Name)

_____

(Title)

_____

(Date)

(d) Refund of unearned amounts. If the Contractor, after making a certified request for progress payments, discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall--

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (j) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until--

(i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

(ii) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

(e) Retainage. If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) Title, liability, and reservation of rights. All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as--

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) Reimbursement for bond premiums. In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) of this clause shall not apply to that portion of progress payments attributable to bond premiums.

(h) Final payment. The Government shall pay the amount due the Contractor under this contract after--

(1) Completion and acceptance of all work;

(2) Presentation of a properly executed voucher; and

(3) Presentation of release of all claims against the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 6305).

(i) Limitation because of undefinitized work. Notwithstanding any provision of this contract, progress payments shall not exceed 80 percent on work accomplished on undefinitized contract actions. A "contract action" is any action resulting in a contract, as defined in FAR Subpart 2.1, including contract modifications for additional supplies or services, but not including contract modifications that are within the scope and under the terms of the contract, such as contract modifications issued pursuant to the Changes clause, or funding and other administrative changes.

(j) Interest computation on unearned amounts. In accordance with 31 U.S.C. 3903(c)(1), the amount payable under subparagraph (d)(2) of this clause shall be--

(1) Computed at the rate of average bond equivalent rates of 91-day Treasury bills auctioned at the most recent auction of such bills prior to the date the Contractor receives the unearned amount; and

(2) Deducted from the next available payment to the Contractor.

(End of clause)

52.232-17   INTEREST (MAY 2014)

(a) Except as otherwise provided in this contract under a Price Reduction for Defective Certified Cost or Pricing Data clause or a Cost Accounting Standards clause, all amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in 41 U.S.C. 7109,  which is applicable to the period in which the amount becomes due, as provided in paragraph (e) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(b) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(c) Final Decisions. The Contracting Officer will issue a final decision as required by 33.211 if--

(1) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;

(2) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(3) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see 32.607-2).

(d) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(e) Amounts shall be due at the earliest of the following dates:

(1) The date fixed under this contract.

(2) The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(f) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on--

(1) The date on which the designated office receives payment from the Contractor;

(2) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(3) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(g) The interest charge made under this clause may be reduced under the procedures prescribed in 32.608-2 of the Federal Acquisition Regulation in effect on the date of this contract.
(End of clause)

52.232-18    AVAILABILITY OF FUNDS (APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.232-23    ASSIGNMENT OF CLAIMS (MAY 2014)

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 6305 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

(End of clause)

52.232-27   PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JAN 2017)

Notwithstanding any other payment terms in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(3) concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments that may occur under this contract, as follows:

(i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project.

(A) The due date for making such payments is 14 days after the designated billing office receives a proper payment request. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date is the 14th day after the date of the Contractor's payment request, provided the designated billing office receives a proper payment request and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, is as specified in the contract or, if not specified, 30 days after approval by the Contracting Officer for release to the Contractor.

(ii) Final payments based on completion and acceptance of all work and presentation of release of all claims against the Government arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Government (e.g., each separate building, public work, or other division of the contract for which the price is stated separately in the contract).

(A) The due date for making such payments is the later of the following two events:

(1) The 30th day after the designated billing office receives a proper invoice from the Contractor.

(2) The 30th day after Government acceptance of the work or services completed by the Contractor. For a final invoice when the payment amount is subject to contract settlement actions (e.g., release of claims), acceptance is deemed to occur on the effective date of the contract settlement.

(B) If the designated billing office fails to annotate the invoice with the date of actual receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(2)(i) through (a)(2)(xi) of this clause. If the invoice does not comply with these requirements, the designated billing office must return it within 7 days after receipt, with the reasons why it is not a proper invoice. When computing any interest penalty owed the Contractor, the Government will take into account if the Government notifies the Contractor of an improper invoice in an untimely manner.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of mailing or transmission.)

(iii) Contract number or other authorization for work or services performed (including order number and line item number).

(iv) Description of work or services performed.

(v) Delivery and payment terms (e.g., discount for prompt payment terms).

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) For payments described in paragraph (a)(1)(i) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts.

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232-38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--System for Award Management, or 52.232-34, Payment by Electronic Funds Transfer--Other Than System for Award Management), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(xi) Any other information or documentation required by the contract.

(3) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(3)(i) through (a)(3)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount.

(iii) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(4) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in paragraph (a)(1)(ii) of this clause, Government acceptance or approval is deemed to occur constructively on the 7th day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. If actual acceptance or approval occurs within the constructive acceptance or approval period, the Government will base the determination of an interest penalty on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements do not apply if there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. These requirements also do not compel Government officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes, and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(5) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(6) Additional interest penalty. (i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(6)(ii) of this clause, postmarked not later than 40 days after the date the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(b) Contract financing payments. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Subcontract clause requirements. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purpose of performing this contract the following:

(1) Prompt payment for subcontractors. A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment out of such amounts as are paid to the Contractor under this contract.

(2) Interest for subcontractors. An interest penalty clause that obligates the Contractor to pay to the subcontractor an interest penalty for each payment not made in accordance with the payment clause--

(i) For the period beginning on the day after the required payment date and ending on the date on which payment of the amount due is made; and

(ii) Computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under 41 U.S.C. 7109  in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(3) Subcontractor clause flowdown. A clause requiring each subcontractor to use:

(i) Include a payment clause and an interest penalty clause conforming to the standards set forth in paragraphs (c)(1) and (c)(2) of this clause in each of its subcontracts; and

(ii) Require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

(d) Subcontract clause interpretation. The clauses required by paragraph (c) of this clause shall not be construed to impair the right of the Contractor or a subcontractor at any tier to negotiate, and to include in their subcontract, provisions that--

(1) Retainage permitted. Permit the Contractor or a subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to furnish a performance bond and a payment bond;

(2) Withholding permitted. Permit the Contractor or subcontractor to make a determination that part or all of the subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and

(3) Withholding requirements. Permit such withholding without incurring any obligation to pay a late payment penalty if--

(i) A notice conforming to the standards of paragraph (g) of this clause previously has been furnished to the subcontractor; and

(ii) The Contractor furnishes to the Contracting Officer a copy of any notice issued by a Contractor pursuant to paragraph (d)(3)(i) of this clause.

(e) Subcontractor withholding procedures. If a Contractor, after making a request for payment to the Government but before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractor is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall--

(1) Subcontractor notice. Furnish to the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but prior to the due date for subcontractor payment;

(2) Contracting Officer notice. Furnish to the Contracting Officer, as soon as practicable, a copy of the notice furnished to the subcontractor pursuant to paragraph (e)(1) of this clause;

(3) Subcontractor progress payment reduction. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (e)(1) of this clause;

(4) Subsequent subcontractor payment. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and--

(i) Make such payment within--

(A) Seven days after correction of the identified subcontract performance deficiency (unless the funds therefor must be recovered from the Government because of a reduction under paragraph (e)(5)(i)) of this clause; or

(B) Seven days after the Contractor recovers such funds from the Government; or

(ii) Incur an obligation to pay a late payment interest penalty computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under 41 U.S.C. 7109  in effect at the time the Contractor accrues the obligation to pay an interest penalty;

(5) Notice to Contracting Officer. Notify the Contracting Officer upon--

(i) Reduction of the amount of any subsequent certified application for payment; or

(ii) Payment to the subcontractor of any withheld amounts of a progress payment, specifying--

(A) The amounts withheld under paragraph (e)(1) of this clause; and

(B) The dates that such withholding began and ended; and

(6) Interest to Government. Be obligated to pay to the Government an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903(c)(1)), from the 8th day after receipt of the withheld amounts from the Government until--

(i) The day the identified subcontractor performance deficiency is corrected; or

(ii) The date that any subsequent payment is reduced under paragraph (e)(5)(i) of this clause.

(f) Third-party deficiency reports—

(1) Withholding from subcontractor. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor")

a written notice in accordance with 40 U.S.C. 3133, asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable, and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, the Contractor may, without incurring an obligation to pay an interest penalty under paragraph (e)(6) of this clause--

(i) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon making such determination; and

(ii) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (f)(1)(i) of this clause.

(2) Subsequent payment or interest charge. As soon as practicable, but not later than 7 days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected, the Contractor shall--

(i) Pay the amount withheld under paragraph (f)(1)(ii) of this clause to such first-tier subcontractor; or

(ii) Incur an obligation to pay a late payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of 41 U.S.C. 7109  in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(g) Written notice of subcontractor withholding. The Contractor shall issue a written notice of any withholding to a subcontractor (with a copy furnished to the Contracting Officer), specifying--

(1) The amount to be withheld;

(2) The specific causes for the withholding under the terms of the subcontract; and

(3) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

(h) Subcontractor payment entitlement. The Contractor may not request payment from the Government of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

(i) Prime-subcontractor disputes. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the Government is a party. The Government may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

(j) Preservation of prime-subcontractor rights. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair any contractual, administrative, or judicial remedies otherwise available to the Contractor or a subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

(k) Non-recourse for prime contractor interest penalty. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the Government for such interest penalty. A cost-reimbursement claim may not include any amount for reimbursement of such interest penalty.

(l) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall--

(1) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the--

(i) Circumstances of the overpayment (e.g., duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);

(ii) Affected contract number and delivery order number if applicable;

(iii) Affected line item or subline item, if applicable; and

(iv) Contractor point of contact.

(2) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(End of clause)


52.232-33    PAYMENT BY ELECTRONIC FUNDS TRANSFER—SYSTEM FOR AWARD MANAGEMENT (OCT 2018)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) Contractor's EFT information. The Government shall make payment to the Contractor using the EFT information contained in the System for Award Management (SAM). In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to SAM.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. If the Contractor's EFT information in SAM is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into SAM; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register separately in SAM and shall be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an assignment of claims pursuant to subpart 32.8, is not permitted. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in SAM.

(End of Clause)

52.232-39  UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUN 2013)

(a) Except as stated in paragraph (b) of this clause, when any supply or service acquired under this contract is subject to any End User License Agreement (EULA), Terms of Service (TOS), or similar legal instrument or agreement, that includes any clause requiring the Government to indemnify the Contractor or any person or entity for damages, costs, fees, or any other loss or liability that would create an Anti-Deficiency Act violation (31 U.S.C. 1341), the following shall govern:

(1) Any such clause is unenforceable against the Government.

(2) Neither the Government nor any Government authorized end user shall be deemed to have agreed to such clause by virtue of it appearing in the EULA, TOS, or similar legal instrument or agreement. If the EULA, TOS, or similar legal instrument or agreement is invoked through an ``I agree'' click box or other comparable mechanism (e.g., ``click-wrap'' or ``browse-wrap'' agreements), execution does not bind the Government or any

Government authorized end user to such clause.

(3) Any such clause is deemed to be stricken from the EULA, TOS, or similar legal instrument or agreement.

(b) Paragraph (a) of this clause does not apply to indemnification by the Government that is expressly authorized by statute and specifically authorized under applicable agency regulations and procedures.

(End of clause)


52.232-40  PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (DEC 2013)

(a) Upon receipt of accelerated payments from the Government, the Contractor shall make accelerated payments to its small business subcontractors under this contract, to the maximum extent practicable and prior to when such payment is otherwise required under the applicable contract or subcontract, after receipt of a proper invoice and all other required documentation from the small business subcontractor.

(b) The acceleration of payments under this clause does not provide any new rights under the Prompt Payment Act.

(c) Include the substance of this clause, including this paragraph (c), in all subcontracts with small business concerns, including subcontracts with small business concerns for the acquisition of commercial items.

(End of clause)


52.233-1   DISPUTES.  (MAY 2014)

(a) This contract is subject to 41 U.S.C. chapter 71, Contract Disputes.

(b) Except as provided in 41 U.S.C. chapter 71, all disputes arising under or relating to this contract shall be resolved under this clause.

(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under the Act until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under 41 U.S.C. chapter 71. The submission may be converted to a claim under the Act, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.

(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.

(2)(i) The Contractor shall provide the certification specified in paragraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.

(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.

(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the

contract adjustment for which the Contractor believes the Government is liable; and that I am authorized to certify the claim on behalf of the Contractor."

(3) The certification may be executed by any person authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in 41 U.S.C. chapter 71.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

(End of clause)


52.233-3    PROTEST AFTER AWARD (AUG. 1996)

(a) Upon receipt of a notice of protest (as defined in FAR 33.101) or a determination that a protest is likely (see FAR 33.102(d)), the Contracting Officer may, by written order to the Contractor, direct the Contractor to stop performance of the work called for by this contract. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Upon receipt of the final decision in the protest, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled either before or after a final decision in the protest, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to an adjustment within 30 days after the end of the period of work stoppage;

provided, that if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(e) The Government's rights to terminate this contract at any time are not affected by action taken under this clause.

(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation, or miscertification, a protest related to this contract is sustained, and the Government pays costs, as provided in FAR 33.102(b)(2) or 33.104(h)(1), the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any other remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.

(End of clause)

52.233-4   APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004)

United States law will apply to resolve any claim of breach of this contract.

(End of clause)

52.236-2   DIFFERING SITE CONDITIONS (APR 1984)

(a) The Contractor shall promptly, and before the conditions are disturbed, give a written notice to the Contracting Officer of

(1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or

(2) unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

(b) The Contracting Officer shall investigate the site conditions promptly after receiving the notice. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, an equitable adjustment shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

(End of clause)

52.236-3    SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

(a) The Contractor acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost, including but not limited to

(1) conditions bearing upon transportation, disposal, handling, and storage of materials;

(2) the availability of labor, water, electric power, and roads;

(3) uncertainties of weather, river stages, tides, or similar physical conditions at the site;

(4) the conformation and conditions of the ground; and (5) the character of equipment and facilities needed preliminary to and during work performance.  The Contractor also acknowledges that it has satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the Government, as well as from the drawings and specifications made a part of this contract.  Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work, or for proceeding to successfully perform the work without additional expense to the Government.

(b) The Government assumes no responsibility for any conclusions or interpretations made by the Contractor based on the information made available by the Government. Nor does the Government assume responsibility for any understanding reached or representation made concerning conditions which can affect the work by any of its officers or agents before the execution of this contract, unless that understanding or representation is expressly stated in this contract.

(End of clause)


52.236-4    PHYSICAL DATA (APR 1984)

See Plans and Specs Attached.

(End of clause)

52.236-5    MATERIAL AND WORKMANSHIP (APR 1984)

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

(End of clause)

52.236-6    SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the worksite a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

(End of clause)

52.236-7    PERMITS AND RESPONSIBILITIES (NOV 1991)

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work.  The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence.  The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

(End of clause)

52.236-8    OTHER CONTRACTS (APR 1984)

The Government may undertake or award other contracts for additional work at or near the site of the work under this contract.  The Contractor shall fully cooperate with the other contractors and with Government employees and shall carefully adapt scheduling and performing the work under this contract to accommodate the additional work, heeding any direction that may be provided by the Contracting Officer.  The Contractor shall not commit or permit any act that will interfere with the performance of work by any other contractor or by Government employees.

(End of clause)


52.236-9    PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

(a) The Contractor shall preserve and protect all structures, equipment, and vegetation (such as trees, shrubs, and grass) on or adjacent to the work site, which are not to be removed and which do not unreasonably interfere with the work required under this contract. The Contractor shall only remove trees when specifically authorized to do so, and shall avoid damaging vegetation that will remain in place. If any limbs or branches of trees are broken during contract performance, or by the careless operation of equipment, or by workmen, the Contractor shall trim those limbs or branches with a clean cut and paint the cut with a tree-pruning compound as directed by the Contracting Officer.

(b) The Contractor shall protect from damage all existing improvements and utilities

(1) at or near the work site, and

(2) on adjacent property of a third party, the locations of which are made known to or should be known by the Contractor.  The Contractor shall repair any damage to those facilities, including those that are the property of a third party, resulting from failure to comply with the requirements of this contract or failure to exercise reasonable

care in performing the work.  If the Contractor fails or refuses to repair the damage promptly, the Contracting Officer may have the necessary work performed and charge the cost to the Contractor.

(End of clause)

52.236-10    OPERATIONS AND STORAGE AREAS (APR 1984)

(a) The Contractor shall confine all operations (including storage of materials) on Government premises to areas authorized or approved by the Contracting Officer.  The Contractor shall hold and save the Government, its officers and agents, free and harmless from liability of any nature occasioned by the Contractor's performance.

(b) Temporary buildings (e.g., storage sheds, shops, offices) and utilities may be erected by the Contractor only with the approval of the Contracting Officer and shall be built with labor and materials furnished by the Contractor without expense to the Government.  The temporary buildings and utilities shall remain the property of the Contractor and shall be removed by the Contractor at its expense upon completion of the work. With the written consent of the Contracting Officer, the buildings and utilities may be abandoned and need not be removed.

(c) The Contractor shall, under regulations prescribed by the Contracting Officer, use only established roadways, or use temporary roadways constructed by the Contractor when and as authorized by the Contracting Officer.  When materials are transported in prosecuting the work, vehicles shall not be loaded beyond the loading capacity recommended by the manufacturer of the vehicle or prescribed by any Federal, State, or local law or regulation. When it is necessary to cross curbs or sidewalks, the Contractor shall protect them from damage.  The Contractor shall repair or pay for the repair of any damaged curbs, sidewalks, or roads.

(End of clause)

52.236-11    USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

(a) The Government shall have the right to take possession of or use any completed or partially completed part of the work. Before taking possession of or using any work, the Contracting Officer shall furnish the Contractor a list of items of work remaining to be performed or corrected on those portions of the work that the Government intends to take possession of or use.  However, failure of the Contracting Officer to list any item of work shall not relieve the Contractor of responsibility for complying with the terms of the contract. The Government's possession or use shall not be deemed an acceptance of any work under the contract.

(b) While the Government has such possession or use, the Contractor shall be relieved of the responsibility for the loss of or damage to the work resulting from the Government's possession or use, notwithstanding the terms of the clause in this contract entitled "Permits and Responsibilities."  If prior possession or use by the Government delays the progress of the work or causes additional expense to the Contractor, an equitable adjustment shall be made in the contract price or the time of completion, and the contract shall be modified in writing accordingly.

(End of clause)

52.236-12    CLEANING UP (APR 1984)

The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials.  Before completing the work, the Contractor shall remove from the work and premises any rubbish, tools, scaffolding, equipment, and materials that are not the property of the Government.  Upon completing the work, the Contractor shall leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer.

(End of clause)

52.236-13     ACCIDENT PREVENTION (NOV 1991)

(a)  The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b)  For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1)  Provide appropriate safety barricades, signs, and signal lights;

(2)  Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3)  Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c)  If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d)  Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action.  This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required.  After receiving the notice, the Contractor shall immediately take corrective action.  If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.  The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e)   The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(End of clause)

52.236-13     ACCIDENT PREVENTION (NOV 1991) – ALTERNATE I (NOV 1991)

(a)  The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b)  For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1)  Provide appropriate safety barricades, signs, and signal lights;

(2)  Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3)  Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c)  If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d)  Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action.  This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required.  After receiving the notice, the Contractor shall immediately take corrective action.  If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.  The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e)  The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(f)  Before commencing the work, the Contractor shall-

(1)  Submit a written proposed plan for implementing this clause.  The plan shall include an analysis of the significant hazards to life, limb, and property inherent in contract work performance and a plan for controlling these hazards; and

(2) Meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program.

(End of clause)

52.236-14    AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

(a) The Government shall make all reasonably required amounts of utilities available to the Contractor from existing outlets and supplies, as specified in the contract.  Unless otherwise provided in the contract, the amount of each utility service consumed shall be charged to or paid for by the Contractor at prevailing rates charged to the Government or, where the utility is produced by the Government, at reasonable rates determined by the Contracting Officer.  The Contractor shall carefully conserve any utilities furnished without charge.

(b) The Contractor, at its expense and in a workmanlike manner satisfactory to the Contracting Officer, shall install and maintain all necessary temporary connections and distribution lines, and all meters required to measure the amount of each utility used for the purpose of determining charges.  Before final acceptance of the work by the Government, the Contractor shall remove all the temporary connections, distribution lines, meters, and associated paraphernalia.

(End of clause)

52.236-15   SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant, and equipment). The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period. If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three copies of the annotated schedule to the Contracting Officer. If, in the opinion of the Contracting Officer, the Contractor falls behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government. In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this contract.

(End of clause)

52.236-17   LAYOUT OF WORK (APR 1984)

The Contractor shall lay out its work from Government established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them. If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

(End of clause)

52.236-21   SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated",

"prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.

(End of clause)


52.236-25    REQUIREMENTS FOR REGISTRATION OF DESIGNERS (JUN 2003)

Architects or engineers registered to practice in the particular professional field involved in a State, the District of Columbia, or an outlying area of the United States shall prepare or review and approve the design of architectural, structural, mechanical, electrical, civil, or other engineering features of the work.

(End of clause)


52.236-26    PRECONSTRUCTION CONFERENCE (FEB 1995)

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time, and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed. (End of clause)

52.242-13     BANKRUPTCY (JUL 1995)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Officer responsible for administering the contract.  This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing.  This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made.  This obligation remains in effect until final payment under this contract.
(End of clause)


52.242-14     SUSPENSION OF WORK (APR 1984)

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract.

(c) A claim under this clause shall not be allowed—

(1) For any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order); and

(2) Unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

(End of clause)

52.243-4     CHANGES (JUN 2007)

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished property or services; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction,

interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

(End of clause)

52.243-7    NOTIFICATION OF CHANGES (JAN 2017)

(a) Definitions.

"Contracting Officer," as used in this clause, does not include any representative of the Contracting Officer.

"Specifically authorized representative (SAR)," as used in this clause, means any person the Contracting Officer has so designated by written notice (a copy of which shall be provided to the Contractor) which shall refer to this subparagraph and shall be issued to the designated representative before the SAR exercises such authority.

(b) Notice. The primary purpose of this clause is to obtain prompt reporting of Government conduct that the Contractor considers to constitute a change to this contract. Except for changes identified as such in writing and signed by the Contracting Officer, the Contractor shall notify the Administrative Contracting Officer in writing, within 10 calendar days from the date that the Contractor identifies any Government conduct (including actions, inactions, and written or oral communications) that the Contractor regards as a change to the contract terms and conditions. On the basis of the most accurate information available to the Contractor, the notice shall state--

(1) The date, nature, and circumstances of the conduct regarded as a change;

(2) The name, function, and activity of each Government individual and Contractor official or employee involved in or knowledgeable about such conduct;

(3) The identification of any documents and the substance of any oral communication involved in such conduct;

(4) In the instance of alleged acceleration of scheduled performance or delivery, the basis upon which it arose;

(5) The particular elements of contract performance for which the Contractor may seek an equitable adjustment under this clause, including--

(i) What line items have been or may be affected by the alleged change;

(ii) What labor or materials or both have been or may be added, deleted, or wasted by the alleged change;

(iii) To the extent practicable, what delay and disruption in the manner and sequence of performance and effect on continued performance have been or may be caused by the alleged change;

(iv) What adjustments to contract price, delivery schedule, and other provisions affected by the alleged change are estimated; and

(6) The Contractor's estimate of the time by which the Government must respond to the Contractor's notice to minimize cost, delay or disruption of performance.

(c) Continued performance.  Following submission of the notice required by (b) above, the Contractor shall diligently continue performance of this contract to the maximum extent possible in accordance with its terms and conditions as construed by the Contractor, unless the notice reports a direction of the Contracting Officer or a communication from a SAR of the Contracting Officer, in either of which events the Contractor shall continue performance; provided, however, that if the Contractor regards the direction or communication as a change as described in (b) above, notice shall be given in the manner provided.  All directions, communications, interpretations, orders and similar actions of the SAR shall be reduced to writing and copies furnished to the Contractor and to the Contracting Officer.  The Contracting Officer shall countermand any action which exceeds the authority of the SAR.

(d) Government response.  The Contracting Officer shall promptly, within 30 calendar days after receipt of notice, respond to the notice in writing.  In responding, the Contracting Officer shall either--

(1) Confirm that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance;

(2) Countermand any communication regarded as a change;

(3) Deny that the conduct of which the Contractor gave notice constitutes a change and when necessary direct the mode of further performance; or

(4) In the event the Contractor's notice information is inadequate to make a decision under (1), (2), or (3) above, advise the Contractor what additional information is required, and establish the date by which it should be furnished and the date thereafter by which the Government will respond.

(e) Equitable adjustments.

(1) If the Contracting Officer confirms that Government conduct effected a change as alleged by the Contractor, and the conduct causes an increase or decrease in the Contractor's cost of, or the time required for, performance of any part of the work under this contract, whether changed or not changed by such conduct, an equitable adjustment shall be made--

(i) In the contract price or delivery schedule or both; and

(ii) In such other provisions of the contract as may be affected.

(2) The contract shall be modified in writing accordingly.  In the case of drawings, designs or specifications which are defective and for which the Government is responsible, the equitable adjustment shall include the cost and time extension for delay reasonably incurred by the Contractor in attempting to comply with the defective drawings, designs or specifications before the Contractor identified, or reasonably should have identified, such defect.  When the cost of property made obsolete or excess as a result of a change confirmed by the Contracting Officer under this clause is included in the equitable adjustment, the Contracting Officer shall have the right to prescribe the manner of disposition of the property.  The equitable adjustment shall not include increased costs or time extensions for delay resulting from the Contractor's failure to provide notice or to continue performance as provided, respectively, in (b) and (c) above.

Note:  The phrases "contract price" and "cost" wherever they appear in the clause, may be appropriately modified to apply to cost-reimbursement or incentive contracts, or to combinations thereof.

(End of clause)


52.244-2    SUBCONTRACTS (OCT 2010)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts: N/A

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting—

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining
the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the

Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations: N/A

(End of clause)

52.244-6     SUBCONTRACTS FOR COMMERCIAL ITEMS (JAN 2019)

(a) Definitions. As used in this clause—

"Commercial item" and "commercially available off-the-shelf item" have the meanings contained in Federal Acquisition Regulation 2.101, Definitions.

"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or non-developmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509), if the subcontract exceeds $5.5 million and has a performance period of more than 120 days. In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017).

(iv) 52.204-21, Basic Safeguarding of Covered Contractor Information Systems (JUN 2016), other than subcontracts for commercially available off-the-shelf items, if flow down is required in accordance with paragraph (c) of FAR clause 52.204-21.

(v) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (JUL 2018) (Section 1634 of Pub. L. 115-91).

(vi) 52.219-8, Utilization of Small Business Concerns (Oct 2018) (15 U.S.C. 637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vii) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(viii) 52.222-26, Equal Opportunity (Sept 2016) (E.O. 11246).

(ix) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212(a));

(x) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(xi) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

(xii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496), if flow down is required in accordance with paragraph (f) of FAR clause 52.222-40.

(xiii)(A) 52.222-50, Combating Trafficking in Persons (JAN 2019) (22 U.S.C. chapter 78 and E.O. 13627).

(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xiv) 52.222-55, Minimum Wages under Executive Order 13658 (Dec 2015), if flowdown is required in accordance with paragraph (k) of FAR clause 52.222-55.

(xv) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2017) (E.O. 13706), if flow down is required in accordance with paragraph (m) of FAR clause 52.222-62.

(xvi)(A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a) if flow down is required in accordance with 52.224-3(f).

(B) Alternate I (JAN 2017) of 52.224-3, if flow down is required in accordance with 52.224-3(f) and the agency specifies that only its agency-provided training is acceptable).

(xvii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xviii) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Dec 2013), if flow down is required in accordance with paragraph (c) of FAR clause 52.232-40.

(xix) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241 and 10 U.S.C. 2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64).

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)


52.246-12    INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i)  Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

52.248-3    VALUE ENGINEERING--CONSTRUCTION (OCT 2015)

(a) General.  The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily.  The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) below.

(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support.  The term does not include the normal administrative costs of processing the VECP.

"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and implementation costs, including subcontractors' development and implementation costs (see paragraph (h) below).

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only; or

(ii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs(c) (1) through (7) below.  If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation.  The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) A separate, detailed cost estimate for

(i) the affected portions of the existing contract requirement and

(ii) the VECP.  The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) below.

(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(5) A prediction of any effects the proposed change would have on collateral costs to the agency.

(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.

(e) Government action.

(1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause. The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing.

(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by

(i) 45 percent for fixed-price contracts or

(ii) 75 percent for cost-reimbursement contracts.

(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--

(i) Accept the VECP;

(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and

(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.

(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the

contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.

(h) Subcontracts.  The Contractor shall include an appropriate value engineering clause in any subcontract of $70,000 or more and may include one in subcontracts of lesser value.  In computing any adjustment in this contract's price under paragraph (f) above, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor.  The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.

(i) Data.  The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering-- Construction clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause.  This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."  If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data.  (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)


52.249-2    TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 2012) - ALTERNATE I (SEP 1996)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Contractor a Notice of Termination specifying the extent of termination and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Contractor shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts or orders (referred to as subcontracts in this clause) for materials, services, or facilities, except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Contractor under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, transfer title and deliver to the Government (i) the fabricated or unfabricated parts, work in process, completed work, supplies, and other material produced or acquired for the work terminated, and (ii) the completed or partially completed plans, drawings, information, and other property that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(8) Take any action that may be necessary, or that the Contracting Officer may direct, for the protection and preservation of the property related to this contract that is in the possession of the Contractor and in which the Government has or may acquire an interest.

(9) Use its best efforts to sell, as directed or authorized by the Contracting Officer, any property of the types referred to in subparagraph (b)(6) of this clause; provided, however, that the Contractor (i) is not required to extend credit to any purchaser and (ii) may acquire the property under the conditions prescribed by, and at prices approved by, the Contracting Officer. The proceeds of any transfer or disposition will be applied to reduce any payments to be made by the Government under this contract, credited to the price or cost of the work, or paid in any other manner directed by the Contracting Officer.

(c) The Contractor shall submit complete termination inventory schedules no later than 120 days from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 120-day period.

(d) After expiration of the plant clearance period as defined in Subpart 49.001 of the Federal Acquisition Regulation, the Contractor may submit to the Contracting Officer a list, certified as to quantity and quality, of termination inventory not previously disposed of, excluding items authorized for disposition by the Contracting Officer. The Contractor may request the Government to remove those items or enter into an agreement for their storage. Within 15 days, the Government will accept title to those items and remove them or enter into a storage agreement. The Contracting Officer may verify the list upon removal of the items, or if stored, within 45 days from submission of the list, and shall correct the list, as necessary, before final settlement.

(e) After termination, the Contractor shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Contractor shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Contractor within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1 year or any extension. If the Contractor fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Contractor because of the termination and shall pay the amount determined.

(f) Subject to paragraph (e) of this clause, the Contractor and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (g) or paragraph (g) of this clause, exclusive of costs shown in subparagraph (g)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated.  The contract shall be modified, and the Contractor paid the agreed amount. Paragraph (g) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(g) If the Contractor and Contracting Officer fail to agree on the whole amount to be paid the Contractor because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:

(1) For contract work performed before the effective date of termination, the total (without duplication of any items) of--

(i) The cost of this work;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(1)(i) of this clause; and

(iii) A sum, as profit on subdivision (g)(1)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (iii) and shall reduce the settlement to reflect the indicated rate of loss.

(2) The reasonable costs of settlement of the work terminated, including--

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

(h) Except for normal spoilage, and except to the extent that the Government expressly assumed the risk of loss, the Contracting Officer shall exclude from the amounts payable to the Contractor under paragraph (g) of this clause, the fair value as determined by the Contracting Officer, for the loss of the Government property.

(i) The cost principles and procedures of Part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(j) The Contractor shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (e), (g), or (l) of this clause, except that if the Contractor failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (e) or (l), respectively, and failed to request a time extension, there is no right of appeal.

(k) In arriving at the amount due the Contractor under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Contractor under the terminated portion of this contract;

(2) Any claim which the Government has against the Contractor under this contract; and

(3) The agreed price for, or the proceeds of sale of, materials, supplies, or other things acquired by the Contractor or sold under the provisions of this clause and not recovered by or credited to the Government.

(l) If the termination is partial, the Contractor may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Contractor for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(m)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Contractor for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Contractor will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Contractor shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Contractor to the date the excess is repaid. Interest shall not be charged on any excess payment due

to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract. The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

(End of clause)


52.249-10   DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if—

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include—

(i) Acts of God or of the public enemy,

(ii) Acts of the Government in either its sovereign or contractual capacity,

(iii) Acts of another Contractor in the performance of a contract with the Government,

(iv) Fires,

(v) Floods,

(vi) Epidemics,

(vii) Quarantine restrictions,

(viii) Strikes,

(ix) Freight embargoes,

(x) Unusually severe weather, or

(xi) Delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/vffara.htm
http://farsite.hill.af.mil/vmdfara.htm

 (End of clause)

52.252-4    ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

None.

(End of clause)

52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DFARS / 48 CFR Chapter 2 clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

52.253-1   COMPUTER GENERATED FORMS (JAN 1991)

(a)  Any data required to be submitted on a Standard or Optional Form prescribed by the Federal Acquisition Regulation (FAR) may be submitted on a computer generated version of the form, provided there is no change to the name, content, or sequence of the data elements on the form, and provided the form carries the Standard or Optional Form number and edition date.

(b)  Unless prohibited by agency regulations, any data required to be submitted on an agency unique form prescribed by an agency supplement to the FAR may be submitted on a computer generated version of the form provided there is no change to the name, content, or sequence of the data elements on the form and provided the form carries the agency form number and edition date.

(c)  If the Contractor submits a computer generated version of a form that is different than the required form, then the rights and obligations of the parties will be determined based on the content of the required form.

(End of clause)

252.201-7000   CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition.  Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation.  It will specify the extent of the COR's authority to act on behalf of the contracting officer.  The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.203-7000   REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS (SEP 2011)

(a) Definition. Covered DoD official, as used in this clause, means an individual that--

(1) Leaves or left DoD service on or after January 28, 2008; and

(2)(i) Participated personally and substantially in an acquisition as defined in 41 U.S.C. 131 with a value in excess of $10 million, and serves or served--

(A) In an Executive Schedule position under subchapter II of chapter 53 of Title 5, United States Code;

(B) In a position in the Senior Executive Service under subchapter VIII of chapter 53 of Title 5, United States Code; or

(C) In a general or flag officer position compensated at a rate of pay for grade O-7 or above under section 201 of Title 37, United States Code; or

(ii) Serves or served in DoD in one of the following positions: Program manager, deputy program manager, procuring contracting officer, administrative contracting officer, source selection authority, member of the source

selection evaluation board, or chief of a financial or technical evaluation team for a contract in an amount in excess of $10 million.

(b) The Contractor shall not knowingly provide compensation to a covered DoD official within 2 years after the official leaves DoD service, without first determining that the official has sought and received, or has not received after 30 days of seeking, a written opinion from the appropriate DoD ethics counselor regarding the applicability of post-employment restrictions to the activities that the official is expected to undertake on behalf of the Contractor.

(c) Failure by the Contractor to comply with paragraph (b) of this clause may subject the Contractor to rescission of this contract, suspension, or debarment in accordance with 41 U.S.C. 2105(c).

(End of clause)


252.203-7001    PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (DEC 2008)

(a)  Definitions.  As used in this clause—

(1)  "Arising out of a contract with the DoD" means any act in connection with—

(i)  Attempting to obtain;

(ii)  Obtaining, or

(iii)  Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).

(2)  "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.

(3)  "Date of conviction" means the date judgment was entered against the individual.

(b) Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving--

(1) In a management or supervisory capacity on this contract;

(2) On the board of directors of the Contractor;

(3) As a consultant, agent, or representative for the Contractor; or

(4) In any other capacity with the authority to influence, advise, or control the decisions of the Contractor with regard to this contract.

(c) Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.

(d)  10 U.S.C. 2408 provides that the Contractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly--

(1)  Employing a person under a prohibition specified in paragraph (b) of this clause; or

(2)  Allowing such a person to serve on the board of directors of the contractor or first-tier subcontractor.

(e)  In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as—

(1)  Suspension or debarment;

(2)  Cancellation of the contract at no cost to the Government; or

(3)  Termination of the contract for default.

(f)  The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer.  Requests shall clearly identify—

(1)  The person involved;

(2)  The nature of the conviction and resultant sentence or punishment imposed;

(3)  The reasons for the requested waiver; and

(4)  An explanation of why a waiver is in the interest of national security.

(g)  The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h)  Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone 301-937-1542; www.ojp.usdoj.gov/BJA/grant/DPFC.html".

(End of clause)


252.203-7002   REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (SEP 2013)

(a) The Contractor shall inform its employees in writing, in the predominant native language of the workforce, of contractor employee whistleblower rights and protections under 10 U.S.C. 2409, as described in subpart 203.9 of the Defense Federal Acquisition Regulation Supplement.

(b) The Contractor shall include the substance of this clause, including this paragraph (b), in all subcontracts.

(End of clause)


252.204-7000   DISCLOSURE OF INFORMATION (OCT 2016)

(a) The Contractor shall not release to anyone outside the Contractor's organization any unclassified information, regardless of medium (e.g., film, tape, document), pertaining to any part of this contract or any program related to this contract, unless--

(1) The Contracting Officer has given prior written approval;

(2) The information is otherwise in the public domain before the date of release; or

(3)  The information results from or arises during the performance of a project that involves no covered defense information (as defined in the clause at DFARS 252.204-7012, Safeguarding Covered Defense Information and Cyber Incident Reporting) and has been scoped and negotiated by the contracting activity with the contractor and research performer and determined in writing by the contracting officer to be fundamental research (which by definition cannot involve any covered defense information), in accordance with National Security Decision Directive 189, National Policy on the Transfer of Scientific, Technical and Engineering Information, in effect on the date of contract award and the Under Secretary of Defense (Acquisition, Technology, and Logistics) memoranda on Fundamental Research, dated May 24, 2010, and on Contracted Fundamental Research, dated June 26, 2008 (available at DFARS PGI 204.4).

(b) Requests for approval under paragraph (a)(1) shall identify the specific information to be released, the medium to be used, and the purpose for the release. The Contractor shall submit its request to the Contracting Officer at least 10 business days before the proposed date for release.

(c) The Contractor agrees to include a similar requirement, including this paragraph (c), in each subcontract under this
contract. Subcontractors shall submit requests for authorization to release through the prime contractor to the Contracting Officer.

   (End of clause)

252.204-7003   CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

The Contractor's procedures for protecting against unauthorized disclosure of information shall not require Department of Defense employees or members of the Armed Forces to relinquish control of their work products, whether classified or not, to the contractor.

(End of clause)

252.204-7012  SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING (OCT 2016)

(a) Definitions. As used in this clause--

Adequate security means protective measures that are commensurate with the consequences and probability of loss, misuse, or unauthorized access to, or modification of information.

Compromise means disclosure of information to unauthorized persons, or a violation of the security policy of a system, in which unauthorized intentional or unintentional disclosure, modification, destruction, or loss of an object, or the copying of information to unauthorized media may have occurred.

Contractor attributional/proprietary information means information that identifies the contractor(s), whether directly or indirectly, by the grouping of information that can be traced back to the contractor(s) (e.g., program description, facility locations), personally identifiable information, as well as trade secrets, commercial or financial information, or other commercially sensitive information that is not customarily shared outside of the

company.

Controlled technical information means technical information with military or space application that is subject to controls on the access, use, reproduction, modification, performance, display, release, disclosure, or dissemination. Controlled technical information would meet the criteria, if disseminated, for distribution statements B through F using the criteria set forth in DoD Instruction 5230.24, Distribution Statements on Technical Documents. The term does not include information that is lawfully publicly available without restrictions.

Covered contractor information system means an unclassified information system that is owned, or operated by or for, a contractor and that processes, stores, or transmits covered defense information.

Covered defense information means unclassified controlled technical information or other information, as described in the Controlled Unclassified Information (CUI) Registry at http://www.archives.gov/cui/registry/category-list.html, that requires safeguarding or dissemination controls pursuant to and consistent with law, regulations, and Governmentwide policies, and is--

(1) Marked or otherwise identified in the contract, task order, or delivery order and provided to the contractor by or on behalf of DoD in support of the performance of the contract; or

(2) Collected, developed, received, transmitted, used, or stored by or on behalf of the contractor in support of the performance of the contract.

Cyber incident means actions taken through the use of computer networks that result in a compromise or an actual or potentially adverse effect on an information system and/or the information residing therein.

Forensic analysis means the practice of gathering, retaining, and analyzing computer-related data for investigative purposes in a manner that maintains the integrity of the data.

Information system means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

Malicious software means computer software or firmware intended to perform an unauthorized process that will have adverse impact on the confidentiality, integrity, or availability of an information system. This definition includes a virus, worm, Trojan horse, or other code-based entity that infects a host, as well as spyware and some forms of adware.

Media means physical devices or writing surfaces including, but is not limited to, magnetic tapes, optical disks, magnetic disks, large-scale integration memory chips, and printouts onto which covered defense information is recorded, stored, or printed within a covered contractor information system.

Operationally critical support means supplies or services designated by the Government as critical for airlift, sealift, intermodal transportation services, or logistical support that is essential to the mobilization, deployment, or sustainment of the Armed Forces in a contingency operation.

Rapidly report means within 72 hours of discovery of any cyber incident.

Technical information means technical data or computer software, as those terms are defined in the clause at DFARS 252.227-7013, Rights in Technical Data--Noncommercial Items, regardless of whether or not the clause is incorporated in this solicitation or contract. Examples of technical information include research and engineering data, engineering drawings, and associated lists, specifications, standards, process sheets, manuals, technical reports, technical orders, catalog-item identifications, data sets, studies and analyses and related information, and computer software executable code and source code.

(b) Adequate security. The Contractor shall provide adequate security on all covered contractor information systems. To provide adequate security, the Contractor shall implement, at a minimum, the following information security protections:

(1) For covered contractor information systems that are part of an information technology (IT) service or system operated on behalf of the Government, the following security requirements apply:

(i) Cloud computing services shall be subject to the security requirements specified in the clause 252.239-7010, Cloud Computing Services, of this contract.

(ii) Any other such IT service or system (i.e., other than cloud computing) shall be subject to the security requirements specified elsewhere in this contract.

(2) For covered contractor information systems that are not part of an IT service or system operated on behalf of the Government and therefore are not subject to the security requirement specified at paragraph (b)(1) of this clause, the following security requirements apply:

(i) Except as provided in paragraph (b)(2)(ii) of this clause, the covered contractor information system shall be subject to the security requirements in National Institute of Standards and Technology (NIST) Special Publication (SP) 800-171, ``Protecting Controlled Unclassified Information in Nonfederal Information Systems and Organizations'' (available via the internet at http://dx.doi.org/10.6028/NIST.SP.800-171) in effect at the time the solicitation is issued or as authorized by the Contracting Officer.

(ii)(A) The Contractor shall implement NIST SP 800-171, as soon aspractical, but not later than December 31, 2017. For all contracts awarded prior to October 1, 2017, the Contractor shall notify the DoD Chief Information Officer (CIO), via email at osd.dibcsia@mail.mil, within 30 days of contract award, of any security requirements specified by NIST SP 800-171 not implemented at the time of contract award.

(B) The Contractor shall submit requests to vary from NIST SP 800-171 in writing to the Contracting Officer, for consideration by the DoD CIO. The Contractor need not implement any security requirement adjudicated by an authorized representative of the DoD CIO to be nonapplicable or to have an alternative, but equally effective, security measure that may be implemented in its place.

(C) If the DoD CIO has previously adjudicated the contractor's requests indicating that a requirement is not applicable or that an alternative security measure is equally effective, a copy of that approval shall be provided to the Contracting Officer when requesting its recognition under this contract.

(D) If the Contractor intends to use an external cloud service provider to store, process, or transmit any covered defense information in performance of this contract, the Contractor shall require and ensure that the cloud service provider meets security requirements equivalent to those established by the Government for the Federal Risk and Authorization Management Program (FedRAMP) Moderate baseline (https://www.fedramp.gov/resources/documents/) and that the cloud service provider complies with requirements in paragraphs (c) through (g) of this clause for cyber incident reporting, malicious software, media preservation and protection, access to additional information and equipment necessary for forensic analysis, and cyber incident damage assessment.

(3) Apply other information systems security measures when the Contractor reasonably determines that information systems security measures, in addition to those identified in paragraphs (b)(1) and (2) of this clause, may be required to provide adequate security in a dynamic environment or to accommodate special circumstances (e.g., medical devices) and any individual, isolated, or temporary deficiencies based on an assessed risk or vulnerability. These measures may be addressed in a system security plan.

(c) Cyber incident reporting requirement.

(1) When the Contractor discovers a cyber incident that affects a covered contractor information system or the covered defense information residing therein, or that affects the contractor's ability to perform the requirements of the contract that are designated as operationally critical support and identified in the contract, the Contractor shall--

(i) Conduct a review for evidence of compromise of covered defense information, including, but not limited to, identifying compromised computers, servers, specific data, and user accounts. This review shall also include analyzing covered contractor information system(s) that were part of the cyber incident, as well as other information systems on the Contractor's network(s), that may have been accessed as a result of the incident in order to identify compromised covered defense information, or that affect the Contractor's ability to provide operationally critical support; and

(ii) Rapidly report cyber incidents to DoD at http://dibnet.dod.mil.

(2) Cyber incident report. The cyber incident report shall be treated as information created by or for DoD and shall include, at a minimum, the required elements at http://dibnet.dod.mil.

(3) Medium assurance certificate requirement. In order to report cyber incidents in accordance with this clause, the Contractor or subcontractor shall have or acquire a DoD-approved medium assurance certificate to report cyber incidents. For information on obtaining a DoD-approved medium assurance certificate, see http://iase.disa.mil/pki/eca/Pages/index.aspx.

(d) Malicious software. When the Contractor or subcontractors discover and isolate malicious software in connection with a reported cyber incident, submit the malicious software to DoD Cyber Crime Center (DC3) in accordance with instructions provided by DC3 or the Contracting Officer. Do not send the malicious software to the Contracting Officer.

(e) Media preservation and protection. When a Contractor discovers a cyber incident has occurred, the Contractor shall preserve and protect images of all known affected information systems identified in paragraph (c)(1)(i) of this clause and all relevant monitoring/packet capture data for at least 90 days from the submission of the cyber incident report to allow DoD to request the media or decline interest.

(f) Access to additional information or equipment necessary for forensic analysis. Upon request by DoD, the Contractor shall provide DoD with access to additional information or equipment that is necessary to conduct a forensic analysis.

(g) Cyber incident damage assessment activities. If DoD elects to conduct a damage assessment, the Contracting Officer will request that the Contractor provide all of the damage assessment information gathered in accordance with paragraph (e) of this clause.

(h) DoD safeguarding and use of contractor attributional/proprietary information. The Government shall protect against the unauthorized use or release of information obtained from the contractor (or derived from information obtained from the contractor) under this clause that includes contractor attributional/proprietary information, including such information submitted in accordance with paragraph (c). To the maximum extent practicable, the Contractor shall identify and mark attributional/proprietary information. In making an authorized release of such information, the Government will implement appropriate procedures to minimize the contractor attributional/proprietary information that is included in such authorized release, seeking to include only that information that is necessary for the authorized purpose(s) for which the information is being released.

(i) Use and release of contractor attributional/proprietary information not created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is not created by or for DoD is authorized to be released outside of DoD--

(1) To entities with missions that may be affected by such information;

(2) To entities that may be called upon to assist in the diagnosis, detection, or mitigation of cyber incidents;

(3) To Government entities that conduct counterintelligence or law enforcement investigations;

(4) For national security purposes, including cyber situational awareness and defense purposes (including with Defense Industrial Base (DIB) participants in the program at 32 CFR part 236); or

(5) To a support services contractor (``recipient'') that is directly supporting Government activities under a contract that includes the clause at 252.204-7009, Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information.

(j) Use and release of contractor attributional/proprietary information created by or for DoD. Information that is obtained from the contractor (or derived from information obtained from the contractor) under this clause that is created by or for DoD (including the information submitted pursuant to paragraph (c) of this clause) is authorized to be used and released outside of DoD for purposes and activities authorized by paragraph (i) of this clause, and for any other lawful Government purpose or activity, subject to all applicable statutory, regulatory, and policy based restrictions on the Government's use and release of such information.

(k) The Contractor shall conduct activities under this clause in accordance with applicable laws and regulations on the interception, monitoring, access, use, and disclosure of electronic communications and data.

(l) Other safeguarding or reporting requirements. The safeguarding and cyber incident reporting required by this clause in no way abrogates the Contractor's responsibility for other safeguarding or cyber incident reporting pertaining to its unclassified information systems as required by other applicable
clauses of this contract, or as a result of other applicable U.S. Government statutory or regulatory requirements.

(m) Subcontracts. The Contractor shall--

(1) Include this clause, including this paragraph (m), in subcontracts, or similar contractual instruments, for operationally critical support, or for which subcontract performance will involve covered defense information, including subcontracts for commercial items, without alteration, except to identify the parties. The Contractor shall determine if the information required for subcontractor performance retains its identity as covered defense information and will require protection under this clause, and, if necessary, consult with the Contracting Officer; and

(2) Require subcontractors to--

(i) Notify the prime Contractor (or next higher-tier subcontractor) when submitting a request to vary from a NIST SP 800-171 security requirement to the Contracting Officer, in accordance with paragraph (b)(2)(ii)(B) of this clause; and

(ii) Provide the incident report number, automatically assigned by DoD, to the prime Contractor (or next higher-tier subcontractor) as soon as practicable, when reporting a cyber incident to DoD as required in paragraph (c) of this clause.


(End of clause)

252.205-7000    PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

(a) Definition.

"Cooperative agreement holder" means a State or local government; a private, nonprofit organization; a tribal organization (as defined in section 4(c) of the Indian Self-Determination and Education Assistance Act (Pub. L. 93-268; 25 U.S.C. 450 (c))); or an economic enterprise (as defined in section 3(e) of the Indian Financing Act of 1974 (Pub. L. 93-362; 25 U.S.C. 1452(e))) whether such economic enterprise is organized for profit or nonprofit purposes; which has an agreement with the Defense Logistics Agency to furnish procurement technical assistance to business entities.

(b) The Contractor shall provide cooperative agreement holders, upon their request, with a list of those appropriate employees or offices responsible for entering into subcontracts under defense contracts. The list shall include the business address, telephone number, and area of responsibility of each employee or office.

(c) The Contractor need not provide the listing to a particular cooperative agreement holder more frequently than once a year.

(End of clause)

252.209-7004    SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A COUNTRY THAT IS A STATE SPONSOR OF TERRORISM (OCT 2015)

(a) Unless the Government determines that there is a compelling reason to do so, the Contractor shall not enter into any subcontract in excess of $35,000 with a firm, or a subsidiary of a firm, that is identified in the Exclusions section of the System for Award Management System (SAM Exclusions) as being ineligible for the award of Defense contracts or subcontracts because it is owned or controlled by the government of a country that is a state sponsor of terrorism.

(b) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is identified, in SAM Exclusions, as being ineligible for the award of Defense contracts or subcontracts because it is owned or controlled by the government of a country that is a state sponsor of terrorism. The notice must include the name of the proposed subcontractor and the compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion in SAM Exclusions.

(End of clause)

252.219-7009    SECTION 8(A) DIRECT AWARD (OCT 2018)

(a) This contract is issued as a direct award between the contracting office and the 8(a) Contractor pursuant to the Partnership Agreement between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA, even if not identified in Section A of this contract, is the prime contractor and retains responsibility for 8(a) certification, for 8(a) eligibility determinations and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

Alaska District Office
420 L. Street, Suite 300
Anchorage, AK 99501
Phone: 907-271-4022 / 800-755-7034
Email: alaska8A@sba.gov

(b) The contracting office is responsible for administering the contract and for taking any action on behalf of the Government under the terms and conditions of the contract; provided that the contracting office shall give advance notice to the SBA before it issues a final notice terminating performance, either in whole or in part, under the contract. The contracting office also shall coordinate with the SBA prior to processing any novation agreement. The contracting office may assign contract administration functions to a contract administration office.

(c)  The 8(a) Contractor agrees that it will notify the Contracting Officer, simultaneously with its notification to the SBA (as required by SBA's 8(a) regulations at 13 CFR 124.515), when the owner or owners upon whom 8(a) eligibility is based plan to relinquish ownership or control of the concern. Consistent with section 407 of Public Law 100-656, transfer of ownership or control shall result in termination of the contract for convenience, unless the SBA waives the requirement for termination prior to the actual relinquishing of ownership and control.

(End of Clause)


252.219-7011    NOTIFICATION TO DELAY PERFORMANCE (JUN 1998)

The Contractor shall not begin performance under this purchase order until 2 working days have passed from the date of its receipt. Unless the Contractor receives notification from the Small Business Administration that it is ineligible for this 8(a) award, or otherwise receives instructions from the Contracting Officer, performance under this purchase order may begin on the third working day following receipt of the purchase order. If a determination of ineligibility is issued within the 2-day period, the purchase order shall be considered canceled.

(End of clause)


252.223-7001    HAZARD WARNING LABELS (DEC 1991)

(a) "Hazardous material," as used in this clause, is defined in the Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labeling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;

(2) Federal Food, Drug and Cosmetics Act;

(3) Consumer Product Safety Act;

(4) Federal Hazardous Substances Act; or

(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

MATERIAL (If None, Insert "None.")                    ACT

_____          _____
_____          _____

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause.  The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

(End of clause)


252.223-7004    DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security; health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of title 21 of the United States Code, the possession of which is unlawful under chapter 13 of that Title.  The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives:

(1) Employee assistance programs emphasizing high level direction, education, counseling, rehabilitation, and coordination with available community resources;

(2) Supervisory training to assist in identifying and addressing illegal drug use by Contractor employees;

(3) Provision for self-referrals as well as supervisory referrals to treatment with maximum respect for individual confidentiality consistent with safety and security issues;

(4) Provision for identifying illegal drug users, including testing on a controlled and carefully monitored basis. Employee drug testing programs shall be established taking account of the following:

(i) The Contractor shall establish a program that provides for testing for the use of illegal drugs by employees in sensitive positions.  The extent of and criteria for such testing shall be determined by the Contractor based on considerations that include the nature of the work being performed under the contract, the employee's duties, and efficient use of Contractor resources, and the risks to health, safety, or national security that could result from the failure of an employee adequately to discharge his or her position.

(ii) In addition, the Contractor may establish a program for employee drug testing--

(A) When there is a reasonable suspicion that an employee uses  illegal drugs; or

(B) When an employees has been involved in an accident or unsafe practice;

(C) As part of or as a follow-up to counseling or rehabilitation for illegal drug use;

(D) As part of a voluntary employee drug testing program.

(iii) The Contractor may establish a program to test applicants for employment for illegal drug use.

(iv) For the purpose of administering this clause, testing for illegal drugs may be limited to those substances for which testing is prescribed by section 2..1 of subpart B of the "Mandatory Guidelines for Federal Workplace Drug Testing Programs" (53 FR 11980 (April 11, 1988), issued by the Department of Health and Human Services.

(d) Contractors shall adopt appropriate personnel procedures to deal with employees who are found to be using drugs illegally.  Contractors shall not allow any employee to remain on duty or perform in a sensitive position who is found to use illegal drugs until such times as the Contractor, in accordance with procedures established by the Contractor, determines that the employee may perform in such a position.

(e) The provisions of this clause pertaining to drug testing program shall not apply to the extent that are inconsistent with state or local law, or with an existing collective bargaining agreement; provided that with respect to the latter, the Contractor agrees those issues that are in conflict will be a subject of negotiation at the next collective bargaining session.

(End of clause)


252.223-7006  PROHIBITION ON STORAGE, TREATMENT, AND DISPOSAL OF TOXIC OR HAZARDOUS MATERIALS--BASIC (SEP 2014)

(a) Definitions. As used in this clause--

Storage means a non-transitory, semi-permanent or permanent holding, placement, or leaving of material. It does not include a temporary accumulation of a limited quantity of a material used in or a waste generated or resulting from authorized activities, such as servicing, maintenance, or repair of Department of Defense (DoD) items, equipment, or facilities.

Toxic or hazardous materials means--

(i) Materials referred to in section 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 (42 U.S.C. 9601(14)) and materials designated under section 102 of CERCLA (42 U.S.C. 9602) (40 CFR Part 302);

(ii) Materials that are of an explosive, flammable, or pyrotechnic nature; or

(iii) Materials otherwise identified by the Secretary of Defense as specified in DoD regulations.

(b) In accordance with 10 U.S.C. 2692, the Contractor is prohibited from storing, treating, or disposing of toxic or hazardous materials not owned by DoD on a DoD installation, except to the extent authorized by a statutory exception to 10 U.S.C. 2692 or as authorized by the Secretary of Defense. A charge may be assessed for any storage or disposal authorized under any of the exceptions to 10 U.S.C. 2692. If a charge is to be assessed, then such assessment shall be identified elsewhere in the contract with payment to the Government on a reimbursable cost basis.

(c) The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts that require, may require, or permit a subcontractor access to a DoD installation, at any subcontract tier.

(End of clause)

252.223-7008 Prohibition of Hexavalent Chromium (JUN 2013)

(a) Definitions. As used in this clause--

Homogeneous material means a material that cannot be mechanically disjointed into different materials and is of uniform composition throughout.

(1) Examples of homogeneous materials include individual types of plastics, ceramics, glass, metals, alloys, paper, board, resins, and surface coatings.

(2) Homogeneous material does not include conversion coatings that chemically modify the substrate.

Mechanically disjointed means that the materials can, in principle, be separated by mechanical actions such as unscrewing, cutting, crushing, grinding, and abrasive processes.

(b) Prohibition.

(1) Unless otherwise specified by the Contracting Officer, the Contractor shall not provide any deliverable or construction material under this contract that--

(i) Contains hexavalent chromium in a concentration greater than 0.1 percent by weight in any homogenous material; or

(ii) Requires the removal or reapplication of hexavalent chromium materials during subsequent sustainment phases of the deliverable or construction material.

(2) This prohibition does not apply to hexavalent chromium produced as a by-product of manufacturing processes.

(c) If authorization for incorporation of hexavalent chromium in a deliverable or construction material is required, the Contractor shall submit a request to the Contracting Officer.

(d) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for commercial items, that are for supplies,maintenance and repair services, or construction materials.

(End of clause)

252.225-7012    PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (DEC 2017)

(a) Definitions. As used in this clause--

Component means any item supplied to the Government as part of an end product or of another component.

End product means supplies delivered under a line item of this contract.

Qualifying country means a country with a reciprocal defense procurement memorandum of understanding or international agreement with the United States in which both countries agree to remove barriers to purchases of

supplies produced in the other country or services performed by sources of the other country, and the memorandum or agreement complies, where applicable, with the requirements of section 36 of the Arms Export Control Act (22 U.S.C. 2776) and with 10 U.S.C. 2457. Accordingly, the following are qualifying countries:

Australia
Austria
Belgium
Canada
Czech Republic
Denmark
Egypt
Estonia
Finland
France
Germany
Greece
Israel
Italy
Japan
Latvia
Luxembourg
Netherlands
Norway
Poland
Portugal
Slovenia
Spain
Sweden
Switzerland
Turkey
United Kingdom of Great Britain and Northern Ireland.

Structural component of a tent--

(i) Means a component that contributes to the form and stability of the tent (e.g., poles, frames, flooring, guy ropes, pegs);

(ii) Does not include equipment such as heating, cooling, or lighting.

United States means the 50 States, the District of Columbia, and outlying areas.

U.S.-flag vessel means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall deliver under this contract only such of the following items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States:

(1) Food.

(2) Clothing and the materials and components thereof, other than sensors, electronics, or other items added to, and not normally associated with, clothing and the materials and components thereof. Clothing includes items such as outerwear, headwear, underwear, nightwear, footwear, hosiery, handwear, belts, badges, and insignia.

(3) (i) Tents and structural components of tents;

(ii) Tarpaulins; or

(iii) Covers.

(4) Cotton and other natural fiber products.

(5) Woven silk or woven silk blends.

(6) Spun silk yarn for cartridge cloth.

(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics.

(8) Canvas products.

(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).

(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing fibers, yarns, fabrics, or materials listed in this paragraph (b).

(c) This clause does not apply--

(1) To items listed in section 25.104(a) of the Federal Acquisition Regulation (FAR), or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;

(2) To incidental amounts of cotton, other natural fibers, or wool incorporated in an end product, for which the estimated value of the cotton, other natural fibers, or wool--

(i) Is not more than 10 percent of the total price of the end product; and    (ii) Does not exceed the simplified acquisition threshold in FAR part 2;

(3) To waste and byproducts of cotton or wool fiber for use in the production of propellants and explosives;

(4) To foods, other than fish, shellfish, or seafood, that have been manufactured or processed in the United States, regardless of where the foods (and any component if applicable) were grown or produced. Fish, shellfish, or seafood manufactured or processed in the United States and fish, shellfish, or seafood contained in foods manufactured or processed in the United States shall be provided in accordance with paragraph (d) of this clause;

(5) To chemical warfare protective clothing produced in a qualifying country; or

(6) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if--

(i) The fabric is to be used as a component of an end product that is not a textile product. Examples of textile products, made in whole or in part of fabric, include--

(A) Draperies, floor coverings, furnishings, and bedding (Federal Supply Group 72, Household and Commercial Furnishings and Appliances);

(B) Items made in whole or in part of fabric in Federal Supply Group 83, Textile/leather/furs/apparel/findings/ tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;

(C) Upholstered seats (whether for household, office, or other use); and

(D) Parachutes (Federal Supply Class 1670); or

(ii) The fibers and yarns are para-aramid fibers and continuous filament para-aramid yarns manufactured in a qualifying country.

(d)(1) Fish, shellfish, and seafood delivered under this contract, or contained in foods delivered under this contract--

(i) Shall be taken from the sea by U.S.-flag vessels; or

(ii) If not taken from the sea, shall be obtained from fishing within the United States; and

(2) Any processing or manufacturing of the fish, shellfish, or seafood shall be performed on a U.S.-flag vessel or in the United States.

(End of clause)

252.225-7048  EXPORT-CONTROLLED ITEMS (JUNE 2013)

(a) Definition. ``Export-controlled items,'' as used in this clause, means items subject to the Export Administration Regulations (EAR) (15 CFR Parts 730-774) or the International Traffic in Arms Regulations (ITAR) (22 CFR Parts 120-130). The term includes--

(1) ``Defense items,'' defined in the Arms Export Control Act, 22 U.S.C. 2778(j)(4)(A), as defense articles, defense services, and related technical data, and further defined in the ITAR, 22 CFR Part 120; and

(2) ``Items,'' defined in the EAR as ``commodities'', ``software'', and ``technology,'' terms that are also defined in the EAR, 15 CFR 772.1.

(b) The Contractor shall comply with all applicable laws and regulations regarding export-controlled items, including, but not limited to, the requirement for contractors to register with the Department of State in accordance with the ITAR. The Contractor shall consult with the Department of State regarding any questions relating to compliance with the ITAR and shall consult with the Department of Commerce regarding any questions relating to compliance with the EAR.

(c) The Contractor's responsibility to comply with all applicable laws and regulations regarding export-controlled items exists independent of, and is not established or limited by, the information provided by this clause.

(d) Nothing in the terms of this contract adds, changes, supersedes, or waives any of the requirements of applicable Federal laws, Executive orders, and regulations, including but not limited to—

(1) The Export Administration Act of 1979, as amended (50 U.S.C. App. 2401, et seq.);

(2) The Arms Export Control Act (22 U.S.C. 2751, et seq.);

(3) The International Emergency Economic Powers Act (50 U.S.C. 1701, et seq.);

(4) The Export Administration Regulations (15 CFR Parts 730-774);

(5) The International Traffic in Arms Regulations (22 CFR Parts 120-130); and

(6) Executive Order 13222, as extended.

(e) The Contractor shall include the substance of this clause, including this paragraph (e), in all subcontracts.

(End of clause)


252.226-7001   UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES, AND NATIVE HAWAIIAN SMALL BUSINESS CONCERNS (SEP 2004)

(a) Definitions. As used in this clause--

Indian means--

(1) Any person who is a member of any Indian tribe, band, group, pueblo, or community that is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs (BIA) in accordance with 25 U.S.C. 1452(c); and

(2) Any ``Native'' as defined in the Alaska Native Claims Settlement Act (43 U.S.C. 1601 et seq.).

Indian organization means the governing body of any Indian tribe or entity established or recognized by the governing body of an Indian tribe for the purposes of 25 U.S.C. chapter 17.

Indian-owned economic enterprise means any Indian-owned (as determined by the Secretary of the Interior) commercial, industrial, or business activity established or organized for the purpose of profit, provided that Indian ownership constitutes not less than 51 percent of the enterprise.

Indian tribe means any Indian tribe, band, group, pueblo, or community, including native villages and native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the Alaska Native Claims Settlement Act, that is recognized by the Federal Government as eligible for services from BIA in accordance with 25 U.S.C. 1452(c).

Interested party means a contractor or an actual or prospective offeror whose direct economic interest would be affected by the award of a subcontract or by the failure to award a subcontract.

Native Hawaiian small business concern means an entity that is--

(1) A small business concern as defined in section 3 of the Small Business Act (15 U.S.C. 632) and relevant implementing regulations; and

(2) Owned and controlled by a Native Hawaiian as defined in 25 U.S.C. 4221(9).

(b) The Contractor shall use its best efforts to give Indian organizations, Indian-owned economic enterprises, and Native Hawaiian small business concerns the maximum practicable opportunity to participate in the subcontracts it awards, to the fullest extent consistent with efficient performance of the contract.

(c) The Contracting Officer and the Contractor, acting in good faith, may rely on the representation of an Indian organization, Indian-owned economic enterprise, or Native Hawaiian small business concern as to its eligibility, unless an interested party challenges its status or the Contracting Officer has independent reason to question that status.

(d) In the event of a challenge to the representation of a subcontractor, the Contracting Officer will refer the matter to--

(1) For matters relating to Indian organizations or Indian-owned economic enterprises: U.S. Department of the Interior, Bureau of Indian Affairs, Attn: Chief, Division of Contracting and Grants Administration, 1849 C Street NW, MS-2626-MIB, Washington, DC 20240-4000. The BIA will determine the eligibility and will notify the Contracting Officer.

(2) For matters relating to Native Hawaiian small business concerns: Department of Hawaiian Home Lands, PO Box 1879, Honolulu, HI 96805. The Department of Hawaiian Home Lands will determine the eligibility and will notify the Contracting Officer.

(e) No incentive payment will be made--

(1) While a challenge is pending; or

(2) If a subcontractor is determined to be an ineligible participant.

(f)(1) The Contractor, on its own behalf or on behalf of a subcontractor at any tier, may request an incentive payment in accordance with this clause.

(2) The incentive amount that may be requested is 5 percent of the estimated cost, target cost, or fixed price included in the subcontract at the time of award to the Indian organization, Indian-owned economic enterprise, or Native Hawaiian small business concern.

(3) In the case of a subcontract for commercial items, the Contractor may receive an incentive payment only if the subcontracted items are produced or manufactured in whole or in part by an Indian organization, Indian-owned economic enterprise, or Native Hawaiian small business concern.

(4) The Contractor has the burden of proving the amount claimed and shall assert its request for an incentive payment prior to completion of contract performance.

(5) The Contracting Officer, subject to the terms and conditions of the contract and the availability of funds, will authorize an incentive payment of 5 percent of the estimated cost, target cost, or fixed price included in the subcontract awarded to the Indian organization, Indian-owned economic enterprise, or Native Hawaiian small business concern.

(6) If the Contractor requests and receives an incentive payment on behalf of a subcontractor, the Contractor is obligated to pay the subcontractor the incentive amount.

(g) The Contractor shall insert the substance of this clause, including this paragraph (g), in all subcontracts exceeding $500,000.
(End of clause)

252.227-7022     GOVERNMENT RIGHTS (UNLIMITED)  (MAR 1979)

The Government shall have unlimited rights, in all drawings, designs, specifications, notes and other works developed in the performance of this contract, including the right to use same on any other Government design or construction without additional compensation to the Contractor.  The Contractor hereby grants to the Government a paid-up license throughout the world to all such works to which he may assert or establish any claim under design patent or copyright laws.  The Contractor for a period of three (3) years after completion of the project agrees to furnish the original or copies of all such works on the request of the Contracting Officer.

(End of clause)

252.227-7033     RIGHTS IN SHOP DRAWINGS (APR 1966)

(a) Shop drawings for construction means drawings, submitted to the Government by the Construction Contractor, subcontractor or any lower-tier subcontractor pursuant to a construction contract, showing in detail (i) the proposed fabrication and assembly of structural elements and (ii) the installation (i.e., form, fit, and attachment details) of materials or equipment.  The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(b) This clause, including this paragraph (b), shall be included in all subcontracts hereunder at any tier.


252.231-7000     SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

When the allowability of costs under this contract is determined in accordance with part 31 of the Federal Acquisition Regulation (FAR), allowability shall also be determined in accordance with part 231 of the Defense FAR Supplement, in effect on the date of this contract.

(End of clause)


252.232-7003     ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS (DEC 2018)

(a) Definitions. As used in this clause--

Contract financing payment means an authorized Government disbursement of monies to a contractor prior to acceptance of  supplies or services by the Government.

(1) Contract financing payments include--

(i) Advance payments;

(ii) Performance-based payments;

(iii) Commercial advance and interim payments;

(iv) Progress payments based on cost under the clause at Federal Acquisition Regulation (FAR) 52.232-16, Progress Payments;

(v) Progress payments based on a percentage or stage of completion (see FAR 32.102(e)), except those made under the clause at FAR 52.232-5, Payments Under Fixed-Price Construction Contracts, or the clause at FAR 52.232-10, Payments Under Fixed-Price Architect-Engineer Contracts; and

(vi) Interim payments under a cost reimbursement contract, except for a cost reimbursement contract for services when Alternate I of the clause at FAR 52.232-25, Prompt Payment, is used.

(2) Contract financing payments do not include--

(i) Invoice payments;

(ii) Payments for partial deliveries; or

(iii) Lease and rental payments.

Electronic form means any automated system that transmits information electronically from the initiating system to affected systems.

Invoice payment means a Government disbursement of monies to a contractor under a contract or other authorization for supplies or services accepted by the Government.

(1) Invoice payments include--

(i) Payments for partial deliveries that have been accepted by the Government;

(ii) Final cost or fee payments where amounts owed have been settled between the Government and the contractor;

(iii) For purposes of subpart 32.9 only, all payments made under the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, and the clause at 52.232-10, Payments Under Fixed-Price Architect-Engineer Contracts; and

(iv) Interim payments under a cost-reimbursement contract for services when Alternate I of the clause at 52.232-25, Prompt Payment, is used.

(2) Invoice payments do not include contract financing payments.

Payment request means any request for contract financing payment or invoice payment submitted by the Contractor under this contract or task or delivery order.

Receiving report means the data prepared in the manner and to the extent required by Appendix F, Material Inspection and Receiving Report, of the Defense Federal Acquisition Regulation Supplement.

(b) Except as provided in paragraph (d) of this clause, the Contractor shall submit payment requests and receiving reports in electronic form using Wide Area WorkFlow (WAWF). The Contractor shall prepare and furnish to the Government a receiving report at the time of each delivery of supplies or services under this contract or task or delivery order.

(c) Submit payment requests and receiving reports to WAWF in one of the following electronic formats:

(1) Electronic Data Interchange.

(2) Secure File Transfer Protocol.

(3) Direct input through the WAWF website.

(d) The Contractor may submit a payment request and receiving report using methods other than WAWF only when--

(1) The Contractor has requested permission in writing to do so, and the Contracting Officer has provided instructions for a temporary alternative method of submission of payment requests and receiving reports in the contract administration data section of this contract or task or delivery order;

(2) DoD makes payment for commercial transportation services provided under a Government rate tender or a contract for transportation services using a DoD-approved electronic third party payment system or other exempted vendor payment/invoicing system (e.g., PowerTrack, Transportation Financial Management System, and Cargo and Billing System);

(3) DoD makes payment on a contract or task or delivery order for rendered health care services using the TRICARE Encounter Data System; or

(4) The Governmentwide commercial purchase card is used as the method of payment, in which case submission of only the receiving report in WAWF is required.

(e) Information regarding WAWF is available at https://wawf.eb.mil/.

(f) In addition to the requirements of this clause, the Contractor shall meet the requirements of the appropriate payment clauses in this contract when submitting payment requests.

(End of clause)

252.232-7010    LEVIES ON CONTRACT PAYMENTS (DEC 2006)

(a) 26 U.S.C. 6331(h) authorizes the Internal Revenue Service (IRS) to continuously levy up to 100 percent of contract payments, up to the amount of tax debt.

(b) When a levy is imposed on a payment under this contract and the Contractor believes that the levy may result in an inability to perform the contract, the Contractor shall promptly notify the Procuring Contracting Officer in writing, with a copy to the Administrative Contracting Officer, and shall provide--

(1) The total dollar amount of the levy;

(2) A statement that the Contractor believes that the levy may result in an inability to perform the contract, including rationale and adequate supporting documentation; and

(3) Advice as to whether the inability to perform may adversely affect national security, including rationale and adequate supporting documentation.

(c) DoD shall promptly review the Contractor's assessment, and the Procuring Contracting Officer shall provide a written notification to the Contractor including--

(1) A statement as to whether DoD agrees that the levy may result in an inability to perform the contract; and

(2)(i) If the levy may result in an inability to perform the contract and the lack of performance will adversely affect national security, the total amount of the monies collected that should be returned to the Contractor; or

(ii) If the levy may result in an inability to perform the contract but will not impact national security, a recommendation that the Contractor promptly notify the IRS to attempt to resolve the tax situation.

(d) Any DoD determination under this clause is not subject to appeal under the Contract Disputes Act.

(End of clause)

252.236-7000    MODIFICATION PROPOSALS - PRICE BREAKDOWN.  (DEC 1991)

(a) The Contractor shall furnish a price breakdown, itemized as required and within the time specified by the Contracting Officer, with any proposal for a contract modification.

(b) The price breakdown --

(1) Must include sufficient detail to permit an analysis of profit, and of all costs for --

(i) Material;

(ii) Labor;

(iii) Equipment;

(iv) Subcontracts; and

(v) Overhead; and

(2) Must cover all work involved in the modification, whether the work was deleted, added, or changed.

(c) The Contractor shall provide similar price breakdowns to support any amounts claimed for subcontracts.

(d) The Contractor's proposal shall include a justification for any time extension proposed.


252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

**See Plans and Specifications Attached**


 (End of clause)



252.236-7008    CONTRACT PRICES - BIDDING SCHEDULES.  (DEC 1991)

(a) The Government's payment for the items listed in the Bidding Schedule shall constitute full compensation to the Contractor for --

(1) Furnishing all plant, labor, equipment, appliances, and materials; and

(2) Performing all operations required to complete the work in conformity with the drawings and specifications.

(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.


252.243-7001    PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, in effect on the date of this contract, apply.

(End of clause)

252.243-7002     REQUESTS FOR EQUITABLE ADJUSTMENT (DEC 2012)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

----------------------------------------------------------------------
(Official's Name)
----------------------------------------------------------------------
(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including--

(1) Certified cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Data other than certified cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if certified cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to----

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.


252.244-7000   SUBCONTRACTS FOR COMMERCIAL ITEMS (JUN 2013)

(a) The Contractor is not required to flow down the terms of any Defense Federal Acquisition Regulation Supplement (DFARS) clause in subcontracts for commercial items at any tier under this contract, unless so specified in the particular clause.

(b) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligation.

(c) The Contractor shall include the terms of this clause, including this paragraph (c), in subcontracts awarded under this contract, including subcontracts for the acquisition of commercial items.

(End of clause)

252.247-7023     TRANSPORTATION OF SUPPLIES BY SEA (FEB 2019)

(a) Definitions.  As used in this clause --

 "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

 "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

 "Foreign-flag vessel" means any vessel that is not a U.S.-flag vessel.

 "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

 "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

 "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned  by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

 "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of foreign-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) If this contract exceeds the simplified acquisition threshold, the Contractor shall provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all foreign-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on foreign-flag vessels without the written consent of the Contracting Officer.  The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL_____

(g) If this contract exceeds the simplified acquisition threshold and the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract.  In the event there has been unauthorized use of foreign-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) If the Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies; however, after the award of this contract, the Contractor learns that supplies will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of this clause.

(i) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, including subcontracts for commercial items, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (i), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (i), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)


REQUIRED INSURANCE
If the contractor fails to provide adequate and acceptable bond documents and insurance certificate within ten (10) days after contract award, such failure shall constitute ground for termination for default without the requirement for the Contracting Officer to first issue a "show cause" letter. The Government will not allow the contractor to work on the project unless the bond documents and insurance certificate have been accepted by the Contracting Officer and a signed Notice to Proceed has been issued to the contractor.

REQUIRED INSURANCE

Prior to commencement of work, the Contractor shall furnish the original of his Insurance Certificate directly to the Contracting Officer, Fort Worth District, Corps of Engineers, ATTN: CESWF-CT-S, P.O. Box 17300, Fort Worth, Texas 76102-0300. Please ensure that the certificate contains a reference to the contract number to which it is applicable. The Contractor shall maintain, during the entire period of his performance under this contract, the following minimum insurance requirements:

    (a) Comprehensive general liability insurance for bodily injury in the minimum limits of $100,000 per occurrence.

    (b) Workmen's Compensation and Employer's Liability Insurance in the minimum amount of $100,000.00, or in compliance with applicable State statutes.

    (c) An endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer.

 NOTE:
(1) It is recommended that the contractor furnish a copy of the foregoing requirements to his insurance company in order to assure that an Insurance Certificate is issued meeting the minimum requirements shown. The Insurance Certificate shall also show the contract number to which it applies as well as a brief description and location of the work.


VETERANS PREFERENCE

UAI 5122.1302-100 Scope of subpart. For contracts that require the inclusion of FAR clause 52.222-35, Equal Opportunity for Veterans, the requiring activity shall incorporate the following text in the general requirements section of the specification/performance work statement/statement of work/statement of objectives.
Veterans Employment Emphasis for U.S. Army Corps of Engineers Contracts
In addition to complying with the requirements outlined in FAR Part 22.13, FAR Provision 52.222-38, FAR Clause 52.222-35, FAR Clause 52.222-37, DFARS 222.13 and Department of Labor regulations, U.S. Army Corps of Engineers (USACE) contractors and subcontractors at all tiers are encouraged to promote the training and employment of U.S. veterans while performing under a USACE contract. While no set-aside, evaluation preference, or incentive applies to the solicitation or performance under the resultant contract, USACE contractors are encouraged to seek out highly qualified veterans to perform services under this contract. The following resources are available to assist USACE contractors in their outreach efforts:
U.S. Department of Labor Veterans employment: www.vets.gov/
Federal veteran employment information: www.fedshirevets.gov/index.aspx
Veterans' Employment and Training Service (VETS): http://www.dol.gov/vets/
Veterans Opportunity to Work (VOW) Program: http://benefits.va.gov/vow/
U.S. Army Warrior Transition Command Employment Index: wtc.army.mil/modules/employers/index.html Hiring Our Heroes initiative: www.uschamberfoundation.org/hiring-our-heroes
Guide to Hiring Veterans: www.whitehouse.gov/sites/default/files/docs/white_house_business_council_-_guide_to_hiring_veterans_0.pdf

WAGE DETERMINATIONS
General Decision Number: TX190245 01/04/2019  TX245

Superseded General Decision Number: TX20180295

State: Texas

Construction Type: Building

County: El Paso County in Texas.

BUILDING CONSTRUCTION PROJECTS (does not include single family
homes or apartments up to and including 4 stories).


Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.60 for calendar year 2019 applies to all contracts
subject to the Davis-Bacon Act for which the contract is awarded
(and any solicitation was issued) on or after January 1, 2015.
If this contract is covered by the EO, the contractor must pay
all workers in any classification listed on this wage
determination at least $10.60 per hour (or the applicable
wage rate listed on this wage determination, if it is higher)
for all hours spent performing on the contract in calendar
year 2019.  If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least
the wage rate determined through the conformance process set
forth in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,
if it is higher than the conformed wage rate).  The EO minimum
wage rate will be adjusted annually.  Please note that
this EO applies to the above-mentioned types of contracts
entered into by the federal government that are subject
to the Davis-Bacon Act itself, but it does not apply
to contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(2)-(60). Additional
information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.



Modification Number       Publication Date
        0                 01/04/2019

 BOIL0074-003 01/01/2017

                              Rates         Fringes

BOILERMAKER.....................$ 28.00        22.35
----------------------------------------------------------------
* ELEC0583-001 12/01/2018

                              Rates         Fringes

ELECTRICIAN (Excludes Low

```
Voltage Wiring and
Installation of Alarms/HVAC
Temperature Controls)...........$ 22.10      5.25%+7.12
----------------------------------------------------------------
 ENGI0178-005 06/01/2014

                              Rates          Fringes

POWER EQUIPMENT OPERATOR
     (1) Tower Crane............$ 29.00          10.60
     (2) Cranes with Pile
     Driving or Caisson
     Attachment and Hydraulic
     Crane 60 tons and above....$ 28.75          10.60
     (3) Hydraulic cranes 59
     Tons and under.............$ 27.50          10.60
----------------------------------------------------------------
 IRON0084-011 06/01/2018

                              Rates          Fringes

IRONWORKER, ORNAMENTAL..........$ 23.77           7.12
----------------------------------------------------------------
 PLUM0412-001 04/01/2013

                              Rates          Fringes

PLUMBER (Including HVAC Pipe
Installation)...................$ 31.14          12.43
----------------------------------------------------------------
 SFTX0669-002 04/01/2017

                              Rates          Fringes

SPRINKLER FITTER (Fire
Sprinklers).....................$ 29.03          15.84
----------------------------------------------------------------
 SUTX2014-021 07/21/2014

                              Rates          Fringes

BRICKLAYER......................$ 16.17           0.00

CARPENTER (Drywall
Finishing/Taping Only)..........$ 12.81           0.00

CARPENTER, Excludes Drywall
Finishing/Taping, Drywall
Hanging, Form Work and Metal
Stud Installation...............$ 13.51           3.29

CEMENT MASON/CONCRETE FINISHER...$ 13.02          0.00

DRYWALL HANGER AND METAL STUD
INSTALLER.......................$ 12.81           0.00
```

W9126G19C0025

Page 164 of 175

```
ELECTRICIAN (Alarm
Installation Only)...............$ 15.38              2.92

ELECTRICIAN (HVAC/Temperature
Controls Installation Only)......$ 19.09              6.45

ELECTRICIAN (Low Voltage
Wiring Only).....................$ 15.38              2.92

FENCE ERECTOR....................$  9.93              1.83

FLOOR LAYER:  Carpet.............$ 12.81              0.00

FLOOR LAYER:  Vinyl Flooring.....$ 12.87              0.00

FORM WORKER......................$ 12.57              1.03

GLAZIER..........................$ 15.86              1.00

INSULATOR - MECHANICAL
(Duct, Pipe & Mechanical
System Insulation)...............$ 16.91              0.00

IRONWORKER, REINFORCING..........$ 15.60              0.00

IRONWORKER, STRUCTURAL...........$ 15.37              4.34

LABORER:  Common or General......$  9.30              0.00

LABORER:  Driller................$ 14.12              1.01

LABORER:  Mason Tender - Brick...$ 12.50              2.30

LABORER:  Mason Tender -
Cement/Concrete..................$ 10.82              0.96

LABORER:  Pipelayer..............$ 11.00              3.47

LABORER:  Roof Tearoff...........$ 10.06              0.00

LABORER: Landscape and
Irrigation.......................$ 10.00              0.00

OPERATOR:
Backhoe/Excavator/Trackhoe.......$ 14.43              0.74

OPERATOR:  Bobcat/Skid
Steer/Skid Loader................$ 13.93              0.00

OPERATOR:  Bulldozer.............$ 18.29              1.31

OPERATOR:  Drill.................$ 16.22              0.34

OPERATOR:  Forklift..............$ 14.83              0.00

OPERATOR:  Grader/Blade..........$ 19.50              1.05
```

```
OPERATOR:  Loader................$ 12.87          0.70

OPERATOR:  Mechanic.............$ 17.00           0.00

OPERATOR:  Paver  (Asphalt,
Aggregate, and Concrete)........$ 16.03           0.00

OPERATOR:  Roller...............$ 12.70           0.00

PAINTER (Brush, Roller, and
Spray)..........................$ 12.50           0.00

PIPEFITTER, Excludes HVAC
Pipe Installation...............$ 18.15           0.98

ROOFER..........................$ 11.42           0.00

SHEET METAL WORKER (HVAC Duct
Installation Only)..............$ 23.56           3.60

SHEET METAL WORKER, Excludes
HVAC Duct Installation..........$ 21.13           6.53

TILE FINISHER...................$ 11.22           0.00

TILE SETTER.....................$ 12.02           0.00

TRUCK DRIVER:  Dump Truck.......$ 12.39           1.18

TRUCK DRIVER:  Flatbed Truck....$ 19.65           8.57

TRUCK DRIVER:  Semi-Trailer
Truck...........................$ 12.50           0.00

TRUCK DRIVER:  Water Truck......$ 12.00           4.11
----------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

```
================================================================
```

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is

like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).


----------------------------------------------------------------


The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of "identifiers" that indicate whether the particular
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than "SU" or
"UAVG" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the "SU" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007

in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is
based.


----------------------------------------------------------------

                    WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*   an existing published wage determination
*   a survey underlying a wage determination
*   a Wage and Hour Division letter setting forth a position on
    a wage determination matter
*   a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

                Branch of Construction Wage Determinations
                Wage and Hour Division
                U.S. Department of Labor
                200 Constitution Avenue, N.W.
                Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

       Wage and Hour Administrator
       U.S. Department of Labor
       200 Constitution Avenue, N.W.
       Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

       Administrative Review Board
       U.S. Department of Labor
       200 Constitution Avenue, N.W.
       Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

       END OF GENERAL DECISION

```
General Decision Number: TX190035 01/04/2019  TX35

Superseded General Decision Number: TX20180052

State: Texas

Construction Type: Heavy

County: El Paso County in Texas.

HEAVY CONSTRUCTION, (INCLUDING WATER/SEWER LINES)


Note: Under Executive Order (EO) 13658, an hourly minimum wage
of $10.60 for calendar year 2019 applies to all contracts
subject to the Davis-Bacon Act for which the contract is awarded
(and any solicitation was issued) on or after January 1, 2015.
If this contract is covered by the EO, the contractor must pay
all workers in any classification listed on this wage
determination at least $10.60 per hour (or the applicable
wage rate listed on this wage determination, if it is higher)
for all hours spent performing on the contract in calendar
year 2019.  If this contract is covered by the EO and a
classification considered necessary for performance of work on
the contract does not appear on this wage determination, the
contractor must pay workers in that classification at least
the wage rate determined through the conformance process set
forth in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage rate,
if it is higher than the conformed wage rate).  The EO minimum
wage rate will be adjusted annually.  Please note that
this EO applies to the above-mentioned types of contracts
entered into by the federal government that are subject
to the Davis-Bacon Act itself, but it does not apply
to contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(2)-(60).  Additional
information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.



Modification Number       Publication Date
        0                 01/04/2019

* ELEC0583-003 12/01/2018

HEAVY CONSTRUCTION (INCLUDING WATER/SEWER LINES)

                               Rates        Fringes

ELECTRICIAN......................$ 24.09      5.25%+7.12
----------------------------------------------------------------
  SUTX2005-015 05/13/2005
```

|                                         | Rates   | Fringes |
|-----------------------------------------|---------|---------|
| CARPENTER, Includes Form Work....$      | 12.21   | 0.00    |
| CEMENT MASON/CONCRETE FINISHER...$      | 9.29    | 0.00    |
| Laborers:                               |         |         |
| Common.....................$            | 7.96    | 0.00    |
| Pipelayer..................$            | 8.48    | 0.00    |
| POWER EQUIPMENT OPERATOR:                |         |         |
| Backhoe....................$            | 11.57   | 0.00    |
| Front End Loader...........$            | 10.43   | 0.00    |
| Grader.....................$            | 11.19   | 0.00    |
| TRUCK DRIVER...................$         | 9.17    | 0.00    |

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this
contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours
they work, up to 56 hours of paid sick leave each year.
Employees must be permitted to use paid sick leave for their
own illness, injury or other health-related needs, including
preventive care; to assist a family member (or person who is
like family to the employee) who is ill, injured, or has other
health-related needs, including preventive care; or for reasons
resulting from, or to assist a family member (or person who is
like family to the employee) who is a victim of, domestic
violence, sexual assault, or stalking.  Additional information
on contractor requirements and worker protections under the EO
is available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

The body of each wage determination lists the classification
and wage rates that have been found to be prevailing for the
cited type(s) of construction in the area covered by the wage
determination. The classifications are listed in alphabetical
order of "identifiers" that indicate whether the particular

```
rate is a union rate (current union negotiated rate for local),
a survey rate (weighted average rate) or a union average rate
(weighted union average rate).
```

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed
in dotted lines beginning with characters other than "SU" or
"UAVG" denotes that the union classification and rate were
prevailing for that classification in the survey. Example:
PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of
the union which prevailed in the survey for this
classification, which in this example would be Plumbers. 0198
indicates the local union number or district council number
where applicable, i.e., Plumbers Local 0198. The next number,
005 in the example, is an internal number used in processing
the wage determination. 07/01/2014 is the effective date of the
most current negotiated rate, which in this example is July 1,
2014.

Union prevailing wage rates are updated to reflect all rate
changes in the collective bargaining agreement (CBA) governing
this classification and rate.

Survey Rate Identifiers

Classifications listed under the "SU" identifier indicate that
no one rate prevailed for this classification in the survey and
the published rate is derived by computing a weighted average
rate based on all the rates reported in the survey for that
classification.  As this weighted average rate includes all
rates reported in the survey, it may include both union and
non-union rates. Example: SULA2012-007 5/13/2014. SU indicates
the rates are survey rates based on a weighted average
calculation of rates and are not majority rates. LA indicates
the State of Louisiana. 2012 is the year of survey on which
these classifications and rates are based. The next number, 007
in the example, is an internal number used in producing the
wage determination. 5/13/2014 indicates the survey completion
date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a
new survey is conducted.

Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate
that no single majority rate prevailed for those
classifications; however, 100% of the data reported for the
classifications was union data. EXAMPLE: UAVG-OH-0010
08/29/2014. UAVG indicates that the rate is a weighted union
average rate. OH indicates the state. The next number, 0010 in
the example, is an internal number used in producing the wage
determination. 08/29/2014 indicates the survey completion date
for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of
each year, to reflect a weighted average of the current
negotiated/CBA rate of the union locals from which the rate is

based.

W9126G19C0025

Page 174 of 175

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on
  a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

            Branch of Construction Wage Determinations
            Wage and Hour Division
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

            Wage and Hour Administrator
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

            Administrative Review Board
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

=================================================================

      END OF GENERAL DECISION

SECTION 01 01 01

SPECIAL CONTRACT REQUIREMENTS

PART 1   TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER (ER 415-1-15)  (OCT 1989)

(a) This provision specifies the procedure for the determination of time
    extensions for unusually severe weather in accordance with the Contract
    Clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)".  In order for the
    Contracting Officer to award a time extension under this clause, the
    following conditions must be satisfied:

    1.  The weather experienced at the project site during the contract
        period must be found to be unusually severe, that is, more severe
        than the adverse weather anticipated for the project location
        during any given month.

    2.  The unusually severe weather must actually cause a delay to the
        completion of the project.  The delay must be beyond the control
        and without the fault or negligence of the Contractor.

(b) Upon acknowledgement of the Notice to Proceed (NTP) and continuing
    throughout the contract, the Contractor will record on the daily CQC
    report, the occurrence of adverse weather and resultant impact to
    normally scheduled work.  Actual adverse weather delay days must
    prevent work on critical activities for 50 percent or more of the
    Contractor's scheduled work day.

(c) The number of actual adverse weather delay days shall include days
    impacted by actual adverse weather (even if adverse weather occurred in
    previous month), be calculated chronologically from the first to the
    last day of each month, and be recorded as full days.  If the number of
    actual adverse weather delay days exceeds the number of days
    anticipated in paragraph (b), above, the Contracting Officer will
    convert any qualifying delays to calendar days, giving full
    consideration for equivalent fair weather work days, and issue a
    modification in accordance with the contract clause entitled "Default
    (Fixed Price Construction)".

(END OF CLAUSE)

PART 2   INSURANCE SCHEDULE

The Schedule of Insurance is provided in this section as a supplement to
the referenced "Schedule" in the FAR 52.228-5 INSURANCE - WORK ON A
GOVERNMENT INSTALLATION (JAN 1997):

Schedule of Insurance

| Type | Amount |
| --- | --- |
| Employers' Liability Insurance | $200,000.00 |
| Comprehensive General Liability Insurance: | |
| Bodily Injury | $500,000.00 per occurrence |

```
Comprehensive Automobile Liability Insurance:
   Bodily Injury                          $300,000.00 per person
   Bodily Injury                          $500,000.00 per occurrence
   Property Damage                        $ 50,000.00 per occurrence
```

Workmen's Compensation in accordance with the laws of the State of
Texas.

(END OF CLAUSE)

PART 3    WARRANTY CONTACTS AND SCHEDULING (CESPA) (MARCH 2012)

(a) The Contracting Officer shall hold a Pre-Warranty conference during
    which the parties will establish communication procedures for oral
    notification to the Contractor of warranty defects; establish
    reasonable time for Contractor responses; and other details deemed
    necessary by the Contracting Officer for the execution of the
    construction warranty.  In connection with these requirements the
    Contractor shall furnish the name, telephone number and address of
    representatives authorized to perform warranty repairs.  If the
    Contractor is located outside the local service area, the name,
    telephone number and address of a licensed and bonded company which is
    authorized to initiate and maintain warranty work action on behalf of
    the Contractor shall be furnished.  This point of contact shall be
    located within the local service area of the warranty work and shall be
    an established company capable of performing the type of work under the
    warranty item.  At this conference, the Contracting Officer shall
    furnish names and telephone numbers of the personnel authorized to
    notify the Contractor of any failure, defect or damage, and to request
    warranty repair work.

(b) Warranty repair work which threatens the health, safety, or well-being
    of personnel or the safety of property and/or equipment will be handled
    by the Contractor on an immediate basis as orally directed by the
    Contracting Officer, as established during the Pre-Warranty conference.
    Such items requiring immediate attention shall include but not be
    limited to the following:  air conditioning, heating, and ventilating
    systems; sewage disposal facilities or components thereto; fire
    protection systems; water supply system or components thereto; and
    electrical power systems. Other warranty repair which does not threaten
    the health, safety, or well-being of personnel and/or safety of
    property or equipment will be handled by the Contractor within seventy-
    two (72) hours or the time frame established during the Pre-Warranty
    Conference.  Failure of the Contractor to respond as requested will be
    cause for the Contracting Officer to have the warranty repair work
    performed by others and proceed against the Contractor in accordance
    with this section.  Any work required to correct a warranty item
    accomplished by the Government shall not void the warranty of the item.

(END OF CLAUSE)

- END OF SPECIAL CONTRACT REQUIREMENTS -

-- End of Document --

SECTION 01 11 00

SUMMARY OF WORK

PART 1   GENERAL

1.1   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only. When used, a designation following the "G" designation identifies the office that will review the submittal for the Government. Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals
     Salvage Plan; G

1.2   WORK COVERED BY CONTRACT DOCUMENTS

1.2.1   Project Description

The work identified in the scope of work includes incidental related work.

1.2.2   Location

The work is located at the El Paso Sector Headquarters, approximately as indicated. The exact location is as shown on the drawings.

1.3   OCCUPANCY OF PREMISES

Building(s) will not be occupied during performance of work under this Contract.

1.4   EXISTING WORK

In addition to FAR 52.236-9 Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements:

a.   Remove or alter existing work in such a manner as to prevent injury or damage to any portions of the existing work which remain.

b.   Repair or replace portions of existing work which have been altered during construction operations to match existing or adjoining work, as approved by the Contracting Officer. At the completion of operations, existing work must be in a condition equal to or better than that which existed before new work started.

1.5   LOCATION OF UNDERGROUND UTILITIES

Obtain digging permits prior to start of excavation, and comply with Installation requirements for locating and marking underground utilities. Contact local utility locating service a minimum of 48 hours prior to excavating, to mark utilities, and within sufficient time required if work occurs on a Monday or after a Holiday. Verify existing utility locations indicated on contract drawings, within area of work. Identify and mark all other utilities not managed and located by the local utility companies. Scan the construction site with Ground Penetrating Radar (GPR), electromagnetic,

or sonic equipment, and mark the surface of the ground or paved surface
where existing underground utilities are discovered. Verify the elevations
of existing piping, utilities, and any type of underground or encased
obstruction not indicated, or specified to be removed, that is indicated or
discovered during scanning, in locations to be traversed by piping, ducts,
and other work to be conducted or installed. Verify elevations before
installing new work closer than nearest manhole or other structure at which
an adjustment in grade can be made.

## 1.5.1   Notification Prior to Excavation

Notify the Contracting Officer at least 48 hours prior to starting
excavation work.

## 1.6   SALVAGE MATERIAL AND EQUIPMENT

Items designated by the Contracting Officer to be salvaged remain the
property of the Government. Segregate, itemize, deliver and off-load the
salvaged property at the storage area.

Provide a salvage plan, listing material and equipment to be salvaged, and
their storage location. Maintain property control records for material or
equipment designated as salvage. Use a system of property control that is
approved by the Contracting Officer. Store and protect salvaged materials
and equipment until disposition by the Contracting Officer.

## PART 2   PRODUCTS

Not used.

## PART 3   EXECUTION

Not used.

-- End of Section --

SECTION 01 14 00

WORK RESTRICTIONS

PART 1   GENERAL

1.1   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only. When used,
a designation following the "G" designation identifies the office that will
review the submittal for the Government. Submit the following in accordance
with Section 01 33 00 SUBMITTAL PROCEDURES:

   SD-01 Preconstruction Submittals

      List of Contact Personnel; G

1.2   SPECIAL SCHEDULING REQUIREMENTS

   a.  Contractor shall be ready for operation as approved by Contracting
       Officer before work is started.

   b.  Have materials, equipment, and personnel required to perform the work
       at the site prior to the commencement of the work.

   c.  The Contractor must conduct his operations so as to cause the least
       possible interference with normal operations of the activity.

   d.  Permission to interrupt any Activity roads, railroads, or utility
       service must be requested in writing a minimum of 15 calendar days
       prior to the desired date of interruption.

1.3   CONTRACTOR ACCESS AND USE OF PREMISES

1.3.1   Activity Regulations

Ensure that Contractor personnel employed on the Activity become familiar
with and obey Activity regulations including safety, fire, traffic and
security regulations.Keep within the limits of the work and avenues of
ingress and egress.  Wear hard hats in designated areas.  Do not enter any
restricted areas unless required to do so and until cleared for such
entry.  Mark Contractor equipment for identification.

1.3.1.1   Subcontractors and Personnel Contacts

Provide a list of contact personnel of the Contractor and subcontractors
including addresses and telephone numbers for use in the event of an
emergency.  As changes occur and additional information becomes available,
correct and change the information contained in previous lists.

1.3.1.2   Identification Badges and Installation Access

Application for and use of badges will be as directed.  Obtain access to

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

the installation by coordination with the El Paso Sector Headquarters
security officer.


## 1.3.1.3   No Smoking Policy

Smoking is prohibited within and outside of all buildings on installation,
except in designated smoking areas.  This applies to existing buildings,
buildings under construction and buildings under renovation.  Discarding
tobacco materials other than into designated tobacco receptacles is
considered littering and is subject to fines.  The Contracting Officer will
identify designated smoking areas.

## 1.3.2   Working Hours

Regular working hours must consist of an 8 1/2 hour period established by
the Contracting Officer, between 6:00 a.m. and 6:00 p.m., Monday through
Friday, excluding Government holidays. A 24 hour, 7 day a week work plan
is allowed.

## 1.3.3   Work Outside Regular Hours

Work outside regular working hours requires Contracting Officer approval.
Make application 15 calendar days prior to such work to allow arrangements
to be made by the Government for inspecting the work in progress, giving
the specific dates, hours, location, type of work to be performed, contract
number and project title.  Based on the justification provided, the
Contracting Officer may approve work outside regular hours. During periods
of darkness, the different parts of the work must be lighted in a manner
approved by the Contracting Officer. Make utility cutovers after normal
working hours or on Saturdays, Sundays, and Government holidays unless
directed otherwise.

## 1.3.4     Occupied Buildings

The Contractor shall be working around existing buildings which are
occupied. Do not enter the buildings without prior approval of the
Contracting Officer.

The existing buildings and their contents must be kept secure at all
times.  Provide temporary closures as required to maintain security as
directed by the Contracting Officer.

Provide dust covers or protective enclosures to protect existing work that
remains and Government material located in the building(s) during the
construction period.

Relocate movable furniture approximately 6 feet away from the Contractor's
working area, protect the furniture, and replace the furniture in its
original location(s) upon completion of the work. Leave attached
equipment in place, and protect it against damage, or temporarily
disconnect, relocate, protect, and reinstall it at the completion of
the work.

## 1.3.5     Utility Cutovers and Interruptions

   a.  Make utility cutovers and interruptions after normal working hours or
       on Saturdays, Sundays, and Government holidays.  Conform to procedures
       required paragraph WORK OUTSIDE REGULAR HOURS.

   b.  Ensure that new utility lines are complete, except for the connection,
       before interrupting existing service.

c.  Interruption to water, sanitary sewer, storm sewer, telephone service, electric service, air conditioning, heating, fire alarm, and compressed air are considered utility cutovers pursuant to the paragraph WORK OUTSIDE REGULAR HOURS. Such interruptions are further limited to (8) hours. This time limit includes time for deactivation and reactivation.

d.  Operation of Station Utilities:  The Contractor must not operate nor disturb the setting of control devices in the station utilities system, including water, sewer, electrical, and steam services.  The Government will operate the control devices as required for normal conduct of the work.  The Contractor must notify the Contracting Officer giving reasonable advance notice when such operation is required.

1.4   SECURITY REQUIREMENTS

Contract Clause "FAR 52.204-2, Security Requirements and Alternate II," "FAC 5252.236-9301, Special Working Conditions and Entry to Work Area.


PART 2    PRODUCTS

  Not Used

PART 3   EXECUTION

  Not Used

        -- End of Section --

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

SECTION 01 20 00

INTERFACE WITH OTHER WORK

PART 1   GENERAL

1.1   GENERAL REQUIREMENTS

The Contractor shall make a special effort to fully cooperate with other Contractors and Government employees engaged in other work on and adjacent to the work to be performed under this contract.  The Contractor shall coordinate the work herein and the concurrent use of haul roads, aggregate sources and utilities shall become a joint responsibility.  Any damage resulting from the use of facilities of other Contractors shall immediately be repaired to the satisfaction of or as directed by the Contracting Officer.  If required and allowed, the Contractor shall construct and maintain a temporary detour around any road that is obstructed in the performance of work under this contract.

1.1.1   Weekly Meeting

The Contractor shall meet weekly with the Government along with any other Contractors working in the area to discuss and coordinate work activities. The Contractor shall prepare and present at the weekly meeting a two (2) week window of his NAS of major activities to be performed within the first week in detail and the second week in general.

1.1.2   Coordination With Other Work

Due to the congested and confined work area and the requirement for contractors and Government personnel to be working in the same general area of the work to be performed under this contract, the Contractor shall carefully fit his own work to any ongoing or additional work, as may be directed by the Contracting Officer.  The Contractor shall not commit or permit any act which will interfere with the performance of work by any other Government personnel.  The Contractor shall be liable for any costs incurred by the Government including those associated with settlement of disputes or claims by others due to or arising from the failure of the Contractor to comply with this provision.

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  The following shall be submitted in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

        SD-01 Preconstruction Submittals

            Area Use Plan; G

## 1.3   AREA USE PLAN

The Contractor shall submit to the Contracting Officer's representative for approval within ten (10) calendar days after receipt of the Notice to Proceed, an Area Use Plan designating proposed intended use of all areas at he project site and staging area.   This plan shall include, but not be limited to the following:

a.   Borrow removal plan and access roads to the site(s);

a.   Drawings showing proposed road detours;

b. Drawings showing temporary telephone and electrical installations;

c. Temporary water and sewage disposal installations;

d. Construction plant and building installations;

e. If any; concrete truck washout area;

f. The Contractor staging area;

g. Material storage area and;

h. Office or administration facilities.

Construction of any fencing will be the responsibility of the Contractor and performed at no additional cost to the Government.  The Contractor staging area shall be the location of all offices and storage trailers, parking area for company and privately owned vehicles; storage of materials and equipment; storage and disbursement of fuel, oil and gas; maintenance of equipment and fabrication of materials.

PART 2   PRODUCTS (NOT USED)

PART 3   EXECUTION (NOT USED)


-- End of Section --

SECTION 01 22 00.00 10

PRICE AND PAYMENT PROCEDURES

PART 1     GENERAL

1.1     GENERAL

The contract prices are listed on the PROPOSAL SCHEDULE and priced as job
for each line item.  Unless a payment item is listed on the schedule no
separate payment will be made for the work, services, or operations
required by the Contractor, as specified in DIVISION 1, GENERAL
REQUIREMENTS, to complete the project in accordance with these
specifications; all costs thereof shall be considered as incidental to
the work. All work shall be provided in accordance with these
specifications and the applicable drawings.

1.3     SINGLE JOB PAYMENT ITEMS

Payment items for the work of this contract for which contract job
payments will be made are listed in the PROPOSAL SCHEDULE and described
below.  All costs for items of work, which are not specifically mentioned
to be included in a particular job or unit price payment item, are
included in the listed job item most closely associated with the work
involved.  The job price and payment made for each item listed constitutes
full compensation for furnishing all plant, labor, materials, and
equipment, and performing any associated Contractor quality control,
environmental protection, meeting safety requirements, tests and reports,
and for performing all work required for which separate payment is not
otherwise provided.

1.3.1     Item No. 0001 CPC Holding Facility, Complete

1.3.1.1     Payment

Payment will be made for costs associated with operations necessary to
construct the facility required by this contract with the exception of the
costs associated with other Items.

1.3.1.2     Unit of Measure

Unit of measure:  Job.

Construct Modular For El Paso Central Processing Center (CPC)                                    W9126G19C0025

**1.3.2    Item No. 0002 Furniture, Fixtures & Equipment, Complete**

**1.3.2.1    Payment**

   Payment    will    be    made    for    costs
associated with Procurement  and  Installation  of  Furniture,
Furnishings  and Equipment as  defined  by  Fiscal  Law   in
conjunction   with   the Federal   Acquisition  Regulation.

**1.3.2.2    Unit of Measure**

   Unit of measure:  Job.

**1.3.3    Item No. 0003 Diesel Generator and ATS Power, Complete**

 **1.3.3.1    Payment**

   Payment   will   be   made   for   costs   associated with   Procurement
and Installation   of   a   diesel   generator, pad, tank,
automatic transfer  switch, and connections to   provide power to
the CPC Holding Facility.

**1.3.3.2    Unit of Measure**

   Unit of measure:  Job.

**1.3.4    Item No. 0004 Site Work and Utilities, Complete**

**1.3.4.1    Payment**

   Payment will be made at the contract job price for costs associated with
the item of work in accordance with the contract drawings and
specifications.

**1.3.4.2    Unit of Measure**

   Unit of measure:  Job.

**-- End of Section --**

SECTION 01 30 00

ADMINISTRATIVE REQUIREMENTS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                          (2014) Safety and Health Requirements
                                    Manual

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office that
will review the submittal for the Government. Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

View Location Map; G

Progress and Completion Pictures; G

1.3   VIEW LOCATION MAP

Submit, prior to or with the first digital photograph submittals, a sketch
or drawing indicating the required photographic locations.  Update as
required if the locations are moved.

1.4   PROGRESS AND COMPLETION PICTURES

Photographically document site conditions prior to start of construction
operations.  Provide monthly, and within one month of the completion of
work, digital photographs, 1600x1200x24 bit true color minimum resolution
in or other suitable file format showing the sequence and progress of work.
Take a minimum of 20 digital photographs each week throughout the entire
project from a minimum of ten views from points located by the Contracting
Officer.  Submit with the monthly invoice two sets of digital photographs,
each set on a separate compact disc (CD) or data versatile disc (DVD),
cumulative of all photos to date.  Indicate photographs demonstrating
environmental procedures.

Provide photographs for each month in a separate monthly directory and name
each file to indicate its location on the view location sketch.  Also
provide the view location sketch on the CD or DVD as a digital file.
Include a date designator in file names. Cross reference submittals in the
appropriate daily report. Photographs provided are for unrestricted use by

the Government.

1.5   MINIMUM INSURANCE REQUIREMENTS

Provide the minimum insurance coverage required by FAR 28.307-2 LIABILITY,
during the entire period of performance under this contract.  Provide other
insurance coverage as required by law.

1.6   SUPERVISION

1.6.1   Supervision By The Contractor

The following requirements, in addition to those contained in the Contract
Clause entitled: SUPERINTENDENCE BY CONTRACTOR, shall be met by the
Contractor:

1.6.1.1   Authority of Contractor Representative

The site representative appointed by the Contractor and approved by the
Contracting Officer shall, as a minimum, have the authority to negotiate
and execute Supplemental Agreements having a value up to 500,000.

1.6.2   Minimum Communication Requirements

Have at least one qualified superintendent, or competent alternate, capable
of reading, writing, and conversing fluently in the English language, on
the job-site at all times during the performance of contract work.  In
addition, if a Quality Control (QC) representative is required on the
contract, then that individual must also have fluent English communication
skills.

1.6.3   Superintendent Qualifications

The project superintendent must have a minimum of 10 years experience in
construction with at least 5 of those years as a superintendent on projects
similar in size and complexity.  The individual must be familiar with the
requirements of EM 385-1-1 and have experience in the areas of hazard
identification and safety compliance.  The individual must be capable of
interpreting a critical path schedule and construction drawings.  The
qualification requirements for the alternate superintendent are the same as
for the project superintendent.  The Contracting Officer may request proof
of the superintendent's qualifications at any point in the project if the
performance of the superintendent is in question.

1.6.3.1   Duties

The project superintendent is primarily responsible for managing and
coordinating day-to-day production and schedule adherence on the project.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

The superintendent is required to attend partnering meetings, and quality
control meetings.  The superintendent or qualified alternative must be
on-site at all times during the performance of this contract until the work
is completed and accepted.

1.6.4    Non-Compliance Actions

The Project Superintendent is subject to removal by the Contracting Officer
for non-compliance with requirements specified in the contract and for
failure to manage the project to insure timely completion.  Furthermore,
the Contracting Officer may issue an order stopping all or part of the work
until satisfactory corrective action has been taken.  No part of the time
lost due to such stop orders is acceptable as the subject of claim for
extension of time for excess costs or damages by the Contractor.

1.7    PRECONSTRUCTION

After award of the contract but prior to commencement of any work at the
site, meet with the Contracting Officer to discuss and develop a mutual
understanding relative to the administration of the value engineering and
safety program, preparation of the schedule of prices or earned value
report, shop drawings, and other submittals, scheduling programming,
prosecution of the work, and clear expectations of the "Interim DD Form
1354" Submittal.  Major subcontractors who will engage in the work must
also attend.

1.8    ELECTRONIC MAIL (E-MAIL) ADDRESS

Establish and maintain electronic mail (e-mail) capability along with the
capability to open various electronic attachments as text files, pdf files,
and other similar formats.  Within 10 days after contract award, provide
the Contracting Officer a single (only one) e-mail address for electronic
communications from the Contracting Officer related to this contract
including, but not limited to contract documents, invoice information,
request for proposals, and other correspondence.  The Contracting Officer
may also use email to notify the Contractor of base access conditions when
emergency conditions warrant, such as hurricanes or terrorist threats.
Multiple email addresses are not allowed.

It is the Contractor's responsibility to make timely distribution of all
Contracting Officer initiated e-mail with its own organization including
field office(s).  Promptly notify the Contracting Officer, in writing, of
any changes to this email address.

PART 2    PRODUCTS

Not Used

PART 3    EXECUTION

Not Used

       -- End of Section --

SECTION 01 32 01.00

10 PROJECT SCHEDULE

PART 1    GENERAL

1.1    REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

        AACE INTERNATIONAL (AACE)

AACE 29R-03                      (2011) Forensic Schedule Analysis

AACE 52R-06                      (2006) Time Impact Analysis - As
                                 Applied in Construction

        U.S. ARMY CORPS OF ENGINEERS (USACE)

ER 1-1-11                        (1995) Administration -- Progress,
                                 Schedules, and Network Analysis
                                 Systems

1.2    SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

        SD-01 Preconstruction Submittals

            Project Scheduler Qualifications;

            G Preliminary Project Schedule; G

            Initial Project Schedule; G

            Periodic Schedule Update; G

1.3    PROJECT SCHEDULER QUALIFICATIONS

Designate an authorized representative to be responsible for the
preparation of the schedule and all required updating and production of
reports.  The authorized representative must have a minimum of 2-years
experience scheduling construction projects similar in size and nature
to this project with scheduling software that meets the requirements of
this specification.  Representative must have a comprehensive knowledge
of CPM scheduling principles and application.

PART 2    PRODUCTS

## 2.1    SOFTWARE

The scheduling software utilized to produce and update the schedules required herein must be capable of meeting all requirements of this specification.

### 2.1.1    Government Default Software

The Government intends to use Primavera P6.

### 2.1.2    Contractor Software

Scheduling software used by the contractor must be commercially available from the software vendor for purchase with vendor software support agreements available.    The software routine used to create the required sdef file must be created and supported by the software manufacturer.

#### 2.1.2.1    Primavera

If Primavera P6 is selected for use, provide the "xer" export file in a version of P6 importable by the Government system.

#### 2.1.2.2    Other Than Primavera

If the contractor chooses software other than Primavera P6, that is compliant with this specification, provide for the Government's use two licenses, two computers, and training for two Government employees in the use of the software.    These computers will be stand-alone and not connected to Government network.    Computers and licenses will be returned at project completion.

## PART 3    EXECUTION

## 3.1    GENERAL REQUIREMENTS

Prepare for approval a Project Schedule, as specified herein, pursuant to FAR Clause 52.236-15 Schedules for Construction Contracts.    Show in the schedule the proposed sequence to perform the work and dates contemplated for starting and completing all schedule activities.    The scheduling of the entire project is required.The scheduling of construction is the responsibility of the Contractor.    Contractor management personnel must actively participate in its development.    Subcontractors and suppliers working on the project must also contribute in developing and maintaining an accurate Project Schedule.Provide a schedule that is a forward planning as well as a project monitoring tool. Use the Critical Path Method (CPM) of network calculation to generate all Project Schedules. Prepare each Project Schedule using the Precedence Diagram Method (PDM).

## 3.2    BASIS FOR PAYMENT AND COST LOADING

The schedule is the basis for determining contract earnings during each update period and therefore the amount of each progress payment.    The aggregate value of all activities coded to a contract CLIN must equal the value of the CLIN.

### 3.2.1    Activity Cost Loading

Activity cost loading must be reasonable and without front-end loading.

Provide additional documentation to demonstrate reasonableness if requested by the Contracting Officer.

3.2.2   Withholdings / Payment Rejection

Failure to meet the requirements of this specification may result in the disapproval of the preliminary, initial or periodic schedule updates and subsequent rejection of payment requests until compliance is met. In the event that the Contracting Officer directs schedule revisions and those revisions have not been included in subsequent Project Schedule revisions or updates, the Contracting Officer may withhold 10 percent of pay request amount from each payment period until such revisions to the project schedule have been made.

3.3   PROJECT SCHEDULE DETAILED REQUIREMENTS

3.3.1   Level of Detail Required

Develop the Project Schedule to the appropriate level of detail to address major milestones and to allow for satisfactory project planning and execution.  Failure to develop the Project Schedule to an appropriate level of detail will result in its disapproval. The Contracting Officer will consider, but is not limited to, the following characteristics and requirements to determine appropriate level of detail:

3.3.2   Activity Durations

Reasonable activity durations are those that allow the progress of ongoing activities to be accurately determined between update periods. Less than 2 percent of all non-procurement activities may have Original Durations (OD) greater than 20 work days or 30 calendar days.

3.3.3   Procurement Activities

Include activities associated with the critical submittals and their approvals, procurement, fabrication, and delivery of long lead materials, equipment, fabricated assemblies, and supplies. Long lead procurement activities are those with an anticipated procurement sequence of over 90 calendar days.

3.3.4   Mandatory Tasks

Include the following activities/tasks in the initial project schedule and all updates.

a.  Submission, review and acceptance of SD-01 Preconstruction Submittals (individual activity for each).

b.  Not Used

c.  Submission of mechanical/electrical/information systems layout drawings.

d.  Long procurement activities

e.  Submission and approval of O & M manuals.

f.  Submission and approval of as-built drawings.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

g.  Submission and approval of DD1354 data and installed equipment lists.

h.  Submission and approval of testing and air balance (TAB).

i.  Submission of TAB specialist design review report.

j.  Submission and approval of fire protection specialist.

k.  Submission and approval of Building Commissioning Plan, test data,
    and reports:    Develop the schedule logic associated with testing
    and commissioning of mechanical systems to a level of detail
    consistent with the contract commissioning requirements. All tasks
    associated with all building testing and commissioning will be
    completed prior to submission of building commissioning report and
    subsequent contract completion.

l.  Air and water balancing.

m.  Building commissioning - Functional Performance Testing.

n.  Controls testing plan submission.

o.  Controls testing.

p.  Performance Verification testing.

q.  Other systems testing, if required.

r.  Contractor's pre-final inspection.

s.  Correction of punch list from Contractor's pre-final inspection.

t.  Government's pre-final inspection.

u.  Correction of punch list from Government's pre-final inspection.

v.  Final inspection.

3.3.5  Government Activities

Show Government and other agency activities that could impact progress.
These activities include, but are not limited to: environmental permit
approvals by State regulators, inspections, utility tie-in, Government
Furnished Equipment (GFE) and Notice to Proceed (NTP) for phasing
requirements.

3.3.6  Standard Activity Coding Dictionary

Use the activity coding structure defined in the Standard Data Exchange
Format (SDEF) in ER 1-1-11.  This exact structure is mandatory.  Develop
and assign all Activity Codes to activities as detailed herein.  A
template SDEF compatible schedule backup file is available on the QCS web
site: http://rms.usace.army.mil.

The SDEF format is as follows:

| Field | Activity Code | Length | Description |
| --- | --- | --- | --- |

| 1 | WRKP | 3 | Workers per day |
| 2 | RESP | 4 | Responsible party |
| 3 | AREA | 4 | Area of work |
| 4 | MODF | 6 | Modification Number |
| 5 | BIDI | 6 | Bid Item (CLIN) |
| 6 | PHAS | 2 | Phase of work |
| 7 | CATW | 1 | Category of work |
| 8 | FOW | 20 | Feature of work* |

*Some systems require that FEATURE OF WORK values be placed in several activity code fields.  The notation shown is for Primavera P6.  Refer to the specific software guidelines with respect to the FEATURE OF WORK field requirements.

### 3.3.6.1   Workers Per Day (WRKP)

Assign Workers per Day for all field construction or direct work activities, if directed by the Contracting Officer.  Workers per day is based on the average number of workers expected each day to perform a task for the duration of that activity.

### 3.3.6.2   Responsible Party Coding (RESP)

Assign responsibility code for all activities to the Prime Contractor, Subcontractor(s) or Government agency(ies) responsible for performing the activity.

a.   Activities coded with a Government Responsibility code include, but are not limited to:   Government approvals, Government design reviews, environmental permit approvals by State regulators, Government Furnished Property/Equipment (GFP) and Notice to Proceed (NTP) for phasing requirements.

b.   Activities cannot have more than one Responsibility Code.  Examples of acceptable activity code values are: DOR (for the designer of record); ELEC (for the electrical subcontractor); MECH (for the mechanical subcontractor); and GOVT (for USACE).

### 3.3.6.3   Area of Work Coding (AREA)

Assign Work Area code to activities based upon the work area in which the activity occurs.  Define work areas based on resource constraints or space constraints that would preclude a resource, such as a particular trade or craft work crew from working in more than one work area at a time due to restraints on resources or space. Examples of Work Area Coding include different areas within a floor of a building, different floors within a building, and different buildings within a complex of

buildings.
Activities cannot have more than one Work Area Code.

Not all activities are required to be Work Area coded.  A lack of Work
Area coding indicates the activity is not resource or space constrained.

### 3.3.6.4    Modification Number (MODF)

Assign a Modification Number Code to any activity or sequence of
activities added to the schedule as a result of a Contract Modification,
when approved by Contracting Officer.  Key all Code values to the
Government's modification numbering system.  An activity can have only
one Modification Number Code.

### 3.3.6.5    Bid Item Coding (BIDI)

Assign a Bid Item Code to all activities using the Contract Line Item
Schedule (CLIN) to which the activity belongs, even when an activity is
not cost loaded.    An activity can have only one BIDI Code.

### 3.3.6.6    Phase of Work Coding (PHAS)

Assign Phase of Work Code to all activities.  Examples of phase of work
are procurement phase and construction phase. Each activity can have only
one Phase of Work code.

   a.  Code proposed fast track construction phases proposed to allow
       filtering and organizing the schedule by fast track construction
       packages.

   b.  If the contract specifies phasing with separately defined
       performance periods, identify a Phase Code to allow filtering and
       organizing the schedule accordingly.

### 3.3.6.7    Category of Work Coding (CATW)

Assign a Category of Work Code to all activities.Category of Work Codes
include, but are not limited to construction submittal, procurement,
fabrication, weather sensitive installation, non-weather sensitive
installation, start-up, and testing activities.  Each activity can have
no more than one Category of Work Code.

### 3.3.6.8    Feature of Work Coding (FOW)

Assign a Feature of Work Code to appropriate activities based on
the Definable Feature of Work to which the activity belongs based
on the approved QC plan.

Definable Feature of Work is defined in Section 01 45 00.00 10
QUALITY CONTROL.    An activity can have only one Feature of Work
Code.

### 3.3.7    Contract Milestones and Constraints

Milestone activities are to be used for significant project events
including, but not limited to, project phasing, project start and end
activities, or interim completion dates.  The use of artificial float
constraints such as "zero free float" or "zero total float" are
prohibited. Mandatory constraints that ignore or effect network logic are

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

prohibited. No constrained dates are allowed in the schedule other than
those specified herein. Submit additional constraints to the Contracting
Officer for approval on a case by case basis.

3.3.7.1    Project Start Date Milestone and Constraint

The first activity in the project schedule must be a start milestone
titled "NTP Acknowledged," which must have a "Start On" constraint date
equal to the date that the NTP is acknowledged.

3.3.7.2    End Project Finish Milestone and Constraint

The last activity in the schedule must be a finish milestone titled
"End Project."

Constrain the project schedule to the Contract Completion Date in such
a way that if the schedule calculates an early finish, then the float
calculation for "End Project" milestone reflects positive float on the
longest path.  If the project schedule calculates a late finish, then
the "End Project" milestone float calculation reflects negative float
on the longest path. The Government is under no obligation to
accelerate Government activities to support a Contractor's early
completion.

3.3.7.3    Interim Completion Dates and Constraints

Constrain contractually specified interim completion dates to show
negative float when the calculated late finish date of the last activity
in that phase is later than the specified interim completion date.

3.3.7.3.1    Start Phase

Use a start milestone as the first activity for a project phase.  Call
the start milestone "Start Phase X" where "X" refers to the phase of
work.

3.3.7.3.2    End Phase

Use a finish milestone as the last activity for a project phase.  Call
the finish milestone "End Phase X" where "X" refers to the phase of
work.

3.3.8    Calendars

Schedule activities on a Calendar to which the activity logically
belongs. Develop calendars to accommodate any contract defined work
period such as a 7-day calendar for Government Acceptance activities,
concrete cure times, etc. Develop the default Calendar to match the
physical work plan with non-work periods identified including weekends
and holidays.  Develop Seasonal Calendar(s) and assign to seasonally
affected activities as applicable.

If an activity is weather sensitive it should be assigned to a calendar
showing non-work days on a monthly basis, with the non-work days
selected at random across the weeks of the calendar, using the
anticipated adverse weather delay work days provided in the Special
Contract Clauses. Assign non-work days over a seven-day week as weather
records are compiled on seven-day weeks, which may cause some of the
weather related non-work days to fall on weekends.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

### 3.3.9    Open Ended Logic

Only two open ended activities are allowed: the first activity "NTP Acknowledged" may have no predecessor logic, and the last activity - "End Project" may have no successor logic.

Predecessor open ended logic may be allowed in a time impact analyses upon the Contracting Officer's approval.

### 3.3.10    Default Progress Data Disallowed

Actual Start and Finish dates must not automatically update with default mechanisms included in the scheduling software.  Updating of the percent complete and the remaining duration of any activity must be independent functions.  Disable program features that calculate one of these parameters from the other. Activity Actual Start (AS) and Actual Finish (AF) dates assigned during the updating process must match those dates provided in the Contractor Quality Control Reports. Failure to document the AS and AF dates in the Daily Quality Control report will result in disapproval of the Contractor's schedule.

### 3.3.11    Out-of-Sequence Progress

Activities that have progressed before all preceding logic has been satisfied (Out-of-Sequence Progress) will be allowed only on a case-by-case basis subject to approval by the Contracting Officer. Propose logic corrections to eliminate out of sequence progress or justify not changing the sequencing for approval prior to submitting an updated project schedule.  Address out of sequence progress or logic changes in the Narrative Report and in the periodic schedule update meetings.

### 3.3.12    Added and Deleted Activities

Do not delete activities from the project schedule or add new activities to the schedule without approval from the Contracting Officer. Activity ID and description changes are considered new activities and cannot be changed without Contracting Officer approval.

### 3.3.13    Original Durations

Activity Original Durations (OD) must be reasonable to perform the work item. OD changes are prohibited unless justification is provided and approved by the Contracting Officer.

### 3.3.14    Leads, Lags, and Start to Finish Relationships

Lags must be reasonable as determined by the Government and not used in place of realistic original durations, must not be in place to artificially absorb float, or to replace proper schedule logic.

a.  Leads (negative lags) are prohibited.

b.  Start to Finish (SF) relationships are prohibited.

### 3.3.15    Retained Logic

Schedule calculations must retain the logic between predecessors and successors ("retained logic" mode) even when the successor activity(s)

starts and the predecessor activity(s) has not finished (out-of-sequence progress). Software features that in effect sever the tie between predecessor and successor activities when the successor has started and the predecessor logic is not satisfied ("progress override") are not be allowed.

### 3.3.16   Percent Complete

Update the percent complete for each activity started, based on the realistic assessment of earned value.  Activities which are complete but for remaining minor punch list work and which do not restrain the initiation of successor activities may be declared 100 percent complete to allow for proper schedule management.

### 3.3.17   Remaining Duration

Update the remaining duration for each activity based on the number of estimated work days it will take to complete the activity. Remaining duration may not mathematically correlate with percentage found under paragraph entitled Percent Complete.

### 3.3.18   Cost Loading of Closeout Activities

Cost load the "Correction of punch list from Government pre-final inspection" activity(ies) not less than 1 percent of the present contract value. Activity(ies) may be declared 100 percent complete upon the Government's verification of completion and correction of all punch list work identified during Government pre-final inspection(s).

### 3.3.18.1   As-Built Drawings

If there is no separate contract line item (CLIN) for as-built drawings, cost load the "Submission and approval of as-built drawings" activity not less than $35,000 or 1 percent of the present contract value, which ever is greater, up to $200,000. Activity will be declared 100 percent complete upon the Government's approval.

### 3.3.18.2   O & M Manuals

Cost load the "Submission and approval of O & M manuals" activity not less than $20,000. Activity will be declared 100 percent complete upon the Government's approval of all O & M manuals.

### 3.3.19   Early Completion Schedule and the Right to Finish Early

An Early Completion Schedule is an Initial Project Schedule (IPS) that indicates all scope of the required contract work will be completed before the contractually required completion date.

a.  No IPS indicating an Early Completion will be accepted without being fully resource-loaded (including crew sizes and manhours) and the Government agreeing that the schedule is reasonable and achievable.

b.  The Government is under no obligation to accelerate work items it is responsible for to ensure that the early completion is met nor is it responsible to modify incremental funding (if applicable) for the project to meet the contractor's accelerated work.

3.4     PROJECT SCHEDULE SUBMISSIONS

Provide the submissions as described below.  The data CD/DVD, reports, and
network diagrams required for each submission are contained in paragraph
SUBMISSION REQUIREMENTS. If the Contractor fails or refuses to furnish the
information and schedule updates as set forth herein, then the Contractor
will be deemed not to have provided an estimate upon which a progress
payment can be made. Review comments made by the Government on the
schedule(s) do not relieve the Contractor from compliance with requirements
of the Contract Documents.

3.4.1   Preliminary Project Schedule Submission

Within 3 calendar days after the NTP is acknowledged submit the
Preliminary Project Schedule defining the planned operations detailed for
the first 90 calendar days for approval.  The approved Preliminary
Project Schedule will be used for payment purposes not to exceed 90
calendar days after NTP. Completely cost load the Preliminary Project
Schedule to balance the contract award CLINS shown on the Price Schedule.
The Preliminary Project Schedule may be summary in nature for the
remaining performance period. It must be early start and late finish
constrained and logically tied as specified. The Preliminary Project
Schedule forms the basis for the Initial Project Schedule specified
herein and must include all of the required plan and program
preparations, submissions and approvals identified in the contract (for
example, Quality Control Plan, Safety Plan, and Environmental Protection
Plan) as well as activities, planned submissions of all early  packages,
permitting activities,  review conference activities, and other non-
construction activities intended to occur within the first 90 calendar
days. Government acceptance of the associated  package(s) and all other
specified Program and Plan approvals must occur prior to any planned
construction activities. Activity code any activities that are summary
in nature after the first 90 calendar days with Bid Item (CLIN) code
(BIDI), Responsibility Code (RESP) and Feature of Work code (FOW).


3.4.2   Initial Project Schedule Submission

Submit the Initial Project Schedule for approval within 3 calendar
days after notice to proceed is issued. The schedule must demonstrate
a reasonable and realistic sequence of activities which represent all
work through the entire contract performance period. No payment will
be made for work items not fully detailed in the Project Schedule.

3.4.3   Periodic Schedule Updates

Update the Project Schedule on a regular basis, monthly at a minimum.
Provide a draft Periodic Schedule Update for review at the schedule
update meetings as prescribed in the paragraph PERIODIC SCHEDULE UPDATE
MEETINGS. These updates will enable the Government to assess
Contractor's progress.

a.   Update information including Actual Start Dates (AS), Actual Finish
     Dates (AF), Remaining Durations (RD), and Percent Complete is
     subject to the approval of the Government at the meeting.


b.   AS and AF dates must match the date(s) reported on the
     Contractor's Quality Control Report for an activity start or

finish.

## 3.5   SUBMISSION REQUIREMENTS

Submit the following items for the Preliminary Schedule, Initial Schedule, and every Periodic Schedule Update throughout the life of the project.

### 3.5.1   Data CD/DVDs

Provide two sets of data CD/DVDs containing the current project schedule and all previously submitted schedules in the format of the scheduling software (e.g. .xer).Also include on the data CD/DVDs the Narrative Report and all required Schedule Reports.  Label each CD/DVD indicating the type of schedule (Preliminary, Initial, Update), full contract number, Data Date and file name. Each schedule must have a unique file name and use project specific settings.

### 3.5.2   Narrative Report

Provide a Narrative Report with each schedule submission.  The Narrative Report is expected to communicate to the Government the thorough analysis of the schedule output and the plans to compensate for any problems, either current or potential, which are revealed through that analysis. Include the following information as minimum in the Narrative Report:

a.   Identify and discuss the work scheduled to start in the next update period.

b.   A description of activities along the two most critical paths where the total float is less than or equal to 20 work days.

c.   A description of current and anticipated problem areas or delaying factors and their impact and an explanation of corrective actions taken or required to be taken.

d.   Identify and explain why activities based on their calculated late dates should have either started or finished during the update period but did not.

e.   Identify and discuss all schedule changes by activity ID and activity name including what specifically was changed and why the change was needed. Include at a minimum new and deleted activities, logic changes, duration changes, calendar changes, lag changes, resource changes, and actual start and finish date changes.

f.   Identify and discuss out-of-sequence work.

### 3.5.3   Schedule Reports

The format, filtering, organizing and sorting for each schedule report will be as directed by the Contracting Officer. Typically, reports contain Activity Numbers, Activity Description, Original Duration, Remaining Duration, Early Start Date, Early Finish Date, Late Start Date, Late Finish Date, Total Float, Actual Start Date, Actual Finish Date, and Percent Complete. Provide the reports electronically in .pdf format. Provide 3 sets of hardcopy reports. The following lists typical reports that will be requested:

### 3.5.3.1    Activity Report

List of all activities sorted according to activity number.

### 3.5.3.2    Logic Report

List of detailed predecessor and successor activities for every activity in ascending order by activity number.

### 3.5.3.3    Total Float Report

A list of all incomplete activities sorted in ascending order of total float.  List activities which have the same amount of total float in ascending order of Early Start Dates.  Do not show completed activities on this report.

### 3.5.3.4    Earnings Report by CLIN

A compilation of the Total Earnings on the project from the NTP to the data date, which reflects the earnings of activities based on the agreements made in the schedule update meeting defined herein.  Provided a complete schedule update has been furnished, this report serves as the basis of determining progress payments. Group activities by CLIN number and sort by activity number. Provide a total CLIN percent earned value, CLIN percent complete, and project percent complete. The printed report must contain the following for each activity: the Activity Number, Activity Description, Original Budgeted Amount, Earnings to Date, Earnings this period, Total Quantity, Quantity to Date, and Percent Complete (based on cost).

### 3.5.3.5    Schedule Log

Provide a Scheduling/Leveling Report generated from the current project schedule being submitted.

### 3.5.4    Network Diagram

The Network Diagram is required for the Preliminary, Initial and Periodic Updates.  Depict and display the order and interdependence of activities and the sequence in which the work is to be accomplished. The Contracting Officer will use, but is not limited to, the following conditions to review compliance with this paragraph:

### 3.5.4.1    Continuous Flow

Show a continuous flow from left to right with no arrows from right to left. Show the activity number, description, duration, and estimated earned value on the diagram.

### 3.5.4.2    Project Milestone Dates

Show dates on the diagram for start of project, any contract required interim completion dates, and contract completion dates.

### 3.5.4.3    Critical Path

Show all activities on the critical path.  The critical path is defined as the longest path.

### 3.5.4.4    Banding

Organize activities using the WBS or as otherwise directed to assist in
the understanding of the activity sequence.  Typically, this flow will
group activities by major elements of work, category of work, work area
and/or responsibility. Cash Flow / Schedule Variance Control (SVC)
Diagram With each schedule submission, provide a SVC diagram showing 1)
Cash Flow S-Curves indicating planned project cost based on projected
early and late activity finish dates, and 2) Earned Value to-date.

### 3.6    PERIODIC SCHEDULE UPDATE

### 3.6.1    Periodic Schedule Update Meetings

Conduct periodic schedule update meetings for the purpose of reviewing
the proposed Periodic Schedule Update, Narrative Report, Schedule
Reports, and progress payment. Conduct meetings at least monthly within
five days of the proposed schedule data date. Provide a computer with the
scheduling software loaded and a projector which allows all meeting
participants to view the proposed schedule during the meeting.  The
Contractor's authorized scheduler must organize, group, sort, filter,
perform schedule revisions as needed and review functions as requested by
the Contractor and/or Government. The meeting is a working interactive
exchange which allows the Government and Contractor the opportunity to
review the updated schedule on a real time and interactive basis. The
meeting will last no longer than 8 hours. Provide a draft of the proposed
narrative report and schedule data file to the Government a minimum of
two workdays in advance of the meeting. The Contractor's Project Manager
and scheduler must attend the meeting with the authorized representative
of the Contracting Officer. Superintendents, foremen and major
subcontractors must attend the meeting as required to discuss the project
schedule and work. Following the periodic schedule update meeting, make
corrections to the draft submission. Include only those changes approved
by the Government in the submission and invoice for payment.

### 3.6.2    Update Submission Following Progress Meeting

Submit the complete Periodic Schedule Update of the Project Schedule
containing all approved progress, revisions, and adjustments, pursuant
to paragraph SUBMISSION REQUIREMENTS not later than 4 work days after
the periodic schedule update meeting.

### 3.7    WEEKLY PROGRESS MEETINGS

Conduct a weekly meeting with the Government (or as otherwise mutually
agreed to) between the meetings described in paragraph entitled PERIODIC
SCHEDULE UPDATE MEETINGS for the purpose of jointly reviewing the actual
progress of the project as compared to the as planned progress and to
review planned activities for the upcoming two weeks.  Use the current
approved schedule update for the purposes of this meeting and for the
production and review of reports.  At the weekly progress meeting,
address the status of RFIs, RFPs and Submittals.

### 3.8    REQUESTS FOR TIME EXTENSIONS

Provide a justification of delay to the Contracting Officer in accordance
with the contract provisions and clauses for approval within 10 days of
a delay occurring. Also prepare a time impact analysis for each Government

request for proposal (RFP) to justify time extensions.

3.8.1    Justification of Delay

Provide a description of the event(s) that caused the delay and/or impact
to the work. As part of the description, identify all schedule activities
impacted. Show that the event that caused the delay/impact was the
responsibility of the Government. Provide a time impact analysis that
demonstrates the effects of the delay or impact on the project completion
date or interim completion date(s). Evaluate multiple impacts
chronologically; each with its own justification of delay. With multiple
impacts consider any concurrency of delay. A time extension and the
schedule fragnet becomes part of the project schedule and all future
schedule updates upon approval by the Contracting Officer.

3.8.2    Time Impact Analysis (Prospective Analysis)

Prepare a time impact analysis for approval by the Contracting Officer
based on industry standard AACE 52R-06. Utilize a copy of the last
approved schedule prior to the first day of the impact or delay for the
time impact analysis. If Contracting Officer determines the time frame
between the last approved schedule and the first day of impact is too
great, prepare an interim updated schedule to perform the time impact
analysis. Unless approved by the Contracting Officer, no other changes
may be incorporated into the schedule being used to justify the time
impact.

3.8.3    Forensic Schedule Analysis (Retrospective Analysis)

Prepare an analysis for approval by the Contracting Officer based
on industry standard AACE 29R-03.

3.8.4    Fragmentary Network (Fragnet)

Prepare a proposed fragnet for time impact analysis consisting of a
sequence of new activities that are proposed to be added to the project
schedule to demonstrate the influence of the delay or impact to the
project's contractual dates. Clearly show how the proposed fragnet is to
be tied into the project schedule including all predecessors and
successors to the fragnet activities. The proposed fragnet must be
approved by the Contracting Officer prior to incorporation into the
project schedule.

3.8.5    Time Extension

The Contracting Officer must approve the Justification of Delay
including the time impact analysis before a time extension will be
granted. No time extension will be granted unless the delay consumes all
available Project Float and extends the projected finish date ("End
Project" milestone) beyond the Contract Completion Date. The time
extension will be in calendar days.

Actual delays that are found to be caused by the Contractor's own
actions, which result in a calculated schedule delay will not be a cause
for an extension to the performance period, completion date, or any
interim milestone date.

3.8.6    Impact to Early Completion Schedule

No extended overhead will be paid for delay prior to the original
Contract Completion Date for an Early Completion IPS unless the
Contractor actually performed work in accordance with that Early
Completion Schedule. The Contractor must show that an early completion
was achievable had it not been for the impact. FAILURE TO ACHIEVE
PROGRESS

Should the progress fall behind the approved project schedule for
reasons other than those that are excusable within the terms of the
contract, the Contracting Officer may require provision of a written
recovery plan for approval. The plan must detail how progress will be
made-up to include which activities will be accelerated by adding
additional crews, longer work hours, extra work days, etc.

### 3.9.1   Artificially Improving Progress

Artificially improving progress by means such as, but not limited to,
revising the schedule logic, modifying or adding constraints, shortening
activity durations, or changing calendars in the project schedule is
prohibited. Indicate assumptions made and the basis for any logic,
constraint, duration and calendar changes used in the creation of the
recovery plan. Any additional resources, manpower, or daily and weekly
work hour changes proposed in the recovery plan must be evident at the
work site and documented in the daily report along with the Schedule
Narrative Report.

### 3.9.2   Failure to Perform

Failure to perform work and maintain progress in accordance with the
supplemental recovery plan may result in an interim and final
unsatisfactory performance rating and may result in corrective action
directed by the Contracting Officer pursuant to FAR 52.236-15 Schedules
for Construction Contracts, FAR 52.249-10 Default (Fixed-Price
Construction), and other contract provisions.

### 3.9.3   Recovery Schedule

Should the Contracting Officer find it necessary, submit a recovery
schedule pursuant to FAR 52.236-15 Schedules for Construction
Contracts.

### 3.10   OWNERSHIP OF FLOAT

Except for the provision given in the paragraph IMPACT TO EARLY
COMPLETION SCHEDULE, float available in the schedule, at any time, may
not be considered for the exclusive use of either the Government or the
Contractor including activity and/or project float. Activity float is the
number of work days that an activity can be delayed without causing a
delay to the "End Project" finish milestone. Project float (if
applicable) is the number of work days between the projected early finish
and the contract completion date milestone.

### 3.11   TRANSFER OF SCHEDULE DATA INTO RMS/QCS

Import the schedule data into the Quality Control System (QCS) and
export the QCS data to the Government. This data is considered to be
additional supporting data in a form and detail required by the
Contracting Officer pursuant to FAR 52.232-5 Payments under Fixed-Price

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

Construction Contracts. The receipt of a proper payment request pursuant to FAR 52.232-27 Prompt Payment for Construction Contracts is contingent upon the Government receiving both acceptable and approvable hard copies and matching electronic export from QCS of the application for progress payment.  PRIMAVERA P6 MANDATORY REQUIREMENTS

If Primavera P6 is being used, request a backup file template (.xer) from the Government, if one is available, prior to building the schedule.  The following settings are mandatory and required in all schedule submissions to the Government:

a.   Activity Codes must be Project Level, not Global or EPS level.

b.   Calendars must be Project Level, not Global or Resource level.

c.   Activity Duration Types must be set to "Fixed Duration & Units".

d.   Percent Complete Types must be set to "Physical".

e.   Time Period Admin Preferences must remain the default "8.0 hr/day, 40 hr/week, 172 hr/month, 2000 hr/year". Set Calendar Work Hours/Day to
     8.0 Hour days.

f.   Set Schedule Option for defining Critical Activities to "Longest Path".

g.   Set Schedule Option for defining progressed activities to "Retained Logic".

h.   Set up cost loading using a single lump sum labor resource.  The Price/Unit must be $1/hr, Default Units/Time must be "8h/d", and settings "Auto Compute Actuals" and "Calculate costs from units" selected.

i.   Activity ID's must not exceed 10 characters.

j.   Activity Names must have the most defining and detailed description within the first 30 characters.

     -- End of Section --

SECTION 01 33 00

SUBMITTAL

PROCEDURES

PART 1   GENERAL

1.1   SUMMARY

1.1.1   Submittal Information

The Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work covered in the respective sections.  Each submittal is to be complete and in sufficient detail to allow ready determination of compliance with contract requirements.

Units of weights and measures used on all submittals are to be the same as those used in the contract drawings.

1.1.2   Project Type

The Contractor's Quality Control (CQC) System Manager are to check and approve all items before submittal and stamp, sign, and date indicating action taken.  Proposed deviations from the contract requirements are to be clearly identified.  Include within submittals items such as: Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals.

The Contractor and the Designer of Record (DOR), if applicable, are to check and approve all items before submittal and stamp, sign, and date indicating action taken.  Proposed deviations from the contract requirements are to be clearly identified.  Include within submittals items such as:  Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals.

1.1.3   Submission of Submittals

Schedule and provide submittals requiring Government approval before acquiring the material or equipment covered thereby.  Pick up and dispose of samples not incorporated into the work in accordance with manufacturer's Safety Data Sheets (SDS) and in compliance with existing laws and regulations.

1.2   DEFINITIONS

1.2.1   Submittal Descriptions (SD)

Submittal requirements are specified in the technical sections.

                                                                    Example

s and descriptions of submittals identified by the Submittal Description
(SD) numbers and titles follow:

SD-01 Preconstruction Submittals

      Submittals that are required prior to or commencing with the start
      of work on site. Submittals that are required prior to or at the
      start of construction (work) or the next major phase of the
      construction on a multiphase contract.

      Preconstruction Submittals include schedules and a tabular list of
      locations, features, and other pertinent information regarding
      products, materials, equipment, or components to be used in the
      work.

      Certificates Of

      Insurance Surety Bonds

      List Of Proposed

      Subcontractors List Of

      Proposed Products

      Baseline Network Analysis Schedule

      (NAS) Submittal Register

      Schedule Of Prices Or Earned Value Report

      Accident Prevention PlanHealth And Safety

      Plan Work Plan

      Quality Control (QC) plan

      Environmental Protection

      Plan

SD-02 Shop Drawings

      Drawings, diagrams and schedules specifically prepared to
      illustrate some portion of the work.

      Diagrams and instructions from a manufacturer or fabricator for use
      in producing the product and as aids to the Contractor for
      integrating the product or system into the project.

      Drawings prepared by or for the Contractor to show how multiple
      systems and interdisciplinary work will be coordinated.

SD-03 Product Data

      Catalog cuts, illustrations, schedules, diagrams, performance
      charts, instructions and brochures illustrating size, physical
      appearance and other characteristics of materials, systems or

equipment for some portion of the work.

Samples of warranty language when the contract requires
extended product warranties.

SD-04 Samples

Fabricated or unfabricated physical examples of materials, equipment
or workmanship that illustrate functional and aesthetic
characteristics of a material or product and establish standards by
which the work can be judged.

Color samples from the manufacturer's standard line (or custom
color samples if specified) to be used in selecting or approving
colors for the project.

Field samples and mock-ups constructed on the project site establish
standards ensuring work can be judged.  Includes assemblies or
portions of assemblies that are to be incorporated into the project
and those that will be removed at conclusion of the work.

SD-06 Test Reports

Report signed by authorized official of testing laboratory that a
material, product or system identical to the material, product or
system to be provided has been tested in accord with specified
requirements.  Unless specified in another section, testing must
have been within three years of date of contract award for the
project.

Report that includes findings of a test required to be performed on
an actual portion of the work or prototype prepared for the project
before shipment to job site.

Report that includes finding of a test made at the job site or
on sample taken from the job site, on portion of work during or
after installation.

Investigation reports

Daily logs and

checklists

Final acceptance test and operational test

procedure SD-07 Certificates

Statements printed on the manufacturer's letterhead and signed by
responsible officials of manufacturer of product, system or

material attesting that the product, system, or material meets
specification requirements.  Must be dated after award of project
contract and clearly name the project.

Document required of Contractor, or of a manufacturer, supplier,
installer or Subcontractor through Contractor.  The document purpose
is to further promote the orderly progression of a portion of the
work by documenting procedures, acceptability of methods, or
personnel qualifications.

Confined space entry permits

Text of posted operating

instructions SD-08 Manufacturer's

Instructions

Preprinted material describing installation of a product, system
or material, including special notices and (SDS) concerning
impedances, hazards and safety precautions.

SD-09 Manufacturer's Field Reports

Documentation of the testing and verification actions taken by
manufacturer's representative at the job site, in the vicinity of
the job site, or on a sample taken from the job site, on a portion
of the work, during or after installation, to confirm compliance
with manufacturer's standards or instructions. The documentation
must be signed by an authorized official of a testing laboratory or
agency and state the test results; and indicate whether the
material, product, or system has passed or failed the test.

Factory test reports.

SD-10 Operation and Maintenance Data

Data provided by the manufacturer, or the system provider,
including manufacturer's help and product line documentation,
necessary to maintain and install equipment, for operating and
maintenance use by facility personnel.

Data required by operating and maintenance personnel for the safe
and efficient operation, maintenance and repair of the item.

Data incorporated in an operations and maintenance manual or
control system.

SD-11 Closeout Submittals

Documentation to record compliance with technical or
administrative requirements or to establish an administrative
mechanism.

Submittals required for Guiding Principle Validation (GPV) or
Third Party Certification (TPC).

Special requirements necessary to properly close out a construction
contract.  For example, Record Drawings and as-built drawings.

Also, submittal requirements necessary to properly close out a major phase of construction on a multi-phase contract.

## 1.2.2   Approving Authority

Office or designated person authorized to approve the submittal.

## 1.2.3   Work

As used in this section, on-site and off-site construction required by contract documents, including labor necessary to produce submittals, construction, materials, products, equipment, and systems incorporated or to be incorporated in such construction.  In exception, excludes work to produce SD-01 submittals.

## 1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for Contractor QC approval. Submit the following in accordance with this section.

SD-01 Preconstruction

Submittals Submittal

Register; G

## 1.4   SUBMITTAL CLASSIFICATION

## 1.4.1   Government Approved (G)

Government approval is required for extensions of design, critical materials, variations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Government.

Government approval is required for any variations from the Solicitation or the Accepted Proposal and for other items as designated by the Government.

Within the terms of the Contract Clause SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION, submittals are considered to be "shop drawings."

1.4.2    Designer of Record Approved/Government Conformance Review (DA/CR)

1.4.2.1    Variations from the Accepted Design

DOR approval and the Government's concurrence are required for any proposed variation from the accepted design that still complies with the contract before the Contractor is authorized to proceed with material acquisition or installation. If necessary to facilitate the project schedule, before official submission to the Government, the Contractor and the DOR may discuss with the Contracting Officer's Representative a submittal proposing a variation. However, the Government reserves the right to review the submittal before providing an opinion. In any case, the Government will not formally agree to or provide a preliminary opinion on any variation without the DOR's approval or recommended approval. The Government reserves the right to reject any design, variation that may affect furniture, furnishings, equipment selections, or operational decisions that were made, based on the reviewed and concurred design.

1.4.2.2    Substitutions

Unless prohibited or otherwise provided for elsewhere in the contract, where the Accepted Proposal named products, systems, materials or equipment by manufacturer, brand name, model number, or other specific identification, and the Contractor desires to substitute a manufacturer or model after award, submit a requested substitution for Government concurrence.  Include substantiation, through identifying information and the DOR's approval, that the substitute meets the contract requirements and that it is equal in function, performance, quality, and salient features to that in the accepted contract proposal.   If the contract otherwise prohibits substitutions of equal named products, systems, materials or equipment by manufacturer, brand name, model number or other specific identification, the request is considered a "variation" to the contract. Variations are discussed below in paragraphs: "DESIGNER OF RECORD APPROVED/GOVERNMENT APPROVED" and VARIATIONS.

1.4.2.3    Designer of Record Approved/Government Approved (DA/GA)

In addition to the above-stated requirements for proposed variations to the accepted design, both DOR and Government Approval and, where applicable, a contract modification are required before the Contractor is authorized to proceed with material acquisition or installation for any proposed variation to the contract (the Solicitation or the Accepted Proposal), that constitutes a change to the contract terms. The Government reserves the right to accept or reject any such proposed variation.

### 1.4.3   For Information Only

Submittals not requiring Government approval will be for information only. Within the terms of the Contract Clause SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION, they are not considered to be "shop drawings."

### 1.5   FORWARDING SUBMITTALS REQUIRING GOVERNMENT APPROVAL

As soon as practicable after award of contract, and before procurement or fabrication, forward to the Contracting Officer submittals required in the  technical sections of this specification, including shop drawings, product data and samples. In addition, forward a copy of the submittals to the Contracting Officer.

### 1.5.1   O&M Data

Submit data specified for a given item within 30 calendar days after the item is delivered to the contract site.

In the event the Contractor fails to deliver O&M data within the time limits specified, the Contracting Officer may withhold from progress payments 50 percent of the price of the items to which such O&M data apply.

### 1.6   PREPARATION

### 1.6.1   Transmittal Form

Transmit each submittal, except sample installations and sample panels to the office of the approving authority using the transmittal form prescribed by the Contracting Officer. Include all information prescribed by the transmittal form and required in paragraph IDENTIFYING SUBMITTALS. Use the submittal transmittal forms to record actions regarding samples.

Use the ENG Form 4025-R transmittal form for submitting both Government-approved and information-only submittals.  Submit in accordance with the instructions on the reverse side of the form. These forms will be furnished to the Contractor. Properly complete this form by filling out all the heading blank spaces and identifying each item submitted. Exercise special care to ensure proper listing of the specification paragraph and sheet number of the contract drawings pertinent to the data submitted for each item.

### 1.6.2   Identifying Submittals

The Contractor's Quality Control Manager must prepare, review and stamp submittals, including those provided by a subcontractor, before submittal to the the Government.

Identify submittals, except sample installations and sample panels, with the following information permanently adhered to or noted on each separate component of each submittal and noted on transmittal form. Mark each copy of each submittal identically, with the following:

a.  Project title and location

b.  Construction contract number

c.  Dates of the drawings and revisions

d.  Name, address, and telephone number of Subcontractor, supplier,
    manufacturer, and any other Subcontractor associated with the
    submittal.

e.  Section number of the specification by which submittal is required

f.  Submittal description (SD) number of each component of submittal

g.  For a resubmission, add alphabetic suffix on submittal description,
    for example, submittal 18 would become 18A, to indicate resubmission

h.  Product identification and location in project.

1.6.3    Submittal Format

1.6.3.1    Format of SD-01 Preconstruction Submittals

When the submittal includes a document that is to be used in the
project, or is to become part of the project record, other than as a
submittal, do not apply the Contractor's approval stamp to the document
itself, but to a separate sheet accompanying the document.

Provide data in the unit of measure used in the contract documents.

1.6.3.2    Format for SD-02 Shop Drawings

Provide shop drawings not less than 8 1/2 by 11 inches nor more than 30 by
42 inches, except for full-size patterns or templates.  Prepare drawings
to accurate size, with scale indicated, unless another form is required.
Ensure drawings are suitable for reproduction and of a quality to
produce clear, distinct lines and letters, with dark lines on a white
background.

a.  Include the nameplate data, size, and capacity on drawings.  Also
    include applicable federal, military, industry, and technical
    society publication references.

b.  Dimension drawings, except diagrams and schematic drawings.
    Prepare drawings demonstrating interface with other trades to
    scale. Use the same unit of measure for shop drawings as indicated
    on the contract drawings. Identify materials and products for work
    shown.

Present shop drawings sized 8 1/2 by 11 inches as part of the bound
volume for submittals. Present larger drawings in sets. Submit an
electronic copy of drawings in PDF format.

1.6.3.2.1    Drawing Identification

Include on each drawing the drawing title, number, date, and
revision numbers and dates, in addition to information required in
paragraph IDENTIFYING SUBMITTALS.

Number drawings in a logical sequence. Each drawing is to bear the
number of the submittal in a uniform location next to the title block.
Place the Government contract number in the margin, immediately below
the title block, for each drawing.

Reserve a blank space, no smaller than 2 inches on the right-hand
side of each sheet for the Government disposition stamp.

### 1.6.3.3    Format of SD-03 Product Data

Present product data submittals for each section as a complete, bound
volume. Include a table of contents, listing the page and catalog item
numbers for product data.

Indicate, by prominent notation, each product that is being submitted;
indicate the specification section number and paragraph number to which
it pertains.

### 1.6.3.3.1    Product Information

Supplement product data with material prepared for the project to satisfy
the submittal requirements where product data does not exist.  Identify
this material as developed specifically for the project, with information
and format as required for submission of SD-07 Certificates.

Provide product data in units used in the Contract documents.  Where
product data are included in preprinted catalogs with another unit,
submit the dimensions in contract document units, on a separate sheet.

### 1.6.3.3.2    Standards

Where equipment or materials are specified to conform to industry or
technical-society reference standards of such organizations as the
American National Standards Institute (ANSI), ASTM International (ASTM),
National Electrical Manufacturer's Association (NEMA), Underwriters
Laboratories (UL), or Association of Edison Illuminating Companies
(AEIC), submit proof of such compliance. The label or listing by the
specified organization will be acceptable evidence of compliance. In
lieu of the label or listing, submit a certificate from an independent
testing organization, competent to perform testing, and approved by the
Contracting Officer. State on the certificate that the item has been
tested in accordance with the specified organization's test methods and
that the item complies with the specified organization's reference
standard.

### 1.6.3.3.3    Data Submission

Collect required data submittals for each specific material, product,
unit of work, or system into a single submittal that is marked for
choices, options, and portions applicable to the submittal. Mark each
copy of the product data identically. Partial submittals will not be
accepted for expedition of the construction effort.

Submit the manufacturer's instructions before installation.

### 1.6.3.4    Format of SD-04 Samples

1.6.3.4.1    Sample Characteristics

Furnish samples in the following sizes, unless otherwise specified or
unless the manufacturer has prepackaged samples of approximately the
same size as specified:

a.   Sample of Equipment or Device: Full size.

b.   Sample of Materials Less Than 2 by 3 inches:  Built up to 8 1/2 by
     11 inches.

c.   Sample of Materials Exceeding 8 1/2 by 11 inches:  Cut down
     to 8 1/2 by 11 inches and adequate to indicate color,
     texture, and material variations.

d.   Sample of Linear Devices or Materials: 10 inch length or length to
     be supplied, if less than 10 inches. Examples of linear devices or
     materials are conduit and handrails.

e.   Sample Volume of Nonsolid Materials:  Uint. Examples of
     nonsolid materials are sand and paint.

f.   Color Selection Samples: 2 by 4 inches.  Where samples are
     specified for selection of color, finish, pattern, or texture,
     submit the full set of available choices for the material or
     product specified. Sizes and quantities of samples are to
     represent their respective standard unit.

g.   Sample Panel:  4 by 4 feet.

h.   Sample Installation:  100 square feet.

1.6.3.4.2    Sample Incorporation

Reusable Samples: Incorporate returned samples into work only if
so specified or indicated. Incorporated samples are to be in
undamaged condition at the time of use.

Recording of Sample Installation:  Note and preserve the notation of
any area constituting a sample installation, but remove the notation
at the final clean-up of the project.

1.6.3.4.3    Comparison Sample

Samples Showing Range of Variation:  Where variations in color, finish,
pattern, or texture are unavoidable due to nature of the materials,
submit sets of samples of not less than three units showing extremes and
middle of range. Mark each unit to describe its relation to the range of
the variation.

When color, texture, or pattern is specified by naming a particular
manufacturer and style, include one sample of that manufacturer and
style, for comparison.

1.6.3.5    Format of SD-05 Design Data

Provide design data and certificates on 8 1/2 by 11 inch paper. Provide
a bound volume for submittals containing numerous pages.

1.6.3.6    Format of SD-06 Test Reports

  Provide reports on 8 1/2 by 11 inch paper in a complete bound volume.

  By prominent notation, indicate each report in the submittal.  Indicate
  the specification number and paragraph number to which each report
  pertains.

1.6.3.7    Format of SD-07 Certificates

  Provide design data and certificates on 8 1/2 by 11 inch paper. Provide
  a bound volume for submittals containing numerous pages.

1.6.3.8    Format of SD-08 Manufacturer's Instructions

  Present manufacturer's instructions submittals for each section as a
  complete, bound volume. Include the manufacturer's name, trade name,
  place of manufacture, and catalog model or number on product data. Also
  include applicable federal, military, industry, and technical-society
  publication references. If supplemental information is needed to clarify
  the manufacturer's data, submit it as specified for SD-07 Certificates.

  Submit the manufacturer's instructions before installation.

1.6.3.8.1    Standards

  Where equipment or materials are specified to conform to industry or
  technical-society reference standards of such organizations as the
  American National Standards Institute (ANSI), ASTM International (ASTM),
  National Electrical Manufacturer's Association (NEMA), Underwriters
  Laboratories (UL), or Association of Edison Illuminating Companies
  (AEIC), submit proof of such compliance. The label or listing by the
  specified organization will be acceptable evidence of compliance.   In
  lieu of the label or listing, submit a certificate from an independent
  testing organization, competent to perform testing, and approved by the
  Contracting Officer. State on the certificate that the item has been
  tested in accordance with the specified organization's test methods and
  that the item complies with the specified organization's reference
  standard.

1.6.3.9    Format of SD-09 Manufacturer's Field Reports

  Provide reports on 8 1/2 by 11 inch paper in a complete bound volume.

  By prominent notation, indicate each report in the submittal. Indicate
  the specification number and paragraph number to which each report
  pertains.

1.6.3.10    Format of SD-10 Operation and Maintenance Data (O&M)

  Comply with the requirements specified in Section 01 78 23 OPERATION
  AND MAINTENANCE DATA for O&M Data format.

1.6.3.11    Format of SD-11 Closeout Submittals

  When the submittal includes a document that is to be used in the project
  or is to become part of the project record, other than as a submittal,
  do not apply the Contractor's approval stamp to the document itself, but

to a separate sheet accompanying the document.

Provide data in the unit of measure used in the contract documents.

1.6.4    Source Drawings for Shop Drawings

1.6.4.1    Source Drawings

The entire set of source drawing files (DWG) will not be provided to
the Contractor. Request the specific Drawing Number for the preparation
of shop drawings. Only those drawings requested to prepare shop
drawings will be provided. These drawings are provided only after
award.

1.6.4.2    Terms and Conditions

Data contained on these electronic files must not be used for any
purpose other than as a convenience in the preparation of construction
data for the referenced project. Any other use or reuse is at the sole
risk of the Contractor and without liability or legal exposure to the
Government. The Contractor must make no claim, and waives to the fullest
extent permitted by law any claim or cause of action of any nature
against the Government, its agents, or its subconsultants that may arise
out of or in connection with the use of these electronic files. The
Contractor must, to the fullest extent permitted by law, indemnify and
hold the Government harmless against all damages, liabilities, or costs,
including reasonable attorney's fees and defense costs, arising out of
or resulting from the use of these electronic files.

These electronic source drawing files are not construction documents.
Differences may exist between the source drawing files and the
corresponding construction documents. The Government makes no
representation regarding the accuracy or completeness of the electronic
source drawing files, nor does it make representation to the
compatibility of these files with the Contractor hardware or software.
The Contractor is responsible for determining if any conflict exists.In
the event that a conflict arises between the signed and sealed
construction documents prepared by the Government and the furnished
source drawing files, the signed and sealed construction documents
govern. Use of these source drawing files does not relieve the
Contractor of the duty to fully comply with the contract documents,
including and without limitation the need to check, confirm and
coordinate the work of all contractors for the project. If the
Contractor uses, duplicates or modifies these electronic source drawing
files for use in producing construction data related to this contract,
remove all previous indication of ownership (seals, logos, signatures,
initials and dates).

1.6.5    Electronic File Format

Provide submittals in electronic format, with the exception of material
samples required for SD-04 Samples items.  Compile the submittal file as
a single, complete document, to include the Transmittal Form described
within.  Name the electronic submittal file specifically according to
its contents, and coordinate the file naming convention with the
Contracting Officer.  Electronic files must be of sufficient quality
that all information is legible. Use PDF as the electronic format,
unless otherwise specified or directed by the Contracting Officer.
Generate PDF files from original documents with bookmarks so that the

text included in the PDF file is searchable and can be copied.     If
documents are scanned, optical character resolution (OCR) routines are
required.  Index and bookmark files exceeding 30 pages to    allow
efficient navigation of the file.  When required, the electronic file
must include a valid electronic signature or a scan of a signature.

E-mail electronic submittal documents smaller than 10MB to an e-
mail address as directed by the Contracting Officer.     Provide
electronic documents over 10 MB on an optical disc or through an
electronic file sharing system such as the AMRDEC SAFE Web
Application located at the following website:
https://safe.amrdec.army.mil/safe/.

1.7     QUANTITY OF SUBMITTALS

1.7.1     Number of SD-01 Preconstruction Submittal Copies

Unless otherwise specified, submit three sets of
administrative submittals.

1.7.2     Number of SD-02 Shop Drawing Copies

Submit six copies of submittals of shop drawings requiring review and
approval by a QC organization.  Submit seven copies of shop drawings
requiring review and approval by the Contracting Officer.

1.7.3     Number of SD-03 Product Data Copies

Submit in compliance with quantity requirements specified for shop
drawings.

1.7.4     Number of SD-04 Samples

a.  Submit two samples, or two sets of samples showing the range of
    variation, of each required item.  One approved sample or set of
    samples will be retained by the approving authority and one will be
    returned to the Contractor.

b.  Submit one sample panel or provide one sample installation where
    directed.  Include components listed in the technical section or
    as directed.

c.  Submit one sample installation, where directed.

d.  Submit one sample of nonsolid materials.

1.7.5     Number of SD-05 Design Data Copies

Submit in compliance with quantity requirements specified for shop
drawings.

1.7.6     Number of SD-06 Test Report Copies

Submit in compliance with quantity and quality requirements specified
for shop drawings, other than field test results that will be submitted
with QC reports.

1.7.7     Number of SD-07 Certificate Copies

Submit in compliance with quantity requirements specified for shop
drawings.

1.7.8    Number of SD-08 Manufacturer's Instructions Copies

Submit in compliance with quantity requirements specified for shop
drawings.

1.7.9    Number of SD-09 Manufacturer's Field Report Copies

Submit in compliance with quantity and quality requirements specified
for shop drawings other than field test results that will be submitted
with QC reports.

1.7.10    Number of SD-10 Operation and Maintenance Data Copies

Submit five copies of O&M data to the Contracting Officer for review
and approval.

1.7.11    Number of SD-11 Closeout Submittals Copies

Unless otherwise specified, submit three sets of administrative
submittals.

1.8    INFORMATION ONLY SUBMITTALS

Submittals without a "G" designation must be certified by the QC manager
and submitted to the Contracting Officer for information-only.  Approval
of the Contracting Officer is not required on information only
submittals. The Contracting Officer will mark "receipt acknowledged" on
submittals for information and will return only the transmittal cover
sheet to the Contractor. Normally, submittals for information only will
not be returned. However, the Government reserves the right to return
unsatisfactory submittals and require the Contractor to resubmit any
item found not to comply with the contract. This does not relieve the
Contractor from the obligation to furnish material conforming to the
plans and specifications; will not prevent the Contracting Officer from
requiring removal and replacement of nonconforming material incorporated
in the work; and does not relieve the Contractor of the requirement to
furnish samples for testing by the Government laboratory or for check
testing by the Government in those instances where the technical
specifications so prescribe.

1.9    PROJECT SUBMITTAL REGISTER AND DATABASE

A sample Project Submittal Register showing items of equipment
and materials for when submittals are required by the
specifications is provided as "Appendix A - Submittal Register."

1.9.1    Submittal Management

Prepare and maintain a submittal register, as the work progresses.  Use
an electronic submittal register program furnished by the Government. Do
not change data that is output in columns (c), (d), (e), and (f) as
delivered by Government; retain data that is output in columns (a), (g),
(h), and (i) as approved.  As an attachment, provide a submittal
register showing items of equipment and materials for which submittals
are required by the specifications. This list may not be all-inclusive

and additional submittals may be required. Maintain a submittal register for the project  in accordance with Section 01 45 00.15 10 RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE(RMS CM).

> Column (c):  Lists specification section in which submittal is required.

> Column (d):  Lists each submittal description (SD Number. and type, e.g., SD-02 Shop Drawings) required in each specification section.

> Column (e): Lists one principal paragraph in each specification section where a material or product is specified. This listing is only to facilitate locating submitted requirements. Do  not consider entries in column (e) as limiting the project requirements.

> Column (f):  Lists the approving authority for each submittal.

The database and submittal management program will be furnished to the Contractor on a writable compact disk (CD-R), for operation on a Windows-based personal computer.

Thereafter, the Contractor is to track all submittals by maintaining a complete list, including completion of all data columns and all dates on which submittals are received by and returned by the Government.

## 1.9.2   Preconstruction Use of Submittal Register

Submit the submittal register as an electronic database, using the submittal management program furnished to Contractor.  Include the QC plan and the project schedule. Verify that all submittals required for the project are listed and add missing submittals. Coordinate and complete the following fields on the register database submitted with the QC plan and the project schedule:

> Column (a) Activity Number:  Activity number from the project schedule.

> Column (g) Contractor Submit Date:  Scheduled date for the approving authority to receive submittals.

> Column (h) Contractor Approval Date:  Date that Contractor needs approval of submittal.

> Column (i) Contractor Material:  Date that Contractor needs material delivered to Contractor control.

1.9.3       Contractor Use of Submittal Register

Update the following fields in the Government-furnished submittal
register program or equivalent fields in the program used by the
Contractor with each submittal throughout the contract.

> Column (b) Transmittal Number:  List of
> consecutive, Contractor-assigned numbers.

> Column (j) Action Code (k):  Date of action used to
> record Contractor's review when forwarding submittals
> to QC.

> Column (l) Date submittal

> transmitted. Column (q) Date

> approval was received.

1.9.4   Approving Authority Use of Submittal

Register Update the following fields:

> Column (b) Transmittal Number:  List of
> consecutive, Contractor-assigned numbers.

> Column (l) Date submittal was received.

> Column (m) through (p) Dates of review

> actions. Column (q) Date of return to

> Contractor.

1.9.5   Action Codes

Entries for columns (j) and (o) are to be used as follows (others may
be prescribed by the Transmittal Form):

1.9.5.1   Government Review Action Codes

> "A" - "Approved as submitted"; "Completed"

> "B" - "Approved, except as noted on drawings"; "Completed"

> "C" - "Approved, except as noted on drawings;
> resubmission required"; "Resubmit"

"D" - "Returned by separate correspondence";

"Completed" "E" - "Disapproved (See attached)";

"Resubmit"

"F" - "Receipt acknowledged";

"Completed" "G" - "Other (Specify)";

"Resubmit"

"X" - "Receipt acknowledged, does not comply with contract requirements"; "Resubmit"

1.9.5.2   Government Review Action

Codes "A" - "Approved as

submitted" "AN" -

"Approved as noted"

"RR" - "Disapproved as submitted";

"Completed" "NR" - "Not Reviewed"

"RA" - "Receipt Acknowledged"

1.9.5.3   Contractor Action Codes

| DESIGN BID BUILD SUBMITTALS | | | |
|---|---|---|---|
| Submittal Classifications shown in UFGS Sections | Submittal Classification | Corresponding SpecsIntact Submittal Register Code which is populated in the SI Submittal Register. Software Limitations: (The software shows one character delineation in the SpecsIntact Submittal Register) | RMS - The following Submittal Classifications are populated in RMS when the SpecsIntact Submittal Data File is pulled into RMS) |
| G | Submittal requires Government | G | GA |
| BLANK | Submittal is For Information Only (FIO) | BLANK | FIO |

| S | Submittal is for documentation of Sustainable requirements | S | S/FIO |
|---|---|---|---|

## 1.9.6   Delivery of Copies

Submit an updated electronic copy of the submittal register to the
Contracting Officer with each invoice request , unless a paper copy
is requested by the Contracting Officer. Provide an updated
Submittal Register monthly regardless of whether an invoice is
submitted.

## 1.10     VARIATIONS

Variations from contract requirements require Contracting Officer
approval pursuant to contract Clause FAR 52.236-21 Specifications and
Drawings for Construction, and will be considered where advantageous to
the Government.

## 1.10.1    Considering Variations

Discussion of variations with the Contracting Officer before submission
will help ensure that functional and quality requirements are met and
minimize rejections and resubmittals.  When contemplating a variation
that results in lower cost, consider submission of the variation as a
Value Engineering Change Proposal (VECP).

Specifically point out variations from contract requirements in
transmittal letters. Failure to point out variations may cause the
Government to require rejection and removal of such work at no
additional cost to the Government.

## 1.10.2    Proposing Variations

When proposing variation, deliver a written request to the Contracting
Officer, with documentation of the nature and features of the variation
and why the variation is desirable and beneficial to Government. Include
the DOR's written analysis and approval. If lower cost is a benefit,
also include an estimate of the cost savings. In addition to

documentation required for variation, include the submittals required
for the item. Clearly mark the proposed variation in all documentation.
Check the column "variation" of ENG Form 4025 for submittals that
include variations proposed by the Contractor. Set forth in writing the
reason for any variations and note such variations on the submittal. The
Government reserves the right to rescind inadvertent approval of
submittals containing unnoted variations.

1.10.3   Warranting that Variations are Compatible

When delivering a variation for approval, the Contractor warrants that
this contract has been reviewed to establish that the variation, if
incorporated, will be compatible with other elements of work.

1.10.4   Review Schedule Extension

In addition to the normal submittal review period, a period of 14
calendar working days will be allowed for the Government to consider
submittals with variations.

1.11     SCHEDULING

Schedule and submit concurrently product data and shop drawings
covering component items forming a system or items that are
interrelated.    Submit pertinent certifications at the same time. No
delay damages or time extensions will be allowed for time lost in
late submittals.

   a.   Coordinate scheduling, sequencing, preparing, and processing of
        submittals with performance of work so that work will not be delayed
        by submittal processing.    The Contractor is responsible for
        additional time required for Government reviews resulting from
        required resubmittals. The review period for each resubmittal is the
        same as for the initial submittal.

   b.   Submittals required by the contract documents are listed on the
        submittal register.  If a submittal is listed in the submittal
        register but does not pertain to the contract work, the Contractor
        is to include the submittal in the register and annotate it "N/A"
        with a brief explanation.    Approval by the Contracting Officer
        does not relieve the Contractor of supplying submittals required by
        the contract documents but that have been omitted from the register
        or marked "N/A."

   c.   Resubmit the submittal register and annotate it monthly with
        actual submission and approval dates. When all items on the
        register have been fully approved, no further resubmittal is
        required. Contracting Officer review will be completed
        within 7 calendar working days after the date of submission.

   d.   Except as specified otherwise, allow a review period, beginning with
        receipt by the approving authority, that includes at least 5 working
        days for submittals for QC manager approval and 5 working days for
        submittals where the Contracting Officer is the approving authority.
        The period of review for submittals with Contracting Officer
        approval begins when the Government receives the submittal from the
        QC organization.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

    e. For submittals requiring review by a Government fire protection engineer, allow a review period, beginning when the Government receives the submittal from the QC organization, of 5 working days for return of the submittal to the Contractor.

At the Preconstruction conference, provide the following schedule of submittals for approval by the Contracting Officer:

    d. A schedule of shop drawings and technical submittals required by the specifications and drawings.  Indicate the specification or drawing reference requiring the submittal; the material, item, or process for which the submittal is required; the "SD" number and identifying title of the submittal; the anticipated submission date, and the approval need date.

    e. A separate schedule of other submittals required under the contract but not listed in the specifications or drawings. Indicate the contract requirement reference, the type or title of the submittal, the anticipated submission date, and the approval need date (if approval is required).

## 1.11.1   Reviewing, Certifying, and Approving Authority

The QC Manager is responsible for reviewing all submittals and certifying that they are in compliance with contract requirements. The approving authority on submittals is the QC Manager unless otherwise specified. At each "Submittal" paragraph in individual specification sections, a notation "G" following a submittal item indicates that the Contracting Officer is the approving authority for that submittal item. Provide an additional copy of the submittal to the Government Approving authority

## 1.11.2   Constraints

Conform to provisions of this section, unless explicitly stated otherwise for submittals listed or specified in this contract.

Submit complete submittals for each definable feature of the work.  At the same time, submit components of definable features that are interrelated as a system.

When acceptability of a submittal is dependent on conditions, items, or materials included in separate subsequent submittals, the submittal will be returned without review.

Approval of a separate material, product, or component does not imply approval of the assembly in which the item functions.

## 1.11.3   QC Organization Responsibilities

    a. Review submittals for conformance with project design concepts and compliance with contract documents.

    b. Process submittals based on the approving authority indicated in the submittal register.

        (1) When the QC manager is the approving authority, take appropriate action on the submittal from the possible actions

defined in paragraph APPROVED SUBMITTALS.

    (2) When the Contracting Officer is the approving authority or when variation has been proposed, forward the submittal to the Government, along with a certifying statement, or return the submittal marked "not reviewed" or "revise and resubmit" as appropriate. The QC organization's review of the submittal determines the appropriate action.

c.  Ensure that material is clearly legible.

d.  Stamp each sheet of each submittal with a QC certifying statement or an approving statement, except that data submitted in a bound volume or on one sheet printed on two sides may be stamped on the front of the first sheet only.

    (1) When the approving authority is the Contracting Officer, the QC organization will certify submittals forwarded to the Contracting Officer with the following certifying statement:

"I hereby certify that the (equipment) (material) (article) shown and marked in this submittal is that proposed to be incorporated with Contract Number [_____] is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is submitted for Government approval.

Certified by Submittal Reviewer_, Date __ (Signature when applicable)

Certified by QC Manager__, Date__" (Signature)

    (2) When approving authority is the QC manager, the QC manager will use the following approval statement when returning submittals to the Contractor as "Approved" or "Approved as Noted."

"I hereby certify that the (material) (equipment) (article) shown and marked in this submittal and proposed to be incorporated with Contract Number [_____] is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is approved for use.

Certified by Submittal Reviewer__, Date __ (Signature when applicable)

Approved by QC Manager__, Date__" (Signature)

e.  Sign the certifying statement or approval statement.  The QC organization member designated in the approved QC plan is the person signing certifying statements. The use of original ink for signatures is required. Stamped signatures are not acceptable.

f.  Update the submittal register as submittal actions occur, and maintain the submittal register at the project site until final acceptance of all work by the Contracting Officer.

g.  Retain a copy of approved submittals and approved samples at

the project site.

h. For "S" submittals, provide a copy of the approved submittal to the Government Approving authority.

## 1.11.4   Government Reviewed

The Government will review submittals for conformance with the technical requirements of the Solicitation. Government review is required for variations from the completed design. Review will be only for conformance with the contract requirements. Included are only those construction submittals for which the DOR's design documents do not include enough detail to ascertain contract compliance. The Government may, but is not required to, review extensions of design such as structural steel or reinforcement shop drawings.

## 1.12   GOVERNMENT APPROVING AUTHORITY

When the approving authority is the Contracting Officer, the Government will:

a. Note the date on which the submittal was received from the QC manager.

b. Review submittals for approval within the scheduling period specified and only for conformance with project design concepts and compliance with contract documents.

c. Identify returned submittals with one of the actions defined in paragraph REVIEW NOTATIONS and with comments and markings appropriate for the action indicated.

Upon completion of review of submittals requiring Government approval, stamp and date submittals. 3 copies of the submittal will be retained by the Contracting Officer and 3 copies of the submittal will be returned to the Contractor.  If the Government performs a conformance review of other Designer of Record approved submittals, the submittals will be identified and returned, as described above.

## 1.12.1   Review Notations

Contracting Officer review will be completed within 3 working days, not including weekends or Federal holidays, after date of submission. Submittals will be returned to the Contractor with the following notations:

a. Submittals marked "approved" or "accepted" authorize proceeding with the work covered.

b. Submittals marked "approved as noted" or "approved, except as noted, resubmittal not required," authorize proceeding with the work covered provided that the Contractor takes no exception to the corrections.

c. Submittals marked "not approved," "disapproved," or "revise and resubmit" indicate incomplete submittal or noncompliance with the contract requirements or design concept.  Resubmit with appropriate changes.  Do not proceed with work for this item until the resubmittal is approved.

d.  Submittals marked "not reviewed" indicate that the submittal has
    been previously reviewed and approved, is not required, does not
    have evidence of being reviewed and approved by Contractor, or is
    not complete. A submittal marked "not reviewed" will be returned
    with an explanation of the reason it is not reviewed. Resubmit
    submittals returned for lack of review by Contractor or for being
    incomplete, with appropriate action, coordination, or change.

e.  Submittals marked "receipt acknowledged" indicate that submittals
    have been received by the Government.   This applies only to
    "information-only submittals" as previously defined.

1.13   DISAPPROVED SUBMITTALS

Make corrections required by the Contracting Officer. If the Contractor
considers any correction or notation on the returned submittals to
constitute a change to the contract drawings or specifications, give
notice to the Contracting Officer as required under the FAR clause
titled CHANGES.  The Contractor is responsible for the dimensions and
design of connection details and the construction of work.  Failure to
point out variations may cause the Government to require rejection and
removal of such work at the Contractor's expense.

If changes are necessary to submittals, make such revisions and resubmit
in accordance with the procedures above. No item of work requiring a
submittal change is to be accomplished until the changed submittals are
approved.

1.14   APPROVED SUBMITTALS

The Contracting Officer's approval of submittals is not to be construed
as a complete check, and indicates only that the general method of
construction, materials, detailing, and other information are
satisfactory. The general method of construction, materials, detailing,
and other information appear to meet the Solicitation and Accepted
Proposal.

Approval or acceptance by the Government for a submittal does not
relieve the Contractor of the responsibility for meeting the contract
requirements or for any error that may exist, because under the Quality
Control (QC) requirements of this contract, the Contractor is
responsible for ensuring information contained with in each submittal
accurately conforms with the requirements of the contract documents.

After submittals have been approved or accepted by the Contracting
Officer, no resubmittal for the purpose of substituting materials or
equipment will be considered unless accompanied by an explanation of why
a substitution is necessary.

1.15   APPROVED SAMPLES

Approval of a sample is only for the characteristics or use named in
such approval and is not be construed to change or modify any contract
requirements.  Before submitting samples, provide assurance that the
materials or equipment will be available in quantities required in the
project.  No change or substitution will be permitted after a sample
has been approved.

Match the approved samples for materials and equipment incorporated in the work. If requested, approved samples, including those that may be damaged in testing, will be returned to the Contractor, at its expense, upon completion of the contract. Unapproved samples will also be returned to the Contractor at its expense, if so requested.

Failure of any materials to pass the specified tests will be sufficient cause for refusal to consider, under this contract, any further samples of the same brand or make as that material.  The Government reserves the right to disapprove any material or equipment that has previously proved unsatisfactory in service.

Samples of various materials or equipment delivered on the site or in place may be taken by the Contracting Officer for testing.   Samples failing to meet contract requirements will automatically void previous approvals. Replace such materials or equipment to meet contract requirements.

1.16    WITHHOLDING OF PAYMENT

Payment for materials incorporated in the work will not be made if required approvals have not been obtained. No payment for materials incorporated in the work will be made unless all required DOR approvals or required Government approvals have been obtained. No payment will be made for any materials incorporated into the work for any conformance review submittals or information-only submittals found to contain errors or deviations from the Solicitation or Accepted Proposal.

1.17    STAMPS

Stamps on the submittal data to certify that the submittal meets contract requirements are to be similar to the following:

```
|----------------------------------------------------------------------|
|                             CONTRACTOR                               |
|                                                                      |
|                           (Firm Name)                                |
|                                                                      |
|                                                                      |
|                                                                      |
|  _____   Approved                                                   |
|                                                                      |
|                                                                      |
|  _____   Approved with corrections as noted on submittal data and/or|
| attached sheet (s)                                                   |
|                                                                      |
|                                                                      |
|                                                                      |
| SIGNATURE: _____        |
|                                                                      |
| TITLE: _____        |
|                                                                      |
| DATE: _____        |
|                                                                      |
|----------------------------------------------------------------------|
```

**PART 2    PRODUCTS**

Not Used

**PART 3    EXECUTION**


Not Used

**-- End of Section --**

SECTION 01 35 26

GOVERNMENTAL SAFETY REQUIREMENTS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN SOCIETY OF SAFETY ENGINEERS (ASSE/SAFE)

ASSE/SAFE A10.22                (2007; R 2017) Safety Requirements for
                                Rope-Guided and Non-Guided Workers' Hoists

ASSE/SAFE A10.34                (2001; R 2012) Protection of the Public on
                                or Adjacent to Construction Sites

ASSE/SAFE A10.44                (2014) Control of Energy Sources
                                (Lockout/Tagout) for Construction and
                                Demolition Operations

ASSE/SAFE Z244.1                (2003; R 2014) Control of Hazardous Energy
                                Lockout/Tagout and Alternative Methods

ASSE/SAFE Z359.0                (2012) Definitions and Nomenclature Used
                                for Fall Protection and Fall Arrest

ASSE/SAFE Z359.1                (2016) The Fall Protection Code

ASSE/SAFE Z359.11               (2014) Safety Requirements for Full Body
                                Harnesses

ASSE/SAFE Z359.12               (2009) Connecting Components for Personal
                                Fall Arrest Systems

ASSE/SAFE Z359.13               (2013) Personal Energy Absorbers and
                                Energy Absorbing Lanyards

ASSE/SAFE Z359.14               (2014) Safety Requirements for
                                Self-Retracting Devices for Personal Fall
                                Arrest and Rescue Systems

ASSE/SAFE Z359.15               (2014) Safety Requirements for Single
                                Anchor Lifelines and Fall Arresters for
                                Personal Fall Arrest Systems

ASSE/SAFE Z359.2                (2017) Minimum Requirements for a
                                Comprehensive Managed Fall Protection
                                Program

ASSE/SAFE Z359.3                (2017) Safety Requirements for Lanyards
                                and Positioning Lanyards

ASSE/SAFE Z359.4                (2013) Safety Requirements for

|  |  |
|---|---|
|  | Assisted-Rescue and Self-Rescue Systems, Subsystems and Components |
| ASSE/SAFE Z359.6 | (2016) Specifications and Design Requirements for Active Fall Protection Systems |
| ASSE/SAFE Z359.7 | (2011) Qualification and Verification Testing of Fall Protection Products |
| ASSE/SAFE Z490.1 | (2016) Criteria for Accepted Practices in Safety, Health, and Environmental Training |

### ASME INTERNATIONAL (ASME)

|  |  |
|---|---|
| ASME B30.20 | (2013; INT Oct 2010 - May 2012) Below-the-Hook Lifting Devices |
| ASME B30.22 | (2016) Articulating Boom Cranes |
| ASME B30.23 | (2011) Personnel Lifting Systems Safety Standard for Cableways, Cranes, Derricks, Hoists, Hooks, Jacks, and Slings |
| ASME B30.26 | (2015; INT Jun 2010 - Jun 2014) Rigging Hardware |
| ASME B30.3 | (2016) Tower Cranes |
| ASME B30.5 | (2014) Mobile and Locomotive Cranes |
| ASME B30.7 | (2011) Winches |
| ASME B30.8 | (2015) Floating Cranes and Floating Derricks |
| ASME B30.9 | (2014; INT Feb 2011 - Nov 2013) Slings |

### ASTM INTERNATIONAL (ASTM)

|  |  |
|---|---|
| ASTM F855 | (2015) Standard Specifications for Temporary Protective Grounds to Be Used on De-energized Electric Power Lines and Equipment |

### INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)

|  |  |
|---|---|
| IEEE 1048 | (2003) Guide for Protective Grounding of Power Lines |
| IEEE C2 | (2017; Errata 1-2 2017; INT 1 2017) National Electrical Safety Code |

### NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA)

|  |  |
|---|---|
| NASA NPR 8621.1 | (2006b; Change 7) NASA Procedural Requirements for Mishap and Close Call Reporting, Investigating, and Recordkeeping |

NASA NPR 8715.3                    (2008c; Change 9) NASA General Safety
                                   Program Requirements

NASA-STD 8719.12                   (2018a) Safety Standard for Explosives,
                                   Propellants, and Pyrotechnics

        NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION (NEMA)

NEMA Z535.2                        (2011)  Environmental and Facility Safety
                                   Signs

        NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 10                            (2018; TIA 18-1) Standard for Portable
                                   Fire Extinguishers

NFPA 241                           (2013; Errata 2015) Standard for
                                   Safeguarding Construction, Alteration, and
                                   Demolition Operations

NFPA 306                           (2014) Standard for Control of Gas Hazards
                                   on Vessels

NFPA 51B                           (2014) Standard for Fire Prevention During
                                   Welding, Cutting, and Other Hot Work

NFPA 70                            (2017; ERTA 1-2 2017; TIA 17-1; TIA 17-2;
                                   TIA 17-3; TIA 17-4; TIA 17-5; TIA 17-6;
                                   TIA 17-7; TIA 17-8; TIA 17-9; TIA 17-10;
                                   TIA 17-11; TIA 17-12; TIA 17-13; TIA
                                   17-14) National Electrical Code

NFPA 70E                           (2018; TIA 18-1; TIA 81-2) Standard for
                                   Electrical Safety in the Workplace

        TELECOMMUNICATIONS INDUSTRY ASSOCIATION (TIA)

TIA-1019                           (2012; R 2016) Standard for Installation,
                                   Alteration and Maintenance of Antenna
                                   Supporting Structures and Antennas

TIA-222                            (2005G; Add 1 2007; Add 2 2009; Add 3
                                   2014; Add 4 2014; R 2014; R 2016)
                                   Structural Standards for Steel Antenna
                                   Towers and Antenna Supporting Structures

        U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                         (2014) Safety and Health Requirements
                                   Manual

        U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

10 CFR 20                          Standards for Protection Against Radiation

29 CFR 1910                        Occupational Safety and Health Standards

29 CFR 1910.146                    Permit-required Confined Spaces

| 29 CFR 1910.147 | The Control of Hazardous Energy (Lock Out/Tag Out) |
| 29 CFR 1910.333 | Selection and Use of Work Practices |
| 29 CFR 1915 | Confined and Enclosed Spaces and Other Dangerous Atmospheres in Shipyard Employment |
| 29 CFR 1915.89 | Control of Hazardous Energy (Lockout/Tags-Plus) |
| 29 CFR 1919 | Gear Certification |
| 29 CFR 1926 | Safety and Health Regulations for Construction |
| 29 CFR 1926.1400 | Cranes and Derricks in Construction |
| 29 CFR 1926.16 | Rules of Construction |
| 29 CFR 1926.450 | Scaffolds |
| 29 CFR 1926.500 | Fall Protection |
| 29 CFR 1926.552 | Material Hoists, Personal Hoists, and Elevators |
| 29 CFR 1926.553 | Base-Mounted Drum Hoists |
| 49 CFR 173 | Shippers - General Requirements for Shipments and Packagings |
| CPL 02-01-056 | (2014) Inspection Procedures for Accessing Communication Towers by Hoist |
| CPL 2.100 | (1995) Application of the Permit-Required Confined Spaces (PRCS) Standards, 29 CFR 1910.146 |

## 1.2   DEFINITIONS

### 1.2.1   Competent Person (CP)

The CP is a person designated in writing, who, through training, knowledge and experience, is capable of identifying, evaluating, and addressing existing and predictable hazards in the working environment or working conditions that are dangerous to personnel, and who has authorization to take prompt corrective measures with regards to such hazards.

### 1.2.2   Competent Person, Confined Space

The CP, Confined Space, is a person meeting the competent person requirements as defined EM 385-1-1 Appendix Q, with thorough knowledge of OSHA's Confined Space Standard, 29 CFR 1910.146, and designated in writing to be responsible for the immediate supervision, implementation and monitoring of the confined space program, who through training, knowledge and experience in confined space entry is capable of identifying, evaluating and addressing existing and potential confined space hazards

and, who has the authority to take prompt corrective measures with regard to such hazards.

## 1.2.3    Competent Person, Cranes and Rigging

The CP, Cranes and Rigging, as defined in EM 385-1-1 Appendix Q, is a person meeting the competent person, who has been designated in writing to be responsible for the immediate supervision, implementation and monitoring of the Crane and Rigging Program, who through training, knowledge and experience in crane and rigging is capable of identifying, evaluating and addressing existing and potential hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

## 1.2.4    Competent Person, Excavation/Trenching

A CP, Excavation/Trenching, is a person meeting the competent person requirements as defined in EM 385-1-1 Appendix Q and 29 CFR 1926, who has been designated in writing to be responsible for the immediate supervision, implementation and monitoring of the excavation/trenching program, who through training, knowledge and experience in excavation/trenching is capable of identifying, evaluating and addressing existing and potential hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

## 1.2.5    Competent Person, Fall Protection

The CP, Fall Protection, is a person meeting the competent person requirements as defined in EM 385-1-1 Appendix Q and in accordance with ASSE/SAFE Z359.0, who has been designated in writing by the employer to be responsible for immediate supervising, implementing and monitoring of the fall protection program, who through training, knowledge and experience in fall protection and rescue systems and equipment, is capable of identifying, evaluating and addressing existing and potential fall hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

## 1.2.6    Competent Person, Scaffolding

The CP, Scaffolding is a person meeting the competent person requirements in EM 385-1-1 Appendix Q, and designated in writing by the employer to be responsible for immediate supervising, implementing and monitoring of the scaffolding program.  The CP for Scaffolding has enough training, knowledge and experience in scaffolding to correctly identify, evaluate and address existing and potential hazards and also has the authority to take prompt corrective measures with regard to these hazards.  CP qualifications must be documented and include experience on the specific scaffolding systems/types being used, assessment of the base material that the scaffold will be erected upon, load calculations for materials and personnel, and erection and dismantling.  The CP for scaffolding must have a documented, minimum of 8-hours of scaffold training to include training on the specific type of scaffold being used (e.g. mast-climbing, adjustable, tubular frame), in accordance with EM 385-1-1 Section 22.B.02.

## 1.2.7    Competent Person (CP) Trainer

A competent person trainer as defined in EM 385-1-1 Appendix Q, who is qualified in the material presented, and who possesses a working knowledge of applicable technical regulations, standards, equipment and systems related to the subject matter on which they are training Competent

Persons.  A competent person trainer must be familiar with the typical
hazards and the equipment used in the industry they are instructing.  The
training provided by the competent person trainer must be appropriate to
that specific industry.  The competent person trainer must evaluate the
knowledge and skills of the competent persons as part of the training
process.

## 1.2.8   High Risk Activities

High Risk Activities are activities that involve work at heights, crane and
rigging, excavations and trenching, scaffolding, electrical work, and
confined space entry.

## 1.2.9   High Visibility Accident

A High Visibility Accident is any mishap which may generate publicity or
high visibility.

## 1.2.10   Load Handling Equipment (LHE)

LHE is a term used to describe cranes, hoists and all other hoisting
equipment (hoisting equipment means equipment, including crane, derricks,
hoists and power operated equipment used with rigging to raise, lower or
horizontally move a load).

## 1.2.11   Medical Treatment

Medical Treatment is treatment administered by a physician or by registered
professional personnel under the standing orders of a physician.  Medical
treatment does not include first aid treatment even through provided by a
physician or registered personnel.

## 1.2.12   Near Miss

A Near Miss is a mishap resulting in no personal injury and zero property
damage, but given a shift in time or position, damage or injury may have
occurred (e.g., a worker falls off a scaffold and is not injured; a crane
swings around to move the load and narrowly misses a parked vehicle).

## 1.2.13   Operating Envelope

The Operating Envelope is the area surrounding any crane or load handling
equipment. Inside this "envelope" is the crane, the operator, riggers and
crane walkers, other personnel involved in the operation, rigging gear
between the hook, the load, the crane's supporting structure (i.e. ground
or rail), the load's rigging path, the lift and rigging procedure.

## 1.2.14   Qualified Person (QP)

The QP is a person designated in writing, who, by possession of a
recognized degree, certificate, or professional standing, or extensive
knowledge, training, and experience, has successfully demonstrated their
ability to solve or resolve problems related to the subject matter, the
work, or the project.

## 1.2.15   Qualified Person, Fall Protection (QP for FP)

A QP for FP is a person meeting the requirements of EM 385-1-1 Appendix Q,
and ASSE/SAFE Z359.0, with a recognized degree or professional certificate

and with extensive knowledge, training and experience in the fall
protection and rescue field who is capable of designing, analyzing, and
evaluating and specifying fall protection and rescue systems.

## 1.2.16   USACE Property and Equipment

Interpret "USACE" property and equipment specified in USACE EM 385-1-1 as
Government property and equipment.

## 1.2.17   Load Handling Equipment (LHE) Accident or Load Handling Equipment Mishap

A LHE accident occurs when any one or more of the eight elements in the
operating envelope fails to perform correctly during operation, including
operation during maintenance or testing resulting in personnel injury or
death; material or equipment damage; dropped load; derailment;
two-blocking; overload; or collision, including unplanned contact between
the load, crane, or other objects.  A dropped load, derailment,
two-blocking, overload and collision are considered accidents, even though
no material damage or injury occurs.  A component failure (e.g., motor
burnout, gear tooth failure, bearing failure) is not considered an accident
solely due to material or equipment damage unless the component failure
results in damage to other components (e.g., dropped boom, dropped load, or
roll over).  Document an LHE mishap using the Crane High Hazard working
group mishap reporting form.

## 1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.   When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Accident Prevention Plan (APP); G SD-06 Test

Reports

Monthly Exposure Reports

Notifications and Reports

Accident Reports; G LHE

Inspection Reports

SD-07 Certificates

Crane Operators/Riggers

Standard Lift Plan; G Critical

Lift Plan ; G

                    Naval Architecture Analysis; G Activity

                    Hazard Analysis (AHA)

                    Confined Space Entry Permit

                    Hot Work Permit

                    Certificate of Compliance


                    License Certificates

                    Radiography Operation Planning Work Sheet; G Portable

                    Gauge Operations Planning Worksheet; G

1.4    MONTHLY EXPOSURE REPORTS

   Provide a Monthly Exposure Report and attach to the monthly billing
   request.  This report is a compilation of employee-hours worked each month
   for all site workers, both Prime and subcontractor.  Failure to submit the
   report may result in retention of up to 10 percent of the voucher.

1.5    REGULATORY REQUIREMENTS

   In addition to the detailed requirements included in the provisions of this
   contract, comply with the most recent edition of USACE EM 385-1-1, and the
   following federal, state, and local]laws, ordinances, criteria, rules and
   regulations. Submit matters of interpretation of standards to the
   appropriate administrative agency for resolution before starting work.
   Where the requirements of this specification, applicable laws, criteria,
   ordinances, regulations, and referenced documents vary, the most stringent
   requirements govern.

1.6    SITE QUALIFICATIONS, DUTIES, AND MEETINGS

1.6.1    Personnel Qualifications

1.6.1.1    Site Safety and Health Officer (SSHO)

   Provide an SSHO that meets the requirements of EM 385-1-1 Section 1.  The
   SSHO must ensure that the requirements of 29 CFR 1926.16 are met for the
   project.  Provide a Safety oversight team that includes a minimum of one
   (1) person at each project site to function as the Site Safety and Health
   Officer (SSHO).  The SSHO or an equally-qualified Alternate SSHO must be at
   the work site at all times to implement and administer the Contractor's
   safety program and government-accepted Accident Prevention Plan.  The SSHO
   and Alternate SSHO must have the required training, experience, and
   qualifications in accordance with EM 385-1-1 Section 01.A.17, and all
   associated sub-paragraphs.

   If the SSHO is off-site for a period longer than 24 hours, an
   equally-qualified alternate SSHO must be provided and must fulfill the same
   roles and responsibilities as the primary SSHO.  When the SSHO is
   temporarily (up to 24 hours) off-site, a Designated Representative (DR), as
   identified in the AHA may be used in lieu of an Alternate SSHO, and must be
   on the project site at all times when work is being performed.  Note that
   the DR is a collateral duty safety position, with safety duties in addition

to their full time occupation.

## 1.6.1.1.1   Additional Site Safety and Health Officer (SSHO) Requirements and Duties

The SSHO may not serve as the Quality Control Manager. The SSHO may not serve as the Superintendent.

The SSHO must have completed a 40 hour contract safety awareness course based on the content and principles of EM 385-1-1, and instructed in accordance with the guidelines of ASSE/SAFE Z490.1, by a trainer meeting the qualifications of paragraph QUALIFIED TRAINER REQUIREMENTS.  If the SSHO does not have a current certification, certification must be obtained within 60 days, maximum, of contract award.

## 1.6.1.2   Competent Person Qualifications

Provide Competent Persons in accordance with EM 385-1-1, Appendix Q and herein.  Competent Persons for high risk activities include confined space, cranes and rigging, excavation/trenching, fall protection, and electrical work.  The CP for these activities must be designated in writing, and meet the requirements for the specific activity (i.e. competent person, fall protection).

The Competent Person identified in the Contractor's Safety and Health Program and accepted Accident Prevention Plan, must be on-site at all times when the work that presents the hazards associated with their professional expertise is being performed.  Provide the credentials of the Competent Persons(s) to the Contracting Officer for information in consultation with the Safety Office.

## 1.6.1.2.1   Competent Person for Confined Space Entry

Provide a Confined Space (CP) Competent Person who meets the requirements of EM 385-1-1, Appendix Q, and herein.  The CP for Confined Space Entry must supervise the entry into each confined space in accordance with EM 385-1-1, Section 34.

[ Since this work involves operations that handle combustible or hazardous materials, this person must have the ability to understand and follow through on the air sampling, Personal Protective Equipment (PPE), and instructions of a Marine Chemist, Coast Guard authorized persons, or Certified Industrial Hygienist.  Confined space and enclosed space work must comply with NFPA 306, OSHA 29 CFR 1915, Subpart B, "Confined and Enclosed Spaces and Other Dangerous Atmospheres in Shipyard Employment," or as applicable, 29 CFR 1910.147 for general industry.

]1.6.1.2.2   Competent Person for Scaffolding

Provide a Competent Person for Scaffolding who meets the requirements of EM 385-1-1, Section 22.B.02 and herein.

## 1.6.1.2.3   Competent Person for Fall Protection

Provide a Competent Person for Fall Protection who meets the requirements of EM 385-1-1, Section 21.C.04, 21.B.03, and herein.

1.6.1.3   Qualified Trainer Requirements

Individuals qualified to instruct the 40 hour contract safety awareness
course, or portions thereof, must meet the definition of a Competent Person
Trainer, and, at a minimum, possess a working knowledge of the following
subject areas:  EM 385-1-1, Electrical Standards,Lockout/Tagout, Fall
Protection, Confined Space Entry for Construction; Excavation, Trenching
and Soil Mechanics, and Scaffolds in accordance with 29 CFR 1926.450,
Subpart L.

Instructors are required to:

a.  Prepare class presentations that cover construction-related safety
    requirements.

b.  Ensure that all attendees attend all sessions by using a class roster
    signed daily by each attendee.  Maintain copies of the roster for at
    least five (5) years.  This is a certification class and must be
    attended 100 percent.  In cases of emergency where an attendee cannot
    make it to a session, the attendee can make it up in another class
    session for the same subject.

c.  Update training course materials whenever an update of the EM 385-1-1
    becomes available.

d.  Provide a written exam of at least 50 questions.  Students are required
    to answer 80 percent correctly to pass.

e.  Request, review and incorporate student feedback into a continuous
    course improvement program.

1.6.1.4   Dredging Contract Requirements

1.6.1.4.1   Dredging Safety Personnel Requirements

a.  Provide a minimum of one SSHO assigned per project site for the
    primary working shift.

b.  For a project involving multiple work shifts, provide one SSHO for each
    additional shift.

c.  For individual dredging projects or sites with a dredge crew and fill
    crew on watch of 8 employees or less, a CDSO must be appointed, instead
    of an SSHO.  The CDSO assumes the same responsibilities as a full-time
    SSHO.

d.  An example of one dredging project site is reflected in each of the
    following:

    (1) a mechanical dredge, tug(s) and scow(s), scow route, and material
        placement site; or

    (2) a hydraulic pipeline dredge, attendant plant, and material
        placement site; or,

    (3) a hopper dredge (include land-based material placement site - if

applicable.)

e. For Hopper Dredges with the U.S. Coast Guard, documented crews may designate an officer as a Collateral Duty Safety Officer (CDSO) instead of having a full-time SSHO onboard if the officer meets the SSHO training and experience requirements.

1.6.1.4.2   SSHO Requirements for Dredging

a. In addition to requirements stated elsewhere in this specification, an individual serving as a SSHO must be present at the project site, located so that they have full mobility and reasonable access to all major work operations, for at least one shift in each 24 hour period when work is being performed.  The SSHO must be available during their shift for immediate verbal consultation and notification, either by phone or radio.

b. The SSHO is a full-time, dedicated position, except as noted above, who must report to a senior project (or corporate) official.  When the SSHO is permitted to be a collateral duty, the SSHO is not permitted to be in another position requiring continuous mechanical or equipment operations, such as equipment operators.

c. The SSHO must inspect all work areas and operations during initial set-up and at least monthly observe and provide personal oversight on each shift during dredging operations for projects with many work sites, more often for those with less work sites.

d. If the SSHO is off-site for a period longer than 24 hours, another qualified SSHO must be provided and fulfill the same roles and responsibilities as the SSHO during their absence.

1.6.1.4.3   Collateral Duty Safety Officer (CDSO) Requirements for Dredging

a. A CDSO is an individual who is assigned  collateral duty safety responsibilities in addition to their full-time occupation, and who supports and supplements the SSHO efforts in managing, implementing and enforcing the Contractor's Safety and Health Program.  The assigned CDSO must be an individual(s) with work oversight responsibilities, such as master, mate, fill foreman, or superintendent.  A CDSO must not be an employee responsible for continuous mechanical or equipment operations, such as an equipment operator.

b. A CDSO performs safety program tasks as assigned by the SSHO and must report safety findings to the SSHO.  The SSHO must document results of safety findings and provide information for inclusion in the CQC reports to the Contracting Officer.

1.6.1.4.4   Safety Personnel Training Requirements for Dredging

A SSHO and a CDSO for dredging contracts must take either a formal classroom or online OSHA 30-hour Construction Safety Course, or an equivalent 30 hours of formal classroom or online safety and health training covering the subjects of the OSHA 30-hour Course in accordance with EM 385-1-1 Appendix A, paragraph 3.d.(3), applicable to dredging work, and given by qualified instructors.  In exception to EM 385-1-1, Section 01.A.17, comply with the following:

a. The SSHO must maintain competency through having taken 8 hours of

Construct Modular For El Paso Central Processing Center (CPC)                W9126G19C0025

formal classroom or online safety and health related coursework every year.  Hours spent as an instructor in such courses will be considered the same as attending them, but each course only gets credit once (for example, instructing a 1-hour asbestos awareness course 5 times in a year provides one hour credit for training).

b. The SSHO and a CDSO must have a minimum of three years of experience within the past five years in one of the following:

    (1) Supervising/managing dredging activities

    (2) Supervising/managing marine construction activities

    (3) Supervising/managing land-based construction activities

    (4) Work managing safety programs or processes

    (5) Conducting hazard analyses and developing controls in activities or environments with similar hazards

## 1.6.1.5   Crane Operators/Riggers

Provide Operators, Signal Persons, and Riggers meeting the requirements in EM 385-1-1, Section 15.B for Riggers and Section 16.B for Crane Operators and Signal Persons.  Provide proof of current qualification.

## 1.6.2   Personnel Duties

### 1.6.2.1   Duties of the Site Safety and Health Officer (SSHO)

The SSHO must:

a. Conduct daily safety and health inspections and maintain a written log which includes area/operation inspected, date of inspection, identified hazards, recommended corrective actions, estimated and actual dates of corrections. Attach safety inspection logs to the Contractors' daily production report.

b. Conduct mishap investigations and complete required accident reports. Report mishaps and near misses.

c. Use and maintain OSHA's Form 300 to log work-related injuries and illnesses occurring on the project site for Prime Contractors and subcontractors, and make available to the Contracting Officer upon request.  Post and maintain the Form 300A on the site Safety Bulletin Board.

d. Maintain applicable safety reference material on the job site.

e. Attend the pre-construction conference, pre-work meetings including preparatory meetings, and periodic in-progress meetings.

f. Review the APP and AHAs for compliance with EM 385-1-1, and approve, sign, implement and enforce them.

g. Establish a Safety and Occupational Health (SOH) Deficiency Tracking System that lists and monitors outstanding deficiencies until resolution.

h.  Ensure subcontractor compliance with safety and health requirements.

i.  Maintain a list of hazardous chemicals on site and their material Safety Data Sheets (SDS).

j.  Maintain a weekly list of high hazard activities involving energy, equipment, excavation, entry into confined space, and elevation, and be prepared to discuss details during QC Meetings.

k.  Provide and keep a record of site safety orientation and indoctrination for Contractor employees, subcontractor employees, and site visitors.

Superintendent, QC Manager, and SSHO are subject to dismissal if the above duties are not being effectively carried out.  If Superintendent, QC Manager, or SSHO are dismissed, project work will be stopped and will not be allowed to resume until a suitable replacement is approved and the above duties are again being effectively carried out.

## 1.6.3    Meetings

### 1.6.3.1    Preconstruction Conference

a.  Contractor representatives who have a responsibility or significant role in accident prevention on the project must attend the preconstruction conference.  This includes the project superintendent, Site Safety and Occupational Health officer, quality control manager, or any other assigned safety and health professionals who participated in the development of the APP (including the Activity Hazard Analyses (AHAs) and special plans, program and procedures associated with it).

b.  Discuss the details of the submitted APP to include incorporated plans, programs, procedures and a listing of anticipated AHAs that will be developed and implemented during the performance of the contract.  This list of proposed AHAs will be reviewed at the conference and an agreement will be reached between the Contractor and the Contracting Officer as to which phases will require an analysis.  In addition, establish a schedule for the preparation, submittal, and Government review of AHAs to preclude project delays.

c.  Deficiencies in the submitted APP, identified during the Contracting Officer's review, must be corrected, and the APP re-submitted for review prior to the start of construction.  Work is not permitted to begin until an APP is established that is acceptable to the Contracting Officer.

d.  The functions of a Preconstruction conference may take place at the Post-Award Kickoff meeting.

### 1.6.3.2    Safety Meetings

Conduct safety meetings to review past activities, plan for new or changed operations, review pertinent aspects of appropriate AHA (by trade), establish safe working procedures for anticipated hazards, and provide pertinent Safety and Occupational Health (SOH) training and motivation. Conduct meetings at least once a month for all supervisors on the project location.  The SSHO, supervisors, foremen, or CDSOs must conduct meetings at least once a week for the trade workers.  Document meeting minutes to include the date, persons in attendance, subjects discussed, and names of individual(s) who conducted the meeting.  Maintain documentation on-site

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

and furnish copies to the Contracting Officer on request.  Notify the
Contracting Officer of all scheduled meetings 7 calendar days in advance.

1.7   ACCIDENT PREVENTION PLAN (APP)

A qualified person must prepare the written site-specific APP.  Prepare the
APP in accordance with the format and requirements of EM 385-1-1, Appendix
A, and as supplemented herein.  Cover all paragraph and subparagraph
elements in EM 385-1-1, Appendix A.  The APP must be job-specific and
address any unusual or unique aspects of the project or activity for which
it is written.  The APP must interface with the Contractor's overall safety
and health program referenced in the APP in the applicable APP element, and
made site-specific.  Describe the methods to evaluate past safety
performance of potential subcontractors in the selection process.  Also,
describe innovative methods used to ensure and monitor safe work practices
of subcontractors.  The Government considers the Prime Contractor to be the
"controlling authority" for all work site safety and health of the
subcontractors.  Contractors are responsible for informing their
subcontractors of the safety provisions under the terms of the contract and
the penalties for noncompliance, coordinating the work to prevent one craft
from interfering with or creating hazardous working conditions for other
crafts, and inspecting subcontractor operations to ensure that accident
prevention responsibilities are being carried out.  The APP must be signed
by an officer of the firm (Prime Contractor senior person), the individual
preparing the APP, the on-site superintendent, the designated SSHO, the
Contractor Quality Control Manager, and any designated Certified Safety
Professional (CSP) or Certified Health Physicist (CIH).  The SSHO must
provide and maintain the APP and a log of signatures by each subcontractor
foreman, attesting that they have read and understand the APP, and make the
APP and log available on-site to the Contracting Officer.If English  is not
the foreman's primary language, the Prime Contractor must provide an
interpreter.

Submit the APP to the Contracting Officer 3 calendar days prior to the date
of the preconstruction conference for acceptance. Work cannot proceed
without an accepted APP. Once reviewed and accepted by the Contracting
Officer, the APP and attachments will be enforced as part of the contract.
Disregarding the provisions of this contract or the accepted APP is cause
for stopping of work, at the discretion of the Contracting Officer, until
the matter has been rectified. Continuously review and amend the APP, as
necessary, throughout the life of the contract.Changes to the accepted APP
must be made with the knowledge and concurrence of the Contracting Officer,
project superintendent, SSHO and Quality Control Manager. Incorporate
unusual or high-hazard activities not identified in the original APP as
they are discovered. Should any severe hazard exposure (i.e. imminent
danger) become evident, stop work in the area, secure the area, and develop
a plan to remove the exposure and control the hazard. Notify the
Contracting Officer within 24 hours of discovery. Eliminate and remove the
hazard. In the interim, take all necessary action to restore and maintain
safe working conditions in order to safeguard onsite personnel, visitors,
the public (as defined by ASSE/SAFE A10.34), and the environment.

1.7.1   Names and Qualifications

Provide plans in accordance with the requirements outlined in Appendix A of
EM 385-1-1, including the following:

a.  Names and qualifications (resumes including education, training,

experience and certifications) of site safety and health personnel designated to perform work on this project to include the designated Site Safety and Health Officer and other competent and qualified personnel to be used.  Specify the duties of each position.

b.  Qualifications of competent and of qualified persons.  As a minimum, designate and submit qualifications of competent persons for each of the following major areas: excavation; scaffolding; fall protection; hazardous energy; confined space; health hazard recognition, evaluation and control of chemical, physical and biological agents; and personal protective equipment and clothing to include selection, use and maintenance.

1.7.2   Plans

Provide plans in the APP in accordance with the requirements outlined in Appendix A of EM 385-1-1, including the following:

1.7.2.1   Confined Space Entry Plan

Develop a confined or enclosed space entry plan in accordance with EM 385-1-1, applicable OSHA standards 29 CFR 1910, 29 CFR 1915, and 29 CFR 1926, OSHA Directive CPL 2.100, and any other federal, state and local regulatory requirements identified in this contract.  Identify the qualified person's name and qualifications, training, and experience. Delineate the qualified person's authority to direct work stoppage in the event of hazardous conditions.  Include procedure for rescue by contractor personnel and the coordination with emergency responders.  (If there is no confined space work, include a statement that no confined space work exists and none will be created.)

1.7.2.2   Standard Lift Plan (SLP)

Plan lifts to avoid situations where the operator cannot maintain safe control of the lift.  Prepare a written SLP in accordance with EM 385-1-1, Section 16.A.03, using Form 16-2 for every lift or series of lifts (if duty cycle or routine lifts are being performed).  The SLP must be developed, reviewed and accepted by all personnel involved in the lift in conjunction with the associated AHA.  Signature on the AHA constitutes acceptance of the plan.  Maintain the SLP on the LHE for the current lift(s) being made. Maintain historical SLPs for a minimum of 3 months.

1.7.2.3   Critical Lift Plan - Crane or Load Handling Equipment

Provide a Critical Lift Plan as required by EM 385-1-1, Section 16.H.01, using Form 16-3.  In addition, Critical Lift Plans are required for the following:

a.  Lifts over 50 percent of the capacity of barge mounted mobile crane's hoist.

b.  When working around energized power lines where the work will get closer than the minimum clearance distance in EM 385-1-1 Table 16-1.

c.  For lifts with anticipated binding conditions.

d.  When erecting cranes.

**1.7.2.3.1    Critical Lift Plan Planning and Schedule**

Critical lifts require detailed planning and additional or unusual safety
precautions.  Develop and submit a critical lift plan to the Contracting
Officer 30 calendar days prior to critical lift.  Comply with load testing
requirements in accordance with EM 385-1-1, Section 16.F.03.

**1.7.2.3.2    Lifts of Personnel**

In addition to the requirements of EM 385-1-1, Section 16.H.02, for lifts
of personnel, demonstrate compliance with the requirements of
29 CFR 1926.1400 and EM 385-1-1, Section 16.T.

**1.7.2.4    Barge Mounted Mobile Crane Lift Plan**

Provide a Naval Architecture Analysis and include an LHE Manufacturer's
Floating Service Load Chart in accordance with EM 385-1-1, Section 16.L.03.

**1.7.2.5    Multi-Purpose Machines, Material Handling Equipment, and
Construction Equipment Lift Plan**

Multi-purpose machines, material handling equipment, and construction
equipment used to lift loads that are suspended by rigging gear, require
proof of authorization from the machine OEM that the machine is capable of
making lifts of loads suspended by rigging equipment.  Written approval
from a qualified registered professional engineer, after a safety analysis
is performed, is allowed in lieu of the OEM's approval.Demonstrate that
the operator is properly trained and that the equipment is properly
configured to make such lifts and is equipped with a load chart.

**1.7.2.6    Fall Protection and Prevention (FP&P) Plan**

The plan must comply with the requirements of EM 385-1-1, Section 21.D and
ASSE/SAFE Z359.2, be site specific, and address all fall hazards in the
work place and during different phases of construction.  Address how to
protect and prevent workers from falling to lower levels when they are
exposed to fall hazards above 6 feet.  A competent person or qualified
person for fall protection must prepare and sign the plan documentation.
Include fall protection and prevention systems, equipment and methods
employed for every phase of work, roles and responsibilities, assisted
rescue, self-rescue and evacuation procedures, training requirements, and
monitoring methods.  Review and revise, as necessary, the Fall Protection
and Prevention Plan documentation as conditions change, but at a minimum
every six months, for lengthy projects, reflecting any changes during the
course of construction due to changes in personnel, equipment, systems or
work habits.  Keep and maintain the accepted Fall Protection and Prevention
Plan documentation at the job site for the duration of the project.
Include the Fall Protection and Prevention Plan documentation in the
Accident Prevention Plan (APP).

**1.7.2.7    Rescue and Evacuation Plan**

Provide a Rescue and Evacuation Plan in accordance with EM 385-1-1 Section
21.N and ASSE/SAFE Z359.2, and include in the FP&P Plan and as part of the
APP.  Include a detailed discussion of the following: methods of rescue;
methods of self-rescue; equipment used; training requirement; specialized
training for the rescuers; procedures for requesting rescue and medical
assistance; and transportation routes to a medical facility.

1.7.2.8    Hazardous Energy Control Program (HECP)

Develop a HECP in accordance with EM 385-1-1 Section 12, 29 CFR 1910.147,
29 CFR 1910.333, 29 CFR 1915.89, ASSE/SAFE Z244.1, and ASSE/SAFE A10.44.
Submit this HECP as part of the Accident Prevention Plan (APP).  Conduct a
preparatory meeting and inspection with all effected personnel to
coordinate all HECP activities.  Document this meeting and inspection in
accordance with EM 385-1-1, Section 12.A.02.  Ensure that each employee is
familiar with and complies with these procedures.

1.7.2.9    Excavation Plan

Identify the safety and health aspects of excavation, and provide and
prepare the plan in accordance with EM 385-1-1, Section 25.A and Section
31 00 00 EARTHWORK.

1.7.2.10    Occupant Protection Plan

Identify the safety and health aspects of lead-based paint removal,
prepared in accordance with Section 02 83 19.13 10 LEAD BASED PAINT
ABATEMENT.

1.7.2.11    Asbestos Hazard Abatement Plan

Identify the safety and health aspects of asbestos work, and prepare in
accordance with Section 02 82 13.00 10 ASBESTOS ABATEMENT.

1.7.2.12    Site Safety and Health Plan

Identify the safety and health aspects, and prepare in accordance with
Section 01 35 29.13 HEALTH, SAFETY, AND EMERGENCY RESPONSE PROCEDURES FOR
CONTAMINATED SITES.

1.7.2.13    Polychlorinated Biphenyls (PCB) Plan

Identify the safety and health aspects of Polychlorinated Biphenyls work,
and prepare in accordance with Sections 02 84 33 REMOVAL AND DISPOSAL OF
POLYCHLORINATED BIPHENYLS (PCBs) and 02 61 23 REMOVAL AND DISPOSAL OF PCB
CONTAMINATED SOILS.

1.7.2.14    Site Demolition Plan

Identify the safety and health aspects, and prepare in accordance with
Section 02 41 00 DEMOLITION and referenced sources.

1.8    ACTIVITY HAZARD ANALYSIS (AHA)

Before beginning each activity, task or Definable Feature of Work (DFOW)
involving a type of work presenting hazards not experienced in previous
project operations, or where a new work crew or subcontractor is to perform
the work, the Contractor(s) performing that work activity must prepare an
AHA.  AHAs must be developed by the Prime Contractor, subcontractor, or
supplier performing the work, and provided for Prime Contractor review and
approval before submitting to the Contracting Officer.  AHAs must be signed
by the SSHO, Superintendent, QC Manager and the subcontractor Foreman
performing the work.  Format the AHA in accordance with EM 385-1-1, Section
1 or as directed by the Contracting Officer.  Submit the AHA for review at
least 3working days prior to the start of each activity task, or DFOW.
        The Government reserves the right to require the Contractor to

revise and resubmit the AHA if it fails to effectively identify the work sequences, specific anticipated hazards, site conditions, equipment, materials, personnel and the control measures to be implemented.

AHAs must identify competent persons required for phases involving high risk activities, including confined entry, crane and rigging, excavations, trenching, electrical work, fall protection, and scaffolding.

## 1.8.1   AHA Management

Review the AHA list periodically (at least monthly) at the Contractor supervisory safety meeting, and update as necessary when procedures, scheduling, or hazards change.  Use the AHA during daily inspections by the SSHO to ensure the implementation and effectiveness of the required safety and health controls for that work activity.

## 1.8.2   AHA Signature Log

Each employee performing work as part of an activity, task or DFOW must review the AHA for that work and sign a signature log specifically maintained for that AHA prior to starting work on that activity.  The SSHO must maintain a signature log on site for every AHA.  Provide employees whose primary language is other than English, with an interpreter to ensure a clear understanding of the AHA and its contents.

## 1.9   DISPLAY OF SAFETY INFORMATION

## 1.9.1   Safety Bulletin Board

Within [one calendar day(s) after commencement of work, erect a safety bulletin board at the job site.         Where size, duration, or logistics of project do not facilitate a bulletin board, an alternative method, acceptable to the Contracting Officer, that is accessible and includes all mandatory information for employee and visitor review, may be deemed as meeting the requirement for a bulletin board.  Include and maintain information on safety bulletin board as required by EM 385-1-1, Section 01.A.07.  Additional items required to be posted include:

   a.  Confined space entry permit.

   b.  Hot work permit.

## 1.9.2   Safety and Occupational Health (SOH) Deficiency Tracking System

Establish a SOH deficiency tracking system that lists and monitors the status of SOH deficiencies in chronological order.  Use the tracking system to evaluate the effectiveness of the APP.  A monthly evaluation of the data must be discussed in the QC or SOH meeting with everyone on the project. The list must be posted on the project bulletin board and updated daily, and provide the following information:

   a.  Date deficiency identified;

   b.  Description of deficiency;

   c.  Name of person responsible for correcting deficiency;

   d.  Projected resolution date;

   e.  Date actually resolved.

1.10   SITE SAFETY REFERENCE MATERIALS

  Maintain safety-related references applicable to the project, including
  those listed in paragraph REFERENCES.  Maintain applicable equipment
  manufacturer's manuals.

1.11   EMERGENCY MEDICAL TREATMENT

  Contractors must arrange for their own emergency medical treatment in
  accordance with EM 385-1-1.  Government has no responsibility to provide
  emergency medical treatment.

1.12   NOTIFICATIONS and REPORTS

1.12.1   Mishap Notification

  Notify the Contracting Officer as soon as practical, but no more than
  twenty-four hours, after any mishaps, including recordable accidents,
  incidents, and near misses, as defined in EM 385-1-1 Appendix Q,  any
  report of injury, illness, or any property damage.  For LHE or rigging
  mishaps, notify the Contracting Officer as soon as practical but not more
  than 4 hours after mishap.  The Contractor is responsible for obtaining
  appropriate medical and emergency assistance and for notifying fire, law
  enforcement, and regulatory agencies.  Immediate reporting is required for
  electrical mishaps, to include Arc Flash; shock; uncontrolled release of
  hazardous energy (includes electrical and non-electrical); load handling
  equipment or rigging; fall from height (any level other than same surface);
  and underwater diving.  These mishaps must be investigated in depth to
  identify all causes and to recommend hazard control measures.

  Within notification include Contractor name; contract title; type of
  contract; name of activity, installation or location where accident
  occurred; date and time of accident; names of personnel injured; extent of
  property damage, if any; extent of injury, if known, and brief description
  of accident (for example, type of construction equipment used and PPE
  used).  Preserve the conditions and evidence on the accident site until the
  Government investigation team arrives on-site and Government investigation
  is conducted.  Assist and cooperate fully with the Government's
  investigation(s) of any mishap.

1.12.2   Accident Reports

  a.  Conduct an accident investigation for recordable injuries and
      illnesses, property damage, and near misses as defined in EM 385-1-1,
      to establish the root cause(s) of the accident.  Complete the
      applicable USACE Accident Report Form 3394, and provide the report to
      the Contracting Officer within 5 calendar day(s) of the accident.The
      Contracting Officer will provide copies of any required or special
      forms.

  b.  Near Misses: Near miss reports are considered positive and proactive
      Contractor safety management actions.

[ c.  Conduct an accident investigation for any load handling equipment

accident (including rigging accidents) to establish the root cause(s)
of the accident.  Complete the LHE Accident Report (Crane and Rigging
Accident Report) form and provide the report to the Contracting Officer
within 30 calendar days of the accident.  Do not proceed with crane
operations until cause is determined and corrective actions have been
implemented to the satisfaction of the Contracting Officer.  The
Contracting Officer will provide a blank copy of the accident report
form.

1.12.3   LHE Inspection Reports

Submit LHE inspection reports required in accordance with EM 385-1-1 and as
specified herein with Daily Reports of Inspections.

1.12.4   Certificate of Compliance and Pre-lift Plan/Checklist for LHE and
Rigging

Provide a FORM 16-1 Certificate of Compliance for LHE entering an activity
under this contract and in accordance with EM 385-1-1.  Post certifications
on the crane.

Develop a Standard Lift Plan (SLP) in accordance with EM 385-1-1, Section
16.H.03 using Form 16-2 Standard Pre-Lift Crane Plan/Checklist for each
lift planned.  Submit SLP to the Contracting Officer for approval within 15
calendar days in advance of planned lift.

1.13   HOT WORK

1.13.1   Permit and Personnel Requirements

Submit and obtain a written permit prior to performing "Hot Work" (i.e.
welding or cutting) or operating other flame-producing/spark producing
devices, from the Fire Division.A permit is required from the Explosives
Safety Office for work in and around where explosives are processed,
stored, or handled. CONTRACTORS ARE REQUIRED TO MEET ALL CRITERIA BEFORE A
PERMIT IS ISSUED.Provide at least two 20 pound 4A:20 BC rated extinguishers
for normal "Hot Work". The extinguishers must be current inspection tagged,
and contain an approved safety pin and tamper resistant seal.  It is also
mandatory to have a designated FIRE WATCH for any "Hot Work" done at this
activity. The Fire Watch must be trained in accordance with NFPA 51B and
remain on-site for a minimum of one hour after completion of the task or as
specified on the hot work permit.

When starting work in the facility, require personnel to familiarize
themselves with the location of the nearest fire alarm boxes and place in
memory the emergency Fire Division phone number. REPORT ANY FIRE, NO MATTER
HOW SMALL, TO THE RESPONSIBLE FIRE DIVISION IMMEDIATELY.

1.13.2   Work Around Flammable Materials

Obtain permit approval from a NFPA Certified Marine Chemist for "HOT WORK"
within or around flammable materials (such as fuel systems or
welding/cutting on fuel pipes) or confined spaces (such as sewer wet wells,
manholes, or vaults) that have the potential for flammable or explosive
atmospheres.

Whenever these materials, except beryllium and chromium (VI), are
encountered in indoor operations, local mechanical exhaust ventilation
systems that are sufficient to reduce and maintain personal exposures to

within acceptable limits must be used and maintained in accordance with
manufacturer's instruction and supplemented by exceptions noted in
EM 385-1-1, Section 06.H

## 1.14    RADIATION SAFETY REQUIREMENTS

Submit License Certificates, employee training records, and Leak Test
Reports for radiation materials and equipment to the Contracting Officer
and Radiation Safety Office (RSO) for all specialized and licensed material
and equipment proposed for use on the construction project (excludes
portable machine sources of ionizing radiation including moisture density
and X-Ray Fluorescence (XRF)).  Maintain on-site records whenever licensed
radiological materials or ionizing equipment are on government property.

Protect workers from radiation exposure in accordance with 10 CFR 20,
ensuring any personnel exposures are maintained As Low As Reasonably
Achievable.

### 1.14.1    Radiography Operation Planning Work Sheet

Submit a Gamma and X-Ray Radiography Operation Planning Work Sheet to
Contracting Officer 14 days prior to commencement of operations involving
radioactive materials or radiation generating devices.  For portable
machine sources of ionizing radiation, including moisture density and XRF,
use and submit the Portable Gauge Operations Planning Worksheet instead.
The Contracting Officer will review the submitted worksheet and provide
questions and comments.

Contractors must use primary dosimeters process by a National Voluntary
Laboratory Accreditation Program (NVLAP) accredited laboratory.

### 1.14.2    Site Access and Security

Coordinate site access and security requirements with the Contracting
Officer for all radiological materials and equipment containing ionizing
radiation that are proposed for use on a government facility.  For gamma
radiography materials and equipment, a Government escort is required for
any travels on the Installation.  The Government authorized representative
will meet the Contractor at a designated location outside the Installation,
ensure safety of the materials being transported, and will escort the
Contractor for gamma sources onto the Installation, to the job site, and
off the Installation.  For portable machine sources of ionizing radiation,
including moisture density and XRF, the Government authorized
representative will meet the Contractor at the job site.

Provide a copy of all calibration records, and utilization records for
radiological operations performed on the site.

### 1.14.3    Loss or Release and Unplanned Personnel Exposure

Loss or release of radioactive materials, and unplanned personnel exposures
must be reported immediately to the Contracting Officer, RSO, and Base
Security Department Emergency Number.

### 1.14.4    Site Demarcation and Barricade

Properly demark and barricade an area surrounding radiological operations
to preclude personnel entrance, in accordance with EM 385-1-1, Nuclear
Regulatory Commission, and Applicable State regulations and license

requirements, and in accordance with requirements established in the
accepted Radiography Operation Planning Work Sheet.

Do not close or obstruct streets, walks, and other facilities occupied and
used by the Government without written permission from the Contracting
Officer.

1.14.5   Security of Material and Equipment

Properly secure the radiological material and ionizing radiation equipment
at all times, including keeping the devices in a properly marked and locked
container, and secondarily locking the container to a secure point in the
Contractor's vehicle or other approved storage location during
transportation and while not in use.  While in use, maintain a continuous
visual observation on the radiological material and ionizing radiation
equipment.  In instances where radiography is scheduled near or adjacent to
buildings or areas having limited access or one-way doors, make no
assumptions as to building occupancy.  Where necessary, the Contracting
Officer will direct the Contractor to conduct an actual building entry,
search, and alert.  Where removal of personnel from such a building cannot
be accomplished and it is otherwise safe to proceed with the radiography,
position a fully instructed employee inside the building or area to prevent
exiting while external radiographic operations are in process.

1.14.6   Transportation of Material

Comply with 49 CFR 173 for Transportation of Regulated Amounts of
Radioactive Material.  Notify Local Fire authorities and the site Radiation
Safety officer (RSO) of any Radioactive Material use.

1.14.7   Schedule for Exposure or Unshielding

Actual exposure of the radiographic film or unshielding the source must not
be initiated until after 5 p.m. on weekdays.

1.14.8   Transmitter Requirements

Adhere to the base policy concerning the use of transmitters, such as
radios and cell phones.  Obey Emissions control (EMCON) restrictions.

1.15   CONFINED SPACE ENTRY REQUIREMENTS

Confined space entry must comply with Section 34 of EM 385-1-1, OSHA
29 CFR 1926, OSHA 29 CFR 1910, OSHA 29 CFR 1910.146, and OSHA Directive
CPL 2.100. Any potential for a hazard in the confined space requires a
permit system to be used.

1.15.1   Entry Procedures

Prohibit entry into a confined space by personnel for any purpose,
including hot work, until the qualified person has conducted appropriate
tests to ensure the confined or enclosed space is safe for the work
intended and that all potential hazards are controlled or eliminated and
documented.  Comply with EM 385-1-1, Section 34 for entry procedures.
Hazards pertaining to the space must be reviewed with each employee during
review of the AHA.

1.15.2   Forced Air Ventilation

  Forced air ventilation is required for all confined space entry operations
  and the minimum air exchange requirements must be maintained to ensure
  exposure to any hazardous atmosphere is kept below its action level.

1.15.3   Sewer Wet Wells

  Sewer wet wells require continuous atmosphere monitoring with audible alarm
  for toxic gas detection.

1.15.4   Rescue Procedures and Coordination with Local Emergency Responders

  Develop and implement an on-site rescue and recovery plan and procedures.
  The rescue plan must not rely on local emergency responders for rescue from
  a confined space.


1.16   SEVERE STORM PLAN

  In the event of a severe storm warning, the Contractor must:

  a.  Secure outside equipment and materials and place materials that could
      be damaged in protected areas.

  b.  Check surrounding area, including roof, for loose material, equipment,
      debris, and other objects that could be blown away or against existing
      facilities.

  c.  Ensure that temporary erosion controls are adequate.

PART 2   PRODUCTS

  Not used.

PART 3   EXECUTION

3.1   CONSTRUCTION AND OTHER WORK

  Comply with EM 385-1-1, NFPA 70, NFPA 70E, NFPA 241, the APP, the AHA,
  Federal and State OSHA regulations, and other related submittals and
  activity fire and safety regulations.   The most stringent standard prevails.

  PPE is governed in all areas by the nature of the work the employee is
  performing.   Use personal hearing protection at all times in designated
  noise hazardous areas or when performing noise hazardous tasks.   Safety
  glasses must be worn or carried/available on each person.   Mandatory PPE
  includes:

  a.  Hard Hat

b.  Long Pants

c.  Appropriate Safety Shoes

d.  Appropriate Class Reflective Vests

3.1.1   Worksite Communication

Employees working alone in a remote location or away from other workers
must be provided an effective means of emergency communications (i.e.,
cellular phone, two-way radios, land-line telephones or other acceptable
means).  The selected communication must be readily available (easily
within the immediate reach) of the employee and must be tested prior to the
start of work to verify that it effectively operates in the
area/environment.  An employee check-in/check-out communication procedure
must be developed to ensure employee safety.

3.1.2   Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract,
radioactive materials or instruments capable of producing
ionizing/non-ionizing radiation (with the exception of radioactive material
and devices used in accordance with EM 385-1-1 such as nuclear density
meters for compaction testing and laboratory equipment with radioactive
sources) as well as materials which contain asbestos, mercury or
polychlorinated biphenyls, di-isocyanates, lead-based paint, and hexavalent
chromium, are prohibited.  The Contracting Officer, upon written request by
the Contractor, may consider exceptions to the use of any of the above
excluded materials.  Low mercury lamps used within fluorescent lighting
fixtures are allowed as an exception without further Contracting Officer
approval.  Notify the Radiation Safety Officer (RSO) prior to excepted
items of radioactive material and devices being brought on base.

3.1.3   Unforeseen Hazardous Material

Contract documents identify materials such as PCB, lead paint, and friable
and non-friable asbestos and other OSHA regulated chemicals (i.e. 29 CFR
Part 1910.1000).  If material(s) that may be hazardous to human health upon
disturbance are encountered during construction operations, stop that
portion of work and notify the Contracting Officer immediately.  Within 1
calendar days the Government will determine if the material is hazardous.
        If material is not hazardous or poses no danger, the Government
will direct the Contractor to proceed without change.  If material is
hazardous and handling of the material is necessary to accomplish the work,
the Government will issue a modification pursuant to FAR 52.243-4 Changes
and FAR 52.236-2 Differing Site Conditions.

3.2   UTILITY OUTAGE REQUIREMENTS

Apply for utility outages at least 14 days in advance.   At a minimum,
the written request must include the location of the outage, utilities
being affected, duration of outage, any necessary sketches, and a
description of the means to fulfill energy isolation requirements in
accordance with EM 385-1-1, Section 11.A.02 (Isolation).  Some examples of
energy isolation devices and procedures are highlighted in EM 385-1-1,
Section 12.D.  In accordance with EM 385-1-1, Section 12.A.01, where
outages involve Government or Utility personnel, coordinate with the
Government on all activities involving the control of hazardous energy.

These activities include, but are not limited to, a review of HECP and HEC
procedures, as well as applicable Activity Hazard Analyses (AHAs).  In
accordance with EM 385-1-1, Section 11.A.02 and NFPA 70E, work on energized
electrical circuits must not be performed without prior government
authorization.  Government permission is considered through the permit
process and submission of a detailed AHA.  Energized work permits are
considered only when de-energizing introduces additonal or increased hazard
or when de-energizing is infeasible.

3.3     OUTAGE COORDINATION MEETING

After the utility outage request is approved and prior to beginning work on
the utility system requiring shut-down, conduct a pre-outage coordination
meeting in accordance with EM 385-1-1, Section 12.A.  This meeting must
include the Prime Contractor, the Prime and subcontractors performing the
work, the Contracting Officer, and the Installation representative.  All
parties must fully coordinate activates with one another.During the
coordination meeting, all parties must discuss and coordinate on the scope
of work, HEC procedures (specifically, the lock-out/tag-out procedures for
worker and utility protection), the AHA, assurance of trade personnel
qualifications, identification of competent persons, and compliance with
HECP training in accordance with EM 385-1-1, Section 12.C. Clarify when
personal protective equipment is required during switching operations,
inspection, and verification.

3.4     CONTROL OF HAZARDOUS ENERGY (LOCKOUT/TAGOUT)

Provide and operate a Hazardous Energy Control Program (HECP) in accordance
with EM 385-1-1 Section 12, 29 CFR 1910.333, 29 CFR 1915.89,
ASSE/SAFE A10.44, NFPA 70E, and paragraph HAZARDOUS ENERGY CONTROL PROGRAM
(HECP).

3.4.1   Safety Preparatory Inspection Coordination Meeting with the
Government or Utility

For electrical distribution equipment that is to be operated by Government
or Utility personnel, the Prime Contractor and the subcontractor performing
the work must attend the safety preparatory inspection coordination
meeting, which will also be attended by the Contracting Officer's
Representative, and required by EM 385-1-1, Section 12.A.02.  The meeting
will occur immediately preceding the start of work and following the
completion of the outage coordination meeting.  Both the safety preparatory
inspection coordination meeting and the outage coordination meeting must
occur prior to conducting the outage and commencing with lockout/tagout
procedures.

3.4.2   Lockout/Tagout Isolation

Where the Government or Utility performs equipment isolation and
lockout/tagout, the Contractor must place their own locks and tags on each
energy-isolating device and proceed in accordance with the HECP.  Before
any work begins, both the Contractor and the Government or Utility must
perform energy isolation verification testing while wearing required PPE
detailed in the Contractor's AHA and required by EM 385-1-1, Sections 05.I
and 11.B.  Install personal protective grounds, with tags, to eliminate the
potential for induced voltage in accordance with EM 385-1-1, Section
12.E.06.

### 3.4.3   Lockout/Tagout Removal

Upon completion of work, conduct lockout/tagout removal procedure in
accordance with the HECP.  In accordance with EM 385-1-1, Section 12.E.08,
each lock and tag must be removed from each energy isolating device by the
authorized individual or systems operator who applied the device.  Provide
formal notification to the Government (by completing the Government form if
provided by Contracting Officer's Representative), confirming that steps of
de-energization and lockout/tagout removal procedure have been conducted
and certified through inspection and verification.  Government or Utility
locks and tags used to support the Contractor's work will not be removed
until the authorized Government employee receives the formal notification.

### 3.5   FALL PROTECTION PROGRAM

Establish a fall protection program, for the protection of all employees
exposed to fall hazards.  Within the program include company policy,
identify roles and responsibilities, education and training requirements,
fall hazard identification, prevention and control measures, inspection,
storage, care and maintenance of fall protection equipment and rescue and
evacuation procedures in accordance with ASSE/SAFE Z359.2 and EM 385-1-1,
Sections 21.A and 21.D.

### 3.5.1   Training

Institute a fall protection training program.  As part of the Fall
Protection Program, provide training for each employee who might be exposed
to fall hazards.  Provide training by a competent person for fall
protection in accordance with EM 385-1-1, Section 21.C.  Document training
and practical application of the competent person in accordance with
EM 385-1-1, Section 21.C.04 and ASSE/SAFE Z359.2 in the AHA.

### 3.5.2   Fall Protection Equipment and Systems

Enforce use of personal fall protection equipment and systems designated
(to include fall arrest, restraint, and positioning) for each specific work
activity in the Site Specific Fall Protection and Prevention Plan and AHA
at all times when an employee is exposed to a fall hazard.  Protect
employees from fall hazards as specified in EM 385-1-1, Section 21.

Provide personal fall protection equipment, systems, subsystems, and
components that comply with EM 385-1-1 Section 21.I, 29 CFR 1926.500
Subpart M,ASSE/SAFE Z359.0, ASSE/SAFE Z359.1, ASSE/SAFE Z359.2,
ASSE/SAFE Z359.3, ASSE/SAFE Z359.4, ASSE/SAFE Z359.6, ASSE/SAFE Z359.7,
ASSE/SAFE Z359.11, ASSE/SAFE Z359.12, ASSE/SAFE Z359.13, ASSE/SAFE Z359.14,
and ASSE/SAFE Z359.15.

### 3.5.2.1   Additional Personal Fall Protection

In addition to the required fall protection systems, other protection such
as safety skiffs, personal floatation devices, and life rings, are required
when working above or next to water in accordance with EM 385-1-1, Sections
21.O through 21.O.06.  Personal fall protection systems and equipment are
required when working from an articulating or extendible boom, swing
stages, or suspended platform.  In addition, personal fall protection
systems are required when operating other equipment such as scissor lifts.
The need for tying-off in such equipment is to prevent ejection of the
employee from the equipment during raising, lowering, travel, or while

performing work.

## 3.5.2.2   Personal Fall Protection Harnesses

Only a full-body harness with a shock-absorbing lanyard or self-retracting lanyard is an acceptable personal fall arrest body support device.  The use of body belts is not acceptable.  Harnesses must have a fall arrest attachment affixed to the body support (usually a Dorsal D-ring) and specifically designated for attachment to the rest of the system.  Snap hooks and carabiners must be self-closing and self-locking, capable of being opened only by at least two consecutive deliberate actions and have a minimum gate strength of 3,600 lbs in all directions.  Use webbing, straps, and ropes made of synthetic fiber. The maximum free fall distance when using fall arrest equipment must not exceed 6 feet, unless the proper energy absorbing lanyard is used.  Always take into consideration the total fall distance and any swinging of the worker (pendulum-like motion), that can occur during a fall, when attaching a person to a fall arrest system. All full body harnesses must be equipped with Suspension Trauma Preventers such as stirrups, relief steps, or similar in order to provide short-term relief from the effects of orthostatic intolerance in accordance with EM 385-1-1, Section 21.I.06.

## 3.5.3   Fall Protection for Roofing Work

Implement fall protection controls based on the type of roof being constructed and work being performed.  Evaluate the roof area to be accessed for its structural integrity including weight-bearing capabilities for the projected loading.

a.   Low Sloped Roofs:

   (1)   For work within 6 feet of an edge, on a roof having a slope less than or equal to 4:12 (vertical to horizontal), protect personnel from falling by use of personal fall arrest/restraint systems, guardrails, or safety nets.  A safety monitoring system is not adequate fall protection and is not authorized.  Provide in accordance with 29 CFR 1926.500.

   (2)   For work greater than 6 feet from an edge, erect and install warning lines in accordance with 29 CFR 1926.500 and EM 385-1-1, Section L.

b.   Steep-Sloped Roofs:  Work on a roof having a slope greater than 4:12 (vertical to horizontal) requires a personal fall arrest system, guardrails with toe-boards, or safety nets.  This requirement also applies to residential or housing type construction.

## 3.5.4   Horizontal Lifelines (HLL)

Provide HLL in accordance with EM 385-1-1, Section 21.I.08.d.2. Commercially manufactured horizontal lifelines (HLL) must be designed, installed, certified and used, under the supervision of a qualified person, for fall protection as part of a complete fall arrest system which maintains a safety factor of 2 (29 CFR 1926.500).  The competent person for fall protection may (if deemed appropriate by the qualified person) supervise the assembly, disassembly, use and inspection of the HLL system under the direction of the qualified person.  Locally manufactured HLLs are not acceptable unless they are custom designed for limited or site specific applications by a Registered Professional Engineer who is qualified in

designing HLL systems.

## 3.5.5   Guardrails and Safety Nets

Design, install and use guardrails and safety nets in accordance with
EM 385-1-1, Section 21.F.01 and 29 CFR 1926 Subpart M.

## 3.5.6   Rescue and Evacuation Plan and Procedures

When personal fall arrest systems are used, ensure that the mishap victim
can self-rescue or can be rescued promptly should a fall occur.  Prepare a
Rescue and Evacuation Plan and include a detailed discussion of the
following: methods of rescue; methods of self-rescue or assisted-rescue;
equipment used; training requirement; specialized training for the
rescuers; procedures for requesting rescue and medical assistance; and
transportation routes to a medical facility.  Include the Rescue and
Evacuation Plan within the Activity Hazard Analysis (AHA) for the phase of
work, in the Fall Protection and Prevention (FP&P) Plan, and the Accident
Prevention Plan (APP).  The plan must comply with the requirements of
EM 385-1-1, ASSE/SAFE Z359.2, and ASSE/SAFE Z359.4.

## 3.6   WORK PLATFORMS

## 3.6.1   Scaffolding

Provide employees with a safe means of access to the work area on the
scaffold.  Climbing of any scaffold braces or supports not specifically
designed for access is prohibited.  Comply with the following requirements:

a.  Scaffold platforms greater than 20 feet in height must be accessed by
    use of a scaffold stair system.

b.  Ladders commonly provided by scaffold system manufacturers are
    prohibited for accessing scaffold platforms greater than 20 feet
    maximum in height.

c.  An adequate gate is required.

d.  Employees performing scaffold erection and dismantling must be
    qualified.

e.  Scaffold must be capable of supporting at least four times the maximum
    intended load, and provide appropriate fall protection as delineated in
    the accepted fall protection and prevention plan.

f.  Stationary scaffolds must be attached to structural building components
    to safeguard against tipping forward or backward.

g.  Special care must be given to ensure scaffold systems are not
    overloaded.

h.  Side brackets used to extend scaffold platforms on self-supported
    scaffold systems for the storage of material are prohibited.  The first
    tie-in must be at the height equal to 4 times the width of the smallest
    dimension of the scaffold base.

i.  Scaffolding other than suspended types must bear on base plates upon
    wood mudsills (2 in x 10 in x 8 in minimum) or other adequate firm
    foundation.

    j.  Scaffold or work platform erectors must have fall protection during the erection and dismantling of scaffolding or work platforms that are more than 6 feet.

    k.  Delineate fall protection requirements when working above 6 feet or above dangerous operations in the Fall Protection and Prevention (FP&P) Plan and Activity Hazard Analysis (AHA) for the phase of work.

## 3.6.2   Elevated Aerial Work Platforms (AWPs)

Workers must be anchored to the basket or bucket in accordance with manufacturer's specifications and instructions (anchoring to the boom may only be used when allowed by the manufacturer and permitted by the CP). Lanyards used must be sufficiently short to prohibit worker from climbing out of basket.  The climbing of rails is prohibited.  Lanyards with built-in shock absorbers are acceptable.  Self-retracting devices are not acceptable.  Tying off to an adjacent pole or structure is not permitted unless a safe device for 100 percent tie-off is used for the transfer.

Use of AWPs must be operated, inspected, and maintained as specified in the operating manual for the equipment and delineated in the AHA. Operators of AWPs must be designated as qualified operators by the Prime Contractor. Maintain proof of qualifications on site for review and include in the AHA.

## 3.7   EQUIPMENT

## 3.7.1   Material Handling Equipment (MHE)

    a.  Material handling equipment such as forklifts must not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions. Material handling equipment fitted with personnel work platform attachments are prohibited from traveling or positioning while personnel are working on the platform.

    b.  The use of hooks on equipment for lifting of material must be in accordance with manufacturer's printed instructions.  Material Handling Equipment Operators must be trained in accordance with OSHA 29 CFR 1910, Subpart N.

    c.  Operators of forklifts or power industrial trucks must be licensed in accordance with OSHA.

## 3.7.2   Load Handling Equipment (LHE)

The following requirements apply.In exception, these requirements do not apply to commercial truck mounted and articulating boom cranes used solely to deliver material and supplies (not prefabricated components, structural steel, or components of a systems-engineered metal building) where the lift consists of moving materials and supplies from a truck or trailer to the ground; to cranes installed on mechanics trucks that are used solely in the repair of shore-based equipment; to crane that enter the activity but are not used for lifting; nor to other machines not used to lift loads suspended by rigging equipment.  However, LHE accidents occurring during such operations must be reported.

    a.  Equip cranes and derricks as specified in EM 385-1-1, Section 16.

b. Notify the Contracting Officer 15 working days in advance of any LHE entering the activity, in accordance with EM 385-1-1, Section 16.A.02, so that necessary quality assurance spot checks can be coordinated. Contractor's operator must remain with the crane during the spot check.  Rigging gear must comply with OSHA, ASME B30.9 Standards[ and host country] safety standards.

c. Comply with the LHE manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work.  Perform erection under the supervision of a designated person (as defined in ASME B30.5).  Perform all testing in accordance with the manufacturer's recommended procedures.

d. Comply with ASME B30.5 for mobile and locomotive cranes, ASME B30.22 for articulating boom cranes, ASME B30.3 for construction tower cranes, ASME B30.8 for floating cranes and floating derricks, ASME B30.9 for slings, ASME B30.20 for below the hook lifting devices and ASME B30.26 for rigging hardware.

e. When operating in the vicinity of overhead transmission lines, operators and riggers must be alert to this special hazard and follow the requirements of EM 385-1-1 Section 11, and ASME B30.5 or ASME B30.22 as applicable.

f. Do not use crane suspended personnel work platforms (baskets) unless the Contractor proves that using any other access to the work location would provide a greater hazard to the workers or is impossible.  Do not lift personnel with a line hoist or friction crane.  Additionally, submit a specific AHA for this work to the Contracting Officer.  Ensure the activity and AHA are thoroughly reviewed by all involved personnel.

g. Inspect, maintain, and recharge portable fire extinguishers as specified in NFPA 10, Standard for Portable Fire Extinguishers.

h. All employees must keep clear of loads about to be lifted and of suspended loads, except for employees required to handle the load.

i. Use cribbing when performing lifts on outriggers.

j. The crane hook/block must be positioned directly over the load.  Side loading of the crane is prohibited.

k. A physical barricade must be positioned to prevent personnel access where accessible areas of the LHE's rotating superstructure poses a risk of striking, pinching or crushing personnel.

l. Maintain inspection records in accordance by EM 385-1-1, Section 16.D, including shift, monthly, and annual inspections, the signature of the person performing the inspection, and the serial number or other identifier of the LHE that was inspected.  Records must be available for review by the Contracting Officer.

m. Maintain written reports of operational and load testing in accordance with EM 385-1-1, Section 16.F, listing the load test procedures used along with any repairs or alterations performed on the LHE.  Reports must be available for review by the Contracting Officer.

n. Certify that all LHE operators have been trained in proper use of all safety devices (e.g. anti-two block devices).

    o.  Take steps to ensure that wind speed does not contribute to loss of control of the load during lifting operations.  At wind speeds greater than 20 mph, the operator, rigger and lift supervisor must cease all crane operations, evaluate conditions and determine if the lift may proceed.  Base the determination to proceed or not on wind calculations per the manufacturer and a reduction in LHE rated capacity if applicable.  Include this maximum wind speed determination as part of the activity hazard analysis plan for that operation.

3.7.3    Machinery and Mechanized Equipment

    a.  Proof of qualifications for operator must be kept on the project site for review.

    b.  Manufacture specifications or owner's manual for the equipment must be on-site and reviewed for additional safety precautions or requirements that are sometimes not identified by OSHA or USACE EM 385-1-1.  Incorporate such additional safety precautions or requirements into the AHAs.

3.7.4    Base Mounted Drum Hoists

    a.  Operation of base mounted drum hoists must comply with EM 385-1-1 and ASSE/SAFE A10.22.

    b.  Rigging gear must comply with applicable ASME/OSHA standards

    c.  When used on telecommunication towers, base mounted drum hoists must comply with TIA-1019, TIA-222, ASME B30.7, 29 CFR 1926.552, and 29 CFR 1926.553.

    d.  When used to hoist personnel, the AHA must include a written standard operating procedure.  Operators must have a physical examination in accordance with EM 385-1-1 Section 16.B.05 and trained, at a minimum, in accordance with EM 385-1-1 Section 16.U and 16.T.  The base mounted drum hoist must also comply with OSHA Instruction CPL 02-01-056 and ASME B30.23.

    e.  Material and personnel must not be hoisted simultaneously.

    f.  Personnel cage must be marked with the capacity (in number of persons) and load limit in pounds.

    g.  Construction equipment must not be used for hoisting material or personnel or with trolley/tag lines.  Construction equipment may be used for towing and assisting with anchoring guy lines.

3.7.5    Use of Explosives

Explosives must not be used or brought to the project site without prior written approval from the Contracting Officer.  Such approval does not relieve the Contractor of responsibility for injury to persons or for damage to property due to blasting operations.

Storage of explosives, when permitted on Government property, must be only where directed and in approved storage facilities.  These facilities must be kept locked at all times except for inspection, delivery, and withdrawal of explosives.

3.8     EXCAVATIONS

Soil classification must be performed by a competent person in accordance
with 29 CFR 1926 and EM 385-1-1.

3.8.1    Utility Locations

Provide a third party, independent, private utility locating company to
positively identify underground utilities in the work area in addition to
any station locating service and coordinated with the station utility
department.

3.8.2    Utility Location Verification

Physically verify underground utility locations, including utility depth,
by hand digging using wood or fiberglass handled tools when any adjacent
construction work is expected to come within 3 feet of the underground
system.

3.8.3    Utilities Within and Under Concrete, Bituminous Asphalt, and Other
Impervious Surfaces

Utilities located within and under concrete slabs or pier structures,
bridges, parking areas, and the like, are extremely difficult to identify.
Whenever contract work involves chipping, saw cutting, or core drilling
through concrete, bituminous asphalt or other impervious surfaces, the
existing utility location must be coordinated with station utility
departments in addition to location and depth verification by a third
party, independent, private locating company.  The third party,
independent, private locating company must locate utility depth by use of
Ground Penetrating Radar (GPR), X-ray, bore scope, or ultrasound prior to
the start of demolition and construction.  Outages to isolate utility
systems must be used in circumstances where utilities are unable to be
positively identified.  The use of historical drawings does not alleviate
the Contractor from meeting this requirement.

3.9     ELECTRICAL

Perform electrical work in accordance with EM 385-1-1, Appendix A, Sections
11 and 12.

3.9.1    Conduct of Electrical Work

As delineated in EM 385-1-1, electrical work is to be conducted in a
de-energized state unless there is no alternative method for accomplishing
the work.  In those cases obtain an energized work permit from the
Contracting Officer.  The energized work permit application must be
accompanied by the AHA and a summary of why the equipment/circuit needs to
be worked energized.  Underground electrical spaces must be certified safe
for entry before entering to conduct work.  Cables that will be cut must be
positively identified and de-energized prior to performing each cut.
Attach temporary grounds in accordance with ASTM F855 and IEEE 1048.
Perform all high voltage cable cutting remotely using hydraulic cutting
tool.  When racking in or live switching of circuit breakers, no additional
person other than the switch operator is allowed in the space during the
actual operation.  Plan so that work near energized parts is minimized to
the fullest extent possible.  Use of electrical outages clear of any

energized electrical sources is the preferred method.

When working in energized substations, only qualified electrical workers are permitted to enter.When work requires work near energized circuits as defined by NFPA 70, high voltage personnel must use personal protective equipment that includes, as a minimum, electrical hard hat, safety shoes, insulating gloves and electrical arc flash protection for personnel as required by NFPA 70E.  Insulating blankets, hearing protection, and switching suits may also be required, depending on the specific job and as delineated in the Contractor's AHA.  Ensure that each employee is familiar with and complies with these procedures and 29 CFR 1910.147.

## 3.9.2    Qualifications

Electrical work must be performed by QP personnel with verifiable credentials who are familiar with applicable code requirements.  Verifiable credentials consist of State, National and Local Certifications or Licenses that a Master or Journeyman Electrician may hold, depending on work being performed, and must be identified in the appropriate AHA.  Journeyman/Apprentice ratio must be in accordance with State, Local[ and Host Nation] requirements applicable to where work is being performed.

## 3.9.3    Arc Flash

Conduct a hazard analysis/arc flash hazard analysis whenever work on or near energized parts greater than 50 volts is necessary, in accordance with NFPA 70E.

All personnel entering the identified arc flash protection boundary must be QPs and properly trained in NFPA 70E requirements and procedures.  Unless permitted by NFPA 70E, no Unqualified Person is permitted to approach nearer than the Limited Approach Boundary of energized conductors and circuit parts.  Training must be administered by an electrically qualified source and documented.

## 3.9.4    Grounding

Ground electrical circuits, equipment and enclosures in accordance with NFPA 70 and IEEE C2 to provide a permanent, continuous and effective path to ground unless otherwise noted by EM 385-1-1.

Check grounding circuits to ensure that the circuit between the ground and a grounded power conductor has a resistance low enough to permit sufficient current flow to allow the fuse or circuit breaker to interrupt the current.

## 3.9.5    Testing

Temporary electrical distribution systems and devices must be inspected, tested and found acceptable for Ground-Fault Circuit Interrupter (GFCI) protection, polarity, ground continuity, and ground resistance before initial use, before use after modification and at least monthly.  Monthly inspections and tests must be maintained for each temporary electrical distribution system, and signed by the electrical CP or QP.

        -- End of Section --

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025


SECTION 01 42 00

SOURCES FOR REFERENCE PUBLICATIONS


PART 1   GENERAL

1.1   REFERENCES

Various publications are referenced in other sections of the specifications
to establish requirements for the work.  These references are identified in
each section by document number, date and title.  The document number used
in the citation is the number assigned by the standards producing
organization (e.g.  ASTM B564 Standard Specification for Nickel Alloy
Forgings).  However, when the standards producing organization has not
assigned a number to a document, an identifying number has been assigned
for reference purposes.

1.2   ORDERING INFORMATION

The addresses of the standards publishing organizations whose documents are
referenced in other sections of these specifications are listed below, and
if the source of the publications is different from the address of the
sponsoring organization, that information is also provided.


     AACE INTERNATIONAL (AACE)
     1265 Suncrest Towne Centre Drive
     Morgantown, WV 26505-1876 USA
     Ph:  304-296-8444
     Fax:  304-291-5728
     E-mail:  info@aacei.org
     Internet:  http://www.aacei.org

     ACOUSTICAL SOCIETY OF AMERICA (ASA)
     1305 Walt Whitman Road, Suite 300
     Melville, NY 11747-4300
     Ph:  516-576-2360
     Fax:  631-923-2875
     E-mail:  asa@aip.org
     Internet: http://asa.aip.org

     AEROSPACE INDUSTRIES ASSOCIATION OF AMERICA, INC. (AIA/NAS)
     1000 Wilson Blvd, Suite 1700
     Arlington, VA 22209
     Ph:  703-358-1052
     Fax:  703-358-1052
     E-mail:  chris.carnahan@aia-aerospace.org
     Internet:  http://www.aia-aerospace.org

     AIR BARRIER ASSOCIATION OF AMERICA (ABAA)
     1600 Boston-Providence Hwy
     Walpole, MA 02081
     Ph:  1-866-956-5888
     Fax:  1-866-956-5819
     Internet:  https://www.airbarrier.org

AIR CONDITIONING CONTRACTORS OF AMERICA (ACCA)
2800 Shirlington Road, Suite 300
Arlington, VA 22206
Ph:  703-575-4477
E-mail:  info@acca.org
Internet:  http://www.acca.org

AIR DIFFUSION COUNCIL (ADC)
1901 N. Roselle Road, suite 800
Schaumburg, IL 60195
Ph:  847-706-6750
Fax:  847-706-6751
E-mail:  info@flexibleduct.org
Internet:  http://www.flexibleduct.org

AIR MOVEMENT AND CONTROL ASSOCIATION INTERNATIONAL (AMCA)
30 West University Drive
Arlington Heights, IL  60004-1893
Ph:  847-394-0150
Fax:  847-253-0088
E-mail: amca@amca.org
Internet:  http://www.amca.org

AIR-CONDITIONING, HEATING AND REFRIGERATION INSTITUTE (AHRI)
2111 Wilson Blvd, Suite 500
Arlington, VA  22201
Ph:  703-524-8800
Fax:  703-562-1942
Internet: http://www.ahrinet.org

ALLIANCE FOR TELECOMMUNICATIONS INDUSTRY SOLUTIONS (ATIS)
1200 G Street, NW, Suite 500
Washington, D.C. 20005
Ph:  202-628-6380
Fax:  202-393-5453
E-mail:  kconn@atis.org
Internet:  http://www.atis.org

ALUMINUM ASSOCIATION (AA)
National Headquarters
1525 Wilson Boulevard, Suite 600
Arlington, VA  22209
Ph:  703-358-2960
E-Mail:  info@aluminum.org
Internet:  http://www.aluminum.org

AMERICAN ARCHITECTURAL MANUFACTURERS ASSOCIATION (AAMA)
1827 Walden Office Square, Suite 550
Schaumburg, IL  60173-4268
Ph:  847-303-5664
Fax:  847-303-5774
E-mail: customerservice@aamanet.org
Internet:  http://www.aamanet.org

AMERICAN ASSOCIATION OF RADON SCIENTISTS AND TECHNOLOGISTS (AARST)
475 South Church Street - Suite 600
Hendersonville, NC 28792
Ph:  800-269-4174
Fax:  828-214-6299

E-mail: info@aarst.org
Internet:  http://aarst-nrpp.com/wp/

AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS
(AASHTO)
444 North Capital Street, NW, Suite 249
Washington, DC  20001
Ph:   202-624-5800
Fax:  202-624-5806
E-Mail: info@aashto.org
Internet:  http://www.aashto.org

AMERICAN ASSOCIATION OF TEXTILE CHEMISTS AND COLORISTS (AATCC)
1 Davis Drive
P.O. Box 12215
Research Triangle Park, NC  27709-2215
Ph:   919-549-8141
Fax:  919-549-8933
Internet:  http://www.aatcc.org

AMERICAN BEARING MANUFACTURERS ASSOCIATION (ABMA)
2025 M Street, NW, Suite 800
Washington, DC  20036
Ph:   202-367-1155
E-mail: info@americanbearings.org
Internet:  http://www.americanbearings.org

AMERICAN BOILER MANUFACTURERS ASSOCIATION (ABMA/BOIL)
8221 Old Courthouse Road, Suite 202
Vienna, VA  22182
Ph:  703-356-7172
Internet:  http://www.abma.com

AMERICAN BUREAU OF SHIPPING (ABS)
16855 Northchase Drive
Houston, TX 77060 USA
Ph:   281-877-5800
Fax:  281-877-5803
E-Mail:  ABS-WorldHQ@eagle.org
Internet:  http://www.eagle.org

AMERICAN COMPOSITES MANUFACTURER'S ASSOCIATION (ACMA)
 2000 15th St N Suite 250
Arlington, VA  22201
Ph:   703-525-0511
Fax:  703-525-0743
Internet:  https://acmanet.org

AMERICAN CONCRETE INSTITUTE INTERNATIONAL (ACI)
38800 Country Club Drive
Farmington Hills, MI  48331-3439
Ph:   248-848-3700
Fax:  248-848-3701
E-mail: bkstore@concrete.org
Internet:  http://www.concrete.org

AMERICAN CONCRETE PIPE ASSOCIATION (ACPA)
8445 Freeport Parkway, Suite 350
Irving, TX  75063-2595

```
          Ph:   972-506-7216
          Fax:  972-506-7682
          E-mail:  info@concrete-pipe.org
          Internet:  http://www.concrete-pipe.org

          AMERICAN CONFERENCE OF GOVERNMENTAL INDUSTRIAL HYGIENISTS (ACGIH)
          1330 Kemper Meadow Drive
          Cincinnati, OH  45240
          Ph:   513-742-2020 or 513-742-6163
          Fax:  513-742-3355
          E-mail:  mail@acgih.org
          Internet:  http://www.acgih.org

          AMERICAN FOREST FOUNDATION (AFF)
          American Tree Farm System
          2000 M Street, NW, Suite 550
          Washington, DC  20036
          Ph:  202-765-3660
          Fax: 202-827-7924
          Email: info@treefarmsystem.org
          Internet:  https://www.treefarmsystem.org/standards-review

          AMERICAN FOREST AND PAPER ASSOCIATION (AF&PA)
          American Wood Council
          ATTN:  Publications Department
          1111 Nineteenth Street NW, Suite 800
          Washington, DC  20036
          Ph:  800-890-7732 or 202-463-2766
          Fax: 202-463-2791
          E-mail:  awcpubs@afandpa.org
          Internet:  http://www.awc.org/

          AMERICAN GAS ASSOCIATION (AGA)
          400 North Capitol Street N.W.
          Suite 450
          Washington, D.C. 20001
          Ph:   202-824-7000
          Internet:  http://www.aga.org

          AMERICAN GEAR MANUFACTURERS ASSOCIATION (AGMA)
          1001 N. Fairfax Street, Suite 500
          Alexandria, VA  22314-1587
          Ph:   703-684-0211
          Fax:  703-684-0242
          E-mail: tech@agma.org
          Internet:  http://www.agma.org

          AMERICAN HARDBOARD ASSOCIATION (AHA)
          1210 West Northwest Highway
          Palatine, IL 60067
          Ph:   847-934-8800
          Fax:  847-934-8803
          E-mail:  aha@hardboard.org
          Internet:  http://domensino.com/AHA/

          AMERICAN INDUSTRIAL HYGIENE ASSOCIATION (AIHA)
          3141 Fairview Park Dr, Suite 777
          Falls Church, VA  22042
          Tel:  703-849-8888
```

```
Fax:  703-207-3561
E-mail:  infonet@aiha.org
Internet  http://www.aiha.org

AMERICAN INSTITUTE OF STEEL CONSTRUCTION (AISC)
One East Wacker Drive, Suite 700
Chicago, IL  60601-1802
Ph:   312-670-2400
Fax:  312-670-5403
Bookstore: 800-644-2400
E-mail:  aisc@ware-pak.com
Internet:  http://www.aisc.org

AMERICAN INSTITUTE OF TIMBER CONSTRUCTION (AITC)
7012 South Revere Parkway, Suite 140
Centennial, CO  80112
Ph:   503-639-0651
Fax:  503-684-8928
E-mail: info@aitc-glulam.org
Internet:  http://www.aitc-glulam.org

AMERICAN IRON AND STEEL INSTITUTE (AISI)
25 Massachusetts Avenue, NW Suite 800
Washington, DC 20001
Ph:   202-452-7100
Internet:  http://www.steel.org

AMERICAN LADDER INSTITUTE (ALI)
2025 M St. NW
Washington, DC 20036
Ph:   202-367-1217
Fax:  202-973-8712
E-mail:  info@americanladderinstitute.org
Internet:  http://www.americanladderinstitute.org

AMERICAN LUMBER STANDARDS COMMITTEE (ALSC)
P.O. Box 210
Germantown, MD 20875-0210
Ph:   301-972-1700
Fax:  301-540-8004
E-mail:  alsc@alsc.org
Internet:   http://www.alsc.org

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
1899 L Street, NW,11th Floor
Washington, DC 20036
Ph:   202-293-8020
Fax:  202-293-9287
E-mail:  storemanager@ansi.org
Internet:   http://www.ansi.org/

AMERICAN PETROLEUM INSTITUTE (API)
Internet:  http://www.api.org

AMERICAN RAILWAY ENGINEERING AND MAINTENANCE-OF-WAY ASSOCIATION
(AREMA)
4501 Forbes Blvd., Suite 130
Lanham, MD  20706
Ph:   301-459-3200
```

Fax:  301-459-8077
E-mail:  bcaruso@arema.org
Internet:  http://www.arema.org

AMERICAN SOCIETY FOR NONDESTRUCTIVE TESTING (ASNT)
P.O. Box 28518
1711 Arlingate Lane
Columbus, OH  43228-0518
Ph:   800-222-2768; 614-274-6003
Fax:  614-274-6899
E-mail:  tjones@asnt.org
Internet:  http://www.asnt.org

AMERICAN SOCIETY FOR QUALITY (ASQ)
600 North Plankinton Avenue
Milwaukee, WI 53203
-or-
P.O. Box 3005
Milwaukee, WI  53201-3005
Ph:   800-248-1946; 414-272-8575
Fax:  414-272-1734
E-mail:  help@asq.org
Internet:  http://www.asq.org

AMERICAN SOCIETY OF CIVIL ENGINEERS (ASCE)
1801 Alexander Bell Drive
Reston, VA  20191
Ph:   703-295-6300; 800-548-2723
E-mail:  member@asce.org
Internet:  http://www.asce.org

AMERICAN SOCIETY OF HEATING, REFRIGERATING AND AIR-CONDITIONING
ENGINEERS (ASHRAE)
1791 Tullie Circle, NE
Atlanta, GA  30329
Ph:   800-527-4723 or 404-636-8400
Fax:  404-321-5478
E-mail:  ashrae@ashrae.org
Internet:  http://www.ashrae.org

AMERICAN SOCIETY OF SAFETY ENGINEERS (ASSE/SAFE)
1800 East Oakton Street
Des Plaines, IL  60018
Ph:  847-699-2929
Internet:  http://www.asse.org

AMERICAN SOCIETY OF SANITARY ENGINEERING (ASSE)
18927 Hickory Creek Drive, Suite 220
Mokena, IL  60448
Ph:   708-995-3019
Fax:  708-479-6139
E-mail:  staffengineer@asse-plumbing.org
Internet:  http://www.asse-plumbing.org

AMERICAN WATER WORKS ASSOCIATION (AWWA)
6666 West Quincy Avenue
Denver, CO  80235-3098
Ph:  303-794-7711
E-mail:  distribution@awwa.org

```
Internet:  http://www.awwa.org

AMERICAN WELDING SOCIETY (AWS)
13301 NW 47 Ave
Miami, FL 33054

Ph:   888-WELDING, 305-824-1177, 305-826-6192
Fax:  305-826-6195
E-mail:  customer.service@awspubs.com
Internet: http://www.aws.org

AMERICAN WIND ENERGY ASSOCIATION (AWEA)
1501 M St. NW, Suite 1000
Washington, DC 20005
Ph:   202.383.2500
Fax:  202.383.2505
Internet:  https://www.awea.org/
AMERICAN WOOD COUNCIL (AWC)
222 Catoctin Circle SE, Suite 201
Leesburg, VA 20175
Ph:   800-890-7732
Fax:  412-741-0609
E-mail:  publications@awc.org
Internet: http://www.awc.org

AMERICAN WOOD PROTECTION ASSOCIATION (AWPA)
P.O. Box 361784
Birmingham, AL  35236-1784
Ph:  205-733-4077
Fax:  205-733-4075
Internet: http://www.awpa.com

AmericanHort (AH)
2130 Stella Court
Columbus, OH 43215 USA
Ph:   614-487-1117
Fax:  614-487-1216
E-mail: hello@AmericanHort.org
Internet:  http://americanhort.org/AmericanHort/AmericanHort

APA - THE ENGINEERED WOOD ASSOCIATION (APA)
7011 South 19th St.
Tacoma, WA  98466-5333
Ph:   253-565-6600
Fax:  253-565-7265
Internet:  http://www.apawood.org

ARCHITECTURAL WOODWORK INSTITUTE (AWI)
46179 Westlake Drive, Suite 120
Potomac Falls, VA  20165
Ph:   571-323-3636
Fax:  571-323-3630
E-mail:  info@awinet.org
Internet:  http://www.awinet.org

ARCNET TRADE ASSOCIATION (ATA)
E-mail:  info@arcnet.com
Internet:  http://www.arcnet.com/index.htm</URL
```

ASM INTERNATIONAL (ASM)
9639 Kinsman Road
Materials Park, OH  44073-0002
Ph:  440-338-5151, 800-336-5152
E-mail:  memberservicecenter@asminternational.org
Internet:
http://asmcommunity.asminternational.org/portal/site/www/Home/

ASME INTERNATIONAL (ASME)
Two Park Avenue, M/S 10E
New York, NY 10016-5990
Ph:  800-843-2763
Fax:  973-882-1717
E-mail:  customercare@asme.org
Internet:  http://www.asme.org

ASPHALT INSTITUTE (AI)
2696 Research Park Drive
Lexington, KY  40511-8480
Ph:  859-288-4960
Fax:  859-288-4999
E-mail:  info@asphaltinstitute.org
Internet:  http://www.asphaltinstitute.org

ASPHALT ROOFING MANUFACTURER'S ASSOCIATION (ARMA)
750 National Press Building
529 14th Street, NW
Washington D.C.  20045
Ph:  202-591-2450
Fax:  202-591-2445
Internet:  http://www.asphaltroofing.org

ASSOCIATED AIR BALANCE COUNCIL (AABC)
1518 K Street, NW
Washington, DC  20005
Ph:  202-737-0202
Fax:  202-638-4833
E-mail:  info@aabc.com
Internet:  http://www.aabc.com/

ASSOCIATION FOR IRON AND STEEL TECHNOLOGY (AIST)
186 Thorn Hill Road
Warrendale, PA 15086-7528
Ph:  724-814-3000
Fax:  724-814-3001
E-Mail: memberservices@aist.org
Internet:  http://www.aist.org/publications

ASSOCIATION FOR THE ADVANCEMENT OF MEDICAL INSTRUMENTATION (AAMI)
4301 N. Fairfax Drive, Suite 301
Arlington, VA 22203-1633
Ph:  703-525-4890
Fax:  703-276-0793
E-mail:  customerservice@aami.org
Internet:  http://www.aami.org

ASSOCIATION OF EDISON ILLUMINATING COMPANIES (AEIC)
600 North 18th Street
P.O. Box 2641

Birmingham, AL  35291-0992
Ph:   205-257-3839
E-Mail:  aeicdir@bellsouth.net
Internet:  http://www.aeic.org

ASSOCIATION OF HOME APPLIANCE MANUFACTURERS (AHAM)
1111 19th Street NW, Suite 402
Washington, DC 20036
Ph:   202-872-5955
E-mail:  info@aham.org
Internet:  http://www.aham.org

ASSOCIATION OF POOL & SPA PROFESSIONALS (APSP)
2111 Eisenhower Ave.
Alexandria, VA 22314
Ph:   703.838.0083
Fax:   703.549.0493
E-mail:  cdigiovanni@apsp.org
Internet:  http://apsp.org/standards.aspx

ASSOCIATION OF THE WALL AND CEILING INDUSTRY (AWCI)
513 West Broad Street, Suite 210
Falls Church, VA 22046
Ph:   703-538-1600
Fax: 703-534-8307
E-mail: info@awci.org
Internet:  http://www.awci.org

ASTM INTERNATIONAL (ASTM)
100 Barr Harbor Drive, P.O. Box C700
West Conshohocken, PA  19428-2959
Ph:   877-909-2786
Internet:  http://www.astm.org

BAY AREA AIR QUALITY MANAGEMENT DISTRICT (BAAQMD)
939 Ellis Street
San Francisco, CA 94109
Ph:  415-771-6000
Fax: 415-928-8560
E-Mail:  publicrecords@baaqmd.gov
Internet: http://www.baaqmd.gov/

BACNET INTERNATIONAL (BTL)
BACnet Testing Laboratories
1827 Powers Ferry Road
Building 14, Suite 100
Atlanta, GA 30339
Ph:   770-971-6003
Fax:   678-229-2777
E-mail:  btl-manager@bacnetinternational.org
Internet:  http://www.bacnetlabs.org

BIFMA INTERNATIONAL (BIFMA)
678 Front Ave. NW, Suite 150
Grand Rapids, MI 49504-5368
Ph:  616-285-3963
Fax:  616-285-3765
E-mail:  email@bifma.org
Internet:  http://www.bifma.org

BIOCYCLE, JOURNAL OF COMPOSTING AND RECYCLING (BIOCYCLE)
Ph: 610-967-4135
Internet:  http://www.biocycle.net

BRITISH STANDARDS INSTITUTE (BSI)
Ph:  +44 845-086-9001
E-mail:  cservices@bsigroup.com
Internet:  http://www.bsigroup.com

BUILDERS HARDWARE MANUFACTURERS ASSOCIATION (BHMA)
355 Lexington Avenue, 15th Floor
New York, NY  10017
Ph:  212-297-2122
Fax: 212-370-9047
Internet:  http://www.buildershardware.com


CALIFORNIA AIR RESOURCES BOARD (CARB)
1001 I Street
Sacramento, CA 95814
Ph:  800-242-445-
Internet: http://www.arb.ca.gov

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH (CDPH)
PO Box 997377, MS 0500
Sacramento, CA 95899-7377
Ph:  916-558-1784
Internet:  http://www.cdph.ca.gov

CALIFORNIA ENERGY COMMISSION (CEC)
Media and Public Communications Office
1516 Ninth Street, MS-29
Sacramento, CA 95814-5512
Ph:  916-654-5106
E-mail:  appliances@energy.ca.gov
Internet: http://www.energy.ca.gov/

CARPET AND RUG INSTITUTE (CRI)
P.O. Box 2048
Dalton, GA  30722-2048
Ph:  706-278-3176
Fax:  706-278-8835
Internet:  http://www.carpet-rug.com

CAST IRON SOIL PIPE INSTITUTE (CISPI)
3008 Preston Station Drive
Hixson, TN  37343
Ph:  423-842-2122
Internet:  http://www.cispi.org

CEILINGS AND INTERIOR SYSTEMS CONSTRUCTION ASSOCIATION (CISCA)
1010 Jorie Blvd, Suite 30
 Oak Brook, IL 60523
Ph:  630-584-1919
Fax: 866-560-8537
E-mail: cisca@cisca.org
Internet:  http://www.cisca.org

CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC)
1600 Clifton Road
Atlanta, GA 30333
Ph: 800-232-4636
TTY: 888-232-6348Internet: http://www.cdc.gov

CHEMICAL FABRICS AND FILM ASSOCIATION (CFFA)
1300 Sumner Avenue
Cleveland OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105
E-mail: cffa@chemicalfabricsandfilm.com
Internet: http://www.chemicalfabricsandfilm.com/

CHLORINE INSTITUTE (CI)
1300 Wilson Boulevard, Suite 525
Arlington, VA 22209
Ph:   703-894-4140
Fax:  703-894-4130
E-mail: pubs@cl2.com
Internet: http://www.chlorineinstitute.org/

COMPOSITE PANEL ASSOCIATION (CPA)
19465 Deerfield Avenue, Suite 306
Leesburg, VA 20176
Ph:   703-724-1128
Fax:  703-724-1588
Internet: http://www.compositepanel.org/

COMPRESSED AIR AND GAS INSTITUTE (CAGI)
1300 Sumner Avenue
Cleveland OH 44115-2851
Ph: 216-241-7333
Fax: 216-241-0105
E-mail: cagi@cagi.org
Internet: http://www.cagi.org/

COMPRESSED GAS ASSOCIATION (CGA)
14501 George Carter Way, Suite 103
Chantilly, VA  20151-1788
Ph:   703-788-2700
Fax:  703-961-1831
E-mail: cga@cganet.com
Internet: http://www.cganet.com

CONCRETE REINFORCING STEEL INSTITUTE (CRSI)
933 North Plum Grove Road
Schaumburg, IL  60173-4758
Ph:   847-517-1200
Fax:  847-517-1206
Internet: http://www.crsi.org/

CONCRETE SAWING AND DRILLING ASSOCIATION (CSDA)
100 2nd Ave South, Ste 402N
 St. Petersburg, FL 33701
PH: 727-577-5004
E-mail: info@csda.org
Internet: http://www.csda.org

CONSUMER ELECTRONICS ASSOCIATION (CEA)
1919 South Eads St.
Arlington, VA 22202
Ph:  866-858-1555 or 703-907-7634
Fax:  866-858-2555 or 703-907-7693
E-mail:  standards@CE.org
Internet: http://www.CE.org

CONSUMER PRODUCT SAFETY COMMISSION (CPSC)
4330 East-West Highway
Bethesda, MD 20814
Ph:  301-504-7923
Fax:  301-504-0124 or 301-504-0025
Internet: http://www.cpsc.gov

CONVEYOR EQUIPMENT MANUFACTURERS ASSOCIATION (CEMA)
5672 Strand Ct., Suite 2
 Naples, Florida 34110
Ph:  239-514-3441
Fax:  239-514-3470
E-mail:  karen@cemanet.org
Internet:  http://www.cemanet.org

COOLING TECHNOLOGY INSTITUTE (CTI)
P.O. Box 73383
Houston, TX 77273-3383
Ph:  281-583-4087
Fax:  281-537-1721
E-mail:  vmanser@cti.org
Internet: http://www.cti.org

COPPER DEVELOPMENT ASSOCIATION (CDA)
Internet: http://www.copper.org

COUNCIL ON ENVIRONMENTAL QUALITY (CEQ) (WHITE HOUSE)
722 Jackson Place
Washington DC 20506
Internet: https://www.whitehouse.gov/administration/eop/ceq

CRANE MANUFACTURERS ASSOCIATION OF AMERICA (CMAA)
8720 Red Oak Boulevard, Suite 201
Charlotte, NC 28217-3992
Ph:  704-676-1190
Fax:  704-676-1199
Internet:  http://www.mhi.org/cmaa

CSA GROUP (CSA)
178 Rexdale Blvd.
Toronto, ON, Canada M9W 1R3
Ph:  416-747-4044
Fax:  416-747-2510
E-mail:  sales@csagroup.org
http://www.csagroup.org/us/en/home

DISTRICT OF COLUMBIA MUNICIPAL REGULATIONS (DCMR)
1350 Pennsylvania Avenue, NW, Suite 419
Washington DC 20004
Ph:  202-727-6306
Fax:  202-727-3582

TTY:  711
E-mail:  secretary@dc.gov
Internet:
http://os.dc.gov/service/publication-and-regulatory-services

DOOR AND ACCESS SYSTEM MANUFACTURERS ASSOCIATION (DASMA)
1300 Sumner Avenue
Cleveland, OH  44115-2851
Ph:  216-241-7333
Fax:  216-241-0105
Internet:  http://www.dasma.com

DUCTILE IRON PIPE RESEARCH ASSOCIATION (DIPRA)
1322 Riverhaven Place
Birmingham, AL 35244
Ph:  205-402-8700
Internet:  http://www.dipra.org

ELECTRICAL GENERATING SYSTEMS ASSOCIATION (EGSA)
1650 South Dixie Highway, Suite 400
Boca Raton, FL 33432-7462
Ph:  561-750-5575
Fax: 561-395-8557
Internet: http://www.egsa.org

ELECTRONIC COMPONENTS INDUSTRY ASSOCIATION (ECIA)
2214 Rock Hill Rd., Suite 170
Herndon, VA  20170
Ph: 571-323-0294
Fax:  571-323-0245
E-mail:  emikoski@ecaus.org
Internet:  http://www.ecianow.org/

ELECTRONIC INDUSTRIES ALLIANCE (EIA)
EIA has become part of the ELECTRONIC COMPONENTS INDUSTRY
ASSOCIATION (ECIA)

ELECTROSTATIC DISCHARGE ASSOCIATION (ESD)
7900 Turin Road, Building 3
Rome, NY 13440-2069
Ph:   315-339-6937
Fax:  315-339-6793
E-mail:  info@esda.org
http://www.esda.org/

ENERGY INSTITUTE (EI)
Publications Team
Energy Institute
61 New Cavendish Street
London
W1G 7AR, UK
Ph:  +44 (0)20 7467 7100
Fax: +44 (0)20 7255 1472
E-mail:  pubs@energyinst.org.uk
Internet:
http://www.energyinstpubs.org.uk/cgi-bin/open.cgi?page=index

ETL TESTING LABORATORIES (ETL)
Intertek

Ph:   888-DIRLIST (888-347-5478)
Internet: http://www.intertek.com/

EUROPEAN COMMITTEE FOR STANDARDIZATION (CEN/CENELEC)
CEN-CENELEC Management Centre
Avenue Marnix 17
B-1000 Brussels
Ph:  32-2-550-08-11
Fax: 32-2-550-08-19
Internet:  http://www.cen.eu/Pages/default.aspx

EXPANSION JOINT MANUFACTURERS ASSOCIATION (EJMA)
25 North Broadway
Tarrytown, NY  10591
Fax: 914-332-1541
E-mail:  inquiries@ejma.org
Internet: http://www.ejma.org

FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)
615 Chestnut Street
One Independence Mall, Sixth Floor
Philadelphia, PA  19106-4404
Ph:   215-931-5597
E-mail:  femar3newsdesk@fema.dhs.gov
Internet:  https://www.fema.gov/

FEDERAL REMEDIATION TECHNOLOGIES ROUNDTABLE (FRTR)
Ph:   703-487-4650
Internet:  http://www.frtr.gov/

FLUID CONTROLS INSTITUTE (FCI)
1300 Sumner Avenue
Cleveland, OH 44115
Ph:   216-241-7333
Fax:  216-241-0105
E-mail:  fci@fluidcontrolsinstitute.org
Internet:  www.fluidcontrolsinstitute.org

FLUID SEALING ASSOCIATION (FSA)
994 Old Eagle School Rd. #1019
Wayne, PA  19087-1866
Ph:  610-971-4850
Internet:  www.fluidsealing.com

FM GLOBAL (FM)
270 Central Avenue
P.O. Box 7500
Johnston, RI 02919-4923
Ph:   877-364-6726
Fax:  401-275-3029
E-mail:  servicedesk.myrisk@fmglobal.com
Internet:  http://www.fmglobal.com

FOREST STEWARDSHIP COUNCIL (FSC)
212 Third Avenue North
Suite 445
Minneapolis, MN 55401
Ph:   612-353-4511
E-mail: info@us.fcs.org

Internet:  https://us.fsc.org/

FORESTRY SUPPLIERS INC. (FSUP)
205 West Rankin Street
P.O. Box 8397
Jackson, MS  39284-8397
Ph: 800-752-8460
Internet:  http://www.forestry-suppliers.com

FOUNDATION FOR CROSS-CONNECTION CONTROL AND HYDRAULIC RESEARCH
(FCCCHR)
University of South California
Research Annex 219
3716 South Hope Street
Los Angeles, CA  90089-7700
Ph:  213-740-2032 or 866-545-6340
Fax:  213-740-8399
E-mail:  fccchr@usc.edu
Internet:  http://www.usc.edu/dept/fccchr

FPInnovations (FPI)
570 Saint-Jean Blvd.
Pointe-Claire, QC
Canada H9R 3J9
Ph:  514-630-4100
Internet:  https://fpinnovations.ca/Pages/index.aspx
Download:  http://www.masstimber.com
Hard copy:  http://www.awc.org

GEOLOGICAL SOCIETY OF AMERICA (GeoSA)
P.O. Box 9140
Boulder, CO  80301-9140
Ph:  303-357-1000
Fax: 303-357-1070
E-mail:  gsaservice@geosociety.org
Internet: http://www.geosociety.org

GEOSYNTHETIC INSTITUTE (GSI)
475 Kedron Avenue
Folsom, PA  19033-1208
Ph:  610-522-8440
Fax:  610-522-8441
Internet:  http://www.geosynthetic-institute.org

GERMAN INSTITUTE FOR STANDARDIZATION (DIN)
Americas
Englewood, CO, US
Ph:  +1 800-447-2273 (Toll Free), +1 303-736-3001 (US/Canada)
Internet:

GLASS ASSOCIATION OF NORTH AMERICA (GANA)
800 SW Jackson St., Suite 1500
Topeka, KS  66612-1200
Ph:  785-271-0208
E-mail:  gana@glasswebsite.com
Internet:  http://www.glasswebsite.com

GREEN BUILDING INITIATIVE (GBI)
5410 SW Macadam, Suite 150
Portland, Oregon 97239
Ph:  877-424-4241
Fax: 503.961.8991
Email: info@thegbi.org
Internet:  http://www.thegbi.org/

GREEN SEAL (GS)
1001 Connecticut Avenue, NW
Suite 827
Washington, DC 20036-5525
Ph:  202-872-6400
Fax:  202-872-4324
Internet: http://www.greenseal.org

GYPSUM ASSOCIATION (GA)
6525 Belcrest Road, Suite 480
Hyattsville, MD 20782
Ph:  301-277-8686
Fax:  301-277-8747
E-mail: info@gypsum.org
Internet: http://www.gypsum.org

H.P. WHITE LABORATORY (HPW)
3114 Scarboro Road
Street, MD  21154
Ph:  410-838-6550
Fax: 410-838-2802
E-mail: info@hpwhite.com
Internet: http://www.hpwhite.com

HARDWOOD PLYWOOD AND VENEER ASSOCIATION (HPVA)
1825 Michael Faraday Dr.
Reston, VA 20190
Ph:  703-435-2900
Fax:  703-435-2537
E-mail:  hpva@hpva.org
Internet:  http://www.hpva.org

HEAT EXCHANGE INSTITUTE (HEI)
1300 Sumner Avenue
Cleveland, OH  44115
Ph:  216-241-7333
Fax:  216-241-0105
E-mail: hei@heatexchange.org
Internet:  http://www.heatexchange.org

HYDRAULIC INSTITUTE (HI)
6 Campus Drive, First Floor North
Parsippany, NJ  07054-4406
Ph:  973-267-9700
Fax:  973-267-9055
Internet: http://www.pumps.org

HYDRONICS INSTITUTE DIVISION OF AHRI (HYI)
35 Russo Place
P.O. Box 218
Berkeley Heights, NJ  07922-0218

```
Ph:   908-464-8200
Fax:  908-464-7818
Internet:  http://www.ahrinet.org

ICC EVALUATION SERVICE, INC. (ICC-ES)
3060 Saturn Street, Suite 100
Brea, CA 92821
Ph:   800-423-6587 ext. 66546
Fax:  562-695-4694
E-mail: es@icc-es.org
Internet:  http://www.icc-es.org

ILLUMINATING ENGINEERING SOCIETY (IES)
120 Wall Street, 17th Floor
New York, NY  10005-4001
Ph:   212-248-5000
Fax:  212-248-5018
E-mail: IES@IES.org
Internet:  http://www.IES.org

INDUSTRIAL FASTENERS INSTITUTE (IFI)
6363 Oak Tree Boulevard
Independance, OH 44131
Ph:   216-241-1482
E-mail:  IFI-orders@indfast.org
Internet:  http://www.indfast.org/

INSTITUTE OF CLEAN AIR COMPANIES (ICAC)
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
Ph:   571-858-3707
Fax:  703-243-8696
E-mail:  icacinfo@icac.com
Internet:  http://www.icac.com

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)
445 and 501 Hoes Lane
Piscataway, NJ  08854-4141
Ph:   732-981-0060 or 800-701-4333
Fax:  732-562-9667
E-mail: onlinesupport@ieee.org
Internet:  http://www.ieee.org

INSTITUTE OF ENVIRONMENTAL SCIENCES AND TECHNOLOGY (IEST)
2340 South Arlington Heights Rd. Suite 620
Arlington Heights, IL 60005-4510
Ph:  847-981-0100
Fax: 847-981-4130
E-mail:  information@iest.org
Internet:  http://www.iest.org

INSTITUTE OF INSPECTION, CLEANING, AND RESTORATION CERTIFICATION
(IICRC)
IICRC Headquarters
4317 NE Thurston Way, Suite 200
 Vancouver, WA 98662
Ph:  360-693-5675
Fax: 360-693-4858
E-mail:  info@iicrc.org
```

Internet:  http://www.iicrc.org/home

INSTITUTE OF TRANSPORTATION ENGINEERS (ITE)
1627 Eye Street, NW, Suite 600
Washington, DC 20006
Ph:   202-785-0060
Fax:  202-785-0609
E-mail:  ite_staff@ite.org
Internet:  http://www.ite.org

INSTRUCTIONS AND STANDARDS FOR NAVBASE GUANTANAMO BAY CUBA
(COMNAVBASEGTMOINST)
Naval Station Guantanamo Bay
c/o Admin Department
PSC 1005 Box 25
FPO AE Guantanamo Bay, 09593
Ph:  (011) 5399-4511
Internet: http://www.cnic.navy.mil/Guantanamo

INSULATED CABLE ENGINEERS ASSOCIATION (ICEA)
P.O. Box 1568
Carrollton, GA 30112
E-mail:
http://www.icea.net/Public_Pages/Contact/Email_Contact.html
Internet: http://www.icea.net

INSULATING GLASS MANUFACTURERS ALLIANCE (IGMA)
27 N. Wacker Dr. Suite 365
Chicago, IL 60606-2800
Ph:   613-233-1510
Fax:    613-482-9436
E-mail:  enquiries@igmaonline.org
Internet: http://www.igmaonline.org

INTELLIGENCE COMMUNITY STANDARD (ICS)
Homeland Security Digital Library
Internet:  https://www.hsdl.org/c/

INTERNATIONAL AIR TRANSPORT ASSOCIATION (IATA)
800 Place Victoria
PO Box 113
Montréal, Quebec, H4Z 1M1
Ph:   514-390-6726 or 800-716-6326
Fax:  514-874-9659
E-mail:  custserv@iata.org
Internet: http://www.iata.org

INTERNATIONAL ASSOCIATION OF PLUMBING AND MECHANICAL OFFICIALS
(IAPMO)
4755 E. Philadelphia St.
Ontario, CA 91761
Ph:   909-472-4100
Fax:  909-472-4150
E-mail:  iapmo@iapmo.org
Internet:  http://www.iapmo.org

INTERNATIONAL CODE COUNCIL (ICC)
500 New Jersey Avenue, NW
6th Floor, Washington, DC 20001

```
Ph:   800-786-4452 or 888-422-7233
E-mail:  order@iccsafe.org
Internet: www.iccsafe.org

INTERNATIONAL CONCRETE REPAIR INSTITUTE (ICRI)
10600 West Higgins Road, Suite 607
Rosemont, IL 60018
Ph:   847-827-0830
Fax:  847-827-0832
Internet: http://www.icri.org

INTERNATIONAL ELECTRICAL TESTING ASSOCIATION (NETA)
3050 Old Centre Ave. Suite 102
Portage, MI 49024
Ph:  269-488-6382
Internet:  http://www.netaworld.org

INTERNATIONAL ELECTROTECHNICAL COMMISSION (IEC)
3, rue de Varembe
P.O. Box 131
CH-1211  Geneva 20, Switzerland
Ph:   41-22-919-02-11
Fax:  41-22-919-03-00
Internet:  http://www.iec.ch

INTERNATIONAL GROUND SOURCE HEAT PUMP ASSOCIATION (IGSHPA)
1201 S Innovation Way, Suite 400
Stillwater, OK 74074
Ph:  800-626-4747 or 405-744-5175
Fax: 405-744-5283
E-mail:  igshpa@okstate.edu
Internet:  http://www.igshpa.okstate.edu/

INTERNATIONAL INSTITUTE OF AMMONIA REFRIGERATION (IIAR)
1001 N. Fairfax Street, Suite 503
 Alexandria, VA 22314
Ph:  703-312-4200
Fax: 703-312-0065
E-mail:  iiar_request@iiar.org
Internet:  http://www.iiar.org

INTERNATIONAL MUNICIPAL SIGNAL ASSOCIATION (IMSA)
597 Haverty Court, Suite 100
Rockledge, FL 32955
Ph:   321-392-0500 and 800-723-4672
Fax:  315-806-1400
E-mail: manuals@imsasafety.org
Internet: http://www.imsasafety.org/

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO)
ISO Central Secretariat
Chemin de Blandonnet 8
CP 401 - 1214 Vernier, Geneva
Switzerland
Ph:  41-22-749-01-11
Fax: 41-22-733-34-30
E-mail:  central@iso.ch
Internet:  https://www.iso.org/contact-iso.html
```

INTERNATIONAL SAFETY EQUIPMENT ASSOCIATION (ISEA)
1901 North Moore Street
Arlington, VA  22209-1762
Ph:   703-525-1695
Fax:  703-528-2148
Internet: http://www.safetyequipment.org/

INTERNATIONAL TELECOMMUNICATION UNION (ITU)
Place des Nations
CH-1211 Geneve 20 Switzerland
Ph:   41-22-730-6141
Fax:  41-22-730-5194
E-mail: sales@itu.int
Internet:  http://www.itu.int/en/Pages/default.aspx

INTERNATIONAL WINDOW CLEANING ASSOCIATION (IWCA)
1100-H Brndywine Blvd.
Zanesville, OH 43701-7303
Ph:  800-875-4922
E-mail:  info@iwca.org
Internet:  http://www.iwca.org

IPC - ASSOCIATION CONNECTING ELECTRONICS INDUSTRIES (IPC)
3000 Lakeside Drive, 309 S
Bannockburn, IL  60015
Ph:  847-615-7100
Fax: 847-615-7105
E-mail:  answers@ipc.org
Internet:  http://www.ipc.org

INTERNATIONAL SOCIETY OF AUTOMATION (ISA)
67 T.W. Alexander Drive
PO Box 12277
Research Triangle Park, NC  27709
Ph:   919-549-8411
Fax:  919-549-8288
E-mail:  info@isa.org
Internet: http://www.isa.org

INTERNET ENGINEERING TASK FORCE (IETF)
c/o Association Management Solutions, LLC (AMS)
48377 Fremont Blvd., Suite 117
Fremont, California 94538
Ph:  510-492-4080
Fax: 510-492-4001
E-mail:  ietf-info@ietf.org
Internet:  http://www.ietf.org/

ITALIAN LAWS AND DECREES (D.M.)
Internet: http://www.nyulawglobal.org/globalex/Italy2.htm

JAPANESE STANDARDS ASSOCIATION (JSA)
c/o MITA MT Bldg.
3-13-12 Mita Minato-ku Tokyo 108-0073 JAPAN
Ph:     81-3-4231-8520
Fax:    81-3-4231-8655
Internet:  http://www.jsa.or.jp/default_english.asp

**KITCHEN CABINET MANUFACTURERS ASSOCIATION (KCMA)**
1899 Preston White Drive
Reston, VA  20191-5435
Ph:   703-264-1690
Fax:  703-620-6530
Internet:  http://www.kcma.org

**L.H. BAILEY HORTORIUM (LHBH)**
Dept of Plant Biology
c/o Cornell University
440 Mann Library Building
Ithaca, NY 14853
Ph:  607-255-1052
Fax: 607-254-5407
Internet:  http://plantbio.cals.cornell.edu/hortorium

**LOCKHEED MARTIN CORPORATION (LM)**
6801 Rockledge Drive
Bethesda, MD  20817 U.S.A.
Ph:  301-897-6000
Internet:  https://www.lockheedmartin.com/us.html

**LONMARK INTERNATIONAL (LonMark)**
550 Meridan Ave.
San Jose, CA 95126
Ph:  408-938-5266
Fax: 408-790-3838
Internet:  http://www.lonmark.org

**MANUFACTURERS STANDARDIZATION SOCIETY OF THE VALVE AND FITTINGS
INDUSTRY (MSS)**
127 Park Street, NE
Vienna, VA  22180-4602
Ph:   703-281-6613
E-mail:  info@mss-hq.com
Internet:  http://mss-hq.org/Store/index.cfm

**MAPLE FLOORING MANUFACTURERS ASSOCIATION (MFMA)**
111 Deer Lake Road, Suite 100
Deerfield, IL 60015
Ph:   847-480-9138
Fax:  847-480-9282
E-mail: mfma@maplefloor.org
Internet: http://www.maplefloor.org

**MARBLE INSTITUTE OF AMERICA (MIA)**
380 E. Lorain Street
Oberlin, OH 44074
Ph:   440-250-9222
Fax:  440-774-9222
E-mail:  miainfo@marble-institute.com
Internet:  http://www.marble-institute.com

**MASTER PAINTERS INSTITUTE (MPI)**
2800 Ingleton Avenue
Burnaby, BC CANADA V5C 6G7
Ph: 1-888-674-8937
Fax: 1-888-211-8708
E-mail: info@paintinfo.com or techservices@mpi.net

Internet:  http://www.mpi.net/

MATERIAL HANDLING INDUSTRY OF AMERICA (MHI)
8720 Red Oak Blvd., Suite 201
Charlotte, NC 28717-3992
Ph: 704-676-1190
Fax: 704-676-1199
Internet:  http://www.mhi.org

METAL BUILDING MANUFACTURERS ASSOCIATION (MBMA)
1300 Sumner Avenue
Cleveland, OH  44115-2851
Ph:  216-241-7333
Fax:  216-241-0105
E-mail:  mbma@mbma.com
Internet: http://www.mbma.com

METAL FRAMING MANUFACTURERS ASSOCIATION (MFMA)
330 N. Wabash Avenue
Chicago, IL  60611
Ph:  312-644-6610
E-mail:  MFMAstats@smithbucklin.com
Internet:  http://www.metalframingmfg.org/

MIDWEST INSULATION CONTRACTORS ASSOCIATION (MICA)
16712 Elm Circle
Omaha, NE  68130
Ph:  800-747-6422
Fax:  402-330-9702
Internet:  http://www.micainsulation.org

MIDWEST ROOFING CONTRACTORS ASSOCIATION (MRCA)
8735 W Higgins Road
Suite 300
Chicago, IL 60631
Ph:  800-497-6722
Fax:  847-375-6473
E-mail:  info@mrca.org
Internet:  General Information:  http://www.mrca.org

MODBUS ORGANIZATION, INC (MODBUS)
PO Box 628
Hopkinton, MA 01748
Ph:  508-435-7170
Fax: 508-435-7172
Internet:  http://www.modbus.org

NACE INTERNATIONAL (NACE)
Houston, TX  77084-4906
Ph:  281-228-6223
Fax:  281-228-6300
E-mail:  firstservice@nace.org
Internet:  http://www.nace.org

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (NASA)

Superintendent of Documents at
U.S. Government Printing Office
732 North Capitol Street, NW

Washington, DC  20401-0001
Ph:  202-783-3238
Fax: 202-512-1800
E-mail:  ContactCenter@gpo.gov
Internet: http://www.nasa.gov or http://www.gpoaccess.gov

NATIONAL AIR DUCT CLEANERS ASSOCIATION (NADCA)
15000 Commerce Parkway, Suite C
Mt. Laurel, NJ  08054
Toll Free:  855-GO-NADCA
Ph:  (856) 380-6810
Fax:  (856) 439-0525
E-mail:  info@nadca.com
Internet: http://www.nadca.com


NATIONAL ASSOCIATION OF ARCHITECTURAL METAL MANUFACTURERS (NAAMM)
800 Roosevelt Road, Bldg C, Suite 312
Glen Ellyn, IL  60137
Ph:  630-942-6591
Fax: 630-790-3095
E-mail:  wlewis7@cox.net(Wes Lewis,technical consultant)
Internet: http://www.naamm.org

NATIONAL BOARD OF BOILER AND PRESSURE VESSEL INSPECTORS (NBBI)
1055 Crupper Avenue
Columbus, OH  43229-1183
Ph:  614-888-8320
Fax: 614-888-0750
E-mail:  information@nationalboard.org
Internet:  http://www.nationalboard.org

NATIONAL CABLE AND TELECOMMUNICATIONS ASSOCIATION (NCTA)
25 Massachusetts Avenue, NW, Suite 100
Washington, DC  20001-1413
Ph:  202-222-2300
Fax:  202-222-2514
E-mail: info@ncta.com
Internet:  http://www.ncta.com

NATIONAL CONCRETE MASONRY ASSOCIATION (NCMA)
13750 Sunrise Valley Drive
Herndon, VA 20171
Ph:  703-713-1900
Fax:  703-713-1910
E-mail: info@ncma.org
Internet:  http://www.ncma.org/Pages/default.aspx

NATIONAL COUNCIL ON RADIATION PROTECTION AND MEASUREMENTS (NCRP)
7910 Woodmont Avenue, Suite 400
Bethesda, MD  20814-3095
Ph:  301-657-2652
Fax:  301-907-8768
E-mail: ncrppubs@ncrpponline.org
Internet:  http://www.ncrp.com

NATIONAL DRILLING ASSOCIATION (NDA)
4036 Center Rd, Suite B
Brunswick, OH 44212

Ph:  877-632-4748 (877-NDAis4U)
Fax: 216-803-9900
Internet: http://www.nda4u.com/

NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION (NECA)
3 Bethesda Metro Center, Suite 1100
Bethesda, MD  20814
Ph:  301-657-3110
Fax: 301-215-4500
Internet: http://www.necanet.org/

NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION (NEMA)
1300 North 17th Street, Suite 900
Arlington, VA  22209
Ph:  703-841-3200
Internet:  http://www.nema.org/

NATIONAL ELEVATOR INDUSTRY, INC. (NEII)
1677 County Route 64
P.O. Box 838
Salem, New York 12865-0838
Ph:  518-854-3100
Fax: 518-854-3257
E-Mail: into@neii.org
Internet:  http://www.neii.org/index.cfm

NATIONAL ENVIRONMENTAL BALANCING BUREAU (NEBB)
8575 Grovemont Circle
Gaithersburg, MD  20877
Ph:  301-977-3698
Fax:  301-977-9589
Internet:  http://www.nebb.org

NATIONAL FENESTRATION RATING COUNCIL (NFRC)
6305 Ivy Lane, Suite 140
Greenbelt, MD 20770
Ph:  301-589-1776
Fax: 301-589-3884
E-Mail:  info@nfrc.org
Internet:  http://www.nfrc.org

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
1 Batterymarch Park
Quincy, MA  02169-7471
Ph:  617-770-3000
Fax:  617-770-0700
Internet:  http://www.nfpa.org

NATIONAL FLUID POWER ASSOCIATION (NFLPA)
6737 W. Washington Street, Suite 2350 14
Ph:  414-778-3344
Fax:  414-778-3361
E-mail:  nfpa@nfpa.com
Internet:  http://www.nfpa.com

NATIONAL HARDWOOD LUMBER ASSOCIATION (NHLA)
6830 Raleigh LaGrange Road
PO Box 34518
Memphis, TN  38184

```
Ph:   901-377-1818
Store: 901-399-7563
Internet:  http://www.nhla.org

NATIONAL INSTITUTE FOR CERTIFICATION IN ENGINEERING TECHNOLOGIES
(NICET)
1420 King Street
Alexandria, VA  22314-2794
Ph:  888-476-4238 (1-888 IS-NICET)
E-mail: tech@nicet.org
Internet:  http://www.nicet.org

NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY AND HEALTH (NIOSH)
395 E Street, S.W.
Suite 9200
Patriots Plaza Building
Washington, DC 20201
Ph:  800-232-4636
Fax:  513-533-8347
E-mail: nioshdocket@cdc.gov
Internet:  http://www.cdc.gov/niosh/

NATIONAL INSTITUTE OF BUILDING SCIENCES (NIBS)
1090 Vermont Avenue NW, Suite 700
Washington, DC 20005
Ph:   202-289-7800
Fax:  202-289-1092
Internet:  http://www.wbdg.org

NATIONAL INSTITUTE OF JUSTICE (NIJ)
National Law Enforcement and Corrections Technology Center
700 N. Frederick Ave.
Bldg. 181, Rm 1L30
Gaithersburg, MD 20879
Ph:   800-248-2742
E-mail:  asknlectc@nlectc.org
Internet: https://www.justnet.org/

NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY (NIST)
100 Bureau Drive
Stop 1070
Gaithersburg, MD 20899-1070
Ph:  301-975-NIST (6478)
E-mail: inquiries@nist.gov
Internet:  http://www.nist.gov

NATIONAL LIME ASSOCIATION (NLA)
200 North Glebe Road, Suite 800
Arlington, VA 22203
Ph: 703-243-5463
Fax: 703-243-5489
Internet:  http://www.lime.org

NATIONAL PARK SERVICE (NPS)
National Park Service
 1849 C Street, NW
 Washington, DC 20240
 Ph:   202-513-7156
http://www.nps.gov
```

NATIONAL PRECAST CONCRETE ASSOCIATION (NPCA)
1320 City Center Drive, Suite 200
Carmel, IN 46032
Ph: 317-571-9500 or 800 366 7731
Fax: 317-571-0041
Internet:  www.precast.org

NATIONAL WOOD FLOORING ASSOCIATION (NWFA) (formerly NOFMA)111
Chesterfield Industrial Boulevard, Suite B
Chesterfield, MO 63005
Ph:  1-800-422-4556
Fax: 1-636-519-6664
Internet:  http://www.nwfa.org

NATIONAL READY MIXED CONCRETE ASSOCIATION (NRMCA)
Manager, Customer Service
900 Spring Street
Silver Spring, MD 20910
Ph: 240-485-1165
E-mail: jjenkins@nrmca.org (Jacques Jenkins)
Internet:  http://www.nrmca.org

NATIONAL ROOFING CONTRACTORS ASSOCIATION (NRCA)
10255 West Higgins Road, Suite 600
Rosemont, IL  60018-5607
Ph:   866-275-6722 (866-ASK-NRCA)
Fax:  847-299-1183
E-mail: info@nrca.net
Internet:  http://www.nrca.net

NATIONAL SECURITY TELECOMMUNICATIONS AND INFORMATION SYSTEMS
SECURITY (NSTISS)
CNSS Secretariat
National Security Agency
9800 Savage Road, Ste 6716
Fort George G. Meade, MD 20755-6716
Ph:   410-854-6805
Fax:  410-854-6814
E-mail:  cnss@radium.ncsc.mil
Publication available on the internet:  http://www.dtic.mil/dtic/

NATIONAL TERRAZZO AND MOSAIC ASSOCIATION (NTMA)
P.O. Box 2605
Fredericksburg, TX 78624
Ph:   800-323-9736
Fax:  888-362-2770
E-mail:  tech-info@ntma.com
Internet:  http://www.ntma.com

NAVY AND MARINE CORPS PUBLIC HEALTH CENTER (NMCPHC)
620 John Paul Jones Circle, Suite 1100
Portsmouth, VA  23708-2103
Ph:  757-953-0700
Internet:  https://www.med.navy.mil/sites/nmcphc/Pages/Home.aspx

NEW YORK STATE DEPARTMENT OF TRANSPORTATION MATERIALS BUREAU
(NYSDOT)
50 Wolf Road
Albany, NY  12232-0861
Ph:  518-457-3240
Internet:
https://www.dot.ny.gov/divisions/engineering/technical-services/materials-bureau

NORTH AMERICAN INSULATION MANUFACTURERS ASSOCIATION (NAIMA)
11 Canal Center Plaza, Suite 103
Alexandria, VA  22314
Ph:  703-684-0084
Fax:  703-684-0427
Internet:  https://insulationinstitute.org

NORTH ATLANTIC TREATY ORGANIZATION (NATO)
Internet:  http://www.nato.int
Obtain documents through the Acquisition Streamlining and
Standardization Information System (ASSIST)
https://assist.dla.mil/online/start/; account registration required

NORTHEASTERN LUMBER MANUFACTURERS ASSOCIATION (NELMA)
272 Tuttle Road
Cumberland, ME  04021
Ph:  207-829-6901
Fax:  207-829-4293
E-mail:  info@nelma.org
Internet:  http://www.nelma.org

NSF INTERNATIONAL (NSF)
789 North Dixboro Road
P.O. Box 130140
Ann Arbor, MI  48105
Ph:  734-769-8010 or 800-NSF-MARK
Fax:  734-769-0109
E-mail: info@nsf.org
Internet:  http://www.nsf.org

OPEN NETWORK VIDEO INTERFACE FORUM (ONVIF)
2400 Camino Ramon, Suite 375
San Ramon, CA  94583
Ph:  925-275-6621
Fax:  925-275-6691
Internet:  http://www.onvif.org/Home.aspx

OPC FOUNDATION (OPC)
16101 N. 82nd Street
Suite 3B
Scottsdale, AZ 85260-1868
Ph:  480-483-6644
Fax: 480-483-7202
Internet:  http://www.opcfoundation.org

ORGANISATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT (OECD)
2, rue Andre Pascal
75775 Paris Cedex 16, France
Ph:  + 33 1 45 24 82 00
Fax:  33 1 45 24 85 00

Internet: http://www.oecd.org
U.S. Contact Center
OECD Washington Center
2001 L Street, NW, Suite 650
Washington, DC  20036-4922
Ph:   202-785-6323
Fax:  202-785-0350
E-mail:  washington.contact@oecd.org

PILE DRIVING CONTRACTORS ASSOCIATION (PDCA)
P.O. Box 66208
Orange Park, FL  32065
Ph:   888-311-7322 or 904-215-4771
Fax:  904-215-2977
Internet:  http://www.piledrivers.org/

PIPE FABRICATION INSTITUTE (PFI)
511 Avenue of America's, #601
New York, NY 10011
Ph:   514-634-3434
Fax:  514-634-9736
E-mail:  pfi@pfi-institute.org
Internet:  http://www.pfi-institute.org

PLANT AND LIFE SCIENCES PUBLISHING (PALS)
Cooperative Extension
34 Plant Science Building
Ithaca, NY  14853
Ph:   607-255-7654
Fax:  607-254-8770
E-mail:  palspublishing@cornell.edu
Internet:  http://palspublishing.cals.cornell.edu/nra_index.taf

PLASTIC PIPE AND FITTINGS ASSOCIATION (PPFA)
800 Roosevelt Road
Building C, Suite 312
Glen Ellyn, IL  60137
Ph:   630-858-6540
Fax:  630-790-3095
Internet:  http://www.ppfahome.org

PLASTICS PIPE INSTITUTE (PPI)
105 Decker Court, Suite 825
Irving, TX 75062
Ph:   469-499-1044
Fax:  469-499-1063
Internet:  http://www.plasticpipe.org

PLUMBING AND DRAINAGE INSTITUTE (PDI)
800 Turnpike Street, Suite 300
North Andover, MA  01845
Ph:   978-557-0720 or 800-589-8956
E-Mail: pdi@PDIonline.org
Internet:  http://www.pdionline.org

PLUMBING AND MECHANICAL CONTRACTORS ASSOCIATION (PMCA)
14695 SW Millikan Way
Beaverton, OR 97006
Ph:   503-626-6666

Fax:  503-626-6630
Internet:  http://www.pmcaoregon.com/

PLUMBING-HEATING-COOLING CONTRACTORS ASSOCIATION (PHCC)
180 South Washington Street, Suite 100
Falls Church, VA  22046
Ph:   800-533-7694 or 703-237-8100
Fax:  703-237-7442
E-mail: naphcc@naphcc.org
Internet:  http://www.phccweb.org

PORCELAIN ENAMEL INSTITUTE (PEI)
PO Box 920220
Norcross, GA 30010
Ph:  770-409-7280
Fax: 770-409-7280
E-mail:  penamel@aol.com
Internet:  http://www.porcelainenamel.com

POST-TENSIONING INSTITUTE (PTI)
38800 Country Club Drive
Farmington Hills, MI 48331
Ph:  248-848-3180
Bookstore: 248-848-3182
Fax:  248-848-3181
E-mail: technical.inquiries@post-tensioning.org
Internet:  http://www.post-tensioning.org/

PRECAST/PRESTRESSED CONCRETE INSTITUTE (PCI)
200 W. Adams St., #2100
Chicago, IL  60606
Ph:   312-786-0300
Bookstore: 312-428-4946
Internet:  http://www.pci.org

PROGRAMME FOR ENDORSEMENT OF FOREST CERTIFICATION (PEFC)
10, Route de l'Aeroport
Case Postale 638
1215 Geneva - Switzerland
Ph:   +41 (22) 799-4540
Fax:  +41 (22) 799-4550
Internet:  http://www.pefc.org

PUGET SOUND CLEAN AIR AGENCY (PSCAA)
1904 Third Street
Suite 105
Seattle, WA  98101
Ph:   206-343-8800
Fax:  206-343-7522
Internet:  www.pscleanair.org

REDWOOD INSPECTION SERVICE (RIS) OF THE CALIFORNIA REDWOOD
ASSOCIATION (CRA)
818 Grayson Road, Suite 201
Pleasant Hill, CA 94523
Ph:   925-935-1499
Fax:  925-935-1496
E-Mail: ris@calredwood.org
Internet:  http://www.redwoodinspection.com/

**RESEARCH COUNCIL ON STRUCTURAL CONNECTIONS (RCSC)**
E-Mail: boltcouncil@gmail.com
Internet:  http://www.boltcouncil.org

**RESILIENT FLOOR COVERING INSTITUTE (RFCI)**
115 Broad Street
Suite 201
LaGrange, Georgia 30240
Internet: http://www.rfci.com

**RUBBER MANUFACTURERS ASSOCIATION (RMA)**
1400 K Street, NW, Suite 900
Washington, DC  20005
Ph:   202-682-4800
E-mail: info@rma.org
Internet:  http://www.rma.org

**SANDIA NATIONAL LABORATORIES (SAND)**
P.O. Box 5800
Albuquerque, NM 87185
or
P.O. Box 969
Livermore, CA 94551-0969
Ph:   505-844-8066 or 925-294-3000
Internet:  http://energy.sandia.gov/

**SCIENTIFIC CERTIFICATION SYSTEMS (SCS)**
2000 Powell Street, Suite 600
Emeryville, CA 94608
Ph:  800-326-3228
E-mail:  info@SCSglobal services.com
Internet:  http://www.scsglobalservices.com/

**SCIENTIFIC EQUIPMENT AND FURNITURE ASSOCIATION (SEFA)**
65 Hilton Avenue
Garden City, N.Y.  11530
Ph:  516-294-5424
Fax:  516-294-4765
E-mail:  info@sefalabs.com
Internet:  http://www.sefalabs.com

**SCREEN MANUFACTURERS ASSOCIATION (SMA)**
Ph:   773-636-0672
E-mail:  Kathryn@SMAinfo.org
Internet:  http://smainfo.org

**SEMICONDUCTOR EQUIPMENT AND MATERIALS INTERNATIONAL (SEMI)**
3081 Zanker Road
San Jose, CA 95134
Ph: 408-943-6900
Fax: 408-428-9600
E-mail: semihq@semi.org
Internet:  http://www.semi.org

**SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION**
**(SMACNA)**
4201 Lafayette Center Drive

Chantilly, VA  20151-1219
Ph:   703-803-2980
Fax:  703-803-3732
Internet:  http://www.smacna.org

SINGLE PLY ROOFING INDUSTRY (SPRI)
411 Waverley Oaks Road, Suite 331B
Waltham, MA 02452
Ph:  781-647-7026
Fax: 781-647-7222
E-mail: info@spri.org
Internet:  http://www.spri.org

SOCIETY FOR PROTECTIVE COATINGS (SSPC)
40 24th Street, 6th Floor
Pittsburgh, PA  15222
Ph:  412-281-2331
Fax: 412-281-9992
E-mail:  info@sspc.org
Internet: http://www.sspc.org

SOCIETY OF AUTOMOTIVE ENGINEERS INTERNATIONAL (SAE)
400 Commonwealth Drive
Warrendale, PA  15096
Ph:   724-776-4970
Fax:  877-606-7323
E-mail:  customerservice@sae.org
Internet:  http://www.sae.org

SOCIETY OF CABLE TELECOMMUNICATIONS ENGINEERS (SCTE)
140 Philips Road
Exton, PA 19341-1318
Ph:   800-542-5040 or 610-363-6888
Fax:  610-363-5898
E-Mail:  information@scte.org
http://www.scte.org

SOLAR RATING AND CERTIFICATION CORPORATION (SRCC)
400High Point Drive, Suite 400
Cocoa, FL 32926
Ph: 321-213-6037
Fax: 321-821-0910
E-mail: srcc@solar-rating.org
Internet:  http://www.solar-rating.org

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD)
21865 Copley Drive
Diamond Bar, CA 91765
Ph:    909-396-2000
E-mail:  webinquiry@aqmd.gov
Internet:  http://www.aqmd.gov

SOUTHERN CYPRESS MANUFACTURERS ASSOCIATION (SCMA)
665 Rodi Road, Suite 305
Pittsburgh, PA  15235
Ph: 412-244-0440
Fax: 412-244-9090
E-Mail: member-services@cypressinfo.org
Internet:  http://www.cypressinfo.org

SOUTHERN PINE INSPECTION BUREAU (SPIB)
P.O. Box 10915
Pensacola, FL  32504-0915
Ph:   850-434-2611
Fax:  850-433-5594
Internet:  http://www.spib.org

SPRAY POLYURETHANE FOAM ALLIANCE (SPFA)
3927 Old Lee Hwy. #101B
Fairfax, VA 22030
Ph: 800-523-6154
Fax: 703-222-5816
Internet:  http://www.sprayfoam.org

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS)
Publication Distribution Unit
1801 30th Street
Sacramento, CA  95816-8041
Ph:   916-227-8396
E-mail: michael_campos@dot.ca.gov
Internet:  http://www.dot.ca.gov/hq/esc/techpubs/

STATE OF CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS, BUREAU OF
ELECTRICAL AND APPLIANCE REPAIR, HOME FURNISHINGS AND THERMAL
INSULATION (BEARHFTI)
4244 South Market Court, Suite D
Sacramento, CA 95834-1243
Ph:  916-999-2041
Fax:  916-921-7279
E-mail:  HomeProducts@dca.ca.gov
Internet:  http://www.bearhfti.ca.gov

STATE OF MARYLAND CODE OF MARYLAND REGULATIONS (COMAR)
Division of State Documents
16 Francis Street
Annapolis, MD 21401
Ph:  410-974-2486
Fax: 410-280-5647
E-mail:  support@sos.state.md.us
Internet:  http://www.dsd.state.md.us/comar/

STATE OF VIRGINIA ADMINISTRATIVE CODE (VAC)
201 North 9th Street
General Assembly Building
Richmond, Virginia 23219
E-mail: codes@dls.virginia.gov
Internet:  http://register.dls.virginia.gov

STEEL DECK INSTITUTE (SDI)
P.O. Box 426
Glenshaw, PA 15116
Ph:   412.487.3325
Fax:  412.487.3326
E-mail:  bob@sdi.org
Internet:  http://www.sdi.org

STEEL DOOR INSTITUTE (SDI/DOOR)
30200 Detroit Road

Westlake, OH  44145
Ph:   440-899-0010
Fax:  440-892-1404
E-mail:  info@steeldoor.org
Internet:  http://www.steeldoor.org

STEEL JOIST INSTITUTE (SJI)
234 W. Cheves Street
Florence, SC 29501
Ph:   843-407-4091
Internet:  http://www.steeljoist.org

STEEL TANK INSTITUTE (STI)
944 Donata Ct.
Lake Zurich, IL  60047
Ph:   847-438-8265
Fax:  847-438-8766
Internet:  http://www.steeltank.com

STEEL WINDOW INSTITUTE (SWI)
1300 Sumner Avenue
Cleveland, OH  44115-2851
Ph:   216-241-7333
Fax:  216-241-0105
E-mail: info@steelwindows.com
Internet:  http://www.steelwindows.com

SUSTAINABLE FOREST INITIATIVE (SFI)
2121 K Street NW
Suite 750
Washington, DC 20037
Ph:   202-596-3450
Fax:  202-596-3451
Internet: http://www.sfiprogram.org

TECHNICAL ASSOCIATION OF THE PULP AND PAPER INDUSTRY (TAPPI)
15 Technology Parkway South, Suite 115
Peachtree Corners, GA 30092
Ph:   800-322-8686 or 770-446-1400
Fax:  770-446-6947
E-mail: memberconnection@tappi.org
Internet:  http://www.tappi.org

TELECOMMUNICATIONS INDUSTRY ASSOCIATION (TIA)
1320 N. Courthouse Rd., Suite 200
Arlington, VA 22201
Ph:  703-907-7700
Fax: 703-907-7727
Internet:  http://www.tiaonline.org

THE MASONRY SOCIETY (TMS)
105 South Sunset Street, Suite Q
Longmont, CO  80501-9215
Ph:   303-939-9700
Fax:  303-541-9215
E-mail:  info@masonrysociety.org
http://www.masonrysociety.org

TILE COUNCIL OF NORTH AMERICA (TCNA)
100 Clemson Research Boulevard
Anderson, SC 29625
Ph:  864-646-8453
Fax: 864-646-2821
E-mail:  info@tileusa.com
Internet:  http://www.tcnatile.com/

TREE CARE INDUSTRY ASSOCIATION (TCIA)
136 Harvey Road, Suite 101
Londonderry, NH 03053
Ph:  603-314-5380
Fax:  603-314-5386
Internet:  http://tcia.org/

TRIDIUM, INC (TRIDIUM)
3951 Westerre Parkway, Suite 350
Richmond, VA 23233
Ph:  804-747-4771
Fax:  804-747-5204
Internet:  http://www.tridium.com

TRUSS PLATE INSTITUTE (TPI)
218 N. Lee Street, Suite 312
Alexandria, VA  22314
Ph:  703-683-1010
Fax: 866-501-4012
E-mail: info@tpinst.org
Internet: http://www.tpinst.org

TUBULAR EXCHANGER MANUFACTURERS ASSOCIATION (TEMA)
25 North Broadway
Tarrytown, NY  10591
Ph:  914-332-0040
Fax: 914-332-1541
E-mail: tema@tema.org
Internet:  http://www.tema.org

TURFGRASS PRODUCERS INTERNATIONAL (TPI)
2 East Main Street
East Dundee, IL 60118
Ph:  847-649-5555
Fax: 847-649-5678
E-mail: info@turfgrasssod.org
Internet:  http://www.turfgrasssod.org

U.S. AIR FORCE (USAF)
Air Force Publishing Distribution Center
Ph:  202-404-2438Internet: http://www.e-publishing.af.mil/

U.S. ARMY (DA)
U.S. Army Publishing Directorate
Ph:  703-614-3634
Internet:  http://www.apd.army.mil

U.S. ARMY CENTER FOR HEALTH PROMOTION AND PREVENTIVE MEDICINE
(USACHPPM)
5158 Blackhawk Road
Aberdeen Proving Ground, MD 21010-5403

```
Ph: 800-222-9698
Fax: 1 (410) 436-7142
E-mail: chppmhhc@AMEDD.ARMY.MIL
Internet: http://chppm-www.apgea.army.mil

U.S. ARMY CORPS OF ENGINEERS (USACE)
CRD-C DOCUMENTS available on Internet:
http://www.wbdg.org/ccb/browse_cat.php?c=68
Order Other Documents from:
USACE Publications Depot
Attn:  CEHEC-IM-PD
2803 52nd Avenue
Hyattsville, MD  20781-1102
Ph:  301-394-0081
Fax: 301-394-0084
E-mail: pubs-army@usace.army.mil
Internet: http://www.publications.usace.army.mil/
     or
http://www.hnc.usace.army.mil/Missions/Engineering/TECHINFO.aspx

U.S. ARMY ENVIRONMENTAL CENTER (USAEC)

Internet: http://aec.army.mil/
Order from:
Defense Technical Information Center (DTIC)
Internet: http://www.dtic.mil/dtic/

U.S. CODE (USC)
Office of the Law Revision Counsel
Internet: http://uscode.house.gov/

U.S. DEFENSE INTELLIGENCE AGENCY (DIA)
Office of Corporate Communications
Joint Base Anacostia Bolling
Building 6000
Washington DC 20340-5100
PH:  202-231-5554
E-mail: dia-pao@dia.mil
Internet: http://www.dia.mil

U.S. DEFENSE LOGISTICS AGENCY (DLA)

Fort Belvoir, VA

Internet: http://www.dla.mil

U.S. DEPARTMENT OF AGRICULTURE (USDA)
Order AMS Publications from:
AGRICULTURAL MARKETING SERVICE (AMS)
Seed Regulatory and Testing Branch
801 Summit Crossing Place, Suite C
Gastonia, NC 28054-2193
Ph:  704-810-8871
Fax:  704-852-4189
E-mail: seed.ams@usda.gov
Internet: http://www.ams.usda.gov/lsg/seed.htm
Order Other Publications from:
U.S. Department of Agriculture, Rural Utilities Program
USDA Rural Development, Room 4051-S
```

Mail Stop 1510
1400 Independence Avenue SW
Washington, DC 20250-1510
Phone: (202) 720-9540
TTY: (800) 877-8339 (Federal Relay Service)
Fax: (202) 720-1725
Internet: http://www.rurdev.usda.gov/utilities_lp.html

U.S. DEPARTMENT OF COMMERCE (DOC)
1401 Constitution Avenue, NW
Washington, DC 20230
Ph: 202-482-2000
Internet: http://www.commerce.gov/
Order Publications From:
National Technical Information Service (NTIS)
Alexandria, VA  22312
Ph:   703-605-6050 or 800-533-6847
E-mail: customerservice@ntis.gov
Internet:  http://www.ntis.gov

U.S. DEPARTMENT OF DEFENSE (DOD)
Order DOD Documents from:
Room 3A750-The Pentagon
1400 Defense Pentagon
Washington, DC 20301-1400
Ph:  703-571-3343
FAX: 215-697-1462
E-mail: customerservice@ntis.gov
Internet: http://www.ntis.gov
Obtain Military Specifications, Standards and Related Publications
from:
Acquisition Streamlining and Standardization Information System
(ASSIST)
Department of Defense Single Stock Point (DODSSP)
Document Automation and Production Service (DAPS)
Building 4/D
700 Robbins Avenue
Philadelphia, PA 19111-5094
Ph:   215-697-6396 - for account/password issues
Internet:  http://assist.daps.dla.mil/online/start/; account
registration required
Obtain Unified Facilities Criteria (UFC) from:
Whole Building Design Guide (WBDG)
National Institute of Building Sciences (NIBS)
1090 Vermont Avenue NW, Suite 700
Washington, CD 20005
Ph:  202-289-7800
Fax: 202-289-1092
Internet:  http://www.wbdg.org/references/docs_refs.php

U.S. DEPARTMENT OF ENERGY (DOE)
1000 Independence Avenue Southwest
Washington, D.C.  20585
Internet:  www.eere.energy.gov

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD)
HUD User
P.O. Box 23268
Washington, DC 20026-3268

```
Ph:    800-245-2691 or 202-708-3178
TDD:   800-927-7589
Fax:   202-708-9981
Internet:  http://www.huduser.org
```

```
U.S. DEPARTMENT OF THE NAVY (DON)
Office of the Chief of Naval Operations
2000 Navy Pentagon
Washington, DC  20350-2000
Internet:  http://www.navy.mil
```

```
U.S. DEPARTMENT OF STATE (SD)
2201 C Street, NW
Washington, DC 20520
Internet:  http://www.state.gov
```

```
U.S. DEPARTMENT OF TRANSPORTATION (DOT)
1200 New Jersey Ave. SE
Washington, DC 20590
Ph: 202-366-4000
Internet: http://www.dot.gov
```

```
U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA)
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC  20004
Ph:    202-272-0167
Internet:  http://www2.epa.gov/libraries
--- Some EPA documents are available only from:
National Technical Information Service (NTIS)
5301 Shawnee Road
Alexandria, VA  22312
Ph:  703-605-6050 or 1-688-584-8332
Fax: 703-605-6900
E-mail: info@ntis.gov
Internet:  http://www.ntis.gov
```

```
U.S. FEDERAL AVIATION ADMINISTRATION (FAA)
Order for sale documents from:
Superintendent of Documents
U.S. Government Printing Office (GPO)
710 North Capitol Street, NW
Washington, DC 20401
Ph:    202-512-1800
Fax:   202-512-2104
E-mail: contactcenter@gpo.gov
Internet:  http://www.gpoaccess.gov
Order free documents from:
Federal Aviation Administration
Department of Transportation
800 Independence Avenue, SW
Washington, DC 20591
Ph:  1-866-835-5322
Internet:  http://www.faa.gov
```

```
U.S. FEDERAL COMMUNICATIONS COMMISSION (FCC)
445 12th Street SW
Washington, DC 20554
Ph:    888-225-5322
```

```
TTY:  888-835-5322
Fax:        866-418-0232
Internet:  http://www.fcc.gov
Order Publications From:
Superintendent of Documents
U.S. Government Printing Office (GPO)
710 North Capitol Street, NW
Washington, DC  20401-0001
Ph:   202-512-1800
Fax:  866-418-0232
E-mail: gpoweb@gpo.gov
Internet:  http://www.gpoaccess.gov/

U.S. FEDERAL HIGHWAY ADMINISTRATION (FHWA)
FHWA, Office of  Safety
1200 New Jersey Ave., SE
Washington, DC  20590
Ph:   202-366-4000
Internet:  http://www.fhwa.dot.gov
Order from:
Superintendent of Documents
U. S. Government Printing Office (GPO)
710 North Capitol Street, NW
Washington, DC 20401
Ph:   202-512-1800
Fax:  202-512-2104
E-mail: contactcenter@gpo.gov
Internet:  http://www.gpoaccess.gov

U.S. GENERAL SERVICES ADMINISTRATION (GSA)
General Services Administration
1275 First St. NE
Washington, DC 20417
Ph: 202-501-1231
Internet:  http://www.gsaelibrary.gsa.gov/ElibMain/home.do
Obtain documents from:
Acquisition Streamlining and Standardization Information System
(ASSIST)
Internet:  https://assist.dla.mil/online/start/; account
registration required

U. S. GREEN BUILDING COUNCIL (USGBC)
2101 L St NW, Suite 500
Washington, D.C. 20037
Ph:  800-795-1747
Internet:  http://www.usgbc.org

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)
8601 Adelphi Road
College Park, MD 20740-6001
Ph:  866-272-6272
Fax: 301-837-0483
Internet: http://www.archives.gov
Order documents from:
Superintendent of Documents
U.S.Government Printing Office (GPO)
710 North Capitol Street, NW
Washington, DC  20401
Ph:   202-512-1800
```

```
Fax:  202-512-2104
E-mail: contactcenter@gpo.gov
Internet:  http://www.gpoaccess.gov

U.S. NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC)
1322 Patterson Ave. SE, Suite 1000
Washington Navy Yard, DC  20374-5065
Ph:  202-685-9387
Internet:  http://www.navfac.navy.mil

NAVAL FACILITIES ENGINEERING AND EXPEDITIONARY WARFARE CENTER
(NAVFAC EXWC)
1000 23rd Avenue
Port Hueneme, CA 93043-4301
Internet:
http://www.navfac.navy.mil/navfac_worldwide/specialty_centers/exwc.html

U.S. NAVAL SEA SYSTEMS COMMAND (NAVSEA)
Commander Naval Sea Systems Command
1333 Isaac Hull Ave., SE
Washington Navy Yard, DC 20376-1080
Ph:   202-781-0000
E-mail:  navsea_publicqueries@navy.mil
Internet:  http://www.navsea.navy.mil/PublicInquiries.aspx

UL ENVIRONMENT (ULE)
2211 Newmarket Parkway, Suite 106
Marietta, GA 30067
Ph:   770-933-0638
Fax:   770-980-0072
E-mail: environment@ul.com
Intertet: http://www.ul.com/environment

UNDERWRITERS LABORATORIES (UL)
2600 N.W. Lake Road
Camas, WA 98607-8542
Ph:  877-854-3577
E-mail:  CEC.us@us.ul.com
Internet:  http://www.ul.com/
UL Directories available through IHS at http://www.ihs.com

UNDERWRITERS LABORATORIES OF CANADA (ULC)
7 Underwriters Road
Toronto, ON M1R 3A9
Canada
Ph:   416.757.3611
Fax:   416.757.8727
Internet:  http://canada.ul.com

UNI-BELL PVC PIPE ASSOCIATION (UBPPA)
2711 LBJ Freeway, Suite 1000
Dallas, TX  75234
Ph:   972-243-3902
Fax:  972-243-3907
E-mail:  info@uni-bell.org
Internet:  http://www.uni-bell.org
```

**VIBRATION ISOLATION AND SEISMIC CONTROL MANUFACTURERS ASSOCIATION (VISCMA)**
994 Old Eagle School Road
Suite 1019
Wayne, PA  19087-1866
Ph:   610-971-4850
E-mail:  info@viscma.com
Internet:  http://www.viscma.com

**WALLCOVERINGS ASSOCIATION  (WA)**
330 N. Wabash Avenue
Suite 2000
Chicago, IL 60611
Ph:   312-321-5166
Fax:   312-673-6928
Internet:  https://www.wallcoverings.org

**WASHINGTON STATE ADMINISTRATIVE CODE  (WAC)**
Legislative Information Center
Gerry Sheehan, Coordinator
106 Legislative Building
Olympia, WA 98504-0600
Ph:   360-786-7573
Fax:   360-786-1529
E-mail:  support@leg.wa.gov
Internet:  http://app.leg.wa.gov/wac/Default.aspx

**WASHINGTON STATE DEPARTMENT OF ECOLOGY  (WSDE)**
Washington State Department of Ecology
P.O. Box 447600
Olympia, WA  98504-7600
Ph:  360-407-7472
E-mail:  ecypub@ecy.wa.gov
Internet:
https://fortress.wa.gov/ecy/publications/UIPages/Home.aspx

**WATER ENVIRONMENT FEDERATION  (WEF)**
601 Wythe Street
Alexandria, VA  22314-1994
Ph:   800-666-0206
Fax:   703-684-2492
E-mail: inquiry@wef.org
Internet:  http://www.wef.org

**WATER QUALITY ASSOCIATION  (WQA)**
4151 Naperville Road
Lisle, IL  60532-3696
Ph:   630-505-0160
Fax:   630-505-9637
Internet:  http://www.wqa.org

**WEST COAST LUMBER INSPECTION BUREAU  (WCLIB)**
P.O. Box 23145
Portland, OR  97281
Ph:   503-639-0651
Fax:   503-684-8928
E-mail:  info@wclib.org
Internet:  http://www.wclib.org

WESTERN WOOD PRESERVERS INSTITUTE (WWPI)
12503 SE Mill Plain Blvd, Ste 205
Vancouver, WA  98684
Ph:   360-693-9958
E-mail:  info@wwpinstitute.org
Internet:  http://www.wwpinstitute.org

WESTERN WOOD PRODUCTS ASSOCIATION (WWPA)
1500 SW First Ave., Suite 870
Portland, OR  97201
Ph:   503-224-3930
Fax:  503-224-3934
E-mail:  info@wwpa.org
Internet:  http://www.wwpa.org

WINDOW AND DOOR MANUFACTURERS ASSOCIATION (WDMA)
330 N Wabash Avenue, Suite 2000
Chicago, IL 60611
Ph:   312-321-6802
E-mail:  wdma@wdma.com
Internet:  http://www.wdma.com

WIRE ROPE TECHNICAL BOARD (WRTB)
7011A Manchester Blvd., #178
Alexandria, VA 22310-3203
Ph:   703-299-8550
Fax:  703-299-9253
E-mail:  wrtb@usa.net
Internet:  http://www.wireropetechnicalboard.org

WOOD MOULDING AND MILLWORK PRODUCERS ASSOCIATION (WMMPA)
507 First Street
Woodland, CA 95695
Ph:   530-661-9591 or 800-550-7889
Fax:  530-661-9586
E-mail: info@wmmpa.com
Internet:  http://www.wmmpa.com

WOODWORK INSTITUTE (WI)
3188 Industrial Blvd.
West Sacramento, CA  95691
Ph:   916-372-9943
Fax:  916-372-9950
E-mail:  info@woodinst.com
Internet:  https://woodworkinstitute.com

WOOLMARK COMPANY (WBI)
Level 30, HSBC Centre
580 George St
Sydney NSW 2000
GPO Box 4177
Sydney, NSW, Australia 2001
Ph:   61 2 8295 3100
Fax:  61 2 8295 4100
E-mail:  feedback@wool.com
internet:  http://www.woolmark.com

**PART 2    PRODUCTS**

  **Not used**

**PART 3    EXECUTION**

  **Not used**

        **-- End of Section --**

SECTION 01 45 00.00 10

QUALITY CONTROL


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

        ASTM INTERNATIONAL (ASTM)

ASTM D3740                      (2012a) Minimum Requirements for Agencies
                                Engaged in the Testing and/or Inspection
                                of Soil and Rock as Used in Engineering
                                Design and Construction

ASTM E329                       (2018) Standard Specification for Agencies
                                Engaged in the Testing and/or Inspection
                                of Materials Used in Construction

        U.S. ARMY CORPS OF ENGINEERS (USACE)

ER 1110-1-12                    (2006; Change 1) Engineering and Design --
                                Quality Management

1.2   PAYMENT

Separate payment will not be made for providing and maintaining an
effective Quality Control program.  Include all associated costs in the
applicable Bid Schedule item.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

        SD-01 Preconstruction Submittals

            Contractor Quality Control (CQC) Plan; G

        SD-06 Test Reports

            Verification Statement

PART 2   PRODUCTS

Not Used

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

## PART 3   EXECUTION

### 3.1   GENERAL REQUIREMENTS

Establish and maintain an effective quality control (QC) system that
complies with FAR 52.246-12 Inspection of Construction.  QC consists of
plans, procedures, and organization necessary to produce an end product
which complies with the Contract requirements.  The QC system covers all
construction operations, both onsite and offsite, and is keyed to the
proposed construction sequence.  The project superintendent will be held
responsible for the quality of work and is subject to removal by the
Contracting Officer for non-compliance with the quality requirements
specified in the Contract.  In this context the highest level manager
responsible for the overall construction activities at the site, including
quality and production, is the project superintendent.  The project
superintendent maintains a physical presence at the site at all times and
is responsible for all construction and related activities at the site,
except as otherwise acceptable to the Contracting Officer.

### 3.2   CONTRACTOR QUALITY CONTROL (CQC) PLAN

Submit no later than 30 days after receipt of notice to proceed, the
Contractor Quality Control (CQC) Plan proposed to implement the
requirements of FAR 52.246-12 Inspection of Construction.  The Government
will consider an interim plan for the first 25 days of operation.
Construction will be permitted to begin only after acceptance of the CQC
Plan or acceptance of an interim plan applicable to the particular feature
of work to be started.  Work outside of the accepted interim plan will not
be permitted to begin until acceptance of a CQC Plan or another interim
plan containing the additional work.

### 3.2.1   Content of the CQC Plan

Include, as a minimum, the following to cover all construction-operations,
both onsite and offsite, including work by subcontractors fabricators,
suppliers and purchasing agents:

a.  A description of the quality control organization, including a chart
    showing lines of authority and acknowledgment that the CQC staff will
    implement the three phase control system for all aspects of the work
    specified.  Include a CQC System Manager that reports to the project
    superintendent.

b.  The name, qualifications (in resume format), duties, responsibilities,
    and authorities of each person assigned a CQC function.

c.  A copy of the letter to the CQC System Manager signed by an authorized
    official of the firm which describes the responsibilities and delegates
    sufficient authorities to adequately perform the functions of the CQC
    System Manager, including authority to stop work which is not in
    compliance with the Contract.  Letters of direction to all other
    various quality control representatives outlining duties, authorities,
    and responsibilities will be issued by the CQC System Manager.  Furnish
    copies of these letters to the Contracting Officer.

d.  Procedures for scheduling, reviewing, certifying, and managing
    submittals, including those of subcontractors, offsite fabricators,
    suppliers, and purchasing agents.  These procedures must be in
    accordance with Section 01 33 00 SUBMITTAL PROCEDURES.

e.  Control, verification, and acceptance testing procedures for each
    specific test to include the test name, specification paragraph
    requiring test, feature of work to be tested, test frequency, and
    person responsible for each test.  (Laboratory facilities approved by
    the Contracting Officer are required to be used.)

f.  Procedures for tracking preparatory, initial, and follow-up control
    phases and control, verification, and acceptance tests including
    documentation.

g.  Procedures for tracking construction deficiencies from identification
    through acceptable corrective action.  Establish verification
    procedures that identified deficiencies have been corrected.

h.  Reporting procedures, including proposed reporting formats.

i.  A list of the definable features of work.  A definable feature of work
    is a task which is separate and distinct from other tasks, has separate
    control requirements, and is identified by different trades or
    disciplines, or it is work by the same trade in a different
    environment.  Although each section of the specifications can generally
    be considered as a definable feature of work, there are frequently more
    than one definable features under a particular section.  This list will
    be agreed upon during the coordination meeting.

j.  Coordinate scheduled work with Special Inspections required by Section
    01 45 35 SPECIAL INSPECTIONS, the Statement of Special Inspections and
    the Schedule of Special Inspections.  Where the applicable Code issue
    by the International Code Council (ICC) calls for inspections by the
    Building Official, the Contractor must include the inspections in the
    Quality Control Plan and must perform the inspections required by the
    applicable ICC.  The Contractor must perform these inspections using
    independent qualified inspectors.  Include the Special Inspection Plan
    requirements in the QC Plan.

3.2.2   Acceptance of Plan

  Acceptance of the Contractor's plan is required prior to the start of
  construction.  Acceptance is conditional and will be predicated on
  satisfactory performance during the construction.  The Government reserves
  the right to require the Contractor to make changes in the Contractor
  Quality Control(CQC) Plan and operations including removal of personnel, as
  necessary, to obtain the quality specified.

3.2.3   Notification of Changes

  After acceptance of the CQC Plan, notify the Contracting Officer in writing
  of any proposed change.  Proposed changes are subject to acceptance by the
  Contracting Officer.

3.3   COORDINATION MEETING

  After the Preconstruction Conference, before start of construction, and
  prior to acceptance by the Government of the CQC Plan, meet with the
  Contracting Officer and discuss the Contractor's quality control system.
  Submit the CQC Plan a minimum of 7 calendar days prior to the Coordination
  Meeting.  During the meeting, a mutual understanding of the system details
  must be developed, including the forms for recording the CQC operations,

control activities, testing, administration of the system for both onsite
and offsite work, and the interrelationship of Contractor's Management and
control with the Government's Quality Assurance.  Minutes of the meeting
will be prepared by the Government, signed by both the Contractor and the
Contracting Officer and will become a part of the contract file.  There can
be occasions when subsequent conferences will be called by either party to
reconfirm mutual understandings or address deficiencies in the CQC system
or procedures which can require corrective action by the Contractor.

## 3.4   QUALITY CONTROL ORGANIZATION

### 3.4.1   Personnel Requirements

The requirements for the CQC organization are a Safety and Health Manager,
CQC System Manager, and sufficient number of additional qualified personnel
to ensure safety and Contract compliance.  The Safety and Health Manager
reports directly to a senior project (or corporate) official independent
from the CQC System Manager.  The Safety and Health Manager will also serve
as a member of the CQC Staff  Personnel identified in the technical
provisions as requiring specialized skills to assure the required work is
being performed properly will also be included as part of the CQC
organization.  The Contractor's CQC staff maintains a presence at the site
at all times during progress of the work and have complete authority and
responsibility to take any action necessary to ensure Contract compliance.
The CQC staff will be subject to acceptance by the Contracting Officer.
Provide adequate office space, filing systems and other resources as
necessary to maintain an effective and fully functional CQC organization.
Promptly complete and furnish all letters, material submittals, shop
drawing submittals, schedules and all other project documentation to the
CQC organization.  The CQC organization is responsible to maintain these
documents and records at the site at all times, except as otherwise
acceptable to the Contracting Officer.

### 3.4.2   CQC System Manager

Identify as CQC System Manager an individual within the onsite work
organization that is responsible for overall management of CQC and has the
authority to act in all CQC matters for the Contractor.  The CQC System
Manager is required to be a graduate engineer, graduate architect, or a
graduate of construction management, with a minimum of 5 years construction
experience on construction similar to this Contract.  This CQC System
Manager is on the site at all times during construction and is employed by
the prime Contractor.  The CQC System Manager is assigned no other duties.
Identify in the plan an alternate to serve in the event of the CQC System
Manager's absence.  The requirements for the alternate are the same as the
CQC System Manager.

### 3.4.3   CQC Personnel

In addition to CQC personnel specified elsewhere in the contract, provide
as part of the CQC organization specialized personnel to assist the CQC
System Manager for the following areas: electrical, mechanical. These
individuals or specialized technical companies are directly employed by the
prime Contractor and can not be employed by a supplier or subcontractor on
this project; are responsible to the CQC System Manager; are physically
present at the construction site during work on the specialized personnel's
areas of responsibility; have the necessary education or experience in
accordance with the experience matrix listed herein. These individuals have
no other duties other than quality control. A single person can cover more
than one area provided that the single person is qualified to perform
quality control activities in each designated and that workload allows.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

| Experience Matrix | |
|---|---|
| **Area** | **Qualifications** |
| Civil | Graduate Civil Engineer or Construction Manager with 2 years experience in the type of work being performed on this project or technician with 5 yrs related experience |
| Mechanical | Graduate Mechanical Engineer with 2 yrs experience or person with 5 years of experience supervising mechanical features of work in the field with a construction company |
| Electrical | Graduate Electrical Engineer with 2 years related experience or person with 5 years of experience supervising electrical features of work in the field with a construction company |
| Structural | Graduate Civil Engineer (with Structural Track or Focus) or Construction Manager with 2 years experience or person with 5 years of experience supervising structural features of work in the field with a construction company |
| Architectural | Graduate Architect with 2 years experience or person with 5 years related experience |
| Environmental | Graduate Environmental Engineer with 3 years experience |
| Submittals | Submittal Clerk with 1 year experience |
| Occupied Family Housing | Person, customer relations type, coordinator experience |
| Concrete, Pavements and Soils | Materials Technician with 2 years experience for the appropriate area |

| Experience Matrix | |
|---|---|
| Area | Qualifications |
| Testing, Adjusting and Balancing (TAB) Personnel | Specialist must be a member of AABC or an experienced technician of the firm certified by the NEBB |
| | |

### 3.4.4    Additional Requirement

In addition to the above experience and education requirements, the Contractor Quality Control(CQC) System Manager and Alternate CQC System Manager are required to have completed the Construction Quality Management (CQM) for Contractors course.  If the CQC System Manager does not have a current certification, obtain the CQM for Contractors course certification within 90 days of award.  This course is periodically offered by the Naval Facilities Engineering Command and the Army Corps of Engineers.  Contact the Contracting Officer for information on the next scheduled class.

The Construction Quality Management Training certificate expires after 5 years.  If the CQC System Manager's certificate has expired, retake the course to remain current.

### 3.4.5    Organizational Changes

Maintain the CQC staff at full strength at all times. When it is necessary to make changes to the CQC staff, revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

### 3.5    SUBMITTALS AND DELIVERABLES

Submittals, if needed, have to comply with the requirements in Section 01 33 00SUBMITTAL PROCEDURES.  The CQC organization is responsible for certifying that all submittals and deliverables are in compliance with the contract requirements.  When Section 01 91 00.15 TOTAL BUILDING COMMISSIONING are included in the contract, the submittals required by those sections have to be coordinated with Section 01 33 00 SUBMITTAL PROCEDURES to ensure adequate time is allowed for each type of submittal required.

### 3.6    CONTROL

CQC is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract.  At least three phases of control are required to be conducted by the CQC System Manager for each definable feature of the construction work as follows:

### 3.6.1    Preparatory Phase

This phase is performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site.  This phase includes:

   a.  A review of each paragraph of applicable specifications, reference codes, and standards.  Make available during the preparatory inspection

a copy of those sections of referenced codes and standards applicable to that portion of the work to be accomplished in the field.  Maintain and make available in the field for use by Government personnel until final acceptance of the work.

b.   Review of the Contract drawings.

c.   Check to assure that all materials and equipment have been tested, submitted, and approved.

d.   Review of provisions that have been made to provide required control inspection and testing.

e.    Review Special Inspections required by Section 01 45 35 SPECIAL INSPECTIONS, the Statement of Special Inspections and the Schedule of Special Inspections.

[e][f].  Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the Contract.

[f][g].  Examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

[g][h].  Review of the appropriate activity hazard analysis to assure safety requirements are met.

[h][i].  Discussion of procedures for controlling quality of the work including repetitive deficiencies.  Document construction tolerances and workmanship standards for that feature of work.

[i][j].  Check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

[j][k].  Discussion of the initial control phase.

[k][l].  The Government needs to be notified at least 8 hours in advance of beginning the preparatory control phase.  Include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature.  Document the results of the preparatory phase actions by separate minutes prepared by the CQC System Manager and attach to the daily CQC report.  Instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications.

3.6.2   Initial Phase

This phase is accomplished at the beginning of a definable feature of work.  Accomplish the following:

a.   Check work to ensure that it is in full compliance with contract requirements.  Review minutes of the preparatory meeting.

b.   Verify adequacy of controls to ensure full contract compliance.  Verify required control inspection and testing are in compliance with the contract.

c.   Establish level of workmanship and verify that it meets minimum acceptable workmanship standards.  Compare with required sample panels

as appropriate.

d.  Resolve all differences.

e.  Check safety to include compliance with and upgrading of the safety
    plan and activity hazard analysis.  Review the activity analysis with
    each worker.

f.  The Government needs to be notified at least 8 hours in advance of
    beginning the initial phase for definable feature of work.  Prepare
    separate minutes of this phase by the CQC System Manager and attach to
    the daily CQC report.  Indicate the exact location of initial phase
    for definable feature of work for future reference and comparison with
    follow-up phases.

g.  The initial phase for each definable feature of work is repeated for
    each new crew to work onsite, or any time acceptable specified quality
    standards are not being met.

h.  Coordinate scheduled work with Special Inspections required by Section
    01 45 35 SPECIAL INSPECTIONS, the Statement of Special Inspections and
    the Schedule of Special Inspections.

3.6.3   Follow-up Phase

Perform daily checks to assure control activities, including control
testing, are providing continued compliance with contract requirements,
until completion of the particular feature of work.  Record the checks in
the CQC documentation.  Conduct final follow-up checks and correct all
deficiencies prior to the start of additional features of work which may be
affected by the deficient work.  Do not build upon nor conceal
non-conforming work.  Coordinate scheduled work with Special Inspections
required by Section 01 45 35 SPECIAL INSPECTIONS, the Statement of Special
Inspections and the Schedule of Special Inspections.

3.6.4   Additional Preparatory and Initial Phases

Conduct additional preparatory and initial phases on the same definable
features of work if:  the quality of on-going work is unacceptable; if
there are changes in the applicable CQC staff, onsite production
supervision or work crew; if work on a definable feature is resumed after a
substantial period of inactivity; or if other problems develop.

3.7   TESTS

3.7.1   Testing Procedure

Perform specified or required tests to verify that control measures are
adequate to provide a product which conforms to contract requirements.
Upon request, furnish to the Government duplicate samples of test specimens
for possible testing by the Government.  Testing includes operation and
acceptance tests when specified.  Procure the services of a Corps of
Engineers approved testing laboratory or establish an approved testing
laboratory at the project site.  Perform the following activities and
record and provide the following data:

a.  Verify that testing procedures comply with contract requirements.

b.  Verify that facilities and testing equipment are available and comply
    with testing standards.

   c.   Check test instrument calibration data against certified standards.

   d.   Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

   e.   Record results of all tests taken, both passing and failing on the CQC report for the date taken.  Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test.  If approved by the Contracting Officer, actual test reports are submitted later with a reference to the test number and date taken.  Provide an information copy of tests performed by an offsite or commercial test facility directly to the Contracting Officer.  Failure to submit timely test reports as stated results in nonpayment for related work performed and disapproval of the test facility for this Contract.

## 3.7.2    Testing Laboratories

All testing laboratories must be validated by the USACE Material Testing Center (MTC) for the tests to be performed.  Information on the USACE MTC with web-links to both a list of validated testing laboratories and for the laboratory inspection request for can be found at:
https://www.erdc.usace.army.mil/Media/Fact-Sheets/Fact-Sheet-Article-View/Article/476661

### 3.7.2.1    Capability Check

The Government reserves the right to check laboratory equipment in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques.  Laboratories utilized for testing soils, concrete, asphalt, and steel is required to meet criteria detailed in ASTM D3740 and ASTM E329.

### 3.7.2.2    Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $1,000.00 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory.  Such costs will be deducted from the Contract amount due the Contractor.

## 3.7.3    Onsite Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests, and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

## 3.8   COMPLETION INSPECTION

### 3.8.1   Punch-Out Inspection

Conduct an inspection of the work by the CQC System Manager near the end of the work, or any increment of the work established by a time stated in FAR 52.211-10 Commencement, Prosecution, and Completion of Work, or by the specifications.  Prepare and include in the CQC documentation a punch list of items which do not conform to the approved drawings and specifications, as required by paragraph DOCUMENTATION.  Include within the list of deficiencies the estimated date by which the deficiencies will be corrected.  Make a second inspection the CQC System Manager or staff to ascertain that all deficiencies have been corrected.  Once this is accomplished, notify the Government that the facility is ready for the Government Pre-Final inspection.

### 3.8.2   Pre-Final Inspection

The Government will perform the pre-final inspection to verify that the facility is complete and ready to be occupied.  A Government Pre-Final Punch List may be developed as a result of this inspection.  Ensure that all items on this list have been corrected before notifying the Government, so that a Final inspection with the customer can be scheduled.  Correct any items noted on the Pre-Final inspection in a timely manner.  These inspections and any deficiency corrections required by this paragraph need to be accomplished within the time slated for completion of the entire work or any particular increment of the work if the project is divided into increments by separate completion dates.

### 3.8.3   Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person, and the Contracting Officer's Representative is required to be in attendance at the final acceptance inspection.  Additional Government personnel including, but not limited to, those from Base/Post Civil Facility Engineer user groups, and major commands can also be in attendance.  The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final inspection.  Notify the Contracting Officer at least 14 days prior to the final acceptance inspection and include the Contractor's assurance that all specific items previously identified to the Contractor as being unacceptable, along with all remaining work performed under the Contract, will be complete and acceptable by the date scheduled for the final acceptance inspection.  Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance FAR 52.246-12 Inspection of Construction.

## 3.9   DOCUMENTATION

### 3.9.1   Quality Control Activities

Maintain current records providing factual evidence that required quality control activities and tests have been performed.  Include in these records the work of subcontractors and suppliers on an acceptable form that includes, as a minimum, the following information:

a.  The name and area of responsibility of the Contractor/Subcontractor.

b.  Operating plant/equipment with hours worked, idle, or down for repair.

    c.   Work performed each day, giving location, description, and by whom.
When Network Analysis (NAS) is used, identify each phase of work
performed each day by NAS activity number.

    d.   Test and control activities performed with results and references to
specifications/drawings requirements.  Identify the control phase
(Preparatory, Initial, Follow-up).  List of deficiencies noted, along
with corrective action.

    e.   Quantity of materials received at the site with statement as to
acceptability, storage, and reference to specifications/drawings
requirements.

    f.   Submittals and deliverables reviewed, with Contract reference, by whom,
and action taken.

    g.   Offsite surveillance activities, including actions taken.

    h.   Job safety evaluations stating what was checked, results, and
instructions or corrective actions.

    i.   Instructions given/received and conflicts in plans and specifications.

## 3.9.2   Verification Statement

Indicate a description of trades working on the project; the number of
personnel working; weather conditions encountered; and any delays
encountered.  Cover both conforming and deficient features and include a
statement that equipment and materials incorporated in the work and
workmanship comply with the Contract.  Furnish the original and one copy of
these records in report form to the Government daily within 24 hours after
the date covered by the report, except that reports need not be submitted
for days on which no work is performed.As a minimum, prepare and submit one
report for every 7 days of no work and on the last day of a no work period.
All calendar days need to be accounted for throughout the life of the
contract.    The first report following a day of no work will be for that
day only.Reports need to be signed and dated by the Contractor Quality
Control (CQC) System Manager. Include copies of test reports and copies of
reports prepared by all subordinate quality control personnel within the
CQC System Manager Report.

## 3.10   SAMPLE FORMS

Sample forms enclosed at the end of this section.

## 3.11   NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected
noncompliance with the foregoing requirements.  Take immediate corrective
action after receipt of such notice.  Such notice, when delivered to the
Contractor at the work site, will be deemed sufficient for the purpose of
notification.  If the Contractor fails or refuses to comply promptly, the

Contracting Officer can issue an order stopping all or part of the work until satisfactory corrective action has been taken.  No part of the time lost due to such stop orders will be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

-- End of Section --

SECTION 01 45 00.15 10

RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE (RMS CM)


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this section to the extent
referenced.  The publications are referred to within the text by the basic
designation only.

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                        (2014) Safety and Health Requirements
                                  Manual

1.2   MEASUREMENT AND PAYMENT

The work of this section is not measured for payment.  The Contractor is
responsible for the work of this section, without any direct compensation
other than the payment received for contract items.

1.3   CONTRACT ADMINISTRATION

The Government will use the Resident Management System (RMS) to assist in
its monitoring and administration of this contract.  The Government
accesses the system using the Government Mode of RMS (RMS GM) and the
Contractor accesses the system using the Contractor Mode (RMS CM).  The
term RMS will be used in the remainder of this section for both RMS GM and
RMS CM.  The joint Government-Contractor use of RMS facilitates electronic
exchange of information and overall management of the contract.  The
Contractor accesses RMS to record, maintain, input, track, and
electronically share information with the Government throughout the
contract period in the following areas:

    Administration
    Finances
    Quality Control
    Submittal Monitoring
    Scheduling
    Closeout
    Import/Export of Data

1.3.1   Correspondence and Electronic Communications

For ease and speed of communications, exchange correspondence and other
documents in electronic format to the maximum extent feasible.  Some
correspondence, including pay requests and payrolls, are also to be
provided in paper format with original signatures.  Paper documents will
govern, in the event of discrepancy with the electronic version.

1.3.2   Other Factors

Other portions of this document have a direct relationship to the reporting
accomplished through RMS.  Particular attention is directed to FAR
52.236-15 Schedules for Construction Contracts; FAR 52.232-27 Prompt

Payment for Construction Contracts; FAR 52.232-5 Payments Under
Fixed-Priced Construction Contracts; Section 01 32 01.00 10 PROJECT
SCHEDULE; Section 01 33 00 SUBMITTAL PROCEDURES; Section 01 35 26
GOVERNMENTAL SAFETY REQUIREMENTS; and Section 01 45 00.00 10 QUALITY
CONTROL.

1.4   RMS SOFTWARE

RMS is a Windows-based program that can be run on a Windows-based PC
meeting the requirements as specified in paragraph SYSTEM REQUIREMENTS.
Download, install and be able to utilize the latest version of the RMS
software within 7 calendar days of receipt of the Notice to Proceed.  RMS
software, user manuals, access and installation instructions, program
updates and training information are available from the RMS website (
http://rmsdocumentation.com).  The Government and the Contractor will have
different access authorities to the same contract database through RMS.
The common database will be updated automatically each time a user
finalizes an entry or change.

1.5   SYSTEM REQUIREMENTS

The following is the recommended system configuration to run the Contractor
Mode RMS for full utilization of all features for all types and sizes of
contracts.  Smaller, less complicated, projects may not require the
configuration levels described below.  Required configuration also noted
below.

| Recommended RMS System Requirements | |
|---|---|
| Hardware | |
| Windows-based PC | 1.7 GHz i3; AMD A6 3650 GHz or higher processor (REQUIRED) |
| RAM | 8 GB |
| Hard drive disk | 100 GB space for sole use by RMS system |
| Monitor | Screen resolution 1366 x 768 |
| Mouse or other pointing device | |
| Windows compatible printer | Laser printer must have 4 MB+ of RAM |
| Connection to the Internet | minimum 4 Mbs per user |
| Software | |
| MS Windows | Windows 710 x 64 bit (RMS requires 64 bit O/S) or newer (REQUIRED) |
| Word Processing software | Viewer for MS Word 2013, MS Excel 2013 or newer (REQUIRED) |
| E-mail | MAPI compatible (REQUIRED) |

| Recommended RMS System Requirements | |
|---|---|
| Virus protection software | Regularly upgraded with all issued Manufacturer's updates and is able to detect most zero day viruses   (REQUIRED) |

## 1.6    CONTRACT DATABASE - GOVERNMENT

The Government will enter the basic contract award data in RMS prior to granting the Contractor access.  The Government entries into RMS will generally be related to submittal reviews, correspondence status, and Quality Assurance(QA)comments, as well as other miscellaneous administrative information.

## 1.7    CONTRACT DATABASE - CONTRACTOR

Contractor entries into RMS establish, maintain, and update data throughout the duration of the contract.  Contractor entries generally include prime and subcontractor information, daily reports, submittals, RFI's, schedule updates and payment requests. RMS includes the ability to import attachments and export reports in many of the modules, including submittals.  The Contractor responsibilities for entries in RMS typically include the following items:

### 1.7.1    Administration

#### 1.7.1.1    Contractor Information

Enter all current Contractor administrative data and information into RMS within 7 calendar days of receiving access to the contract in RMS.  This includes, but is not limited to, Contractor's name, address, telephone numbers, management staff, and other required items.

#### 1.7.1.2    Subcontractor Information

Enter all missing subcontractor administrative data and information into RMS CM within 7 calendar days of receiving access to the contract in RMS or within 7 calendar days of the signing of the subcontractor agreement for agreements signed at a later date.  This includes name, trade, address, phone numbers, and other required information for all subcontractors.  A subcontractor is listed separately for each trade to be performed.

#### 1.7.1.3    Correspondence

Identify all Contractor correspondence to the Government with a serial number.  Prefix correspondence initiated by the Contractor's site office with "S".Prefix letters initiated by the Contractor's home (main) office with "H".Letters are numbered starting from 0001.   (e.g., H-0001 or S-0001).  The Government's letters to the Contractor will be prefixed with "C" or "RFP".

#### 1.7.1.4    Equipment

Enter and maintain a current list of equipment planned for use or being used on the jobsite, including the most recent and planned equipment inspection dates.

### 1.7.1.5    Reports

Track the status of the project utilizing the reports available in RMS.
The value of these reports is reflective of the quality of the data input.
These reports include the Progress Payment Request worksheet, Quality
Control (QC) comments, Submittal Register Status, and Three-Phase Control
worksheets.

### 1.7.1.6    Request For Information (RFI)

Create and track all Requests For Information (RFI) in the RMS
Administration Module for Government review and response.

### 1.7.2    Finances

### 1.7.2.1    Pay Activity Data

Develop and enter a list of pay activities in conjunction with the project
schedule.  The sum of pay activities equals the total contract amount,
including modifications.  Each pay activity must be assigned to a Contract
Line Item Number (CLIN).  The sum of the activities assigned to a CLIN
equals the amount of each CLIN.

### 1.7.2.2    Payment Requests

Prepare all progress payment requests using RMS.  Update the work completed
under the contract at least monthly, measured as percent or as specific
quantities.  After the update, generate a payment request and prompt
payment certification using RMS.  Submit the signed prompt payment
certification and payment request as well as supporting data either
electronically or by hard copy.  Unless waived by the Contracting Officer,
a signed paper copy of the approved payment certification and request is
also required and will govern in the event of discrepancy with the
electronic version.

### 1.7.3    Quality Control (QC)

Enter and track implementation of the 3-phase QC Control System, QC
testing, transferred and installed property and warranties in RMS.  Prepare
daily reports, identify and track deficiencies, document progress of work,
and support other Contractor QC requirements in RMS.  Maintain all data on
a daily basis.  Insure that RMS reflects all quality control methods, tests
and actions contained within the Contractor Quality Control (CQC) Plan and
Government review comments of same within 7 calendar days of Government
acceptance of the CQC Plan.

### 1.7.3.1    Quality Control (QC) Reports

The Contractor's Quality Control (QC) Daily Report in RMS is the official
report.  The Contractor can use other supplemental formats to record QC
data, but information from any supplemental formats are to be consolidated
and entered into the RMS QC Daily Report.  Any supplemental information may
be entered into RMS as an attachment to the report.  QC Daily Reports must
be finalized and signed in RMS within 24 hours after the date covered by
the report.  Provide the Government a printed signed copy of the QC Daily
Report, unless waived by the Contracting Officer.

1.7.3.2    Deficiency Tracking.

  Use the QC Daily Report Module to enter and track deficiencies.
  Deficiencies identified and entered into RMS by the Contractor or the
  Government will be sequentially numbered with a QC or QA prefix for
  tracking purposes.  Enter each deficiency into RMS the same day that the
  deficiency is identified.  Monitor, track and resolve all QC and QA entered
  deficiencies.  A deficiency is not considered to be corrected until the
  Government indicates concurrence in RMS.

1.7.3.3    Three-Phase Control Meetings

  Maintain scheduled and actual dates and times of preparatory and initial
  control meetings in RMS.  Worksheets for the three-phase control meetings
  are generated within RMS.

1.7.3.4    Labor and Equipment Hours

  Enter labor and equipment exposure hours on a daily basis.  Roll up the
  labor and equipment exposure data into a monthly exposure report.

1.7.3.5    Accident/Safety Reporting

  Both the Contractor and the Government enter safety related comments in RMS
  as a deficiency.  The Contractor must monitor, track and show resolution
  for safety issues in the QC Daily Report area of the RMS QC Module.  In
  addition, follow all reporting requirements for accidents and incidents as
  required in EM 385-1-1, Section 01 35 26 GOVERNMENTAL SAFETY REQUIREMENTS
  and as required by any other applicable Federal, State or local agencies.

1.7.3.6    Definable Features of Work

  Enter each feature of work, as defined in the approved CQC Plan, into the
  RMS QC Module.  A feature of work may be associated with a single or
  multiple pay activities, however a pay activity is only to be linked to a
  single feature of work.

1.7.3.7    Activity Hazard Analysis

  Import activity hazard analysis electronic document files into the RMS QC
  Module utilizing the document package manager.

1.7.4    Submittal Management

  Enter all current submittal register data and information into RMS within 7
  calendar days of receiving access to the contract in RMS.  The information
  shown on the submittal register following the specification Section 01 33 00
   SUBMITTAL PROCEDURES will already be entered into the RMS database when
  access is granted.  Group electronic submittal documents into transmittal
  packages to send to the Government, except very large electronic files,
  samples, spare parts, mock ups, color boards, or where hard copies are
  specifically required.  Track transmittals and update the submittal
  register in RMS on a daily basis throughout the duration of the contract.
  Submit hard copies of all submittals unless waived by the Contracting
  Officer.

1.7.5    Schedule

  Enter and update the contract project schedule in RMS by either manually

entering all schedule data or by importing the Standard Data Exchange
Format (SDEF) file, based on the requirements in Section 01 32 01.00 1<u>30</u>
PROJECT SCHEDULE.

## 1.7.6   Closeout

Closeout documents, processes and forms are managed and tracked in RMS by
both the Contractor and the Government.  Ensure that all closeout documents
are entered, completed and documented within RMS.

## 1.8   IMPLEMENTATION

Use of RMS as described in the preceding paragraphs is mandatory.  Ensure
that sufficient resources are available to maintain contract data within
the RMS system.  RMS is an integral part of the Contractor's required
management of quality control.

## 1.9   NOTIFICATION OF NONCOMPLIANCE

Take corrective action within 7 calendar days after receipt of notice of
RMS non-compliance by the Contracting Officer.

## PART 2   PRODUCTS

Not Used

## PART 3   EXECUTION

Not Used

-- End of Section --

SECTION 01 45 35

SPECIAL INSPECTIONS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN SOCIETY OF CIVIL ENGINEERS (ASCE)

ASCE 7                          (2017) Minimum Design Loads for Buildings
                                and Other Structures

INTERNATIONAL CODE COUNCIL (ICC)

ICC IBC                         (2018) International Building Code

U.S. DEPARTMENT OF DEFENSE (DOD)

UFC 3-310-04                    (2013; with Change 1) Seismic Design of
                                Buildings

1.2   GENERAL REQUIREMENTS

Perform Special Inspections in accordance with the Statement of Special
Inspections, Schedule of Special Inspections and Chapter 17 of ICC IBC.
The Statement of Special Inspections and Schedule of Special Inspections
are included as an attachment to this specification.  Special Inspections
are to be performed by an independent third party and are intended to
ensure that the work of the prime contractor is in accordance with the
Contract Documents and applicable building codes.  Special inspections do
not take the place of the three phases of control inspections performed by
the Contractor's QC Manager or any testing and inspections required by
other sections of the specifications.

1.3   DEFINITIONS

1.3.1   Continuous Special Inspections

Continuous Special Inspections is the constant monitoring of specific tasks
by a special inspector. These inspections must be carried out continuously
over the duration of the particular tasks.

1.3.2    Periodic Special Inspections

  Periodic Special Inspections are Special Inspections by the special
  inspector who is intermittently present where the work to be inspected has
  been or is being performed.

1.3.3    Perform

  Perform these Special Inspections tasks for each welded joint or member.

1.3.4    Observe

  Observe these Special Inspections items on a random daily basis.
  Operations need not be delayed pending these inspections.

1.3.5    Special Inspector (SI)

  A qualified person retained by the contractor and approved by the
  Contracting Officer as having the competence necessary to inspect a
  particular type of construction requiring Special Inspections.  The SI must
  be an independent third party hired directly by the Prime Contractor.

1.3.6    Associate Special Inspector (ASI)

  A qualified person who assists the SI in performing Special Inspections but
  must perform inspection under the direct supervision of the SI and cannot
  perform inspections without the SI on site.

1.3.7    Third Party

  A third party inspector must not be a company employee of the Contractor or
  any Sub-Contractor performing the work to be inspected.

1.3.8    Contracting Officer

  The Government official having overall authority for administrative
  contracting actions. Certain contracting actions may be delegated to the
  Contracting Officer's Representative (COR).

1.3.9    Contractor's Quality Control (QC) Manager

  An individual retained by the prime contractor and qualified in accordance
  with the Section 01 45 00.00 20 QUALITY CONTROL having the overall
  responsibility for the contractor's QC organization.

1.3.10    Designer of Record (DOR)

  A registered design professional contracted by the Government as an A/E
  responsible for the overall design and review of submittal documents
  prepared by others.  The DOR is registered or licensed to practice their
  respective design profession as defined by the statutory requirements of
  the professional registration laws in state in which the design
  professional works.  The DOR is also referred to as the Engineer of Record
  (EOR) in design code documents.

1.3.11    Statement of Special Inspections (SSI)

  A document developed by the DOR identifying the material, systems,
  components and work required to have Special Inspections.

1.3.12    Schedule of Special Inspections

A schedule which lists each of the required Special Inspections, the extent
to which each Special Inspections is to be performed, and the required
frequency for each in accordance with ICC IBC Chapter 17.

1.4    SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

        SD-01 Preconstruction Submittals

                SIOR Letter of Acceptance; G
                Special Inspections Project Manual; G
                Special Inspections Agency's Written Practices
                NDT Procedures and Equipment Calibration Records

        SD-06 Test Reports

                Special Inspections Daily Reports
                Special Inspections Biweekly Reports

        SD-07 Certificates

                Fabrication Plant
                Steel Truss Plant
                Wood Truss Plant
                AC472 Accreditation
                Steel Joist Institute Membership
                Precast Concrete Institute (PCI) Certified Plant
                Certificate of Compliance
                Special Inspector of Record Qualifications; G
                Special Inspector Qualifications; G
                Qualification Records for NDT technicians

SD-11 Closeout Submittals

Interim Final Report of Special Inspections
Comprehensive Final Report of Special Inspections; G

1.5   SPECIAL INSPECTOR QUALIFICATIONS

Submit qualifications for each special inspector.

| Certifying Associations | |
|---|---|
| AABC | Associated Air Balance Council |
| ACI | American Concrete Institute |
| AWCI | Association of the Wall and Ceiling Industry |
| AWS | American Welding Society |
| FM | Factory Mutual |
| ICC | International Code Council |
| NDT | Nondestructive Testing |
| NICET | National Institute for Certification in Engineering Technologies |
| PCI | Precast/Prestressed Concrete Institute |
| PTI | Post-Tensioning Institute |
| UL | Underwriters Laboratories |

1.5.1   Steel Construction and High Strength Bolting

1.5.1.1   Special Inspector

a. ICC Structural Steel and Bolting Special Inspector certificate with one year of related experience, or

b. Registered Professional Engineer with related experience

1.5.1.2   Associate Special Inspector

Engineer-In-Training with one year of related experience.

1.5.2   Welding Structural Steel

1.5.2.1   Special Inspector

a. ICC Structural Welding Special Inspector certificate with one year of related experience, or

b. AWS Certified Welding Inspector

1.5.2.2   Associate Special Inspector

  AWS Certified Associate Welding Inspector

1.5.3   Nondestructive Testing of Welds

1.5.3.1   Special Inspector

  NDT Level III Certificate

1.5.3.2   Associate Special Inspector

  NDT Level II Certificate plus one year of related experience

1.5.4   Cold Formed Steel Framing

1.5.4.1   Special Inspector

  a.  ICC Structural Steel and Bolting Special Inspector certificate with one
      year of  related experience, or

  b.  ICC Commercial Building Inspector with one year of experience, or

  c.  ICC Residential Building Inspector with one year of experience, or

  d.  Registered Professional Engineer with related experience

1.5.4.2   Associate Special Inspector

  Engineer-In-Training with one year of related experience.

1.5.5   Concrete Construction

1.5.5.1   Special Inspector

  a.  ICC Reinforced Concrete Special Inspector Certificate with one year of
      related experience, or

  b.  ACI Concrete Construction Special Inspector, or

  c.  NICET Concrete Technician Level III Certificate in Construction
      Materials Testing, or

  d.  Registered Professional Engineer with related experience

1.5.5.2   Associate Special Inspector

  a.  ACI Concrete Construction Special Inspector in Training, or

  b.  Engineer-In-Training with one year of related experience

1.5.6   Prestressed Concrete Construction

1.5.6.1   Special Inspector

  a.  ICC Pre-stressed Special Inspector Certificate with one year of
      related experience, or

    b.  PCI Quality Control Technician/ Inspector Level II Certificate with one year of related experience, or

    c.  Registered Professional Engineer with related experience

1.5.6.2   Associate Special Inspector

    a.  PCI Quality Control Technician/ Inspector Level I Certificate with one year of related experience, or

    b.  Engineer-In-Training with one year of related experience

1.5.7   Post-tensioned Concrete Construction

1.5.7.1   Special Inspector

    a.  PTI Level 2 Unbonded PT Inspector Certificate, or

    b.  Registered Professional Engineer with related experience

1.5.7.2   Associate Special Inspector

    a.  PTI Level 1 Unbonded PT Inspector Certificate with one year of related experience, or

    b.  Engineer-In-Training with one year of related experience

1.5.8   Masonry Construction

1.5.8.1   Special Inspector

    a.  ICC Structural Masonry Special Inspector Certificate with one year of related experience, or

    b.  Registered Professional Engineer with related experience

1.5.8.2   Associate Special Inspector

  Engineer-In-Training with one year of related experience.

1.5.9   Wood

1.5.9.1   Special Inspector

    a.  ICC Commercial Building Inspector Certificate with one year of  related experience, or

    b.  ICC Residential Building Inspector with on year of experience, or

    c.  Registered Professional Engineer with related experience

1.5.9.2   Associate Special Inspector

  Engineer-In-Training with one year of related experience.

**1.5.10    Verification of Site Soil Condition, Fill Placement and Load-Bearing Requirements**

**1.5.10.1    Special Inspector**

   a.  ICC Soils Special Inspector Certificate with one year of related experience, or

   b.  NICET Soils Technician Level II Certificate in Construction Material Testing, or

   c.  NICET Geotechnical Engineering Technician Level II Construction or Generalist Certificate, or

   d.  Geologist-In-Training with one year of related experience, or

   e.  Registered Professional Engineer with related experience

**1.5.10.2    Associate Special Inspector**

   a.  NICET Soils Technician Level I Certificate in Construction Material Testing with one year of related experience, or

   b.  NICET Geotechnical Engineering Technician Level I Construction or Generalist Certificate with one year of related experience, or

   c.  Engineer-In-Training with one year of related experience

**1.5.11    Deep Foundations**

**1.5.11.1    Special Inspector**

   a.  NICET Soils Technician Level II Certificate in Construction Material Testing, or

   b.  NICET Geotechnical Engineering Technician Level II Construction or Generalist Certificate, or

   c.  Geologist-In-Training with one year of related experience, or

   d.  Registered Professional Engineer with related experience

**1.5.11.2    Associate Special Inspector**

   a.  NICET Soils Technician Level I Certificate in Construction Material Testing with one year of related experience, or

   b.  NICET Geotechnical Engineering Technician Level I Construction or Generalist Certificate with one year of related experience, or

   c.  Engineer-In-Training with one year of related experience

**1.5.12    Sprayed Fire Resistant Material**

**1.5.12.1    Special Inspector**

   a.  ICC Spray-applied Fireproofing Special Inspector Certificate, or

   b.  ICC Fire Inspector I Certificate with one year of  related experience,

or

c.  Registered Professional Engineer with related experience

1.5.12.2   Associate Special Inspector

Engineer-In-Training with one year of related experience

1.5.13   Mastic and Intumescent Fire Resistant Coatings

1.5.13.1   Special Inspector

a.  ICC Spray-applied Fireproofing Special Inspector Certificate, or

b.  ICC Fire Inspector I Certificate with one year of related experience, or

c.  Registered Professional Engineer with related experience

1.5.13.2   Associate Special Inspector

Engineer-In-Training with one year of related experience.

1.5.14   Exterior Insulation and Finish System (EIFS)

1.5.14.1   Special Inspector

a.  AWCI EIFS Inspector Certificate, or

b.  Exterior Design Institute Certificate, or

c.  Registered Professional Engineer with related experience

1.5.14.2   Associate Special Inspector

Engineer-In-Training with one year of related experience.

1.5.15   Fire-Resistant Penetrations and Joints

1.5.15.1   Special Inspector

a.  Passed the UL Firestop Exam with one year of related experience, or

b.  Passed the FM Firestop Exam with one year of  related experience, or

c.  Registered Professional Engineer with related experience

1.5.15.2   Associate Special Inspector

Engineer-In-Training with one year of related experience.

1.5.16   Smoke Control

1.5.16.1   Special Inspector

a.  AABC Technician Certification with one year of related experience, or

b.  Registered Professional Engineer with related experience

1.5.16.2   Associate Special Inspector

  Engineer-In-Training with one year of related experience.


PART 2    PRODUCTS

2.1   FABRICATOR SPECIAL INSPECTIONS

  Special Inspections of fabricator's work performed in the fabricator's shop
  is required to be inspected in accordance with the Statement of Special
  Inspections and the Schedule of Special Inspections unless the fabricator
  is certified by the approved agency to perform such work without Special
  Inspections.  Submit the following certification to the Contracting Officer
  for information to allow work performed in the fabricator's shop to not be
  subjected to Special Inspections.

      American Institute of Steel Construction (AISC) Certified Fabrication
      Plant, Category STD.
  ┼   Steel Joist Institute Membership
      Precast Concrete Institute (PCI) Certified Plant, Group C

  At the completion of fabrication, submit a certificate of compliance, to be
  included with the comprehensive final report of Special Inspections,
  stating that the materials supplied and work performed by the fabricator
  are in accordance the construction documents.

PART 3   EXECUTION

3.1   RESPONSIBILITIES


3.1.1    Quality Control Manager

a.   Supervise all Special Inspectors required by the contract documents and
     the IBC.

  b.  Verify the qualifications of all of the Special Inspectors.

  c.  Verify the qualifications of fabricators.


d.    Maintain a 3- ring binder for the Special Inspector's daily and
      biweekly reports. This file must be located in a conspicuous place in
      the project trailer/office to allow review by the Contracting Officer
      and the DOR.


e.    Maintain a rework items list that includes discrepancies noted
      on the Special Inspectors daily report.

3.1.2    Special Inspectors

  a.  Inspect all elements of the project for which the special inspector is
      qualified to inspect and are identified in the Schedule of Special
      Inspections.

  b.  Attend preparatory phase meetings related to the Definable Feature of
      Work (DFOW) for which the special inspector is qualified to inspect.

┼ c.  Submit Special Inspections agency's written practices for the
      monitoring and control of the agency's operations to include the

following:

    (1)  The agency's procedures for the selection and administration of inspection personnel, describing the training, experience and examination requirements for qualifications and certification of inspection personnel.

    (2)  The agency's inspection procedures, including general inspection, material controls, and visual welding inspection.

d.  Submit qualification records for nondestructive testing (NDT) technicians designated for the project.

e.  Submit NDT procedures and equipment calibration records for NDT to be performed and equipment to be used for the project.†

f.  Submit a copy of the daily reports to the QC Manager.

g.  Discrepancies that are observed during Special Inspections must be reported to the QC Manager for correction.  If discrepancies are not corrected before the special inspector leaves the site the observed discrepancies must be documented in the daily report.

h.  Submit a biweekly Special Inspection Report until all inspections are complete. A report is required for each biweekly period in which Special Inspections activity occurs, and must include the following:

    (1)  A brief summary of the work performed during the reporting time frame.

    (2)  Changes and/or discrepancies with the drawings, specifications ⎯ [ and mechanical or electrical component certification, ] that were observed during the reporting period.

    (3)  Discrepancies which were resolved or corrected.

    (4)  A list of nonconforming items requiring resolution.

    (5)  All applicable test result including nondestructive testing reports.

⎯ i.  At the completion of each DFOW requiring Special Inspections, submit an interim final report of Special Inspections that documents the Special Inspections completed for that DFOW.  Identify the inspector responsible for each item inspected and corrections of all discrepancies noted in the daily reports.  The interim final report of Special Inspections must be signed, dated and indicate the certification of the special inspector qualifying them to conduct the inspection. ⎯

j.  At the completion of the project submit a comprehensive final report of Special Inspections that documents the Special Inspections completed for the project and corrections of all discrepancies noted in the daily reports.  The comprehensive final report of Special Inspections must be signed, dated and indicate the certification of the special inspector qualifying them to conduct the inspection.

## 3.2   DEFECTIVE WORK

Check work as it progresses, but failure to detect any defective work or materials must in no way prevent later rejection if defective work or

materials are discovered, nor obligate the Contracting Officer to accept
such work.

-- End of Section --

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

SECTION 01 50 00

TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN WATER WORKS ASSOCIATION (AWWA)

AWWA C511                        (2017) Reduced-Pressure Principle Backflow
                                 Prevention Assembly

FOUNDATION FOR CROSS-CONNECTION CONTROL AND HYDRAULIC RESEARCH
(FCCCHR)

FCCCHR List                      (continuously updated) List of Approved
                                 Backflow Prevention Assemblies

FCCCHR Manual                    (10th Edition) Manual of Cross-Connection
                                 Control

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 241                         (2013; Errata 2015) Standard for
                                 Safeguarding Construction, Alteration, and
                                 Demolition Operations

NFPA 70                          (2017; ERTA 1-2 2017; TIA 17-1; TIA 17-2;
                                 TIA 17-3; TIA 17-4; TIA 17-5; TIA 17-6;
                                 TIA 17-7; TIA 17-8; TIA 17-9; TIA 17-10;
                                 TIA 17-11; TIA 17-12; TIA 17-13; TIA
                                 17-14) National Electrical Code

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                       (2014) Safety and Health Requirements
                                 Manual

U.S. FEDERAL AVIATION ADMINISTRATION (FAA)

FAA AC 70/7460-1                 (2015; Rev L) Obstruction Marking and
                                 Lighting

U.S. FEDERAL HIGHWAY ADMINISTRATION (FHWA)

MUTCD                            (2015) Manual on Uniform Traffic Control
                                 Devices

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When used,
a designation following the "G" designation identifies the office that will
review the submittal for the Government.  Submit the following in accordance
with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Construction Site Plan; G

Traffic Control Plan; G

Haul Road Plan; G

SD-03 Product Data

Backflow Preventers; G

SD-06 Test Reports

Backflow Preventer Tests

SD-07 Certificates

Backflow Tester Certification

Backflow Preventers Certificate of Full Approval

## 1.3   CONSTRUCTION SITE PLAN

Prior to the start of work, submit a site plan showing the locations and
dimensions of temporary facilities (including layouts and details,
equipment and material storage area (onsite and offsite), and access and
haul routes, avenues of ingress/egress to the fenced area and details of
the fence installation.  Identify any areas which may have to be graveled
to prevent the tracking of mud.  Indicate if the use of a supplemental or
other staging area is desired. Show locations of safety and construction
fences, site trailers, construction entrances, trash dumpsters, temporary
sanitary facilities, and worker parking areas.

## 1.4   BACKFLOW PREVENTERS CERTIFICATE

Certificate of Full Approval from FCCCHR List, University of Southern
California, attesting that the design, size and make of each backflow
preventer has satisfactorily passed the complete sequence of performance
testing and evaluation for the respective level of approval.  Certificate
of Provisional Approval will not be acceptable.

### 1.4.1   Backflow Tester Certificate

Prior to testing, submit to the Contracting Officer certification issued by
the State or local regulatory agency attesting that the backflow tester has
successfully completed a certification course sponsored by the regulatory
agency.  Tester must not be affiliated with any company participating in
any other phase of this Contract.

### 1.4.2   Backflow Prevention Training Certificate

Submit a certificate recognized by the State or local authority that states
the Contractor has completed at least 10 hours of training in backflow
preventer installations.  The certificate must be current.

## 1.5   DOD CONDITION OF READINESS (COR)

DOD will set the Condition of Readiness (COR) based on the weather forecast
for sustained winds 50 knots (60mph or 95 km/hr) or greater.  Contact the
Contracting Officer  for the current COR setting.

Monitor weather conditions a minimum of twice a day and take appropriate
actions according to the approved Emergency Plan in the accepted

Accident Prevention Plan, EM-385-1-1 Section 01 Emergency Planning and
the instructions below.

Unless otherwise directed by the Contracting Officer, comply with:

a.  Condition FOUR (Sustained winds of 50 knots or greater expected within
    72 hours):  Normal daily jobsite cleanup and good housekeeping
    practices.  Collect and store in piles or containers scrap lumber,
    waste material, and rubbish for removal and disposal at the close of
    each work day.  Maintain the construction site including storage areas,
    free of accumulation of debris.  Stack form lumber in neat piles less
    than 4 feet high.  Remove all debris, trash, or objects that could
    become missile hazards.

b.  Condition THREE (Sustained winds of 50 knots or greater expected within
    48 hours):  Maintain "Condition FOUR" requirements and commence
    securing operations necessary for "Condition ONE" which cannot be
    completed within 18 hours.  Cease all routine activities which might
    interfere with securing operations.  Commence securing and stow all
    gear and portable equipment.Make preparations for securing
    buildings.  Review requirements pertaining to "Condition TWO" and
    continue action as necessary to attain "Condition THREE" readiness.

c.  Condition TWO (Sustained winds of 50 knots or greater expected within
    24 hours):Curtail or cease routine activities until securing operation
    is complete.  Reinforce or remove form work and scaffolding.  Secure
    machinery, tools, equipment, materials, or remove from the jobsite.
    Expend every effort to clear all missile hazards and loose equipment
    from general base areas.

d.  Condition ONE.  (Sustained winds of 50 knots or greater expected within
    12 hours):  Secure the jobsite, and leave Government premises.

PART 2    PRODUCTS

2.1    TEMPORARY SIGNAGE

2.1.1    Bulletin Board

Within 14 calendar days of mobilization on site and prior to the
commencement of work activities, provide a clear weatherproof covered
bulletin board not less than 36 by 48 inches in size for displaying the
Equal Employment Opportunity poster, a copy of the wage decision contained
in the contract, Wage Rate Information poster, Safety and Health
Information as required by EM 385-1-1 Section 01 and other information
approved by the Contracting Officer.   Coordinate requirements herein with
01 35 26 GOVERNMENTAL SAFETY REQUIREMENTS.

2.1.2    Project Identification Signs

The requirements for the signs, their content, and location are —as
specified in Section 01 58 00 PROJECT IDENTIFICATION—. Erect signs within
15 days after receipt of the notice to proceed.  Correct the data required
by the safety sign daily, with light colored metallic or non-metallic
numerals.

2.1.3    Warning Signs

Post temporary signs, tags, and labels to give workers and the public
adequate warning and caution of construction hazards according to the
EM 385-1-1 Section 04.  Attach signs to the perimeter fencing every 150

feet warning the public of the presence of construction hazards. Signs must require unauthorized persons to keep out of the construction site. Correct the data required by safety signs daily.

## 2.2    TEMPORARY TRAFFIC CONTROL

### 2.2.1   Haul Roads

Construct access and haul roads necessary for proper prosecution of the work under this contract in accordance with EM 385-1-1 Section 04. Construct with suitable grades and widths; sharp curves, blind corners, and dangerous cross traffic are be avoided.  Submit haul road plan for approval.  Provide necessary lighting, signs, barricades, and distinctive markings for the safe movement of traffic.  The method of dust control, although optional, must be adequate to ensure safe operation at all times. Location, grade, width, and alignment of construction and hauling roads are subject to approval by the Contracting Officer.  Lighting must be adequate to assure full and clear visibility for full width of haul road and work areas during any night work operations.

### 2.2.2   Barricades

Erect and maintain temporary barricades to limit public access to hazardous areas.  Whenever safe public access to paved areas such as roads, parking areas or sidewalks is prevented by construction activities or as otherwise necessary to ensure the safety of both pedestrian and vehicular traffic barricades will be required.  Securely place barricades clearly visible with adequate illumination to provide sufficient visual warning of the hazard during both day and night.

## 2.3    FENCING

Provide fencing along the construction site and at all open excavations and tunnels to control access by unauthorized personnel.  Safety fencing must be highly visible to be seen by pedestrians and vehicular traffic. Specific fencing requirements are as described herein.  All fencing will meet the requirements of EM 385-1-1.

### 2.3.1   Polyethylene Mesh Safety Fencing

Temporary safety fencing must be a high visibility orange colored, high density polyethylene grid, a minimum of 48 inches high and maximum mesh size of 2 inches.  Fencing must extend from the grade to a minimum of 48 inches above the grade and be tightly secured to T-posts spaced as necessary t maintain a rigid and taut fence. Fencing must remain rigid and taut with a minimum of 200 pounds of force exerted on it from any direction with less than 4 inches of deflection.

### 2.3.2   Chain Link Panel Fencing

Temporary panel fencing must be galvanized steel chain link panels 6 feet high.  Multiple fencing panels may be linked together at the bases to form long spans as needed.  Each panel base must be weighted down using sand bags or other suitable materials in order for the fencing to withstand anticipated winds while remaining upright.  Fencing must remain rigid and taut with a minimum of 200 pounds of force exerted on it from any direction with less than 4 inches of deflection.

### 2.3.3   Post-Driven Chain Link Fencing

Temporary post-driven fencing must be galvanized chain link fencing 6 feet

high supported by an tightly secured to galvanized steel posts driven below
grade.  Fence posts must be located on minimum 10 foot centers.
Posts may be set in various surfaces such as sand, soil, asphalt or
concrete as necessary. Chain link fencing must remain rigid and taut with a
minimum of 200 pounds of force exerted on it from any direction with less
than 4 inches of deflection.  Fencing and posts must be completely removed
at the completion of construction and any surfaces disturbed or damaged
must be restored to its original condition. Underground utilities must be
located and identified prior to setting fence posts.  Fence must be
equipped with a lockable gate.  Gate must remain locked when construction
personnel are not present.

## 2.4   TEMPORARY WIRING

Provide temporary wiring in accordance with EM 385-1-1 Section 11, NFPA 241
and NFPA 70.  Include monthly inspection and testing of all equipment and
apparatus.

## 2.5   BACKFLOW PREVENTERS

Reduced pressure principle type conforming to the applicable requirements
AWWA C511.  Provide backflow preventers complete with 150 pound flanged cast
iron, bronze mounted gate valve and strainer, 304 stainless steel or bronze,
internal parts.  The particular make, model/design, and size of backflow
preventers to be installed must be included in the latest edition of the
List of Approved Backflow Prevention Assemblies issued by the FCCCHR List
and be accompanied by a Certificate of Full Approval from FCCCHR List.——
After installation conduct Backflow Preventer Tests and provide test reports
verifying that the installation meets the FCCCHR Manual Standards.

## PART 3   EXECUTION

## 3.1   EMPLOYEE PARKING

Construction contract employees will park privately owned vehicles in an
area designated by the Contracting Officer.  This area will be within
reasonable walking distance of the construction site.  Employee parking
must not interfere with existing and established parking requirements of
the government installation.

## 3.2   TEMPORARY BULLETIN BOARD

Locate the bulletin board at the project site in a conspicuous place easily
accessible to all employees, as approved by the Contracting Officer.

## 3.3   AVAILABILITY AND USE OF UTILITY SERVICES

### 3.3.1   Temporary Utilities

Provide temporary utilities required for construction.  Materials may be
new or used, must be adequate for the required usage, not create unsafe
conditions, and not violate applicable codes and standards.

### 3.3.2   Payment for Utility Services

a. The Government will make all reasonably required utilities available
   from existing outlets and supplies, as specified in the contract.
   Unless otherwise provided in the contract, the amount of each utility
   service consumed will be charged to or paid at prevailing rates charged
   to the Government or, where the utility is produced by the Government,
   at reasonable rates determined by the Contracting Officer.  Carefully
   conserve any utilities furnished without charge.

b.  **Reasonable amounts of the following utilities will be made available [without charge.] [at the prevailing rates.] [at the following rates:]**

| Utility Services | | |
|---|---|---|
| | Cost ($) per | Unit |
| Electricity | | |
| Potable Water | | |
| Salt Water | | |
| Compressed Air | | |
| Steam | | |
| Natural Gas | | |
| Sanitary Sewer | | |

c.  **The point at which the Government will deliver such utilities or services and the quantity available is as indicated.  Pay all costs incurred in connecting, converting, and transferring the utilities to the work.  Make connections, including providing backflow-preventing devices on connections to domestic water lines; providing meters; and providing transformers; and make disconnections.**

3.3.3   **Meters and Temporary Connections**

Provide and maintain necessary temporary connections, distribution lines, and meter bases (Government will provide meters) required to measure the amount of each utility used for the purpose of determining charges.  Notify the Contracting Officer, in writing, 5 working days before final electrical connection is desired so that a utilities contract can be established.  The Government will provide a meter and make the final hot connection after inspection and approval of the Contractor's temporary wiring installation. Do not make the final electrical connection.

3.3.4   **Advance Deposit**

An advance deposit for utilities consisting of an estimated month's usage or a minimum of $50.00 will be required.  The last monthly bills for the fiscal year will normally be offset by the deposit and adjustments will be billed or returned as appropriate.  Services to be rendered for the next fiscal year, beginning 1 October, will require a new deposit.  Notification of the due date for this deposit will be mailed prior to the end of the current fiscal year.

3.3.5   **Final Meter Reading**

Before completion of the work and final acceptance of the work by the Government, notify the Contracting Officer, in writing, 5 working days before termination is desired.  The Government will take a final meter reading, disconnect service, and remove the meters.  Then remove all the temporary distribution lines, meter bases, and associated paraphernalia. Pay all outstanding utility bills before final acceptance of the work by the Government.

3.3.6    Sanitation

    a.    Provide and maintain within the construction area minimum
    field-type sanitary facilities approved by the Contracting Officer and
    periodically empty wastes into a municipal, district, or station
    sanitary sewage system, or remove waste to a commercial facility.
    Obtain approval from the system owner prior to discharge into any
    municipal, district, or commercial sanitary sewer system.  Any
    penalties or fines associated with improper discharge will be the
    responsibility of the Contractor. Coordinate with the Contracting
    Officer and follow station regulations and procedures when discharging
    into the station sanitary sewer system.  Maintain these conveniences at
    all times.  Include provisions for pest control and elimination of
    odors. Government toilet facilities will not be available to
    Contractor's personnel. Telephone

  Make arrangements and pay all costs for telephone facilities desired.

3.3.7    Obstruction Lighting of Cranes

  Provide a minimum of 2 aviation red or high intensity white obstruction
  lights on temporary structures (including cranes) over 100 feet above
  ground level.  Light construction and installation must comply with FAA
  AC 70/7460-1.  Lights must be operational during periods of reduced
  visibility, darkness, and as directed by the Contracting Officer.

3.3.8    Fire Protection

  Provide temporary fire protection equipment for the protection of personnel
  and property during construction. Remove debris and flammable materials
  daily to minimize potential hazards.

3.4    TRAFFIC PROVISIONS

3.4.1    Maintenance of Traffic

  a.  Conduct operations in a manner that will not close any thoroughfare or
      interfere in any way with traffic on railways or highways except with
      written permission of the Contracting Officer at least 15 calendar days
      prior to the proposed modification date, and provide a Traffic Control
      Plan detailing the proposed controls to traffic movement for approval.
      The plan must be in accordance with State and local regulations and the
      MUTCD, Part VI.  Contractor may move oversized and slow-moving vehicles
      to the worksite provided requirements of the highway authority have
      been met.

  b.  Conduct work so as to minimize obstruction of traffic, and maintain
      traffic on at least half of the roadway width at all times.  Obtain
      approval from the Contracting Officer prior to starting any activity
      that will obstruct traffic.

  c.  Provide, erect, and maintain, at contractors expense, lights, barriers,
      signals, passageways, detours, and other items, that may be required by
      the Life Safety Signage, overhead protection authority having
      jurisdiction.

3.4.2    Protection of Traffic

  Maintain and protect traffic on all affected roads during the construction
  period except as otherwise specifically directed by the Contracting
  Officer.  Measures for the protection and diversion of traffic, including

the provision of watchmen and flagmen, erection of barricades, placing of lights around and in front of equipment the work, and the erection and maintenance of adequate warning, danger, and direction signs, will be as required by the State and local authorities having jurisdiction. Protect the traveling public from damage to person and property.  Minimize the interference with public traffic on roads selected for hauling material to and from the site.  Investigate the adequacy of existing roads and their allowable load limit.  Contractor is responsible for the repair of any damage to roads caused by construction operations.

### 3.4.3   Rush Hour Restrictions

Do not interfere with the peak traffic flows preceding and during normal operations without notification to and approval by the Contracting Officer.

### 3.4.4   Dust Control

Dust control methods and procedures must be approved by the Contracting Officer. Coordinate dust control methods with 01 57 19 TEMPORARY ENVIRONMENTAL CONTROLS.

### 3.5   CONTRACTOR'S TEMPORARY FACILITIES

Contractor-owned or -leased trailers must be identified by Government assigned numbers.  Apply the number to the trailer within 14 calendar days of notification, or sooner, if directed by the Government. Temporary facilities will meet requirements as identified in EM 385-1-1 Section 04.

### 3.5.1   Safety Systems

Protect the integrity of any installed safety systems or personnel safety devices.  Obtain prior approval from Contracting Officer if entrance into systems serving safety devices is required. If it is temporarily necessary to remove or disable personnel safety devices in order to accomplish contract requirements, provide alternative means of protection prior to removing or disabling any permanently installed safety devices or equipment and obtain approval from the Contracting Officer.

### 3.5.2   Administrative Field Offices

Provide and maintain administrative field office facilities within the construction area at the designated site.  Government office and warehouse facilities will [not] be available to the Contractor's personnel.

### 3.5.3   Storage Area

Construct a temporary 6 foot high chain link fence around trailers and materials.  Include plastic strip inserts, colored [green][brown], so that visibility through the fence is obstructed.  Fence posts may be driven, in lieu of concrete bases, where soil conditions permit.  Do not place or store trailers, materials, or equipment outside the fenced area unless such trailers, materials, or equipment are assigned a separate and distinct storage area by the Contracting Officer away from the vicinity of the construction site but within the installation boundaries.  Trailers, equipment, or materials must not be open to public view with the exception of those items which are in support of ongoing work on any given day.  Do not stockpile materials outside the fence in preparation for the next day's work.  Park mobile equipment, such as tractors, wheeled lifting equipment,

cranes, trucks, and like equipment within the fenced area at the end of each work day.

3.5.4    Supplemental Storage Area

Upon request, and pending availability, the Contracting Officer will designate another or supplemental area for the use and storage of trailers, equipment, and materials.  This area may not be in close proximity of the construction site but will be within the installation boundaries.   The area will be maintained in an clean and orderly fashion and secured if needed to protect supplies and equipment. Utilities will not be provided to this area by the Government.

3.5.5    Appearance of Trailers

a.  Trailers which are rusted, have peeling paint or are otherwise in need of repair will not be allowed on Installation property. Trailers must present a clean and neat exterior appearance and be in a state of good repair.

b.  Maintain the temporary facilities. Failure to do so will be sufficient reason to require their removal.

3.5.6    Maintenance of Storage Area

a.  Keep fencing in a state of good repair and proper alignment.  Grassed or unpaved areas, which are not established roadways, and will be traversed with construction equipment or other vehicles, will be covered with a layer of gravel as necessary to prevent rutting and the tracking of mud onto paved or established roadways, should the Contractor elect to traverse them with construction equipment or other vehicles.  Mow and maintain grass located within the boundaries of the construction site for the duration of the project. Grass and vegetation along fences, buildings, under trailers, and in areas not accessible to mowers will be edged or trimmed neatly.

3.5.7    New Building

In the event a new building is constructed for the temporary project field office, it will be a minimum 12 feet in width, 16 feet in length and have a minimum of 7 feet headroom.Equip the building with approved electrical wiring, at least one double convenience outlet and the required switches and fuses to provide 110-120 volt power.  Provide a work table with stool, desk with chair, two additional chairs, and one legal size file cabinet that can be locked.  The building must be waterproof, supplied with a heater, have a minimum of two doors, electric lights, a telephone, a battery operated smoke detector alarm, a sufficient number of adjustable windows for adequate light and ventilation, and a supply of approved drinking water.  Approved sanitary facilities must be furnished.  Screen the windows and doors and provide the doors with dead bolt type locking devices or a padlock and heavy duty hasp bolted to the door.  Door hinge pins will be non-removable.Arrange the windows to open and to be securely fastened from the inside.  Protect glass panels in windows by bars or heavy mesh screens to prevent easy access.  In warm weather, furnish air conditioning capable of maintaining the office at 50 percent relative humidity and a room temperature 20 degrees F below the outside temperature when the outside temperature is 95 degrees F.  Any new building erected for a temporary field office must be maintained during the life of the contract.  Unless otherwise directed by the Contracting Officer, remove the

building from the site upon completion and acceptance of the work.

3.5.8   Security Provisions

Provide adequate outside security lighting at the temporary facilities.
The Contractor will be responsible for the security of its own equipment.

3.5.9   Weather Protection of Temporary Facilities and Stored Materials
Take necessary precautions to ensure that roof openings and other critical
openings in the building are monitored carefully.  Take immediate actions
required to seal off such openings when rain or other detrimental weather
is imminent, and at the end of each workday. Ensure that the openings are
completely sealed off to protect materials and equipment in the building
from damage.

3.5.9.1   Building and Site Storm Protection

When a warning of gale force winds is issued, take precautions to minimize
danger to persons, and protect the work and nearby Government property.
Precautions must include, but are not limited to, closing openings;
removing loose materials, tools and equipment from exposed locations; and
removing or securing scaffolding and other temporary work.  Close openings
in the work when storms of lesser intensity pose a threat to the work or
any nearby Government property.

3.6   GOVERNMENT FIELD OFFICE

3.6.1   Resident Engineer's Office

Provide the Government Resident Engineer with an office, approximately 200
square feet in floor area, located where directed and providing space heat,
air conditioning unit, electric light and power, and toilet facilities
consisting of one lavatory and one water closet complete with connections
to water and sewer mains.  Provide a mail slot in the door or a lockable
mail box mounted on the surface of the door.  Include a 4 by 8 foot plan
table, computer work space a standard size office desk and chair, and
telephone. At completion of the project, the office will remain the
property of the Contractor and be removed from the site.  Utilities will be
connected and disconnected in accordance with local codes and to the
satisfaction of the Contracting Officer.  Compliance with safety and
appearance requirements for temporary facilities stated in previous
paragraphs is required.

3.6.2   Trailer-Type Mobile Office

The option is available to, furnish and maintain a trailer-type mobile
office acceptable to the Contracting Officer to meet the requirements of
the minimum facilities specified above.  Securely anchor the trailer to the
ground at all four corners to guard against movement during high winds.
Coordinate requirements for proper anchoring with EM 383-1-1 Section 04.

3.7   PLANT COMMUNICATIONS

Whenever the individual elements of the plant are located so that operation
by normal voice between these elements is not satisfactory, install a
satisfactory means of communication, such as telephone or other suitable
devices and make available for use by Government personnel.

3.8   TEMPORARY PROJECT SAFETY FENCING

As soon as practicable, but not later than 15 days after the date

established for commencement of work, furnish and erect temporary project
safety fencing at the work site.  Maintain the safety fencing during the
life of the contract and, upon completion and acceptance of the work,
remove from the work site.

## 3.9    CLEANUP

Remove construction debris, waste materials, packaging material and the
like from the work site daily.  Any dirt or mud which is tracked onto paved
or surfaced roadways must be cleaned away.  Store any salvageable materials
resulting from demolition activities within the fenced area described above
or at the supplemental storage area.  Neatly stack stored materials not in
trailers, whether new or salvaged.

## 3.10    RESTORATION OF STORAGE AREA

Upon completion of the project remove the bulletin board, signs,
barricades, haul roads, and any other temporary products from the site.
After removal of trailers, materials, and equipment from within the fenced
area, remove the fence.  Restore areas used during the performance of the
contract to the original or better condition.  Remove gravel used to
traverse grassed areas and restore the area to its original condition,
including top soil and seeding as necessary.

-- End of Section --

SECTION 01 54 00

SECURITY


PART 1   GENERAL

1.1   GENERAL

  The Contractor shall provide site security (e.g., fencing or guard service)
  as required.  However, as a minimum the Contractor shall maintain the site
  and all other Contractor controlled areas in such a manner as to minimize
  the risk of injury or accident to site personnel or others who may be in
  the area.  Work on or near roadways shall be carefully marked with lights
  and barricades meeting State and local regulations or where such
  regulations are not applicable and adequate to minimize the risk of an
  accident.  Open excavations which pose a danger to site personnel or others
  shall be fenced to prevent accidental entry.  Side slopes of excavations
  shall be shored or left at a safe angle repose as defined by EM 385-1-1,
  Section 25.All equipment, when not in operation, shall be left in a safe
  manner (e.g., wheels blocked and buckets on the ground).  Near residential
  areas where there may be children, special consideration will be given to
  site security/safety needs.

1.2   SECURITY AT AN INSTALLATION OR FACILITY

  When work is performed at a Federal, State, or local installation or
  facility, the Contractor shall comply with all security requirements of
  that installation or facility.

1.3   IDENTIFICATION OF EMPLOYEES

  The Contractor shall be responsible for furnishing an identification
  badge/card to each employee prior to the employee's work on-site, and for
  requiring each employee engaged on the work to display identification.
  Upon the release of any employee, all prescribed identification shall
  immediately be delivered to the Contracting Officer for cancellation.

1.3.1   Government Identification

  The Contractor (or subcontractor) will submit to the Contracting Officer a
  listing of all employees requesting access.  The listing will state the
  access duration required, project location and access areas on base, and
  the nationality of all employees.  Upon approval of the list, all United
  States citizens will be issued an AF Form 75 for identification.  All
  employees will be required to have this form in possession in order to gain
  daily access.  Upon the release of any employee, all prescribed
  identification shall immediately be delivered to the Contracting Officer
  for cancellation.

1.3.2   Foreign Nationals

  Employees who are not United States citizens (foreign nationals) will be
  required to complete a visitor's form.  This form will be forwarded to a
  senior AF staff officer for approval.  Allow two (2) business days for this
  approval process.  Upon approval, the Contractor shall designate an
  employee who is a United States citizen to be responsible for the foreign

national.  An AF Form 75 will then be issued to the foreign national by the
Visitor's Center.

1.4    AREA RESTRICTIONS

All contractor personnel will be expected to stay within or near the
designated contract work area or common area (eating establishments,
disposal areas, etc.).  Foreign nationals shall be accompanied by a United
States citizen when outside the designated contract work area.

1.5    IDENTIFICATION OF EMPLOYEES

The Contractor shall be responsible for furnishing an identification
badge/card to each employee prior to the employee's work on-site, and for
requiring each employee engaged on the work to display identification.
Upon the release of any employee, all prescribed identification shall
immediately be delivered to the Contracting Officer for cancellation.

1.6    BASE ENTRY REQUIREMENTS

1.6.1    General

The Contractor and all employees, as well as subcontractors and their
employees, shall abide by the current rules and regulations of the El Paso
Sector Headquarters. Anyone found to be in violation of such rules and
regulations may be removed and barred from further entry.


PART 2    PRODUCTS (NOT USED)

PART 3    EXECUTION (NOT USED)

          -- End of Section --

SECTION 01 57 19

TEMPORARY ENVIRONMENTAL CONTROLS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA)

| | |
|---|---|
| EPA SW-846 | (Third Edition; Update IV) Test Methods for Evaluating Solid Waste: Physical/Chemical Methods |

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

| | |
|---|---|
| 29 CFR 1910.120 | Hazardous Waste Operations and Emergency Response |
| 40 CFR 112 | Oil Pollution Prevention |
| 40 CFR 122.26 | Storm Water Discharges (Applicable to State NPDES Programs, see section 123.25) |
| 40 CFR 152 | Pesticide Registration and Classification Procedures |
| 40 CFR 152 - 186 | Pesticide Programs |
| 40 CFR 241 | Guidelines for Disposal of Solid Waste |
| 40 CFR 243 | Guidelines for the Storage and Collection of Residential, Commercial, and Institutional Solid Waste |
| 40 CFR 258 | Subtitle D Landfill Requirements |
| 40 CFR 260 | Hazardous Waste Management System:  General |
| 40 CFR 261 | Identification and Listing of Hazardous Waste |
| 40 CFR 261.7 | Residues of Hazardous Waste in Empty Containers |
| 40 CFR 262 | Standards Applicable to Generators of Hazardous Waste |
| 40 CFR 262.31 | Standards Applicable to Generators of Hazardous Waste-Labeling |
| 40 CFR 262.34 | Standards Applicable to Generators of Hazardous Waste-Accumulation Time |

| 40 CFR 263 | Standards Applicable to Transporters of Hazardous Waste |
|---|---|
| 40 CFR 264 | Standards for Owners and Operators of Hazardous Waste Treatment, Storage, and Disposal Facilities |
| 40 CFR 265 | Interim Status Standards for Owners and Operators of Hazardous Waste Treatment, Storage, and Disposal Facilities |
| 40 CFR 266 | Standards for the Management of Specific Hazardous Wastes and Specific Types of Hazardous Waste Management Facilities |
| 40 CFR 268 | Land Disposal Restrictions |
| 40 CFR 273 | Standards For Universal Waste Management |
| 40 CFR 273.2 | Standards for Universal Waste Management - Batteries |
| 40 CFR 273.3 | Standards for Universal Waste Management - Pesticides |
| 40 CFR 273.4 | Standards for Universal Waste Management - Mercury Containing Equipment |
| 40 CFR 273.5 | Standards for Universal Waste Management - Lamps |
| 40 CFR 279 | Standards for the Management of Used Oil |
| 40 CFR 300 | National Oil and Hazardous Substances Pollution Contingency Plan |
| 40 CFR 300.125 | National Oil and Hazardous Substances Pollution Contingency Plan - Notification and Communications |
| 40 CFR 355 | Emergency Planning and Notification |
| 40 CFR 403 | General Pretreatment Regulations for Existing and New Sources of Pollution |
| 40 CFR 50 | National Primary and Secondary Ambient Air Quality Standards |
| 40 CFR 60 | Standards of Performance for New Stationary Sources |
| 40 CFR 61 | National Emission Standards for Hazardous Air Pollutants |
| 40 CFR 63 | National Emission Standards for Hazardous Air Pollutants for Source Categories |
| 40 CFR 64 | Compliance Assurance Monitoring |

| | |
|---|---|
| 40 CFR 745 | Lead-Based Paint Poisoning Prevention in Certain Residential Structures |
| 40 CFR 761 | Polychlorinated Biphenyls (PCBs) Manufacturing, Processing, Distribution in Commerce, and Use Prohibitions |
| 49 CFR 171 | General Information, Regulations, and Definitions |
| 49 CFR 172 | Hazardous Materials Table, Special Provisions, Hazardous Materials Communications, Emergency Response Information, and Training Requirements |
| 49 CFR 172.101 | Hazardous Material Regulation-Purpose and Use of Hazardous Material Table |
| 49 CFR 173 | Shippers - General Requirements for Shipments and Packagings |
| 49 CFR 178 | Specifications for Packagings |

## 1.2   DEFINITIONS

### 1.2.1   Class I and II Ozone Depleting Substance (ODS)

Class I ODS is defined in Section 602(a) of The Clean Air Act.  A list of Class I ODS can be found on the EPA website at the following weblink. https://www.epa.gov/ozone-layer-protection/ozone-depleting-substances.

Class II ODS is defined in Section 602(s) of The Clean Air Act.  A list of Class II ODS can be found on the EPA website at the following weblink. https://www.epa.gov/ozone-layer-protection/ozone-depleting-substances.

### 1.2.2   Contractor Generated Hazardous Waste

Contractor generated hazardous waste is materials that, if abandoned or disposed of, may meet the definition of a hazardous waste.  These waste streams would typically consist of material brought on site by the Contractor to execute work, but are not fully consumed during the course of construction.  Examples include, but are not limited to, excess paint thinners (i.e. methyl ethyl ketone, toluene), waste thinners, excess paints, excess solvents, waste solvents, excess pesticides, and contaminated pesticide equipment rinse water.

### 1.2.3   Electronics Waste

Electronics waste is discarded electronic devices intended for salvage, recycling, or disposal.

### 1.2.4   Environmental Pollution and Damage

Environmental pollution and damage is the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to humankind; or degrade the environment aesthetically, culturally or historically.

1.2.5    Environmental Protection

Environmental protection is the prevention/control of pollution and habitat disruption that may occur to the environment during construction.  The control of environmental pollution and damage requires consideration of land, water, and air; biological and cultural resources; and includes management of visual aesthetics; noise; solid, chemical, gaseous, and liquid waste; radiant energy and radioactive material as well as other pollutants.

1.2.6    Hazardous Debris

As defined in paragraph SOLID WASTE, debris that contains listed hazardous waste (either on the debris surface, or in its interstices, such as pore structure) in accordance with 40 CFR 261.  Hazardous debris also includes debris that exhibits a characteristic of hazardous waste in accordance with 40 CFR 261.

1.2.7    Hazardous Materials

Hazardous materials as defined in 49 CFR 171 and listed in 49 CFR 172.

Hazardous material is any material that:  Is regulated as a hazardous material in accordance with 49 CFR 173; or requires a Safety Data Sheet (SDS) in accordance with 29 CFR 1910.120; or during end use, treatment, handling, packaging, storage, transportation, or disposal meets or has components that meet or have potential to meet the definition of a hazardous waste as defined by 40 CFR 261 Subparts A, B, C, or D. Designation of a material by this definition, when separately regulated or controlled by other sections or directives, does not eliminate the need for adherence to that hazard-specific guidance which takes precedence over this section for "control" purposes.  Such material includes ammunition, weapons, explosive actuated devices, propellants, pyrotechnics, chemical and biological warfare materials, medical and pharmaceutical supplies, medical waste and infectious materials, bulk fuels, radioactive materials, and other materials such as asbestos, mercury, and polychlorinated biphenyls (PCBs).

1.2.8    Hazardous Waste

Hazardous Waste is any material that meets the definition of a solid waste and exhibit a hazardous characteristic (ignitability, corrosivity, reactivity, or toxicity) as specified in 40 CFR 261, Subpart C, or contains a listed hazardous waste as identified in 40 CFR 261, Subpart D.

1.2.9    Installation Pest Management Coordinator

Installation Pest Management Coordinator (IPMC) is the individual officially designated by the Installation Commander to oversee the Installation Pest Management Program and the Installation Pest Management Plan.

1.2.10   Land Application

Land Application means spreading or spraying discharge water at a rate that allows the water to percolate into the soil.  No sheeting action, soil erosion, discharge into storm sewers, discharge into defined drainage areas, or discharge into the "waters of the United States" must occur.

Comply with federal, state, and local laws and regulations.

## 1.2.11   Municipal Separate Storm Sewer System (MS4) Permit

MS4 permits are those held by installations to obtain NPDES permit coverage for their stormwater discharges.

## 1.2.12   National Pollutant Discharge Elimination System (NPDES)

The NPDES permit program controls water pollution by regulating point sources that discharge pollutants into waters of the United States.

## 1.2.13   Oily Waste

Oily waste are those materials that are, or were, mixed with Petroleum, Oils, and Lubricants (POLs) and have become separated from that POLs.  Oily wastes also means materials, including wastewaters, centrifuge solids, filter residues or sludges, bottom sediments, tank bottoms, and sorbents which have come into contact with and have been contaminated by, POLs and may be appropriately tested and discarded in a manner which is in compliance with other state and local requirements.

This definition includes materials such as oily rags, "kitty litter" sorbent clay and organic sorbent material.  These materials may be land filled provided that:  It is not prohibited in other state regulations or local ordinances; the amount generated is "de minimus" (a small amount); it is the result of minor leaks or spills resulting from normal process operations; and free-flowing oil has been removed to the practicable extent possible.  Large quantities of this material, generated as a result of a major spill or in lieu of proper maintenance of the processing equipment, are a solid waste.  As a solid waste, perform a hazardous waste determination prior to disposal.  As this can be an expensive process, it is recommended that this type of waste be minimized through good housekeeping practices and employee education.

## 1.2.14   Pesticide

Pesticide is any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, or intended for use as a plant regulator, defoliant or desiccant.

## 1.2.15   Pesticide Treatment Plan

A plan for the prevention, monitoring, and control to eliminate pest infestation.

## 1.2.16   Pests

Pests are arthropods, birds, rodents, nematodes, fungi, bacteria, viruses, algae, snails, marine borers, snakes, weeds and other organisms (except for human or animal disease-causing organisms) that adversely affect readiness, military operations, or the well-being of personnel and animals; attack or damage real property, supplies, equipment, or vegetation; or are otherwise undesirable.

## 1.2.17   Project Pesticide Coordinator

The Project Pesticide Coordinator (PPC) is an individual who resides at a Civil Works Project office and who is responsible overseeing of pesticide

application on project grounds.

1.2.18    Regulated Waste

Regulated waste are solid wastes that have specific additional federal,
state, or local controls for handling, storage, or disposal.

1.2.19    Sediment

Sediment is soil and other debris that have eroded and have been
transported by runoff water or wind.

1.2.20    Solid Waste

Solid waste is a solid, liquid, semi-solid or contained gaseous waste.  A
solid waste can be a hazardous waste, non-hazardous waste, or non-Resource
Conservation and Recovery Act (RCRA) regulated waste.  Types of solid waste
typically generated at construction sites may include:

1.2.20.1    Debris

Debris is non-hazardous solid material generated during the construction,
demolition, or renovation of a structure that exceeds 2.5-inch particle
size that is: a manufactured object; plant or animal matter; or natural
geologic material (for example, cobbles and boulders), broken or removed
concrete, masonry, and rock asphalt paving; ceramics; roofing paper and
shingles.  Inert materials may be reinforced with or contain ferrous wire,
rods, accessories and weldments.  A mixture of debris and other material
such as soil or sludge is also subject to regulation as debris if the
mixture is comprised primarily of debris by volume, based on visual
inspection.

1.2.20.2    Green Waste

Green waste is the vegetative matter from landscaping, land clearing and
grubbing, including, but not limited to, grass, bushes, scrubs, small trees
and saplings, tree stumps and plant roots.  Marketable trees, grasses and
plants that are indicated to remain, be re-located, or be re-used are not
included.

1.2.20.3    Material not regulated as solid waste

Material not regulated as solid waste is nuclear source or byproduct
materials regulated under the Federal Atomic Energy Act of 1954 as amended;
suspended or dissolved materials in domestic sewage effluent or irrigation
return flows, or other regulated point source discharges; regulated air
emissions; and fluids or wastes associated with natural gas or crude oil
exploration or production.

1.2.20.4    Non-Hazardous Waste

Non-hazardous waste is waste that is excluded from, or does not meet,
hazardous waste criteria in accordance with 40 CFR 263.

1.2.20.5    Recyclables

Recyclables are materials, equipment and assemblies such as doors, windows,
door and window frames, plumbing fixtures, glazing and mirrors that are
recovered and sold as recyclable, insulated/non-insulated copper

wire cable, and structural components.  It also includes commercial-grade refrigeration equipment with Freon removed, household appliances where the basic material content is metal, clean polyethylene terephthalate bottles, cooking oil, used fuel oil, textiles, high-grade paper products and corrugated cardboard, stackable pallets in good condition, clean crating material, and clean rubber/vehicle tires.  Metal meeting the definition of lead contaminated or lead based paint contaminated may not be included as recyclable if sold to a scrap metal company. Paint cans that meet the definition of empty containers in accordance with 40 CFR 261.7 may be included as recyclable if sold to a scrap metal company.

## 1.2.20.6   Surplus Soil

Surplus soil is existing soil that is in excess of what is required for this work, including aggregates intended, but not used, for on-site mixing of concrete, mortars, and paving.  Contaminated soil meeting the definition of hazardous material or hazardous waste is not included and must be managed in accordance with paragraph HAZARDOUS MATERIAL MANAGEMENT.

## 1.2.20.7   Scrap Metal

This includes scrap and excess ferrous and non-ferrous metals such as reinforcing steel, structural shapes, pipe, and wire that are recovered or collected and disposed of as scrap.  Scrap metal meeting the definition of hazardous material or hazardous waste is not included.

## 1.2.20.8   Wood

Wood is dimension and non-dimension lumber, plywood, chipboard, hardboard. Treated or painted wood that meets the definition of lead contaminated or lead based contaminated paint is not included.  Treated wood includes, but is not limited to, lumber, utility poles, crossties, and other wood products with chemical treatment.

## 1.2.21   Surface Discharge

Surface discharge means discharge of water into drainage ditches, storm sewers, creeks or "waters of the United States".  Surface discharges are discrete, identifiable sources and require a permit from the governing agency.  Comply with federal, state, and local laws and regulations.

## 1.2.22   Wastewater

Wastewater is the used water and solids from a community that flow to a treatment plant.

## 1.2.22.1   Stormwater

Stormwater is any precipitation in an urban or suburban area that does not evaporate or soak into the ground, but instead collects and flows into storm drains, rivers, and streams.

## 1.2.23   Waters of the United States

Waters of the United States means Federally jurisdictional waters, including wetlands, that are subject to regulation under Section 404 of the Clean Water Act or navigable waters, as defined under the Rivers and Harbors Act.

## 1.2.24   Wetlands

Wetlands are those areas that are inundated or saturated by surface or groundwater at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions.

## 1.2.25   Universal Waste

The universal waste regulations streamline collection requirements for certain hazardous wastes in the following categories: batteries, pesticides, mercury-containing equipment (for example, thermostats), and lamps (for example, fluorescent bulbs).  The rule is designed to reduce hazardous waste in the municipal solid waste (MSW) stream by making it easier for universal waste handlers to collect these items and send them for recycling or proper disposal.  These regulations can be found at 40 CFR 273.

## 1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.   When used, a designation following the "G" designation identifies the office that will review the submittal for the Government. Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Preconstruction Survey

Solid Waste Management Permit; G

Regulatory Notifications; G

Environmental Protection Plan; G

Stormwater Notice of Intent (for NPDES coverage under the general permit for construction activities); G

Dirt and Dust Control Plan; G

Employee Training Records; G

Environmental Manager Qualifications; G

SD-06 Test Reports

Laboratory Analysis

Inspection Reports

Solid Waste Management Report; G

SD-07 Certificates

Employee Training Records; G

Certificate of Competency

Erosion and Sediment Control Inspector Qualifications

SD-11 Closeout Submittals

Stormwater Pollution Prevention Plan Compliance Notebook; G

Stormwater Notice of Termination (for NPDES coverage under the
general permit for construction activities); G

Waste Determination Documentation; G

Disposal Documentation for Hazardous and Regulated Waste; G

Assembled Employee Training Records; G

Solid Waste Management Permit; G

Solid Waste Management Report; G

Hazardous Waste/Debris Management; G

Regulatory Notifications; G

Sales Documentation; G

Contractor Certification

As-Built Topographic Survey

## 1.4   ENVIRONMENTAL PROTECTION REQUIREMENTS

Provide and maintain, during the life of the contract, environmental
protection as defined.  Plan for and provide environmental protective
measures to control pollution that develops during construction practice.
Plan for and provide environmental protective measures required to correct
conditions that develop during the construction of permanent or temporary
environmental features associated with the project.  Protect the
environmental resources within the project boundaries and those affected
outside the limits of permanent work during the entire duration of this
Contract.  Comply with federal, state, and local regulations pertaining to
the environment, including water, air, solid waste, hazardous waste and
substances, oily substances, and noise pollution.

Tests and procedures assessing whether construction operations comply with
Applicable Environmental Laws may be required.  Analytical work must be
performed by qualified laboratories; and where required by law, the
laboratories must be certified.

### 1.4.1   Conformance with the Environmental Management System

Perform work under this contract consistent with the policy and objectives
identified in the installation's Environmental Management System (EMS).
Perform work in a manner that conforms to objectives and targets of the

environmental programs and operational controls identified by the EMS.
Support Government personnel when environmental compliance and EMS audits
are conducted by escorting auditors at the Project site, answering
questions, and providing proof of records being maintained.  Provide
monitoring and measurement information as necessary to address
environmental performance relative to environmental, energy, and
transportation management goals.  In the event an EMS nonconformance or
environmental noncompliance associated with the contracted services, tasks,
or actions occurs, take corrective and preventative actions.  In addition,
employees must be aware of their roles and responsibilities under the
installation EMS and of how these EMS roles and responsibilities affect
work performed under the contract.

Coordinate with the installation's EMS coordinator to identify training
needs associated with environmental aspects and the EMS, and arrange
training or take other action to meet these needs.  Provide training
documentation to the Contracting Officer.  The Installation Environmental
Office will retain associated environmental compliance records.  Make EMS
Awareness training completion certificates available to Government auditors
during EMS audits and include the certificates in the Employee Training
Records.  See paragraph EMPLOYEE TRAINING RECORDS.

## 1.5   SPECIAL ENVIRONMENTAL REQUIREMENTS

Comply with the special environmental requirements listed here and
attached at the end of this section.

## 1.6   QUALITY ASSURANCE

### 1.6.1   Preconstruction Survey and Protection of Features

This paragraph supplements the Contract Clause PROTECTION OF EXISTING
VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS.  Prior to
start of any onsite construction activities, perform a Preconstruction
Survey of the project site with the Contracting Officer, and take
photographs showing existing environmental conditions in and adjacent to
the site.  Submit a report for the record.  Include in the report a plan
describing the features requiring protection under the provisions of the
Contract Clauses, which are not specifically identified on the drawings as
environmental features requiring protection along with the condition of
trees, shrubs and grassed areas immediately adjacent to the site of work
and adjacent to the Contractor's assigned storage area and access route(s),
as applicable.  The Contractor and the Contracting Officer will sign this
survey report upon mutual agreement regarding its accuracy and
completeness.  Protect those environmental features included in the survey
report and any indicated on the drawings, regardless of interference that
their preservation may cause to the work under the Contract.

### 1.6.2   Regulatory Notifications

Provide regulatory notification requirements in accordance with federal,
state and local regulations.  In cases where the Government will also
provide public notification (such as stormwater permitting), coordinate
with the Contracting Officer.  Submit copies of regulatory notifications to
the Contracting Officer at least 7 days prior to commencement of work
activities.  Typically, regulatory notifications must be provided for the
following (this listing is not all-inclusive): demolition, renovation,
NPDES defined site work, construction, removal or use of a permitted air
emissions source, and remediation of controlled substances (asbestos,

hazardous waste, lead paint).

1.6.3    Environmental Brief

Attend an environmental brief to be included in the preconstruction
meeting.  Provide the following information: types, quantities, and use of
hazardous materials that will be brought onto the installation; and types
and quantities of wastes/wastewater that may be generated during the
Contract. Discuss the results of the Preconstruction Survey at this time.

Prior to initiating any work on site, meet with the Contracting Officer and
installation Environmental Office to discuss the proposed Environmental
Protection Plan (EPP).  Develop a mutual understanding relative to the
details of environmental protection, including measures for protecting
natural and cultural resources, required reports, required permits, permit
requirements (such as mitigation measures), and other measures to be taken.

1.6.4    Environmental Manager

Appoint in writing an Environmental Manager for the project site.  The
Environmental Manager is directly responsible for coordinating contractor
compliance with federal, state, local, and installation requirements.  The
Environmental Manager must ensure compliance with Hazardous Waste Program
requirements (including hazardous waste handling, storage, manifesting, and
disposal); implement the EPP; ensure environmental permits are obtained,
maintained, and closed out; ensure compliance with Stormwater Program
requirements; ensure compliance with Hazardous Materials (storage,
handling, and reporting) requirements; and coordinate any remediation of
regulated substances (lead, asbestos, PCB transformers).  This can be a
collateral position; however, the person in this position must be trained
to adequately accomplish the following duties: ensure waste segregation and
storage compatibility requirements are met; inspect and manage Satellite
Accumulation areas; ensure only authorized personnel add wastes to
containers; ensure Contractor personnel are trained in 40 CFR requirements
in accordance with their position requirements; coordinate removal of waste
containers; and maintain the Environmental Records binder and required
documentation, including environmental permits compliance and close-out.
Submit Environmental Manager Qualifications to the Contracting Officer.

1.6.5    Employee Training Records

Prepare and maintain Employee Training Records throughout the term of the
contract meeting applicable 40 CFR requirements.  Provide Employee Training
Records in the Environmental Records Binder. Ensure every employee
completes a program of classroom instruction or on-the-job training that
teaches them to perform their duties in a way that ensures compliance with
federal, state and local regulatory requirements for RCRA Large Quantity
Generator.  Provide a Position Description for each employee, by
subcontractor, based on the Davis-Bacon Wage Rate designation or other
equivalent method, evaluating the employee's association with hazardous and
regulated wastes.  This Position Description will include training
requirements as defined in 40 CFR 265 for a Large Quantity Generator
facility.   Submit these Assembled Employee Training Records to the
Contracting Officer at the conclusion of the project, unless otherwise
directed.

Train personnel to meet EPA requirements.  Conduct environmental
protection/pollution control meetings for personnel prior to commencing
construction activities.  Contact additional meetings for new personnel and

when site conditions change.  Include in the training and meeting agenda: methods of detecting and avoiding pollution; familiarization with statutory and contractual pollution standards; installation and care of devices, vegetative covers, and instruments required for monitoring purposes to ensure adequate and continuous environmental protection/pollution control; anticipated hazardous or toxic chemicals or wastes, and other regulated contaminants; recognition and protection of archaeological sites, artifacts, waters of the United States, and endangered species and their habitat that are known to be in the area.

## 1.6.5.1    Pest Control Training

Trained personnel in pest control.  Conduct a pest control meeting for personnel prior to commencing construction activities.  Conduct additional meetings for new personnel and when site conditions change.  Include in the training and meeting agenda:  methods of detecting and pest infestation; familiarization with statutory and contractual pest control standards; installation and care of devices, and instruments, if required, for monitoring purposes to ensure adequate and continuous pest control; anticipated hazardous or toxic chemicals or wastes, and other regulated contaminants; recognition and protection of waters of the United States, and endangered species and their habitat that are known to be in the area. Provide a Certificate of Competency for the personnel who will be conducting the pesticide application and management of pest control.

## 1.6.6    Non-Compliance Notifications

The Contracting Officer will notify the Contractor in writing of any observed noncompliance with federal, state or local environmental laws or regulations, permits, and other elements of the Contractor's EPP.  After receipt of such notice, inform the Contracting Officer of the proposed corrective action and take such action when approved by the Contracting Officer.  The Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken.  No time extensions will be granted or equitable adjustments allowed for any such suspensions.  This is in addition to any other actions the Contracting Officer may take under the contract, or in accordance with the Federal Acquisition Regulation or Federal Law.

## 1.7    ENVIRONMENTAL PROTECTION PLAN

The purpose of the EPP is to present an overview of known or potential environmental issues that must be considered and addressed during construction.  Incorporate construction related objectives and targets from the installation's EMS into the EPP.  Include in the EPP measures for protecting natural and cultural resources, required reports, and other measures to be taken.  Meet with the Contracting Officer or Contracting Officer Representative to discuss the EPP and develop a mutual understanding relative to the details for environmental protection including measures for protecting natural resources, required reports, and other measures to be taken.  Submit the EPP within 7 days after 7Contract award 7 and not less than 7 days before the 7 preconstruction 7 meeting. Revise the EPP throughout the project to include any reporting requirements, changes in site conditions, or contract modifications that change the project scope of work in a way that could have an environmental impact.  No requirement in this section will relieve the Contractor of any applicable federal, state, and local

environmental protection laws and regulations.  During Construction,
identify, implement, and submit for approval any additional requirements to
be included in the EPP.  Maintain the current version onsite.

The EPP includes, but is not limited to, the following elements:

1.7.1   General Overview and Purpose

1.7.1.1   Descriptions

A brief description of each specific plan required by environmental permit
or elsewhere in this Contract.

1.7.1.2   Duties

The duties and level of authority assigned to the person(s) on the job site
who oversee environmental compliance, such as who is responsible for
adherence to the EPP, who is responsible for spill cleanup and training
personnel on spill response procedures, who is responsible for manifesting
hazardous waste to be removed from the site (if applicable), and who is
responsible for training the Contractor's environmental protection
personnel.

1.7.1.3   Procedures

A copy of any standard or project-specific operating procedures that will
be used to effectively manage and protect the environment on the project
site.

1.7.1.4   Communications

Communication and training procedures that will be used to convey
environmental management requirements to Contractor employees and
subcontractors.

1.7.1.5   Contact Information

Emergency contact information contact information (office phone number,
cell phone number, and e-mail address).

1.7.2   General Site Information

1.7.2.1   Drawings

Drawings showing locations of proposed temporary excavations or embankments
for haul roads, stream crossings, jurisdictional wetlands, material storage
areas, structures, sanitary facilities, storm drains and conveyances, and
stockpiles of excess soil.

1.7.2.2   Work Area

Work area plan showing the proposed activity in each portion of the area
and identify the areas of limited use or nonuse.  Include measures for

marking the limits of use areas, including methods for protection of
features to be preserved within authorized work areas and methods to
control runoff and to contain materials on site, and a traffic control plan.

1.7.2.3    Documentation

A letter signed by an officer of the firm appointing the Environmental
Manager and stating that person is responsible for managing and
implementing the Environmental Program as described in this contract.
Include in this letter the Environmental Manager's authority to direct the
removal and replacement of non-conforming work.

1.7.3    Management of Natural Resources

   a.  Land resources

   b.  Tree protection

   c.  Replacement of damaged landscape features

   d.  Temporary construction

   e.  Stream crossings

   f.  Fish and wildlife resources

   g.  Wetland areas

1.7.4    Protection of Historical and Archaeological Resources

   a.  Objectives

   b.  Methods

1.7.5    Stormwater Management and Control

   a.  Ground cover

   b.  Erodible soils

   c.  Temporary measures

        (1) Structural Practices

        (2) Temporary and permanent stabilization

   d.  Effective selection, implementation and maintenance of Best Management
       Practices (BMPs).

1.7.6    Protection of the Environment from Waste Derived from Contractor
Operations

Control and disposal of solid and sanitary waste.  Control and disposal of
hazardous waste.

This item consist of the management procedures for hazardous waste to be
generated.  The elements of those procedures will coincide with the
Installation Hazardous Waste Management Plan.  The Contracting Officer will
provide a copy of the Installation Hazardous Waste Management Plan.  As a

minimum, include the following:

a.  List of the types of hazardous wastes expected to be generated

b.  Procedures to ensure a written waste determination is made for
    appropriate wastes that are to be generated

c.  Sampling/analysis plan, including laboratory method(s) that will be
    used for waste determinations and copies of relevant laboratory
    certifications

d.  Methods and proposed locations for hazardous waste accumulation/storage
    (that is, in tanks or containers)

e.  Management procedures for storage, labeling, transportation, and
    disposal of waste (treatment of waste is not allowed unless
    specifically noted)

f.  Management procedures and regulatory documentation ensuring disposal of
    hazardous waste complies with Land Disposal Restrictions (40 CFR 268)

g.  Management procedures for recyclable hazardous materials such as
    lead-acid batteries, used oil, and similar

h.  Used oil management procedures in accordance with 40 CFR 279; Hazardous
    waste minimization procedures

i.  Plans for the disposal of hazardous waste by permitted facilities; and
    Procedures to be employed to ensure required employee training records
    are maintained.

## 1.7.7   Prevention of Releases to the Environment

Procedures to prevent releases to the environment

Notifications in the event of a release to the environment

## 1.7.8   Regulatory Notification and Permits

List what notifications and permit applications must be made.  Some permits
require up to 180 days to obtain.  Demonstrate that those permits have been
obtained or applied for by including copies of applicable environmental
permits.  The EPP will not be approved until the permits have been obtained.

## 1.7.9   Clean Air Act Compliance

## 1.7.9.1   Haul Route

Submit truck and material haul routes along with a Dirt and Dust Control
Plan for controlling dirt, debris, and dust on Installation roadways.  As a
minimum, identify in the plan the subcontractor and equipment for cleaning
along the haul route and measures to reduce dirt, dust, and debris from
roadways.

## 1.7.9.2   Pollution Generating Equipment

Identify air pollution generating equipment or processes that may require
federal, state, or local permits under the Clean Air Act.  Determine
requirements based on any current installation permits and the impacts of

the project.  Provide a list of all fixed or mobile equipment, machinery or operations that could generate air emissions during the project to the Installation Environmental Office (Air Program Manager).

### 1.7.9.3    Stationary Internal Combustion Engines

Identify portable and stationary internal combustion engines that will be supplied, used or serviced.  Comply with 40 CFR 60 Subpart IIII, 40 CFR 60 Subpart JJJJ, 40 CFR 63 Subpart ZZZZ, and local regulations as applicable. At minimum, include the make, model, serial number, manufacture date, size (engine brake horsepower), and EPA emission certification status of each engine.  Maintain applicable records and log hours of operation and fuel use.  Logs must include reasons for operation and delineate between emergency and non-emergency operation.

### 1.7.9.4    Refrigerants

Identify management practices to ensure that heating, ventilation, and air conditioning (HVAC) work involving refrigerants complies with 40 CFR 82 requirements.  Technicians must be certified, maintain copies of certification on site, use certified equipment and log work that requires the addition or removal of refrigerant.  Any refrigerant reclaimed is the property of the Government, coordinate with the Installation Environmental Office to determine the appropriate turn in location.

### 1.7.9.5    Air Pollution-engineering Processes

Identify planned air pollution-generating processes and management control measures (including, but not limited to, spray painting, abrasive blasting, demolition, material handling, fugitive dust, and fugitive emissions).  Log hours of operations and track quantities of materials used.

### 1.7.9.6    Monitoring

For the protection of public health, monitor and control contaminant emissions to the air from Hazardous, Toxic, and Radioactive Waste remedial action area sources to minimize short-term risks that might be posed to the community during implementation of the remedial alternative in accordance with the following.

   a.   Perimeter Air Contaminant of Concern.

   b.   Time Averaged Perimeter Action Levels.

| Concentration | |
|---|---|
| Time | |

   c.   Perimeter Sampling/Monitoring Location(s).

   d.   Monitoring Instruments/Sampling and Analysis Methods.

   e.   Staffing.

### 1.7.9.7    Compliant Materials

Provide the Government a list of and SDSs for all hazardous materials proposed for use on site.  Materials must be compliant with all Clean Air

Act regulations for emissions including solvent and volatile organic
compound contents, and applicable National Emission Standards for Hazardous
Air Pollutants requirements.  The Government may alter or limit use of
specific materials as needed to meet installation permit requirements for
emissions.

## 1.8   LICENSES AND PERMITS

Obtain licenses and permits required for the construction of the project
and in accordance with FAR 52.236-7 Permits and Responsibilities.  Notify
the Government of all general use permitted equipment the Contractor plans
to use on site.  This paragraph supplements the Contractor's responsibility
under FAR 52.236-7 Permits and Responsibilities.

## 1.9   ENVIRONMENTAL RECORDS BINDER

Maintain on-site a separate three-ring Environmental Records Binder and
submit at the completion of the project.  Make separate parts within the
binder that correspond to each submittal listed under paragraph CLOSEOUT
SUBMITTALS in this section.

## 1.11   SOLID WASTE MANAGEMENT PERMIT

Provide the Contracting Officer with written notification of the quantity
of anticipated solid waste or debris that is anticipated or estimated to be
generated by construction.  Include in the report the locations where
various types of waste will be disposed or recycled.  Include letters of
acceptance from the receiving location or as applicable; submit one copy of
the receiving location state and local Solid Waste Management Permit or
license showing such agency's approval of the disposal plan before
transporting wastes off Government property.

### 1.11.1   Solid Waste Management Report

Monthly, submit a solid waste disposal report to the Contracting Officer.
For each waste, the report will state the classification (using the
definitions provided in this section), amount, location, and name of the
business receiving the solid waste.

## 1.12   FACILITY HAZARDOUS WASTE GENERATOR STATUS

Meet the regulatory requirements of this generator designation for any
work conducted within the boundaries of this Installation.  Comply with
provisions of federal, state, and local regulatory requirements applicable
to this generator status regarding training and storage, handling, and
disposal of construction derived wastes.

## PART 2   PRODUCTS

Not Used

## PART 3   EXECUTION

### 3.1   PROTECTION OF NATURAL RESOURCES

Minimize interference with, disturbance to, and damage to fish, wildlife,
and plants, including their habitats.  Prior to the commencement of
activities, consult with the Installation Environmental Office, regarding
rare species or sensitive habitats that need to be protected.  The
protection of rare, threatened, and endangered animal and plant species
identified, including their habitats, is the Contractor's responsibility.

Preserve the natural resources within the project boundaries and outside the limits of permanent work. Restore to an equivalent or improved condition upon completion of work that is consistent with the requirements of the Installation Environmental Office or as otherwise specified. Confine construction activities to within the limits of the work indicated or specified.

### 3.1.1    Flow Ways

Do not alter water flows or otherwise significantly disturb the native habitat adjacent to the project and critical to the survival of fish and wildlife, except as specified and permitted.

### 3.1.2    Vegetation

Except in areas to be cleared, do not remove, cut, deface, injure, or destroy trees or shrubs without the Contracting Officer's permission. Do not fasten or attach ropes, cables, or guys to existing nearby trees for anchorages unless authorized by the Contracting Officer. Where such use of attached ropes, cables, or guys is authorized, the Contractor is responsible for any resultant damage.

Protect existing trees that are to remain to ensure they are not injured, bruised, defaced, or otherwise damaged by construction operations. Remove displaced rocks from uncleared areas. Coordinate with the Contracting Officer and Installation Environmental Office to determine appropriate action for trees and other landscape features scarred or damaged by equipment operations.

### 3.1.3    Streams

Stream crossings must allow movement of materials or equipment without violating water pollution control standards of the federal, state, and local governments. Construction of stream crossing structures must be in compliance with any required permits including, but not limited to, Clean Water Act Section 404, and Section 401 Water Quality.

The Contracting Officer's approval and appropriate permits are required before any equipment will be permitted to ford live streams. In areas where frequent crossings are required, install temporary culverts or bridges. Obtain Contracting Officer's approval prior to installation. Remove temporary culverts or bridges upon completion of work, and repair the area to its original condition unless otherwise required by the Contracting Officer.

## 3.2    STORMWATER

Do not discharge stormwater from construction sites to the sanitary sewer. If the water is noted or suspected of being contaminated, it may only be released to the storm drain system if the discharge is specifically permitted. Obtain authorization in advance from the Installation Environmental Office for any release of contaminated water.

### 3.2.1    Construction General Permit

Provide a Construction General Permit as required by 40 CFR 122.26 or EPA General Permit. Under the terms and conditions of the permit, install, inspect, maintain BMPs, prepare stormwater erosion and sediment control inspection reports, and submit SWPPP inspection reports. Maintain construction operations and management in compliance with the terms and

conditions of the general permit for stormwater discharges from
construction activities.

### 3.2.1.1    Stormwater Pollution Prevention Plan

Submit a project-specific Stormwater Pollution Prevention Plan (SWPPP) to
the Contracting Officer for approval, prior to the commencement of work.
The SWPPP must meet the requirements of 40 CFR 122.26 and the EPA General
Permit for stormwater discharges from construction sites.

Include the following:

a.  Comply with terms of the EPA general permit for stormwater discharges
    from construction activities. Prepare SWPPP in accordance with EPA
    requirements. Use EPA guide Developing your Stormwater Pollution
    Prevention Plan located at
    http://water.epa.gov/polwaste/npdes/stormwater/Stormwater-Pollution-_
    Prevention-Plans-for-Construction-Activities.cfm to prepare the SWPPP.

b.  Select applicable BMPs from EPA Fact Sheets located at
    http://water.epa.gov/polwaste/npdes/swbmp/Construction-Site-StormWater-_
    Run-Off-Control.cfm or in accordance with applicable state or local
    requirements.

c.  Include a completed copy of the Notice of Intent, BMP Inspection Report
    Template, and Stormwater Notice of Termination, except for the
    effective date.

### 3.2.1.2    Stormwater Notice of Intent for Construction Activities
Prepare and submit the Notice of Intent for NPDES coverage under the
 general permit for construction activities to the Contracting Officer for
 review and approval.

Submit the approved NOI and appropriate permit fees onto the appropriate
 federal or state agency for approval.  No land disturbing activities may
 commence without permit coverage.  Maintain an approved copy of the SWPPP
 at the onsite construction office, and continually update as regulations
 require, reflecting current site conditions.
### 3.2.1.3    Inspection Reports

Submit "Inspection Reports" to the Contracting Officer in accordance with
EPAConstruction General Permit.

### 3.2.1.4    Stormwater Pollution Prevention Plan Compliance Notebook

Create and maintain a three ring binder of documents that demonstrate
compliance with the Construction General Permit.  Include a copy of the
permit Notice of Intent, proof of permit fee payment, SWPPP and SWPPP
update amendments, inspection reports and related corrective action
records, copies of correspondence with the EPAState Permitting Agency,
and a copy of the permit Notice of Termination in the binder.  At project
completion, the notebook becomes property of the Government.  Provide
the compliance notebook to the Contracting Officer.

### 3.2.1.5    Stormwater Notice of Termination for Construction Activities

Submit a Notice of Termination to the Contracting Officer for approval once
construction is complete and final stabilization has been achieved on all
portions of the site for which the permittee is responsible.  Once
approved, submit the Notice of Termination to the appropriate state or
federal agency. Prepare as-built topographic survey information required by
the permitting agency for certification of the stormwater management

system, and provide to the Contracting Officer.

]3.2.2    Erosion and Sediment Control Measures

  Provide erosion and sediment control measures in accordance with state and
  local laws and regulations.  Preserve vegetation to the maximum extent
  practicable.

  Erosion control inspection reports may be compiled as part of a stormwater
  pollution prevention plan inspection reports.

3.2.2.1    Erosion Control

  Prevent erosion by mulching, Compost Blankets, Geotextiles, temporary
  slope drains.                    Stabilize slopes bychemical stabilization,
  sodding, seeding, or such combination of these methods necessary for
  effective erosion control.    Use of hay bales is prohibited.

3.2.2.2      Sediment Control Practices

  Implement sediment control practices to divert flows from exposed soils,
  temporarily store flows, or otherwise limit runoff and the discharge of
  pollutants from exposed areas of the site.  Implement sediment control
  practices prior to soil disturbance and prior to creating areas with
  concentrated flow, during the construction process to minimize erosion and
  sediment laden runoff.  Include the following devices: silt fence,
  temporary diversion dikes,or  storm drain inlet protection.

3.2.3    Work Area Limits

  Mark the areas that need not be disturbed under this Contract prior to
  commencing construction activities.  Mark or fence isolated areas within
  the general work area that are not to be disturbed.  Protect monuments and
  markers before construction operations commence.  Where construction
  operations are to be conducted during darkness, any markers must be visible
  in the dark.  Personnel must be knowledgeable of the purpose for marking
  and protecting particular objects.

3.2.4    Contractor Facilities and Work Areas

  Place field offices, staging areas, stockpile storage, and temporary
  buildings in areas designated on the drawings or as directed by the
  Contracting Officer.  Move or relocate the Contractor facilities only when
  approved by the Government.  Provide erosion and sediment controls for
  onsite borrow and spoil areas to prevent sediment from entering nearby
  waters.  Control temporary excavation and embankments for plant or work
  areas to protect adjacent areas.

3.2.5    Municipal Separate Storm Sewer System (MS4) Management

  Comply with the Installation's MS4 permit requirements.

3.3    SURFACE AND GROUNDWATER

3.3.1    Cofferdams, Diversions, and Dewatering

  Construction operations for dewatering, removal of cofferdams, tailrace
  excavation, and tunnel closure must be constantly controlled to maintain
  compliance with existing state water quality standards and designated uses
  of the surface water body.  Comply with the Clean Water Act Section 404,
  Nation Wide Permit No..Do not discharge excavation ground water to the
  sanitary sewer, storm drains, or to surface waters without prior specific

authorization in writing from the Installation Environmental Office.
Discharge of hazardous substances will not be permitted under any
circumstances.  Use sediment control BMPs to prevent construction site
runoff from directly entering any storm drain or surface waters.

If the construction dewatering is noted or suspected of being contaminated,
it may only be released to the storm drain system if the discharge is
specifically permitted.  Obtain authorization for any contaminated
groundwater release in advance from the Installation Environmental Officer
and the federal or state authority, as applicable.  Discharge of hazardous
substances will not be permitted under any circumstances.

## 3.3.2   Waters of the United States

Do not enter, disturb, destroy, or allow discharge of contaminants into
waters of the United States.  The protection of waters of the United
States shown on the drawings in accordance with paragraph LICENSES AND
PERMITS is the Contractor's responsibility.  Authorization to enter
specific waters of the United States identified does not relieve the
Contractor from any obligation to protect other waters of the United
States within, adjacent to, or in the vicinity of the construction site
and associated boundaries.

## 3.4   PROTECTION OF CULTURAL RESOURCES

## 3.4.1   Archaeological Resources

If, during excavation or other construction activities, any previously
unidentified or unanticipated historical, archaeological, and cultural
resources are discovered or found, activities that may damage or alter such
resources will be suspended.
Resources covered by this paragraph include, but are not limited to: any
human skeletal remains or burials; artifacts; shell, midden, bone,
charcoal, or other deposits; rock or coral alignments, pavings, wall, or
other constructed features; and any indication of agricultural or other
human activities.  Upon such discovery or find, immediately notify the
Contracting Officer so that the appropriate authorities may be notified and
a determination made as to their significance and what, if any, special
disposition of the finds should be made.  Cease all activities that may
result in impact to or the destruction of these resources.  Secure the area
and prevent employees or other persons from trespassing on, removing, or
otherwise disturbing such resources.  The Government retains ownership and
control over archaeological resources.

## 3.5   AIR RESOURCES

Equipment operation, activities, or processes will be in accordance with
40 CFR 64 and state air emission and performance laws and standards.

## 3.5.1   Preconstruction Air Permits

Notify the Air Program Manager, through the Contracting Officer, at least 6

months prior to bringing equipment, assembled or unassembled, onto the
Installation, so that air permits can be secured.  Necessary permitting
time must be considered in regard to construction activities.  Clean Air
Act (CAA) permits must be obtained prior to bringing equipment, assembled
or unassembled, onto the Installation.

Confirm that these permits have been obtained.

## 3.5.2   Oil or Dual-fuel Boilers and Furnaces

Provide product data and details for new, replacement, or relocated fuel
fired boilers, heaters, or furnaces to the Installation Environmental
Office (Air Program Manager) through the Contracting Officer.  Data to be
reported include: equipment purpose (water heater, building heat, process),
manufacturer, model number, serial number, fuel type (oil type, gas type)
size (MMBTU heat input).  Provide in accordance with paragraph
PRECONSTRUCTION AIR PERMITS.

## 3.5.3   Burning

Burning is prohibited on the Government premises.

## 3.5.4   Class I ODS Prohibition

Class I ODS are Government property and must be returned to the
Government for appropriate management.  Coordinate with the Installation
Environmental Office to determine the appropriate location for turn in of
all reclaimed refrigerant.

## 3.5.5   Accidental Venting of Refrigerant

Accidental venting of a refrigerant is a release and must be reported
immediately to the Contracting Officer.

## 3.5.6   EPA Certification Requirements

Heating and air conditioning technicians must be certified through an
EPA-approved program.  Maintain copies of certifications at the employees'
places of business; technicians must carry certification wallet cards, as
provided by environmental law.

## 3.5.7   Dust Control

Keep dust down at all times, including during nonworking periods.
Sprinkle or treat, with dust suppressants, the soil at the site, haul
roads, and other areas disturbed by operations.   Dry power brooming will
not be permitted.  Instead, use vacuuming, wet mopping, wet sweeping, or
wet power brooming.Air blowing will be permitted only for cleaning
nonparticulate debris such as steel reinforcing bars.  Only wet cutting
will be permitted for cutting concrete blocks, concrete, and bituminous
concrete.  Do not unnecessarily shake bags of cement, concrete mortar, or
plaster.

## 3.5.7.1   Particulates

Dust particles, aerosols and gaseous by-products from construction
activities, and processing and preparation of materials (such as from
asphaltic batch plants) must be controlled at all times, including
weekends, holidays, and hours when work is not in progress.  Maintain
excavations, stockpiles, haul roads, permanent and temporary access roads,
plant sites, spoil areas, borrow areas, and other work areas within or

outside the project boundaries free from particulates that would exceed
40 CFR 50, state, and local air pollution standards or that would cause a
hazard or a nuisance.  Sprinkling, chemical treatment of an approved type,
baghouse, scrubbers, electrostatic precipitators, or other methods will be
permitted to control particulates in the work area.  Sprinkling, to be
efficient, must be repeated to keep the disturbed area damp.  Provide
sufficient, competent equipment available to accomplish these tasks.
Perform particulate control as the work proceeds and whenever a particulate
nuisance or hazard occurs.  Comply with state and local visibility
regulations.

## 3.5.7.2   Abrasive Blasting

Blasting operations cannot be performed without prior approval.  The use
of silica sand is prohibited in sandblasting.

Provide tarpaulin drop cloths and windscreens to enclose abrasive blasting
operations to confine and collect dust, abrasive agent, paint chips, and
other debris. Perform work involving removal of hazardous material in
accordance with 29 CFR 1910.

## 3.5.8   Odors

Control odors from construction activities.  The odors must be in
compliance with state regulations and local ordinances and may not
constitute a health hazard.

## 3.6   WASTE MINIMIZATION

Minimize the use of hazardous materials and the generation of waste.
Include procedures for pollution prevention/ hazardous waste minimization
in the Hazardous Waste Management Section of the EPP.  Obtain a copy of the
installation's Pollution Prevention/Hazardous Waste Minimization Plan for
reference material when preparing this part of the EPP.If no written plan
exists, obtain information by contacting the Contracting Officer.  Describe
the anticipated types of the hazardous materials to be used in the
construction when requesting information.

## 3.6.1   Salvage, Reuse and Recycle

Identify anticipated materials and waste for salvage, reuse, and
recycling.  Describe actions to promote material reuse, resale or
recycling.  To the extent practicable, all scrap metal must be sent for
reuse or recycling and will not be disposed of in a landfill.

Include the name, physical address, and telephone number of the hauler, if
transported by a franchised solid waste hauler.  Include the destination
and, unless exempted, provide a copy of the state or local permit (cover)
or license for recycling.

## 3.6.2   Nonhazardous Solid Waste Diversion Report

Maintain an inventory of nonhazardous solid waste diversion and disposal of
construction and demolition debris.  Submit a report to  the
Contracting Officer on the first working day after each fiscal year
quarter, starting the first quarter that nonhazardous solid waste has been
generated.  Include the following in the report:

| Construction and Demolition (C&D) Debris Disposed | [_____] cubic yards as appropriate |
|---|---|

Construct Modular For El Paso Central Processing Center (CPC)                W9126G19C0025

| C&D Debris Recycled | [_____] cubic yards as appropriate |
| Total C&D Debris Generated | [_____] cubic yards as appropriate |
| Waste Sent to Waste-To-Energy Incineration Plant (This amount should not be included in the recycled amount) | [_____] cubic yards as appropriate |

3.7     WASTE MANAGEMENT AND DISPOSAL

3.7.1    Waste Determination Documentation

   Complete a Waste Determination form (provided at the pre-construction
   conference) for Contractor-derived wastes to be generated.  All potentially
   hazardous solid waste streams that are not subject to a specific exclusion
   or exemption from the hazardous waste regulations (e.g. scrap metal,
   domestic sewage) or subject to special rules, (lead-acid batteries and
   precious metals) must be characterized in accordance with the requirements
   of 40 CFR 261 or corresponding applicable state or local regulations.  Base
   waste determination on user knowledge of the processes and materials used,
   and analytical data when necessary.  Consult with the Installation
   environmental staff for guidance on specific requirements.  Attach support
   documentation to the Waste Determination form.  As a minimum, provide a
   Waste Determination form for the following waste (this listing is not
   inclusive): oil- and latex -based painting and caulking products, solvents,
   adhesives, aerosols, petroleum products, and containers of the original
   materials.

3.7.1.1    Sampling and Analysis of Waste

3.7.1.1.1    Waste Sampling

   Sample waste in accordance with EPA SW-846.  Clearly mark each sampled drum
   or container with the Contractor's identification number, and cross
   reference to the chemical analysis performed.

3.7.1.1.2    Laboratory Analysis

   Follow the analytical procedure and methods in accordance with the
   40 CFR 261.  Provide analytical results and reports performed to the
   Contracting Officer.

3.7.1.1.3    Analysis Type

   Identify hazardous waste by analyzing for the following characteristics:
   ignitability, corrosivity, reactivity, toxicity based on TCLP results.

]3.7.2    Solid Waste Management

3.7.2.1    Solid Waste Management Report

   Provide copies of the waste handling facilities' weight tickets, receipts,
   bills of sale, and other sales documentation.  In lieu of sales
   documentation, a statement indicating the disposal location for the solid
   waste that is signed by an employee authorized to legally obligate or bind

the firm may be submitted.  The sales documentation Contractor
certification must include the receiver's tax identification number and
business, EPA or state registration number, along with the receiver's
delivery and business addresses and telephone numbers.  For each solid
waste retained for the Contractor's own use, submit the information
previously described in this paragraph on the solid waste disposal report.
Prices paid or received do not have to be reported to the Contracting
Officer unless required by other provisions or specifications of this
Contract or public law.

## 3.7.2.2    Control and Management of Solid Wastes

Pick up solid wastes, and place in covered containers that are regularly
emptied.  Do not prepare or cook food on the project site.  Prevent
contamination of the site or other areas when handling and disposing of
wastes.  At project completion, leave the areas clean.  Employ segregation
measures so that no hazardous or toxic waste will become co-mingled with
non-hazardous solid waste.  Solid waste disposal offsite must comply with
most stringent local, state, and federal requirements, including 40 CFR
241, 40 CFR 243, and 40 CFR 258.

Manage hazardous material used in construction, including but not limited
to, aerosol cans, waste paint, cleaning solvents, contaminated brushes, and
used rags, in accordance with 49 CFR 173.

## 3.7.3    Control and Management of Hazardous Waste

Do not dispose of hazardous waste on Government property. Do not discharge
any waste to a sanitary sewer, storm drain, or to surface waters or conduct
waste treatment or disposal on Government property without written approval
of the Contracting Officer.

## 3.7.3.1    Hazardous Waste/Debris Management

Identify construction activities that will generate hazardous waste or
debris.  Provide a documented waste determination for resultant waste
streams. Identify, label, handle, store, and dispose of hazardous
waste or debris in accordance with federal, state, and local
regulations, including 40 CFR 261, 40 CFR 262, 40 CFR 263, 40 CFR 264,
40 CFR 265, 40 CFR 266, and
40 CFR 268.

Manage hazardous waste in accordance with the approved Hazardous Waste
Management Section of the EPP.  Store hazardous wastes in approved
containers in accordance with 49 CFR 173 and 49 CFR 178.  Hazardous waste
generated within the confines of Government facilities is identified as
being generated by the Government.  Prior to removal of any hazardous waste
from Government property, hazardous waste manifests must be signed by
personnel from the Installation Environmental Office.  Do not bring
hazardous waste onto Government property.  Provide the Contracting Officer
with a copy of waste determination documentation for any solid waste
streams that have any potential to be hazardous waste or contain any
chemical constituents listed in 40 CFR 372-SUBPART D.

## 3.7.3.2    Waste Storage/Satellite Accumulation/90 Day Storage Areas

Accumulate hazardous waste at satellite accumulation points and in
compliance with 40 CFR 262.34 and applicable state or local regulations.
Individual waste streams will be limited to 55 gallons of accumulation (or
1 quart for acutely hazardous wastes).  If the Contractor expects to
generate hazardous waste at a rate and quantity that makes satellite

accumulation impractical, the Contractor may request a temporary 90 day
accumulation point be established.  Submit a request in writing to the
Contracting Officer and provide the following information (Attach Site Plan
to the Request):

| | |
|---|---|
| Contract Number | [_____] |
| Contractor | [_____] |
| Haz/Waste or Regulated Waste POC | [_____] |
| Phone Number | [_____] |
| Type of Waste | [_____] |
| Source of Waste | [_____] |
| Emergency POC | [_____] |
| Phone Number | [_____] |
| Location of the Site | [_____] |

Attach a Waste Determination form for the expected waste streams.  Allow 10
working days for processing this request.  Additional compliance
requirements (e.g. training and contingency planning) that may be required
are the responsibility of the Contractor.  Barricade the designated area
where waste is being stored and post a sign identifying as follows:

"DANGER - UNAUTHORIZED PERSONNEL KEEP OUT"

3.7.3.3    Hazardous Waste Disposal

3.7.3.3.1    Responsibilities for Contractor's Disposal

Provide hazardous waste manifest to the Installations Environmental Office
for review, approval, and signature prior to shipping waste off Government
property.

3.7.3.3.1.1    Services

Provide service necessary for the final treatment or disposal of the
hazardous material or waste in accordance with 40 CFR 260, local, and
state, laws and regulations, and the terms and conditions of the Contract
within 60 days after the materials have been generated.  These services
include necessary personnel, labor, transportation, packaging, detailed
analysis (if required for disposal or transportation, include manifesting
or complete waste profile sheets, equipment, and compile documentation).

3.7.3.3.1.2    Samples

Obtain a representative sample of the material generated for each job done
to provide waste stream determination.

3.7.3.3.1.3    Analysis

Analyze each sample taken and provide analytical results to the Contracting
Officer.  See paragraph WASTE DETERMINATION DOCUMENTATION.

### 3.7.3.3.1.4   Labeling

Determine the Department of Transportation's (DOT's) proper shipping names
for waste (each container requiring disposal) and demonstrate to the
Contracting Officer how this determination is developed and supported by
the sampling and analysis requirements contained herein.  Label all
containers of hazardous waste with the words "Hazardous Waste" or other
words to describe the contents of the container in accordance with
40 CFR 262.31 and applicable state or local regulations.

### 3.7.3.4   Universal Waste Management

Manage the following categories of universal waste in accordance with
federal, state, and local requirements and installation instructions:

a.  Batteries as described in 40 CFR 273.2

b.  Lamps as described in 40 CFR 273.5

c.  Mercury-containing equipment as described in 40 CFR 273.4

d.    Pesticides as described in 40 CFR 273.3
Mercury is prohibited in the construction of this facility, unless
specified otherwise, and with the exception of mercury vapor lamps and
fluorescent lamps.  Dumping of mercury-containing materials and devices
such as mercury vapor lamps, fluorescent lamps, and mercury switches, in
rubbish containers is prohibited.  Remove without breaking, pack to prevent
breakage, and transport out of the activity in an unbroken condition for
disposal as directed.

### 3.7.3.5   Electronics End-of-Life Management

Recycle or dispose of electronics waste, including, but not limited to,
used electronic devices such computers, monitors, hard-copy devices,
televisions, mobile devices, in accordance with 40 CFR 260-262, state, and
local requirements, and installation instructions.

### 3.7.3.6   Disposal Documentation for Hazardous and Regulated Waste

Contact the Contracting Officer for the facility RCRA identification number
that is to be used on each manifest.

Submit a copy of the applicable EPA and or state permit(s), manifest(s), or
license(s) for transportation, treatment, storage, and disposal of
hazardous and regulated waste by permitted facilities.  Hazardous or toxic
waste manifests must be reviewed, signed, and approved by the Contracting
Officer before the Contractor may ship waste.  To obtain specific disposal
instructions, coordinate with the Installation Environmental Office.  Refer
to Section 01 57 19.01 20 SUPPLEMENTAL TEMPORARY ENVIRONMENTAL CONTROLS for
the Installation Point of Contact information.

### 3.7.4   Releases/Spills of Oil and Hazardous Substances

### 3.7.4.1   Response and Notifications

Exercise due diligence to prevent, contain, and respond to spills of
hazardous material, hazardous substances, hazardous waste, sewage,
regulated gas, petroleum, lubrication oil, and other substances regulated
in accordance with 40 CFR 300.  Maintain spill cleanup equipment and
materials at the work site.  In the event of a spill, take prompt,
effective action to stop, contain, curtail, or otherwise limit the amount,
duration, and severity of the spill/release.  In the event of any releases

of oil and hazardous substances, chemicals, or gases; immediately (within
15 minutes) notify the Installation Fire Department, the Installation
Command Duty Officer, the Installation Environmental Office, the
Contracting Officer and the state or local authority.

Submit verbal and written notifications as required by the federal (
40 CFR 300.125 and 40 CFR 355), state, local regulations and instructions.
Provide copies of the written notification and documentation that a verbal
notification was made within 20 days.  Spill response must be in accordance
with 40 CFR 300 and applicable state and local regulations.  Contain and
clean up these spills without cost to the Government.

## 3.7.4.2    Clean Up

Clean up hazardous and non-hazardous waste spills.  Reimburse the
Government for costs incurred including sample analysis materials,
clothing, equipment, and labor if the Government will initiate its own
spill cleanup procedures, for Contractor- responsible spills, when: Spill
cleanup procedures have not begun within one hour of spill
discovery/occurrence; or, in the Government's judgment, spill cleanup is
inadequate and the spill remains a threat to human health or the
environment.

## 3.7.5    Mercury Materials

Immediately report to the Environmental Office and the Contracting Officer
instances of breakage or mercury spillage.  Clean mercury spill area to the
satisfaction of the Contracting Officer.

Do not recycle a mercury spill cleanup; manage it as a hazardous waste for
disposal.

## 3.7.6    Wastewater

## 3.7.6.1    Disposal of wastewater must be as specified below.

## 3.7.6.1.1    Treatment

Do not allow wastewater from construction activities, such as onsite
material processing, concrete curing, foundation and concrete clean-up,
water used in concrete trucks, and forms to enter water ways or to be
discharged prior to being treated to remove pollutants.  Dispose of the
construction- related waste water off-Government property in accordance
with 40 CFR 403, state, regional, and local laws and regulations.

## 3.7.6.1.2    Surface Discharge

For discharge of ground water, obtain a state or federal permit specific
for pumping and discharging ground water prior to surface discharging.

## 3.7.6.1.3    Land Application

Water generated from the flushing of lines after disinfection or
disinfection in conjunction with hydrostatic testing must be in accordance
with federal, state, and local laws and regulations for land application.

## 3.8    HAZARDOUS MATERIAL MANAGEMENT

Include hazardous material control procedures in the Safety Plan, in
accordance with Section 01 35 26 GOVERNMENTAL SAFETY REQUIREMENTS.Address
procedures and proper handling of hazardous materials, including the

appropriate transportation requirements.  Do not bring hazardous material
onto Government property that does not directly relate to requirements for
the performance of this contract.  Submit an SDS and estimated quantities
to be used for each hazardous material to the Contracting Officer prior to
bringing the material on the installation.Typical materials requiring SDS
and quantity reporting include, but are not limited to, oil and latex based
painting and caulking products, solvents, adhesives, aerosol, and petroleum
products.  Use hazardous materials in a manner that minimizes the amount of
hazardous waste generated.  Containers of hazardous materials must have
National Fire Protection Association labels or their equivalent.  Certify
that hazardous materials removed from the site are hazardous materials and
do not meet the definition of hazardous waste, in accordance with 40 CFR 261.

3.9    PREVIOUSLY USED EQUIPMENT

Clean previously used construction equipment prior to bringing it onto the
project site.  Equipment must be free from soil residuals, egg deposits
from plant pests, noxious weeds, and plant seeds.  Consult with the U.S.
Department of Agriculture jurisdictional office for additional cleaning
requirements.

3.15    PETROLEUM, OIL, LUBRICANT (POL) STORAGE AND FUELING

POL products include flammable or combustible liquids, such as gasoline,
diesel, lubricating oil, used engine oil, hydraulic oil, mineral oil, and
cooking oil.  Store POL products and fuel equipment and motor vehicles in a
manner that affords the maximum protection against spills into the
environment.  Manage and store POL products in accordance with EPA
40 CFR 112, and other federal, state, regional, and local laws and
regulations.  Use secondary containments, dikes, curbs, and other barriers,
to prevent POL products from spilling and entering the ground, storm or
sewer drains, stormwater ditches or canals, or navigable waters of the
United States.Describe in the EPP (see paragraph ENVIRONMENTAL PROTECTION
PLAN) how POL tanks and containers must be stored, managed, and inspected
and what protections must be provided.   Storage of oil, including fuel, on
the project site is not allowed.  Fuel must be brought to the project site
each day that work is performed.

3.15.1    Used Oil Management

Manage used oil generated on site in accordance with 40 CFR 279.  Determine
if any used oil generated while onsite exhibits a characteristic of
hazardous waste.  Used oil containing 1,000 parts per million of solvents
is considered a hazardous waste and disposed of at the Contractor's
expense.  Used oil mixed with a hazardous waste is also considered a
hazardous waste.  Dispose in accordance with paragraph HAZARDOUS WASTE
DISPOSAL.

3.15.2    Oil Storage Including Fuel Tanks

Provide secondary containment and overfill protection for oil storage
tanks.  A berm used to provide secondary containment must be of sufficient
size and strength to contain the contents of the tanks plus 5 inches
freeboard for precipitation.  Construct the berm to be impervious to oil
for 72 hours that no discharge will permeate, drain, infiltrate, or
otherwise escape before cleanup occurs.  Use drip pans during oil transfer
operations; adequate absorbent material must be onsite to clean up any
spills and prevent releases to the environment.  Cover tanks and drip pans
during inclement weather.  Provide procedures and equipment to prevent
overfilling of tanks.  If tanks and containers with an aggregate
aboveground capacity greater than 1320 gallons will be used onsite (only

containers with a capacity of 55 gallons or greater are counted), provide
and implement a SPCC plan meeting the requirements of 40 CFR 112.  Do not
bring underground storage tanks to the installation for Contractor use
during a project.  Submit the SPCC plan to the Contracting Officer for
approval.

Monitor and remove any rainwater that accumulates in open containment dikes
or berms.  Inspect the accumulated rainwater prior to draining from a
containment dike to the environment, to determine there is no oil sheen
present.

## 3.16    INADVERTENT DISCOVERY OF PETROLEUM-CONTAMINATED SOIL OR HAZARDOUS WASTES

If petroleum-contaminated soil, or suspected hazardous waste is found
during construction that was not identified in the Contract documents,
immediately notify the Contracting Officer.  Do not disturb this material
until authorized by the Contracting Officer.

## 3.18    CHLORDANE

Evaluate excess soils and concrete foundation debris generated during the
demolition of housing units or other wooden structures for the presence of
chlordane or other pesticides prior to reuse or final disposal.

## 3.19    SOUND INTRUSION

Make the maximum use of low-noise emission products, as certified by the
EPA.  Blasting or use of explosives are not permitted without written
permission from the Contracting Officer, and then only during the
designated times.   Confine pile-driving operations to the period
between 8 a.m. 4 p.m.], Monday through Friday, exclusive of holidays,
unless otherwise specified.

Keep construction activities under surveillance and control to minimize
environment damage by noise.  Comply with the provisions of the State of
Texas rules.

## 3.20    POST CONSTRUCTION CLEANUP

Clean up areas used for construction in accordance with Contract Clause:
"Cleaning Up".  Unless otherwise instructed in writing by the Contracting
Officer, remove traces of temporary construction facilities such as haul
roads, work area, structures, foundations of temporary structures,
stockpiles of excess or waste materials, and other vestiges of construction
prior to final acceptance of the work.  Grade parking area and similar
temporarily used areas to conform with surrounding contours.

         -- End of Section --

SECTION 01 58 00

PROJECT IDENTIFICATION


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN WOOD PROTECTION ASSOCIATION (AWPA)


U.S. ARMY CORPS OF ENGINEERS (USACE)

EP 310-1-6a                      (2006) Sign Standards Manual, VOL 1

EP 310-1-6b                      (2006) Sign Standards Manual, VOL 2,
                                 Appendices

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.    When
used, a designation following the "G" designation identifies the office that
will review the submittal for the Government. Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-02 Shop Drawings

        Preliminary One Line Drawings Of Project Rendering; G

        Sign Legend Orders; G

    SD-04 Samples

        Final Rendering Sample; G

        Final Framed Rendering and Copies; G

1.3   QUALITY ASSURANCE

1.3.1   Rendering

Provide the project rendering in accordance with the following drawing
stages as required in the paragraph SUBMITTALS.  The following submittal
data is required to properly identify the appropriate view and approve the
final rendering of the facility.  The final painted rendering will be used
to produce the image for the signboard and framed photographic copies
provided to the Contracting Officer.

1.3.1.1   Preliminary One Line Drawings

Provide three different views of the facility in a preliminary single line
drawing (black and white) format.  These three views will represent the
best angles at which to view the proposed facility showing the best design
features and the three dimensional character of the facility.

### 1.3.1.2   Final Rendering Sample

Provide a photographic copy (8 by 10 inches minimum size) of final rendering for approval of color, landscaping, and foreground/background development prior to final submittal.

### 1.3.1.3   Final Framed Rendering and Copies

Provide final full color rendering of the proposed facility as specified.

### 1.4   PROJECT SIGN

## PART 2   PRODUCTS

Not Used

## PART 3 EXECUTION

### 3.1   GENERAL

Reference EP 310-1-6a and EP 310-1-6b during construction of signs.

### 3.2   BULLETIN BOARD

Immediately upon beginning of work under this contract, the Contractor shall provide a weatherproof glass-covered bulletin board not less than 36 x 48 inches in size, for displaying the Equal Employment Opportunity Poster, a copy of the wage decision contained in the contract, Wage Rate Information Poster, and other information approved by the Contracting Officer.  The bulletin board shall be located at the site of work in a conspicuous place easily accessible to all employees as approved by the Contracting Officer. Legible copies of the aforementioned data shall be displayed until work under the contract is complete. Upon completion of work under this contract the bulletin board shall be removed by and remain the property of the Contractor.

### 3.3   PROJECT SIGN

The Contractor shall furnish and erect a project sign in the location as hereinbefore specified.  Details of construction shall be as shown on the drawings attached at the end of this section.  The sign shall be constructed of 1/2-inch-thick, grade A-C, exterior type plywood.  The sign shall receive 2 coats of dark blue, semigloss, exterior type enamel, color number 25053, as shown in Federal Standard 595b, Notice 1.  Lettering shall be as shown on the drawings and shall be an approved white, semigloss, exterior type enamel.  Upon completion of work under this contract, the project sign shall be removed from the job site and shall remain the property of the Contractor.

### 3.4   PROJECT SAFETY SIGN

The Contractor shall furnish and erect a project safety sign at the Contractor's field office. The safety sign shall be located in a conspicuous place easily within view of all employees and visitors as approved by the Contracting Officer.  Details of construction shall be as shown on the drawings attached at the end of this section.  The sign shall be constructed of 3/4-inch-thick, grade A-C, exterior-type plywood.  The sign shall receive two coats of an approved white, semigloss, exterior type enamel.  Lettering shall be as shown on the drawings and shall be semigloss, exterior type enamel of the colors noted on the drawings.  The Contractor will be furnished and apply a red decal of the Corps of Engineers' Castle, or may use a stencil in lieu of a decal provided the dimensions are the same.  The Contractor will be furnished a Zero Accident logo decal.   Decals shall

receive a thin coat of clear spar varnish after application.  If a stencil is used, the castle shall be painted with an approved red, semigloss, exterior type, enamel. The Contractor shall furnish a sufficient number of sign numbers to cover the length of the contract period and to keep both numbered spaces up to date.  The Contractor shall keep the safety sign current by posting the numbers daily in both slots (lines 5 and 6 of sign).  Numbers shall be red and the size indicated on the drawing and shall be of a weatherproof material.  Upon completion of work under this contract, the project safety sign shall be removed from the Government-controlled land and remain the property of the Contractor.

       -- End of Section --

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

SECTION 01 62 35

RECYCLED / RECOVERED MATERIALS

PART 1    GENERAL

1.1    REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

40 CFR 247                        Comprehensive Procurement Guideline for
                                  Products Containing Recovered Materials

1.2    OBJECTIVES

Government procurement policy is to acquire, in a cost effective manner,
items containing the highest percentage of recycled and recovered materials
practicable consistent with maintaining a satisfactory level of competition
without adversely affecting performance requirements or exposing suppliers'
employees to undue hazards from the recovered materials.  The Environmental
Protection Agency (EPA) has designated certain items which must contain a
specified percent range of recovered or recycled materials.  EPA designated
products specified in this contract comply with the stated policy and with
the EPA guidelines.  The Contractor shall make all reasonable efforts to
use recycled and recovered materials in providing the EPA designated
products and in otherwise utilizing recycled and recovered materials in the
execution of the work.

1.3    EPA DESIGNATED ITEMS INCORPORATED IN THE WORK

Various sections of the specifications contain requirements for materials
that have been designated by EPA as being products which are or can be made
with recovered or recycled materials.  These items, when incorporated into
the work under this contract, shall contain at least the specified
percentage of recycled or recovered materials unless adequate
justification  (non-availability) for non-use is provided.  When a
designated item is specified as an option to a non-designated item, the
designated item requirements apply only if the designated item is used in
the work.

1.4    EPA PROPOSED ITEMS INCORPORATED IN THE WORK

Products other than those designated by EPA are still being researched and
are being considered for future Comprehensive Procurement Guideline (CPG)
designation.  It is recommended that these items, when incorporated in the
work under this contract, contain the highest practicable percentage of
recycled or recovered materials, provided specified requirements are also
met.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

1.5   **EPA LISTED ITEMS USED IN CONDUCT OF THE WORK BUT NOT INCORPORATED IN THE WORK**

There are many products listed in 40 CFR 247 which have been designated or proposed by EPA to include recycled or recovered materials that may be used by the Contractor in performing the work but will not be incorporated into the work.  These products include office products, temporary traffic control products, and pallets.  It is recommended that these non-construction products, when used in the conduct of the work, contain the highest practicable percentage of recycled or recovered materials and that these products be recycled when no longer needed.

-- End of Section --

SECTION 01 74 19

CONSTRUCTION AND DEMOLITION WASTE MANAGEMENT

PART 1   GENERAL

1.1   GOVERNMENT POLICY

Government policy is to apply sound environmental principles in the design, construction and use of facilities.  As part of the implementation of that policy: (1) practice efficient waste management when sizing, cutting, and installing products and materials and (2) use all reasonable means to divert construction and demolition waste from landfills and incinerators and to facilitate their recycling or reuse.  Divert a minimum of 60 percent by weight of total project solid waste from the landfill.

1.2   MANAGEMENT

Develop and implement a waste management program.  Take a pro-active, responsible role in the management of construction and demolition waste and require all subcontractors, vendors, and suppliers to participate in the effort.  Construction and demolition waste includes products of demolition or removal, excess or unusable construction materials, packaging materials for construction products, and other materials generated during the construction process but not incorporated into the work.  In the management of waste, consider the availability of viable markets, the condition of the material, the ability to provide the material in suitable condition and in a  quantity acceptable to available markets, and time constraints imposed by internal project completion mandates.  Implement any special programs involving rebates or similar incentives related to recycling of waste. Revenues or other savings obtained for salvage, or recycling accrue to the Contractor.  Appropriately permit firms and facilities used for recycling, reuse, and disposal for the intended use to the extent required by federal, state, and local regulations.  Also, provide on-site instruction of appropriate separation, handling, recycling, salvage, reuse, and return methods to be used by all parties at the appropriate stages of the project.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.    When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-01 Preconstruction Submittals

        Waste Management Plan; G

    SD-11 Closeout Submittals

        Records; S

Construct Modular For El Paso Central Processing Center (CPC)                W9126G19C0025

1.4   MEETINGS

Conduct Construction Waste Management meetings.  After award of the
Contract and prior to commencement of work, schedule and conduct a meeting
with the Contracting Officer to discuss the proposed Waste Management Plan
and to develop a mutual understanding relative to the details of waste
management.  The requirements for this meeting may be fulfilled during the
coordination and mutual understanding meeting outlined in Section
01 45 00.00 10 QUALITY CONTROL.  At a minimum, discuss environmental and
waste management goals and issues at the following additional meetings:

        a.   Pre-bid meeting.

        b.   Preconstruction meeting.

        c.   Regular QC meetings.

        d.   Work safety meetings.

1.5   WASTE MANAGEMENT PLAN

Submit a waste management plan within 3 days after 3contract award3 and
not less than 10 days before the 3preconstruction3 meeting.  The plan
demonstrates how to meet the project waste diversion goal.  Also, include
the following in the plan:

a.   Name of individuals on the Contractor's staff responsible for waste
     prevention and management.

b.   Actions that will be taken to reduce solid waste generation, including
     coordination with subcontractors to ensure awareness and participation.

c.   Description of the regular meetings to be held to address waste
     management.

d.   Description of the specific approaches to be used in recycling/reuse of
     the various materials generated, including the areas on site and
     equipment to be used for processing, sorting, and temporary storage of
     wastes.

e.   Characterization, including estimated types and quantities, of the
     waste to be generated.

f.   Name of landfill and/or incinerator to be used and the estimated costs
     for use, assuming that there would be no salvage or recycling on the
     project.

g.   Identification of local and regional reuse programs, including
     non-profit organizations such as schools, local housing agencies, and
     organizations that accept used materials such as materials exchange
     networks and Habitat for Humanity.  Include the name, location, and
     phone number for each reuse facility to be used, and provide a copy of
     the permit or license for each facility.

h.   List of specific waste materials that will be salvaged for resale,
     salvaged and reused on the current project, salvaged and stored for
     reuse on a future project, or recycled.  Identify the recycling
     facilities by name, location, and phone number, including a copy of the
     permit or license for each facility.

i.   Identification of materials that cannot be recycled/reused with an

explanation or justification, to be approved by the Contracting Officer.

j.  Description of the means by which any waste materials identified in item (h) above will be protected from contamination.

k.  Description of the means of transportation of the recyclable materials (whether materials will be site-separated and self-hauled to designated centers, or whether mixed materials will be collected by a waste hauler and removed from the site).

l.  Anticipated net cost savings determined by subtracting Contractor program management costs and the cost of disposal from the revenue generated by sale of the materials and the incineration and/or landfill cost avoidance.

Revise and resubmit Plan as required by the Contracting Officer. Approval of Contractor's Plan will not relieve the Contractor of responsibility for compliance with applicable environmental regulations or meeting project cumulative waste diversion requirement. Distribute copies of the Waste Management Plan to each subcontractor, the Quality Control Manager, and the Contracting Officer.

## 1.6    RECORDS

Maintain records to document the quantity of waste generated; the quantity of waste diverted through sale, reuse, or recycling; and the quantity of waste disposed by landfill or incineration.  Make the records available to the Contracting Officer during construction, and deliver to the Contracting Officer upon completion of the construction a copy of the records.

Demolition accomplished by other parties on this project site count toward the project's total waste diversion for sustainability requirements. Information on the quantity and disposition of these materials will be provided by the Contracting Officer. Include this data in records, annotated to indicate that it was accomplished by another party.

## 1.7    COLLECTION

Separate, store, protect, and handle at the site identified recyclable and salvageable waste products in a manner that maximizes recyclability and salvagability of identified materials. Provide the necessary containers, bins and storage areas to facilitate effective waste management and clearly and appropriately identify them. Provide materials for barriers and enclosures around recyclable material storage areas which are nonhazardous and recyclable or reusable. Locate out of the way of construction traffic. Provide adequate space for pick-up and delivery and convenience to subcontractors. Recycling and waste bin areas are to be kept neat and clean, and handle recyclable materials to prevent contamination of materials from incompatible products and materials.  Clean contaminated materials prior to placing in collection containers. Use cleaning materials that are nonhazardous and biodegradable.  Handle hazardous waste and hazardous materials in accordance with applicable regulations and coordinate with Section 01 57 19 TEMPORARY ENVIRONMENTAL CONTROLS. Separate materials by one of the following methods:

1.8.1    Source Separated Method.

Separate waste products and materials that are recyclable from trash and
sorted as described below into appropriately marked separate containers and
then transported to the respective recycling facility for further
processing.  Deliver materials in accordance with recycling or reuse
facility requirements (e.g., free of dirt, adhesives, solvents, petroleum
contamination, and other substances deleterious to the recycling process).
Separate materials into the following category types as appropriate to the
project waste and to the available recycling and reuse programs in the
project area:

a.  Land clearing debris.

b.  Asphalt.

c.  Concrete and masonry.

d.  Metal (e.g. banding, stud trim, ductwork, piping, rebar, roofing, other
    trim, steel, iron, galvanized, stainless steel, aluminum, copper, zinc,
    lead brass, bronze).

    (1)  Ferrous.

    (2)  Non-ferrous.

e.  Wood (nails and staples allowed).

f.  Debris.

g.  Glass (colored glass allowed).

h.  Paper.

    (1)  Bond.

    (2)  Newsprint.

    (3)  Cardboard and paper packaging materials.

i.  Plastic.

| Type | |
|------|--------------------------------------------|
| 1    | Polyethylene Terephthalate (PET, PETE)     |
| 2    | High Density Polyethylene (HDPE)           |
| 3    | Vinyl (Polyvinyl Chloride or PVC)          |
| 4    | Low Density Polyethylene (LDPE)            |
| 5    | Polypropylene (PP)                         |
| 6    | Polystyrene (PS)                           |

| 7 | Other. Use of this code indicates that the package in question is made with a resin other than the six listed above, or is made of more than one resin listed above, and used in a multi-layer combination. |
|---|---|

    j.  Gypsum.

    k.  Non-hazardous paint and paint cans.

    l.  Carpet.

    m.  Ceiling tiles.

    n.  Insulation.

    o.  Beverage containers.


1.8.2   Co-Mingled Method.

Place waste products and recyclable materials into a single container and then transport to a recycling facility where the recyclable materials are sorted and processed.

1.8.3   Other Methods.

Other proposed methods may be used when approved by the Contracting Officer.

1.9   DISPOSAL

Control accumulation of waste materials and trash.  Recycle or dispose of collected materials off-site at intervals approved by the Contracting Officer and in compliance with waste management procedures.  Except as otherwise specified in other sections of the specifications, dispose of in accordance with the following:

1.9.1   Reuse.

Give first consideration to salvage for reuse since little or no re-processing is necessary for this method, and less pollution is created when items are reused in their original form.  Coordinate reuse with the Contracting Officer. Consider sale or donation of waste suitable for reuse.

1.9.2   Recycle.

Recycle waste materials not suitable for reuse, but having value as being recyclable.  Recycle all fluorescent lamps, HID lamps, and mercury-containing thermostats removed from the site.  Arrange for timely pickups from the site or deliveries to recycling facilities in order to prevent contamination of recyclable materials.

1.9.3   Compost

Consider composting on site if a reasonable amount of compostable material will be available. Compostable materials include plant material, sawdust, and certain food scraps.

1.9.4   Waste.

Dispose of materials with no practical use or economic benefit to
waste-to-energy plants where available.  As the last choice, dispose of
materials at a landfill or incinerator.

## 1.9.5   Return

Set aside and protect misdelivered and substandard products and materials
and return to supplier for credit.

## PART 2   PRODUCTS

Not used.

## PART 3   EXECUTION

Not used.          -- End of Section --

SECTION 01 78 00

CLOSEOUT SUBMITTALS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

ASTM INTERNATIONAL (ASTM)

ASTM E1971                        (2005; R 2011) Standard Guide for
                                  Stewardship for the Cleaning of Commercial
                                  and Institutional Buildings

GREEN SEAL (GS)

GS-37                             (2017) Cleaning Products for Industrial
                                  and Institutional Use

U.S. ARMY CORPS OF ENGINEERS (USACE)

ERDC/ITL TR-12-1                  (2015) A/E/C Graphics Standard, Release 2.0

ERDC/ITL TR-12-6                  (2015) A/E/C CAD Standard - Release 6.0

U.S. DEPARTMENT OF DEFENSE (DOD)

FC 1-300-09N                      (2014; with Change 2) Navy and Marine
                                  Corps Design Procedures

UFC 1-300-08                      (2009, with Change 2) Criteria for
                                  Transfer and Acceptance of DoD Real
                                  Property

1.2   DEFINITIONS

1.2.1   As-Built Drawings

As-built drawings are developed and maintained by the Contractor and depict
actual conditions, including deviations from the Contract Documents.  These
deviations and additions may result from coordination required by, but not
limited to: contract modifications; official responses to Contractor
submitted Requests for Information; direction from the Contracting Officer;
designs which are the responsibility of the Contractor, and differing site
conditions.  Maintain the as-builts throughout construction as red-lined
hard copies on site.  These files serve as the basis for the creation of
the record drawings.

1.2.2   Record Drawings

The record drawings are the final compilation of actual conditions
reflected in the as-built drawings.

## 1.3    SOURCE DRAWING FILES

Request the full set of electronic drawings, in the source format, for Record Drawing preparation, after award and at least 30 days prior to required use.

### 1.3.1    Terms and Conditions

Data contained on these electronic files must not be used for any purpose other than as a convenience in the preparation of construction data for the referenced project.  Any other use or reuse shall be at the sole risk of the Contractor and without liability or legal exposure to the Government. The Contractor must make no claim and waives to the fullest extent permitted by law, any claim or cause of action of any nature against the Government, its agents or sub consultants that may arise out of or in connection with the use of these electronic files.  The Contractor must, to the fullest extent permitted by law, indemnify and hold the Government harmless against all damages, liabilities or costs, including reasonable attorney's fees and defense costs, arising out of or resulting from the use of these electronic files.

These electronic CAD drawing files are not construction documents. Differences may exist between the CAD files and the corresponding construction documents.The Government makes no representation regarding the accuracy or completeness of the electronic CAD files, nor does it make representation to the compatibility of these files with the Contractor hardware or software.  In the event that a conflict arises between the signed and sealed construction documents prepared by the Government and the furnished Source drawing files, the signed and sealed construction documents govern.  The Contractor is responsible for determining if any conflict exists.  Use of these Source Drawing files does not relieve the Contractor of duty to fully comply with the contract documents, including and without limitation, the need to check, confirm and coordinate the work of all contractors for the project.  If the Contractor uses, duplicates or modifies these electronic source drawing files for use in producing construction data related to this contract, remove all previous indicia of ownership (seals, logos, signatures, initials and dates).

## 1.4    SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-03 Product Data

Warranty Management Plan

Warranty Tags

Spare Parts Data

Final Cleaning

SD-08 Manufacturer's Instructions

Posted Instructions

SD-10 Operation and Maintenance Data

Operation and Maintenance Manuals; G

SD-11 Closeout Submittals

As-Built Drawings; G

Record Drawings; G

As-Built Record of Equipment and Materials

Final Approved Shop Drawings

Construction Contract Specifications

Certification of EPA Designated Items; G

Interim DD FORM 1354; G

Checklist for DD FORM 1354; G

## 1.5   SPARE PARTS DATA

Submit two copies of the Spare Parts Data list.

a.  Indicate manufacturer's name, part number, nomenclature, and stock
    level required for maintenance and repair.  List those items that may
    be standard to the normal maintenance of the system.

b.  Supply items of each part for spare parts inventory.  Provision of
    spare parts does not relieve the Contractor of responsibilities listed
    under the contract guarantee provisions.

## 1.6   QUALITY CONTROL

Additions and corrections to the contract drawings must be equal in quality
and detail to that of the originals.  Line colors, line weights, lettering,
layering conventions, and symbols must be the same as the original line
colors, line weights, lettering, layering conventions, and symbols.

## 1.7   WARRANTY MANAGEMENT

### 1.7.1   Warranty Management Plan

At least 30 days before the planned pre-warranty conference, submit one set
of the warranty management plan.  Include within the warranty management
plan all required actions and documents to assure that the Government
receives all warranties to which it is entitled.The plan must be in
narrative form and contain sufficient detail to render it suitable for use
by future maintenance and repair personnel, whether tradesmen, or of
engineering background, not necessarily familiar with this contract. The
term "status" as indicated below must include due date and whether item has
been submitted or was

accomplished.  Warranty information made available during the construction
phase must be submitted to the Contracting Officer for approval prior to
each monthly pay estimate.  Assemble approved information in a binder and
turn over to the Government upon acceptance of the work.  The construction
warranty period will begin on the date of project acceptance and continue
for the full product warranty period.  A joint 4 month and 9 month warranty
inspection will be conducted, measured from time of acceptance, by the
Contractor, Contracting Officer and the Customer Representative.  Include
within the warranty management plan, but not limited to, the following:

a.  Roles and responsibilities of all personnel associated with the
    warranty process, including points of contact and telephone numbers
    within the organizations of the Contractors, subcontractors,
    manufacturers or suppliers involved.

b.  Furnish with each warranty the name, address, and telephone number of
    each of the guarantor's representatives nearest to the project location.

c.  Listing and status of delivery of all Certificates of Warranty for
    extended warranty items, to include roofs, HVAC balancing, pumps,
    motors, transformers, and for all commissioned systems such as fire
    protection and alarm systems, sprinkler systems, lightning protection
    systems, etc.

d.  A list for each warranted equipment, item, feature of construction or
    system indicating:

    (1)  Name of item.
    (2)  Model and serial numbers.
    (3)  Location where installed.
    (4)  Name and phone numbers of manufacturers or suppliers.
    (5)  Names, addresses and telephone numbers of sources of spare parts.
    (6)  Warranties and terms of warranty.  Include one-year overall
         warranty of construction, including the starting date of warranty
         of construction.  Items which have extended warranties must be
         indicated with separate warranty expiration dates.
    (7)  Cross-reference to warranty certificates as applicable.
    (8)  Starting point and duration of warranty period.
    (9)  Summary of maintenance procedures required to continue the
         warranty in force.
    (10) Cross-reference to specific pertinent Operation and Maintenance
         manuals.
    (11) Organization, names and phone numbers of persons to call for
         warranty service.
    (12) Typical response time and repair time expected for various
         warranted equipment.

e.  The plans for attendance at the 4 and 9 month post-construction
    warranty inspections conducted by the Government.

f.  Procedure and status of tagging of all equipment covered by extended
    warranties.

g.  Copies of instructions to be posted near selected pieces of equipment
    where operation is critical for warranty and/or safety reasons.

1.7.2   Performance Bond

The Performance Bond must remain effective throughout the construction

period.—

a.  In the event the Contractor fails to commence and diligently pursue any
    construction warranty work required, the Contracting Officer will have
    the work performed by others, and after completion of the work, will
    charge the remaining construction warranty funds of expenses incurred
    by the Government while performing the work, including, but not limited
    to administrative expenses.

b.  In the event sufficient funds are not available to cover the
    construction warranty work performed by the Government at the
    Contractor's expense, the Contracting Officer will have the right to
    recoup expenses from the bonding company.

c.  Following oral or written notification of required construction
    warranty repair work, respond in a timely manner.  Written verification
    will follow oral instructions.  Failure to respond will be cause for
    the Contracting Officer to proceed against the Contractor.

1.7.3    Pre-Warranty Conference

Prior to contract completion, and at a time designated by the Contracting
Officer, meet with the Contracting Officer to develop a mutual
understanding with respect to the requirements of this section.
Communication procedures for Contractor notification of construction
warranty defects, priorities with respect to the type of defect, reasonable
time required for Contractor response, and other details deemed necessary
by the Contracting Officer for the execution of the construction warranty
will be established/reviewed at this meeting.In connection with these
requirements and at the time of the Contractor's quality control completion
inspection, furnish the name, telephone number and address of a licensed
and bonded company which is authorized to initiate and pursue construction
warranty work action on behalf of the Contractor.  This point of contact
will be located within the local service area of the warranted
construction, be continuously available, and be responsive to Government
inquiry on warranty work action and status.  This requirement does not
relieve the Contractor of any of its responsibilities in connection with
other portions of this provision.

1.7.4    Warranty Tags

At the time of installation, tag each warranted item with a durable, oil
and water resistant tag approved by the Contracting Officer.  Attach each
tag with a copper wire and spray with a silicone waterproof coating.  Also,
submit two record copies of the warranty tags showing the layout and
design.  The date of acceptance and the QC signature must remain blank
until the project is accepted for beneficial occupancy.  Show the following
information on the tag.

| Type of product/material | |
|---|---|
| Model number | |
| Serial number | |
| Contract number | |

| Warranty period from/to | |
|---|---|
| Inspector's signature | |
| Construction Contractor | |
| Address | |
| Telephone number | |

| Warranty contact | |
|---|---|
| Address | |
| Telephone number | |
| Warranty response time priority code | |
| WARNING - PROJECT PERSONNEL TO PERFORM ONLY OPERATIONAL MAINTENANCE DURING THE WARRANTY PERIOD. | |

PART 2    PRODUCTS


2.1    CERTIFICATION OF EPA DESIGNATED ITEMS

  Submit the Certification of EPA Designated Items as required by FAR
  52.223-9 Estimate of Percentage of Recovered Material Content for EPA
  Designated Items.  Include on the certification form the following
  information: project name, project number, Contractor name, license number,
  Contractor address, and certification.  The certification will read as
  follows and be signed and dated by the Contractor.  "I hereby certify the
  information provided herein is accurate and that the
  requisition/procurement of all materials listed on this form comply with
  current EPA standards for recycled/recovered materials content. The
  following exemptions may apply to the non-procurement of recycled/recovered
  content materials:

  1)   The product does not meet appropriate performance standards;
  2)   The product is not available within a reasonable time frame;
  3)   The product is not available competitively (from two or more sources);
  4)   The product is only available at an unreasonable price (compared with a
       comparable non-recycled content product)."

PART 3    EXECUTION

3.1    AS-BUILT DRAWINGS

  Provide and maintain two black line print copies of the PDF contract
  drawings for As-Built Drawings.

3.1.1     Markup Guidelines

Make comments and markup the drawings complete without reference to
letters, memos, or materials that are not part of the As-Built drawing.
Show what was changed, how it was changed, where item(s) were relocated and
change related details.  These working as-built markup prints must be neat,
legible and accurate as follows:

a.  Use base colors of red, green, and blue.  Color code for changes as
    follows:

    (1)  Special (Blue) - Items requiring special information,
         coordination, or special detailing or detailing notes.

    (2)  Deletions (Red) - Over-strike deleted graphic items (lines),
         lettering in notes and leaders.

    (3)  Additions (Green) - Added items, lettering in notes and leaders.

b.  Provide a legend if colors other than the "base" colors of red, green,
    and blue are used.

c.  Add and denote any additional equipment or material facilities, service
    lines, incorporated under As-Built Revisions if not already shown in
    legend.

d.  Use frequent written explanations on markup drawings to describe
    changes.  Do not totally rely on graphic means to convey the revision.

e.  Use legible lettering and precise and clear digital values when marking
    prints.  Clarify ambiguities concerning the nature and application of
    change involved.

f.  Wherever a revision is made, also make changes to related section
    views, details, legend, profiles, plans and elevation views, schedules,
    notes and call out designations, and mark accordingly to avoid
    conflicting data on all other sheets.

g.  For deletions, cross out all features, data and captions that relate to
    that revision.

h.  For changes on small-scale drawings and in restricted areas, provide
    large-scale inserts, with leaders to the applicable location.

i.  Indicate one of the following when attaching a print or sketch to a
    markup print:

    1)  Add an entire drawing to contract drawings

    2)  Change the contract drawing to show

    3)  Provided for reference only to further detail the initial design.

j.  Incorporate all shop and fabrication drawings into the markup drawings.

3.1.2     As-Built Drawings Content

Revise As-Built Drawings in accordance with ERDC/ITL TR-12-1 and
ERDC/ITL TR-12-6.  Provide 2 sets of paper copies from PDF drawings to show
the as-built conditions by red-line process during the execution of the
project.  Keep these working as-built markup drawings current on a weekly

basis and at least one set available on the jobsite at all times.  Changes from the contract drawings which are made during construction or additional information which might be uncovered in the course of construction must be accurately and neatly recorded as they occur by means of details and notes.  Submit the working as-built markup drawings for approval prior to submission of each monthly pay estimate.  For failure to maintain the working and final record drawings as specified herein, the Contracting Officer will withhold 10 percent of the monthly progress payment until approval of updated drawings.  Show on the as-built drawings, but not limited to, the following information:

a.  The actual location, kinds and sizes of all sub-surface utility lines. In order that the location of these lines and appurtenances may be determined in the event the surface openings or indicators become covered over or obscured, show by offset dimensions to two permanently fixed surface features the end of each run including each change in direction on the record drawings.  Locate valves, splice boxes and similar appurtenances by dimensioning along the utility run from a reference point.  Also record the average depth below the surface of each run.

b.  The location and dimensions of any changes within the building structure.

c.  Layout and schematic drawings of electrical circuits and piping.

d.  Correct grade, elevations, cross section, or alignment of roads, earthwork, structures or utilities if any changes were made from contract plans.

e.  Changes in details of design or additional information obtained from working drawings specified to be prepared and/or furnished by the Contractor; including but not limited to shop drawings, fabrication, erection, installation plans and placing details, pipe sizes, insulation material, dimensions of equipment foundations, etc.

f.  The topography, invert elevations and grades of drainage installed or affected as part of the project construction.

g.  Changes or Revisions which result from the final inspection.

h.  Where contract drawings or specifications present options, show only the option selected for construction on the working as-built markup drawings.

i.  If borrow material for this project is from sources on Government property, or if Government property is used as a spoil area, furnish a contour map of the final borrow pit/spoil area elevations.

j.  Systems designed or enhanced by the Contractor, such as HVAC controls, fire alarm, fire sprinkler, and irrigation systems.

k.  Changes in location of equipment and architectural features.

l.  Modifications (include within change order price the cost to change working as-built markup drawings to reflect modifications) and compliance with FC 1-300-09N procedures.

m.  Actual location of anchors, construction and control joints, etc., in concrete.

n.  Unusual or uncharted obstructions that are encountered in the contract
    work area during construction.

o.  Location, extent, thickness, and size of stone protection particularly
    where it will be normally submerged by water.

## 3.1.3  Withholding for Final As-Built Drawings

The final as-built drawings will be jointly reviewed for accuracy and
completeness by the Contracting Officer and the Contractor.  If the
Contractor fails to provide final as-built drawings as specified herein, the
Contracting Officer will withhold an amount representing the estimated cost
of providing the final as-built drawings until an agreement can be reached
between the Contracting Officer and the Contractor regarding the accuracy
and completeness of the final as-built drawings.

## 3.2   RECORD DRAWING FILES

If additional drawings are required, prepare them using the specified
electronic file format applying the same graphic standards specified for
original drawings.The title block and drawing border to be used for any
new final record drawings must be identical to that used on the contract
drawings.  Accomplish additions and corrections to the contract drawings
using CAD files.  Provide all program files and hardware necessary to
prepare final PDF record drawings.  The Contracting Officer will review
final PDF record drawings for accuracy and return them to the Contractor
for required corrections, changes, additions, and deletions.

### 3.2.1   Rename the CAD Drawing files

Rename the CAD Drawing files using the contract number as the Project Code
field,(e.g., W91238-15-C-10A-102.DWGDGN) as instructed in the
Pre-Construction conference.  Use only those renamed files for the
Marked-up changes.  Make all changes on the layer/level as the original
item.

a.  For AutoCAD files (DWG), enter all as-built delta changes and notations
    on the AS-BUILT layer.  For MicroStation files (DGN), enter all
    as-built delta changes and notations on:

    - Level #63
    - Level/Layer Name contains: ANNO-REVS
    - Level/Layer Description: Revisions

c.  When final revisions have been completed, show the wording "RECORD
    DRAWING AS-BUILTS" followed by the name of the Contractor in letters at
    least 3/16 inch high on the cover sheet drawing.  Date "RECORD DRAWING
    AS-BUILTS" drawing revisions in the revision block.

d.  Within 20 days after Government approval of all of the working record
    drawings for a phase of work, prepare the final CAD record drawing for
    that phase of work and submit PDF drawing files and two sets of prints
    for review and approval.The Government will promptly return one set
    of prints annotated with any necessary corrections.Within 10 days
    revise the CAD files accordingly at no additional cost and submit one
    set of final prints for the completed phase of work to the Government.
    Within 20 days of substantial completion of all phases of work, submit
    the final record drawing package for the entire project.  Submit one
    set of electronic CAD files, and one sets of the approved working record
    PDF files on an optical disc with two sets of prints.The CAD  files

must be complete in all details and identical in form and function to the CAD drawing files supplied by the Government.  Prepare AutoCAD files for transmittal using e-Transmit.  Prepare MicroStation files for transmittal using the Packager (Archive).Make any transactions or adjustments necessary to accomplish this.The Government reserves the right to reject any drawing files it deems incompatible with the customer's CAD system.  Paper prints, drawing files and storage media submitted will become the property of the Government upon final approval.  Failure to submit final record PDF drawing files, CAD files and marked prints as specified will be cause for withholding any payment due under this contract.  Approval and acceptance of final record drawings must be accomplished before final payment is made.

3.3   RECORD DRAWINGS

Prepare final record drawings after the completion of each definable feature of work as listed in the Contractor Quality Control Plan (Foundations, Utilities, Structural Steel, etc., as appropriate for the project).  Transfer the changes from the approved working as-built markup drawings to the original electronic CAD drawing files.  Modify the as-built CAD drawing files to correctly show the features of the project as-built by bringing the working CAD drawing set into agreement with approved working as-built markup drawings, and adding such additional drawings as may be necessary.  Refer to ERDC/ITL TR-12-1 Chapter 11 Drawing Revisions. Jointly review the working as-built markup drawings with printouts from working as-built CAD drawing PDF files for accuracy and completeness.

Monthly review of working as-built CAD drawing PDF file printouts must cover all sheets revised since the previous review.  These PDF drawing files are part of the permanent records of this project.  Any drawings damaged or lost must be satisfactorily replaced at no expense to the Government.

a.  Drawing revisions (include within change order price the cost to change working and final record drawings to reflect revisions) and compliance with the following procedures.

   (1)  Follow directions in the revision for posting descriptive changes.

   (2)  The revision delta size must be 5/16 inch unless the area where the delta is to be placed is crowded.  Use a smaller size delta for crowded areas.

   (3)  Place a revision delta at the location of each deletion.

   (4)  For new details or sections which are added to a drawing, place a revision delta by the detail or section title.

   (5)  For minor changes, place a revision delta by the area changed on the drawing (each location).

   (6)  For major changes to a drawing, place a revision delta by the title of the affected plan, section, or detail at each location.

   (7)  For changes to schedules or drawings, place a revision delta either by the schedule heading or by the change in the schedule.

3.3.1   Final Record Drawing Package

Submit the final record PDF and CAD drawings package for the entire project within 20 days of substantial completion of all phases of work.  Submit one

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

set of ANSI D size PDF and CAD files on optical disc, read-only memory
(ROM), two sets of ANSI D size prints and one set of the approved working
record drawings.  The package must be complete in all details and identical
in form and function to the contract drawing files supplied by the
Government.

## 3.4   FINAL APPROVED SHOP DRAWINGS

Submit final approved project shop drawings 30 days after transfer of the
completed facility.

## 3.5   CONSTRUCTION CONTRACT SPECIFICATIONS

Submit final PDF file record construction contract specifications,
including revisions thereto, 30 days after transfer of the completed
facility.

## 3.6   AS-BUILT RECORD OF EQUIPMENT AND MATERIALS

Furnish one copy of preliminary record of equipment and materials used on
the project 15 days prior to final inspection.  This preliminary submittal
will be reviewed and returned 2 days after final inspection with
Government comments.  Submit two sets of final record of equipment and
materials 10 days after final inspection.  Key the designations to the
related area depicted on the contract drawings.  List the following data:

| RECORD OF DESIGNATED EQUIPMENT AND MATERIALS DATA | | | | |
|---|---|---|---|---|
| Description | Specification Section | Manufacturer and Catalog, Model, and Serial Number | Composition and Size | Where Used |
|  |  |  |  |  |
|  |  |  |  |  |

Construct Modular For El Paso Central Processing Center (CPC)                W9126G19C0025

3.7    OPERATION AND MAINTENANCE MANUALS

Provide project operation and maintenance manuals as specified in Section
01 78 23 OPERATION AND MAINTENANCE MANUALS DATA.  Provide four
electronic copies of the Operation and Maintenance Manual files and
one hard copy of the Operation and Maintenance Manuals.  Submit
to the Contracting Officer for approval within 30 calendar
days of the Beneficial Occupancy Date (BOD). Update and resubmit files for
final approval at BOD.

3.8    CLEANUP

Provide final cleaning in accordance with ASTM E1971 and submit two copies
of the listing of completed final clean-up items.  Leave premises "broom
clean."  Comply with GS-37 for general purpose cleaning and bathroom
cleaning.  Use only nonhazardous cleaning materials, including natural
cleaning materials, in the final cleanup.  Clean interior and exterior
glass surfaces exposed to view; remove temporary labels, stains and foreign
substances; polish transparent and glossy surfaces; vacuum carpeted and
soft surfaces.  Clean equipment and fixtures to a sanitary condition.
Replace filters of operating equipment and comply with the Indoor Air
Quality (IAQ) Management Plan.  Clean debris from roofs, gutters,
downspouts and drainage systems.Sweep paved areas and rake clean
landscaped areas.  Remove waste and surplus materials, rubbish and
construction facilities from the site.  Recycle, salvage, and return
construction and demolition waste from project in accordance with Section
01 57 19 TEMPORARY ENVIRONMENTAL CONTROLS, and 01 74 19 CONSTRUCTION AND
DEMOLITION WASTE MANAGEMENT.

3.9    REAL PROPERTY RECORD

Near the completion of Project, but a minimum of 60 days prior to final
acceptance of the work, complete and submit an accounting of all
installed property with Interim DD FORM 1354. Include any additional
assets, improvements, and alterations from the Draft DD FORM 1354.Contact
the Contracting Officer for any project specific information necessary to
complete the DD FORM 1354.  Refer to UFC 1-300-08 for instruction on
completing the DD FORM 1354.  Attach the Real Property receiving
Component's completed High Performance and Sustainable Building (HPSB)
Checklist for each applicable building to the completed DD 1354.
For convenience, a blank fillable PDF DD FORM 1354 may be obtained at the
following link:
www.esd.whs.mil/Portals/54/Documents/DD/forms/dd/dd1354.pdf

Submit the completed Checklist for DD FORM 1354 of Installed Building
Equipment items.  Attach this list to the updated DD FORM 1354.

        -- End of Section --

SECTION 01 78 23

OPERATION AND MAINTENANCE DATA

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

ASTM INTERNATIONAL (ASTM)

ASTM E1971                      (2005; R 2011) Standard Guide for
                                Stewardship for the Cleaning of Commercial
                                and Institutional Buildings

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office that
will review the submittal for the Government. Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-10 Operation and Maintenance Data

        O&M Database; G

        Training Plan; G

        Training Outline; G

        Training Content; G

        Draft Operation and Maintenance Manual; G

        Final Operation and Maintenance Manual; G

        Final Production Submittal; G

    SD-11 Closeout Submittals

        Training Video Recording; G

        Validation of Training Completion; G

1.3   OPERATION AND MAINTENANCE DATA

Submit Operation and Maintenance (O&M) Data for the provided equipment,
product, or system, defining the importance of system interactions,
troubleshooting, and long-term preventive operation and maintenance.
Compile, prepare, and aggregate O&M data to include clarifying and updating

the original sequences of operation to as-built conditions.  Organize and
present information in sufficient detail to clearly explain O&M
requirements at the system, equipment, component, and subassembly level.
Include an index preceding each submittal.  Submit in accordance with this
section and Section 01 33 00 SUBMITTAL PROCEDURES.

1.3.1    Package Quality

Documents must be fully legible.  Operation and Maintenance data must be
consistent with the manufacturer's standard brochures, schematics, printed
instructions, general operating procedures, and safety precautions.

1.3.2    Package Content

Provide data package content in accordance with paragraph SCHEDULE OF
OPERATION AND MAINTENANCE DATA PACKAGES.  Comply with the data package
requirements specified in the individual technical sections, including the
content of the packages and addressing each product, component, and system
designated for data package submission, except as follows.  Use Data
Package 4 for commissioned items without a specified data package
requirement in the individual technical sections.  Provide a Data Package
4 instead of Data Package 1 or 2, as specified in the individual technical
section, for items that are commissioned.

1.3.3    Changes to Submittals

Provide manufacturer-originated changes or revisions to submitted data if a
component of an item is so affected subsequent to acceptance of the O&M
Data.  Submit changes, additions, or revisions required by the Contracting
Officer for final acceptance of submitted data within 30 calendar days of
the notification of this change requirement.

1.4    O&M MANUAL

The Contractor shall be responsible for the preparation, coordination,
execution and submittal of all operation and maintenance instructions,
training of operating and service personnel, spare parts lists, special
tools and inventories of equipment.   Manuals and maintenance instructions
shall be for all system installations provided in this contract and shall
be in sufficient detail to facilitate normal maintenance and
troubleshooting by persons with minimum experience with the installed
equipment.  These O & M manuals shall be consolidated by division of the
technical specifications (i.e. 23 52 00, HEATING BOILERS).  Contents are
indexed, and suitably cross-referenced to and between various volumes.  The
manuals must be divided into chapters for each major system and subdivided
into the proper chapters as necessary to promote readability.  Bound set
covers are labeled with the system name; building number; contractor's
name; and the contract number of the project.  All copies shall be
forwarded to the Resident Office for review and approval. A Draft Operation
and Maintenance Manual and a Final Operation and Maintenance Manual shall
be prepared.

1.4.1    Draft Operation and Maintenance Manual

A draft manual shall be submitted in quadruplicate for review no later than
60 days prior to scheduled contract completion.  Failure to do so will
result in a 10% retainage of the current progress payment.  Four copies of
these documents shall be submitted unless a greater number is required by
the Technical Provisions.  If a lesser number is specified, four shall be
submitted.  After review by the Government, the Contractor will have 30

days to make corrections and submit a Final Operation and Maintenance
Manual. Except for those portions which cannot be fully developed prior to
testing and checkout, final approved manuals shall be furnished prior to
scheduling training of operating and service personnel.  Approved operation
and maintenance instructions shall be provided 30 days prior to scheduling
training of operating and service personnel. The Contractor shall
coordinate the content of each instruction period required in the Technical
Provisions of these specifications with the Contracting Officer's
representative prior to the actual start of the training period.

1.4.2     Table of Contents

This must include a listing of all major subjects and the page numbers on
which they appear, plus a list of all illustrations and a list of all
tables to include the title and page numbers on which they appear.

1.4.3     System Features

The following features must be presented for systems as well as individual
equipments.

1.4.3.1   Notes, Cautions and Warnings

Notes, cautions and warnings are used to emphasize important and critical
instructions where necessary.   A warning page, consisting of the more
vital warnings extracted from those shown throughout the manual, must be
used when care must be exercised.

1.4.3.2   Theory and Principles of Operation

This section includes a complete functional description of the system or
equipment (as installed), based on a system or equipment block diagram. For
complex mechanical or electrical features, a complete explanation must be
given using block diagrams, exploded views, or cutaway drawings.  Each
major component must be broken down to a block diagram or to simplified
schematics where the complexity of the circuits require such detail.

1.4.3.3   Start Up Procedures

This section includes step-by-step instructions for starting, operating,
and stopping the equipment and/or system.  Meter readings and the results
to be expected from properly adjusted and operated equipment must be
supplied, calling out all operating controls and indications.  All
references to controls and indicators must follow the specific designation
on the panels and nameplates.  Operating plasticized instruction cards must
be provided in addition to the manual and attached to equipment.  Operating
instructions must include routine and emergency precautions.  Emergency
operating instructions must include alternate procedures to be followed
when normal operation is not possible because of emergency conditions (i.e.
component equipment failure, power failure, etc.). Emergency operating
instructions and procedures must be located for quick and ready reference.

1.4.4     Service and Maintenance

1.4.4.1   Preventative Maintenance

This section includes all maintenance adjustment procedures to be performed
periodically to prevent equipment failure.  Preventative maintenance
procedures which require the use of special tools, procedures or
specialized expertise must be specifically detailed with proper precautions
highlighted.  Any preventative maintenance procedure which requires that

essential life support systems or subsystems be terminated or limited, must be explicitly stated.  Data must include the recommended frequency of adjustment verification checks.

## 1.4.4.2  Corrective Maintenance

Instructions must be provided for all removal, repair, adjustment, and replacement procedures.  Exploded and sectional views giving details of assemblies must be provided, as necessary, to clarify the text.  For mechanical items, dimensional information with tolerances, clearances, wear limits, maximum bolt-down torques, and in-place balancing or other means or reducing noise level, if required, must be supplied.

## 1.4.4.3  Troubleshooting

Troubleshooting shall apply to systems as well as individual equipments. Failures that might occur during operation must be listed. Troubleshooting  data and fault isolation techniques must state:

   a.   The indication or symptom of trouble.

   b.   The instructions necessary, including test hookups, to determine the cause.

   c.   Special tools and equipment required.

   d.   Methods for returning the equipment to operating conditions.

## 1.4.4.4  Circuit Diagrams

Circuit diagrams for electronic units are provided to support maintenance, and troubleshooting. Circuit diagrams must cross-reference repair parts shown in test tables and parts lists.  Interconnecting cable diagrams must be furnished to show TO and FROM information, including any intermediate connections.

## 1.4.4.5  Illustrations

Manuals must contain all illustrations necessary to locate and identify components of operational and maintenance significance.  Where necessary for clarity, illustrations must show configuration, and the removal and disassembly of parts.

## 1.4.4.6  Replacement Parts

Parts list must provide positive identification of parts necessary for support of the systems or equipment and must include sufficient information to enable maintenance personnel to requisition replacement parts.  The parts list must show part number, generic description and drawing components and functional mechanical components in the equipment.  Parts lists are also provided for all vendor-supplied assemblies or subassemblies. Recommended stockage quantities of high usage repair parts must be provided.  Provide price list for all spare parts.

## 1.4.5    Test and Balance Report

A copy of the approved test and balance report shall be included in the appropriate section of the manual.

## 1.4.6    Inventory of Installed Property

A copy of the approved inventory of installed property shall be included in a separate section of the manual.

### 1.4.7   Emergency Procedures

Include location and procedures for operating all emergency cutoffs.

### 1.4.8   Energy Conservation

Procedures for initiating energy conservation measures, when required selectively or because of equipment failure, must be provided. The negative impact of implementing these procedures must be stated. This section relates to EMCS control of major mechanical equipment.

### 1.4.9   Copies

Copies of the guarantee or warranty terms and conditions for all components of the facility. These must be organized and referenced by component. The name and address of installing and servicing contractors must be provided for each component. Performance agreements for roofs must be included.

### 1.4.10   Important and Special Considerations

Include data as to commercial warranty terms, available customer "in service" training offered by the manufacturer or supplier, initial inspection procedures, etc.

## 1.5   VIDEO TAPING TRAINING SESSIONS

All training sessions required by the technical specifications for operations and service personnel shall be video and sound recorded.

### 1.5.1   Duration

The time allotted for training under sections of the technical specifications includes multiple training sessions to accommodate various personnel schedules. The amount of time requiring videographic documentation shall be one third of the stated training duration.

### 1.5.2   Video Tape Recording

Acceptable video recordings shall be recorded in digital format using standard NTSC color and EIA standards. Cameras shall be 1080P, 24 MP resolution or better.

### 1.5.2.1   Final Production Submittal

The final production submittal of the recorded training sessions shall be presented in DVD format.   A scene index shall accompany the recording to allow easy access to any portion of the material.   The original recording tapes and final production submittal copies shall be labeled and delivered to the Contracting Officer.

### 1.5.3   Video Production

The final video production shall include the following features:

a.   Legible close-ups of nameplates and equipment when referenced by the instructor.

b.   Clear visual identification of equipment or system components

referenced by the instructor.

c.     Specification section titles and scene transitions between sections.

d.     Adequate professional lighting.

e.     Microphones with wind screens for clear audio.

f.     Standard presentation introduction to include the date, presenter's name, company, project name, specification title and section number.

## 1.5.4   Sound Recording

Voice recordings shall be recorded with an appropriate type, directional sensitivity and style of microphone.  Acceptable pickup elements are dynamic and condenser.  Acceptable types of microphones are handheld, lavalier, shotgun, wireless, and PZM.   Frequency response shall be 50 to 15k Hz +/-10dB.  Signal-to-noise ratio shall be 55dB or greater.

## 1.5.5   Videographer

The videographer shall be video professional with a minimum of two years experience.

## 1.5.6   Videographic Documentation Plan

The Videographic Documentation Plan shall include the following:

a.     Each training session location shall be shown on a half-size drawings of the site or building.  Plans shall be clearly marked and keyed to a separate reference sheet(s) with session name listed.

b.     Production schedule, including event name, dates, time and anticipated duration.

c.     Equipment list of camera type and format, audio, and lighting equipment to be used. Include manufacturer, model number, and serial number of all equipment used.

## 1.6   O&M DATABASE

Develop an editable, electronic spreadsheet based on the equipment in the Operation and Maintenance Manuals that contains the information required to start a preventive maintenance program.  As a minimum, provide list of system equipment, location installed, warranty expiration date, manufacturer, model, and serial number.

## 1.7   OPERATION AND MAINTENANCE MANUAL FILE FORMAT

Assemble data packages into electronic Operation and Maintenance Manuals. Assemble each manual into a composite electronically indexed file using the most current version of Adobe Acrobat or similar software capable of producing PDF file format.  Provide compact disks (CD) or data digital versatile disk (DVD) as appropriate, so that each one contains operation, maintenance and record files, project record documents, and training videos.  Include a complete electronically linked operation and maintenance directory.

## 1.7.1   Organization

Bookmark Product and Drawing Information documents using the current

version of CSI Masterformat numbering system, and arrange submittals using
the specification sections as a structure.  Use CSI Masterformat and UFGS
numbers along with descriptive bookmarked titles that explain the content
of the information that is being bookmarked.

1.7.2    CD or DVD Label and Disk Holder or Case

Provide the following information on the disk label and disk holder or case:

a.  Building Number

b.  Project Title

c.  Activity and Location

d.  Construction Contract Number

e.  Prepared For: (Contracting Agency)

f.  Prepared By: (Name, title, phone number and email address)

g.  Include the disk content on the disk label

h.  Date

i.  Virus scanning program used

1.8    TYPES OF INFORMATION REQUIRED IN O&M DATA PACKAGES

The following are a detailed description of the data package items listed
in paragraph SCHEDULE OF OPERATION AND MAINTENANCE DATA PACKAGES.

1.8.1    Operating Instructions

Provide specific instructions, procedures, and illustrations for the following phases of operation for the installed model and features of each system:

1.8.1.1    Safety Precautions and Hazards

List personnel hazards and equipment or product safety precautions for operating conditions.  List all residual hazards identified in the Activity Hazard Analysis provided under Section 01 35 26 GOVERNMENT SAFETY REQUIREMENTS.  Provide recommended safeguards for each identified hazard.

1.8.1.2    Operator Prestart

Provide procedures required to install, set up, and prepare each system for use.

1.8.1.3    Startup, Shutdown, and Post-Shutdown Procedures

Provide narrative description for Startup, Shutdown and Post-shutdown operating procedures including the control sequence for each procedure.

1.8.1.4    Normal Operations

Provide Control Diagrams with data to explain operation and control of systems and specific equipment.  Provide narrative description of Normal Operating Procedures.

1.8.1.5    Emergency Operations

Provide Emergency Procedures for equipment malfunctions to permit a short period of continued operation or to shut down the equipment to prevent further damage to systems and equipment.  Provide Emergency Shutdown Instructions for fire, explosion, spills, or other foreseeable contingencies.  Provide guidance and procedures for emergency operation of utility systems including required valve positions, valve locations and zones or portions of systems controlled.

1.8.1.6    Operator Service Requirements

Provide instructions for services to be performed by the operator such as lubrication, adjustment, inspection, and recording gauge readings.

1.8.1.7    Environmental Conditions

Provide a list of Environmental Conditions (temperature, humidity, and other relevant data) that are best suited for the operation of each product, component or system.  Describe conditions under which the item equipment should not be allowed to run.

1.8.1.8    Operating Log

Provide forms, sample logs, and instructions for maintaining necessary operating records.

1.8.1.9    Additional Requirements for HVAC Control Systems

Provide Data Package 5 and the following for control systems:

a.  Narrative description on how to perform and apply functions, features, modes, and other operations, including unoccupied operation, seasonal changeover, manual operation, and alarms.  Include detailed technical manual for programming and customizing control loops and algorithms.

b.  Full as-built sequence of operations.

c.  Copies of checkout tests and calibrations performed by the Contractor (not Cx tests).

d.  Full points list.  Provide a listing of rooms with the following information for each room:

    (1) Floor

    (2) Room number

    (3) Room name

    (4) Air handler unit ID

    (5) Reference drawing number

    (6) Air terminal unit tag ID

    (7) Heating or cooling valve tag ID

    (8) Minimum cfm

    (9) Maximum cfm

e.  Full print out of all schedules and set points after testing and acceptance of the system.

f.  Full as-built print out of software program.

g.  Marking of system sensors and thermostats on the as-built floor plan and mechanical drawings with their control system designations.

1.8.2   Preventive Maintenance

Provide the following information for preventive and scheduled maintenance to minimize repairs for the installed model and features of each system. Include potential environmental and indoor air quality impacts of recommended maintenance procedures and materials.

1.8.2.1   Lubrication Data

Include the following preventive maintenance lubrication data, in addition to instructions for lubrication required under paragraph OPERATOR SERVICE REQUIREMENTS:

a.  A table showing recommended lubricants for specific temperature ranges and applications.

b.  Charts with a schematic diagram of the equipment showing lubrication points, recommended types and grades of lubricants, and capacities.

   c.  A Lubrication Schedule showing service interval frequency.

1.8.2.2    Preventive Maintenance Plan, Schedule, and Procedures

   Provide manufacturer's schedule for routine preventive maintenance,
   inspections, condition monitoring (predictive tests) and adjustments
   required to ensure proper and economical operation and to minimize
   repairs.  Provide instructions stating when the systems should be
   retested.  Provide manufacturer's projection of preventive maintenance
   work-hours on a daily, weekly, monthly, and annual basis including craft
   requirements by type of craft.  For periodic calibrations, provide
   manufacturer's specified frequency and procedures for each separate
   operation.

   a.  Define the anticipated time required to perform each  of each test
       (work-hours), test apparatus, number of personnel identified by
       responsibility, and a testing validation procedure permitting the
       record operation capability requirements within the schedule.  Provide
       a remarks column for the testing validation procedure referencing
       operating limits of time, pressure, temperature, volume, voltage,
       current, acceleration, velocity, alignment, calibration, adjustments,
       cleaning, or special system notes.  Delineate procedures for preventive
       maintenance, inspection, adjustment, lubrication and cleaning necessary
       to minimize repairs.

   b.  Repair requirements must inform operators how to check out,
       troubleshoot, repair, and replace components of the system.  Include
       electrical and mechanical schematics and diagrams and diagnostic
       techniques necessary to enable operation and troubleshooting of the
       system after acceptance.

1.8.2.3    Cleaning Recommendations

   Provide environmentally preferable cleaning recommendations in accordance
   with ASTM E1971.

1.8.3    Repair

   Provide manufacturer's recommended procedures and instructions for
   correcting problems and making repairs.

1.8.3.1    Troubleshooting Guides and Diagnostic Techniques

   Provide step-by-step procedures to promptly isolate the cause of typical
   malfunctions.  Describe clearly why the checkout is performed and what
   conditions are to be sought.  Identify tests or inspections and test
   equipment required to determine whether parts and equipment may be reused
   or require replacement.

1.8.3.2    Wiring Diagrams and Control Diagrams

   Provide point-to-point drawings of wiring and control circuits including
   factory-field interfaces.  Provide a complete and accurate depiction of the
   actual job specific wiring and control work.  On diagrams, number
   electrical and electronic wiring and pneumatic control tubing and the
   terminals for each type, identically to actual installation configuration
   and numbering.

1.8.3.3    Repair Procedures

Provide instructions and a list of tools required to repair or restore the
product or equipment to proper condition or operating standards.

1.8.3.4    Removal and Replacement Instructions

Provide step-by-step procedures and a list of required tools and supplies
for removal, replacement, disassembly, and assembly of components,
assemblies, subassemblies, accessories, and attachments.  Provide
tolerances, dimensions, settings and adjustments required.Use a
combination of text and illustrations.

1.8.3.5    Spare Parts and Supply Lists

Provide lists of spare parts and supplies required for repair to ensure
continued service or operation without unreasonable delays.  Special
consideration is required for facilities at remote locations.List spare
parts and supplies that have a long lead-time to obtain.

1.8.3.6    Repair Work-Hours

Provide manufacturer's projection of repair work-hours including
requirements by type of craft.  Identify, and tabulate separately, repair
that requires the equipment manufacturer to complete or to participate.

1.8.4    Appendices

Provide information required below and information not specified in the
preceding paragraphs but pertinent to the maintenance or operation of the
product or equipment.  Include the following:

1.8.4.1    Product Submittal Data

Provide a copy of SD-03 Product Data submittals documented with the
required approval.

1.8.4.2    Manufacturer's Instructions

Provide a copy of SD-08 Manufacturer's Instructions submittals documented
with the required approval.

1.8.4.3    O&M Submittal Data

Provide a copy of SD-10 Operation and Maintenance Data submittals
documented with the required approval.

1.8.4.4    Parts Identification

Provide identification and coverage for the parts of each component,
assembly, subassembly, and accessory of the end items subject to
replacement.  Include special hardware requirements, such as requirement to
use high-strength bolts and nuts.  Identify parts by make, model, serial
number, and source of supply to allow reordering without further
identification.  Provide clear and legible illustrations, drawings, and
exploded views to enable easy identification of the items.  When
illustrations omit the part numbers and description, both the illustrations
and separate listing must show the index, reference, or key number that
will cross-reference the illustrated part to the listed part.  Group the

parts shown in the listings by components, assemblies, and subassemblies in accordance with the manufacturer's standard practice.  Parts data may cover more than one model or series of equipment, components, assemblies, subassemblies, attachments, or accessories, such as typically shown in a master parts catalog.

## 1.8.4.5   Warranty Information

List and explain the various warranties and clearly identify the servicing and technical precautions prescribed by the manufacturers or contract documents in order to keep warranties in force.  Include warranty information for primary components of the system.Provide copies of warranties required by Section 01 78 00 CLOSEOUT SUBMITTALS.

## 1.8.4.6   Extended Warranty Information

List all warranties for products, equipment, components, and sub-components whose duration exceeds one year.  For each warranty listed, indicate the applicable specification section, duration, start date, end date, and the point of contact for warranty fulfillment.  Also, list or reference the specific operation and maintenance procedures that must be performed to keep the warranty valid.  Provide copies of warranties required by Section 01 78 00 CLOSEOUT SUBMITTALS.

## 1.8.4.7   Personnel Training Requirements

Provide information available from the manufacturers that is needed for use in training designated personnel to properly operate and maintain the equipment and systems.

## 1.8.4.8   Testing Equipment and Special Tool Information

Include information on test equipment required to perform specified tests and on special tools needed for the operation, maintenance, and repair of components. Provide final set points.

## 1.8.4.9   Testing and Performance Data

Include completed prefunctional checklists, functional performance test forms, and monitoring reports.  Include recommended schedule for retesting and blank test forms.  Provide final set points.

## 1.8.4.10   Field Test Reports

Provide a copy of Field Test Reports (SD-06) submittals documented with the required approval.

## 1.8.4.11   Contractor Information

Provide a list that includes the name, address, and telephone number of the General Contractor and each Subcontractor who installed the product or equipment, or system.  For each item, also provide the name address and telephone number of the manufacturer's representative and service organization that can provide replacements most convenient to the project site.  Provide the name, address, and telephone number of the product, equipment, and system manufacturers.

## 1.9    SCHEDULE OF OPERATION AND MAINTENANCE DATA PACKAGES

Provide the O&M data packages specified in individual technical sections. The information required in each type of data package follows:

### 1.9.1    Data Package 1

a.  Safety precautions and hazards

b.  Cleaning recommendations

c.  Maintenance and repair procedures

d.  Warranty information

e.  Extended warranty information

f.  Contractor information

g.  Spare parts and supply list

### 1.9.2    Data Package 2

a.  Safety precautions and hazards

b.  Normal operations

c.  Environmental conditions

d.  Lubrication data

e.  Preventive maintenance plan, schedule, and procedures

f.  Cleaning recommendations

g.  Maintenance and repair procedures

h.  Removal and replacement instructions

i.  Spare parts and supply list

j.  Parts identification

k.  Warranty information

l.  Extended warranty information

m.  Contractor information

### 1.9.3    Data Package 3

a.  Safety precautions and hazards

b.  Operator prestart

c.  Startup, shutdown, and post-shutdown procedures

d.  Normal operations

e.  Emergency operations

f.  Environmental conditions

g.  Operating log

h.  Lubrication data

i.  Preventive maintenance plan, schedule, and procedures

j.  Cleaning recommendations

k.  Troubleshooting guides and diagnostic techniques

l.  Wiring diagrams and control diagrams

m.  Maintenance and repair procedures

n.  Removal and replacement instructions

o.  Spare parts and supply list

p.  Product submittal data

q.  O&M submittal data

r.  Parts identification

s.  Warranty information

t.  Extended warranty information

u.  Testing equipment and special tool information

v.  Testing and performance data

w.  Contractor information

x.  Field test reports

1.9.4   Data Package 4

a.  Safety precautions and hazards

b.  Operator prestart

c.  Startup, shutdown, and post-shutdown procedures

d.  Normal operations

e.  Emergency operations

f.  Operator service requirements

g.  Environmental conditions

h.  Operating log

i.  Lubrication data

j.  Preventive maintenance plan, schedule, and procedures

k.  **Cleaning recommendations**

l.  **Troubleshooting guides and diagnostic techniques**

m.  **Wiring diagrams and control diagrams**

n.  **Repair procedures**

o.  **Removal and replacement instructions**

p.  **Spare parts and supply list**

q.  **Repair work-hours**

r.  **Product submittal data**

s.  **O&M submittal data**

t.  **Parts identification**

u.  **Warranty information**

v.  **Extended warranty information**

w.  **Personnel training requirements**

x.  **Testing equipment and special tool information**

y.  **Testing and performance data**

z.  Contractor information

aa. Field test reports

1.9.5    Data Package 5

a.  Safety precautions and hazards

b.  Operator prestart

c.  Start-up, shutdown, and post-shutdown procedures

d.  Normal operations

e.  Environmental conditions

f.  Preventive maintenance plan, schedule, and procedures

g.  Troubleshooting guides and diagnostic techniques

h.  Wiring and control diagrams

i.  Maintenance and repair procedures

j.  Removal and replacement instructions

k.  Spare parts and supply list

l.  Product submittal data

m.  Manufacturer's instructions

n.  O&M submittal data

o.  Parts identification

p.  Testing equipment and special tool information

q.  Warranty information

r.  Extended warranty information

s.  Testing and performance data

t.  Contractor information

u.  Field test reports

v.  Additional requirements for HVAC control systems

PART 2    PRODUCTS

Not Used

PART 3    EXECUTION

3.1    TRAINING

Prior to acceptance of the facility by the Contracting Officer for
Beneficial Occupancy, provide comprehensive training for the systems and
equipment specified in the technical specifications.  The training must be
targeted for the building maintenance personnel, and applicable building
occupants.  Instructors must be well-versed in the particular systems that
they are presenting.  Address aspects of the Operation and Maintenance
Manual submitted in accordance with Section 01 78 00 CLOSEOUT SUBMITTALS.
Training must include classroom or field lectures based on the system
operating requirements.  The location of classroom training requires
approval by the Contracting Officer.

3.1.1    Training Plan

Submit a written training plan to the Contracting Officer for approval at
least 5 calendar days prior to the scheduled training.  Training plan must
be approved by the Quality Control Manager (QC) prior to forwarding to the
Contracting Officer.  Also, coordinate the training schedule with the
Contracting Officer and QC.  Include within the plan the following
elements:

a.  Equipment included in training

b.  Intended audience

c.  Location of training

d.  Dates of training

e.  Objectives

f.  Outline of the information to be presented and subjects covered
    including description

g.  Start and finish times and duration of training on each subject

h.  Methods (e.g. classroom lecture, video, site walk-through, actual
    operational demonstrations, written handouts)

i.  Instructor names and instructor qualifications for each subject

j.  List of texts and other materials to be furnished by the Contractor
    that are required to support training

k.  Description of proposed software to be used for video recording of
    training sessions.

3.1.2    Training Content

The core of this training must be based on manufacturer's recommendations
and the operation and maintenance information.  The QC is responsible for
overseeing and approving the content and adequacy of the training.

Spend 95 percent of the instruction time during the presentation on the OPERATION AND MAINTENANCE DATA.  Include the following for each system training presentation:

a.  Start-up, normal operation, shutdown, unoccupied operation, seasonal changeover, manual operation, controls set-up and programming, troubleshooting, and alarms.

b.  Relevant health and safety issues.

c.  Discussion of how the feature or system is environmentally responsive. Advise adjustments and optimizing methods for energy conservation.

d.  Design intent.

e.  Use of O&M Manual Files.

f.  Review of control drawings and schematics.

g.  Interactions with other systems.

h.  Special maintenance and replacement sources.

i.  Tenant interaction issues.

### 3.1.3   Training Outline

Provide the and a written course outline listing the major and minor topics to be discussed by the instructor on each day of the course to each trainee in the course. Provide the course outline 14 calendar days prior to the training.

### 3.1.4   Training Video Recording

Record classroom training session(s) on video.  Provide to the Contracting Officer two copies of the training session(s) in DVD video recording format.  Capture within the recording, in video and audio, the instructors' training presentations including question and answer periods with the attendees.  The recording camera(s) must be attended by a person during the recording sessions to assure proper size of exhibits and projections during the recording are visible and readable when viewed as training.

### 3.1.5   Unresolved Questions from Attendees

If, at the end of the training course, there are questions from attendees that remain unresolved, the instructor must send the answers, in writing, to the Contracting Officer for transmittal to the attendees, and the training video must be modified to include the appropriate clarifications.

### 3.1.6   Validation of Training Completion

Ensure that each attendee at each training session signs a class roster daily to confirm Government participation in the training.  At the completion of training, submit a signed validation letter that includes a sample record of training for reporting what systems were included in the training, who provided the training, when and where the training was

performed, and copies of the signed class rosters.  Provide two copies of the validation to the Contracting Officer, and one copy to the Operation and Maintenance Manual Preparer for inclusion into the Manual's documentation.

### 3.1.7   Quality Control Coordination

Coordinate this training with the QC in accordance with Section 01 45 00.00 10 QUALITY CONTROL

### 3.2     WITHHOLDING FOR O&M MANUALS

Failure to submit all specified operation and maintenance manuals, training videotapes, spare parts listings, spare parts, special tools and inventories of installed property in a timely manner shall be cause for withholding of payment. A percentage of payment representing the cost of the aforementioned shall be withheld until all the above listed items have been received and approved. On those systems where complete and comprehensive operation and maintenance instructions cannot be fully developed until the system is checked, tested, and/or balanced, a proposed draft shall be submitted within the above specified time.  The fully developed and completed package shall be submitted not more than 30 days after the system has been checked, tested and/or balanced. Upon approval, the funds being withheld shall be returned to the Contractor.

-- End of Section --

SECTION 01 78 24.00 10

FACILITY DATA REQUIREMENTS


PART 1   GENERAL

This specification requires the collection, organization, and turnover of electronic Facility Data for specific assets designed and constructed as part of this contract.  Provide a Facility Document Set (FDS) and Facility Data Workbook (FDW) as defined in this specification.  See Sections 01 33 00 — SUBMITTAL PROCEDURES, 01 78 00 CLOSEOUT SUBMITTALS, and 01 78 23 OPERATION AND MAINTENANCE DATA,
 for additional Facility Data delivery requirements.

1.1   REFERENCES

The publications listed below form a part of this specification to the extent referenced.  The publications are referred to within the text by the basic designation only.

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO)

| | |
|---|---|
| ISO 19005-3 | (2017) Document Management -- Electronic Document File Format for Long-Term Preservation: Use of ISO 32000-1 with Support for Embedded Files (PDF/A-3) |
| ISO 32000-1 | (2017) Document Management -- Portable Document Format -- Part 2: PDF 2.07 |

1.2   DEFINITIONS AND ABBREVIATIONS

1.2.1   Assets

Assets are specific items of property or equipment.

1.2.2   Attributes

Attributes are individual pieces of Facility Data that describe facilities and their associated assets.

1.2.3   Facility Data

Information defined and collected in the Facility Data Workbook (FDW) and Facility Document Set (FDS).

1.2.4   Facility Document Set (FDS)

An electronically compiled and organized document containing the supporting documents and data used to populate the Facility Data Workbook during its respective phase of development.

a.   For design-based deliverables, the FDS contains the "Design Complete" or "Issued for Construction" (IFC) design drawings, specifications, and design analysis.

1.2.5   Facility Data Workbook (FDW)

A pre-formatted spreadsheet template used to compile Asset, Attribute,

Facility, and Space Data that the Government wishes to manage via
electronic means.  The FDW also contains all requirements associated with
proper collection, organization, and turnover of the Facility Data.

1.2.6   Facility Data Project Execution Plan (FDPxP)

A document that describes the clear and organized plan for the collection,
organization, and turnover of the Facility Data deliverables required by
this specification.

1.3   UNITS OF MEASURE

Provide Facility Data deliverables utilizing the units of measure
required.

1.4   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.   When
used, a designation following the "G" designation identifies the office that
will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

        SD-01 Preconstruction Submittals

            Facility Data Project Execution Plan(FDPxP)

        SD-05 Design Data

            Facility Data Workbook, Design; G

            Facility Document Set, Design; G

1.5   QUALITY ASSURANCE

1.5.1   Facility Data Project Execution Plan (FDPxP)

Provide the Government with a plan for the collection, organization, and
turnover of the Facility Data deliverables to the Government.  At a
minimum, include the following items in the FDPxP:

1.5.1.1   Front Matter

Provide a Cover Page, Table of Contents, and Executive Summary/Objectives.

1.5.1.2   Project Information

List the Project Owner, Project Name, Project Location and address,
Contract Type, Project Description, Project/Contract Number, Project
Milestones.

1.5.1.3   Submittal Schedule

Identify delivery schedule for all deliverables in compliance with the
submission requirements identified in this specification.

1.5.1.4   Personnel

Identify key personnel involved in the development of the Facility Data
deliverables including Contractor and Government personnel.

1.5.1.5   Facility Data Workbook(s)

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

Identify Facility and Space Data as applicable at time of FDPxP
submission.  Individually list every asset group from the FDW Requirements
that will require Facility Data collection.  No attribute data is required
at this time.  Identify any asset groups from the FDW Requirements that are
not required within the scope of this Contract.  Document the version of
FDW to be used through the duration of the project.

1.5.1.6    Facility Document Set(s)

Define structure and format of the submittal.  Provide a comprehensive
outline of the final FDS to be delivered.  Organize the outline with
headings, titles, and descriptions such that the Government may ascertain
that working documents comply with the formatting requirements defined by
this specification.

1.5.1.7    Protocols

Detailed procedures:

a.  Facility Data documentation/collection process.

b.  Facility Document Set production/development process.

c.  Collaboration procedures including strategy, meetings, communication,
    and subcontractor/consultant involvement.

d.  Quality Control, including site verification of FDW, as applicable.

e.  File and folder naming structure.

f.  Hardware and software being used for collection and organization of
    Facility Data.  Identify type, format, and anticipated organization of
    digital storage media to be provided as part of required deliverables.
    Include means and methods for checking deliverables for malicious
    content.

1.5.2    Meetings

To assure that Facility Data requirements are being met through the
duration of the project, organize the following meetings and discuss the
subsequent topics:

1.5.2.1    Post-Award Kickoff Meeting

At a minimum, discuss the following:

a.  The requirement for Facility Data deliverables under this contract.

b.  Primary roles and responsibilities associated with the development and
    delivery of the Facility Data deliverables, and.

c.  Identify and agree upon a date and attendance list for the meetings
    described below:

1.5.2.2    FDPxP Coordination Meeting

a.  Facilitate a meeting following submission and Government review of the
    FDPxP.  Include the Facility Data Preparer(s), Designer of Record
    (DOR), Quality Control (QC) Manager, Government's Facility Data
    Proponent, Contracting Officer's Representative, and Base Civil

Engineer (BCE) Facilities Management Specialist (FMS).   Also include any Government personnel required for obtaining security clearances and waivers for proper Facility Data collection in this meeting.

b.  The purpose of this meeting is to coordinate the efforts necessary by contract parties to ensure an accurate collection, preparation, quality control, and submittal of these deliverables.

c.  The FDPxP serves as the primary agenda for this meeting. At a minimum, discuss the following:

(1) Processes and methods of gathering facility data during construction.  Discuss and obtain special permissions and/or waivers as necessary (photo waivers, data encryption, etc.);

(2) Contractor Quality Control practices and procedures;

(3) Corrective actions necessary for Government approval of FDPxP;

(4) Necessity for additional or recurring Facility Data Coordination Meetings outside of those required by this specification, as requested by the Contractor.  Intent of these meetings would be to maintain regular contact between responsible parties of the Contractor and Government with regard to development of the facility data deliverables. Conduct status meetings with a frequency agreed upon at this meeting.

1.5.2.3    Submittal Coordination Meeting

a.  Facilitate a meeting following submission and Government review of each progress submittal of the Facility Data.  Include the Facility Data Preparer(s), Designer of Record (DOR), Quality Control (QC) Manager, Commissioning Authority (CA),] Government's—Facility Data Proponent, Contracting Officer's Representative, and Base Civil Engineer (BCE) Facilities Management Specialist (FMS).   Include Mechanical, Electrical, Plumbing, and Fire Protection subcontractors as applicable.

b.  The purpose of this meeting is to demonstrate ongoing compliance with the requirements identified in this specification.

c.  The applicable deliverables, along with Government remarks associated with review of these submittals serve as the primary guide and agenda for this meeting.  At a minimum, discuss the following during this meeting:

(1) Review assets, applicable attributes, facility, and space data in FDW at time of submittal;

(2) Demonstrate Quality Control and site verification procedures, as applicable, by Contractor QC;

(3) Review contents and organization of FDS at time of submittal;

(4) Discuss Government review comments and/or unresolved items preventing completion and Government approval of the Facility Data Workbook and Facility Document Set.

1.5.3    Facility Turnover and Contract Closeout

Include the Facility Document Set, Construction Final as a deliverable in Facility Turnover and Contract Closeout procedures as defined in

01 78 00 CLOSEOUT SUBMITTALS.

1.5.4   Facility Data Workbook Quality Requirements

For each submittal, ensure that the information contained in the FDW(s)
reflects the minimum content requirements defined in the PART 3 EXECUTION
portion of this section.  Ensure that information provided as part of the
FDW(s) conforms to the standards described below:

a.  Compile FDW(s) using approved spreadsheet templates.  Do not alter the
    formatting or organizational layout of the templates in any way.  For
    this Contract, templates are available for download from the USACE
    CAD/BIM Technology Center website, site information provided in the
    PART 2 PRODUCTS portion of this section.

b.  Instructions for the proper maintenance and completion of these FDWs
    are contained in the FDW Requirements contained within the FDW template.

1.5.5   Facility Document Set Quality Requirements

Ensure that information provided as part of each FDS conforms to the
electronic and data formatting standards identified in 01 33 00 SUBMITTAL
REQUIREMENTS and 01 78 23 OPERATION AND MAINTENANCE DATA.

1.5.6   Facility Document Set Integrity Requirements

Ensure that information provided as part of each FDS conforms to the
integrity standards identified below:

1.5.6.1   File Protection

Do not restrict data files, document files or photographic files from being
printed, exported, modified or copied.  Do not deliver files with any
restrictions (expiration date, locks, etc.) for access, viewing, archiving,
or editing.

1.5.6.2   Manufacturer-Specific Documents

Provide text-searchable, vector-based document files from the
manufacturer's online or electronic documentation.  Color documents are
preferred.  Provide documents specific to the product(s) installed under
this Contract.  When possible, do not submit document files containing
multiple product catalogs from the same manufacturer, or product data from
multiple manufacturers in the same file.  Provide documents directly from
the manufacturer whenever possible.  Do not provide scanned copies of
hardcopy documents.

1.6   DELIVERY, STORAGE, AND HANDLING

Deliver facility data submittals in an organized and legible manner.
Provide submittals adhering to the requirements of 01 33 00 SUBMITTAL
REQUIREMENTS and 01 78 23 OPERATION AND MAINTENANCE DATA.

1.6.1   Number of Copies

Provide three identical copies of disks for approval; for each submittal
and each facility required. Provide on approved electronic media (one copy
per disk or set of disks) as defined below.  Provide submittal files on
electronic storage media in compliance with the quality requirements
identified in this specification.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

1.6.2    Malicious Content

   Scan all files for malicious viruses using a commercially available
   scanning program that is routinely updated to identify and remove current
   virus threats.

1.6.3    Storage Media

   Provide facility data on disk-based (DVD-R/RW) media.  Any deviations from
   the required storage media must be approved by the Government.  Select and
   apply technology used for electronic data transmission to ensure that the
   full Facility Data submittal for each facility is provided on one single
   disk, whenever possible.  When separation of the submittal is required,
   first separate the FDS and the FDW onto separate media.Second, separate
   FDS into logical segments or components.  Any further divisions must be
   documented in the FDPxP and approved by the Government.

   Provide Facility Data on disk-based (DVD-R/RW) media.  Any deviations from
   the required storage media shall be approved by the Government.  Select and
   apply technology used for electronic data transmission to ensure that the
   full Facility Data submittal for each facility is provided on one single
   disk, whenever possible.  When separation of the submittal is required,
   first separate the FDS and the FDW onto separate media.Second, separate FDS
   into logical segments or components.  Any further divisions must be
   documented in the FDPxP and approved by the Government.

   a.  Apply a label directly printed to storage media.  Do not provide
       adhesive, paper-based labels.  List the name of the facility, Project,
       Project location, Contract number, Designer of Record firm/Prime
       Contractor company's name, title of submission, and security
       classification (in accordance with the appropriate security
       classification labeling regulations) on the label.If multiple disks
       are provided, clearly document the contents of each disk on the label.

   b.  Include the name and contact information of the individual who produced
       the final data disk to ensure that any problems with the data or media
       can be easily resolved.

   c.  When browsed on any computer, the disk shall display the following
       folders and their associated content:

       (1) Facility Data Workbook (containing 1 FDW per facility);

       (2) Facility Document Set (containing 1 FDS per facility);

       (3) FDPxP (containing 1 PxP per contract);

       (4) Readme (Containing 1 TXT, PDF, or HTML file with general use
           information, organizational instructions, and basic preparer
           contact information.  Include all information included on the
           storage media label).

PART 2    PRODUCTS

2.1    FACILITY DATA WORKBOOK(S)

   Provide one compiled FDW for each facility.  Complete all portions of each
   FDW including facility, space, asset, and attribute data in compliance
   with the FDW Requirements.

The current FDW template (.xlsm format) shall be downloaded from the USACE CAD/BIM Technology Center website at https://cadbimcenter.erdc.dren.mil.}

2.1.1   Spaces

Provide data for all applicable spaces in the facility. Minimum space definitions are as follows:

a. Provide all rooms as defined in the design documents.

b. If not otherwise defined, provide a minimum of one "roof" space in the FDW.

c. If not otherwise defined, provide a minimum of one "site" space in the FDW.

d. Provide all spaces not otherwise described, but necessary to accurately indicate the location of all FDW assets required by this specification.

2.1.2   Assets

a. Compile an FDW that contains the maintainable and warrantable equipment (assets) associated with each facility.  This includes assets in contract scope and within the project extents. See 01 78 00 CLOSEOUT SUBMITTALS for related requirements. Assets shall include but are not limited to those types described in the "Required Assets" portion of the FDW template and any additional assets defined in the FDPxP. FDW asset entries shall be individually itemized (instance-based). Entries indicative of multiple assets (type-based) are not allowed.  Assets applicable to the scope of this project shall be documented in the FDPxP.

b. Sub-component assets that are an integral and functional part of another component (e.g. An electric motor that serves as part of an air-handling unit) need not be duplicated or listed separately as its own asset.

c. Definitions, descriptions, and formatting requirements for these assets can be found in the FDW Requirements contained within the FDW template.

d. If an asset type is not included in the scope of the Project, no Facility Data (assets or attributes) are to be included in the FDW (even as a placeholder) for that asset type.

2.1.3   Attributes

a. Populate each individual asset with all required attributes defined in the "Required Attributes" portion of the FDW template.

b. Definitions, descriptions, and formatting requirements for these attributes can be found in the FDW Requirements contained within the FDW template.

c. If an attribute is not applicable, populate that field with "N/A."Do not leave it blank.

2.2   FACILITY DOCUMENT SET

2.2.1   Organization

Organize the FDS in a hierarchical manner as follows.  Use electronic

bookmarks to create an easily navigable document.  The first and primary hierarchical level must contain the following bookmarks:

a.  "O&M Data" - See subordinate hierarchical requirements in the "O&M DATA HIERARCHY" paragraph.

b.  "Record Drawings" - See subordinate hierarchical requirements in paragraph RECORD DRAWINGS HIERARCHY.]

PART 3     EXECUTION

3.1      SUBMITTALS

Submit the Facility Data Workbook and Facility Document Set submittals together. Meet the following completeness and formatting requirements listed below:

a.  Provide Facility Data Workbook.,Populate the FDW with all data required for submittal, detailed in the FDW Requirements. Clearly identify any assets or asset groups missing in the "variations" section of the ENG Form 4025 Transmittal Form provided with the submittal.  See the FDW Requirements contained within the FDW template for a list of attributes to be completed for this submittal. Intent of this submittal is to populate the FDW with all design-based asset information prior to Project advertisement or construction.

b.  Submit individual FDW templates for each facility identified in the "FACILITIES" paragraph.  While FDWs will not be complete at this phase, any data provided shall be accurate and formatted correctly according to the FDW Requirements.

c.  Submit Facility Document Set, as defined, Facility Document Set, in Part 2 of this specification.

3.2      FACILITY DATA WORKBOOK VERIFICATION

Verify the FDW through the quality control personnel and procedures as defined in the FDPxP. One-hundred percent accuracy of FDW information is required for Government acceptance of the Facility Data Workbook.

**-- End of Section --**

01 91 00

COMMISSIONING

PART 1 - GENERAL

    1.1   RELATED SECTIONS:

      1.  Division 01 - General Requirements
      2.  Division 07 - Thermal and Moisture Protection
      3.  Division 22 - Plumbing
      4.  Division 23 - Heating, Ventilation and Air Conditioning
      5.  Division 26 - Electrical

    1.2   REFERENCES:

      1.  ASHRAE - American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc.

        a.  ASHRAE Guideline 0-2013 – The Commissioning Process
        b.  ASHRAE Guideline 1.1 - 2007 –HVAC&R Technical Requirements for the Commissioning Process

      2.  ACG - Associated Air Balance Council Commissioning Group

        a.  ACG Commissioning Guideline 2005

      3.  BCA – Building Commissioning Associations

        a.  The Building Commissioning Handbook, Second Edition

      4.  NEBB Commissioning Standard

        a.  (2009) Procedural Standards for Whole Building Systems Commissioning of New Construction; 3rd Edition

    1.3   SUMMARY:

**FINAL BUILDING COMMISSIONING WILL BE PERFORMED BY CONTRACTOR**

**CONTRACTOR SHALL BE RESPONSIBLE FOR INITIAL START UP, FUNCTIONAL TESTS, TEST AND BALANCE AND REQUIRED DOCUMENTATION**

    A.  Building commissioning is to be provided for the following systems: HVAC components and equipment, HVAC System (interaction of cooling, heating, and comfort delivery systems), Domestic Hot Water Systems, Electrical Panels and System.
    B.  This section defines the requirements for members of the Commissioning Team; roles and activities associated with the commissioning process are defined herein. All construction team members, including equipment manufacturers and manufacturers' representatives, should review this document, understand their responsibilities in the commissioning process and include associated efforts in their respective scopes of work.
    C.  Commissioning is a quality oriented process for achieving, verifying, and documenting that the functionality of facilities, systems, and assemblies meet the objectives and criteria defined by the Owner and contract documents. This is achieved by reviewing design and Basis of

Design documents to ensure compliance with the Owner's operational needs as defined by the Owner's Project Requirements. Building systems, equipment and controls are then functionally tested to verify installation and operation is in accordance with design and contract documents. The commissioning process encompasses and coordinates the traditionally separate functions of system documentation, equipment startup, control system calibration, testing and balancing, performance testing and training.

D.  The Government, Green Consultant, Architect/Engineer, or Commissioning Authority are not responsible for construction means, methods, job safety, or management function related to commissioning on the job site. The commissioning process does not take away from or reduce the responsibility of the system designers or installing contractors to provide a finished and fully functioning product.

1.4   UNDERLINE ACRONYMS AND DEFINITIONS:

A.  Acronyms:   The following are common abbreviations used within this Specification and in the associated Commissioning Plan.

| A/E | Architect and Design Engineers |
|-----|--------------------------------|
| CC | Construction Checklist |
| CO | Contracting Officer |
| COR | Contracting Officer's Representative |
| Cx | Commissioning |
| Cx | Commissioning Plan (document) |
| CxA | Commissioning Authority |
| EC | Electrical Contractor |
| FT | Functional Test |
| ITF | Issue Tracking Form |
| GC | General Contractor |
| MC | Mechanical Contractor |
| PC | Plumbing Contractor |
| PM | Project Manager |
| Subs | Subcontractor(s) to GC |
| TAB | Testing, Adjusting and Balancing |
| TC | Temperature Controls Contractor |

B.  Definitions:

1.  Acceptance Phase:   Phase of construction after startup and initial checkout when functional tests, O&M documentation review and training occurs.

2.  Approval:   Acceptance that a piece of equipment or system has been properly installed and is functioning in all tested modes according to design and contract documents.

3.  Architect / Engineer (A/E):   The prime consultant (architect) and sub-consultants who comprise the design team; this is generally the HVAC mechanical designer/engineer and the electrical designer/engineer.

4.  Building Occupants: Primary occupants or users of the facility.

5.  Commissioning (Cx): A quality oriented process for achieving, verifying, and documenting that the performance of facilities, systems, and assemblies meet defined objectives and criteria.

6.  Commissioning Authority (CxA): The Commissioning Authority assists

in coordinating the day-to-day commissioning activities. The CxA does not take an oversight role like the GC. The contractor will provide an independent third party Commissioning Authority (CxA).

7. Commissioning Plan: An overall plan, created by the Commissioning Authority, which outlines the structure, schedule and coordination planning for members of the Commissioning Team.

8. Construction Checklist (CC): Provided by the CxA to the General Contractor and includes a list of items for inspection and elementary component tests to be conducted with a goal of verifying proper installation of equipment. Construction Checklists are primarily static inspections and procedures which prepare the equipment or system for initial operation (e.g., belt tension, oil levels OK, labels affixed, gages in place, sensors calibrated, etc.). Some Construction Checklist items may entail simple testing of the function of a component, a piece of equipment or system (such as measuring the voltage imbalance on a three phase pump motor). Completed Construction Checklists are to be combined with the manufacturer's start-up procedures and/or reports. Even without a commissioning process, contractors typically perform some, if not all, of the Contractor Checklist items the CxA recommends; few contractors document these system checkouts in writing so this process acts as a method of formal documentation. The CxA only requires the procedures be documented in writing and does not witness much of the construction checklist completion, except for larger or more critical pieces of equipment.

9. Contract Documents: Legal documents binding on parties involved in the project's construction (drawings, specifications, change orders, amendments, contracts, Cx Plan, etc.).

10. Contracting Officer (CO): Individual having authority to enter into, administer or terminate contracts.

11. Contracting Officer's Representative (COR): Liaison between the Owner and a private contractor who is designated by the CO to monitor the contractor's progress in fulfilling the technical requirements specified in the contract.

12. Contracted Tests:   Tests paid for by the Owner outside the GC's contract. The CxA does not oversee these tests and they are not repeated during functional testing if properly documented.

13. Contractor(s):   This includes the General Contractor, subcontractors and authorized representatives.

14. Deferred Functional Tests: FTs performed after substantial completion, due to partial occupancy, equipment, seasonal requirements, design or other site conditions that disallow the test from being performed. This can include system monitoring for other-season and end-of-warranty periods.

15. Deficiency: A condition in the installation or function of a component, piece of equipment or system that is not in compliance with contract documents by not performing properly or is not complying with the design intent.

16. Design Narrative: Sections of either the Design Intent or Basis of Design.

17. Factory Testing: Testing of equipment on-site or at the factory. This testing is conducted by factory personnel.

18. Functional Test (FT): Test of the dynamic function, operation of equipment and systems using manual (direct)observation) or monitoring methods. Functional Testing is the dynamic testing of systems (rather than just static components) under full operation. Systems are tested under various modes of operation including: low

and high cooling/heating loads, component failures, unoccupied, varying outside air temperatures, fire alarm, power failure, etc. The systems are run through all control sequences of operation and components are verified to be responding per their intended design. Testing, Adjusting and Balancing (TAB) of air or water systems is not considered functional testing within the commissioning process. The TAB Contractor's primary work is setting up the system flows and pressures per design, while functional testing is verifying that which has already been balanced. The CxA develops the FTs in a sequential written form, coordinates, oversees and documents the actual testing however the installing contractor or manufacturer's representative is ultimately responsible for performing the steps within the FT. FTs are performed after CCs, startups and TAB are complete.

19. General Contractor: The organization contracted by the Owner to provide complete project construction services. The GC manages the construction process including contracting, supervising and on-site managing authority over a project's construction. The GC is the Owner's on- site representative.

20. Monitoring: Recording parameters (flow, current, status, pressure, etc.) of equipment operation.

21. Operation and Maintenance Personnel: This may include building facility manager, maintenance staff, operations staff or similar.

22. Owner's Project Requirements (OPR): Owner defined functional requirements of the project and the expectations of how the facility will be used and operated after construction. These requirements and expectations include project goals, measurable performance criteria, cost considerations, benchmarks, success criteria and supporting information.

23. Phased Commissioning: Commissioning that is completed in phases (for example, by floors) due to the size of the structure or other scheduling issues. Phased commissioning can be utilized to minimize total construction time.

24. Project Manager (PM): The contracting and managing authority for the General Contractor over the design and/or construction of the project.

25. Sampling: Functionally testing only a fraction of the total number of identical or near identical pieces of equipment.

26. Seasonal Tests: FTs which are deferred until the system(s) will experience conditions closer to their design conditions such as testing in summer or winter seasons.

27. Simulated Condition: Condition created for the purpose of testing the response of a system (e.g., applying a hair blower to a space sensor simulating a hot space condition and confirming appropriate response from the VAV box).

28. Specifications: The construction specifications of the contract documents.

29. Startup: The initial starting or activating of dynamic equipment, including the completion of Construction Checklists.

30. Systems, Subsystems, Equipment, and Components: Where these terms are used together or separately, they shall mean "as-built" systems, subsystems, equipment, and components.

31. Systems Manual: Developed by the CxA, a systems manual provides future operating staff the information needed to understand and optimally operate the commissioned systems. The systems manual will consist of O&M documentation and other "as-built" information which is to be provided by the contractor(s) to the CxA.

32. TAB Verification: Performed by the CxA, this is a process used to

verify accuracy and completeness of Testing, Adjusting and Balancing work.

33. Test Procedures: The step-by-step process which must be executed to fulfill the test requirements.

34. Test Requirements: Requirements specifying what modes and functions, etc. shall be tested. The test requirements are not the detailed test procedures and are specified in the contract documents.

35. Vendor: Supplier of equipment.

36. Warranty Period: Warranty period for project including equipment components. Warranty begins at Substantial Completion and extends for at least one year, unless specifically noted otherwise in the Contract Documents and accepted submittals.

## 1.5    COMMISSIONING PROCESS OVERVIEW:

A.  The following narrative provides a brief overview of the Commissioning Process and outlines typical commissioning tasks associated with each phase.

1.  Design:

    a.  The CxA reviews commissioning specifications and works with the A/E to incorporate these into the project's construction documents.

    b.  The CxA performs design reviews of select design submittals. This consists of reviewing equipment and systems for installation, integration, testing, operations, maintenance, training, and warranty requirements.

2.  Construction:

    a.  The CxA develops a comprehensive Commissioning Plan for the project which provides the preliminary structure, schedule and coordination for the Commissioning Process.

    b.  The CxA facilitates a Commissioning Kickoff meeting; all Commissioning Team members shall be present as the process, roles and responsibilities and commissioning related questions will be addressed.

    c.  Additional meetings may be required throughout construction. These will be scheduled by the CxA with assistance from the GC; all necessary parties shall attend to plan, scope, coordinate, schedule future commissioning activities and resolve open actions. Meetings can be attended via teleconference if involvement is required.

    d.  Equipment documentation and submittals shall be concurrently submitted to the CxA. Documentation and submittals shall include, but not be limited to: design drawings, submittals for equipment to be commissioned, detailed start-up procedures and Construction Checklists. These will be reviewed by the CxA concurrently with the A/E review.

    e.  The CxA shall organize a Commissioning Field book to serve as a centralized location for contractor start-up plans, initial checkout sheets and Construction Checklists. A copy of the Commissioning Plan will also be stored in this book which will be provided by the CxA to the GC and stored on-site for the duration of construction.

f. Contractors, under their own direction, shall execute and document completion of initial system checkouts, system startups and execution of Construction Checklists. The CxA reviews all initial checkout, startup and Construction Checklist documentation to ensure they were completed according to approved contract documents. The CxA may witness start-up of selected equipment.

g. The CxA develops specific equipment and system Functional Test (FT) procedures; test procedures will systematically test each systems mode of operation. The contractor(s) shall review the FTs to ensure test steps are feasible, safe and equipment protection is provided with necessary written alarm limits to be used during the test; FTs are executed by the contractor(s), under the oversight of, and documented by the CxA.

h. Items of non-compliance in material, installation or setup are documented by the CxA and corrected at the contractor's expense. All non-compliant systems will be retested.

i. The CxA reviews O&M documentation for systems being commissioned ensuring completeness and compliance with contract documents.

j. Commissioning should be completed before substantial completion and building occupancy.

k. The CxA issues a commissioning report to the Owner.

3. Occupancy:

   a. The CxA reviews training plans provided by the contractor(s) and verifies training was completed at an acceptable level to the Owner.

   b. Deferred functional testing, including any seasonal testing, is conducted as contracted or required.

   c. 10-months after substantial completion the CxA shall meet with the Owner, General Contractor, and facility maintenance personnel to review the facility operating procedures and determine if any warranty related issues shall be resolved by the contractor(s).

1.6   COMMISSIONING TEAM:

A. Members of the Commissioning Team consist of the Contracting Officer's Representative (COR), the designated representative of the General Contractor firm (GC), the Commissioning Authority (CxA), the Project Manager (PM), the architect and design engineers (A/E), the Mechanical Contractor (MC), the Electrical Contractor (EC), the Testing, Adjusting and Balancing (TAB) Contractor, the Controls Contractor (TC), any other installing subcontractors or vendors. If known, the facility's building or plant operator/engineer is also a memberof the Commissioning Team. Coordinate with IAQ baseline evaluation in conformance with ASTM D6245, and ASTM D6345.

1.7   QUALITY ASSURANCE:

A. Commissioning Authority (CxA): The CxA should hold one of the following certifications:

   1. ACG CxA:    Associated Air Balance Council Commissioning Group

Certified Commissioning Authority Certification
2. ASHRAE CPMP:    American Society of Heating, Refrigerating and Air-
   Conditioning Engineers Commissioning Process Management
   Professional certification
3. BCA CCP:    Building Commissioning Association Certified
   Commissioning Professional Certification

1.8    Commissioning Authority (CxA):

The CxA is not responsible for design concept, design criteria, compliance
with codes, design or general construction scheduling, cost estimating, or
construction management. The CxA may assist with problem-solving non-
conformance items or deficiencies but ultimately the responsibility resides
with the A/E. The primary role of the CxA is to develop and coordinate the
execution of a testing plan and observe/document equipment functionality (e.g.
which systems are functioning in accordance with the documented design intent
and in accordance with contract documents). The contractor(s) are to provide
all tools or the use of tools to start, check-out and functionally test
equipment and systems.

1.9 Design Phase

1.  Review BOD documents for clarity and consistency with the
    OPR.
2.  Review Commissioning Specifications for incorporation into
    construction documents.
3.  Review design documents for compliance with the OPR.

1.10 Construction and Acceptance Phase

1.  Develop and issue comprehensive Commissioning Plan.
2.  Attend construction and coordination meetings, as
    necessary.
3.  Coordinate and oversee the commissioning activities in a
    logical, sequential and efficient manner using consistent
    protocols and forms, centralized documentation, clear and
    regular communication and consultations with all necessary
    parties, frequently updated timelines and schedules and
    technical expertise.
4.  Coordinate commissioning work and working with the GC, ensure
    commissioning activities are being scheduled into the master
    construction schedule.
5.  Revise the Commissioning Plan, as necessary.
6.  Plan and conduct a commissioning Kickoff meeting and other
    commissioning meetings, as necessary.
7.  Review contractor(s) submittals applicable to systems being
    commissioned for compliance with commissioning needs, concurrent
    with A/E reviews. Review comments will be furnished via the Corps
    of Engineers Dr. Checks system.
8.  Develop and distribute Construction Checklists (CC's).
9.  Request and review additional information required to perform
    commissioning tasks, including O&M materials and manufacturers'
    start-up requirements.
10. Before equipment startup, gather and review current control
    sequences and interlocks. Work with contractor(s) and engineers
    until sufficient clarity has been obtained, in writing, to allow
    Functional Test Procedures to be fully and accurately developed.
11. Perform site visits, as necessary, to observe component and
    system installations. Attend selected planning and job-site

       meetings to obtain information on construction progress. Review construction meeting minutes for revisions/substitutions relating to the commissioning process.

12. With necessary assistance and review from installing contractor(s), write the FT procedures for equipment and systems. This may include BAS trending, stand-alone data logger monitoring or manual functional testing. FTs will be submitted to GC and A/E for review and approval, if required.

13. Coordinate, witness, and approve FTs performed by installing contractors. Coordinate retesting as necessary.

14. Work with TAB contractor to verify calibration of selected sensors.

15. Maintain the master Issue Tracking Form (ITF).

16. Provide progress reports and ITF with recommended actions to GC, as appropriate.

17. Assist GC in coordinating the resolution of deficiencies identified during commissioning.

18. Review training plan which will be provided to the Owner and Operations and Maintenance personnel. Comments will be provided to ensure training is representative of installed systems and beneficial to the end user.

19. Prepare and distribute Final Commissioning Report and Systems Manual to the Owner.

## 1.11  Warranty Period

1. Coordinate and supervise seasonal or deferred functional testing. Participate in resolution of system deficiencies identified. Coordinate retesting, as necessary.


## 2  GENERAL CONTRACTOR (GC):

### 2.1  Pre-Design/Design Phases

1. Include the cost of commissioning in the contract price.
2. In each purchase order or subcontract written, include requirements for submittal data, Operation & Maintenance (O&M) data and training.

### 2.2  Construction and Acceptance Phase

1. Review the Commissioning Plan.
2. Facilitate the coordination of commissioning work performed by the CxA and ensure commissioning activities are scheduled into the master construction schedule.
3. Attend commissioning Kickoff meeting and other Commissioning Team meetings.
4. In a timely manner, furnish a copy of all construction documents, addenda, change orders, approved submittals and shop drawings related to commissioned equipment to the CxA.
5. Prior to the start of Functional Testing, review all test procedures submitted by the CxA.
6. Assist the CxA in scheduling functional testing with contractor(s).
7. Review commissioning progress and deficiency reports.

        8.  Coordinate the resolution of non-compliance and design deficiencies identified in throughout all phases of commissioning.

        9.  Assist in coordinating the training of the Owner and Operations and Maintenance Personnel.

## 2.3 Warranty Period

1. Assist the CxA, as necessary, in the seasonal or deferred functional testing and deficiency corrections required by the specifications.

## 3   VENDOR:

### 3.1 General

1. Provide all requested submittal data, including detailed start-up procedures and specific responsibilities of the Owner to keep warranties in force.
2. Participate in startup and equipment testing as specified herein or as otherwise agreed with contractor(s).
3. Include all special tools and instruments (only available from Vendor or specific to a piece of equipment) required for testing equipment according to the contract documents in the base bid price to the contractor(s); this excludes stand-alone data logging equipment that may be utilized by the CxA.
4. Through contractor(s), analyze specified products and verify that designer has specified the newest, most updated, equipment reasonable for this project's scope and budget.
5. Provide information requested by CxA regarding equipment sequences of operation and testing procedures.
6. Review test procedures for equipment installed by factory representatives.
7. Participate in training as specified herein or as otherwise agreed with Contractors.
8. Through contractor(s), furnish all requested operations and maintenance data.
9. Assist the contractor(s) throughout the warranty period with equipment deficiency corrections.

## 4   CONTRACTOR(S) - includes Mechanical Contractor (MC), Controls Contractor (TC), Testing, Adjusting and Balancing (TAB) Contractor, Electrical Contractor (EC), Plumbing Contractor (PC) and all associated Contractors:

### 4.1 Pre-Design/Design Phases

1. Include the cost of commissioning in the contract price.
2. In each purchase order or subcontract written, include requirements for submittal data, Operation & Maintenance (O&M) data and training.

### 4.2 Construction and Acceptance Phase

1. Review the Commissioning Plan.
2. Attend commissioning Kickoff meeting and other Commissioning Team meetings, as necessary.
3. Provide narrative and sequence documentation requested by the CxA. Assist (along with the A/E) in clarifying the operation and control of commissioned equipment in areas where the specifications, control drawings or equipment documentation is

not sufficient to allow detailed Functional Test Procedures to be written.

4.  Provide cut sheets and shop drawing submittals of commissioned equipment to the CxA.

5.  Provide CxA with additional requested documentation, prior to O&M manual submittals, for development of start-up and FT procedures. Typically this will include detailed manufacturer installation and start-up, operating, troubleshooting and maintenance procedures, full details of contracted tests, fan and pump curves, full factory testing reports and full warranty information, including all responsibilities of the Owner to keep the warranty in force clearly identified. The installation and checkout materials are to also be shipped inside the equipment and the actual field checkout sheet forms used by the factory or field technicians shall be submitted to the CxA.

6.  Provide assistance to the CxA in preparation of specific FT procedures. Contractor(s) shall review test procedures to ensure feasibility, safety and equipment protection and provide necessary written alarm limits to be used during the tests.

7.  Develop a full start-up and initial checkout plan using manufacturer's start-up procedures and the CCs provided by the CxA. Submit manufacturer's detailed start-up procedures, full start-up plan and procedures along with other requested equipment documentation to CxA for review.

8.  Complete CCs and return to the CxA. Checklists must be completed and submitted to the CxA prior to the start of functional testing.

9.  Perform and clearly document all completed startup and system operational checkout procedures providing a copy to the CxA.

10. Controls contractor shall perform operational tests including point-to-point checks, verification that all modes of operation comply with design sequences, verification of all interlocks and safety, etc. Any checkout procedures shall be provided to the CxA.

11. Address current A/E punch list items before functional testing. Air and water TAB shall be completed with discrepancies and problems remedied before functional testing of the respective air or water related systems.

12. Provide skilled technicians to execute starting of equipment and functional testing. Ensure technicians are available and present during the agreed upon schedules and for a sufficient duration to complete the necessary tests, make system adjustments and correct issues identified by the CxA.

13. Perform functional testing under the oversight of the CxA. Assist the CxA in interpreting the monitoring data, as necessary.

14. Correct deficiencies as interpreted by the CxA, GC, A/E and Owner. Conduct retesting of equipment under the oversight of the CxA.Prepare O&M manuals according to contract documents, including clarifying and updating original sequences of operation to as-built conditions. Updated documents to be electronically provided to the CxA.

15. During construction, maintain as-built redline drawings and final CAD as-builts for contractor-generated coordination drawings. Electronically update drawings after completion of commissioning (excluding deferred functional testing). Prepare redline as-built drawings for all drawings and final as-builts

for contractor generated coordination drawings.
16. Provide training to Owner and Operations and Maintenance
    Personnel, as required.
17. Coordinate with equipment manufacturers to determine
    specific requirements to maintain the validity of the
    warranty.

4.3  Warranty Period

1. Execute seasonal or deferred functional testing,
   witnessed by the CxA, according to the specifications.
2. Correct deficiencies and make necessary adjustments to O&M
   manuals and as-built drawings for applicable issues
   identified in any deferred testing.

4.4     EQUIPMENT AND SYSTEMS TO BE COMMISSIONED

A.      The commissioning process involves a complete and thorough
evaluation of the operation and performance of all components, systems, and
sub-systems. The following equipment shall be commissioned under this
project; equipment is subject to change as design and construction documents
evolve over the course of the project.

| HVAC Systems | |
|---|---|
| | Tag (if applicable) |
| Air Handling Units | AH-1,-2 etc. |
| Fan Coil Air Handling Units | FC-1 thru FC-X |
| VRF Heat Pump Units | HP-1,-2,-3 etc. |
| Fans (supply, exhaust, fume hoods) | EF-1 thru X / SF-1,-X |
| Testing, Adjusting and Balancing Verification (25% sampling) | – |
| **Electrical Systems** | |
| | Tag (if applicable) |
| Electrical Panels | – |
| Lighting Controls (emergency lighting), daylighting, occupancy sensors, scheduled controls) | – |
| **Plumbing Systems** | |
| Domestic Hot Water System (sinks, pumps, thermostatic mixing valve stations) | DWH-1 |
| Domestic Cold Water System (Drinking Fountains, sinks, toilets) | – |
| **Control System** | |
| Building Management System | – |
| **Building Envelope** | |
| Leak Tests | – |

PART 2 - PRODUCTS

2.1   TEST EQUIPMENT:

   A.  Standard testing equipment required for completing CCs and FTs
      shall be provided by the contractor(s) for equipment being
      tested.
   B.  Special equipment, tools and instruments required for CCs and FTs
      (available only from Vendor or specific to a piece of equipment)
      shall be included in Vendor's base bid price to contractor(s) and
      left on-site becoming property of the owner.
   C.  Quality and Accuracy:     Sufficient to test and/or measure
      performance within the tolerances specified. Complying with the
      following minimum requirements unless otherwise noted:

      1.  Temperature:     certified calibration within 12 months to
         accuracy of +/-0.5 deg F; resolution +/-0.1 deg F.
      2.  Pressure:     accuracy +/- 2.0% of the value range being
         measured (not full range of meter), calibrated within 12
         months.Calibration: according to the manufacturer's recommended
         intervals and when dropped or damaged.
      3.  Calibration Tags: affixed, or certificates readily
         available.

PART 3 - EXECUTION

3.1   COORDINATION:

   A.  Management: The CxA is independent of contractor(s). The CxA provides
      oversight and coordination for commissioning activities and reports
      to the Owner. All members must work together to fulfill their
      contracted responsibilities and meet the objectives of the contract
      documents. The CxA's responsibilities are the same regardless of who
      hired the CxA.
   B.  Scheduling: The CxA will work with the GC according to established
      protocols to schedule commissioning activities. The CxA will provide
      sufficient notice to the GC for scheduling commissioning activities;
      GC shall integrate all commissioning activities into the master
      construction schedule. All parties will identify and address
      scheduling problems and make necessary notifications in a timely
      manner in order to expedite the commissioning process. The CxA will
      provide the initial schedule of primary commissioning events at the
      commissioning scoping meeting. As construction progresses, a more
      detailed commissioning schedule shall be developed by CxA in
      collaboration with the GC.

3.2   MEETINGS:

   A.  Scoping Meeting: Prior to the start of commissioning activities the
      CxA will schedule, plan and facilitate a commissioning scoping
      meeting which will include the entire Commissioning Team; all members
      of the Commissioning Team shall be in attendance. Meeting minutes
      will be produced by the CxA and distributed to all necessary parties.
   B.  Kickoff Meeting: The CxA facilitates a Commissioning Kickoff meeting
      during the construction phase. The meeting should occur while
      equipment is being installed and before it is started-up. All
      Commissioning Team members shall be present as the process, roles and
      responsibilities and process related questions will be addressed.
      Meeting minutes will be produced by the CxA and distributed to all
      necessary parties.

3.3   Miscellaneous Meetings: If necessary, additional Commissioning meetings will be planned and conducted by the CxA. These meetings will cover coordination, deficiency resolution and planning issues with particular contractor(s). The CxA will plan and facilitate these meetings and will minimize unnecessary time required by contractor(s). Meeting minutes will be produced by the CxA and distributed to all necessary parties. COMMISSIONING PLAN AND SCHEDULE:

   A.   The Commissioning Plan provides guidance in the execution of the commissioning process. It outlines the team's organizational structure, schedule, systems being commissioned and documentation requirements.
   B.   The CxA will submit a commissioning schedule which includes all commissioning related activities; these activities shall be integrated into the master construction schedule maintained by the GC.
   C.   Following the initial commissioning scoping meeting the CxA will update the Commissioning Plan which is then considered the "final" plan; the plan will continue to evolve and expand as the project progresses. Project specifications take precedence over the Commissioning Plan.

3.4   CONSTRUCTION COORDINATION:

   A.   Some sections listed in the Commissioning Plan are meant to be installed in a specific sequence, such that construction work under one section must be partially or fully completed before the construction work of another section can begin. While the CxA will address some of these interrelationships in the Commissioning Plan, it's the General Contractors sole responsibility to ensure proper coordination in construction work between Divisions 23 and 26 allowing for an effective commissioning process.

3.5   REPORTING:

   A.   The CxA will provide regular reports to the Owner and GC with increasing frequency as construction and commissioning progresses.
   B.   The CxA will regularly communicate with all members of the Commissioning Team, keeping them informed of commissioning progress and scheduling changes through memos, progress reports, etc.
   C.   Deficiency and/or non-conforming reports will be provided for contractor correction according to the specifications.

3.6   WRITTEN WORK PRODUCTS:

   A.   The commissioning process generates a number of written work products described throughout various portions of the specifications. The Commissioning Plan lists all the formal written work products, briefly describes their contents, who is responsible for creating them, their due dates and who receives/approves. In summary, the written products are:

| Product | Developed By | Received By | Approved By |
|---|---|---|---|
| Final Cx Plan | CxA | All Cx Team | COR/GC |
| Cx Meeting Minutes | CxA | All Cx Team | N/A |
| Cx Schedules | CxA with GC | All Cx Team | GC |
| Issue Tracking Form (Deficiencies) | CxA | All Cx Team | N/A |
| Cx Site Visit Reports | CxA | All Cx Team | N/A |
| Equipment Documentation Submittals | Contractor(s) | CxA, A/E | A/E, CxA |
| Temperature Control Submittal | TC | CxA, A/E | A/E, CxA |
| Construction Checklists | CxA | Contractor(s) | N/A |
| Startup and Initial Checkout Plan | Contractor(s) & CxA | A/E, CxA | A/E, CxA |
| Startup and Checkout Plan - Completed | Contractor(s) | A/E, CxA | A/E, CxA |
| Balancing Plan and Procedures | TAB Contractor | A/E, CxA | A/E, CxA |
| Final Balancing Report | TAB Contractor | A/E, CxA, COR | A/E, CxA |
| Functional Test Forms | CxA | All Cx Team | GC, Contractor(s), A/E |
| Completed Functional Tests | CxA | GC, A/E, COR | A/E |
| O&M Manuals | GC, Contractor(s) | A/E, CxA, COR | A/E, CxA |
| Overall Training Plan | CxA, GC | CxA, COR, GC | CxA, COR, GC |
| Training Records | Contractor(s) | CxA, COR, GC | CxA, GC |
| Final Commissioning Report | CxA | OR | OR |

3.7   OPR-BOD REVIEW:

   A.   The CxA shall conduct, at a minimum, one commissioning review of the
        Owner's Project Requirements (OPR) and Basis of Design (BOD) for
        design agreement, clarity and completeness. The Owner is responsible
        for providing the OPR and the design team is responsible for
        providing BOD documents to the CxA.

3.8   DESIGN DOCUMENT REVIEWS:

   A.   The CxA shall conduct, at a minimum, one commissioning design
        review of the construction documents. CxA will focus on identify
        areas of concern with the design regarding coordination between
        divisions, constructability, maintenance clearances, operability or
        other commissioning concerns.

B.  Design comments and responses generated as part of this review will be documented and tracked via Dr. Checks. Comments that are not responded to, prior to final design submission, will be added to the Issue Tracking Form and are expected to be resolved during the project.

3.9   EQUIPMENT SUBMITTALS:

A.  The CxA will provide the GC with a specific request for the types of submittal documentation the CxA requires for facilitating commissioning activities. These requests will be integrated into the submittal process and protocol of the construction team. At a minimum, the request will include the manufacturer and model number, the manufacturer's printed installation and detailed start-up procedures, full sequences of operation, O&M data, performance data, any performance test procedures, control drawings and details of contracted tests. In addition, the installation and checkout materials which are actually shipped inside the equipment and the actual field checkout sheet forms to be used by the factory or field technicians shall be submitted to the CxA. All documentation requested by the CxA will be included by the contractor(s) in their O&M manual contributions.

B.  The CxA will review submittals related to the commissioned equipment for conformance to the contract documents as it relates to the commissioning process, to the functional testing of the equipment and adequacy for developing test procedures. This review is intended primarily to aid in the development of functional testing procedures and only secondarily to verify compliance with equipment specifications. The CxA will notify the GC or A/E as requested, of items missing or areas not in conformance with contract documents which require resubmission.

C.  The CxA may request additional design narrative from the A/E and controls contractor, depending on the completeness of the design intent documentation and sequences provided with the Specifications.

D.  These submittals to the CxA do not constitute compliance for O&M manual documentation; O&M manuals are the responsibility of the contractor(s).

E.  Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only. When used, a designation following the "G" designation identifies the office that will review the submittal for the Government. Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Commissioning Schedule; GSD-05 Design Data
Basis of Design; G

Postconstruction Submittals

SD-06 Test Reports
Functional Performance Testing Results; G

Short-Term Diagnostic Testing; G Deficiency Report and
Resolution Record; G

SD-10 Operation and Maintenance Data Operations and
Maintenance Manuals; G Training Plan; G

Operations and Maintenance Database; G

SD-11 Closeout Submittals
Warranty; G

3.10   <u>CONSTRUCTION OBSERVATIONS:</u>

A.   Throughout construction, periodic construction observations may be
     conducted by the CxA with the intent of verifying systems and
     equipment are being installed consistently and meet the Owner's
     Project Requirements and design documents. The CxA will document the
     time, place and general information about the commissioning tasks
     conducted during these construction observations through a field
     report. Major issues identified during the construction observations
     will be documented on the Issue Tracking Form. The CxA may comment
     upon miscellaneous observations which may not be of a type to
     include in the Issue Tracking Form.
B.   Construction observations are an additional and separate
     activity from that conducted by the design team.

3.11   <u>COMMISSIONING ISSUES TRACKING FORM (ITF):</u>

A.   This log is a formal and ongoing record of identified deficiencies,
     problems or concerns pertaining to the commissioned systems or
     individual pieces of equipment. The Issue Tracking Form (ITF)
     identifies where the responsible party has deviated from the OPR,
     contract documents, applicable codes or normal industry practices.
     It becomes the GC's responsibility to receive this log from the CxA,
     follow up and review each item on the list with the appropriate
     contractor(s) and provide feedback.
B.   There is a contractor section identified on the log which is where
     the GC is required to provide feedback and includes the following
     sections:
     1.   Response: This is the GC or contractor(s) response to the
          issue identified by the CxA.Responsible Party: Identifies
          the specific contractor responsible for correcting the
          issue.

C.   The GC shall provide the CxA feedback and updates to the Issue
     Tracking Form within 5 business days of issuance.
D.   The CxA is responsible for the maintenance of the Issue
     Tracking Form.

3.12   <u>START-UP, CONSTRUCTION CHECKLISTS (CCs) AND INITIAL CHECKOUT:</u>

A.   The following procedures apply to all equipment and systems to be
     commissioned. Some systems which are not comprised of actual dynamic
     machinery (e.g. electrical system power quality) may have simplified
     CCs and startup reports.
B.   General:   Construction Checklists are important to ensure equipment
     and systems are installed correctly and operational. Completion of
     CCs ensures functional testing (in-depth system checkout) may proceed
     without unnecessary delays. Each piece of equipment receives full
     checkout, no sampling strategies are used. The CC for each system
     must be successfully completed prior to beginning the Functional
     Testing for each piece of equipment or system.
C.   Installing contractor(s) have start-up responsibility and are
     required to complete systems and sub-systems so they are fully
     functional and meet the design objectives of the contract
     documents. Construction Checklists and Functional Testing do not

relieve or lessen this responsibility or shift any responsibility to the CxA, facility or Owner.

D.  Start-up and Initial Checkout Plan: The primary role of the CxA during the startup and initial checkout phases of construction is to ensure there is written documentation and that each of the manufacturer recommended procedures have been completed.

   1.  Prior to equipment startup the CxA shall provide the GC a Construction Checklist for each component of a system to be commissioned. These checklists should be distributed to appropriate contractor(s) and completed as part of startup and initial checkout process.

   2.  The GC and contractor(s) determine which trade is responsible for executing and documenting each line item task and notes that trade on the form. Each form will likely have more than one trade responsible for its execution requiring coordination by the GC and contractor(s).

   3.  The contractor(s) responsible for the purchase of equipment develops the full start-up plan by combining (or adding to) the CxA's Construction Checklists with the manufacturer's detailed start-up and checkout procedures from the O&M manual and the normally used field checkout sheets. The startup-plan will include checklists and procedures with specific boxes or lines for recording and documenting the checking and inspections of each procedure and a summary statement with a signature block at the end of the plan.The full start-up plan could consist of something as simple as:

       a.  CxA's Construction Checklists.
       b.  Manufacturer's standard written start-up procedures derived from the installation manuals with check boxes by each procedure and a signature block added by hand at the end.
       c.  Manufacturer's normally used field checkout sheets.

   4.  The contractor(s) submit the full startup plan to GC who provides to the CxA for review. A copy of all start-up plan documents shall be stored in the Commissioning Field Book.

   5.  Only individuals that have <u>direct</u> knowledge and witnessed that a line item task on the CC was actually performed shall initial or check that item off. It's not acceptable for witnessing supervisors to fill out these forms.

E.  Sensor and Actuator Calibration:

   1.  All field installed sensors (temperature, relative humidity, CO, $CO_2$, pressure, etc.) gages, and actuators (dampers and valves) on all equipment shall be calibrated using the methods described in other specifications of this volume. Alternate methods may be used only if approved by the Contracting Officer prior to implementation. All test instruments shall have had a certified calibration certificate within the last 12 months. Sensors installed in the unit at the factory with calibration certification provided are not required to be field calibrated. All procedures used shall be fully documented, clearly referencing the procedures followed and written documentation of initial, intermediate and final results.

   2.  Sensor Calibration Methods, All Sensors: Verify all sensor locations are appropriate and away from causes of erratic operation. Verify sensors with shielded cable are grounded only at one end. Calibration of sensors shall be performed and documented

per the requirements of other specification sections within this volume.

3.   Sensors without Transmitters, Standard Application: Calibration of sensors shall be performed and documented per the requirements of other specification sections within this volume. Verify the sensor reading (via the permanent thermostat, gage or Building Automation System (BAS)) is within the allowable tolerances of the instrument measured value. If not, install (and document) an offset in BAS, re-calibrate or replace sensor.

4.   Sensors with Transmitters, Standard Application:  Disconnect sensor. Connect a signal generator in place of sensor. Connect ammeter in series between transmitter and BAS control panel. Using manufacturer's resistance-temperature data, simulate minimum desired temperature. Adjust transmitter potentiometer zero until 4 mA is read bythe ammeter. Repeat for the maximum temperature matching 20 mA to the potentiometer span or maximum and verify at the BAS. Record all values and recalibrate controller as necessary to conform with specified control ramps, reset schedules, proportional relationship, reset relationship and P/I reaction. Reconnect sensor. Make a reading with a calibrated test instrument within 6 inches of the site sensor. Verify that the sensor reading (via the permanent thermostat, gage or BAS) is within the tolerances in the table below of the instrument-measured value. If not, replace sensor and repeat. For pressure sensors, perform a similar process with a suitable signal generator.

5.   Critical Applications: For critical applications (process, manufacturing, etc.) more rigorous calibration techniques may be required for selected sensors. Calibrate these sensors in accordance with requirements documented in other specifications of this volume.

F.   Tolerances, Standard Applications:

1.   All sensors shall be installed with tolerances meeting the minimum standards provided in contract documents.

G.   Valve and Damper Stroke Setup and Check:

1.   BAS Readout: For all valve and damper actuator positions checked, verify the actual position against the BAS readout.

2.   Set pumps or fans to normal operating mode. Command valve or damper closed, visually verify valve or damper is closed and adjust output zero signal as required. Command valve or damper open, verify position is full open and adjust output signal as required. Command valve or damper to a few intermediate positions; if actual valve or damper position doesn't reasonably correspond to BAS reading, replace actuator.

3.   Closure for heating coil valves (NO): Adjust heating setpoint to 20°F above room temperature. Observe valve open. Remove control air or power from the valve and verify that the valve stem and actuator position do not change. Restore to normal. Set heating set point to 20°F below room temperature. Observe the valve close. Restore to normal.

4.   Closure for cooling coil valves (NC): Adjust cooling setpoint to 20°F above room temperature. Observe the valve close. Remove control air or power from the valve and verify that the valve stem and actuator position do not change. Restore to normal. Set cooling set point to 20°F below room temperature. Observe valve open. Restore to normal.

5.   Deficiencies, Non-Conformance and Approval in Checklists and

Startup:The contractor(s) shall clearly list any outstanding items of the initial start-up and Construction Checklists that were not successfully completed. Construction Checklists and any outstanding deficiencies are to be provided to the CxA within two days of test completion.

6. Installing contractor(s) or Vendors shall correct all areas that are deficient or incomplete in the checklists and retest in a timely manner. The CxA shall be notified as soon as outstanding items have been corrected.

7. Construction Checklist or start-up report items left incomplete, which later cause deficiencies or delays in functional testing, may result in back charges to the responsible party. Refer to section 3.16 for details.

3.13 PHASED COMMISSIONING:

A. The project may require startup and initial checkout to be executed in phases. This phasing will be planned and scheduled in a coordination meeting of the CxA, GC, MC, TAB Contractor and TC. Scheduling decisions will be added to the master construction and commissioning schedules.

3.14 TAB VERIFICATION:

A. Purpose: Ensure TAB work is performed in accordance with contract documents, accepted practice and that TAB reports are accurate and complete. The CxA will conduct a review of the provided written TAB plan and procedures, observe in-progress TAB work (as necessary), review Draft Balancing Report, and spot-check TAB measurements.

B. Balancing Plan and Procedures: Submitted by TAB Contractor as specified in Division 23. Reviewed by CxA concurrent with A/E review for conformance to commissioning requirements.

C. Observation of Balancing Work While in Progress:      by CxA, as necessary.

D. Draft Balancing Report: Submitted by TAB Contractor as specified in Division 23. Reviewed by CxA concurrent with A/E review for conformance to Specifications and commissioning requirements.

3.15   <u>FUNCTIONAL TESTING:</u>

A.  Detailed testing will be performed on all installed equipment and systems to ensure operation and performance conform to the design intent and contract documents. All Functional Test (FTs) shall be witnessed by the Commissioning Authority. This sub- section applies to all commissioning functional testing for all divisions.

B.  The specific equipment and modes to be tested are found in the FTs provided by the CxA.

C.  Objectives and Scope: The objective of functional testing is to demonstrate each system is operating according to the documented design intent and contract documents. Functional testing facilitates bringing the systems from a state of substantial completion to full dynamic operation. During the testing process, areas of deficient performance are identified and documented by the CxA; these deficiencies must be corrected for improved operation and functionality of the systems. In general, each system will be operated through all modes of operation (seasonal, occupied, unoccupied, warm-up, cool-down, part- and full-load) where there is a specified system response. Verification of each sequence in the sequences of operation is required. Proper responses to such modes and conditions as power failure, freeze condition, low oil pressure, no flow, equipment failure, etc. will also be tested.

D.  Development of Test Procedures: Prior to test procedures being written, the CxA shall obtain all requested documentation and a current list of change orders affecting equipment or systems, including an updated points list, program code, control sequences and parameters. Using the testing parameters and requirements in this section the CxA shall develop specific test procedures and forms to verify and document proper operation of each piece of equipment and system. Each contractor or Vendor responsible to execute a test shall provide limited assistance to the CxA in developing the procedures review (answering questions about equipment, operation, sequences, etc.). Prior to execution, the CxA shall provide a copy of the test procedures to the GC for distribution to all applicable contractor(s) or Vendors. The GC or applicable contractor(s) shall review the tests for feasibility, safety, equipment and warranty protection. The CxA may submit the tests to the A/E for review, if requested. The CxA shall review factory testing or required Owner contractedtests which the CxA is not responsible to oversee. Redundancy of testing shall be minimized. The purpose of any given specific test is to verify and document compliance with stated design criteria. Functional Tests developed by the CxA shall include (but not be limited to) the following information:

1.  System and equipment or component name(s).

2.  Equipment location and ID number.

3.  Date.

    4.   Project name.

    5.   Participating parties.

    6.   Special cautions, alarm limits, etc.

    7.   Specific step-by-step procedures to execute the test, in a clear, sequential and repeatable format.

    8.   Acceptance criteria of proper performance with a Pass/Fail check box to allow for clearly marking whether or not proper performance of each part of the test was achieved.

    9.   A section for comments.

E.   Test Methods:

    1.   Functional Testing may be achieved by manual testing (persons manipulate the equipment and observe performance) or by monitoring the performance and analyzing the results using the control system's trend log capabilities or by stand-alone data loggers. The CxA may substitute specified methods or require an additional method to be executed, other than what was specified, with the approval of the GC. This may require a change order and adjustment in charge to the Owner. The CxA will determine which method is most appropriate for tests that do not have a method specified.

    2.   Simulated Conditions: Simulating conditions (not by an overwritten value) shall be allowed, though timing the testing to experience actual conditions is encouraged wherever practical.

    3.   Overwritten Values: Overwriting sensor values to simulate a condition, such as overwriting the outside air temperature reading in a control system to be something other than it really is, shall be allowed, but shall be used with caution and avoided when possible. Such testing methods often can only test a part of a system, as the interactions and responses of other systems will be erroneous or not applicable. Simulating a condition is preferable. e.g., for the above case, by heating the outside air sensor with a hair blower rather than overwriting the value or by altering the appropriate set point to see the desired response. Before simulating conditions or overwriting values, sensors, transducers and devices shall have been calibrated.

    4.   Simulated Signals: Using a signal generator which creates a simulated signal to test and calibrate transducers and DDC constants is generally recommended over using the sensor to act as the signal generator via simulated conditions or overwritten values.

    5.   Altering Set Points: Rather than overwriting sensor values, and when simulating conditions is difficult, altering set points to test a sequence is acceptable. For example, to see the AC compressor lockout work at an outside air temperature below 55°F, when the outside air temperature is above 55°F, temporarily change the lockout set point to be 2°F above the current outside air temperature.

    6.   Indirect Indicators: Relying on indirect indicators for responses or performance shall be allowed only after visually and directly verifying and documenting, over the range of the tested parameters, that the indirect readings through the control system represent actual conditions and responses. Much of this verification is completed during start-up and completion of the Construction Checklists.

    7.   Setup: Each function and test shall be performed under conditions

that simulate actual conditions as closely as possible. The contractor(s) executing the test shall provide all necessary materials, system modifications, etc. to produce the necessary flows, pressures, temperatures, etc. to execute the test according to specified conditions. At completion of the test, the contractor(s) shall return all affected building equipment and systems, due to these temporary modifications, to their pre-test condition.

F.      Coordination and Scheduling: Contractor(s) shall provide sufficient notice to the CxA regarding their completion schedule of the Construction Checklists and startup documentation for each piece of equipment to be commissioned. The CxA will schedule FTs through the GC and affected contractor(s). The CxA shall oversee witness and document the functional testing of all equipment and systems while contractor(s) shall execute the tests. Functional Testing is conducted after Construction Checklists and startup documentation has been satisfactorily completed and provided to the CxA for review. The control system must be sufficiently tested and approved by the CxA before it is used for TAB or to verify functionality of other components or systems. Air and water balancing must be completed and debugged before functional testing of air or water related equipment or systems. Testing proceeds from components to subsystems to systems. When the proper functionality of all interacting individual systems has been achieved, the interface or coordinated responses between systems is verified.

3.16 Problem Solving: The CxA may recommend solutions to identified deficiencies however the burden of responsibility to solve, correct and retest problems is with the GC, contractor(s) and A/E. DOCUMENTATION, NON-CONFORMANCE AND APPROVAL OF TESTS:

   A.   Documentation: The CxA shall witness and document the results of all Functional Tests using the specific procedural forms developed for that purpose. Prior to testing, these forms are provided to the GC and contractor(s) for review. The CxA will include completed Functional Test in the final commissioning report.

   B.   Non-Conformance:

        1.   Any instances of deficiency or non-conformance will be noted and reported to GC and Owner utilizing the Issue Tracking Form. The CxA will maintain the ITF and contractor(s) shall be responsible for performing work necessary to resolve identified items.

        2.   The contractor(s) are responsible for all equipment and system deficiencies and troubleshooting throughout all stages of construction and acceptance. Responsibility for correcting and retesting lies solely with contractor(s). The CxA may recommend solutions to problems, but is not required to do so. The contractor(s) shall not rely on such recommendations unless directed in writing to do so by Owner, and shall, in no event, make any claim against the CxA for any such recommendation.

        3.   Corrections of minor deficiencies identified may be made during the tests at the discretion of the CxA. In such cases the deficiency and resolution will be documented on the ITF.

        4.   Every effort will be made to expedite the testing process and minimize unnecessary delays, while not compromising the integrity of the procedures. However, the CxA will not be

pressured into overlooking deficient work or loosening
acceptance criteria to satisfy scheduling or cost issues, unless
there is an overriding reason to do so at the request of the CO.

5.  As tests progress and deficiencies are identified, the CxA
    discusses the issue with the executing contractor(s). The CxA
    documents the deficiency and the contractor(s) response and
    intentions and they go on to another test or sequence. Once the
    Contractor resolves the issue and updates the Issue Tracking
    Form the CxA reschedules the test to confirm issue resolution.

6.  If there is a dispute about a deficiency, regarding whether it
    is a deficiency or who is responsible, the final interpretive
    and acceptance authority is with the Contracting Officer.

    a.  Cost of Retesting:For any identified deficiencies the CxA
        will oversee retesting one time at no additional charge. If
        a second or subsequent retest is required (for any reason)
        the CxA may request additional funding. Compensation shall
        be computed by multiplying hours worked by CxA and CxA's
        established billing rate and then adding the cost of CxA's
        expenses (including by way of example but not limitation:
        air travel, car rental, lodging, reproduction, special
        insurance, procured equipment, leased equipment, delivery
        service, and postage).

    b.  Retesting will not be considered a reason for a claim of
        delay or for a time extension by the contractor(s).

7.  The contractor(s) shall respond in writing to the CxA and GC
    at least as often as commissioning meetings are being
    scheduled concerning the status of each apparent outstanding
    discrepancy identified during commissioning. Discussion shall
    cover explanations of any disagreements and proposals for
    their resolution.

8.  Any required retesting by any contractor shall not be
    considered a justified reason for a claim of delay or for a
    time extension by the GC.

C.  Approval: The CxA notes each satisfactorily demonstrated function
    on the test form. Formal approval of the functional test is made
    later after review by the CxA, A/E, and Owner, if necessary.

3.17  OPERATION AND MAINTENANCE MANUALS:

A.  Standard O&M Manuals:

    1.  CxA Review: Prior to substantial completion, the CxA shall
        review O&M manuals, documentation and redline as-builts for
        systems that were commissioned and to verify compliance with
        Specifications. The CxA will communicate deficiencies in the
        manuals to the GC or A/E, as requested. This work does not
        supersede the A/E's review of the O&M manuals according to the
        A/E's contract. Electronic copies of reline as-builds shall be
        provided to the CxA for systems that were commissioned.

B.  Training of Operations and Maintenance Personnel:

    1.  Comprehensive training of O&M personnel shall be performed by
        the contractor(s), and where appropriate, by other sub-
        contractors, and vendors prior to turnover of building to the
        owner. The training shall include classroom instruction, along
        with hands-on instruction on the installed equipment and

systems.

C.  The GC shall be responsible for training coordination, scheduling
    and for ultimately ensuring training is completed.The CxA shall be
    responsible for reviewing training content for adequacy.

    1.  In addition to these general requirements, the specific
        training requirements of Operation and Maintenance
        Personnel by Contractors and Vendors are specified in
        Divisions 1, 22, 23 and 26.
    2.  Each Contractor and Vendor responsible for training will submit
        a written training plan to the CxA for review. At a minimum,
        the plan shall cover the following elements:

        a.  Equipment (included in training)
        b.  Intended audience
        c.  Location of training
        d.  Objectives
        e.  Subjects covered (description, duration of discussion,
            special methods, etc.)
        f.  Duration of training on each subject
        g.  Instructor for each subject
        h.  Methods (classroom lecture, video, site walk-through,
            actual operational demonstrations, written handouts,
            etc.)
        i.  Instructor and qualifications

    3.  For the primary HVAC equipment, the TC contractor shall provide
        a short discussion of the control of the equipment during the
        mechanical or electrical training conducted by others.
    4.  The GC develops an overall training plan and coordinates and
        schedules the overall training for the commissioned systems.

3.18   DEFERRED FUNCTIONAL TESTING:

    A.  Unforeseen Deferred Tests: If any check or test cannot be completed
        due to the building structure, required occupancy condition or
        other deficiency, execution of Construction Checklists and
        Functional Testing may be delayed upon approval of the PM. These
        tests will be conducted in the same manner as the seasonal tests as
        soon as possible. Services of necessary parties will be negotiated.

3.19   COMMISSIONING REPORT :

    A.  The CxA shall provide a final summary report to the Owner.

        It will focus on evaluating commissioning processissues and
        identifying areas where the process could be improved. All
        acquired documentation, logs, minutes, reports, deficiency lists,
        findings, unresolved issues, etc., will be compiled in appendices
        and provided with the summary report.

    B.  Quantity: Electronic copies as required.

C.   Format: Electronic copies in Adobe Portable Document Format.
D.   Assembly: By CxA.
E.   Contents: (may include any/all of the following but this list is
     not all inclusive)

1.   Executive Summary: including overview of scope, process and
     findings, list of outstanding deficiencies.
2.   Commissioning Plan
3.   Equipment Installation and Startup:

     a.   Construction Checklists: as provided by contractor(s).
     b.   Manufacturers Startup Documents: as provided by
          contractor(s)
     c.   Specification Required Testing: as provided by
          contractor(s) and includes any testing required by design
          specifications including piping and ductwork pressure
          test reports, generator load bank test, etc.

4.   Functional Test Reports

     a.   Functional Tests:    as documentation by CxA.
     b.   Contracted Tests:    as performed by others.

5.   Issues Tracking Log
6.   As-Builts: as provided by A/E, GC or contractor(s).
7.   Operation and Maintenance Manuals: as provided by
     contractor(s).
8.   TAB Report: as provided by TAB contractor
9.   Controls Sensor Calibration Report: as provided by TC
     contractor
10.  Training Reports: as provided by Contractor(s) and Vendors

3.20  WARRANTY:

A.   Warranty Systems Review: Conducted as part of this contract during
     warranty period. Commissioning Team shall assist the CxAin reviewing
     building operation within 10 months after substantial completion
     with Operation & Maintenance staff and building occupants. The CxA
     will issue a Warranty report after the warranty meeting; this report
     will document any warranty issues that have arisen during the
     warranty period and will include recommendations to improve the
     operation of the facility.

END OF SECTION 01 91 00

SECTION 26 32 15.00 10

DIESEL OR NATURAL GAS

GENERATOR SETS

PART 1   GENERAL

1.1   RELATED DOCUMENTS

A.   Drawings and general provisions of the Contract, including General
Conditions and Division 01 Specification Sections, apply to this
Section.

1.2   SUMMARY

A.   This Section includes packaged engine-generator sets suitable for
use in mission critical applications with the features as specified and
indicated.  Engine generators will be used as the primary power source
for the system Number of Generators, size, and voltage to be determined
once load has been determined.

1.3   DEFINITIONS

A.   Emergency Standby Power (ESP): Per ISO 8528: The maximum power
available during a variable electrical power sequence, under the stated
operating conditions, for which a generating set is capable of
delivering in the event of a utility power outage or under test
conditions for up to 200 hours of operation per year with the
maintenance intervals and procedures being carried out as prescribed by
the manufacturers. The permissible average power output (Ppp) over 24
hours of operation shall not exceed 70 percent of the ESP unless
otherwise agreed by the RIC engine manufacturer.

B.   Prime Power (PRP): Per ISO 8528: The maximum power which a
generating set is capable of delivering continuously whilst supplying a
variable electrical load when operated for an unlimited number of hours
per year under the agreed operating conditions with the maintenance
intervals and procedures being carried out as a prescribed by the
manufacturer.  The permissible average power output (Ppp) over 24 hours
of operation shall not exceed 70 percent of the PRP unless otherwise
agreed by the RIC engine manufacturer.

C.   Limited Time running Power (LTP): Per ISO 8528: The maximum power
available, under the agreed operating conditions, for which the
generating set is capable of delivering for up to 500 hours of
operation per year with the maintenance intervals and procedures being
carried out as prescribed by the manufacturers.

D.   Continuous Operating Power (COP): Per ISO 8528: The maximum power
which a generating set is capable of delivering continuously whilst
supplying a constant electrical load when operated for an unlimited
number of hours per year under the agreed operating conditions with the
maintenance intervals and procedures being carried out as a prescribed
by the manufacturer.

E.   Data Center Continuous (DCC): The maximum power which a generating set is capable of delivering continuously whilst supplying a variable or constant electrical load when operated for an unlimited number of hours in a data center application under the agreed operating conditions with the maintenance intervals and procedures being carried out as a prescribed by the manufacturer.  The permissible average power output (Ppp) over 24 hours of operation shall not exceed 100 percent of the DCC rating.

F.   Operational Bandwidth:  The total variation from the lowest to highest value of a parameter over the range of conditions indicated, expressed as a percentage of the nominal value of the parameter.

1.4   ACTION SUBMITTALS

A.   Product Data:  For each type of packaged engine generator indicated.  Include rated capacities, operating characteristics, and furnished specialties and accessories.  In addition, include the following:

1.   Thermal damage curve for generator.

2.   Time-current characteristic curves for generator protective device.

3.   Sound test data, based on a free field requirement.

B.   Shop Drawings:  Detail equipment assemblies and indicate dimensions, weights, and location and size of each field connection.

1.   Dimensioned outline plan and elevation drawings of engine-generator set and other components specified.
2.   Wiring Diagrams:  Control interconnection, Customer connections.

C.   Certifications:

1.   Submit statement of compliance which states the proposed product(s) is certified to the emissions standards required by the location for EPA, stationary emergency application.

1.5   INFORMATIONAL SUBMITTALS

A.   Source quality-control test reports.

1.   Certified summary of prototype-unit test report.  See requirements in Part 2 "Source Quality Control" Article Part A.  Include statement indicating torsional compatibility of components.

2.   Certified Test Report:  Provide certified test report documenting factory test per the requirements of this specification, as well as certified factory test of generator set sensors per NFPA110 level 1.

3.   List of factory tests to be performed on units to be shipped for this Project.

4.   Report of exhaust emissions and compliance statement

certifying compliance with applicable regulations.

B.   Warranty:

1.   Submit manufacturer's warranty statement to be provided for this Project.

1.6   QUALITY ASSURANCE

A.   Installer Qualifications:  Manufacturer's authorized representative who is trained and approved for installation of units required for this Project.

B.   Manufacturer Qualifications:  A qualified manufacturer. Maintain, within 175 of Project site, a service center capable of providing training, parts, and emergency maintenance repairs.

C.   Source Limitations:  Obtain packaged generator sets and auxiliary components through one source from a single manufacturer.

D.   Comply with NFPA 37 (Standard For the Installation and Use of Stationary Combustion Engines and Gas Turbines).

E.   Comply with NFPA 70 (National Electrical Code.  Equipment shall be suitable for use in systems in compliance to Article 700, 701, and 702).

F.   Comply with NFPA 110 (Emergency and Standby Power Systems) requirements for Level 1 emergency power supply system.

G.   Comply with UL 2200.

1.7   PROJECT CONDITIONS

A.   Environmental Conditions: Engine-generator system shall withstand the following environmental conditions without mechanical or electrical damage or degradation of performance capability:

1.   Ambient Temperature:  -23.33 deg C (-10.0 deg F) to 43.33 deg C (110.0 deg F).

2.   Relative Humidity:  0 to 95 percent.

3.   Altitude:  Sea level to 5500.0 feet (1676.4 m).

1.8   WARRANTY

A.   Base Warranty: Manufacturer shall provide base warranty coverage on the material and workmanship of the generator set for a minimum of twenty-four (24) months for Standby product and twelve (12) months for Prime/Continuous product from registered commissioning and start-up.

PART 2   PRODUCTS

2.1   MANUFACTURERS

A.   Manufacturers: The basis for this specification is Cummins Power Generation equipment, approved equals may be considered if equipment performance is shown to meet the requirements herein.

2.2     ENGINE-GENERATOR SET

    A.    Factory-assembled and -tested, engine-generator set.

    B.    Mounting Frame: Maintain alignment of mounted components without depending on concrete foundation; and have lifting attachments.

        1.    Rigging Information: Indicate location of each lifting attachment, generator-set center of gravity, and total package weight in submittal drawings.

    C.    Capacities and Characteristics:

        1.    Power Output Ratings: Electrical output power rating for Standby operation of not less than 600.0, at 80 percent lagging power factor, 120/208, Parallel Wye, Three phase, 4 -wire, 60 hertz.

        2.    Alternator shall be capable of accepting maximum 2900.0 kVA in a single step and be capable of recovering to a minimum of 90% of rated no load voltage.  Following the application of the specified kVA load at near zero power factor applied to the generator set.

        3.    Nameplates:  For each major system component to identify manufacturer's name and address, and model and serial number of component.  The engine-generator nameplate shall include information of the power output rating of the equipment.

    D.    Generator-Set Performance:

        1.    Steady-State Voltage Operational Bandwidth:  0.5 percent of rated output voltage from no load to full load.

        2.    Transient Voltage Performance: Not more than 20 percent variation for 50 percent step-load increase or decrease.  Voltage shall recover and remain within the steady-state operating band within 5 seconds.  On application of a 100% load step the generator set shall recover to stable voltage within 10 seconds.

        3.    Steady-State Frequency Operational Bandwidth:  0.25 percent of rated frequency from no load to full load.

        4.    Steady-State Frequency Stability:  When system is operating at any constant load within the rated load, there shall be no random speed variations outside the steady-state operational band and no hunting or surging of speed.

        5.    Transient Frequency Performance: Not more than   15 percent variation for 50 percent step-load increase or decrease. Frequency shall recover and remain within the steady-state operating band within 5 seconds. On application of a 100% load step, the generator set shall recover to stable frequency within 10 seconds.

        6.    Output Waveform:  At full load, harmonic content measured line to line or line to neutral shall not exceed 5 percent total and 3 percent for any single harmonic.  Telephone influence factor, determined according to NEMA MG 1, shall not exceed 50.

        7.    Sustained Short-Circuit Current: For a 3-phase, bolted short

circuit at system output terminals, system shall supply a minimum of 300 percent of rated full-load current for not less than 8 seconds without damage to generator system components.  For a 1-phase, bolted short circuit at system output terminals, system shall regulate both voltage and current to prevent over-voltage conditions on the non-faulted phases.

8.   Start Time:  Comply with NFPA 110, Level 1, Type 10, system requirements.

9.   Ambient Condition Performance: Engine generator shall be designed to allow operation at full rated load in an ambient temperature under site conditions, based on highest ambient condition.  Ambient temperature shall be as measured at the air inlet to the engine generator for enclosed units, and at the control of the engine generator for machines installed in equipment rooms.

## 2.3   ENGINE

A.   Fuel: Natural Gas or Diesel

B.   Rated Engine Speed:   1800RPM.

C.   Lubrication System:   The following items are mounted on engine or skid:

1.   Lube oil pump: shall be positive displacement, mechanical, full pressure pump.

2.   Filter and Strainer:   Provided by the engine manufacturer of record to provide adequate filtration for the prime mover to be used.

3.   Crankcase Drain:  Arranged for complete gravity drainage to an easily removable container with no disassembly and without use of pumps, siphons, special tools, or appliances.

D.   Engine Fuel System:   The engine fuel system shall be installed in strict compliance to the engine manufacturer's instructions

E.   Main Fuel Pump:   Mounted on engine.   Pump ensures adequate primary fuel flow under starting and load conditions.

F.   Coolant Jacket HeaterElectric-immersion type, factory installed in coolant jacket system.  Comply with NFPA 110 requirements for Level 1 equipment for heater capacity and performance.

1.   Designed for operation on a single 208 VAC, Single phase, 60 Hz power connection. Heater voltage shall be shown on the project drawings.

2.   Installed with isolation valves to isolate the heater for replacement of the element without draining the engine cooling system or significant coolant loss.

3.   Provided with a 24VDC thermostat, installed at the engine thermostat housing.

G.   Governor:  Adjustable isochronous, with speed sensing. The governing system dynamic capabilities shall be controlled as a function of engine coolant temperature to provide fast, stable operation at varying engine operating temperature conditions.  The control system shall actively control the fuel rate as appropriate to the state of the engine generator.  Fuel rate shall be regulated as a function of starting, accelerating to start disconnect speed, accelerating to rated speed, and operating in various isochronous states.

H.   Cooling System:  Closed loop, liquid cooled

   1.   The generator set manufacturer shall provide prototype test data for the specific hardware proposed demonstrating that the machine will operate at rated standby load in an outdoor ambient condition of 50 deg C.

   2.   Coolant:  Solution of 50 percent ethylene-glycol-based antifreeze and 50 percent water, with anticorrosion additives as recommended by engine manufacturer.

   3.   Size of Radiator overflow tank:  Adequate to contain expansion of total system coolant from cold start to 110 percent load condition.

   4.   Expansion Tank:  Constructed of welded steel plate and rated to withstand maximum closed-loop coolant system pressure for engine used.  Equip with gage glass and petcock.

   5.   Temperature Control:  Self-contained, thermostatic-control valve modulates coolant flow automatically to maintain optimum constant coolant temperature as recommended by engine manufacturer.

   6.   Duct Flange:  Generator sets installed indoors shall be provided with a flexible radiator duct adapter flange.

I.   Muffler/Silencer:  Selected with performance as required to meet sound requirements of the application, sized as recommended by engine manufacturer and selected with exhaust piping system to not exceed engine manufacturer's engine backpressure requirements. For generator sets with outdoor enclosures the silencer shall be inside the enclosure.

J.   Air-Intake Filter: Engine-mounted air cleaner with replaceable dry-filter element and restriction indicator.

K.   Starting System:  12 or 24V, as recommended by the engine manufacturer; electric, with negative ground.

   1.   Components:  Sized so they will not be damaged during a full engine-cranking cycle with ambient temperature at maximum specified in Part 1 "Project Conditions" Article.

   2.   Cranking Cycle: As required by NFPA 110 for level 1 systems.

   3.   Battery Cable: Size as recommended by engine manufacturer for cable length as required. Include required interconnecting conductors and connection accessories.

   4.   Battery Compartment:  Factory fabricated of metal with acid-resistant finish.

5.    Battery-Charging Alternator:Factory mounted on engine with solid-state voltage regulation.  The battery charging alternator shall have sufficient capacity to recharge the batteries with all parasitic loads connected within 4 hours after a normal engine starting sequence.

6.    Battery Chargers: Unit shall comply with UL 1236, provide fully regulated, constant voltage, current limited, battery charger for each battery bank.  It will include the following features:

    a.    Operation:  Equalizing-charging rate based on generator set manufacturer's recommendations shall be initiated automatically after battery has lost charge until an adjustable equalizing voltage is achieved at battery terminals.  Unit shall then be automatically switched to a lower float-charging mode and shall continue to operate in that mode until battery is discharged again.

    b.    Automatic Temperature Compensation:  Adjust float and equalize voltages for variations in ambient temperature from minus 20 deg C to plus 40 deg C to prevent overcharging at high temperatures and undercharging at low temperatures.

    c.    Automatic Voltage Regulation:  Maintain constant output voltage regardless of input voltage variations up to plus or minus 10 percent.

    d.    Safety Functions:  Sense abnormally low battery voltage and close contacts providing low battery voltage indication on control and monitoring panel.Sense high battery voltage and loss of ac input or dc output of battery charger.  Either condition shall close contacts that provide a battery-charger malfunction indication at system control and monitoring panel.

    e.    Provide LED indication of general charger condition, including charging, faults, and modes.  Provide a LCD display to indicate charge rate and battery voltage.  Charger shall provide relay contacts for fault conditions as required by NFPA110.

    f.    Enclosure and Mounting:  NEMA, Type 1, wall-mounted cabinet.

2.4    FUEL OIL STORAGE

A.    Comply with NFPA 30.

B.    Sub Base-Mounted Fuel Oil Tank:  Provide a double wall secondary containment type sub base fuel storage tank.  The tank shall be constructed of corrosion resistant steel and shall be UL 142 listed and labeled.  The fuel tank shall include the following features:

1.    Capacity:  Fuel for 36 Hour(s) continuous operation at 100 percent rated power output.

2.    Tank rails and lifting eyes shall be rated for the full dry weight of the tank, genset, and enclosure.

3.   Electrical stub up(s)

4.   Normal & emergency vents

5.   Lockable fuel fill

6.   Mechanical fuel level gauge

7.   High and low level switches to indicate fuel level

8.   Leak detector switch

9.   Sub base tank shall include a welded steel containment basin, sized at a minimum of 110% of the tank capacity to prevent escape of fuel into the environment in the event of a tank rupture.

10.   Fill port with overfill prevention valve (OFPV)

11.   5 gallon fill/spill dam or bucket

12.   Tank design shall meet the regional requirements for the Project location

2.5   CONTROL AND MONITORING

A.   Engine generator control shall be microprocessor based and provide automatic starting, monitoring, protection and control functions for the unit.

B.   Automatic Starting System Sequence of Operation:  When mode-selector switch on the control and monitoring panel is in the automatic position, remote-control contacts in one or more separate automatic transfer switches initiate starting and stopping of generator set. When mode-selector switch is switched to the on position, generator set starts. The off position of same switch initiates generator-set shutdown. (Switches with different configurations but equal functions are acceptable.)  When generator set is running, specified system or equipment failures or derangements automatically shut down generator set and initiate alarms. Operation of the local (generator set-mounted) and/or remote emergency-stop switch also shuts down generator set.

C.   Manual Starting System Sequence of Operation:  Switching on-off switch on the generator control panel to the on position starts generator set.  The off position of same switch initiates generator-set shutdown.  When generator set is running, specified system or equipment failures or derangements automatically shut down generator set and initiate alarms.Operation of the local (generator set-mounted) and/or remote emergency-stop switch also shuts down generator set.

D.   Configuration:  Operating and safety indications, protective devices, system controls, engine gages and associated equipment shall be grouped in a common control and monitoring panel.  Mounting method shall isolate the control panel from generator-set vibration.  AC output power circuit breakers and other output power equipment shall not be mounted in the control enclosure.

E.   Indicating and Protective Devices and Controls:  As required by NFPA 110 for Level 1 system, and the following:

1.    AC voltmeter (3-phase, line to line and line to neutral values).

2.    AC ammeter (3-phases).

3.    AC frequency meter.

4.    AC kW output (total and for each phase).  Display shall indicate power flow direction.

5.    AC kVA output (total and for each phase).  Display shall indicate power flow direction.

6.    AC Power factor (total and for each phase).  Display shall indicate leading or lagging condition.

7.    Ammeter-voltmeter displays shall simultaneously display conditions for all three phases.

8.    Emergency Stop Switch:  Switch shall be a red "mushroom head" pushbutton device complete with lock-out/tag-out provisions. Depressing switch shall cause the generator set to immediately stop the generator set and prevent it from operating.

9.    Fault Reset Switch:  Supply a dedicated control switch to reset/clear fault conditions.

10.   DC voltmeter (alternator battery charging).

11.   Engine-coolant temperature gauge.

12.   Engine lubricating-oil pressure gauge.

13.   Running-time meter.

14.   Generator-voltage and frequency digital raise/lower switches.  Rheostats for these functions are not acceptable. The control shall adjustment of these parameters in a range of plus or minus 5% of the voltage and frequency operating set point (not nominal voltage and frequency values.)  The voltage and frequency adjustment functions shall be disabled when the paralleling breaker is closed.

15.   Fuel tank derangement alarm.

16.   Fuel tank high-level shutdown of fuel supply alarm.

17.   AC Protective Equipment:  The control system shall include over/under voltage, reverse kVAR, reverse kW, over load (kW) short circuit, over current, loss of voltage reference, and over excitation shut down protection.There shall be a ground fault alarm for generator sets rated over 1000 amps, overload warning, and overcurrent warning alarm.

18.   Status LED indicating lamps to indicate remote start signal present at the control, existing shutdown condition, existing alarm condition, not in auto, and generator set running.

19.    A graphical display panel with appropriate navigation devices shall be provided to view all information noted above, as well as all engine status and alarm/shutdown conditions (including those from an integrated engine emission control system).   The display shall also include integrated provisions for adjustment of the gain and stability settings for the governing and voltage regulation systems.

20.    Panel lighting system to allow viewing and operation of the control when the generator room or enclosure is not lighted.

21.    Data Logging:  The control system shall log the latest 20 different alarm and shut down conditions, the total number of times each alarm or shutdown has occurred, and the date and time the latest of these shutdown and fault conditions occurred.

22.    DC control Power Monitoring:  The control system shall continuously monitor DC power supply to the control, and annunciate low or high voltage conditions.  It shall also provide an alarm indicating imminent failure of the battery bank based on degraded voltage recover on loading (engine cranking).

F.   Common Remote Audible Alarm:  Comply with NFPA 110 requirements for Level 1 systems.  Include necessary contacts and terminals in control and monitoring panel.

1.    Overcrank shutdown.

2.    Coolant low-temperature alarm.

3.    Control switch not in auto position.

4.    Battery-charger malfunction alarm.

5.    Battery low-voltage alarm.

G.   Remote Alarm Annunciator:  Comply with NFPA 110.  An LED labeled with proper alarm conditions shall identify each alarm event and a common audible signal shall sound for each alarm condition.

H.   Remote Emergency-Stop Switch:  Flush; wall mounted, unless otherwise indicated; and labeled.  Push button shall be protected from accidental operation.

2.6   GENERATOR OVERCURRENT AND FAULT PROTECTION

A.   Generator Overcurrent Protection:  The generator set shall be provided with a UL Listed/CSA Certified protective device that is coordinated with the alternator provided to prevent damage to the generator set on any possible overload or overcurrent condition external to the machine.  The protective device shall be listed as a utility grade protective device under UL category NRGU.  The control system shall be subject to UL follow-up service at the manufacturing location to verify that the protective system is fully operational as manufactured.  Protector shall perform the following functions:

1.    Initiates a generator kW overload alarm when generator has operated at an overload equivalent to 110 percent of full-rated load for 60 seconds.  Indication for this alarm is integrated with

other generator-set malfunction alarms.

2.    Under single phase or multiple phase fault conditions, or on overload conditions, indicates an alarm conditions when the current flow is in excess of 110% of rated current for more than 10 seconds.

3.    Under single phase or multiple phase fault conditions, operates to switch off alternator excitation at the appropriate time to prevent damage to the alternator.

4.    The operator panel shall indicate the nature of the fault condition as either a short circuit or an overload.

5.    Senses clearing of a fault by other overcurrent devices and controls recovery of rated voltage to avoid overshoot greater than 120% of nominal voltage.

6.    The protective system provided shall not include an instantaneous trip function.

## 2.7    GENERATOR, EXCITER, AND VOLTAGE REGULATOR

A.    Comply with NEMA MG 1.

B.    Drive:  Generator shaft shall be directly connected to engine shaft.  Exciter shall be rotated integrally with generator rotor.

C.    Electrical Insulation:  Class H

D.    Temperature Rise:  105 / Class F environment.

E.    Construction shall prevent mechanical, electrical, and thermal damage due to vibration, over speed up to 125 percent of rating, and heat during operation at 110 percent of rated capacity.

F.    Permanent Magnet Generator (PMG) shall provide excitation power for optimum motor starting and short circuit performance.

G.    Enclosure:  Drip-proof.

H.    Voltage Regulator:  Solid-state type, separate from exciter, providing performance as specified. The voltage regulation system shall be microprocessor-controlled, 3-phase true RMS sensing, full wave rectified, and provide a pulse-width modulated signal to the exciter. No exceptions or deviations to these requirements will be permitted.

I.    Windings:  Two-thirds pitch stator winding and fully linked amortisseur winding.  Alternators operating at voltage higher than 690VAC shall be provided with form-wound stator coils.

J.    Subtransient Reactance: 10 percent maximum, based on the rating of the engine generator set.

## 2.8    OUTDOOR GENERATOR-SET ENCLOSURE

A.    Description:  Sound Attenuated Steel housing.  Multiple panels shall be lockable and provide adequate access to components requiring maintenance.  Instruments, control, and battery system shall be mounted

within enclosure.

B.   Construction:

   1.   Louvers:  Equipped with bird screen to permit air circulation
   when engine is not running while excluding birds and rodents.

   2.   Hinged Doors: With padlocking provisions. Restraint/Hold
   back hardware to prevent door to keep door open at 180 degrees
   during maintenance. Rain lips over all doors.

   3.   Exhaust System:

      a.   Muffler Location:  Within enclosure.

   4.   Hardware: All hardware and hinges shall be stainless steel.

   5.   Wind Rating: Wind rating shall be 150 mph

   6.   Mounting Base: Suitable for mounting on sub-base fuel tank or
   housekeeping pad.

   7.   A weather protective enclosure shall be provided which allows the
   generator set to operate at full rated load with a static pressure drop
   equal to or less than 0.5 inches of water.

C.   Engine Cooling Airflow through Enclosure:  Housing shall provide
ample airflow for engine generator operation at rated load in an
ambient temperature of 50 deg C.

   1.   Louvers:  Fixed-engine, cooling-air inlet and discharge.

   2.   Motorized Louvers:  At engine cooling-air inlet and
   discharge.  Dampers shall be closed to reduce enclosure heat loss
   in cold weather when unit is not operating.  Dampers shall be of a
   "fail open" design to allow airflow in the event of failure

D.   Sound Performance: Reduce the sound level of the engine generator
while operating at full rated load to a maximum of 75 dBA measured at
any location 7 m from the engine generator in a free field environment.

E.   Electrical Provisions

   1.   Compliance with NEC: Package shall comply with the
   requirements of the National Electrical Code for all wiring
   materials and component spacing.

   2.   Provide an internally mounted and wired electrical
   distribution panel to serve the engine generator and enclosure;
   including:

      a.   100 amp distribution panelboard connected to a
      120/240VAC utility service by the installer.

      b.   Two duplex GFI receptacles, one inside the enclosure,
      and a weatherproof receptacle on the outside of the enclosure.

      c.   Factory wired normal AC service from the panelboard to
      the engine coolant heater, alternator heater, and battery charger.

    d.   Interior Lights with Switch: Two three-way switches controlling three AC lamps mounted in vapor tight and gasketed fixtures

    3.   External Electrical Connections: All power and control interconnections shall be made within the perimeter of the enclosure.

F.   Site Provisions:

    1.   Lifting: Complete assembly of engine generator, enclosure, and sub base fuel tank (when used) shall be designed to be lifted into place as a single unit, using spreader bars.

## 2.9   VIBRATION ISOLATION DEVICES

A.   Vibration Isolation:  Generators installed on grade shall be provided with elastomeric isolator pads integral to the generator, unless the engine manufacturer requires use of spring isolation.

## 2.10   FINISHES

A.   Indoor and Outdoor Enclosures and Components:  Powder-coated and baked over corrosion-resistant pretreatment and compatible primer. Manufacturer's standard color or as directed on the drawings.

## 2.11   SOURCE QUALITY CONTROL

A.   Prototype Testing:  Factory test engine-generator set using same engine model, constructed of identical or equivalent components and equipped with identical or equivalent accessories.

    1.   Tests:  Comply with NFPA 110, Level 1 Energy Converters.  In addition, the equipment engine, skid, cooling system, and alternator shall have been subjected to actual prototype tests to validate the capability of the design under the abnormal conditions noted in NFPA110.  Calculations and testing on similar equipment which are allowed under NFPA110 are not sufficient to meet this requirement.

B.   Project-Specific Equipment Tests:  Before shipment, factory test engine-generator set manufactured specifically for this Project. Perform tests at rated load and power factor.  Include the following tests:

    1.   Test engine generator set manufactured for this Project to demonstrate compatibility and functionality.

    2.   Full load run.

    3.   Maximum power.

    4.   Voltage regulation.

    5.   Steady-state governing.

    6.   Single-step load pickup.

    7.    Simulated safety shutdowns.

PART 3   EXECUTION

3.1   INSTALLATION

A.   Comply with packaged engine-generator manufacturers' written installation, application, and alignment instructions and with NFPA 110.

B.   Equipment shall be installed by the contractor in accordance with final submittals and contract documents.  Installation shall comply with applicable state and local codes as required by the authority having jurisdiction.  Install equipment in accordance with manufacturer's instructions and instructions included in the listing or labeling of UL listed products.

C.   Installation of equipment shall include furnishing and installing all interconnecting wiring between all major equipment provided for the on-site power system.  The contractor shall also perform interconnecting wiring between equipment sections (when required), under the supervision of the equipment supplier.

D.   Equipment shall be installed on concrete housekeeping pads.  Equipment shall be permanently fastened to the pad in accordance with manufacturer's instructions and seismic requirements of the site.

E.   Equipment shall be initially started and operated by representatives of the manufacturer.  All protective settings shall be adjusted as instructed by the consulting engineer.

F.   All equipment shall be physically inspected for damage.  Scratches and other installation damage shall be repaired prior to final system testing.  Equipment shall be thoroughly cleaned to remove all dirt and construction debris prior to initial operation and final testing of the system.

G.   On completion of the installation by the electrical contractor, the generator set supplier shall conduct a site evaluation to verify that the equipment is installed per manufacturer's recommended practice.

3.2   ON-SITE ACCEPTANCE TEST

A.   The complete installation shall be tested to verify compliance with the performance requirements of this specification following completion of all site work.  Testing shall be conducted by representatives of the manufacturer, with required fuel supplied by Contractor.  The Engineer shall be notified in advance and shall have the option to witness the tests.  The generator set manufacturer shall provide a site test specification covering the entire system.  Tests shall include:

B.   Prior to start of active testing, all field connections for wiring, power conductors, and bus bar connections shall be checked for proper tightening torque.

C.   Installation acceptance tests to be conducted on site shall include a "cold start" test, a two hour full load (resistive) test, and a one-step rated load pickup test in accordance with NFPA 110.  Provide a resistive load bank and make temporary connections for full load

test, if necessary.

D.    Perform a power failure test on the entire installed system.  This test shall be conducted by opening the power supply from the utility service, and observing proper operation of the system for at least 4 hours. The Generator supplier will provide a portable resistive load bank and make connections to test. Coordinate timing and obtain approval for start of test with site personnel.

3.3    TRAINING

A.    The equipment supplier shall provide training for the facility operating personnel covering operation and maintenance of the equipment provided.  The training program shall be not less than 4 hours in duration and the class size shall be limited to 10 persons.  Training date shall be coordinated with the facility owner.

3.4    FIELD QUALITY CONTROL

A.    Manufacturer's Field Service:  Engage a factory-authorized service representative to inspect components, assemblies, and equipment installations, including connections, and to assist in testing.

3.5    SERVICE AND SUPPORT

A.    The generator set supplier shall maintain service parts inventory for the entire power system at a central location which is accessible to the service location 24 hours per day, 365 days per year.   The inventory shall have a commercial value of $3 million or more.  The manufacturer of the generator set shall maintain a central parts inventory to support the supplier, covering all the major components of the power system, including engines, alternators, control systems, paralleling electronics, and power transfer equipment.

B.    The generator set shall be serviced by a local service organization that is trained and factory certified in generator set service.  The supplier shall maintain an inventory of critical power system replacement parts in the local service location.  Service vehicles shall be stocked with critical replacement parts.  The service organization shall be on call 24 hours per day, 365 days per year.  The service organization shall be physically located within 175 miles of the site.

C.    The manufacturer shall maintain model and serial number records of each generator set provided for at least 20 years.

   -- End of Section --

SECTION 31 00 00

EARTHWORK

PART 1   GENERAL

1.1   CRITERIA FOR BIDDING

Base bids on the following criteria:

a.  Surface elevations are as indicated.

b.  Pipes or other artificial obstructions, except those indicated, will
    not be encountered.

c.  Ground water elevations indicated by the boring log were those existing
    at the time subsurface investigations were made and do not necessarily
    represent ground water elevation at the time of construction.

d.  Material character is indicated by the boring logs.

e.  All excavations must be made in accordance with all applicable safety
    requirements including USACE EM 385-1 & OSHA requirements.  All
    excavation benching, slope, shoring and any other safety procedures
    shall be included in the bid.

1.2   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

        AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS
        (AASHTO)

AASHTO T 146                    (2008) Standard Method of Test for Wet
                                Preparation of Disturbed Soil Samples for
                                Test

AASHTO T 180                    (2015) Standard Method of Test for
                                Moisture-Density Relations of Soils Using
                                a 4.54-kg (10-lb) Rammer and a 457-mm
                                (18-in.) Drop

AASHTO T 224                    (2010) Standard Method of Test for
                                Correction for Coarse Particles in the
                                Soil Compaction Test

AASHTO T 90                     (2016) Standard Method of Test for
                                Determining the Plastic Limit and
                                Plasticity Index of Soils

        AMERICAN WATER WORKS ASSOCIATION (AWWA)

AWWA C600                       (2010) Installation of Ductile-Iron Water
                                Mains and Their Appurtenances

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

ASTM INTERNATIONAL (ASTM)

| | |
|---|---|
| ASTM C117 | (2013) Standard Test Method for Materials Finer than 75-um (No. 200) Sieve in Mineral Aggregates by Washing |
| ASTM C136 | (2006) Standard Test Method for Sieve Analysis of Fine and Coarse Aggregates |
| ASTM C136/C136M | (2014) Standard Test Method for Sieve Analysis of Fine and Coarse Aggregates |
| ASTM D1140 | (2014) Amount of Material in Soils Finer than the No. 200 (75-micrometer) Sieve |
| ASTM D1556/D1556M | (2015; E 2016) Standard Test Method for Density and Unit Weight of Soil in Place by Sand-Cone Method |
| ASTM D1557 | (2012; E 2015) Standard Test Methods for Laboratory Compaction Characteristics of Soil Using Modified Effort (56,000 ft-lbf/ft3) (2700 kN-m/m3) |
| ASTM D2487 | (2011) Soils for Engineering Purposes (Unified Soil Classification System) |
| ASTM D4318 | (2010; E 2014) Liquid Limit, Plastic Limit, and Plasticity Index of Soils |
| ASTM D4546 | (2014) Standard Test Methods for One-Dimensional Swell or Collapse of Soils |
| ASTM D6938 | (2015) Standard Test Method for In-Place Density and Water Content of Soil and Soil-Aggregate by Nuclear Methods (Shallow Depth) |
| ASTM D698 | (2012; E 2014; E 2015) Laboratory Compaction Characteristics of Soil Using Standard Effort (12,400 ft-lbf/cu. ft. (600 kN-m/cu. m.)) |

TEXAS DEPARTMENT OF TRANSPORTATION (TXDOT))

| | |
|---|---|
| TXDOT | (2014) Standard Specifications for Highway and Bridge Construction |

U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA)

| | |
|---|---|
| EPA 600/4-79/020 | (1983) Methods for Chemical Analysis of Water and Wastes |
| EPA SW-846.3-3 | (1999, Third Edition, Update III-A) Test Methods for Evaluating Solid Waste: Physical/Chemical Methods |

Construct Modular For El Paso Central Processing Center (CPC)                          W9126G19C0025

1.3    DEFINITIONS

1.3.1    Satisfactory Materials

Satisfactory materials comprise any materials classified by ASTM D2487 as
GW, GP, GM, GP-GM, GW-GM, GC, GP-GC, GM-GC, SW, SP, SC, and SM-SC.
Satisfactory materials for grading comprise stones less than 8 inches,
except for fill material for pavements which comprise stones less than 3
inches in any dimension and for fill material for structures described in
the paragraph, Structural Fill.  Materials containing clays should be
checked for expansive properties.Subgrade classified as marginally
expansive in accordance with paragraph EXPANSIVE SOILS shall be treated as
follows unless the construction documents require alternative measures for
mitigation of expansive soils. The upper 6 inches of marginally expansive
soils shall be compacted at a moisture content between 0 percent to 3
percent above optimum moisture per ASTM D1557. Expansive soils shall be
considered unsatisfactory and treated as such.

1.3.2    Unsatisfactory Materials

Materials which do not comply with the requirements for satisfactory
materials are unsatisfactory.  Unsatisfactory materials also include
man-made fills; trash; refuse; backfills from previous construction; and
material classified as satisfactory which contains root and other organic
matter or frozen material.  Notify the Contracting Officer when
encountering any contaminated materials.

1.3.3    Cohesionless and Cohesive Materials

Cohesionless materials include materials classified in ASTM D2487 as GW,
GP, SW, and SP.  Cohesive materials include materials classified as GC, SC,
ML, CL, MH, and CH.  Materials classified as GM and SM will be identified
as cohesionless only when the fines are nonplastic.  Perform testing,
required for classifying materials, in accordance with ASTM D4318,
ASTM C136/C136M and ASTM D1140.

1.3.4    Degree of Compaction

Degree of compaction required, except as noted in the second sentence, is
expressed as a percentage of the maximum density obtained by the test
procedure presented in ASTM D1557 abbreviated as a percent of laboratory
maximum density.  Since ASTM D1557 applies only to soils that have 30
percent or less by weight of their particles retained on the 3/4 inch
sieve, express the degree of compaction for material having more than 30
percent by weight of their particles retained on the 3/4 inch sieve as a
percentage of the maximum density in accordance with AASHTO T 180 and
corrected with AASHTO T 224.  To maintain the same percentage of coarse
material, use the "remove and replace"  procedure as described in NOTE 8 of
Paragraph 7.2 in AASHTO T 180.

1.3.5    Hard/Unyielding Materials

Hard/Unyielding materials comprise weathered rock, dense consolidated
deposits, or conglomerate materials which are not included in the
definition of "rock" with stones greater than 3 inch in any dimension or as
defined by the pipe manufacturer, whichever is smaller.  These materials
usually require the use of heavy excavation equipment, ripper teeth, or
jack hammers for removal.

1.3.6   Rock

Solid homogeneous interlocking crystalline material with firmly cemented,
laminated, or foliated masses or conglomerate deposits, neither of which
can be removed without systematic drilling and blasting, drilling and the
use of expansion jacks or feather wedges, or the use of backhoe-mounted
pneumatic hole punchers or rock breakers; also large boulders, buried
masonry, or concrete other than pavement exceeding 1/2 cubic yard in
volume.  Removal of hard material will not be considered rock excavation
because of intermittent drilling and blasting that is performed merely to
increase production.

1.3.7   Unstable Material

Unstable materials are too wet to properly support the utility pipe,
conduit, or appurtenant structure.

1.3.8   Select Granular Material

1.3.8.1   General Requirements

Select granular material consist of materials classified as GW and SW by
ASTM D2487 where indicated.  The liquid limit of such material must not
exceed 35 percent when tested in accordance with ASTM D4318.  The
plasticity index must not be greater than 12 percent when tested in
accordance with ASTM D4318, and not more than 35 percent by weight may be
finer than No. 200 sieve when tested in accordance with ASTM D1140.

For pipe bedding, not more than 1 percent of the material by weight will be
retained on the 1/2 inch sieve.

1.3.9   Initial Backfill Material

Initial backfill consists of select granular material or satisfactory
materials free from rocks 2 inches or larger in any dimension or free from
rocks of such size as recommended by the pipe manufacturer, whichever is
smaller.  When the pipe is coated or wrapped for corrosion protection, free
the initial backfill material of stones larger than 1 inch in any dimension
or as recommended by the pipe manufacturer, whichever is smaller.

1.3.10   Expansive and Marginally Expansive Soils

Expansive and marginally expansive soils are defined.

| Description | Percent Fines (-#200 sieve) [1] | Plasticity Index [2] | Additional Testing |
|---|---|---|---|
| Non-expansive | >20% | <15 | None |
| Potentially Expansive | >20% | >15 | Perform Swell Test [3] |

| Description | % Swell [3] |
|---|---|
| Non-Expansive | <1 |

| Description | Percent Fines (-#200 sieve) [1] | Plasticity Index [2] | Additional Testing |
|---|---|---|---|
| Marginally Expansive | 1-3 | | |
| Expansive | >3 | | |

ASTM D1557[1] Tested in accordance with ASTM C117.
[2] Tested in accordance with AASHTO T 90 (wet prep per AASHTO T 146).
[3] Swell Test: Samples for swell tests shall be re-molded to 95 percent of maximum dry density at optimum moisture as determined by ASTM D1557 and tested for one-dimensional expansion in accordance with the applicable portions of ASTM D4546 applying a surcharge of 144 psf.

## 1.3.11   Structural Fill

Clean on-site native soils with low-expansive potentials or imported materials may be used as fill material under foundations and interior slabs on grade compacted as follows:

| | Minimum Percent Material Compaction (ASTM D1557) |
|---|---|
| On-site soil, reworked and fill | 95 |
| Imported Soil | 95 |
| Aggregate base course below slabs-on-grade | 95 |

On-site and imported soils should be compacted within a water content range of two percent below to three percent above optimum.

## 1.3.11.1   Imported Soils

Imported soils should conform to the following:

| Gradation (ASTM C136) | Percent Finer by Weight |
|---|---|
| 6 inches | 100 |
| 4 inches | 85-100 |
| 3/4 inches | 70-100 |
| No. 4 Sieve | 50-100 |
| No. 200 Sieve | 30 (max) |

| Gradation (ASTM C136) | Percent Finer by Weight |
|---|---|
| Maximum Soluble Sulfates (%) | 0.10 |
| Maximum PLasticity Index (PI) | 5 |

## 1.4   SYSTEM DESCRIPTION

Subsurface soil boring logs are appended to the SPECIAL CONTRACT
REQUIREMENTS.  These data represent the best subsurface information
available; however, variations may exist in the subsurface between boring
locations.

### 1.4.1   Classification of Excavation

No consideration will be given to the nature of the materials, and all
excavation will be designated as unclassified excavation.

### 1.4.2   Blasting

Blasting will not be permitted.

## 1.5   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Shoring

SD-03 Product Data

Utilization of Excavated Materials

Excavated Material Properties; G

Imported Material Properties; G

SD-06 Test Reports

Testing; G

Borrow Site Testing; G

Within 24 hours of conclusion of physical tests, submit 4 copies
of test results, including calibration curves and results of
calibration tests.

SD-07 Certificates

Testing; G

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

PART 2   PRODUCTS

2.1   REQUIREMENTS FOR OFFSITE SOILS

Test offsite soils brought in for use as backfill for Total Petroleum
Hydrocarbons (TPH), Benzene, Toluene, Ethyl Benzene, and Xylene (BTEX) and
full Toxicity Characteristic Leaching Procedure (TCLP) including
ignitability, corrosivity and reactivity.  Backfill shall contain a maximum
of 100 parts per million (ppm) of total petroleum hydrocarbons (TPH) and a
maximum of 10 ppm of the sum of Benzene, Toluene, Ethyl Benzene, and Xylene
(BTEX) and shall pass the TCPL test.  Determine TPH concentrations by using
EPA 600/4-79/020 Method 418.1.  Determine BTEX concentrations by using
EPA SW-846.3-3 Method 5030/8020.  Perform TCLP in accordance with
EPA SW-846.3-3 Method 1311.  Provide Borrow Site Testing for TPH, BTEX and
TCLP from a composite sample of material from the borrow site, with at
least one test from each borrow site.  Do not bring material onsite until
tests have been approved by the Contracting Officer.

For offsite soil provide testing data for Gradation (ASTM C136),
Classification (ASTM D2487), Plasticity Index (ASTM D4318/AASHTO T 90) &
Swell (ASTM D4546).  Submit additional testings for potentially expansive
soils as described in paragraph EXPANSIVE AND MARGINALLY EXPANSIVE SOILS.
Imported material properties shall be provided for every 1,000 CY imported
or as required by the Contracting Officer.

2.2   EXCAVATED MATERIAL INTENDED FOR REUSE

For excavated material intended for reuse, provide testing data for
Gradation (ASTM C136), Classification (ASTM D2487), Plasticity Index
(ASTM D4318/AASHTO T 90) & Swell (ASTM D4546). Submit additional testings
for potentially expansive soils as described in paragraph EXPANSIVE AND
MARGINALLY EXPANSIVE SOILS.  Excavated material properties shall be
provided for every 1,000 CY provided or as required by the Contracting
Officer.

2.3   BURIED WARNING AND IDENTIFICATION TAPE

Provide polyethylene plastic and metallic core or metallic-faced, acid- and
alkali-resistant, polyethylene plastic warning tape manufactured
specifically for warning and identification of buried utility lines.
Provide tape on rolls,  3 inches minimum width, color coded as specified
below for the intended utility with warning and identification imprinted in
bold black letters continuously over the entire tape length.  Warning and
identification to read, "CAUTION, BURIED (intended service) LINE BELOW" or
similar wording.  Provide permanent color and printing, unaffected by
moisture or soil.

                 Warning Tape Color Codes

    Red          Electric

    Yellow       Gas, Oil; Dangerous Materials

    Orange       Telephone and Other Communications

    Blue         Water Systems

Warning Tape Color Codes

Green          Sewer Systems

White          Steam Systems

Gray           Compressed Air

2.3.1   Warning Tape for Metallic Piping

Provide acid and alkali-resistant polyethylene plastic tape conforming to
the width, color, and printing requirements specified above, with a minimum
thickness of 0.003 inch and a minimum strength of 1500 psi lengthwise, and
1250 psi crosswise, with a maximum 350 percent elongation.

2.3.2   Detectable Warning Tape for Non-Metallic Piping

Provide polyethylene plastic tape conforming to the width, color, and
printing requirements specified above, with a minimum thickness of 0.004
inch, and a minimum strength of 1500 psi lengthwise and 1250 psi
crosswise.  Manufacture tape with integral wires, foil backing, or other
means of enabling detection by a metal detector when tape is buried up to 3
feet deep.  Encase metallic element of the tape in a protective jacket or
provide with other means of corrosion protection.

2.4   DETECTION WIRE FOR NON-METALLIC PIPING

Insulate a single strand, solid copper detection wire with a minimum of 12
AWG.

2.5   MATERIAL FOR RIP-RAP

Provide bedding material, filter fabric,  and rock conforming to these
requirements for construction indicated.

2.5.1   Bedding Material

Provide bedding material consisting of sand, gravel, or crushed rock, well
graded, with a maximum particle size of 2 inches.  Compose material of
tough, durable particles.  Allow fines passing the No. 200 standard sieve
with a plasticity index less than six.

2.5.2   Rock

TXDOT Section 602 Table 602.2.2:1 Class A or B.

PART 3   EXECUTION

3.1   GENERAL EXCAVATION

Perform excavation of every type of material encountered within the limits
of the project to the lines, grades, and elevations indicated and as
specified.  Perform the grading in accordance with the typical sections
shown and the tolerances specified in paragraph FINISHING.  Transport
satisfactory excavated materials and place in fill or embankment within the
limits of the work.  Excavate unsatisfactory materials encountered within
the limits of the work below grade and replace with satisfactory materials
as directed.Include such excavated material and the satisfactory material

ordered as replacement in excavation.  Dispose surplus satisfactory
excavated material not required for fill or embankment in areas approved
for surplus material storage or designated waste areas.  Dispose
unsatisfactory excavated material in designated waste or spoil areas.
During construction, perform excavation and fill in a manner and sequence
that will provide proper drainage at all times.  Excavate material required
for fill or embankment in excess of that produced by excavation within the
grading limits from the borrow areas indicated or from other approved areas
selected by the Contractor as specified.  Perform all excavations in
accordance with all applicable safety requirements including USACE EM 385-1
& OSHA requirements.

3.1.1   Retention/Detention Areas, Ditches, Gutters, and Channel Changes

Finish excavation of retention/detection areas, ditches, gutters, and
channel changes by cutting accurately to the cross sections, grades, and
elevations shown on Civil Grading Drawings.Do not excavate ditches and
gutters below grades shown.  Backfill the excessive open ditch or gutter
excavation with satisfactory, thoroughly compacted, material or with
suitable stone or cobble to grades shown.  Dispose excavated material as
shown or as directed, except in no case allow material be deposited a
maximum 4 feet from edge of a ditch.  Maintain excavations free from
detrimental quantities of leaves, brush, sticks, trash, and other debris
until final acceptance of the work.

3.1.2   Drainage Structures

Make excavations to the lines, grades, and elevations shown, or as
directed.  Provide trenches and foundation pits of sufficient size to
permit the placement and removal of forms for the full length and width of
structure footings and foundations as shown.  Clean rock or other hard
foundation material of loose debris and cut to a firm, level, stepped, or
serrated surface.  Remove loose disintegrated rock and thin strata.  Do not
disturb the bottom of the excavation when concrete or masonry is to be
placed in an excavated area.  Do not excavate to the final grade level
until just before the concrete or masonry is to be placed.

3.1.3   Drainage

Provide for the collection and disposal of surface and subsurface water
encountered during construction.  Completely drain construction site during
periods of construction to keep soil materials sufficiently dry.  Construct
storm drainage features (ponds/basins) at the earliest stages of site
development, and throughout construction grade the construction area to
provide positive surface water runoff away from the construction activity
and/or provide temporary ditches, swales, and other drainage features and
equipment as required to maintain dry soils.  When unsuitable working
platforms for equipment operation and unsuitable soil support for
subsequent construction features develop, remove unsuitable material and
provide new soil material as specified herein.It is the responsibility of
the Contractor to assess the soil and ground water conditions presented by
the plans and specifications and to employ necessary measures to permit
construction to proceed.

3.1.4   Trench Excavation Requirements

Excavate the trench as recommended by the manufacturer of the pipe to be
installed.  Slope trench walls below the top of the pipe, or make vertical,
and of such width as recommended in the manufacturer's printed installation

manual.  Provide vertical trench walls where no manufacturer's printed
installation manual is available.  Shore trench walls, cut back to a stable
slope, or provide with equivalent means of protection for employees who may
be exposed to moving ground or cave in as required by OSHA and USACE EM
385-1-1.  Give special attention to slopes which may be adversely affected
by weather or moisture content.  Do not exceed the trench width below the
pipe top of 24 inches plus pipe outside diameter (O.D.) for pipes of less
than 24 inches inside diameter, and do not exceed 36 inches plus pipe
outside diameter for sizes larger than 24 inches inside diameter.  Where
recommended trench widths are exceeded, provide redesign, stronger pipe, or
special installation procedures by the Contractor.  The Contractor is
responsible for the cost of redesign, stronger pipe, or special
installation procedures without any additional cost to the Government.

3.1.4.1   Bottom Preparation

Grade the bottoms of trenches accurately to provide uniform bearing and
support for the bottom quadrant of each section of the pipe.  Excavate bell
holes to the necessary size at each joint or coupling to eliminate point
bearing.  Remove stones of 2 inches or greater in any dimension, or as
recommended by the pipe manufacturer, whichever is smaller, to avoid point
bearing.

3.1.4.2   Removal of Unyielding Material

Where unyielding material is encountered in the bottom of the trench,
remove such material 12 inches below the required grade and replaced with
suitable materials as provided in paragraph BACKFILLING AND COMPACTION.

3.1.4.3   Removal of Unstable Material

Where unstable material is encountered in the bottom of the trench, remove
such material to the depth directed and replace it to the proper grade with
select granular material as provided in paragraph BACKFILLING AND
COMPACTION.  When removal of unstable material is required due to the
Contractor's fault or neglect in performing the work, the Contractor is
responsible for excavating the resulting material and replacing it without
additional cost to the Government.

3.1.4.4   Excavation for Appurtenances

Provide excavation for manholes, catch-basins, inlets, or similar
structures of sufficient size to permit the placement and removal of forms
for the full length and width of structure footings and foundations as
shown.  Clean rock or loose debris and cut to a firm surface either level,
stepped, or serrated, as shown or as directed.  Remove loose disintegrated
rock and thin strata.  Specify removal of unstable material.  When concrete
or masonry is to be placed in an excavated area, take special care not to
disturb the bottom of the excavation.  Do not excavate to the final grade
level until just before the concrete or masonry is to be placed.

3.1.5   Underground Utilities

The Contractor is responsible for movement of construction machinery and
equipment over pipes and utilities during construction.  Perform work
adjacent to non-Government utilities as indicated in accordance with
procedures outlined by utility company.  For government owned utilities,
excavation made with power-driven equipment is not permitted within 2  feet
of known Government-owned utility or subsurface construction.  For work

immediately adjacent to or for excavations exposing a utility or other
buried obstruction, excavate by hand.  Start hand excavation on each side
of the indicated obstruction and continue until the obstruction is
uncovered or until clearance for the new grade is assured.  Support
uncovered lines or other existing work affected by the contract excavation
until approval for backfill is granted by the Contracting Officer.  Report
damage to utility lines or subsurface construction immediately to the
Contracting Officer.

3.1.6   Structural Excavation

Excavate building area to a minimum depth of 8 feet below bottom of
footing elevation or 8 feet below the existing grade whichever is deeper.
Excavation limits extend laterally a minimum of ten feet beyond the
perimeter of the building. Scarify, moisten or dry as required, then
recompact bottom of excavation to a minimum depth of 10 inches. Refill with
satisfactory, non-expansive engineered fill material per structural fill
requirements.  Ensure that footing subgrades have been inspected and
approved by the Contracting Officer prior to concrete placement.

3.2   SELECTION OF BORROW MATERIAL

Select borrow material to meet the requirements and conditions of the
particular fill or embankment for which it is to be used.  Obtain borrow
material from the borrow areas from approved private sources.  The
Contractor is responsible for obtaining the right to procure material, pay
royalties and other charges involved, and bear the expense of developing
the sources, including rights-of-way for hauling from the owners.  With the
exception of suitable material generated from excavations, do not obtain
borrow within the limits of the project site without prior written
approval.  Consider necessary clearing, grubbing, and satisfactory drainage
of borrow pits and the disposal of debris thereon related operations to the
borrow excavation.

3.3   SHORING

3.3.1   General Requirements

Submit a Shoring and Sheeting plan for approval 15 days prior to starting
work.  Submit drawings and calculations, certified by a registered
professional engineer, describing the methods for shoring and sheeting of
excavations.  Finish shoring, including sheet piling, and install as
necessary to protect workmen, banks, adjacent paving, structures, and
utilities.  Remove shoring, bracing, and sheeting as excavations are
backfilled, in a manner to prevent caving.

3.4   GRADING AREAS

Where indicated, divide work into grading areas within which satisfactory
excavated material will be placed in embankments, fills, and required
backfills.  Do not haul satisfactory material excavated in one grading area
to another grading area except when so directed in writing.  Place and
grade stockpiles of satisfactory and unsatisfactory as specified.  Keep
stockpiles in a neat and well drained condition, giving due consideration
to drainage at all times.  Clear, grub, and seal by rubber-tired equipment,
the ground surface at stockpile locations; separately stockpile excavated
satisfactory and unsatisfactory materials.  Protect stockpiles of
satisfactory materials from contamination which may destroy the quality and
fitness of the stockpiled material.  If the Contractor fails to protect the

stockpiles, and any material becomes unsatisfactory, remove and replace
such material with satisfactory material from approved sources.

## 3.5   FINAL GRADE OF SURFACES TO SUPPORT CONCRETE

Do not excavate to final grade until just before concrete is to be
placed.   Only use excavation methods that will leave the foundation rock
in a solid and unshattered condition.  Roughen the level surfaces, and cut
the sloped surfaces, as indicated, into rough steps or benches to provide a
satisfactory bond.  Protect shales from slaking and all surfaces from
erosion resulting from ponding or water flow.

## 3.6   GROUND SURFACE PREPARATION

### 3.6.1   General Requirements

Remove and replace unsatisfactory material with satisfactory materials, as
directed by the Contracting Officer, in surfaces to receive fill or in
excavated areas.  Scarify the surface to a depth of 6 inches before the
fill is started.  Plow, step, bench, or break up sloped surfaces steeper
than 1 vertical to 4 horizontal so that the fill material will bond with
the existing material.  When subgrades are less than the specified density,
break up the ground surface to a minimum depth of 6 inches, pulverizing,
and compacting to the specified density.  When the subgrade is part fill
and part excavation or natural ground, scarify the excavated or natural
ground portion to a depth of 12 inches and compact it as specified for the
adjacent fill.

### 3.6.2   Frozen Material

Do not place material on surfaces that are muddy, frozen, or contain
frost.  Finish compaction by sheepsfoot rollers, pneumatic-tired rollers,
steel-wheeled rollers, or other approved equipment well suited to the soil
being compacted.  Moisten material as necessary to provide the moisture
content that will readily facilitate obtaining the specified compaction
with the equipment used.

## 3.7   UTILIZATION OF EXCAVATED MATERIALS

Dispose unsatisfactory materials removing from excavations into designated
waste disposal or spoil areas.  Use satisfactory material removed from
excavations, insofar as practicable, in the construction of fills,
embankments, subgrades, shoulders, bedding (as backfill), and for similar
purposes.  Submit procedure and location for disposal of unused
satisfactory material.  Submit proposed source of borrow material.  Do not
waste any satisfactory excavated material without specific written
authorization.  Dispose of satisfactory material, authorized to be wasted,
in designated areas approved for surplus material storage or designated
waste areas as directed. Clear and grub newly designated waste areas on
Government-controlled land before disposal of waste material thereon.
Stockpile and use coarse rock from excavations for constructing slopes or
embankments adjacent to streams, or sides and bottoms of channels and for
protecting against erosion.  Do not dispose excavated material to obstruct
the flow of any stream, endanger a partly finished structure, impair the
efficiency or appearance of any structure, or be detrimental to the
completed work in any way.

3.8   BURIED TAPE AND DETECTION WIRE

3.8.1   Buried Warning and Identification Tape

  Provide buried utility lines with utility identification tape.  Bury tape
  12 inches below finished grade; under pavements and slabs, bury tape 6
  inches below top of subgrade.

3.8.2   Buried Detection Wire

  Bury detection wire directly above non-metallic piping at a distance not to
  exceed 12 inches above the top of pipe.  Extend the wire continuously and
  unbroken, from manhole to manhole.  Terminate the ends of the wire inside
  the manholes at each end of the pipe, with a minimum of 3 feet of wire,
  coiled, remaining accessible in each manhole.  Furnish insulated wire over
  its entire length.   Install wires at manholes between the top of the
  corbel and the frame, and extend up through the chimney seal between the
  frame and the chimney seal.  For force mains, terminate the wire in the
  valve pit at the pump station end of the pipe.

3.9   BACKFILLING AND COMPACTION

  Place backfill adjacent to any and all types of structures, in successive
  horizontal layers of loose material not more than 8 inches in depth.
  Compact to at least 90 percent laboratory maximum density for cohesive
  materials or 95 percent laboratory maximum density for cohesionless
  materials, to prevent wedging action or eccentric loading upon or against
  the structure.  Backfill material must be within the range of -2 to +2
  percent of optimum moisture content at the time of compaction.

  Prepare ground surface on which backfill is to be placed and provide
  compaction requirements for backfill materials in conformance with the
  applicable portions of paragraphs GROUND SURFACE PREPARATION.  Finish
  compaction by sheepsfoot rollers, pneumatic-tired rollers, steel-wheeled
  rollers, vibratory compactors, or other approved equipment.

3.9.1   Trench Backfill

  Backfill trenches to the grade shown.  Backfill the trench to 2 feet above
  the top of pipe prior to performing the required pressure tests.  Leave the
  joints and couplings uncovered during the pressure test.

3.9.1.1   Replacement of Unyielding Material

  Replace unyielding material removed from the bottom of the trench with
  select granular material or initial backfill material.

3.9.1.2   Replacement of Unstable Material

  Replace unstable material removed from the bottom of the trench or
  excavation with select granular material placed in layers not exceeding 6
  inches loose thickness.

3.9.1.3   Bedding and Initial Backfill

  Provide bedding of the type and thickness shown.  Place initial backfill
  material and compact it with approved tampers to a height of at least one
  foot above the utility pipe or conduit.  Bring up the backfill evenly on
  both sides of the pipe for the full length of the pipe.  Take care to

ensure thorough compaction of the fill under the haunches of the pipe.
Except as specified otherwise in the individual piping section, provide
bedding for buried piping in accordance with AWWA C600, Type 4, except as
specified herein.  Compact backfill to top of pipe to 95 percent of
ASTM D698 maximum density.  Provide plastic piping with bedding to spring
line of pipe.  Provide materials as follows:

3.9.1.3.1   Class I

Angular, 0.25 to 1.5 inch, graded stone, including a number of fill
materials that have regional significance such as coral, slag, cinders,
crushed stone, and crushed shells.

3.9.1.3.2   Class II

Coarse sands and gravels with maximum particle size of 1.5 inch, including
various graded sands and gravels containing small percentages of fines,
generally granular and noncohesive, either wet or dry.  Soil Types GW, GP,
SW, and SP are included in this class as specified in ASTM D2487.

3.9.1.3.3   Sand

Clean, coarse-grained sand classified as gradation in Table 203.2.3:1 of
the TXDOT or SW by ASTM D2487 for bedding and backfill as indicated.

3.9.1.3.4   Gravel and Crushed Stone

Clean, coarsely graded natural gravel, crushed stone or a combination
thereof in accordance TXDOT Approved Source meeting requirements Section
509 paragraph Coarse Aggregate or having a classification of GW in
accordance with ASTM D2487 for bedding and backfill as indicated.  Do not
exceed maximum particle size of 2 inches.

3.9.1.4   Final Backfill

Fill the remainder of the trench, except for special materials for
roadways, railroads and airfields, with satisfactory material.  Place
backfill material and compact as follows:

3.9.1.4.1   Roadways, Parking Areas, and Airfields

Place backfill up to the required elevation as specified.  Do not permit
water flooding or jetting methods of compaction.

3.9.1.4.2   Sidewalks, Turfed or Seeded Areas and Miscellaneous Areas

Deposit backfill in layers of a maximum of 12 inches loose thickness, and
compact it to 85 percent maximum density for cohesive soils and 90 percent
maximum density for cohesionless soils.  Do not permit compaction by water
flooding or jetting.  Apply this requirement to all other areas not
specifically designated above.

3.9.2   Backfill for Appurtenances

After the manhole, catchbasin, inlet, or similar structure has been
constructed and the concrete has been allowed to cure for 3 days, place
backfill in such a manner that the structure is not be damaged by the shock
of falling earth.  Deposit the backfill material, compact it as specified
for final backfill, and bring up the backfill evenly on all sides of the

structure to prevent eccentric loading and excessive stress.

3.10    SPECIAL REQUIREMENTS

Special requirements for both excavation and backfill relating to the
specific utilities are as follows:

3.10.1    Gas Distribution

Excavate trenches to a depth that will provide a minimum 18 inches of cover
in rock excavation and a minimum 24 inch of cover in other excavation.

3.10.2    Water Lines

Excavate trenches to a depth to meet the depth shown on the provided
profile drawings and that provides a minimum cover of 4 feet from the
indicated finished grade, whichever is lower, to the top of the pipe.

3.10.3    Electrical Distribution System

Provide a minimum cover of 24 inches from the finished grade to direct
burial cable and conduit or duct line, unless otherwise indicated.

3.10.4    Rip-Rap Construction

Construct rip-rap on filter fabric in the areas indicated. Trim and dress
indicated areas to conform to cross sections, lines and grades shown within
a tolerance of 0.1 foot.

3.10.4.1    Bedding Placement

Spread filter fabric uniformly to a thickness of at least 3 inches on
prepared subgrade as indicated.

3.10.4.2    Stone Placement

Place rock for rip-rap on prepared bedding material to produce a well
graded mass with the minimum practicable percentage of voids in conformance
with lines and grades indicated.  Distribute larger rock fragments, with
dimensions extending the full depth of the rip-rap throughout the entire
mass and eliminate "pockets" of small rock fragments.  Rearrange individual
pieces by mechanical equipment or by hand as necessary to obtain the
distribution of fragment sizes specified above.

3.11    EMBANKMENTS

3.11.1    Earth Embankments

Construct earth embankments from satisfactory materials free of organic or
frozen material and rocks with any dimension greater than 3 inches.  Place
the material in successive horizontal layers of loose material not more than
 8 inches in depth.  Spread each layer uniformly on a soil surface that has
been moistened or aerated as necessary, and scarified or otherwise broken
up so that the fill will bond with the surface on which it is placed.
After spreading, plow, disk, or otherwise break up each layer; moisten or
aerate as necessary; thoroughly mix; and compact to at least 90 percent
laboratory maximum density for cohesive materials or 95 percent laboratory
maximum density for cohesionless materials.  Backfill material must be
within the range of -2 to +2 percent of optimum moisture content at the

time of compaction.

Compaction requirements for the upper portion of earth embankments forming
subgrade for pavements are identical with those requirements specified in
paragraph SUBGRADE PREPARATION.  Finish compaction by sheepsfoot rollers,
pneumatic-tired rollers, steel-wheeled rollers, vibratory compactors, or
other approved equipment.

3.12    SUBGRADE PREPARATION

3.12.1   Proof Rolling

Finish proof rolling on an exposed subgrade free of surface water (wet
conditions resulting from rainfall) which would promote degradation of an
otherwise acceptable subgrade.  Proof roll the existing subgrade of the
roadway and parking areas with six passes of a dump truck loaded with 4
cubic yards of soil.  Operate the truck in a systematic manner to ensure
the number of passes over all areas, and at speeds between 2-1/2 to 3-1/2
mph.  Notify the Contracting Officer a minimum of 3 days prior to proof
rolling.  Perform proof rolling in the presence of the Contracting
Officer.  Undercut rutting or pumping of material to a depth of 2 inches
and replace with select material.  Prepare bids based on replacing
approximately 500 square yards, with an average depth of 12 inches at
various locations.

3.12.2   Construction

Shape subgrade to line, grade, and cross section, and compact as
specified.  Include plowing, disking, and any moistening or aerating
required to obtain specified compaction for this operation.  Remove soft or
otherwise unsatisfactory material and replace with satisfactory excavated
material or other approved material as directed.  Excavate rock encountered
in the cut section to a depth of 6 inches below finished grade for the
subgrade.  Bring up low areas resulting from removal of unsatisfactory
material or excavation of rock to required grade with satisfactory
materials, and shape the entire subgrade to line, grade, and cross section
and compact as specified.After rolling, the surface of the subgrade for
roadways shall not show deviations greater than 1/2 inch when tested with a
12-foot straightedge applied both parallel and at right angles to the
centerline of the area.  Do not vary the elevation of the finish subgrade
more than 0.05 foot from the established grade and cross section.

3.12.3   Compaction

Finish compaction by sheepsfoot rollers, pneumatic-tired rollers,
steel-wheeled rollers, vibratory compactors, or other approved equipment.
Except for paved areas and railroads, compact each layer of the embankment
to at least 90 percent of laboratory maximum density per ASTM D698.

3.12.3.1   Subgrade for Pavements

Compact subgrade for pavements to at least 95 percentage laboratory maximum
density per ASTM D1557 to a depth of 10 inches below the aggregate base
course.  When more than one soil classification is present in the subgrade,
thoroughly blend, reshape, and compact the top 10 inches of subgrade.

3.12.3.2   Subgrade for Shoulders

Compact subgrade for shoulders to at least to at least 95 percentage

laboratory maximum density per ASTM D1557 for the first 6 inches and 90
percentage laboratory maximum density for an additional 6 inches for the
depth below the surface shown.

## 3.13   FINISHING

Finish the surface of excavations, embankments, and subgrades to a smooth
and compact surface in accordance with the lines, grades, and cross
sections or elevations shown.  Provide the degree of finish for graded
areas within 0.1 foot of the grades and elevations indicated except that
the degree of finish for subgrades specified in paragraph SUBGRADE
PREPARATION.  Finish gutters and ditches in a manner that will result in
effective drainage.  Finish the surface of areas to be turfed from
settlement or washing to a smoothness suitable for the application of
turfing materials.  Repair graded, topsoiled, or backfilled areas prior to
acceptance of the work, and re-established grades to the required
elevations and slopes.

### 3.13.1   Subgrade and Embankments

During construction, keep embankments and excavations shaped and drained.
Maintain ditches and drains along subgrade to drain effectively at all
times.  Do not disturb the finished subgrade by traffic or other
operation.  Protect and maintain the finished subgrade in a satisfactory
condition until ballast, subbase, base, or pavement is placed.  Do not
permit the storage or stockpiling of materials on the finished subgrade.
Do not lay subbase, base course, ballast, or pavement until the subgrade
has been checked and approved, and in no case place subbase, base,
surfacing, pavement, or ballast on a muddy, spongy, or frozen subgrade.

### 3.13.2   Grading Around Structures

Construct areas within 10 feet outside of each building and structure line
true-to-grade, shape to drain, and maintain free of trash and debris until
final inspection has been completed and the work has been accepted.

Unless otherwise indicated of the drawings, unpaved finished grade adjacent
to the building is 8 inches below the finished floor elevation. Grade away
from the building at 5 percent from the first 10 feet.

## 3.14   TESTING

Perform testing by a Corps validated commercial testing laboratory or the
Contractor's validated testing facility.  Submit qualifications of the
Corps validated commercial testing laboratory or the Contractor's validated
testing facilities.  If the Contractor elects to establish testing
facilities, do not permit work requiring testing until the Contractor's
facilities have been inspected, Corps validated and approved by the
Contracting Officer.

  a.  Determine field in-place density in accordance with ASTM D1556/D1556M
      or ASTM D6938. When ASTM D6938 is used, check the calibration curves
      and adjust using only the sand cone method as described in
      ASTM D1556/D1556M.  ASTM D6938 results in a wet unit weight of soil in
      determining the moisture content of the soil when using this method.

  b.  Check the calibration curves furnished with the moisture gauges along
      with density calibration checks as described in ASTM D6938; check the
      calibration of both the density and moisture gauges at the beginning of

a job on each different type of material encountered and at intervals as directed by the Contracting Officer.  When test results indicate, as determined by the Contracting Officer, that compaction is not as specified, remove the material, replace and recompact to meet specification requirements.

c.  Perform tests on recompacted areas to determine conformance with specification requirements.  Appoint a registered professional civil engineer to certify inspections and test results.  These certifications shall state that the tests and observations were performed by or under the direct supervision of the engineer and that the results are representative of the materials or conditions being certified by the tests.  The following number of tests, if performed at the appropriate time, will be the minimum acceptable for each type operation.

### 3.14.1   Fill and Backfill Material Gradation

One test per 500 cubic yards stockpiled or in-place source material. Determine gradation of fill and backfill material in accordance with ASTM C136/C136M.

### 3.14.2   In-Place Densities

a.  One test per 2000 square feet, or fraction thereof, of each lift of fill or backfill areas compacted by other than hand-operated machines.

b.  One test per 1000 square feet, or fraction thereof, of each lift of fill or backfill areas compacted by hand-operated machines.

c.  One test per 50 linear feet, or fraction thereof, of each lift of embankment or backfill for roads.

### 3.14.3   Check Tests on In-Place Densities

If ASTM D6938 is used, check in-place densities by ASTM D1556/D1556M as follows:

a.  One check test per lift for each 10,000 square feet, or fraction thereof, of each lift of fill or backfill compacted by other than hand-operated machines.

b.  One check test per lift for each 5,000 square feet, of fill or backfill areas compacted by hand-operated machines.

c.  One check test per lift for each 250 linear feet, or fraction thereof, of embankment or backfill for roads.

### 3.14.4   Moisture Contents

In the stockpile, excavation, or borrow areas, perform a minimum of two tests per day per type of material or source of material being placed during stable weather conditions.  During unstable weather, perform tests as dictated by local conditions and approved by the Contracting Officer.

### 3.14.5   Optimum Moisture and Laboratory Maximum Density

Perform tests for each type material or source of material including borrow material to determine the optimum moisture and laboratory maximum density values.  One representative test per 500 cubic yards of fill and backfill,

or when any change in material occurs which may affect the optimum moisture content or laboratory maximum density.

3.14.6    Tolerance Tests for Subgrades

Perform continuous checks on the degree of finish specified in paragraph SUBGRADE PREPARATION during construction of the subgrades.

3.14.7    Displacement of Sewers

After other required tests have been performed and the trench backfill compacted to 2 feet above the top of the pipe, inspect the pipe to determine whether significant displacement has occurred.Conduct this inspection in the presence of the Contracting Officer.  Inspect pipe sizes larger than 36 inches, while inspecting smaller diameter pipe by shining a light or laser between manholes or manhole locations, or by the use of television cameras passed through the pipe.  If, in the judgment of the Contracting Officer, the interior of the pipe shows poor alignment or any other defects that would cause improper functioning of the system, replace or repair the defects as directed at no additional cost to the Government.

3.15    DISPOSITION OF SURPLUS MATERIAL

Remove surplus material or other soil material not required or suitable for filling or backfilling, and brush, refuse, stumps, roots, and timber from Government property to an approved location.

-- End of Section --

SECTION 31 11 00

CLEARING AND GRUBBING

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

U.S. DEPARTMENT OF DEFENSE (DOD)

DODI 4150.07                         DOD Pest Management Program

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-01 Preconstruction Submittals

        Herbicide Application Plan; G

    SD-03 Product Data

        Nonsaleable Materials; G

        Herbicides; G

    SD-04 Samples

        Tree Wound Paint; G

    SD-07 Certificates

        Qualifications

    SD-11 Closeout Submittals

        Pest Management Report

1.3   QUALITY CONTROL

1.3.1   Regulatory Requirements

Comply with DODI 4150.07 for requirements on Contractor's licensing,
certification, and record keeping.  Maintain daily records using the Pest
Management Maintenance Record, DD Form 1532-1, or a computer generated
equivalent.  These forms may be obtained from the main web site:

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

http://www.dtic.mil/whs/directives/forms/eforms/dd1532-1.pdf

1.3.2   Qualifications

For the application of herbicides, use the services of an applicator who is
commercially certified in the state where the work is to be performed as
required by DODI 4150.07.  Submit a copy of the pesticide applicator
certificates.

1.4   DELIVERY, STORAGE, AND HANDLING

Deliver materials to the site, and handle in a manner which will maintain
the materials in their original manufactured or fabricated condition until
ready for use.

1.4.1   Storage

Storage of herbicides on the installation will not be permitted unless it
is written into the contract.

1.4.2   Handling

Handle herbicides in accordance with the manufacturer's label and Safety
Data Sheet (SDS), preventing contamination by dirt, water, and organic
material.  Protect herbicides from weather elements as recommended by the
manufacturer's label and SDS.  Spill kits must be maintained on herbicide
control vehicles. Mixing of herbicides on the installation will not be
permitted unless it is written into the contract.

PART 2   PRODUCTS

2.1   MATERIALS

2.1.1   Tree Wound Paint

Submit samples in cans with manufacturer's label of bituminous based paint
of standard manufacture specially formulated for tree wounds.

2.1.2   Herbicide

Provide herbicides currently registered by the EPA or approved for such use
by the appropriate agency of the host county and approved by the
Contracting Officer.  Select an herbicide that is suitable for the climatic
conditions at the project site.  Submit manufacturer's label and SDS for
herbicides proposed for use.

PART 3   EXECUTION

3.1   PREPARATION

3.1.1   Herbicide Application Plan

Prior to commencing application of herbicide, submit a herbicide
application plan with proposed sequence of treatment work including dates
and times of application.  Include the herbicide trade name, EPA
registration number, chemical composition, formulation, application rate of
active ingredients, method of application, area or volume treated, and
amount applied.  Include a copy of the pesticide applicator certificates.

3.1.2   Protection

3.1.2.1   Roads and Walks

  Keep roads and walks free of dirt and debris at all times.

3.1.2.2   Trees, Shrubs, and Existing Facilities

  Provide protection in accordance with Section 01 57 19 TEMPORARY
  ENVIRONMENTAL CONTROLS.

3.1.2.3   Utility Lines

  Protect existing utility lines that are indicated to remain from damage.
  Notify the Contracting Officer immediately of damage to or an encounter
  with an unknown existing utility line.  The Contractor is responsible for
  the repair of damage to existing utility lines that are indicated or made
  known to the Contractor prior to start of clearing and grubbing
  operations.  When utility lines which are to be removed are encountered
  within the area of operations, notify the Contracting Officer in ample time
  to minimize interruption of the service.  Refer to Section 01 30 00
  ADMINISTRATIVE REQUIREMENTS and Section 01 57 19 TEMPORARY ENVIRONMENTAL
  CONTROLS for additional utility protection.

3.2   Application

3.2.1   Herbicide Application

  Adhere to safety precautions as recommended by the manufacturer concerning
  handling and application of the herbicide.

3.2.1.1   Clean Up, Disposal, And Protection

  Once application has been completed, proceed with clean up and protection
  of the site without delay.  Clean the site of all material associated with
  the treatment measures, according to label instructions, and as indicated.
  Remove and dispose of excess and waste material off Government property.

3.2.1.1.1   Disposal of Herbicide

  Dispose of residual herbicides and containers off Government property, and
  in accordance with the approved disposal plan, label instructions and EPA
  requirements.

3.3   CLEARING

  Clearing shall consist of the felling, trimming, and cutting of trees into
  sections and the satisfactory disposal of the trees and other vegetation
  designated for removal, including downed timber, snags, brush, and rubbish
  occurring within the areas to be cleared.  Trees, stumps, roots, brush, and
  other vegetation in areas to be cleared shall be cut off flush with or
  below the original ground surface, except such trees and vegetation as may
  be indicated or directed to be left standing.  Trees designated to be left
  standing within the cleared areas shall be trimmed of dead branches 1-1/2
  inches or more in diameter and shall be trimmed of all branches the heights
  indicated or directed.  Limbs and branches to be trimmed shall be neatly
  cut close to the bole of the tree or main branches.  Cuts more than 1-1/2
  inches in diameter shall be painted with an approved tree-wound paint.

3.3.1   Tree and Shrub Removal

Where indicated or directed, trees, shrubs, and stumps that are designated
as trees shall be removed from areas outside those areas designated for
clearing and grubbing.  This work shall include the felling of such trees
and the removal of their stumps and roots as specified in paragraph
GRUBBING.  Trees shall be disposed of as specified in paragraph DISPOSAL OF
MATERIALS.

3.3.2   Grubbing

Grubbing consists of the removal and disposal of stumps, roots larger than
3 inches in diameter, and matted roots from the designated grubbing areas.
Remove material to be grubbed, together with logs and other organic or
metallic debris not suitable for foundation purposes, to a depth of not
less than 18 inches below the original surface level of the ground in areas
indicated to be grubbed and in areas indicated as construction areas under
this contract, such as areas for buildings, and areas to be paved.  Fill
depressions made by grubbing with suitable material and compact to make the
surface conform with the original adjacent surface of the ground.

3.4   DISPOSAL OF MATERIALS

3.4.1   Saleable Timber

1. All timber on the project site noted for clearing and grubbing shall
become the property of the Contractor, and shall be removed from the
project site and disposed of off stations.

3.4.2   Nonsaleable Materials

Written permission to dispose of such products on private property shall be
filed with the Contracting Officer.  Logs, stumps, roots, brush, rotten
wood, and other refuse from the clearing and grubbing operations, except
for salable timber, shall be disposed of in accordance with the government
approved waste management.

3.5   CLOSEOUT ACTIVITIES

3.5.1   Herbicides

Upon completion of this work, submit the Pest Management Report DD Form
1532, or an equivalent computer product, to the Integrated Pest Management
Coordinator.  This form identifies the type of operation, brand name and
manufacturer of herbicide, formulation, concentration or rate of
application used.

        -- End of Section --

SECTION 32 16 13

CONCRETE SIDEWALKS AND CURBS AND GUTTERS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

      AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS
      (AASHTO)

AASHTO M 182                      (2005; R 2012) Standard Specification for
                                  Burlap Cloth Made from Jute or Kenaf and
                                  Cotton Mats

      ASTM INTERNATIONAL (ASTM)

ASTM A1064/A1064M                 (2016b) Standard Specification for
                                  Carbon-Steel Wire and Welded Wire
                                  Reinforcement, Plain and Deformed, for
                                  Concrete

ASTM A615/A615M                   (2016) Standard Specification for Deformed
                                  and Plain Carbon-Steel Bars for Concrete
                                  Reinforcement

ASTM C143/C143M                   (2015) Standard Test Method for Slump of
                                  Hydraulic-Cement Concrete

ASTM C171                         (2016) Standard Specification for Sheet
                                  Materials for Curing Concrete

ASTM C172/C172M                   (2014a) Standard Practice for Sampling
                                  Freshly Mixed Concrete

ASTM C173/C173M                   (2016) Standard Test Method for Air
                                  Content of Freshly Mixed Concrete by the
                                  Volumetric Method

ASTM C231/C231M                   (2014) Standard Test Method for Air
                                  Content of Freshly Mixed Concrete by the
                                  Pressure Method

ASTM C309                         (2011) Standard Specification for Liquid
                                  Membrane-Forming Compounds for Curing
                                  Concrete

ASTM C31/C31M                     (2015a; E 2016) Standard Practice for
                                  Making and Curing Concrete Test Specimens
                                  in the Field

ASTM C920                         (2014a) Standard Specification for

|                          | Elastomeric Joint Sealants |
|--------------------------|----------------------------|
| ASTM D1751               | (2004; E 2013; R 2013) Standard Specification for Preformed Expansion Joint Filler for Concrete Paving and Structural Construction (Nonextruding and Resilient Bituminous Types) |
| ASTM D1752               | (2004a; R 2013) Standard Specification for Preformed Sponge Rubber Cork and Recycled PVC Expansion |
| ASTM D5893/D5893M        | (2016) Standard Specification for Cold Applied, Single Component, Chemically Curing Silicone Joint Sealant for Portland Cement Concrete Pavements |

### INTERNATIONAL CODE COUNCIL (ICC)

|                          |                            |
|--------------------------|----------------------------|
| ICC A117.1 COMM          | (2009) Standard and Commentary and Usable Buildings and Facilities |

## 1.2   SYSTEM DESCRIPTION

### 1.2.1   General Requirements

Provide plant, equipment, machines, and tools used in the work subject to approval and maintained in a satisfactory working condition at all times. The equipment shall have the capability of producing the required product, meeting grade controls, thickness control and smoothness requirements as specified.  Use of the equipment shall be discontinued if it produces unsatisfactory results.  The Contracting Officer shall have access at all times to the plant and equipment to ensure proper operation and compliance with specifications.

### 1.2.2   Slip Form Equipment

Slip form paver or curb forming machine, will be approved based on trial use on the job and shall be self-propelled, automatically controlled, crawler mounted, and capable of spreading, consolidating, and shaping the plastic concrete to the desired cross section in 1 pass.

## 1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  Submit the following in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

      SD-03 Product Data

            Concrete; G

      SD-06 Test Reports

            Field Quality Control

1.4    ENVIRONMENTAL REQUIREMENTS

1.4.1    Placing During Cold Weather

Do not place concrete when the air temperature reaches 40 degrees F and is
falling, or is already below that point.  Placement may begin when the air
temperature reaches 35 degrees F and is rising, or is already above 40
degrees F.  Make provisions to protect the concrete from freezing during
the specified curing period.  If necessary to place concrete when the
temperature of the air, aggregates, or water is below 35 degrees F,
placement and protection shall be approved in writing.Approval will be
contingent upon full conformance with the following provisions.  The
underlying material shall be prepared and protected so that it is entirely
free of frost when the concrete is deposited.Mixing water  and/or
aggregates shall be heated as necessary to result in the temperature of the
in-place concrete being between 50 and 85 degrees F.  Methods and equipment
for heating shall be approved.The aggregates shall be free of ice, snow,
and frozen lumps before entering the mixer.  Covering and other means shall
be provided for maintaining the concrete at a temperature of at least 50
degrees F for not less than 72 hours after placing, and at a temperature
above freezing for the remainder of the curing period.

1.4.2    Placing During Warm Weather

The temperature of the concrete as placed shall not exceed85 degrees F
except where an approved retarder is used.  The mixing water and/or
aggregates shall be cooled, if necessary, to maintain a satisfactory
placing temperature.  The placing temperature shall not exceed95 degrees F
at any time.

PART 2    PRODUCTS

2.1    CONCRETE

Provide concrete conforming to the applicable requirements of Section
03 30 00 CAST-IN-PLACE CONCRETE except as otherwise specified.  Concrete
shall have a minimum compressive strength of 3500 psi at 28 days.  Maximum
size of aggregate shall be 1-1/2 inches.  Submit copies of certified
delivery tickets for all concrete used in the construction.

2.1.1    Air Content

Mixtures shall have air content by volume of concrete of 5 to 7 percent,
based on measurements made immediately after discharge from the mixer.

2.1.2    Slump

The concrete slump shall be 2 inches plus or minus 1 inch where determined
in accordance with ASTM C143/C143M.

2.1.3    Reinforcement Steel

Reinforcement bars shall conform to ASTM A615/A615M.  Wire mesh
reinforcement shall conform to ASTM A1064/A1064M.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

2.2    CONCRETE CURING MATERIALS

2.2.1    Impervious Sheet Materials

  Impervious sheet materials shall conform to ASTM C171, type optional,
  except that polyethylene film, if used, shall be white opaque.

2.2.2    Burlap

  Burlap shall conform to AASHTO M 182.

2.2.3    White Pigmented Membrane-Forming Curing Compound

  White pigmented membrane-forming curing compound shall conform to ASTM C309,
  Type 2.

2.3    CONCRETE PROTECTION MATERIALS

  Concrete protection materials shall be a linseed oil mixture of equal
  parts, by volume, of linseed oil and either mineral spirits, naphtha, or
  turpentine.  At the option of the Contractor, commercially prepared linseed
  oil mixtures, formulated specifically for application to concrete to
  provide protection against the action of deicing chemicals may be used,
  except that emulsified mixtures are not acceptable.

2.4    JOINT FILLER STRIPS

2.4.1    Contraction Joint Filler for Curb and Gutter

  Contraction joint filler for curb and gutter shall consist of hard-pressed
  fiberboard.

2.4.2    Expansion Joint Filler, Premolded

  Expansion joint filler, premolded, shall conform to ASTM D1751 or ASTM D1752,
  1/2 inch thick, unless otherwise indicated.

2.5    JOINT SEALANTS

  Joint sealant, cold-applied shall conform to ASTM C920 or ASTM D5893/D5893M.

2.6    FORM WORK

  Design and construct form work to ensure that the finished concrete will
  conform accurately to the indicated dimensions, lines, and elevations, and
  within the tolerances specified.  Forms shall be of wood or steel,
  straight, of sufficient strength to resist springing during depositing and
  consolidating concrete.  Wood forms shall be surfaced plank,  2 inches
  nominal thickness, straight and free from warp, twist, loose knots, splits
  or other defects.  Wood forms shall have a nominal length of 10 feet.
  Radius bends may be formed with 3/4 inch boards, laminated to the required
  thickness.  Steel forms shall be channel-formed sections with a flat top
  surface and with welded braces at each end and at not less than two
  intermediate points.  Ends of steel forms shall be interlocking and
  self-aligning.  Steel forms shall include flexible forms for radius
  forming, corner forms, form spreaders, and fillers.  Steel forms shall have
  a nominal length of 10 feet with a minimum of 3 welded stake pockets per
  form.  Stake pins shall be solid steel rods with chamfered heads and
  pointed tips designed for use with steel forms.

2.6.1   Sidewalk Forms

  Sidewalk forms shall be of a height equal to the full depth of the finished
  sidewalk.

2.6.2   Curb and Gutter Forms

  Curb and gutter outside forms shall have a height equal to the full depth
  of the curb or gutter.  The inside form of curb shall have batter as
  indicated and shall be securely fastened to and supported by the outside
  form.  Rigid forms shall be provided for curb returns, except that benders
  or thin plank forms may be used for curb or curb returns with a radius of
  10 feet or more, where grade changes occur in the return, or where the
  central angle is such that a rigid form with a central angle of 90 degrees
  cannot be used.  Back forms for curb returns may be made of 1-1/2 inch
  benders, for the full height of the curb, cleated together.  In lieu of
  inside forms for curbs, a curb "mule" may be used for forming and finishing
  this surface, provided the results are approved.

2.7   Detectable Warning System

  Detectable Warning Systems shown on the contract plans are to meet
  requirements of ICC A117.1 COMM - Section 705.

PART 3   EXECUTION

3.1   SUBGRADE PREPARATION

  The subgrade shall be constructed to the specified grade and cross section
  prior to concrete placement.  Subgrade shall be placed and compacted in
  conformance with Section 31 00 00 EARTHWORK.

3.1.1   Sidewalk Subgrade

  The subgrade shall be tested for grade and cross section with a template
  extending the full width of the sidewalk and supported between side forms.

 3.1.2   Curb and Gutter Subgrade

  The subgrade shall be tested for grade and cross section by means of a
  template extending the full width of the curb and gutter.  The subgrade
  shall be of materials equal in bearing quality to the subgrade under the
  adjacent pavement.

3.1.3   Maintenance of Subgrade

  The subgrade shall be maintained in a smooth, compacted condition in
  conformity with the required section and established grade until the
  concrete is placed. The subgrade shall be in a moist condition when
  concrete is placed. The subgrade shall be prepared and protected to
  produce a subgrade free from frost when the concrete is deposited.

3.2   FORM SETTING

  Set forms to the indicated alignment, grade and dimensions.  Hold forms
  rigidly in place by a minimum of 3 stakes per form placed at intervals not
  to exceed 4 feet.  Corners, deep sections, and radius bends shall have
  additional stakes and braces, as required.  Clamps, spreaders, and braces

shall be used where required to ensure rigidity in the forms.  Forms shall
be removed without injuring the concrete.  Bars or heavy tools shall not be
used against the concrete in removing the forms.  Any concrete found
defective after form removal shall be promptly and satisfactorily
repaired.  Forms shall be cleaned and coated with form oil each time before
concrete is placed.  Wood forms may, instead, be thoroughly wetted with
water before concrete is placed, except that with probable freezing
temperatures, oiling is mandatory.

3.2.1   Sidewalks

Set forms for sidewalks with the upper edge true to line and grade with an
allowable tolerance of 1/8 inch in any 10 foot long section.  After forms
are set, grade and alignment shall be checked with a 10 foot straightedge.
Forms shall have a transverse slope of 1/4 inch per foot or as indicated on
the plans with the low side adjacent to the roadway.  Side forms shall not
be removed for 12 hours after finishing has been completed.

3.2.2   Curbs and Gutters

The forms of the front of the curb shall be removed not less than 2 hours
nor more than 6 hours after the concrete has been placed.  Forms back of
curb shall remain in place until the face and top of the curb have been
finished, as specified for concrete finishing.  Gutter forms shall not be
removed while the concrete is sufficiently plastic to slump in any
direction.

3.3   SIDEWALK CONCRETE PLACEMENT AND FINISHING

3.3.1   Formed Sidewalks

Place concrete in the forms in one layer.  When consolidated and finished,
the sidewalks shall be of the thickness indicated.  After concrete has been
placed in the forms, a strike-off guided by side forms shall be used to
bring the surface to proper section to be compacted.The concrete shall be
consolidated by tamping and spading or with an approved vibrator, and the
surface shall be finished to grade with a strike off.

3.3.2   Concrete Finishing

After straightedging, when most of the water sheen has disappeared, and
just before the concrete hardens, finish the surface with a wood or
magnesium float or darby to a smooth and uniformly fine granular or sandy
texture free of waves, irregularities, or tool marks.  A scored surface
shall be produced by brooming with a fiber-bristle brush in a direction
transverse to that of the traffic, followed by edging.

3.3.3   Edge and Joint Finishing

All slab edges, including those at formed joints, shall be finished with an
edger having a radius of 1/8 inch.  Transverse joint shall be edged before
brooming, and the brooming shall eliminate the flat surface left by the
surface face of the edger.  Corners and edges which have crumbled and areas
which lack sufficient mortar for proper finishing shall be cleaned and
filled solidly with a properly proportioned mortar mixture and then
finished.

3.3.4    Surface and Thickness Tolerances

  Finished surfaces shall not vary more than 5/16 inch from the testing edge
  of a 10-foot straightedge.  Permissible deficiency in section thickness
  will be up to 1/4 inch.

3.4    CURB AND GUTTER CONCRETE PLACEMENT AND FINISHING

3.4.1    Formed Curb and Gutter

  Concrete shall be placed to the section required in a single lift.
  Consolidation shall be achieved by using approved mechanical vibrators.
  Curve shaped gutters shall be finished with a standard curb "mule".

3.4.2    Curb and Gutter Finishing

  Approved slipformed curb and gutter machines may be used in lieu of hand
  placement.

3.4.3    Concrete Finishing

  Exposed surfaces shall be floated and finished with a smooth wood float
  until true to grade and section and uniform in texture.  Floated surfaces
  shall then be brushed with a fine-hair brush with longitudinal strokes.
  The edges of the gutter and top of the curb shall be rounded with an edging
  tool to a radius of 1/2 inch.  Immediately after removing the front curb
  form, the face of the curb shall be rubbed with a wood or concrete rubbing
  block and water until blemishes, form marks, and tool marks have been
  removed.  The front curb surface, while still wet, shall be brushed in the
  same manner as the gutter and curb top.  The top surface of gutter and
  entrance shall be finished to grade with a wood float.

3.4.4    Joint Finishing

  Curb edges at formed joints shall be finished as indicated.

3.4.5    Surface and Thickness Tolerances

  Finished surfaces shall not vary more than 1/4 inch from the testing edge
  of a 10-foot straightedge.  Permissible deficiency in section thickness
  will be up to 1/4 inch.

3.5    SIDEWALK JOINTS

  Sidewalk joints shall be constructed to divide the surface into rectangular
  areas.  Transverse contraction joints shall be spaced at a distance equal
  to the sidewalk width or 5 feet on centers, whichever is less, and shall be
  continuous across the slab.  Longitudinal contraction joints shall be
  constructed along the centerline of all sidewalks 10 feet or more in
  width.  Transverse expansion joints shall be installed at sidewalk returns
  and opposite expansion joints in adjoining curbs.  Where the sidewalk is
  not in contact with the curb, transverse expansion joints shall be
  installed as indicated.  Expansion joints shall be formed about structures
  and features which project through or into the sidewalk pavement, using
  joint filler of the type, thickness, and width indicated.  Expansion joints
  are not required between sidewalks and curb that abut the sidewalk
  longitudinally.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

3.5.1   Sidewalk Contraction Joints

The contraction joints shall be formed in the fresh concrete by cutting a
groove in the top portion of the slab to a depth of at least one-fourth of
the sidewalk slab thickness, using a jointer to cut the groove, or by
sawing a groove in the hardened concrete with a power-driven saw, unless
otherwise approved.  Sawed joints shall be constructed by sawing a groove
in the concrete with a 1/8 inch blade to the depth indicated.  An ample
supply of saw blades shall be available on the job before concrete
placement is started, and at least one standby sawing unit in good working
order shall be available at the jobsite at all times during the sawing
operations.

3.5.2   Sidewalk Expansion Joints

Expansion joints shall be formed with 1/2 inch joint filler strips.  Joint
filler in expansion joints surrounding structures and features within the
sidewalk may consist of preformed filler material conforming to ASTM D1752
or building paper.  Joint filler shall be held in place with steel pins or
other devices to prevent warping of the filler during floating and
finishing.  Immediately after finishing operations are completed, joint
edges shall be rounded with an edging tool having a radius of 1/8 inch, and
concrete over the joint filler shall be removed.  At the end of the curing
period, expansion joints shall be cleaned and filled with cold-applied
joint sealant.  Joint sealant shall be gray or stone in color.

3.5.3   Reinforcement Steel Placement

Reinforcement steel shall be accurately and securely fastened in place with
suitable supports and ties before the concrete is placed.

3.6   CURB AND GUTTER JOINTS

Curb and gutter joints shall be constructed at right angles to the line of
curb and gutter.

3.6.1   Contraction Joints

Contraction joints shall be constructed directly opposite contraction
joints in abutting portland cement concrete pavements and spaced so that
monolithic sections between curb returns will not be less than 5 feet nor
greater than 15 feet in length.

   a.  Contraction joints (except for slip forming) shall be constructed by
       means of 1/8 inch thick separators and of a section conforming to the
       cross section of the curb and gutter.  Separators shall be removed as
       soon as practicable after concrete has set sufficiently to preserve the
       width and shape of the joint and prior to finishing.

   b.  When slip forming is used, the contraction joints shall be cut in the
       top portion of the gutter/curb hardened concrete in a continuous cut
       across the curb and gutter, using a power-driven saw.  The depth of cut
       shall be at least one-fourth of the gutter/curb depth and 1/8 inch in
       width.

3.6.2    Expansion Joints

Expansion joints shall be formed by means of preformed expansion joint
filler material cut and shaped to the cross section of curb and gutter.
Expansion joints shall be provided in curb and gutter directly opposite
expansion joints of abutting portland cement concrete pavement, and shall
be of the same type and thickness as joints in the pavement.  Where curb
and gutter do not abut portland cement concrete pavement, expansion joints
at least 1/2 inch in width shall be provided at intervals not less than 30
feet nor greater than 120 feet.  Expansion joints shall be provided in
nonreinforced concrete gutter at locations indicated.  Expansion joints
shall be sealed immediately following curing of the concrete or as soon
thereafter as weather conditions permit.

3.7    CURING AND PROTECTION

3.7.1    General Requirements

Protect concrete against loss of moisture and rapid temperature changes for
at least 7 days from the beginning of the curing operation.  Protect
unhardened concrete from rain and flowing water.  All equipment needed for
adequate curing and protection of the concrete shall be on hand and ready
for use before actual concrete placement begins.  Protection shall be
provided as necessary to prevent cracking of the pavement due to
temperature changes during the curing period.

3.7.1.1    Mat Method

The entire exposed surface shall be covered with 2 or more layers of
burlap.  Mats shall overlap each other at least 6 inches.  The mat shall be
thoroughly wetted with water prior to placing on concrete surface and shall
be kept continuously in a saturated condition and in intimate contact with
concrete for not less than 7 days.

3.7.1.2    Impervious Sheeting Method

The entire exposed surface shall be wetted with a fine spray of water and
then covered with impervious sheeting material.  Sheets shall be laid
directly on the concrete surface with the light-colored side up and
overlapped 12 inches when a continuous sheet is not used.  The curing
medium shall not be less than 18-inches wider than the concrete surface to
be cured, and shall be securely weighted down by heavy wood planks, or a
bank of moist earth placed along edges and laps in the sheets.  Sheets
shall be satisfactorily repaired or replaced if torn or otherwise damaged
during curing.  The curing medium shall remain on the concrete surface to
be cured for not less than 7 days.

3.7.1.3    Membrane Curing Method

A uniform coating of white-pigmented membrane-curing compound shall be
applied to the entire exposed surface of the concrete as soon after
finishing as the free water has disappeared from the finished surface.
Formed surfaces shall be coated immediately after the forms are removed and
in no case longer than 1 hour after the removal of forms.  Concrete shall
not be allowed to dry before the application of the membrane.  If any
drying has occurred, the surface of the concrete shall be moistened with a
fine spray of water and the curing compound applied as soon as the free

water disappears.  Curing compound shall be applied in two coats by
hand-operated pressure sprayers at a coverage of approximately 200 square
feet/gallon for the total of both coats.  The second coat shall be applied
in a direction approximately at right angles to the direction of
application of the first coat.  The compound shall form a uniform,
continuous, coherent film that will not check, crack, or peel and shall be
free from pinholes or other imperfections.If pinholes, abrasion, or other
discontinuities exist, an additional coat shall be applied to the affected
areas within 30 minutes.  Concrete surfaces that are subjected to heavy
rainfall within 3 hours after the curing compound has been applied shall be
resprayed by the method and at the coverage specified above.  Areas where
the curing compound is damaged by subsequent construction operations within
the curing period shall be resprayed.  Necessary precautions shall be taken
to insure that the concrete is properly cured at sawed joints, and that no
curing compound enters the joints.  The top of the joint opening and the
joint groove at exposed edges shall be tightly sealed before the concrete
in the region of the joint is resprayed with curing compound.  The method
used for sealing the joint groove shall prevent loss of moisture from the
joint during the entire specified curing period.  Approved standby
facilities for curing concrete pavement shall be provided at a location
accessible to the jobsite for use in the event of mechanical failure of the
spraying equipment or other conditions that might prevent correct
application of the membrane-curing compound at the proper time.Concrete
surfaces to which membrane-curing compounds have been applied shall be
adequately protected during the entire curing period from pedestrian and
vehicular traffic, except as required for joint-sawing operations and
surface tests, and from any other possible damage to the continuity of the
membrane.

3.7.2   Backfilling

After curing, debris shall be removed and the area adjoining the concrete
shall be backfilled, graded, and compacted to conform to the surrounding
area in accordance with lines and grades indicated.

3.7.3   Protection

Completed concrete shall be protected from damage until accepted.  Repair
damaged concrete and clean concrete discolored during construction.
Concrete that is damaged shall be removed and reconstructed for the entire
length between regularly scheduled joints.  Refinishing the damaged portion
will not be acceptable.  Removed damaged portions shall be disposed of as
directed.

3.7.4   Protective Coating

Protective coating, of linseed oil mixture, shall be applied to the
exposed-to-view concrete surface after the curing period, if concrete will
be exposed to de-icing chemicals within 6 weeks after placement.  Concrete
to receive a protective coating shall be moist cured.

3.7.4.1   Application

Curing and backfilling operation shall be completed prior to applying two
coats of protective coating.  Concrete shall be surface dry and clean
before each application.  Coverage shall be by spray application at not
more than 50 square yards/gallon for first application and not more than 70
square yards/gallon for second application, except that the number of
applications and coverage for each application for commercially prepared

mixture shall be in accordance with the manufacturer's instructions.
Coated surfaces shall be protected from vehicular and pedestrian traffic
until dry.

### 3.7.4.2   Precautions

Protective coating shall not be heated by direct application of flame or
electrical heaters and shall be protected from exposure to open flame,
sparks, and fire adjacent to open containers or applicators.  Material
shall not be applied at ambient or material temperatures lower than 50
degrees F.

### 3.8   FIELD QUALITY CONTROL

Submit copies of all test reports within 24 hours of completion of the test.

### 3.8.1   General Requirements

Perform the inspection and tests described and meet the specified
requirements for inspection details and frequency of testing.  Based upon
the results of these inspections and tests, take the action and submit
reports as required below, and any additional tests to insure that the
requirements of these specifications are met.

### 3.8.2   Concrete Testing

### 3.8.2.1   Strength Testing

Provide molded concrete specimens for strength tests.  Samples of concrete
placed each day shall be taken not less than once a day nor less than once
for every 250 cubic yards of concrete.  The samples for strength tests
shall be taken in accordance with ASTM C172/C172M.  Cylinders for
acceptance shall be molded in conformance with ASTM C31/C31M by an approved
testing laboratory.  Each strength test result shall be the average of 2
test cylinders from the same concrete sample tested at 28 days, unless
otherwise specified or approved.  Concrete specified on the basis of
compressive strength will be considered satisfactory if the averages of all
sets of three consecutive strength test results equal or exceed the
specified strength, and no individual strength test result falls below the
specified strength by more than 500 psi.

### 3.8.2.2   Air Content

Determine air content in accordance with ASTM C173/C173M or ASTM C231/C231M.
ASTM C231/C231M shall be used with concretes and mortars made with
relatively dense natural aggregates.  Two tests for air content shall be
made on randomly selected batches of each class of concrete placed during
each shift.  Additional tests shall be made when excessive variation in
concrete workability is reported by the placing foreman or the Government
inspector.  If results are out of tolerance, the placing foreman shall be
notified and he shall take appropriate action to have the air content
corrected at the plant.  Additional tests for air content will be performed
on each truckload of material until such time as the air content is within
the tolerance specified.

### 3.8.2.3   Slump Test

Two slump tests shall be made on randomly selected batches of each class of
concrete for every 250 cubic yards, or fraction thereof, of concrete placed

during each shift.  Additional tests shall be performed when excessive
variation in the workability of the concrete is noted or when excessive
crumbling or slumping is noted along the edges of slip-formed concrete.

## 3.8.3   Thickness Evaluation

The anticipated thickness of the concrete shall be determined prior to
placement by passing a template through the formed section or by measuring
the depth of opening of the extrusion template of the curb forming
machine.  If a slip form paver is used for sidewalk placement, the subgrade
shall be true to grade prior to concrete placement and the thickness will
be determined by measuring each edge of the completed slab.

## 3.8.4   Surface Evaluation

The finished surface of each category of the completed work shall be
uniform in color and free of blemishes and form or tool marks.

## 3.9   SURFACE DEFICIENCIES AND CORRECTIONS

### 3.9.1   Thickness Deficiency

When measurements indicate that the completed concrete section is deficient
in thickness by more than 1/4 inch the deficient section will be removed,
between regularly scheduled joints, and replaced.

### 3.9.2   High Areas

In areas not meeting surface smoothness and plan grade requirements, high
areas shall be reduced either by rubbing the freshly finished concrete with
carborundum brick and water when the concrete is less than 36 hours old or
by grinding the hardened concrete with an approved surface grinding machine
after the concrete is 36 hours old or more.  The area corrected by grinding
the surface of the hardened concrete shall not exceed 5 percent of the area
of any integral slab, and the depth of grinding shall not exceed 1/4 inch.
Pavement areas requiring grade or surface smoothness corrections in excess
of the limits specified above shall be removed and replaced.

### 3.9.3   Appearance

Exposed surfaces of the finished work will be inspected by the Government
and any deficiencies in appearance will be identified.  Areas which exhibit
excessive cracking, discoloration, form marks, or tool marks or which are
otherwise inconsistent with the overall appearances of the work shall be
removed and replaced.

## 3.10   Detectable Warning System

Install Detectable Warning Systems required by contract plans per
ICC A117.1 COMM, Section 705, and by manufacturers' installation
instructions.

-- End of Section --

SECTION 33 11 00

WATER UTILITY DISTRIBUTION PIPING


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

AMERICAN ASSOCIATION OF STATE HIGHWAY AND TRANSPORTATION OFFICIALS
(AASHTO)

AASHTO HB-17                          (2002; Errata 2003; Errata 2005, 17th
                                      Edition) Standard Specifications for
                                      Highway Bridges

AMERICAN WATER WORKS ASSOCIATION (AWWA)

AWWA B300                             (2010; Addenda 2011) Hypochlorites

AWWA B301                             (2010) Liquid Chlorine

AWWA C104/A21.4                       (2016) Cement-Mortar Lining for
                                      Ductile-Iron Pipe and Fittings for Water

AWWA C105/A21.5                       (2010) Polyethylene Encasement for
                                      Ductile-Iron Pipe Systems

AWWA C110/A21.10                      (2012) Ductile-Iron and Gray-Iron Fittings
                                      for Water

AWWA C111/A21.11                      (2012) Rubber-Gasket Joints for
                                      Ductile-Iron Pressure Pipe and Fittings

AWWA C151/A21.51                      (2009) Ductile-Iron Pipe, Centrifugally
                                      Cast, for Water

AWWA C153/A21.53                      (2011) Ductile-Iron Compact Fittings for
                                      Water Service

AWWA C500                             (2009) Metal-Seated Gate Valves for Water
                                      Supply Service

AWWA C502                             (2014) Dry-Barrel Fire Hydrants

AWWA C504                             (2010) Standard for Rubber-Seated
                                      Butterfly Valves

AWWA C508                             (2009; Addenda A 2011) Swing-Check Valves
                                      for Waterworks Service, 2 In. (50 mm)
                                      Through 24 In. (600 mm) NPS

AWWA C509                             (2015) Resilient-Seated Gate Valves for
                                      Water Supply Service

Construct Modular For El Paso Central Processing Center (CPC)                                      W9126G19C0025

| | |
|---|---|
| AWWA C511 | (2007) Standard for Reduced-Pressure Principle Backflow Prevention Assembly |
| AWWA C512 | (2007) Air-Release, Air/Vacuum, and Combination Air Valves for Waterworks Service |
| AWWA C515 | (2015) Reduced-Wall, Resilient-Seated Gate Valves for Water Supply Service |
| AWWA C600 | (2010) Installation of Ductile-Iron Water Mains and Their Appurtenances |
| AWWA C605 | (2013) Underground Installation of Polyvinyl Chloride (PVC) Pressure Pipe and Fittings for Water |
| AWWA C651 | (2014) Standard for Disinfecting Water Mains |
| AWWA C702 | (2015) Cold-Water Meters - Compound Type |
| AWWA C706 | (2010) Direct-Reading, Remote-Registration Systems for Cold-Water Meters |
| AWWA C800 | (2014) Underground Service Line Valves and Fittings |
| AWWA C900 | (2016) Polyvinyl Chloride (PVC) Pressure Pipe, and Fabricated Fittings, 4 In. Through 60 In. (100 mm Through 1,500 mm) |
| AWWA M11 | (2004; 4th Ed; Errata 2013) Manual:  Steel Water Pipe: A Guide for Design and Installation |
| AWWA M23 | (2002; 2nd Ed) Manual:  PVC Pipe - Design and Installation |
| AWWA M55 | (2006) PE Pipe - Design and Installation |
| AWWA M9 | (2008; Errata 2013) Manual:  Concrete Pressure Pipe |

ASME INTERNATIONAL (ASME)

| | |
|---|---|
| ASME B16.26 | (2013) Standard for Cast Copper Alloy Fittings for Flared Copper Tubes |
| ASME B18.2.2 | (2010) Nuts for General Applications: Machine Screw Nuts, Hex, Square, Hex Flange, and Coupling Nuts (Inch Series) |
| ASME B18.5.2.1M | (2006; R 2011) Metric Round Head Short Square Neck Bolts |
| ASME B18.5.2.2M | (1982; R 2010) Metric Round Head Square Neck Bolts |

ASTM INTERNATIONAL (ASTM)

ASTM A126                          (2004; R 2014) Standard Specification for
                                   Gray Iron Castings for Valves, Flanges,
                                   and Pipe Fittings

ASTM A307                          (2014) Standard Specification for Carbon
                                   Steel Bolts and Studs, 60 000 PSI Tensile
                                   Strength

ASTM A47/A47M                      (1999; R 2014) Standard Specification for
                                   Ferritic Malleable Iron Castings

ASTM A536                          (1984; R 2014) Standard Specification for
                                   Ductile Iron Castings

ASTM A563                          (2015) Standard Specification for Carbon
                                   and Alloy Steel Nuts

ASTM B61                           (2015) Standard Specification for Steam or
                                   Valve Bronze Castings

ASTM B62                           (2015) Standard Specification for
                                   Composition Bronze or Ounce Metal Castings

ASTM D1784                         (2011) Standard Specification for Rigid
                                   Poly(Vinyl Chloride) (PVC) Compounds and
                                   Chlorinated Poly(Vinyl Chloride) (CPVC)
                                   Compounds

ASTM D1785                         (2012) Standard Specification for
                                   Poly(Vinyl Chloride) (PVC), Plastic Pipe,
                                   Schedules 40, 80, and 120

ASTM D2241                         (2015) Standard Specification for
                                   Poly(Vinyl Chloride) (PVC) Pressure-Rated
                                   Pipe (SDR Series)

ASTM D2464                         (2015) Standard Specification for Threaded
                                   Poly(Vinyl Chloride) (PVC) Plastic Pipe
                                   Fittings, Schedule 80

ASTM D2466                         (2015) Standard Specification for
                                   Poly(Vinyl Chloride) (PVC) Plastic Pipe
                                   Fittings, Schedule 40

ASTM D2467                         (2015) Standard Specification for
                                   Poly(Vinyl Chloride) (PVC) Plastic Pipe
                                   Fittings, Schedule 80

ASTM D3139                         (1998; R 2011) Joints for Plastic Pressure
                                   Pipes Using Flexible Elastomeric Seals

ASTM F1483                         (2012) Oriented Poly(Vinyl Chloride),
                                   PVCO, Pressure Pipe

ASTM F477                          (2014) Standard Specification for
                                   Elastomeric Seals (Gaskets) for Joining

                          Plastic Pipe

          FOUNDATION FOR CROSS-CONNECTION CONTROL AND HYDRAULIC RESEARCH
          (FCCCHR)

FCCCHR List                    (continuously updated) List of Approved
                               Backflow Prevention Assemblies

FCCCHR Manual                  (10th Edition) Manual of Cross-Connection
                               Control

          NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 24                        (2013) Standard for the Installation of
                               Private Fire Service Mains and Their
                               Appurtenances

          NSF INTERNATIONAL (NSF)

NSF 372                        (2011) Drinking Water System Components -
                               Lead Content

NSF/ANSI 14                    (2016a) Plastics Piping System Components
                               and Related Materials

NSF/ANSI 61                    (2016) Drinking Water System Components -
                               Health Effects

          U.S. DEPARTMENT OF DEFENSE (DOD)

UFC 3-600-01                   (2006; with Change 3)) Fire Protection
                               Engineering for Facilities

          UNDERWRITERS LABORATORIES (UL)

UL 246                         (2011; Reprint Feb 2013) Hydrants for
                               Fire-Protection Service

UL 262                         (2004; Reprint Oct 2011) Gate Valves for
                               Fire-Protection Service

UL 312                         (2010; Reprint Mar 2015) Check Valves for
                               Fire-Protection Service

UL 789                         (2004; Reprint Feb 2013) Standard for
                               Indicator Posts for Fire-Protection Service

          UNI-BELL PVC PIPE ASSOCIATION (UBPPA)

UBPPA UNI-PUB-08               (2010) Tapping Guide for PVC Pressure Pipe)

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

```
SD-03 Product Data
        Pipe, Fittings, Joints and Couplings; G

        Valves; G

        Indicator Posts; G

        Valve Boxes; G

        Hydrants; G

        Meters; G

        Pipe Anchorage

        Tapping Sleeves; G

        Corporation Stops

        Backflow Preventers; G

    SD-06 Test Reports

        Backflow Preventer Tests

        Bacteriological Samples

    SD-07 Certificates

        Pipe, Fittings, Joints and Couplings

        Lining

        Lining for Fittings

        Valves

        Hydrants

        Meters

        Backflow Prevention Training Certificate

        Disinfection Procedures; G

    SD-08 Manufacturer's Instructions

        Manufacturer's Instructions
```

1.3   QUALITY CONTROL

1.3.1   Regulatory Requirements

Comply with NSF/ANSI 61 and NSF 372 for materials for potable water piping,
components and specialties for domestic water; comply with lead content
requirements for "lead-free" plumbing as defined by the U.S. Safe Drinking

Water Act effective January 2014.

Comply with NSF/ANSI 14 for plastic potable water piping and components. Provide plastic pipe and fittings, bearing the seal of the National Sanitation Foundation (NSF) for potable water service from the same manufacturer.

Comply with NFPA 24 for materials, installation, and testing of fire main piping and components.

1.3.2    Backflow Preventers

1.3.2.1    Backflow Preventers Certificate

Certificate of Full Approval from FCCCHR List, University of Southern California, attesting that the design, size and make of each backflow preventer has satisfactorily passed the complete sequence of performance testing and evaluation for the respective level of approval.  Certificate of Provisional Approval will not be acceptable.

1.3.2.1.1    Backflow Prevention Training Certificate

Submit a certificate recognized by the State or local authority that states the Contractor has completed at least 10 hours of training in backflow preventer installations.  The certificate must be current.

1.4    DELIVERY, STORAGE, AND HANDLING

1.4.1    Delivery and Storage

Inspect materials delivered to site for damage.  Unload and store with minimum handling and in accordance with manufacturer's instructions.  Store materials on site in enclosures or under protective covering.  Store plastic piping, jointing materials and rubber gaskets under cover out of direct sunlight.  Do not store materials directly on the ground.  Keep inside of pipes, fittings, valves, hydrants, and other accessories free of dirt and debris.

1.4.2    Handling

Handle pipe, fittings, valves, hydrants, and other accessories in accordance with manufacturer's instructions and in a manner to ensure delivery to the trench in sound undamaged condition.  Avoid injury to coatings and linings on pipe and fittings; make repairs if coatings or linings are damaged.  Do not place other material, hooks, or pipe inside a pipe or fitting after the coating has been applied.  Inspect the pipe for defects before installation.Carry, do not drag pipe to the trench.   Use of pinch bars and tongs for aligning or turning pipe will be permitted only on the bare ends of the pipe.  Clean the interior of pipe and accessories of foreign matter before being lowered into the trench and keep them clean during laying operations by plugging.  Replace material found to be defective before or after laying with sound material without additional expense to the Government.  Store rubber gaskets that are not to be installed immediately, under cover out of direct sunlight.

Handle ductile iron pipe, fittings, and accessories in accordance with AWWA C600.  Handle PVC and PVCO pipe, fittings, and accessories in accordance with AWWA C605.  Handle PE pipe, fittings, and accessories in accordance with AWWA M55.

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

PART 2    PRODUCTS

2.1    SYSTEM DESCRIPTION

2.1.1    Water Distribution Mains

  Provide water distribution mains indicated as larger than  4 inch through
  12 inch lines of ductile iron, PVC, PVCO pipe.  Provide water main
  accessories and valves as specified and where indicated.

2.1.2    Water Service Lines

  Provide water service lines indicated as  4 inch diameter pipe sizes or
  less from water distribution main to building service at the point(s)
  indicated.   Provide water service lines of  PVC, or ductile iron pipe.
  Provide water service line appurtenances as specified and where indicated.

2.2    PIPE, FITTINGS, JOINTS AND COUPLINGS

  Submit manufacturer's standard drawings or catalog cuts, except submit both
  drawings and cuts for push-on and rubber-gasketed bell-and-spigot joints.
  Include information concerning gaskets with submittal for joints and
  couplings.

2.2.1    Ductile-Iron Piping

2.2.1.1    Pipe and Fittings

  a.  Pipe, AWWA C151/A21.51, Pressure Class 150.  Provide fittings with
      pressure ratings equivalent to that of the pipe.  Pipe ends and
      fittings are to be compatible for the specified joints.  Provide
      cement-mortar lining, AWWA C104/A21.4, standard thickness on pipe and
      fittings.  Provide pipe and fittings, polyethylene encasement in
      accordance with AWWA C105/A21.5.

2.2.1.2    Joints and Jointing Material

  Provide push-on joints or mechanical joints for pipe and fittings. Provide
  mechanical joints for fire hydrant laterals.

      a.  Push-On Joints:  Shape of pipe ends and fitting ends, gaskets, and
          lubricant for joint assembly as recommended in AWWA C111/A21.11.

      b.  Mechanical Joints:  Dimensional and material requirements for pipe
          ends, glands, bolts and nuts, and gaskets as recommended in
          AWWA C111/A21.11.

2.2.2    Plastic Piping

2.2.2.1    PVC Piping

  a.  Plain end or gasket bell end, with a minimum Pressure Class 165 (DR25),
      AWWA C900 with ductile iron outside diameter (DIOD).

2.2.2.1.1    Fittings for PVC Pipe

  Gray iron or ductile iron fittings, AWWA C110/A21.10 or AWWA C153/A21.53,
  with cement-mortar lining for fittings, AWWA C104/A21.4, standard

thickness.  Fittings with push-on joint ends are to conform to the same
requirements as fittings with mechanical-joint ends, except that bell
design is to be factory modified for push-on joint compatible for use with
PVC plastic pipe specified in this paragraph.  Provide cement-mortar lined
iron fittings and specials in accordance with AWWA C104/A21.4.  Fittings
and specials of the same material as the pipe with elastomeric gaskets, in
conformance with AWWA C605 and AWWA C900.  Manufacture pipe couplings and
fittings for PVCO plastic from material that meets ASTM F1483 and ASTM D1784,
Class 12454-B.

2.2.2.1.2   Joints and Jointing Material

Provide push-on joints ASTM D3139 between pipes, pipes and metal fittings,
valves, and other accessories or compression-type joints/mechanical joints,
ASTM D3139 and AWWA C111/A21.11.  Provide each joint connection with an
elastomeric gasket compatible for the bell or coupling with which it is to
be used.  Gaskets for push-on joints for pipe, ASTM F477.  Gaskets for
push-on joints and compression-type joints/mechanical joints for joint
connections between pipe and metal fittings, valves, and other accessories,
AWWA C111/A21.11, respectively, for push-on joints and mechanical joints.
Utilize mechanically  coupled joints using a sleeve-type mechanical
coupling, as specified in the paragraph SLEEVE-TYPE MECHANICAL COUPLINGS,
as an optional jointing method in lieu of push-on joints on plain-end PVC
plastic pipe, subject to the limitations specified for mechanically coupled
joints using a sleeve-type mechanical coupling and to the use of internal
stiffeners as specified for compression-type joints in ASTM D3139.

2.2.2.2   PVC Piping for Service Lines

2.2.2.2.1   Pipe and Fittings

ASTM D1785, Schedule 40; or ASTM D2241, with SDR as necessary to provide
150 psi minimum pressure rating.  Fittings, ASTM D2466 or ASTM D2467.
Provide pipe and fittings of the same PVC plastic material and of the
following pipe/fitting combinations, as marked on the pipe and fitting,
respectively: PVC 1120/PVC I; PVC 1220/PVC 12; PVC 2120/PVC II; PVC
2116/PVC II.

2.2.2.2.1.1   Joints and Jointing Materials

Provide elastomeric-gasket joints.  Test pipe couplings, when used as
required by ASTM D2464.

2.2.3   Pipe Anchorage

Provide restrained joints where indicated on the plans and provide concrete
thrust blocks (reaction backing) unless otherwise indicated.  Restrained
joints may be used in lieu of concrete thrust blocks when approved by the
contracting officer.  The contractor shall submit computations justifying
the restraint length for the system used.

2.3   VALVES

2.3.1   Gate Valves 3 Inch Size and Larger on Buried Piping

AWWA C500, AWWA C509 or AWWA C515.  Unless otherwise specified, valves
matching requirements of:  (1)AWWA C500: nonrising stem type with
double-disc gates and mechanical-joint ends or push-on joint ends
compatible for the adjoining pipe and (2)AWWA C509 or AWWA C515: nonrising

stem type with mechanical-joint ends.  Valves open by counterclockwise
rotation of the valve stem.  Stuffing boxes have 0-ring stem seals.
Stuffing boxes are bolted and constructed so as to permit easy removal of
parts for repair.  Where an indicator post is shown, provide an indicator
post flange; indicator post flange for AWWA C500, AWWA C509, or AWWA C515
valve is to conform to the requirements of UL 262. Provide valves from one
manufacturer.

2.3.2   Gate Valves 3 Inch Size and Larger in Aboveground Locations

AWWA C500 or AWWA C509.  Unless otherwise specified, valves matching the
requirements of:  (1) AWWA C500: outside-screw-and-yoke rising-stem type
with double-disc and flanged ends and (2) AWWA C509 or AWWA C515:
outside-screw-and-yoke rising-stem type with flanged ends. Provide valves
with handwheels that open by counterclockwise rotation of the valve stem.
Bolt and construct stuffing boxes so as to permit easy removal of parts for
repair. In lieu of flanged ends, provide valves with grooved or shouldered
ends compatible with grooved or shouldered type joints, as specified in the
paragraph DUCTILE-IRON PIPING. Provide valves from one manufacturer.

2.3.3   Check Valves

Swing-check type, AWWA C508 or UL 312.  Valves matching requirements of:
(1) AWWA C508:  Iron or steel body and cover and flanged ends, and (2)
UL 312:  Cast iron or steel body and cover, flanged ends, and designed for
a minimum working pressure of 150 psi.  Materials for UL 312 valves are to
match the reference standards specified in AWWA C508.  Provide valves with
a clear port opening.  Provide shouldered ends shouldered type joints, as
specified in the paragraph DUCTILE-IRON PIPING in lieu of flanged ends.
Provide valves from one manufacturer.

2.3.4   Rubber-Seated Butterfly Valves

Provide rubber-seated butterfly valves and wafer type valves that match the
performance requirements of AWWA C504.  Wafer type valves not meeting
laying length requirements are acceptable if supplied and installed with a
spacer, providing the specified laying length.  Meet all tests required by
AWWA C504.  Flanged-end valves are required in a pit.  Provide a union or
sleeve-type coupling in the pit to permit removal.  Direct-bury
mechanical-end valves 3 through 10 inches in diameter.  Provide a valve
box, means for manual operation, and an adjacent pipe joint to facilitate
valve removal.  Provide valve operators that restrict closing to a rate
requiring approximately 60 seconds, from fully open to fully closed.

2.3.5   Air Release, Air/Vacuum, and Combination Air Valves

Provide air release and combination air valves that release air and prevent
the formation of a vacuum, are in compliance with the provisions of
AWWA C512 and are the size shown.  Provide valves with an iron body,
lead-free bronze trim and stainless steel float that automatically releases
air when the lines are being filled with water and admits air into the line
when water is being withdrawn in excess of the inflow.

2.3.6   Indicator Posts

Provide upright gate valve with indicator post in accordance with UL 789
and NFPA 24, where indicated.  Construct indicator post body of cast iron,
ductile iron or a combination of both, bronze operating nut, cast iron
locking wrench meeting the requirements of ASTM A126 Class B, with open and

shut target window.

## 2.3.7   Valve Boxes

Provide a valve box for each gate valve except where indicator post is shown.  Construct valve boxes as shown on the drawings or manufactured from precast concrete of a size compatible for the valve on which it is used. Design precast concrete boxes installed in locations subjected to vehicular traffic to withstand the following H20 AASHTO load designation as outline in AASHTO HB-17.  Manufacture precast concrete boxes in accordance with Section 03 42 13.00 10 PLANT-PRECAST CONCRETE PRODUCTS FOR BELOW GRADE CONSTRUCTION.  Provide a round head.  Cast the word "WATER" on the lid. The least diameter of the shaft of the box is 5 1/4 inches.

## 2.4   FIRE HYDRANTS AND HOSE HOUSES

## 2.4.1   Fire Hydrants

Provide hydrants where indicated.  Paint hydrants with at least one coat of primer and two coats of enamel paint.  Paint barrel and bonnet colors in accordance with UFC 3-600-01.  Stencil hydrant number and main size on the hydrant barrel using black stencil paint.

## 2.4.1.1   Dry-Barrel Type Fire Hydrants

Provide Dry-barrel type hydrants, AWWA C502 or UL 246, "Base Valve" design, with 6 inch inlet, 5 1/4 inch valve opening, one 4 1/2 inch pumper connection, and two 2 1/2 inch hose connections.  Provide mechanical-joint or push-on joint end, except where flanged end is indicated; with end matching requirements as specified for the joint as specified in AWWA C502 or UL 246 for size and shape of operating nut, cap nuts, and threads on hose and pumper connections.  Provide hydrants with frangible sections as mentioned in AWWA C502.  Design the hydrant with special couplings joining upper and lower sections of hydrant barrel that break from a force imposed by a moving vehicle.  Hydrant is to be fully operational under normal conditions.

## 2.5   METERS

Certificates are to attest that tests set forth in each referenced publication have been performed, whether specified in that publication to be mandatory or otherwise and that production control tests have been performed at the intervals or frequency specified in the publication. Other tests are to have been performed within 3 years of the date of submittal of certificates on the same type, class, grade, and size of material as is being provided for the project.

## 2.5.1   Compound Type Meters

Provide an Advanced Metering Infrastructure (AMI) and Direct Digital Communication (DDC) compatible compound type meters that meet the requirements of AWWA C702 and are to be furnished with strainers. Construct the main casing of cast iron protected by corrosion resistant coating with stainless steel external fasteners.  Tap the main casing for field testing purposes.  Equip the meter with a straight-reading permanently sealed register that reads in U.S. gallons matching the accuracy and capacity requirements of AWWA C702 utilizing connections compatible to the type of pipe and conditions encountered.  Provide a direct reading remote register designed in accordance with AWWA C706.

2.5.2    Advanced Metering Infrastructure

Provide an Advanced Metering Infrastructure (AMI) compatible water meter(s)
and connect to the existing AMI Data Acquisition System (DAS).  Use the
existing Government laptop computers to configure the meter using existing
software loaded on the computer.  Modifications to existing software on the
computer or the addition of software to the computer is not allowed.  The
Contractor must ensure that the meter(s) transmit the metered data to the
DAS.

2.5.3    Direct Digital Control System Interface

Provide all meters with the capability of providing pulse output to the DDC
system provided in Section 23 09 23.02 BACNET DIRECT DIGITAL CONTROL FOR
HVAC AND OTHER BUILDING CONTROL SYSTEMS.

2.5.4    Meter Vaults

Install large meters in reinforced concrete vaults manufactured in
accordance with Section 03 42 13.00 10 PLANT-PRECAST CONCRETE PRODUCTS FOR
BELOW GRADE CONSTRUCTION and in accordance with the details shown on the
drawings.

2.6    ACCESSORIES

2.6.1    Tapping Sleeves

Provide cast gray, ductile, malleable iron or stainless steel, split-sleeve
type tapping sleeves of the sizes indicated for connection to existing main
with flanged or grooved outlet, and with bolts, follower rings and gaskets
on each end of the sleeve.  Utilize similar metals for bolts, nuts, and
washers to minimize the possibility of galvanic corrosion.  Provide
dielectric gaskets where dissimilar metals adjoin.  Construction is to be
compatible with a maximum working pressure of 150 psi.  Provide bolts with
square heads and hexagonal nuts.  Longitudinal gaskets and mechanical
joints with gaskets as recommended by the manufacturer of the sleeve.  When
using grooved mechanical tee, utilize an upper housing with full locating
collar for rigid positioning which engages a machine-cut hole in pipe,
encasing an elastomeric gasket which conforms to the pipe outside diameter
around the hole and a lower housing with positioning lugs, secured together
during assembly by nuts and bolts as specified, pre-torqued to 50 foot-pound.

2.6.2    Sleeve-Type Mechanical Couplings

Design couplings to join plain-end piping by compression of a ring gasket
at each end of the adjoining pipe sections.  The coupling consists of one
middle ring flared or beveled at each end to provide a gasket seat; two
follower rings; two resilient tapered rubber gaskets; and bolts and nuts to
draw the follower rings toward each other to compress the gaskets.  The
middle ring and the follower rings are to be true circular sections free
from irregularities, flat spots, and surface defects; provide for
confinement and compression of the gaskets.  For ductile iron and PVC
plastic pipe, the middle ring is cast-iron.   Malleable and ductile iron
are to meet the requirements of  ASTM A47/A47M and ASTM A536,
respectively.  Design gaskets for resistance to set after installation and
to meet the requirements specified for gaskets for mechanical joint in
AWWA C111/A21.11. Provide track-head type bolts ASTM A307, Grade A, with
nuts, ASTM A563, Grade A; or round-head square-neck type bolts,

ASME B18.5.2.1M and ASME B18.5.2.2M with hex nuts, ASME B18.2.2.  Provide
5/8 inch in diameter bolts; minimum number of bolts for each coupling is 5
for 8 inch pipe, 6 for 10 inch pipe, and 7 for 12 inch pipe.  Shape bolt
holes in follower rings to hold fast to the necks of the bolts used.  Do
not use mechanically coupled joints using a sleeve-type mechanical coupling
as an optional method of jointing except where pipeline is adequately
anchored to resist tension pull across the joint.  Provide a tight flexible
joint with mechanical couplings under reasonable conditions, such as pipe
movements caused by expansion, contraction, slight settling or shifting in
the ground, minor variations in trench gradients, and traffic vibrations.
Match coupling strength to that of the adjoining pipeline.

2.6.3   Insulating Joints

Provide a rubber-gasketed insulating joint or dielectric coupling between
pipe of dissimilar metals which will effectively prevent metal-to-metal
contact between adjacent sections of piping.

2.6.4   Dielectric Fittings

Install dielectric fittings between threaded ferrous and nonferrous
metallic pipe, fittings and valves, except where corporation stops join
mains to prevent metal-to-metal contact of dissimilar metallic piping
elements and compatible with the indicated working pressure.

2.6.5   Tracer Wire for Nonmetallic Piping

Provide bare copper or aluminum wire not less than 0.10 inch in diameter in
sufficient length to be continuous over each separate run of nonmetallic
pipe.

2.6.6   Water Service Line Appurtenances

2.6.6.1   Corporation Stops

Ground key type; lead-free bronze, ASTM B61 or ASTM B62; compatible with
the working pressure of the system and solder-joint, or flared tube
compression type joint.  Threaded ends for inlet and outlet of corporation
stops, AWWA C800; coupling nut for connection to flared copper tubing,
ASME B16.26.

2.7   BACKFLOW PREVENTERS

Reduced pressure principle type conforming to the applicable requirements
AWWA C511.  Provide backflow preventers complete with 150 pound flanged
cast iron, brass mounted gate valve and strainer, 304 stainless steel or
bronze, internal parts.  The particular make, model/design, and size of
backflow preventers to be installed must be included in the latest edition
of the List of Approved Backflow Prevention Assemblies issued by the
FCCCHR List and be accompanied by a Certificate of Full Approval from
FCCCHR List.

Select materials for piping, strainers, and valves used in assembly
installation that are galvanically compatible.  Materials joined,
connected, or otherwise in contact are to have no greater than 0.25 V
difference on the Anodic Index, unless separated by a dielectric type union
or fitting.

2.8    PROTECTIVE ENCLOSURES

  Provide Enclosures designed to protect aboveground water piping, equipment,
  or specialties from  damage.

2.8.1   Housing

  Reinforced and insulated aluminum construction; with anchoring devices for
  attaching housing to concrete base, access doors with locking devices,
  sized to allow access and service of the protected unit, drain openings,
  and an electric heating cable or heater with self-limiting temperature
  control.

2.9    DISINFECTION

  Chlorinating materials are to conform to:  Chlorine, Liquid:  AWWA B301;
  Hypochlorite, Calcium and Sodium:  AWWA B300.

PART 3   EXECUTION

3.1    PRECAUTIONS

3.1.1   Connections to Existing System

  Perform all connections to the existing water system in the presence of the
  Contracting Officer.

3.1.2   Operation of Existing Valves

  Do not operate valves within or directly connected to the existing water
  system unless expressly directed to do so by the Contracting Officer.

3.2    INSTALLATION OF PIPELINES

3.2.1   General Requirements for Installation of Pipelines

  Submit manufacturer's instructions for pipeline installations.  These
  manufacturer's instructions apply to all pipeline installation except as
  noted herein.

3.2.1.1   Location of Water Lines

  Terminate the work covered by this section at a point approximately 5 feet
  from the building, unless otherwise indicated.

  Where the location of the water line is not clearly defined by dimensions
  on the drawings, do not lay water line closer horizontally than 10 feet
  from any sewer line.  Lay water lines which cross sewer force mains and
  inverted siphons at least 2 feet above these sewer lines; when joints in
  the sewer line are closer than 3 feet horizontally from the water line
  relay the sewer line to ensue no joint closer than 3 feet.

  Do not lay water lines in the same trench with gas lines, fuel lines,
  electric wiring, or any other utility.  Do not install copper tubing in the
  same trench with ferrous piping materials.  Where nonferrous metallic pipe,
  e.g. copper tubing, cross any ferrous piping, provide a minimum vertical
  separation of 12 inches between pipes.

  Where water piping is required to be installed within 3 feet of existing

structures, sleeve the water pipe.  Provide ductile-iron or Schedule 40
steel sleeves.  Fill annular space between pipe and sleeves with mastic.
Install the water pipe and sleeve ensuring that there will be no damage to
the structures and no settlement or movement of foundations or footings.

3.2.1.1.1   Water Piping Installation Parallel With Sewer Piping

3.2.1.1.1.1 Normal Conditions

Lay water piping at least 10 feet horizontally from a sewer or sewer
manhole whenever possible.  Measure the distance edge-to-edge.  Provide at
least 18 inches above the top (crown) of the sewer piping and the bottom
(invert) of the water piping.  The sewer piping is to be constructed of
AWWA-compliant water pipe and pressure tested in place without leakage
prior to backfilling where this vertical separation can not be obtained.
Shop drawings for the waste water disposal method are required.  Test the
sewer manhole in place to ensure watertight construction.

3.2.1.1.2   Installation of Water Piping Crossing Sewer Piping

a.  Normal Conditions:  Provide a separation of at least 18 inches between
    the bottom of the water piping and the top of the sewer piping in cases
    where water piping crosses above sewer piping.

b.  Unusual Conditions:  When local conditions prevent a vertical
    separation described above, construct sewer piping passing over or
    under water piping of AWWA-compliant ductile iron water piping,
    pressure tested in place without leakage prior to backfilling.  Protect
    water piping passing under sewer piping by providing a vertical
    separation of at least 18 inches between the bottom of the sewer piping
    and the top of the water piping; adequate structural support for the
    sewer piping to prevent excessive deflection of the joints and the
    settling on and breaking of the water piping; and that the length,
    minimum 20 feet, of the water piping be centered at the point of the
    crossing so that joints are equidistant and as far as possible from the
    sewer piping.

3.2.1.1.3   Sewer Piping or Sewer Manholes

No water piping is to pass through or come in contact with any part of a
sewer manhole.

3.2.1.2   Earthwork

Perform earthwork operations in accordance with Section 31 00 00 EARTHWORK.

3.2.1.3   Pipe Laying and Jointing

Remove fins and burrs from pipe and fittings.  Before placing in position,
clean pipe, fittings, valves, and accessories, and maintain in a clean
condition.  Provide proper facilities for lowering sections of pipe into
trenches.  Under no circumstances is it permissible to drop or dump pipe,
fittings, valves, or other water line material into trenches.  Cut pipe
cleanly, squarely, and accurately to the length established at the site and
work into place without springing or forcing.  Replace a pipe or fitting
that does not allow sufficient space for installation of jointing
material.  Blocking or wedging between bells and spigots is not permitted.
Lay bell-and-spigot pipe with the bell end pointing in the direction of
laying.  Grade the pipeline in straight lines; avoid the formation of dips

and low points.  Support pipe at the design elevation and grade.  Secure
firm, uniform support.  Wood support blocking is not permitted.  Lay pipe
so that the full length of each section of pipe and each fitting rests
solidly on the pipe bedding; excavate recesses to accommodate bells,
joints, and couplings.  Provide anchors and supports for fastening work
into place.  Make provision for expansion and contraction of pipelines.
Keep trenches free of water until joints have been assembled.  At the end
of each work day, close open ends of pipe temporarily with wood blocks or
bulkheads.  Do not lay pipe when conditions of trench or weather prevent
installation.  Provide a minimum of 2 1/2 feet depth of cover over top of
pipe.

3.2.1.4   Installation of Tracer Wire

Install a continuous length of tracer wire for the full length of each run
of nonmetallic pipe.  Attach wire to top of pipe in such manner that it
will not be displaced during construction operations.

3.2.1.5   Connections to Existing Water Lines

Make connections to existing water lines after coordination with the
facility and with a minimum interruption of service on the existing line.
Make connections to existing lines under pressure in accordance with the
recommended procedures of the manufacturer of the pipe being tapped and as
indicated, except as otherwise specified, tap concrete pipe in accordance
with AWWA M9 for tapping concrete pressure pipe.

3.2.1.6   Penetrations

Provide ductile-iron or Schedule 40 steel wall sleeves for pipe passing
through walls of valve pits and structures.  Fill annular space between
walls and sleeves with rich cement mortar.  Fill annular space between pipe
and sleeves with mastic.

3.2.1.7   Flanged Pipe

Only install flanged pipe aboveground or with the flanges in valve pits.

3.2.2   Special Requirements for Installation of Water Lines

3.2.2.1   Installation of Ductile-Iron Piping

Unless otherwise specified, install pipe and fittings in accordance with
the paragraph GENERAL REQUIREMENTS FOR INSTALLATION OF PIPELINES and with
the requirements of AWWA C600 for pipe installation, joint assembly,
valve-and-fitting installation, and thrust restraint.

a.  Jointing:  Make push-on joints with the gaskets and lubricant specified
    for this type joint; assemble in accordance with the applicable
    requirements of AWWA C600 for joint assembly.  Make mechanical joints
    with the gaskets, glands, bolts, and nuts specified for this type
    joint; assemble in accordance with the applicable requirements of
    AWWA C600 for joint assembly and the recommendations of Appendix A to
    AWWA C111/A21.11.  Make shouldered type joints with the couplings
    previously specified for this type joint connecting pipe with the
    shouldered ends specified for this type joint; assemble in accordance
    with the recommendations of the coupling manufacturer.

b.  Allowable Deflection:  Follow AWWA C600 for the maximum allowable

deflection.  If the alignment requires deflection in excess of the
above limitations, provide special bends or a sufficient number of
shorter lengths of pipe to achieve angular deflections within the limit
set forth.

c.  Exterior Protection:  Completely encase buried ductile iron pipelines
    with polyethylene tube or sheet, using Class A polyethylene film, in
    accordance with AWWA C105/A21.5.

3.2.2.2   Installation of PVC and PVCO  Water Main Pipe

Unless otherwise specified, install pipe and fittings in accordance with
the paragraph GENERAL REQUIREMENTS FOR INSTALLATION OF PIPELINES; with the
requirements of AWWA C605 for laying of pipe, joining PVC pipe to fittings
and accessories, and setting of hydrants, valves, and fittings; and with
the recommendations for pipe joint assembly and appurtenance installation
in AWWA M23, Chapter 7, "Installation."

a.  Jointing:  Make push-on joints with the elastomeric gaskets specified
    for this type joint, using either elastomeric-gasket bell-end pipe or
    elastomeric-gasket couplings.For pipe-to-pipe push-on joint
    connections, use only pipe with push-on joint ends having factory-made
    bevel; for push-on joint connections to metal fittings, valves, and
    other accessories, cut spigot end of pipe off square and re-bevel pipe
    end to a bevel approximately the same as that on ductile-iron pipe used
    for the same type of joint.  Use a lubricant recommended by the pipe
    manufacturer for push-on joints.  Assemble push-on joints for
    pipe-to-pipe joint connections in accordance with the requirements of
    AWWA C605 for laying the pipe and the recommendations in AWWA M23,
    Chapter 7, "Installation," for pipe joint assembly.  Assemble push-on
    joints for connection to fittings, valves, and other accessories in
    accordance with the requirements of AWWA C605 for joining PVC pipe to
    fittings and accessories and with the requirements of AWWA C600 for
    joint assembly.  Make compression-type joints/mechanical joints with
    the gaskets, glands, bolts, nuts, and internal stiffeners previously
    specified for this type joint; assemble in accordance with the
    requirements of AWWA C605 for joining PVC pipe to fittings and
    accessories, with the requirements of AWWA C600 for joint assembly, and
    with the recommendations of Appendix A to AWWA C111/A21.11. Cut off
    spigot end of pipe for compression-type joint/mechanical-joint
    connections and do not re-bevel.  Assemble joints made with sleeve-type
    mechanical couplings in accordance with the recommendations of the
    coupling manufacturer using internal stiffeners as previously specified
    for compression-type joints.

b.  Offset:  Maximum offset in alignment between adjacent pipe joints as
    recommended by the manufacturer and not to exceed 5 degrees.

c.  Fittings:  Install in accordance with AWWA C605.

3.2.3   Installation of Valves

3.2.3.1   Installation of Gate Valves

Install gate valves, AWWA C500 and UL 262, in accordance with the
requirements of AWWA C600 for valve-and-fitting installation and with the
recommendations of the Appendix ("Installation, Operation, and Maintenance
of Gate Valves") to AWWA C500.  Install gate valves, AWWA C509 or AWWA C515,
in accordance with the requirements of AWWA C600 for valve-and-fitting

installation and with the recommendations of the Appendix ("Installation,
Operation, and Maintenance of Gate Valves") to AWWA C509 or AWWA C515.
Install gate valves on PVC and PVCO water mains in accordance with the
recommendations for appurtenance installation in AWWA M23, Chapter 7,
"Installation."  Make and assemble joints to gate valves as specified for
making and assembling the same type joints between pipe and fittings.

3.2.3.2   Installation of Check Valves

Install check valves in accordance with the applicable requirements of
AWWA C600 for valve-and-fitting installation.  Make and assemble joints to
check valves as specified for making and assembling the same type joints
between pipe and fittings.

3.2.3.3   Installation of Air Release, Air/Vacuum, and Combination Air Valves

Install pressure vacuum assemblies of type, size, and capacity indicated.
Include valves and test cocks.  Install according to the requirements of
plumbing and health department and authorities having jurisdiction.  Do not
install pressure vacuum breaker assemblies in vault or other space subject
to flooding.

3.2.4   Installation of Fire Hydrants

Install hydrants, except for metal harness, in accordance with AWWA C600
for hydrant installation and as indicated.  Make and assemble joints as
specified for making and assembling the same type joints between pipe and
fittings.  Provide metal harness as specified under pipe anchorage
requirements for the respective pipeline material to which hydrant is
attached.  Install hydrants with the 4 1/2 inch connections facing the
adjacent paved surface.  If there are two paved adjacent surfaces, install
hydrants with the 4 1/2 inch connection facing the paved surface where the
connecting main is located.

3.2.5   Installation of Water Service Piping

3.2.5.1   Location

Connect water service piping to the building service where the building
service has been installed.  Where building service has not been installed,
terminate water service lines approximately 5 feet from the building line
at the points indicated; close such water service lines with plugs or caps.

3.2.5.2   Service Line Connections to Water Mains

Connect service lines  to the main with a rigid connection and install a
gate valve on service line below the frostline as indicated.    Connect
service lines to PVC plastic water mains in accordance with UBPPA UNI-PUB-08
and the recommendations of AWWA M23, Chapter 9, "Service Connections."
Connect service lines to steel water mains in accordance with the
recommendations of the steel water main pipe manufacturer and with the
recommendations for special and valve connections and other appurtenances
in AWWA M11, Chapter 13, "Supplementary Design Data and Details."

3.2.6   Installation of Backflow Preventers

Install backflow preventers of type, size, and capacity indicated.  Include
valves and test cocks.  Install according to requirements of plumbing and
health department and authorities having jurisdiction.  Support NPS 2 1/2

inch and larger backflow preventers, valves, and piping near floor with 12
inch minimum air gap, and on concrete piers or steel pipe supports.  Do not
install backflow preventers that have a relief drain in vault or in other
spaces subject to flooding.  Do not install by-pass piping around backflow
preventers.

3.2.7    Installation of Protective Enclosures

Install concrete base level and with top approximately 2 inches above
grade.  Install protective enclosure over valve and equipment.  Anchor
protective enclosure to concrete base.

3.2.8    Disinfection

Prior to disinfection, provide disinfection procedures, proposed
neutralization and disposal methods of waste water from disinfection
procedures as part of the disinfection submittal.  Disinfect new water
piping and existing water piping affected by Contractor's operations in
accordance with AWWA C651.  Fill piping systems with solution containing
minimum of 50 parts per million of available chlorine and allow solution to
stand for minimum of 24 hours.  Flush solution from the systems with
domestic water until maximum residual chlorine content is within the range
of 0.2 and 0.5 parts per million, or the residual chlorine content of
domestic water supply.  Obtain at least two consecutive  bacteriological
samples from new water piping.  Analyze samples by a certified laboratory,
and submit the results of the bacteriological samples.  Obtain approval by
the Contracting Officer prior to the new water piping being placed into
service.

3.3    FIELD QUALITY CONTROL

3.3.1    Field Tests and Inspections

Notify the Contracting Officer a minimum of five days in advance of
hydrostatic testing.  Coordinate the proposed method for disposal of waste
water from hydrostatic testing.  Perform field tests, and provide labor,
equipment, and incidentals required for testing, except that water needed
for field tests will be furnished as set forth in "AVAILABILITY AND USE OF
UTILITY SERVICES" in Section 01 50 00 TEMPORARY CONSTRUCTION FACILITIES AND
CONTROLS.  Provide documentation that all items of work have been
constructed in accordance with the Contract documents.  Do not begin
testing on any section of a pipeline where concrete thrust blocks have been
provided until at least five days after placing of the concrete.  After
installation conduct Backflow Preventer Tests and provide test reports
verifying that the installation meets the FCCCHR Manual Standards.

3.3.2    Testing Procedure

3.3.2.1    Hydrostatic Testing

Test the water system in accordance with the applicable specified
standard.  Where water mains provide fire service, test in accordance with
the special testing requirements given in the paragraph SPECIAL TESTING
REQUIREMENTS FOR FIRE SERVICE.  Test ductile-iron water mains in accordance
with the requirements of AWWA C600 for hydrostatic testing.  The amount of
leakage on ductile-iron pipelines with mechanical-joints or push-on joints
is not to exceed the amounts given in AWWA C600; no leakage will be allowed
at joints made by any other methods.  Test PVC and PVCO plastic water
systems made with PVC  pipe in accordance with the requirements of AWWA C605

for pressure and leakage tests.   The amount of leakage on pipelines made of PVC plastic water main pipe is not to exceed the amounts given in AWWA C605, except that at joints made with sleeve-type mechanical couplings, no leakage will be allowed.  Test concrete water mains in accordance with the recommendations in AWWA M9, "Hydrostatic Testing and Disinfection of Mains."  The amount of leakage on concrete pipelines is not to exceed 20 gallons per 24 hours per inch of pipe diameter per mile of pipeline.  Test steel water mains in accordance with applicable requirements of AWWA C600 for hydrostatic testing.  The amount of leakage on steel pipelines with rubber-gasketed bell-and-spigot joints is not to exceed 20 gallons per 24 hours per inch of pipe diameter per mile of pipeline; no leakage will be allowed at joints made by any other method. Repair of welded joints to stop leakage is to be done by welding only. Test water service lines in accordance with requirements of AWWA C600 for hydrostatic testing.

3.3.2.2   Leakage Testing

For leakage test, use a hydrostatic pressure not less than the maximum working pressure of the system.  Leakage test may be performed at the same time and at the same test pressure as the pressure test.

3.3.3   Special Testing Requirements for Fire Service

Test water mains and water service lines providing fire service or water and fire service in accordance with NFPA 24.  The additional water added to the system must not exceed the limits given in NFPA 24

3.3.4   Tracer Wire Continuity

Test tracer wire for continuity after service connections have been completed and prior to final pavement or restoration.  Verify that tracer wire is locatable with electronic utility locating equipment.  Repair breaks or separations and re-test for continuity.

3.4   CLEANUP

Upon completion of the installation of water lines and appurtenances, remove all debris and surplus materials resulting from the work.

        -- End of Section --

SECTION 33 11 23

NATURAL GAS AND LIQUID PETROLEUM PIPING

PART 1  GENERAL

1.1  REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

AMERICAN GAS ASSOCIATION (AGA)

AGA ANSI B109.1                    (2000) Diaphragm-Type Gas Displacement Meters (Under 500 cubic ft./hour Capacity)

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

ANSI Z21.41/CSA 6.9                (2014) Quick-Disconnect Devices for Use with Gas Fuel Appliances

ANSI Z21.45 (1995)                 Flexible Connectors of Other Than All-Metal Construction for Gas Appliances

ANSI Z21.69/CSA 6.16               (2009; Addenda A 2012; R 2014) Connectors for Movable Gas Appliances

AMERICAN SOCIETY OF CIVIL ENGINEERS (ASCE)

ASCE 25-16                         (2016) Earthquake-Activated Automatic Gas Shutoff Devices

ASME INTERNATIONAL (ASME)

ASME B1.1                          (2003; R 2008) Unified Inch Screw Threads (UN and UNR Thread Form)

ASME B1.20.1                       (2013) Pipe Threads, General Purpose (Inch)

ASME B16.11                        (2011) Forged Fittings, Socket-Welding and Threaded

ASME B16.3                         (2011) Malleable Iron Threaded Fittings, Classes 150 and 300

ASME B16.38                        (2012) Large Metallic Valves for Gas Distribution (Manually Operated, NPS 2 1/2 to 12, 125 psig Maximum)

ASME B16.39                        (2014) Standard for Malleable Iron Threaded Pipe Unions; Classes 150, 250, and 300

ASME B16.40                        (2013) Manually Operated Thermoplastic Gas Shutoffs and Valves in Gas Distribution Systems

NNSA Albuquerque Complex  W912PP18C0004

ASME B16.5                              (2013) Pipe Flanges and Flanged Fittings:
                                        NPS 1/2 Through NPS 24 Metric/Inch
                                        Standard

ASME B16.9                              (2012) Standard for Factory-Made
                                        Wrought Steel Buttwelding Fittings

ASME B18.2.1                            (2012; Errata 2013) Square and Hex
                                        Bolts and Screws (Inch Series)

ASME B18.2.2                            (2010) Nuts for General Applications:
                                        Machine Screw Nuts, Hex, Square, Hex
                                        Flange, and Coupling Nuts (Inch
                                        Series)

ASME B31.8                              (2014; Supplement 2014) Gas
                                        Transmission and Distribution Piping
                                        Systems

ASME BPVC SEC VIII D1                   (2010) BPVC Section VIII-Rules for
                                        Construction of Pressure Vessels Division

          1 ASTM INTERNATIONAL (ASTM)

ASTM A193/A193M                         (2016) Standard Specification for
                                        Alloy-Steel and Stainless Steel Bolting
                                        Materials for High-Temperature Service
                                        and Other Special Purpose Applications

ASTM A194/A194M                         (2016a) Standard Specification for
                                        Carbon and Alloy Steel Nuts for Bolts
                                        for
                                        High-Pressure or High-Temperature
                                        Service, or Both

ASTM A53/A53M                           (2012) Standard Specification for Pipe,
                                        Steel, Black and Hot-Dipped, Zinc-
                                        Coated, Welded and Seamless

ASTM D2513                              (2014; E 2014) Thermoplastic Gas Pressure
                                        Pipe, Tubing, and Fittings

ASTM D2683                              (2014) Standard Specification for
                                        Socket-Type Polyethylene Fittings for
                                        Outside Diameter-Controlled
                                        Polyethylene Pipe and Tubing

          MANUFACTURERS STANDARDIZATION SOCIETY OF THE VALVE AND
          FITTINGS INDUSTRY (MSS)

MSS SP-58                               (1993; Reaffirmed 2010) Pipe Hangers and
                                        Supports - Materials, Design and
                                        Manufacture, Selection, Application, and
                                        Installation

```
     MSS SP-69                         (2003; Notice 2012) Pipe Hangers and
                                       Supports - Selection and Application
                                       (ANSI Approved American National
                                       Standard)

          NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

     NFPA 54                           (2015) National Fuel Gas Code


          SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL
          ASSOCIATION (SMACNA)

     SMACNA 1981                       (2008) Seismic Restraint Manual
                                       Guidelines for Mechanical Systems, 3rd
                                       Edition

          U.S. DEPARTMENT OF DEFENSE (DOD)

     MIL-STD-101                       (2014; Rev C) Color Code for Pipelines and
                                       for Compressed Gas Cylinders

          U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

     49 CFR 192                        Transportation of Natural and Other Gas by
                                       Pipeline: Minimum Federal Safety Standards
```

1.2  SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only. When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government. Submit the following
in accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-03 Product

Data Valve

box; G

Pressure regulator; G

Gas equipment connectors;

G Valves; G

Warning and identification

tape Risers; G

Transition

fittings Gas

meter; G

SD-07 Certificates

Welder's qualifications; G

PE welder's qualifications; G

Welder's identification

symbols

SD-08 Manufacturer's

Instructions PE pipe and

fittings

Submit manufacturer's installation instructions
and manufacturer's visual joint appearance chart.

1.3     QUALITY ASSURANCE

1.3.1     Welder's Qualifications

Comply with ASME B31.8. The steel welder shall have a copy of a certified
ASME B31.8 qualification test report. The PE welder shall have a
certificate from a PE pipe manufacturer's sponsored training course.
Contractor shall also conduct a qualification test. Submit each welder's
identification symbols, assigned number, or letter, used to identify work
of the welder. Affix symbols immediately upon completion of welds.  Welders
making defective welds after passing a qualification test shall be given a
requalification test and, upon failing to pass this test, shall not be
permitted to work this contract.

1.3.2     PE Welder's Qualifications

Prior to installation, Contractor shall have supervising and installing
personnel trained by a PE pipe manufacturer's sponsored course of not
less than one week duration, or present proof satisfactory to the
Contracting Officer that personnel are currently working in the
installation of PE gas distribution lines.

1.3.3     Safety Standards 49 CFR 192.

1.4     DELIVERY, STORAGE, AND HANDLING

Handle, transport, and store plastic pipe and fittings carefully. Plug
or cap pipe ends during transportation or storage to minimize dirt and
moisture entry. Do not subject to abrasion or concentrated external
loads. Discard PE pipe sections and fittings that have been damaged.

PART 2   PRODUCTS

2.1     MATERIALS AND EQUIPMENT

Conform to NFPA 54 and with requirements specified herein. Supply piping to
appliances or equipment shall be at least as large as the inlets thereof.

2.2     PIPE AND FITTINGS

2.2.1    Aboveground and Vaults

   a.  Pipe: Black steel in accordance with ASTM A53/A53M, Schedule 40,
       threaded ends for sizes 2 inches and smaller; otherwise, plain
       end beveled for butt welding.

   b.  Threaded Fittings: ASME B16.3, black malleable iron.

   c.  Socket-Welding Fittings: ASME B16.11, forged steel.

   d.  Butt-Welding Fittings: ASME B16.9, with backing rings of
       compatible material.

   e.  Unions: ASME B16.39, black malleable iron.

   f.  Flanges and Flanged Fittings: ASME B16.5 steel flanges or convoluted
       steel flanges conforming to ASME BPVC SEC VIII D1. Flange faces shall
       have integral grooves of rectangular cross sections which afford
       containment for self-energizing gasket material.

2.2.2    Underground Polyethylene (PE) PE pipe and fittings are as follows:

   a.  Pipe: ASTM D2513, 100 psig working pressure, Standard Dimension
       Ratio (SDR), the ratio of pipe diameter to wall thickness, 11.5
       maximum.

   b.  Socket Fittings: ASTM D2683.

   c.  Butt-Fusion Fittings: ASTM D2513, molded.

2.2.3    Risers

  Manufacturer's standard riser, transition from plastic to steel pipe with
  7 to 12 mil thick epoxy coating. Use swaged gas-tight construction with
  O-ring seals, metal insert, and protective sleeve. Provide remote bolt-
  on or bracket or wall-mounted riser supports.

2.2.4    Transition Fittings

   a.  Steel to Plastic (PE): As specified for "riser" except designed
       for steel-to-plastic with tapping tee or sleeve. Coat or wrap
       exposed steel pipe with heavy plastic coating.

   b.  Plastic to Plastic: Manufacturer's standard slip-on PE mechanical
       coupling, molded, with stainless-steel ring support, O-ring seals,
       and rated for 150 psig gas service.

2.3 SHUTOFF VALVES, BELOW GROUND

2.3.1 PE Ball or Plug Valves

  ASME B16.40 and ASTM D2513, Class C materials (PE 2306 or PE 3406),
  strength rating of Class 4 location with class factor of 0.20, and
  SDR matching PE pipe dimensions and working pressure.

2.4    VALVES, ABOVEGROUND

2.4.1    Shutoff Valves, Sizes Larger Than 2 Inches

Cast-iron or steel body ball valve with flanged ends in accordance
with ASME B16.38. Provide PTFE seats.

2.4.2    Pressure Regulator

Self-contained with spring-loaded diaphragm pressure regulator, psig to
inches water reduction, pressure operating range as required for the
pressure reduction indicated, volume capacity not less than indicated,
and threaded ends for sizes 2 inches and smaller, otherwise flanged.

2.4.3    Earthquake Automatic Gas Shutoff Valve

ASCE 25-16 and UL listed or AGA listed or International Association of
Plumbing and Mechanical Officials (IAPMO) listed. The valve may be either
pendulum or ball construction with acceleration-sensitive triggering
mechanism with manual reset.

2.5    GAS METER

AGA ANSI B109.1 pipe mounted, diaphragm or bellow style, cast-iron
aluminum case. Provide combined register totalizer, water escape hole in
housing, and means for sealing against tampering.

2.6    GAS EQUIPMENT CONNECTORS

a.  Flexible Connectors: ANSI Z21.45.

b.  Quick Disconnect Couplings: ANSI Z21.41/CSA 6.9.

c.  Semi-Rigid Tubing and Fittings: ANSI Z21.69/CSA 6.16.

2.7    VALVE BOX

Provide rectangular concrete valve box, sized large enough for removal
of valve without removing box. Cast the word "Gas" into the box cover.
Use valve box for areas as follows:

a.  Roads and Traffic Areas: Heavy duty, cast iron cover.

b.  Other Areas: Standard duty, concrete cover.

2.8    BURIED UTILITY WARNING AND IDENTIFICATION TAPE

Provide detectable aluminum-foil plastic-backed tape or detectable
magnetic plastic tape manufactured specifically for warning and
identification of buried piping. Tape shall be detectable by an
electronic detection instrument. Provide tape in rolls, 3 inch minimum
width, color-coded yellow for natural gas, with warning and
identification imprinted in bold black letters continuously and
repeatedly over entire tape length. Warning and identification shall be
"CAUTION BURIED GAS PIPING BELOW" or similar wording. Use permanent code
and letter coloring unaffected by moisture and other substances contained
in trench backfill material.

2.9    HANGERS AND SUPPORTS

MSS SP-58, as required by MSS SP-69.

2.10    WELDING FILLER

METAL ASME B31.8.

2.11    PIPE-THREAD TAPE

Antiseize and sealant tape of polytetrafluoroethylene (PTFE).

2.12    BOLTING (BOLTS AND NUTS)

Stainless steel bolting; ASTM A193/A193M, Grade B8M or B8MA, Type 316, for bolts; and ASTM A194/A194M, Grade 8M, Type 316, for nuts. Dimensions of bolts, studs, and nuts shall conform with ASME B18.2.1and ASME B18.2.2 with coarse threads conforming to ASME B1.1, with Class 2A fit for bolts and studs and Class 2B fit for nuts. Bolts or bolt-studs shall extend through the nuts and may have reduced shanks of a diameter not less than the diameter at root of threads. Bolts shall have American Standard regular square or heavy hexagon heads; nuts shall be American Standard heavy semifinished hexagonal.

2.13    GASKETS

Fluorinated elastomer, compatible with flange faces.

2.14    IDENTIFICATION FOR ABOVEGROUND PIPING

MIL-STD-101 for legends and type and size of characters. For pipes 3/4 inch od and larger, provide printed legends to identify contents of pipes and arrows to show direction of flow. Color code label backgrounds to signify levels of hazard. Make labels of plastic sheet with pressure-sensitive adhesive suitable for the intended application. For pipes smaller than 3/4 inch od, provide brass identification tags 1 1/2 inches in diameter with legends in depressed black-filled characters.

PART 3  EXECUTION

3.1     INSTALLATION

Install distribution piping in accordance with ASME B31.8.

3.1.1    Excavating and Backfilling

Perform excavating and backfilling of pipe trenches as specified in Section 31 00 00 EARTHWORK. Place pipe directly in trench bottom and cover with minimum 3 inches of sand to top of pipe. If trench bottom is rocky, place pipe on a 3 inch bed of sand and cover as above. Provide remaining backfilling. Coordinate provision of utility warning and identification tape with backfill operation. Bury utility warning and identification tape with printed side up at a depth of 12 inches below the top surface of earth or the top surface of the subgrade under pavements.

3.1.2   Piping

Cut pipe to actual dimensions and assemble to prevent residual stress.

3.1.2.1    Cleanliness

Clean inside of pipe and fittings before installation. Blow lines clear using 80 to 100 psig clean dry compressed air. Rap steel lines sharply along entire pipe length before blowing clear. Cap or plug pipe ends to maintain cleanliness throughout installation.

3.1.2.2   Aboveground Steel Piping

Determine and establish measurements for piping at the job site and accurately cut pipe lengths accordingly. For 2 inch diameter and smaller, use threaded or socket-welded joints. For 2 1/2 inch diameter and larger, use flanged or butt-welded joints.

a.   Threaded Joints: Where possible use pipe with factory-cut threads, otherwise cut pipe ends square, remove fins and burrs, and cut taper pipe threads in accordance with ASME B1.20.1. Provide threads smooth, clean, and full-cut. Apply anti-seize paste or tape to male threads portion. Work piping into place without springing or forcing. Backing off to permit alignment of threaded joints will not be permitted. Engage threads so that not more than three threads remain exposed. Use unions for connections to valves and meters for which a means of disconnection is not otherwise provided.

b.   Welded Joints: Weld by the shielded metal-arc process, using covered electrodes and in accordance with procedures established and qualified in accordance with ASME B31.8.

c.   Flanged Joints: Use flanged joints for connecting welded joint pipe and fittings to valves to provide for disconnection. Install joints so that flange faces bear uniformly on gaskets. Engage bolts so that there is complete threading through the nuts and tighten so that bolts are uniformly stressed and equally torqued.

d.   Pipe Size Changes: Use reducing fittings for changes in pipe size. Size changes made with bushings will not be accepted.

e.   Painting: Paint new ferrous metal piping, including supports, in accordance with Section 09 90 00 PAINTS AND COATINGS. Do not apply paint until piping tests have been completed.

f.   Identification of Piping: Identify piping aboveground in accordance with MIL-STD-101, using adhesive-backed or snap-on plastic labels and arrows. In lieu of labels, identification tags may be used. Apply labels or tags to finished paint at intervals of not more than 50 feet. Provide two copies of the piping identification code framed under glass and install where directed.

3.1.2.3   Buried Plastic Lines

Provide totally PE piping. Prior to installation, obtain printed instructions and technical assistance in proper installation techniques from pipe manufacturer. When joining new PE pipe to existing pipe line, ascertain what procedural changes in the fusion process is necessary to attain optimum bonding.

a.   PE Piping: Prior to installation, Contractor shall have supervising and installing personnel, certified in accordance with paragraph entitled "Welder's Qualifications." Provide fusion-welded joints

except where transitions have been specified. Use electrically heated tools, thermostatically controlled and equipped with temperature indication. (Where connection must be made to existing plastic pipe, contractor shall be responsible for determination of compatibility of materials and procedural changes in fusion process necessary to attain maximum integrity of bond.)

b.  Laying PE Pipe: Bury pipe a minimum of 24 inches below finish grade. Lay in accordance with manufacturer's printed instructions.

## 3.1.2.4   Connections to Existing Pipeline

When making connections to live gas mains, use pressure tight installation equipment operated by workmen trained and experienced in making hot taps. For connections to existing underground pipeline or service branch, use transition fittings for dissimilar materials.

## 3.1.2.5   Wrapping

Where connection to existing steel line is made underground, tape wrap new steel transition fittings and exposed existing pipe having damaged coating.  Clean pipe to bare metal. Initially stretch first layer of tape to conform to the surface while spirally half-lapping. Apply a second layer, half-lapped and spiraled as the first layer, but with spirals perpendicular to first wrapping. Use 10 mil minimum thick polyethylene tape. In lieu of tape wrap, heat shrinkable 10 mil minimum thick polyethylene sleeve may be used.

## 3.1.3   Valves

Install valves approximately at locations indicated. Orient stems vertically, with operators on top, or horizontally. Provide support for valves to resist operating torque applied to PE pipes.

## 3.1.3.1   Pressure Regulator

Provide plug cock or ball valve ahead of regulator. Install gas meter in conjunction with pressure regulator. On outlet side of meter, provide a union and a 3/8 inch gage tap with plug.

## 3.1.3.2   Stop Valve and Shutoff Valve

Provide stop valve on service branch at connection to main and shut-off valve on riser outside of building.

## 3.1.4   Pipe Sleeves

Comply with Section 07 84 00 FIRESTOPPING. Where piping penetrates concrete or masonry wall, floor or firewall, provide pipe sleeve poured or grouted in place. Make sleeve of steel or cast-iron pipe of such size to provide 1/4 inch or more annular clearance around pipe. Extend sleeve through wall or slab and terminate flush with both surfaces. Pack annular space with oakum, and caulk at ends with silicone construction sealant.

## 3.1.5   Piping Hangers and Supports

Selection, fabrication, and installation of piping hangers and supports
shall conform with MSS SP-69 and MSS SP-58, unless otherwise indicated.
Provide seismic restraints in accordance with SMACNA 1981.

3.2    FIELD QUALITY CONTROL

3.2.1   Metal Welding Inspection

Inspect for compliance with ASME B31.8. Replace, repair, and
then re-inspect defective welds.

3.2.2   PE Fusion Welding Inspection

Visually inspect butt joints by comparing with, manufacturer's visual
joint appearance chart. Inspect fusion joints for proper fused
connection.  Replace defective joints by cutting out defective joints or
replacing fittings. Inspect 100 percent of all joints and reinspect all
corrections. Arrange with the pipe manufacturer's representative in the
presence of the Contracting Officer to make first time inspection.

3.2.3   Pressure Tests

Use test pressure of 1 1/2 times maximum working pressure, but in no
case less than 50 psig. Do not test until every joint has set and
cooled at least 8 hours at temperatures above 50 degrees F.  Conduct
testing before backfilling; however, place sufficient backfill material
between fittings to hold pipe in place during tests.  Test system gas
tight in accordance with ASME B31.8.  Use clean dry air or inert gas,
such as nitrogen or carbon dioxide, for testing.  Systems which may be
contaminated by gas shall first be purged as specified.  Make tests on
entire system or on sections that can be isolated by valves.  After
pressurization, isolate entire piping system from sources of air during
test period.  Maintain test pressure for at least 8 hours between times
of first and last reading of pressure and temperature.  Take first
reading at least one hour after test pressure has been applied.  Do not
take test readings during rapid weather changes.  Provide temperature
same as actual trench conditions.  There shall be no reduction in the
applied test pressure other than that due to a change in ambient
temperature.  Allow for ambient temperature change in accordance with
the relationship $PF + 14.7 = (P1 + 14.7)(T2 + 460) / T1 + 460)$, in
which "T" and "PF" represent Fahrenheit temperature and gage pressure,
respectively, subscripts "1" and "2" denote initial and final readings,
and "PF" is the calculated final pressure.  If "PF" exceeds the
measured final pressure (final gage reading) by 1/2 psi or more,
isolate sections of the piping system, retest each section
individually, and apply a solution of warm soapy water to joints of
each section for which a reduction in pressure occurs after allowing
for ambient temperature change. Repair leaking joints and repeat test
until no reduction in pressure occurs. In performing tests, use a test
gage calibrated in one psi increments and readable to 1/2 psi.

3.2.4 System Purging

After completing pressure tests, and before testing a gas contaminated
line, purge line with nitrogen at junction with main line to remove all
air and gas. Clear completed line by attaching a test pilot fixture at
capped stub-in line at building location and let gas flow until test
pilot ignites. Procedures shall conform to ASME B31.8.-CAUTION-Failure to

Construct Modular For El Paso Central Processing Center (CPC)                    W9126G19C0025

purge may result in explosion within line when air-to-gas is at correct
mixture.


-     -- End of Section --

SECTION 33 30 00

SANITARY SEWERS


PART 1   GENERAL

1.1   SUMMARY

1.1.1   Sanitary Sewer Gravity Pipeline

Provide mains and laterals 6 to 8 inches lines of clay pipe, concrete pipe,
acrylonitrile-butadiene-styrene (ABS) composite plastic pipe, polypropylene
pipe, or polyvinyl chloride (PVC) plastic pipe.  Provide building
connections 6 inch lines of clay pipe, concrete pipe,
acrylonitrile-butadiene-styrene (ABS) solid-wall plastic pipe, or polyvinyl
chloride (PVC) plastic pipe. Provide new and modify existing exterior
sanitary gravity sewer piping and appurtenances.  Provide each system
complete and ready for operation.  The exterior sanitary gravity sewer
system includes equipment, materials, installation, and workmanship as
specified herein more than 5 feet outside of building walls.

1.1.2   USACE Project

The construction required herein shall include appurtenant structures and
building sewers to points of connection with the building drains 5 feet
outside the building to which the sewer system is to be connected.  Replace
damaged material and redo unacceptable work at no additional cost to the
Government.  Backfilling shall be accomplished after inspection by the
Contracting Officer.  Before, during, and after installation, plastic pipe
and fittings shall be protected from any environment that would result in
damage or deterioration to the material.  Keep a copy of the manufacturer's
instructions available at the construction site at all times and shall
follow these instructions unless directed otherwise by the Contracting
Officer.  Solvents, solvent compounds, lubricants, elastomeric gaskets, and
any similar materials required to install the plastic pipe shall be stored
in accordance with the manufacturer's recommendation and shall be discarded
if the storage period exceeds the recommended shelf life.  Solvents in use
shall be discarded when the recommended pot life is exceeded.

1.2   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

        AMERICAN CONCRETE PIPE ASSOCIATION (ACPA)

ACPA 01-102                        (2000) Concrete Pipe Handbook

ACPA 01-103                        (2000) Concrete Pipe Installation Manual

        AMERICAN WATER WORKS ASSOCIATION (AWWA)

AWWA C104/A21.4                    (2016) Cement-Mortar Lining for
                                   Ductile-Iron Pipe and Fittings for Water

AWWA C105/A21.5                    (2010) Polyethylene Encasement for
                                   Ductile-Iron Pipe Systems

AWWA C110/A21.10                   (2012) Ductile-Iron and Gray-Iron Fittings
                                   for Water

AWWA C111/A21.11                   (2012) Rubber-Gasket Joints for
                                   Ductile-Iron Pressure Pipe and Fittings

AWWA C153/A21.53                   (2011) Ductile-Iron Compact Fittings for
                                   Water Service

AWWA C600                          (2010) Installation of Ductile-Iron Water
                                   Mains and Their Appurtenances

AWWA C900                          (2016) Polyvinyl Chloride (PVC) Pressure
                                   Pipe, and Fabricated Fittings, 4 In.
                                   Through 60 In. (100 mm Through 1,500 mm)

           ASTM INTERNATIONAL (ASTM)

ASTM A48/A48M                      (2003; R 2012) Standard Specification for
                                   Gray Iron Castings

ASTM A536                          (1984; R 2014) Standard Specification for
                                   Ductile Iron Castings

ASTM A74                           (2016) Standard Specification for Cast
                                   Iron Soil Pipe and Fittings

ASTM C12                           (2016a) Standard Practice for Installing
                                   Vitrified Clay Pipe Lines

ASTM C150/C150M                    (2016; E 2016) Standard Specification for
                                   Portland Cement

ASTM C270                          (2014a) Standard Specification for Mortar
                                   for Unit Masonry

ASTM C33/C33M                      (2016) Standard Specification for Concrete
                                   Aggregates

ASTM C425                          (2004; R 2013) Standard Specification for
                                   Compression Joints for Vitrified Clay Pipe
                                   and Fittings

ASTM C443                          (2011) Standard Specification for Joints
                                   for Concrete Pipe and Manholes, Using
                                   Rubber Gaskets

ASTM C478                          (2015a) Standard Specification for Precast
                                   Reinforced Concrete Manhole Sections

ASTM C478M                         (2015a) Standard Specification for Precast
                                   Reinforced Concrete Manhole Sections
                                   (Metric)

ASTM C564                          (2014) Standard Specification for Rubber
                                   Gaskets for Cast Iron Soil Pipe and

Fittings

| | |
|---|---|
| ASTM C700 | (2013) Standard Specification for Vitrified Clay Pipe, Extra Strength, Standard Strength, and Perforated |
| ASTM C76 | (2015) Standard Specification for Reinforced Concrete Culvert, Storm Drain, and Sewer Pipe |
| ASTM C828 | (2011) Low-Pressure Air Test of Vitrified Clay Pipe Lines |
| ASTM C923 | (2008; R 2013; E 2016) Standard Specification for Resilient Connectors Between Reinforced Concrete Manhole Structures, Pipes and Laterals |
| ASTM C94/C94M | (2016a) Standard Specification for Ready-Mixed Concrete |
| ASTM C969 | (2002; R 2009) Standard Practice for Infiltration and Exfiltration Acceptance Testing of Installed Precast Concrete Pipe Sewer Lines |
| ASTM C972 | (2000; R 2011) Compression-Recovery of Tape Sealant |
| ASTM C990 | (2009; R 2014) Standard Specification for Joints for Concrete Pipe, Manholes and Precast Box Sections Using Preformed Flexible Joint Sealants |
| ASTM D2235 | (2004; R 2016) Standard Specification for Solvent Cement for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Pipe and Fittings |
| ASTM D2321 | (2014; E 2014) Standard Practice for Underground Installation of Thermoplastic Pipe for Sewers and Other Gravity-Flow Applications |
| ASTM D2680 | (2001; R 2014) Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) and Poly(Vinyl Chloride) (PVC) Composite Sewer Piping |
| ASTM D2751 | (2005) Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Sewer Pipe and Fittings |
| ASTM D3034 | (2016) Standard Specification for Type PSM Poly(Vinyl Chloride) (PVC) Sewer Pipe and Fittings |
| ASTM D3212 | (2007; R 2013) Standard Specification for Joints for Drain and Sewer Plastic Pipes |

|            | Using Flexible Elastomeric Seals |
|------------|----------------------------------|
| ASTM D3350 | (2012) Polyethylene Plastics Pipe and Fittings Materials |
| ASTM D3753 | (2012; E 2013) Glass-Fiber-Reinforced Polyester Manholes and Wetwells |
| ASTM D412  | (2016) Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers - Tension |
| ASTM D624  | (2000; R 2012) Tear Strength of Conventional Vulcanized Rubber and Thermoplastic Elastomers |
| ASTM F402  | (2005; R 2012) Safe Handling of Solvent Cements, Primers, and Cleaners Used for Joining Thermoplastic Pipe and Fittings |
| ASTM F477  | (2014) Standard Specification for Elastomeric Seals (Gaskets) for Joining Plastic Pipe |
| ASTM F714  | (2013) Polyethylene (PE) Plastic Pipe (SDR-PR) Based on Outside Diameter |
| ASTM F794  | (2003; R 2014) Standard Specification for Poly(Vinyl Chloride) (PVC) Profile Gravity Sewer Pipe and Fittings Based on Controlled Inside Diameter |
| ASTM F894  | (2013) Polyethylene (PE) Large Diameter Profile Wall Sewer and Drain Pipe |
| ASTM F949  | (2015) Poly(Vinyl Chloride) (PVC) Corrugated Sewer Pipe with a Smooth Interior and Fittings |

CAST IRON SOIL PIPE INSTITUTE (CISPI)

| CISPI 301 | (2009) Hubless Cast Iron Soil Pipe and Fittings for Sanitary and Storm Drain, Waste, and Vent Piping Applications |
| CISPI 310 | (2011) Coupling for Use in Connection with Hubless Cast Iron Soil Pipe and Fittings for Sanitary and Storm Drain, Waste, and Vent Piping Applications |

UNI-BELL PVC PIPE ASSOCIATION (UBPPA)

| UBPPA UNI-B-6 | (1998) Recommended Practice for Low-Pressure Air Testing of Installed Sewer Pipe |

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;

submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Existing Conditions

SD-02 Shop Drawings

Drawings; G

Precast Concrete Manhole; G

Metal Items; G

Frames, Covers, and Gratings; G

SD-03 Product Data

Pipeline Materials; G

SD-06 Test Reports

Reports; G

SD-07 Certificates

Portland Cement

Gaskets

Request for Field Support

Request for Pre-Connection Inspection

1.4   QUALITY ASSURANCE

1.4.1   Installer Qualifications

Install specified materials by a licensed underground utility Contractor
licensed for such work in the state where the work is to be performed.
Installing Contractor's License shall be current and be state certified or
state registered.

1.4.2   Drawings

a.  Submit Installation Drawings showing complete detail, both plan and
    side view details with proper layout and elevations.

b.  Submit As-Built Drawings for the complete sanitary sewer system showing
    complete detail with all dimensions, both above and below grade,
    including invert elevation.

1.5   DELIVERY, STORAGE, AND HANDLING

1.5.1   Delivery and Storage

1.5.1.1   Piping

  Inspect materials delivered to site for damage; store with minimum of
  handling.  Store materials on site in enclosures or under protective
  coverings.  Store plastic piping and jointing materials and rubber gaskets
  under cover out of direct sunlight.  Do not store materials directly on the
  ground.  Keep inside of pipes and fittings free of dirt and debris.

1.5.1.2   Metal Items

  Check upon arrival; identify and segregate as to types, functions, and
  sizes.  Store off the ground in a manner affording easy accessibility and
  not causing excessive rusting or coating with grease or other objectionable
  materials.

1.5.1.3   Cement, Aggregate, and Reinforcement

  As specified in Section 03 30 00 CAST-IN-PLACE CONCRETE.

1.5.2   Handling

  Handle pipe, fittings, and other accessories in such manner as to ensure
  delivery to the trench in sound undamaged condition.  Take special care not
  to damage linings of pipe and fittings; if lining is damaged, make
  satisfactory repairs.  Carry, do not drag, pipe to trench.

1.6   PROJECT/SITE CONDITIONS

  Submit drawings of existing conditions, after a thorough inspection of the
  area in the presence of the Contracting Officer.  Details shall include the
  environmental conditions of the site and adjacent areas.  Submit copies of
  the records for verification before starting work.

PART 2   PRODUCTS

2.1   PIPELINE MATERIALS

  Pipe shall conform to the respective specifications and other requirements
  specified below.  Submit manufacturer's standard drawings or catalog cuts.

2.1.1   Cast-Iron Soil Piping

2.1.1.1   Cast-Iron Hub and Spigot Soil Pipe and Fittings

  ASTM A74, extra heavy, with ASTM C564 compression-type rubber gaskets.

2.1.1.2   Cast-Iron Hubless Soil Pipe and Fittings

  CISPI 301 with CISPI 310 coupling joints.

2.1.2   Clay Piping

2.1.2.1   Clay Pipe and Fittings

  ASTM C700, standard strength bell-and-spigot piping only.

2.1.2.2    Clay Piping Jointing Materials

  ASTM C425.

2.1.3    Concrete Gravity Sewer Piping

2.1.3.1    Concrete Gravity Pipe and Fittings

  Pipe shall be reinforced concrete pipe conforming to ASTM C76, Class III.
  Circular pipe with elliptical reinforcement shall have a readily visible
  line at least 12 inches long painted or otherwise applied on the inside and
  outside of the pipe at each end so that when the pipe is laid in the proper
  position, the line will be at the center of the top of the pipe.  Fittings
  and specials shall conform to the applicable requirements specified for the
  pipe and shall be of the same strength as the pipe.  Cement used in
  manufacturing pipe and fittings shall be Type II low alkali cement
  conforming to ASTM C150/C150M.

2.1.3.2    Jointing Materials for Concrete Gravity Piping

  Gaskets and pipe ends for rubber gasket joint shall conform to ASTM C443.
  Gaskets shall be suitable for use with sewage.

2.1.4    Ductile Iron Gravity Sewer Pipe and Associated Fittings

2.1.4.1    Ductile Iron Gravity Joints and Jointing Materials

  Pipe and fittings shall have push-on joints, except as otherwise specified
  in this paragraph.  Push-on joint pipe ends and fitting ends, gaskets, and
  lubricant for joint assembly shall conform to AWWA C111/A21.11. Mechanical
  joint requirements for pipe ends, glands, bolts and nuts, and gaskets shall
  conform to AWWA C111/A21.11.

2.1.5    ABS Composite Plastic Piping

2.1.5.1    ABS Composite Plastic Pipe and Fittings

  ASTM D2680.

2.1.5.2    Jointing Materials for ABS Composite Plastic Piping

  Solvent cement and primer shall conform to ASTM D2680.

2.1.6    ABS Solid-Wall Plastic Piping

2.1.6.1    ABS Solid-Wall Plastic Pipe and Fittings

  ASTM D2751, SDR 35, with ends suitable for either solvent cement joints or
  elastomer joints.

2.1.6.2    ABS Solid-Wall Plastic Joints and Jointing Materials

  Solvent cement for solvent cement joints shall conform to ASTM D2235.
  Elastomeric joints shall conform to ASTM D3212.  Gaskets for elastomeric
  joints shall conform to ASTM F477.

2.1.7   PVC Plastic Gravity Sewer Piping

2.1.7.1   PVC Plastic Gravity Pipe and Fittings

  ASTM D3034, SDR 35, or ASTM F949 with ends suitable for elastomeric gasket
  joints. ASTM F794, Series 46, for ribbed sewer pipe with smooth interior
  for size 8 inch.

2.1.7.2   PVC Plastic Gravity Joints and Jointing Material

  Joints shall conform to ASTM D3212.  Gaskets shall conform to ASTM F477.

2.1.8   PVC Plastic Pressure Pipe and Associated Fittings

2.1.8.1   PVC Plastic Pressure Pipe and Fittings

2.1.8.1.1   Pipe and Fittings 4 inch Diameter to 12 inch

  Pipe shall conform to AWWA C900 and shall be plain end or gasket bell end,
  Pressure Class 150 (DR 18), with cast-iron-pipe-equivalent OD.  Fittings
  shall be gray-iron or ductile-iron conforming to AWWA C110/A21.10 or
  AWWA C153/A21.53 and shall have cement-mortar lining conforming to
  AWWA C104/A21.4, standard thickness.  Fittings with push-on joint ends
  shall conform to the same requirements as fittings with mechanical-joint
  ends, except that bell design shall be modified, as approved, for push-on
  joint suitable for use with the PVC plastic pressure pipe specified in this
  paragraph.

2.1.9   High Density Polyethylene Pipe (HDPE)

  ASTM F894, Class 63, size 18 inch through 120 inch.  ASTM F714, size 4 inch
  through 48 inch, will have pipe stiffness greater than or equal to 1170/D
  for cohesionless material pipe trench backfills.  For all PE pipes, the
  polyethylene shall be certified by the resin producer as meeting the
  requirements of ASTM D3350, cell Class 334433C or higher.  Fittings for
  High Density Polyethylene Pipe shall meet the same material specifications
  as the pipe class.  Joints for HDPE meeting ASTM F894 will be rubber gasket
  joints conforming to ASTM F477.  HDPE meeting ASTM F714 will have fused
  joints per manufacturer's instruction.

2.2   CONCRETE MATERIALS

2.2.1   Cement Mortar

  Cement mortar shall conform to ASTM C270, Type M with Type II cement.

2.2.2   Portland Cement

  Submit certificates of compliance stating the type of cement used in
  manufacture of concrete pipe, fittings and precast manholes.  Portland
  cement shall conform to ASTM C150/C150M, Type II for concrete used in
  concrete pipe, concrete pipe fittings, and manholes and type optional with
  the Contractor for cement used in concrete cradle, concrete encasement, and
  thrust blocking.  Where aggregates are alkali reactive, as determined by
  Appendix XI of ASTM C33/C33M, a cement containing less than 0.60 percent
  alkalies shall be used.

2.2.3   Portland Cement Concrete

  Portland cement concrete shall conform to ASTM C94/C94M, compressive
  strength of 4000 psi at 28 days, except for concrete cradle and encasement
  or concrete blocks for manholes.  Concrete used for cradle and encasement
  shall have a compressive strength of 2500 psi minimum at 28 days.  Concrete
  in place shall be protected from freezing and moisture loss for 7 days.

2.3   MISCELLANEOUS MATERIALS

2.3.1   Precast Concrete Manholes & Glass-Fiber-Reinforced Polyester Manholes

  Precast concrete manhole risers, base sections, and tops shall conform to
  ASTM C478 and be manufactured in accordance with Section 03 42 13.00 10
  PLANT-PRECAST CONCRETE PRODUCTS FOR BELOW GRADE CONSTRUCTION; base and
  first riser shall be monolithic.  Glass-Fiber-Reinforced Polyester Manholes
  shall conform to ASTM D3753.

2.3.2   Gaskets and Connectors

  Gaskets for joints between manhole sections shall conform to ASTM C443.
  Resilient connectors for making joints between manhole and pipes entering
  manhole shall conform to ASTM C923 or  ASTM C990.

2.3.3   External Preformed Rubber Joint Seals

  An external preformed rubber joint seal shall be an accepted method of
  sealing cast iron covers to precast concrete sections to prevent ground
  water infiltration into sewer systems.  All finished and sealed manholes
  constructed in accordance with paragraph entitled "Manhole Construction"
  shall be tested for leakage in the same manner as pipelines as described in
  paragraph entitled "Leakage Tests."  The seal shall be multi-section with a
  neoprene rubber top section and all lower sections made of Ethylene
  Propylene Diene Monomer (EPDM) rubber with a minimum thickness of 60 mils.
  Each unit shall consist of a  top and bottom section and shall have mastic
  on the bottom of the bottom section and mastic on the top and bottom of the
  top section.  The mastic shall be a non-hardening butyl rubber sealant and
  shall seal to the cone/top slab of the manhole/catch basin and over the lip
  of the casting.  Extension sections shall cover up to two more adjusting
  rings.  Properties and values are listed in the following table:

  Properties, Test Methods and Minimum Values for Rubber used in Preformed
                           Joint Seals

| Physical Properties | Test Methods | EPDM | Neoprene | Butyl Mastic |
|---|---|---|---|---|
| Tensile, psi | ASTM D412 | 1840 | 2195 | -- |
| Elongation, percent | ASTM D412 | 553 | 295 | 350 |
| Tear Resistance, ppi | ASTM D624 (Die B) | 280 | 160 | -- |
| Rebound, percent, 5 minutes | ASTM C972 (mod.) | -- | -- | 11 |

```
          Properties, Test Methods and Minimum Values for Rubber used in Preformed
                                Joint Seals
Physical Properties        Test Methods   EPDM         Neoprene    Butyl
                                                                   Mastic
Rebound, percent, 2 hours  ASTM C972      --           --          12
```

## 2.3.4   Metal Items

### 2.3.4.1   Frames, Covers, and Gratings for Manholes

Submit certification on the ability of frame and cover to carry the imposed
live load.  Frame and cover must be cast gray iron, ASTM A48/A48M, Class
35B, cast ductile iron, ASTM A536, Grade 65-45-12, or reinforced concrete,
ASTM C478 ASTM C478M.  Frames and covers must be circular with vent holes.
Size must be for 24 inch opening.  The words "Sanitary Sewer" shall be
stamped or cast into covers so that it is plainly visible.

## 2.4   REPORTS

Compaction and density test shall be in accordance with Section 31 00 00
EARTHWORK.  Submit Test Reports.  Submit Inspection Reports for daily
activities during the installation of the sanitary system.  Information in
the report shall be detailed enough to describe location of work and amount
of pipe laid in place, measured in linear feet.

# PART 3   EXECUTION

## 3.1   INSTALLATION OF PIPELINES AND APPURTENANT CONSTRUCTION

### 3.1.1   Connections to Existing Lines

Obtain approval from the Contracting Officer before making connection to
existing line.  Conduct work so that there is minimum interruption of
service on existing line.

Submit request for field support from the Installation's Utilities Field
Support two weeks prior to making connection.  Submit request for
pre-connection inspection to be conducted after trenching and layout is
completed, but before the proposed service has been connected.

### 3.1.2   General Requirements for Installation of Pipelines

These general requirements apply except where specific exception is made in
the following paragraphs entitled "Special Requirements."

#### 3.1.2.1   Location

The work covered by this section shall terminate at a point approximately 5
feet from the building.  Where the location of the sewer is not clearly
defined by dimensions on the drawings, do not lay sewer line closer
horizontally than 10 feet to a water main or service line.  Where sanitary
sewer lines pass above water lines, encase sewer in concrete for a distance
of 10 feet on each side of the crossing, or substitute rubber-gasketed
pressure pipe for the pipe being used for the same distance.Where
sanitary sewer lines pass below water lines, lay pipe so that no joint in
the sewer line will be closer than 3 feet, horizontal distance, to the

water line.

### 3.1.2.1.1   Installation of Sanitary Piping Crossing a Water Line

#### 3.1.2.1.1.1 Normal Conditions

Lay sanitary sewer piping by crossing under water lines to provide a
separation of at least 18 inches between the top of the sanitary piping and
the bottom of the water line whenever possible.

#### 3.1.2.1.1.2   Unusual Conditions

When local conditions prevent a vertical separation described above, use
the following construction:

a.  Sanitary piping passing over or under water lines shall be constructed
    of AWWA-approved ductile iron water pipe, pressure tested in place
    without leakage prior to backfilling.

b.  Sanitary piping passing over water lines shall, in addition, be
    protected by providing:

    (1)  A vertical separation of at least 18 inches between the bottom of
         the sanitary piping and the top of the water line.

    (2)  Adequate structural support for the sanitary piping to prevent
         excessive deflection of the joints and the settling on and
         breaking of the water line.

    (3)  That the length, minimum 20 feet, of the sanitary piping be
         centered at the point of the crossing so that joints shall be
         equidistant and as far as possible from the water line.

### 3.1.2.1.2   Sanitary Sewer Manholes

No water piping shall pass through or come in contact with any part of a
sanitary sewer manhole.

### 3.1.2.2   Earthwork

Perform earthwork operations in accordance with Section 31 00 00 EARTHWORK.

### 3.1.2.3   Pipe Laying and Jointing

Inspect each pipe and fitting before and after installation; replace those
found defective and remove from site.  Provide proper facilities for
lowering sections of pipe into trenches.  Lay nonpressure pipe with the
bell or groove ends in the upgrade direction.  Adjust spigots in bells and
tongues in grooves to give a uniform space all around.  Blocking or wedging
between bells and spigots will not be permitted.  Replace by one of the
proper dimensions, pipe or fittings that do not allow sufficient space for
installation of joint material.  At the end of each work day, close open
ends of pipe temporarily with wood blocks or bulkheads.  Provide
batterboards not more than 25 feet apart in trenches for checking and
ensuring that pipe invert elevations are as indicated.  Laser beam method
may be used in lieu of batterboards for the same purpose. Branch
connections shall be made by use of regular fittings or solvent cemented
saddles as approved.  Saddles for ABS and PVC composite pipe shall conform
to Figure 2 of ASTM D2680; saddles for ABS pipe shall comply with Table 3

of ASTM D2751; and saddles for PVC pipe shall conform to Table 4 of
ASTM D3034.

3.1.3   Special Requirements

3.1.3.1   Installation of Cast Iron Soil Piping

Unless otherwise specified, install pipe and fittings in accordance with
paragraph entitled "General Requirements for Installation of Pipelines" of
this section and with the recommendations of the pipe manufacturer.  Make
joints with the rubber gaskets specified for cast iron soil pipe joints and
assemble in accordance with the recommendations of the pipe manufacturer.

3.1.3.2   Installation of Clay Piping

Install pipe and fittings in accordance with paragraph entitled "General
Requirements for Installation of Pipelines" of this section and with the
requirements of ASTM C12 for pipe laying.  Make joints with a compression
joint material specified for clay pipe joints and assemble in accordance
with the recommendations of the manufacturer of the pipe.

3.1.3.3   Installation of Concrete Gravity Sewer Piping

Install pipe and fittings in accordance with paragraph entitled "General
Requirements for Installation of Pipelines" of this section and with the
provisions for rubber gasket jointing and jointing procedures of ACPA 01-103
or of ACPA 01-102, Chapter 9, "Installation, Inspection and Construction
Testing."  Make joints with the gaskets specified for concrete gravity
sewer pipe joints.  Clean and dry surfaces receiving lubricants, cements,
or adhesives.  Affix gaskets to pipe not more than 24 hours prior to the
installation of the pipe.  Protect gaskets from sun, blowing dust, and
other deleterious agents at all times.  Before installation of the pipe,
inspect gaskets and remove and replace loose or improperly affixed
gaskets.  Align each pipe section with the previously installed pipe
section, and pull the joint together.  If, while pulling the joint, the
gasket becomes loose and can be seen through the exterior joint recess when
the pipe is pulled up to within 1 inch of closure, remove the pipe and
remake the joint.

3.1.3.4   Installation of Ductile Iron Gravity Sewer Pipe

Unless otherwise specified, install pipe and associated fittings in
accordance with paragraph entitled "General Requirements for Installation
of Pipelines" of this section and with the requirements of AWWA C600 for
pipe installation and joint assembly.

a.  Make push-on joints with the gaskets and lubricant specified for this
    type joint and assemble in accordance with the applicable requirements
    of AWWA C600 for joint assembly.

b.  Exterior protection:  Completely encase buried ductile iron pipelines
    with polyethylene tube or sheet in accordance with AWWA C105/A21.5,
    using Class A.

3.1.3.5   Installation of ABS Composite Plastic Piping

Install pipe and fittings in accordance with paragraph entitled "General
Requirements for Installation of Pipelines" of this section and with the
recommendations of the plastic pipe manufacturer. Make joints with the

primer and solvent cement specified for this joint and assemble in
accordance with the recommendations of the pipe manufacturer.  Handle
solvent cement in accordance with ASTM F402.

3.1.3.6   Installation of ABS Solid-Wall Plastic Piping

Install pipe and fittings in accordance with paragraph entitled "General
Requirements for Installation of Pipelines" of this section and with the
recommendations of the plastic pipe manufacturer.  Make solvent cement
joints with the solvent cement previously specified for this type joint.
Make elastomeric joints with the gaskets specified for this type joint and
assemble in accordance with the recommendations of the pipe manufacturer.
Handle solvent cement in accordance with ASTM F402.

3.1.3.7   Installation of PVC Plastic Piping

Install pipe and fittings in accordance with paragraph entitled "General
Requirements for Installation of Pipelines" of this section and with the
requirements of ASTM D2321 for laying and joining pipe and fittings.  Make
joints with the gaskets specified for joints with this piping and assemble
in accordance with the requirements of ASTM D2321 for assembly of joints.
Make joints to other pipe materials in accordance with the recommendations
of the plastic pipe manufacturer.

3.1.4   Concrete Work

Cast-in-place concrete is included in Section 03 30 00 CAST-IN-PLACE
CONCRETE.  The pipe shall be supported on a concrete cradle, or encased in
concrete where indicated or directed.

3.1.5   Manhole Construction

Construct base slab of cast-in-place concrete or use precast concrete base
sections.  Make inverts in cast-in-place concrete and precast concrete
bases with a smooth-surfaced semi-circular bottom conforming to the inside
contour of the adjacent sewer sections.  For changes in direction of the
sewer and entering branches into the manhole, make a circular curve in the
manhole invert of as large a radius as manhole size will permit.  For
cast-in-place concrete construction, either pour bottom slabs and walls
integrally or key and bond walls to bottom slab.  No parging will be
permitted on interior manhole walls.  For precast concrete construction,
make joints between manhole sections with the gaskets specified for this
purpose; install in the manner specified for installing joints in concrete
piping.  Parging will not be required for precast concrete manholes.
Cast-in-place concrete work shall be in accordance with the requirements
specified under paragraph entitled "Concrete Work" of this section.  Make
joints between concrete manholes and pipes entering manholes with the
resilient connectors specified for this purpose; install in accordance with
the recommendations of the connector manufacturer.  Where a new manhole is
constructed on an existing line, remove existing pipe as necessary to
construct the manhole.  Cut existing pipe so that pipe ends are
approximately flush with the interior face of manhole wall, but not
protruding into the manhole.  Use resilient connectors as previously
specified for pipe connectors to concrete manholes.

3.1.6    Miscellaneous Construction and Installation

3.1.6.1    Connecting to Existing Manholes

 Pipe connections to existing manholes shall be made so that finish work
 will conform as nearly as practicable to the applicable requirements
 specified for new manholes, including all necessary concrete work, cutting,
 and shaping.  The connection shall be centered on the manhole.  Holes for
 the new pipe shall be of sufficient diameter to allow packing cement mortar
 around the entire periphery of the pipe but no larger than 1.5 times the
 diameter of the pipe.  Cutting the manhole shall be done in a manner that
 will cause the least damage to the walls.

3.1.6.2    Metal Work

3.1.6.2.1    Workmanship and Finish

 Perform metal work so that workmanship and finish will be equal to the best
 practice in modern structural shops and foundries.  Form iron to shape and
 size with sharp lines and angles.  Do shearing and punching so that clean
 true lines and surfaces are produced.  Make castings sound and free from
 warp, cold shuts, and blow holes that may impair their strength or
 appearance.  Give exposed surfaces a smooth finish with sharp well-defined
 lines and arises.  Provide necessary rabbets, lugs, and brackets wherever
 necessary for fitting and support.

3.1.6.2.2    Field Painting

 After installation, clean cast-iron frames, covers, gratings, and steps not
 buried in concrete to bare metal of mortar, rust, grease, dirt, and other
 deleterious materials and apply a coat of bituminous paint.  Do not paint
 surfaces subject to abrasion.

3.1.7    Installations of Wye Branches

 Cutting into piping for connections shall not be done except in special
 approved cases.  When the connecting pipe cannot be adequately supported on
 undisturbed earth or tamped backfill, the pipe shall be encased in concrete
 backfill or supported on a concrete cradle as directed.  Concrete required
 because of conditions resulting from faulty construction methods or
 negligence shall be installed at no additional cost to the Government.  The
 installation of wye branches in an existing sewer shall be made by a method
 which does not damage the integrity of the existing sewer.  One acceptable
 method consists of removing one pipe section, breaking off the upper half
 of the bell of the next lower section and half of the running bell of wye
 section.  After placing the new section, it shall be rotated so that the
 broken half of the bell will be at the bottom.  The two joints shall then
 be made with joint packing and cement mortar.

3.2    FIELD QUALITY CONTROL

3.2.1    Field Tests and Inspections

 The Contracting Officer will conduct field inspections and witness field
 tests specified in this section.  Perform field tests and provide labor,
 equipment, and incidentals required for testing.  Be able to produce
 evidence, when required, that each item of work has been constructed in
 accordance with the drawings and specifications.

3.2.2    Tests for Nonpressure Lines

  Check each straight run of pipeline for gross deficiencies by holding a
  light in a manhole; it shall show a practically full circle of light
  through the pipeline when viewed from the adjoining end of line.  When
  pressure piping is used in a nonpressure line for nonpressure use, test
  this piping as specified for nonpressure pipe.

3.2.2.1    Leakage Tests

  Test lines for leakage by either infiltration tests or exfiltration tests,
  or by low-pressure air tests.  Prior to testing for leakage, backfill
  trench up to at least lower half of pipe.  When necessary to prevent
  pipeline movement during testing, place additional backfill around pipe
  sufficient to prevent movement, but leaving joints uncovered to permit
  inspection.  When leakage or pressure drop exceeds the allowable amount
  specified, make satisfactory correction and retest pipeline section in the
  same manner.  Correct visible leaks regardless of leakage test results.

3.2.2.1.1    Infiltration Tests and Exfiltration Tests

  Perform these tests for sewer lines made of the specified materials, not
  only concrete, in accordance with ASTM C969.  Make calculations in
  accordance with the Appendix to ASTM C969.

3.2.2.1.2    Low-Pressure Air Tests

  Perform tests as follows:

3.2.2.1.2.1    Clay Pipelines

  Test in accordance with ASTM C828.  Allowable pressure drop shall be as
  given in ASTM C828.  Make calculations in accordance with the Appendix to
  ASTM C828.

3.2.2.1.2.2    ABS Composite Plastic Pipelines

  Test in accordance with the applicable requirements of UBPPA UNI-B-6.
  Allowable pressure drop shall be as given in UBPPA UNI-B-6.  Make
  calculations in accordance with the Appendix to UBPPA UNI-B-6.

3.2.2.1.2.3    PVC Plastic Pipelines

  Test in accordance with UBPPA UNI-B-6.  Allowable pressure drop shall be as
  given in UBPPA UNI-B-6.  Make calculations in accordance with the Appendix
  to UBPPA UNI-B-6.

3.2.3    Field Tests for Concrete

  Field testing requirements are covered in Section 03 30 00 CAST-IN-PLACE
  CONCRETE.

         -- End of Section --

SECTION 33 40 00

STORM DRAINAGE UTILITIES

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by the
basic designation only.

ASTM INTERNATIONAL (ASTM)

| | |
|---|---|
| ASTM A48/A48M | (2003; R 2012) Standard Specification for Gray Iron Castings |
| ASTM A536 | (1984; R 2014) Standard Specification for Ductile Iron Castings |
| ASTM A929/A929M | (2001; R 2013) Standard Specification for Steel Sheet, Metallic-Coated by the Hot-Dip Process for Corrugated Steel Pipe |
| ASTM B26/B26M | (2014; E 2015) Standard Specification for Aluminum-Alloy Sand Castings |
| ASTM C231/C231M | (2014) Standard Test Method for Air Content of Freshly Mixed Concrete by the Pressure Method |
| ASTM C270 | (2014a) Standard Specification for Mortar for Unit Masonry |
| ASTM C76 | (2015) Standard Specification for Reinforced Concrete Culvert, Storm Drain, and Sewer Pipe |
| ASTM D1557 | (2012; E 2015) Standard Test Methods for Laboratory Compaction Characteristics of Soil Using Modified Effort (56,000 ft-lbf/ft3) (2700 kN-m/m3) |
| ASTM D1751 | (2004; E 2013; R 2013) Standard Specification for Preformed Expansion Joint Filler for Concrete Paving and Structural Construction (Nonextruding and Resilient Bituminous Types) |
| ASTM D1752 | (2004a; R 2013) Standard Specification for Preformed Sponge Rubber Cork and Recycled PVC Expansion |
| ASTM D1784 | (2011) Standard Specification for Rigid Poly(Vinyl Chloride) (PVC) Compounds and Chlorinated Poly(Vinyl Chloride) (CPVC) |

|  |  |
|---|---|
|  | Compounds |
| ASTM D2167 | (2015) Density and Unit Weight of Soil in Place by the Rubber Balloon Method |
| ASTM D2321 | (2014; E 2014) Standard Practice for Underground Installation of Thermoplastic Pipe for Sewers and Other Gravity-Flow Applications |
| ASTM D6938 | (2015) Standard Test Method for In-Place Density and Water Content of Soil and Soil-Aggregate by Nuclear Methods (Shallow Depth) |
| ASTM F679 | (2016) Standard Specification for Poly(Vinyl Chloride) (PVC) Large-Diameter Plastic Gravity Sewer Pipe and Fittings |

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following in
accordance with Section 01 33 00 SUBMITTAL PROCEDURES:

    SD-03 Product Data

        Placing Pipe; G

        Submit printed copies of the manufacturer's recommendations for
        installation procedures of the material being placed, prior to
        installation.

    SD-04 Samples

        Pipe for Culverts and Storm Drains; G

    SD-07 Certificates

        Resin Certification

        Pipeline Testing; G

        Determination of Density

        Frame and Cover for Gratings

1.3   DELIVERY, STORAGE, AND HANDLING

1.3.1   Delivery and Storage

Materials delivered to site shall be inspected for damage, unloaded, and
stored with a minimum of handling.  Materials shall not be stored directly
on the ground.  The inside of pipes and fittings shall be kept free of dirt
and debris.  Before, during, and after installation, plastic pipe and

fittings shall be protected from any environment that would result in damage or deterioration to the material.  Keep a copy of the manufacturer's instructions available at the construction site at all times and follow these instructions unless directed otherwise by the Contracting Officer. Solvents, solvent compounds, lubricants, elastomeric gaskets, and any similar materials required to install plastic pipe shall be stored in accordance with the manufacturer's recommendations and shall be discarded if the storage period exceeds the recommended shelf life.  Solvents in use shall be discarded when the recommended pot life is exceeded.

## 1.3.2   Handling

Materials shall be handled in a manner that ensures delivery to the trench in sound, undamaged condition.  Pipe shall be carried to the trench, not dragged.

## PART 2   PRODUCTS

## 2.1   PIPE FOR CULVERTS AND STORM DRAINS

Pipe for culverts and storm drains shall be of the sizes indicated and shall conform to the requirements specified.

## 2.1.1   Concrete Pipe

Manufactured in accordance with and conforming to ASTM C76, Class III.

## 2.1.2   PVC Pipe

Submit the pipe manufacturer's resin certification, indicating the cell classification of PVC used to manufacture the pipe, prior to installation of the pipe.

## 2.1.2.1   Smooth Wall PVC Pipe

ASTM F679 produced from PVC certified by the compounder as meeting the requirements of ASTM D1784, minimum cell class 12454-B.

## 2.2   STORM DRAIN PRESSURE LINES

Provide pressure lines of polyvinyl chloride (PVC) plastic pressure pipe. Pipe, couplings and fittings shall be manufactured of materials conforming to ASTM D1784, Class 12454B.

## 2.3   DRAINAGE STRUCTURES

## 2.3.1   Flared End Sections

Sections shall be of a standard design fabricated from zinc coated steel sheets meeting requirements of ASTM A929/A929M.  Flared end sections shall be affixed with a grate and/or bars preventing the insertion of a 6 inch by 6 inch by 6 inch object.

## 2.4   MISCELLANEOUS MATERIALS

## 2.4.1   Concrete

Unless otherwise specified, concrete and reinforced concrete shall conform to the requirements for 4,500 psi concrete under Section 03 30 00

CAST-IN-PLACE CONCRETE.The concrete mixture shall have air content by volume of concrete, based on measurements made immediately after discharge from the mixer, of 5 to 7 percent when maximum size of coarse aggregate exceeds 1-1/2 inches.Air content shall be determined in accordance with ASTM C231/C231M.  The concrete covering over steel reinforcing shall not be less than 1 inch thick for covers and not less than 1-1/2 inches thick for walls and flooring.  Concrete covering deposited directly against the ground shall have a thickness of at least 3 inches between steel and ground.  Expansion-joint filler material shall conform to ASTM D1751, or ASTM D1752, or shall be resin-impregnated fiberboard conforming to the physical requirements of ASTM D1752.

2.4.2   Mortar

Mortar for pipe joints, connections to other drainage structures, and brick or block construction shall conform to ASTM C270, Type M, except that the maximum placement time shall be 1 hour.  The quantity of water in the mixture shall be sufficient to produce a stiff workable mortar.  Water shall be clean and free of harmful acids, alkalis, and organic impurities. The mortar shall be used within 30 minutes after the ingredients are mixed with water.  The inside of the joint shall be wiped clean and finished smooth.  The mortar head on the outside shall be protected from air and sun with a proper covering until satisfactorily cured.

2.4.3   Frame and Cover for Gratings

Submit certification on the ability of frame and cover or gratings to carry the imposed live load.  Frame and cover for gratings shall be cast gray iron, ASTM A48/A48M, Class 35B; cast ductile iron, ASTM A536, Grade 65-45-12; or cast aluminum, ASTM B26/B26M, Alloy 356.OT6.  Weight, shape, size, and waterway openings for grates and curb inlets shall be as indicated on the plans.  The word "Storm Sewer" shall be stamped or cast into covers so that it is plainly visible.

2.4.4   Joints

2.4.4.1   PVC Plastic Pipes

Joints shall be solvent cement or elastomeric gasket type in accordance with the specification for the pipe and as recommended by the pipe manufacturer.

2.5   EROSION CONTROL RIPRAP

Provide nonerodible rock not exceeding 15 inches in its greatest dimension and choked with sufficient small rocks to provide a dense mass with a minimum thickness of 8 inches or as indicated (whichever is greater).

2.6   STORMWATER STORAGE CHAMBERS

Chamber design is based upon Stormtech MC-4500.  Chambers shall be Stormtech MC-4500 or equivalent. The structural backfill and the installation requirements shall ensure that the Load Factors specified in the AASHTO LRFD Bridge Design Specifications; Section 12.12 are met for long-duration dead loads and short-duration live loads based on the AASHTO Design Truck with consideration for impact and multiple vehicle preferences.  Chambers shall meet the requirements of ASTM F2418-16, "Standard Specification For Polypropylene (PP) Corrugated Wall Stormwater Collection Chambers".  Chambers shall be designed and allowable loads

determined in accordance with ASTM F2787, Standard Practice For Structural
Design Of Thermoplastic Corrugated Wall Stormwater Collection Chambers".

PART 3    EXECUTION

3.1    EXCAVATION FOR PIPE CULVERTS, STORM DRAINS, AND DRAINAGE STRUCTURES

Excavation of trenches, and for appurtenances and backfilling for culverts
and storm drains, shall be in accordance with the applicable portions of
Section 31 00 00 EARTHWORK and the requirements specified below.

3.1.1    Trenching

The width of trenches at any point below the top of the pipe shall be not
greater than listed in table below.  Sheeting and bracing, where required,
shall be placed within the trench width as specified, without any
overexcavation.  Where trench widths are exceeded, redesign with a
resultant increase in cost of stronger pipe or special installation
procedures will be necessary.  Cost of this redesign and increased cost of
pipe or installation shall be borne by the Contractor without additional
cost to the Government.

Trench Widths

| Size of Pipe (Nom. Dia.) | Maximum Width at Top of Pipe Greater than O.D. of Bell | Minimum Width at Springline Each Side of Pipe Barrel |
|---|---|---|
| Rigid Pipes: | | |
| Less than 18 inches | 16 inches | 6 inches |
| 18 inches to 24 inches inclusive | 19 inches | 7.5 inches |
| 27 inches to 39 inches inclusive | 22 inches | 9 inches |

3.1.2    Removal of Unstable Material

Where wet or otherwise unstable soil incapable of properly supporting the
pipe, as determined by the Contracting Officer, is unexpectedly encountered
in the bottom of a trench, such material shall be removed to the depth
required and replaced to the proper grade with select granular material,
compacted as provided in paragraph BACKFILLING.  When removal of unstable
material is due to the fault or neglect of the Contractor while performing
shoring and sheeting, water removal, or other specified requirements, such
removal and replacement shall be performed at no additional cost to the
Government.

3.2    BEDDING

The bedding surface for the pipe shall provide a firm foundation of uniform
density throughout the entire length of the pipe.

3.2.1    Concrete Pipe Requirements

When no bedding class is specified or detailed on the drawings, concrete
pipe shall be bedded in granular material minimum 4 inch in depth in
trenches with soil foundation.  Depth of granular bedding in trenches with

rock foundation shall be 1/2 inch in depth per foot of depth of fill, minimum depth of bedding shall be 8 inch up to maximum depth of 24 inches. The middle third of the granular bedding shall be loosely placed.  Bell holes and depressions for joints shall be removed and formed so entire barrel of pipe is uniformly supported.  The bell hole and depressions for the joints shall be not more than the length, depth, and width required for properly making the particular type of joint.

3.2.2   Plastic Pipe

Bedding for PVC pipe shall meet the requirements of ASTM D2321.  Use Class IB or II material for bedding, haunching, and initial backfill.  Use Class I, II, or III material for PP pipe bedding, haunching and initial backfill.

3.3   PLACING PIPE

Each pipe shall be thoroughly examined before being laid; defective or damaged pipe shall not be used.  Plastic pipe shall be protected from exposure to direct sunlight prior to laying, if necessary to maintain adequate pipe stiffness and meet installation deflection requirements. Pipelines shall be laid to the grades and alignment indicated.  Proper facilities shall be provided for lowering sections of pipe into trenches. Lifting lugs in vertically elongated metal pipe shall be placed in the same vertical plane as the major axis of the pipe.  Pipe shall not be laid in water, and pipe shall not be laid when trench conditions or weather are unsuitable for such work.  Diversion of drainage or dewatering of trenches during construction shall be provided as necessary.  Deflection of installed flexible pipe shall not exceed the following limits:

| TYPE OF PIPE | MAXIMUM ALLOWABLE DEFLECTION (percent) |
|---|---|
| Plastic (PVC, HDPE, SRPE, and PP) | 5 |

Note post installation requirements of paragraph DEFLECTION TESTING in PART 3 of this specification for all pipe products including deflection testing requirements for flexible pipe.

3.3.1   Concrete, PVC, and Ribbed PVC

Laying shall proceed upgrade with spigot ends of bell-and-spigot pipe and tongue ends of tongue-and-groove pipe pointing in the direction of the flow.

3.4   JOINTING

3.4.1   Concrete Pipe

3.4.1.1   Cement-Mortar Bell-and-Spigot Joint

The first pipe shall be bedded to the established grade line, with the bell end placed upstream.  The interior surface of the bell shall be thoroughly cleaned with a wet brush and the lower portion of the bell filled with mortar as required to bring inner surfaces of abutting pipes flush and even.  The spigot end of each subsequent pipe shall be cleaned with a wet brush and uniformly matched into a bell so that sections are closely fitted.  After each section is laid, the remainder of the joint shall be filled with mortar, and a bead shall be formed around the outside of the joint with sufficient additional mortar.  If mortar is not sufficiently stiff to prevent appreciable slump before setting, the outside of the joint shall be wrapped or bandaged with cheesecloth to hold mortar in place.

3.4.1.2    Cement-Mortar Oakum Joint for Bell-and-Spigot Pipe

A closely twisted gasket shall be made of jute or oakum of the diameter
required to support the spigot end of the pipe at the proper grade and to
make the joint concentric.  Joint packing shall be in one piece of
sufficient length to pass around the pipe and lap at top.This   gasket
shall be thoroughly saturated with neat cement grout.  The bell of the pipe
shall be thoroughly cleaned with a wet brush, and the gasket shall be laid
in the bell for the lower third of the circumference and covered with
mortar.  The spigot of the pipe shall be thoroughly cleaned with a wet
brush, inserted in the bell, and carefully driven home. A small amount of
mortar shall be inserted in the annular space for the upper two-thirds of
the circumference.  The gasket shall be lapped at the top of the pipe and
driven home in the annular space with a caulking tool.  The remainder of
the annular space shall be filled completely with mortar and beveled at an
angle of approximately 45 degrees with the outside of the bell.  If mortar
is not sufficiently stiff to prevent appreciable slump before setting, the
outside of the joint thus made shall be wrapped with cheesecloth.Placing
of this type of joint shall be kept at least five joints behind laying
operations.

3.4.1.3    Cement-Mortar Diaper Joint for Bell-and-Spigot Pipe

The pipe shall be centered so that the annular space is uniform.  The
annular space shall be caulked with jute or oakum.  Before caulking, the
inside of the bell and the outside of the spigot shall be cleaned.

  a.  Diaper Bands:  Diaper bands shall consist of heavy cloth fabric to hold
      grout in place at joints and shall be cut in lengths that extend
      one-eighth of the circumference of pipe above the spring line on one
      side of the pipe and up to the spring line on the other side of the
      pipe.  Longitudinal edges of fabric bands shall be rolled and stitched
      around two pieces of wire.  Width of fabric bands shall be such that
      after fabric has been securely stitched around both edges on wires, the
      wires will be uniformly spaced not less than 8 inches apart.  Wires
      shall be cut into lengths to pass around pipe with sufficient extra
      length for the ends to be twisted at top of pipe to hold the band
      securely in place; bands shall be accurately centered around lower
      portion of joint.

  b.  Grout:  Grout shall be poured between band and pipe from the high side
      of band only, until grout rises to the top of band at the spring line
      of pipe, or as nearly so as possible, on the opposite side of pipe, to
      ensure a thorough sealing of joint around the portion of pipe covered
      by the band.  Silt, slush, water, or polluted mortar grout forced up on
      the lower side shall be forced out by pouring, and removed.

  c.  Remainder of Joint:  The remaining unfilled upper portion of the joint
      shall be filled with mortar and a bead formed around the outside of
      this upper portion of the joint with a sufficient amount of additional
      mortar.  The diaper shall be left in place.  Placing of this type of
      joint shall be kept at least five joints behind actual laying of pipe.
      No backfilling around joints shall be done until joints have been fully
      inspected and approved.

3.4.1.4    Cement-Mortar Tongue-and-Groove Joint

The first pipe shall be bedded carefully to the established grade line with

the groove upstream.  A shallow excavation shall be made underneath the
pipe at the joint and filled with mortar to provide a bed for the pipe.
The grooved end of the first pipe shall be thoroughly cleaned with a wet
brush, and a layer of soft mortar applied to the lower half of the groove.
The tongue of the second pipe shall be cleaned with a wet brush; while in
horizontal position, a layer of soft mortar shall be applied to the upper
half of the tongue.  The tongue end of the second pipe shall be inserted in
the grooved end of the first pipe until mortar is squeezed out on interior
and exterior surfaces.  Sufficient mortar shall be used to fill the joint
completely and to form a bead on the outside.

3.4.1.5   Cement-Mortar Diaper Joint for Tongue-and-Groove Pipe

The joint shall be of the type described for cement-mortar
tongue-and-groove joint in this paragraph, except that the shallow
excavation directly beneath the joint shall not be filled with mortar until
after a gauze or cheesecloth band dipped in cement mortar has been wrapped
around the outside of the joint.  The cement-mortar bead at the joint shall
be at least 1/2 inch, thick and the width of the diaper band shall be at
least 8 inches.  The diaper shall be left in place.  Placing of this type
of joint shall be kept at least five joints behind the actual laying of the
pipe.  Backfilling around the joints shall not be done until the joints
have been fully inspected and approved.

3.4.1.6   Plastic Sealing Compound Joints for Tongue-and-Grooved Pipe

Sealing compounds shall follow the recommendation of the particular
manufacturer in regard to special installation requirements.  Surfaces to
receive lubricants, primers, or adhesives shall be dry and clean.  Sealing
compounds shall be affixed to the pipe not more than 3 hours prior to
installation of the pipe, and shall be protected from the sun, blowing
dust, and other deleterious agents at all times.  Sealing compounds shall
be inspected before installation of the pipe, and any loose or improperly
affixed sealing compound shall be removed and replaced.  The pipe shall be
aligned with the previously installed pipe, and the joint pulled together.
If, while making the joint with mastic-type sealant, a slight protrusion of
the material is not visible along the entire inner and outer circumference
of the joint when the joint is pulled up, the pipe shall be removed and the
joint remade.  After the joint is made, all inner protrusions shall be cut
off flush with the inner surface of the pipe.  If non-mastic-type sealant
material is used, the "Squeeze-Out" requirement above will be waived.

3.5   DRAINAGE STRUCTURES

3.5.1   Manholes and Inlets

Construction shall be of reinforced concrete, plain concrete precast
reinforced concrete complete with frames and covers or gratings.

3.5.2   Walls and Headwalls

Construction shall be as indicated.

3.6   BACKFILLING

3.6.1   Backfilling Pipe in Trenches

After the pipe has been properly bedded, selected material from excavation
or borrow, at a moisture content that will facilitate compaction, shall be

placed along both sides of pipe in layers not exceeding 6 inches in
compacted depth.  The backfill shall be brought up evenly on both sides of
pipe for the full length of pipe.The fill shall be thoroughly compacted
under the haunches of the pipe.  Each layer shall be thoroughly compacted
with mechanical tampers or rammers.This method of filling and compacting
shall continue until the fill has reached an elevation equal to the
midpoint (spring line) of RCP or has reached an elevation of at least 12
inches above the top of the pipe for flexible pipe.  The remainder of the
trench shall be backfilled and compacted by spreading and rolling or
compacted by mechanical rammers or tampers in layers not exceeding 8 inches.
Tests for density shall be made as necessary to ensure conformance to the
compaction requirements specified below.  Where it is necessary, in the
opinion of the Contracting Officer, that sheeting or portions of bracing
used be left in place, the contract will be adjusted accordingly.
Untreated sheeting shall not be left in place beneath structures or
pavements.

3.6.2   Backfilling Pipe in Fill Sections

For pipe placed in fill sections, backfill material and the placement and
compaction procedures shall be as specified below.  The fill material shall
be uniformly spread in layers longitudinally on both sides of the pipe,
not exceeding 6 inches in compacted depth, and shall be compacted by rolling
parallel with pipe or by mechanical tamping or ramming.  Prior to
commencing normal filling operations, the crown width of the fill at a
height of 12 inches above the top of the pipe shall extend a distance of
not less than twice the outside pipe diameter on each side of the pipe or
12 feet, whichever is less.  After the backfill has reached at least 12
inches above the top of the pipe, the remainder of the fill shall be placed
and thoroughly compacted in layers not exceeding 8 inches.  Use select
granular material for this entire region of backfill for flexible pipe
installations.

3.6.3   Movement of Construction Machinery

When compacting by rolling or operating heavy equipment parallel with the
pipe, displacement of or injury to the pipe shall be avoided.  Movement of
construction machinery over a culvert or storm drain at any stage of
construction shall be at the Contractor's risk.  Any damaged pipe shall be
repaired or replaced.

3.6.4   Compaction

3.6.4.1   General Requirements

Cohesionless materials include gravels, gravel-sand mixtures, sands, and
gravelly sands.  Cohesive materials include clayey and silty gravels,
gravel-silt mixtures, clayey and silty sands, sand-clay mixtures, clays,
silts, and very fine sands.  When results of compaction tests for
moisture-density relations are recorded on graphs, cohesionless soils will
show straight lines or reverse-shaped moisture-density curves, and cohesive
soils will show normal moisture-density curves.

3.6.4.2   Minimum Density

Backfill over and around the pipe and backfill around and adjacent to
drainage structures shall be compacted at the approved moisture content to
the following applicable minimum density, which will be determined as
specified below.

a.  Under paved roads, streets, parking areas, and similar-use pavements
    including adjacent shoulder areas, the density shall be not less than
    90 percent of maximum density for cohesive material and 95 percent of
    maximum density for cohesionless material, up to the elevation where
    requirements for pavement subgrade materials and compaction shall
    control.

b.  Under unpaved or traffic areas, density shall not be less than 90
    percent of maximum density for cohesive material and 95 percent of
    maximum density for cohesionless material.

c.  Under nontraffic areas, density shall be not less than that of the
    surrounding material.

3.6.5   Determination of Density

Testing is the responsibility of the Contractor and performed at no
additional cost to the Government.  Testing shall be performed by an
approved commercial testing laboratory or by the Contractor subject to
approval.  Tests shall be performed in sufficient number to ensure that
specified density is being obtained.Laboratory tests for moisture-density
relations shall be made in accordance with ASTM D1557 except that
mechanical tampers may be used provided the results are correlated with
those obtained with the specified hand tamper.  Field density tests shall
be determined in accordance with ASTM D2167 or ASTM D6938.  When ASTM D6938
is used, the calibration curves shall be checked and adjusted, if
necessary, using the sand cone method as described in paragraph Calibration
of the referenced publications.  ASTM D6938 results in a wet unit weight of
soil and ASTM D6938 shall be used to determine the moisture content of the
soil.  The calibration curves furnished with the moisture gauges shall be
checked along with density calibration checks as described in ASTM D6938.
Test results shall be furnished the Contracting Officer.  The calibration
checks of both the density and moisture gauges shall be made at the
beginning of a job on each different type of material encountered and at
intervals as directed.

3.7   PIPELINE TESTING

3.7.1   Post-Installation Inspection

Check each reinforced concrete pipe installation for joint separations,
soil migration through the joint, cracks greater than 0.01 inches,
settlement and alignment.  Check each flexible pipe (HDPE, PVC, CMP, PP)
for rips, tears, joint separations, soil migration through the joint,
cracks, localized bucking, bulges, settlement and alignment.

a.  Replace pipes having cracks greater than 0.1 inches in width or
    deflection greater than 5 percent deflection.  An engineer shall
    evaluate all pipes with cracks greater than 0.01 inches but less than
    0.10 inches to determine if any remediation or repair is required.  RCP
    with crack width less than 0.10 inches and located in a non-corrosive
    environment (pH 5.5) are generally acceptable.  Repair or replace any
    pipe with crack exhibiting displacement across the crack, exhibiting
    bulges, creases, tears, spalls, or delamination.

b.  Reports:  The deflection results and final post installation inspection
    report shall include:  a copy of all video taken, pipe location
    identification, equipment used for inspection, inspector name,

deviation from design, grade, deviation from line, deflection and deformation of flexible pipe systems, inspector notes, condition of joints, condition of pipe wall (e.g. distress, cracking, wall damage dents, bulges, creases, tears, holes, etc.).

3.7.2   Tests for Pressure Lines

Test pressure lines in accordance with the applicable standard specified in this paragraph, except for test pressures.  For hydrostatic pressure test, use a hydrostatic pressure 50 psi in excess of the maximum working pressure of the system, but not less than 100 psi, holding the pressure for a period of not less than one hour. For leakage test, use a hydrostatic pressure not less than the maximum working pressure of the system. Leakage test may be performed at the same time and at the same test pressure as the pressure test.

3.8   FIELD PAINTING

After installation, clean cast-iron frames, covers, gratings, and steps not buried in masonry or concrete to bare metal of mortar, rust, grease, dirt, and other deleterious materials and apply a coat of bituminous paint.

-- End of Section --

Appendix A: Space Requirements

| | | | | | | |
|---|---|---|---|---|---|---|
| CPC | | | Processing | 25% | Processing | Housing |
| Intake | 192 | | FAMU | 70% | 538 | 135 | 403 |
| ALOS | 3 | | UAC | 5% | 39 | 28 | 11 |
| **Cell Capacity** | **768** | | Young Male | 25% | 192 | 10 | 182 |
| Proc Seating | 202 | | | | | |
| Total Aliens | 970 | | | | | |
| **Total Usable SF** | **119,705** | | | | | |

| Holding Program | Capacity | Unit Area | Qt | Total | Dept Area | Ttl Cap | Structure L | W | Site Area | Building Area | Wall L | W | LF ttl | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administration Module Total** | | | | | **11953.1** | | 120 | 108 | 20700 | 12960 | | | 1478 | 228 |
| Director | | 200 | 1 | 200 | 260 | 1.3 a | | | | | 18 | 12 | 30 | |
| MSS | | 150 | 1 | 150 | 195 | 1.3 g | | | | | 16 | 10 | 26 | |
| Deputy Director | | 150 | 0 | 0 | 0 | 1.3 s | | | | | 16 | 10 | 0 | |
| Operations Supervisor | | 120 | 2 | 240 | 312 | 1.3 a | | | | | 14 | 9 | 46 | |
| Watch Commander | | 150 | 3 | 450 | 585 | 1.3 a | | | | | 16 | 10 | 78 | |
| Contract Security Director | | 65 | 1 | 65 | 84.5 | 1.3 s | | | | | 11 | 7 | 18 | |
| SBPA | | 48 | 25 | 1200 | 1560 | 1.3 a | | | | | 9 | 6 | 375 | |
| ICE ERO Commander | | 150 | 2 | 300 | 390 | 1.3 g | | | | | 16 | 10 | 52 | |
| ICE ERO Workstation | | 65 | 6 | 390 | 507 | 1.3 g | | | | | 11 | 7 | 108 | |
| Contractor Supervisors | | 32 | 7 | 224 | 291.2 | 1.3 s | | | | | 8 | 5 | 91 | |
| Muster Room | 46 | 1380 | 1 | 1380 | 1656 | 1.2 | | | | | 47 | 30 | 77 | |
| Staff Quiet Room | 1 | 16 | 12 | 192 | 249.6 | 1.3 | | | | | 6 | 4 | 120 | |
| Central Control | 2 | 240 | 1 | 240 | 312 | 1.3 | | | | | 20 | 13 | 33 | |
| Weapons Storage | | 240 | 1 | 240 | 312 | 1.3 | | | | | 20 | 13 | 33 | |
| Consolate Area | | 150 | 4 | 600 | 780 | 1.3 g | | | | | 16 | 10 | 104 | |
| Staff Toilet | | 80 | 2 | 160 | 208 | 1.3 | | | | | 12 | 8 | 40 | |
| Staff Break | 14 | 196 | 1 | 196 | 254.8 | 1.3 | | | | | 18 | 12 | 30 | |
| Staff Lockers - Male | 190 | 1330 | 1 | 1330 | 1596 | 1.2 | | | | | 47 | 29 | 76 | |
| Staff Lockers- Female | 20 | 140 | 1 | 140 | 168 | 1.2 | | | | | 15 | 10 | 25 | |
| Fitness Room | | 1600 | 1 | 1600 | 1920 | 1.2 | | | | | 51 | 32 | 83 | |
| Tech Equip Rm | | 240 | 1 | 240 | 312 | 1.3 | | | | | 20 | 13 | 33 | |
| **Processing Pod** | | | | | **12408** | | 120 | 108 | 20700 | 12960 | | | 1705 | 228 |
| Alien Property Storage | | 384 | 1 | 384 | 576 | 1.5 | | | | | 25 | 16 | 41 | |
| Evidence Storage | | 60 | 1 | 60 | 90 | 1.5 | | | | | 10 | 7 | 17 | |
| In Take Staging | 50 | 350 | 1 | 350 | 525 | 1.5 | | | | | 24 | 15 | 39 | |
| Out Take Staging | 50 | 350 | 1 | 350 | 525 | 1.5 | | | | | 24 | 15 | 39 | |
| Eye Wash Station | | 20 | 1 | 20 | 30 | 1.5 | | | | | 6 | 4 | 10 | |
| Metal Detection | | 40 | 1 | 40 | 60 | 1.5 | | | | | 8 | 5 | 13 | |
| Medical Evaluation Room | | 180 | 1 | 180 | 270 | 1.5 | | | | | 17 | 11 | 28 | |
| Security Holding | | 80 | 1 | 80 | 120 | 1.5 | | | | | 12 | 8 | 20 | |
| In Take Processing w/ biometric | | 60 | 16 | 960 | 1440 | 1.5 | 268.8 | | | | 10 | 7 | 272 | |
| Virtual Processing | | 32 | 24 | 768 | 1152 | 1.5 | 403.2 | | | | 8 | 5 | 312 | |
| Direct Processing | | 60 | 24 | 1440 | 2160 | 1.5 | 403.2 | | | | 10 | 7 | 408 | |
| Processing Serving Tables | | 50 | 16 | 800 | 1200 | 1.5 | 268.8 | | | | 9 | 6 | 240 | |
| Control/Monitoring Room | 3 | 120 | 1 | 120 | 180 | 1.5 | | | | | 14 | 9 | 23 | |
| Staff Toilet | 1 | 40 | 2 | 80 | 120 | 1.5 | | | | | 8 | 5 | 26 | |
| Interview Rooms | 3 | 80 | 2 | 160 | 240 | 1.5 | | | | | 12 | 8 | 40 | |
| Medical Classification Evaluation Room | | 180 | 1 | 180 | 270 | 1.5 | | | | | 17 | 11 | 28 | |
| Delousing Shower | 1 | 40 | 1 | 40 | 60 | 1.5 | | | | | 8 | 5 | 13 | |
| | | | | | | | Capacity | | | | | | | |
| Preprocessing | 50 | 525 | 2 | 1050 | 1575 | 1.5 | 100 | | | | 29 | 19 | 96 | |
| Postprocessing | 50 | 525 | 2 | 1050 | 1575 | 1.5 | 100 | | | | 29 | 19 | 96 | |
| Isolation Holding | 1 | 80 | 2 | 160 | 240 | 1.5 | 2 | | | | 12 | 8 | 40 | |
| **Housing Pod Large** | | | | **13,276** | **14,384** | | 120 | 120 | 22500 | 14400 | | | 1,093 | 240 |
| Residential Cells | 12 | 600 | 16 | 9600 | 10560 | 1.1 | 192 | | | | 31 | 20 | 816 | |
| Toilets per Pod | 8 | 200 | 1 | 200 | 220 | 1.1 | | | | | 18 | 12 | 30 | |
| Day Space | 30% | 2016 | 1 | 2016 | 2217.6 | 1.1 | | | | | 57 | 36 | 93 | |
| Dining | 30% | 864 | 1 | 864 | 950.4 | 1.1 | | | | | 38 | 24 | 62 | |
| Control Station | | 80 | 1 | 80 | 88 | 1.1 | | | | | 12 | 8 | 20 | |
| Consulate Desk | | 36 | 1 | 36 | 39.6 | 1.1 | | | | | 8 | 5 | 13 | |
| Staff Toilet | | 40 | 1 | 40 | 44 | 1.1 | | | | | 8 | 5 | 13 | |
| Entry Control | | 120 | 2 | 240 | 264 | 1.1 | | | | | 14 | 9 | 46 | |
| Shower Units | 8 | 200 | 4 | 800 | 880 | 1.1 | 12 | 84 | 4788 | 1008 | 5 | 40 | 180 | 96 |
| Housing Pod Small | | | | 5,226 | 5,666 | | 130 | 48 | 12480 | 6240 | | | 511 | 178 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential Cells | 12 | 600 | 6 | 3600 | 3960 | 1.1 | 72 | | | | | 31 | 20 | 306 | |
| Toilets per Pod | 3 | 75 | 1 | 75 | 82.5 | 1.1 | | | | | | 11 | 7 | 18 | |
| Day Space | 30% | 756 | 1 | 756 | 831.6 | 1.1 | | | | | | 35 | 22 | 57 | |
| Dining | 30% | 324 | 1 | 324 | 356.4 | 1.1 | | | | | | 23 | 15 | 38 | |
| Control Station | | 80 | 1 | 80 | 88 | 1.1 | | | | | | 12 | 8 | 20 | |
| Consulate Desk | | 36 | 1 | 36 | 39.6 | 1.1 | | | | | | 8 | 5 | 13 | |
| Staff Toilet | | 40 | 1 | 40 | 44 | 1.1 | | | | | | 8 | 5 | 13 | |
| Entry Control | | 120 | 2 | 240 | 264 | 1.1 | | | | | | 14 | 9 | 46 | |
| Shower Units | 3 | 75 | 0 | 0 | 0 | 1.1 | | 12 | 0 | 1260 | 0 | 5 | 15 | 0 | 12 |
| | | | | | | ttt | | | | | | | | | |
| **Housing Pod Large** | | | 4 | 15,264 | 61,054.40 | | 768 | | 32 | | | | | | 960 |
| **Housing Pod Small** | | | 0 | 5,666 | - | | 0 | | 0 | | | | | | 0 |
| **Housing Pods** | | | 4 | | 61,054.40 | | 768 | | | 94788 | 58608 | | | 4,552 | 960 |
| Central Recreation Field | | 45000 | 0 | | 0 | | | | | 0 | | | | | |
| **Health Clinic Pod** | | | | | 1586.6 | | 60 | 30 | 5400 | 1800 | | | | 276 | 90 |
| Health Director | | 120 | 1 | 120 | 156 | 1.3 | | | | | | 14 | 9 | 23 | |
| Holding (12 each) | 5 | 110 | 1 | 110 | 165 | 1.5 | | | | | | 8 | 5 | 13 | |
| Alien Toilet | | 40 | 1 | 40 | 60 | 1.5 | | | | | | 8 | 5 | 13 | |
| Guard Position | | 48 | 1 | 48 | 72 | 1.5 | | | | | | 9 | 6 | 15 | |
| Exam Room | 500 | 180 | 1 | 180 | 234 | 1.3 | | | | | | 17 | 11 | 28 | |
| Exam Room Plumbed | 500 | 180 | 1 | 180 | 234 | 1.3 | | | | | | 17 | 11 | 28 | |
| Medication | | 80 | 1 | 80 | 104 | 1.3 | | | | | | 12 | 8 | 20 | |
| Medical Observation/Isolation | 0.001 | 80 | 1 | 80 | 104 | 1.3 | | | | | | 12 | 8 | 20 | |
| Clinical Staff Station | | 24 | 3 | 72 | 93.6 | 1.3 | | | | | | 7 | 4 | 33 | |
| Clean Supply | | 80 | 1 | 80 | 104 | 1.3 | | | | | | 12 | 8 | 20 | |
| Linen Supply | | 80 | 1 | 80 | 104 | 1.3 | | | | | | 12 | 8 | 20 | |
| Soiled | | 80 | 1 | 80 | 104 | 1.3 | | | | | | 12 | 8 | 20 | |
| Staff Toilet | | 40 | 1 | 40 | 52 | 1.3 | | | | | | 8 | 5 | 13 | |
| **Food Service Prep** | | | | | 3042 | | 60 | 60 | 8100 | 3600 | | | | 314 | 120 |
| Kitchen | 0.5 | 400 | 1 | 400 | 520 | 1.3 | | | | | | 26 | 16 | 42 | |
| Dry Storage | 0.4 | 400 | 1 | 400 | 520 | 1.3 | | | | | | 26 | 16 | 42 | |
| Cold Storage | 0.4 | 400 | 1 | 400 | 520 | 1.3 | | | | | | 26 | 16 | 42 | |
| Cart | 0.2 | 200 | 1 | 200 | 260 | 1.3 | | | | | | 18 | 12 | 30 | |
| Food Assembly | 0.5 | 400 | 1 | 400 | 520 | 1.3 | | | | | | 26 | 16 | 42 | |
| Scullery | 0.1 | 100 | 1 | 100 | 130 | 1.3 | | | | | | 13 | 8 | 21 | |
| Waste | | 120 | 3 | 360 | 468 | 1.3 | | | | | | 14 | 9 | 69 | |
| Staff Toilet | | 40 | 2 | 80 | 104 | 1.3 | | | | | | 8 | 5 | 26 | |
| **Laundry** | 4 | 600 | 1 | 600 | 720 | 1.2 | 60 | 12 | 3780 | 720 | | 31 | 20 | 51 | 72 |
| **Warehouse** | | 5000 | 1 | 5000 | 5000 | 1 | 60 | 84 | 10260 | 5040 | | 90 | 56 | 146 | 144 |
| **Subtotal net areas** | | | | | 119,705 | # | | | 163,728 | 95,688 | | | | 8,522 | 1,842 |
| Sallyport | | 1200 | 4 | 4800 | 6240 | 1.3 | | | | | | | | | |
| Delivery Parking | | 1200 | 4 | 4800 | 6240 | 1.3 | | | | | | | | | |
| Portable Toilet Service | | 1200 | 2 | 2400 | 3120 | 1.3 | | | | | | | | | |
| Visitor | | 330 | 6 | 1980 | 2574 | 1.3 | | | | | | | | | |
| GOV Parking | | 330 | 12 | 3960 | 5148 | 1.3 | | | | | | | | | |
| POV Parking | | 330 | 168 | 55440 | 72072 | 1.3 | | | | | | | | | |
| Paving | | | 192 | | 95394 | | | | | 95394 | | | | | |
| Acres | | | | | 8 | 1.5 | | | | 12 | | | | | |

| | Posts | Shift | Total |
|---|---|---|---|
| Alien Property Storage | 1 | 5 | 5 a |
| Alien Property Storage | 2 | 5 | 10 s |

| | | | |
|---|---|---|---|
| Metal Detection | 1 | 5 | 5 s |
| Intake Processing | 5 | 5 | 25 a |
| Virtual Processing | 8 | 5 | 40 a |
| Processing/Serving | 8 | 5 | 40 a |
| Processing/Serving | 5 | 5 | 25 a |
| Control/Monitoring Room | 3 | 5 | 15 a |
| Interview Rooms | 3 | 5 | 15 a |
| Delousing Shower | 1 | 5 | 5 s |
| Processing Holding | 12 | 5 | 60 s |
| Movement Escort | 8 | 5 | 40 s |

| | | Shifts | | | | FAMU | UAC | Single Adult | |
|---|---|---|---|---|---|---|---|---|---|
| Residential Cells | | | | Ratio | | 18 | 12 | 48 | |
| Supervision | 28 | 5 | 140 s | | | | | | |
| Escort | 3 | 5 | 15 s | | | | | | |
| Dining | 0 | 2 | 0 s | | | | | | |
| Control Station | 0 | 4 | 0 s | | | | | | |
| Consulate Desk | 2 | 1 | 2 g | | | | | | |
| Entry Control | 4 | 5 | 20 c | | | | | | |
| | | | | | | | | | |
| Health Clinic Pod Supervision | 1 | 2 | 2 s | | | | | | |
| Health Director | 1 | 1 | 1 m | | | | | | |
| Provider | 4 | 5 | 20 m | | | | | | |
| | | | | | | | | | |
| Food Service Prep | 2 | 1 | 2 c | | | | | | |
| Delivery | 2 | 2 | 4 c | | | | | | |
| Food Assembly | 2 | 2 | 4 c | | | | | | |
| Scullery | 1 | 2 | 2 c | | | | | | |
| | 7 | | | | | | | | |
| Laundry | 2 | 2 | 4 c | | | | | | |
| Warehouse | 1 | 2 | 2 c | | | | | | |

| | Per Shift | Total | | ratio | line supervisors | per shift | |
|---|---|---|---|---|---|---|---|
| Agents | 46 | 196 a | | 171 | 7 | 25 | 7 |
| Government Other | 11 | 11 g | | | | | |
| Contract Alien Supervision | 64 | 306 s | | 278 | 10 | 28 | 7 |
| Medical | 5 | 21 m | | | | | |
| Contractor other | 14 | 38 c | | | | | |
| | | | | | | | |
| Total | 140 | 551 | 100000 | $ | 55,100,000 | | |

| | 119,705 | | HS SF | HS New $/SF | FFE | HS New $ | HS R $/SF | HS Reno $ | SS $ | SS SF | Mod $/SF | | Mod $/sf | Mod $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.8 | | | | 150 | | | |
| Administration | | | 11953.1 | 280 | 56 | $   4,016,242 | 280 | $   4,016,242 | 2410560 | 12960 | 186 | | 261 | 3382560 |
| Processing | | | 12408 | 320 | 64 | $   4,764,672 | 320 | $   4,764,672 | 3032640 | 12960 | 234 | | 309 | 4004640 |
| CIS | | | #REF! | 280 | 56 | #REF! | 280 | #REF! | #REF! | #REF! | 186 | | 261 | #REF! |
| Housing | | 14,384 | 4 | 61,054 | 320 | 64 | $ 23,444,890 | 320 | $ 23,444,890 | 13714272 | 58,608.00 | 234 | | 309 | 18109872 |
| Medical | | | 1586.6 | 320 | 64 | $   609,254 | 320 | $   609,254 | 421200 | 1800 | 309 | | 309 | 556200 |
| Food | | | 3042 | 400 | 80 | $   1,460,160 | 400 | $   1,460,160 | 1188000 | 3600 | 330 | | 405 | 1458000 |
| Laundry | | | 720 | 350 | 70 | $   302,400 | 350 | $   302,400 | 194400 | 720 | 270 | | 345 | 248400 |
| Warehouse | | | 5000 | 150 | 30 | $   900,000 | 150 | $   900,000 | 307800 | 10260 | 30 | | 105 | 1077300 |
| Paving | | | 95394 | 10 | | $   953,940 | 8 | $   915,782 | 953940 | 95394 | 10 | | 10 | 953940 |
| Sitework | | | 8 | 195000 | | $   1,560,000 | 20000 | $   192,000 | 2380530.992 | | 12 | 195000 | 195000 | 2380531 |
| | | | #REF! | | | #REF! | 22428 | #REF! | #REF! | | | | | #REF! |
| | | | #REF! | #REF! | | #REF! | #REF! | #REF! | #REF! | | | | | #REF! |
| | | | | | | | | | | | | | | |
| Construction Costs | 400 | | | | | | | DoD Deduction | #REF! | | | 35% | | |

| | | New Const | | HS Renovati | Softsided | | Modular | |
|---|---|---|---|---|---|---|---|---|
| Program Management | 0.13 | | | #REF! | #REF! | | #REF! | |
| Real Estate Cost | 260000 | $ 2,080,000 | | ######## | 3,174,041.32 | | 3,174,041.32 | |
| Environmental Cost | | $   150,000 | | 150000 | 150000 | $ | 150,000 | |
| Design | 0.15 | | | #REF! | #REF! | | #REF! | |
| Construction | | #REF! | | #REF! | #REF! | | #REF! | |
| Construction Oversight | 0.085 | #REF! | | #REF! | #REF! | | #REF! | |
| OIT | 0.02 | #REF! | | #REF! | #REF! | | #REF! | |

| | | | | | |
|---|---|---|---|---|---|
| Total | | #REF! | #REF! | #REF! | #REF! |
| $/SF | | #REF! | #REF! | #REF! | #REF! |

| | | | | | |
|---|---|---|---|---|---|
| Maintenance, Janitorial and Utility | 20 | 2,394,103 | | | |
| | | #REF! | | | |

| | | | | | |
|---|---|---|---|---|---|
| DoD Labor Deduction | | | | #REF! | |
| CBP born with DoD labor | | | | #REF! | |

| Size | | 2 | | | |
|---|---|---|---|---|---|
| | FS | Lndr | | | |
| 500 | 6 | | 2 | 125 | |
| 1000 | 10 | | 2 | 125 | |
| 1500 | 15 | | 3 | 115 | |
| 2000 | 15 | | 3 | 154 | |
| 2500 | 19 | | 4 | 147 | |
| 3000 | 23 | | 5 | 143 | |
| 3500 | 28 | | 5 | 135 | |
| 4000 | 32 | | 6 | 133 | |

I-3 Type V B S1

I-3 Type V B NS
l

## Appendix B: Pod wall performance specification:

1.   No foundation required for wall.
2.   Mechanically fastened at base with no exposed fasteners, mechanically fastened or braced at top.
3.   No exposed edges or fasteners.
4.   Noncombustible materials.
5.   Class A flame spread.
6.   Non-abrasive finish.
7.   Washable Antimicrobial surfaces.
8.   Must withstand a 600 lb lateral force at mid-height of wall over a 4 sf area without failure, without puncture and lateral deflection shall not exceed L/360 in any direction.
9. Wall height to be determined or 12' feet for warehouse.

| DRILLING LOG | DIVISION SOUTH PACIFIC | INSTALLATION ALBUQUERQUE DISTRICT | SHEET 1 OF 1 SHEETS |
|---|---|---|---|

1. PROJECT
BORDER PATROL STATION

10. SIZE AND TYPE OF BIT

2. LOCATION *(Coordinates or Station)*
EL PASO, TX

11. DATUM FOR ELEVATION SHOWN *(TBM or MSL)*

3. DRILLING AGENCY
ALBUQUERQUE DISTRICT

12. MANUFACTURER'S DESIGNATION OF DRILL
CAT 330C

4. HOLE NO. *(As shown on drawing title and file number)*     TP-01

13. TOTAL NO. OF OVER-BURDEN SAMPLES TAKEN | DISTURBED | UNDISTURBED N/A

14. TOTAL NUMBER CORE BOXES   ..

5. NAME OF DRILLER
GEOTEST, INC.

15. ELEVATION GROUND WATER   ..

6. DIRECTION OF HOLE

☐ VERTICAL   ☐ INCLINED _____ DEG. FROM VERT.

16. DATE HOLE | STARTED | COMPLETED
21 APR 05 | 1443 | 1510

7. THICKNESS OF OVERBURDEN   ..

17. ELEVATION TOP OF HOLE

8. DEPTH DRILLED INTO ROCK   ..

18. TOTAL CORE RECOVERY FOR BORING   N/A %

TOTAL DEPTH OF HOLE   6.5'

19. NAME(S) OF INSPECTOR(S)
FELIX R. MASCARENO

| MOIST. CONTENT x a | DEPTH b | LEGEND c | CLASSIFICATION OF MATERIALS *(Description)* d | BLOW COUNTS SPT TEST e | BOX OR SAMPLE NO. f | REMARKS *(Drilling time, water loss, depth of weathering, etc., if significant)* g |
|---|---|---|---|---|---|---|
| | | | SURFACE VEG., COBBLES, SAND, SILT, BRN. | | | Note: soil descriptions obtained from samples at depths indicated |
| 3.4 | 3.0' | | COBBLES, BOULDERS, CLAY, SAND, BRN, DRY | | | |
| | 5.0' | | COARSE GRAVEL, SAND, SILT, CLAY - BRN, DRY, COBBLES TO 11" | | TP-01 5' SC | GRAB SAMPLE @ 5' |
| | 6.0' | | SAME AS ABOVE | | | REFUSAL AT 6 1/2' EXCAVATOR SPLINTERING ROCK |

LETTER CLASSIFICATION BASED ON LABORATORY CLASSIFICATION ( ASTM D-2487)

ENG FORM 1836
MAR 71

PREVIOUS EDITIONS ARE OBSOLETE.
(TRANSLUCENT)

PROJECT   BORDER PATROL STATION

HOLE NO.
TP-01

| DRILLING LOG | DIVISION<br>SOUTH PACIFIC | | INSTALLATION<br>ALBUQUERQUE DISTRICT | | | | SHEET 1<br>OF 1 SHEETS |
|---|---|---|---|---|---|---|---|

1. PROJECT
BORDER PATROL STATION

2. LOCATION *(Coordinates or Station)*
EL PASO, TX

3. DRILLING AGENCY
ALBUQUERQUE DISTRICT

4. HOLE NO. *(As shown on drawing title and file number)*     TP-02

5. NAME OF DRILLER
GEOTEST, INC.

6. DIRECTION OF HOLE

☐ VERTICAL   ☐ INCLINED _____ DEG. FROM VERT.

7. THICKNESS OF OVERBURDEN     ..

8. DEPTH DRILLED INTO ROCK     ..

TOTAL DEPTH OF HOLE     5.5'

10. SIZE AND TYPE OF BIT

11. DATUM FOR ELEVATION SHOWN *(TBM or MSL)*

12. MANUFACTURER'S DESIGNATION OF DRILL
CAT 330C

13. TOTAL NO. OF OVER- | DISTURBED | UNDISTURBED
BURDEN SAMPLES TAKEN | | N/A

14. TOTAL NUMBER CORE BOXES     ..

15. ELEVATION GROUND WATER     ..

16. DATE HOLE | STARTED | COMPLETED
21 APR 05 | 1515 | 1520

17. ELEVATION TOP OF HOLE

18. TOTAL CORE RECOVERY FOR BORING     N/A %

19. NAME(S) OF INSPECTOR(S)
FELIX R. MASCARENO

| MOIST.<br>CONTENT<br>x<br>a | DEPTH<br>b | LEGEND<br>c | CLASSIFICATION OF MATERIALS<br>*(Description)*<br>d | BLOW<br>COUNTS<br>SPT TEST<br>e | BOX OR<br>SAMPLE<br>NO.<br>f | REMARKS<br>*(Drilling time, water loss,depth of<br>weathering, etc., if significant)*<br>g |
|---|---|---|---|---|---|---|
| | | | | | | Note: soil descriptions obtained from samples at depths indicated |
| .. | 3.0' | | SURFACE VEG., COBBLES, SAND, SILT, BRN. | | | |
| 3.7 | 5.0' | | COBBLES, BOULDERS, SILT, SAND, BRN, DRY | | | |
| | 5.5' | | CEMENTITOUS MATERIAL - EMBEDDED GRAVEL, BUFF, DRY | | TP-02<br>5'  SM | GRAB SAMPLE @ 5' |
| | | | SAME AS ABOVE | | | REFUSAL AT 5 1/2' EXCAVATOR SPLINTERING ROCK |

LETTER CLASSIFICATION BASED
ON LABORATORY CLASSIFICATION
( ASTM D-2487)

ENG FORM 1836
MAR 71     PREVIOUS EDITIONS ARE OBSOLETE.
(TRANSLUCENT)     PROJECT BORDER PATROL STATION     HOLE NO.
TP-02

| DRILLING LOG | DIVISION<br>SOUTH PACIFIC | INSTALLATION<br>ALBUQUERQUE DISTRICT | SHEET 1<br>OF 1 SHEETS |
|---|---|---|---|

| 1. PROJECT<br>BORDER PATROL STATION | 10. SIZE AND TYPE OF BIT |
|---|---|
| 2. LOCATION *(Coordinates or Station)*<br>EL PASO, TX | 11. DATUM FOR ELEVATION SHOWN *(TBM or MSL)* |
| 3. DRILLING AGENCY<br>ALBUQUERQUE DISTRICT | 12. MANUFACTURER'S DESIGNATION OF DRILL<br>CAT 330C |

| 4. HOLE NO. *(As shown on drawing title and file number)* | TP-03 |
|---|---|

| 13. TOTAL NO. OF OVER-<br>BURDEN SAMPLES TAKEN | DISTURBED | UNDISTURBED<br>N/A |
|---|---|---|

| 5. NAME OF DRILLER<br>GEOTEST, INC. | 14. TOTAL NUMBER CORE BOXES | .. |
|---|---|---|
| 6. DIRECTION OF HOLE | 15. ELEVATION GROUND WATER | .. |

| ☐ VERTICAL ☐ INCLINED _____ DEG. FROM VERT. |
|---|

| 16. DATE HOLE | STARTED | COMPLETED |
|---|---|---|
| 21 APR 05 | 1525 | 1535 |

| 7. THICKNESS OF OVERBURDEN | .. | 17. ELEVATION TOP OF HOLE |
|---|---|---|
| 8. DEPTH DRILLED INTO ROCK | .. | 18. TOTAL CORE RECOVERY FOR BORING    N/A % |
| TOTAL DEPTH OF HOLE | 7.0' | 19. NAME(S) OF INSPECTOR(S)<br>FELIX R. MASCARENO |

| MOIST.<br>CONTENT<br>x<br>a | DEPTH<br><br>b | LEGEND<br><br>c | CLASSIFICATION OF MATERIALS<br>*(Description)*<br>d | BLOW<br>COUNTS<br>SPT TEST<br>e | BOX OR<br>SAMPLE<br>NO.<br>f | REMARKS<br>*(Drilling time, water loss, depth of weathering, etc., if significant)*<br>g |
|---|---|---|---|---|---|---|
|  |  |  | SURFACE VEG., COBBLES, SAND, SILT, BRN. |  |  | Note: soil descriptions obtained from samples at depths indicated |
| .. | 1.0' | . | COBBLES, COARSE GRAVEL, SAND, SILT, CLAY - BRN, DRY | .. | .. | 80% COBBLES |
|  | 5.0' |  | CEMENTITOUS LENSE - EMBEDDED GRAVEL, TAN TO BUFF, DRY STILL IN LENSE @ 6 1/2' | . | . | .. |
|  | 7.0' |  |  |  |  | REFUSAL AT 7.0' |

LETTER CLASSIFICATION BASED
ON LABORATORY CLASSIFICATION
( ASTM D-2487)

| ENG FORM 1836<br>MAR 71 | PREVIOUS EDITIONS ARE OBSOLETE.<br>(TRANSLUCENT) | PROJECT BORDER PATROL STATION | HOLE NO.<br>TP-03 |
|---|---|---|---|

| DRILLING LOG | DIVISION | INSTALLATION | | SHEET 1 |
|---|---|---|---|---|
| | SOUTH PACIFIC | ALBUQUERQUE DISTRICT | | OF 1 SHEETS |

| 1. PROJECT |
|---|
| BORDER PATROL STATION |

| 2. LOCATION (Coordinates or Station) |
|---|
| EL PASO, TX |

| 3. DRILLING AGENCY |
|---|
| ALBUQUERQUE DISTRICT |

| 4. HOLE NO. (As shown on drawing title and file number) | TP-04 |
|---|---|

| 5. NAME OF DRILLER |
|---|
| GEOTEST, INC. |

6. DIRECTION OF HOLE

☐ VERTICAL  ☐ INCLINED _____ DEG. FROM VERT.

| 7. THICKNESS OF OVERBURDEN | .. |
|---|---|

| 8. DEPTH DRILLED INTO ROCK | .. |
|---|---|

| TOTAL DEPTH OF HOLE | 6.5' |
|---|---|

| 10. SIZE AND TYPE OF BIT |
|---|
| |

| 11. DATUM FOR ELEVATION SHOWN (TBM or MSL) |
|---|
| |

| 12. MANUFACTURER'S DESIGNATION OF DRILL |
|---|
| CAT 330C |

| 13. TOTAL NO. OF OVER- BURDEN SAMPLES TAKEN | DISTURBED | UNDISTURBED |
|---|---|---|
| | | N/A |

| 14. TOTAL NUMBER CORE BOXES | .. |
|---|---|

| 15. ELEVATION GROUND WATER | .. |
|---|---|

| 16. DATE HOLE | STARTED | COMPLETED |
|---|---|---|
| 21 APR 05 | 1540 | 1547 |

| 17. ELEVATION TOP OF HOLE | |
|---|---|

| 18. TOTAL CORE RECOVERY FOR BORING | N/A % |
|---|---|

| 19. NAME(S) OF INSPECTOR(S) |
|---|
| FELIX R. MASCARENO |

| MOIST. CONTENT x a | DEPTH b | LEGEND c | CLASSIFICATION OF MATERIALS (Description) d | BLOW COUNTS SPT TEST e | BOX OR SAMPLE NO. f | REMARKS (Drilling time, water loss, depth of weathering, etc., if significant) g |
|---|---|---|---|---|---|---|
| | | | SURFACE VEG., COBBLES, SAND, SILT, BRN., GRAVEL | | | Note: soil descriptions obtained from samples at depths indicated |
| 3.7 | 4.5' | | COBBLES, COARSE GRAVEL, SAND, CLAY - BRN, DRY | | TP-04 4.5' | SC   SURFACE TO 3': COBBLES, GRAVEL, CLAY, SAND |
| | 6.5' | | CEMENTITOUS LENSE - EMBEDDED GRAVEL, TAN TO BUFF, DRY | | | |
| | | | | | | REFUSAL AT 6.5' |
| | | | LETTER CLASSIFICATION BASED ON LABORATORY CLASSIFICATION ( ASTM D-2487) | | | |

| ENG FORM 1836 MAR 71 | PREVIOUS EDITIONS ARE OBSOLETE. (TRANSLUCENT) | PROJECT BORDER PATROL STATION | HOLE NO. TP-04 |
|---|---|---|---|

| DRILLING LOG | DIVISION<br>SOUTH PACIFIC | | INSTALLATION<br>ALBUQUERQUE DISTRICT | | SHEET 1<br>OF 1 SHEETS |
|---|---|---|---|---|---|

| 1. PROJECT<br>BORDER PATROL STATION | 10. SIZE AND TYPE OF BIT |
|---|---|

| 2. LOCATION (Coordinates or Station)<br>EL PASO, TX | 11. DATUM FOR ELEVATION SHOWN (TBM or MSL) |
|---|---|

| 3. DRILLING AGENCY<br>ALBUQUERQUE DISTRICT | 12. MANUFACTURER'S DESIGNATION OF DRILL<br>CAT 330C |
|---|---|

| 4. HOLE NO. (As shown on drawing title and file number)    TP-05 | 13. TOTAL NO. OF OVER-<br>BURDEN SAMPLES TAKEN | DISTURBED | UNDISTURBED<br>N/A |
|---|---|---|---|

| 5. NAME OF DRILLER<br>GEOTEST, INC. | 14. TOTAL NUMBER CORE BOXES .. |
|---|---|

6. DIRECTION OF HOLE

☐ VERTICAL   ☐ INCLINED _____ DEG. FROM VERT.

| 15. ELEVATION GROUND WATER .. |
|---|
| 16. DATE HOLE   21 APR 05 | STARTED 1558 | COMPLETED 1605 |

| 7. THICKNESS OF OVERBURDEN .. | 17. ELEVATION TOP OF HOLE |
|---|---|

| 8. DEPTH DRILLED INTO ROCK .. | 18. TOTAL CORE RECOVERY FOR BORING   N/A % |
|---|---|

| TOTAL DEPTH OF HOLE   10.0' | 19. NAME(S) OF INSPECTOR(S)<br>FELIX R. MASCARENO |
|---|---|

| MOIST.<br>CONTENT<br>%<br>a | DEPTH<br>b | LEGEND<br>c | CLASSIFICATION OF MATERIALS<br>(Description)<br>d | BLOW<br>COUNTS<br>SPT TEST<br>e | BOX OR<br>SAMPLE<br>NO.<br>f | REMARKS<br>(Drilling time, water loss, depth of<br>weathering, etc., if significant)<br>g |
|---|---|---|---|---|---|---|
| 0.9 | | | SURFACE VEG., COBBLES, SAND, SILT,<br>BRN., COARSE GRAVEL, DRY<br>50% COBBLES | | | Note: soil descriptions<br>obtained from samples<br>at depths indicated |
| | | | | | TP-05<br>0 - 9' | GM-GP |
| | 9.5' | | SAND, SILT, COBBLES, GRAVEL, BRN,<br>DRY | | | SMALLEST BOULDER/<br>LARGEST COBBLE<br>OBSERVED 14" |
| | | | | | | GEOTEST COLLECTED<br>ONE 5 GAL. BUCKET FOR<br>SAMPLE |

LETTER CLASSIFICATION BASED
ON LABORATORY CLASSIFICATION
( ASTM D-2487)

| ENG FORM 1836<br>MAR 71 | PREVIOUS EDITIONS ARE OBSOLETE.<br>(TRANSLUCENT) | PROJECT   BORDER PATROL STATION | HOLE NO.<br>TP-05 |
|---|---|---|---|

# Appendix D. El Paso BPS



W9126G19C0025

## Appendix E: DHS CPC Modular Facility Area Map





PARTIAL UTILITY PLAN



PARTIAL GRADING & DRAINAGE PLAN



PARTIAL PAVING PLAN







GENERAL NOTES:

Sector Headquarters

MATCHLINE

MATCHLINE

MATCHLINE

MATCHLINE

VEHICLE MAINTENANCE
(125 spaces)
(9 additional spaces)

OPTIONS:

**OVERALL SITE GRADING & DRAINAGE PLAN**

WARNING

THESE RECORD DOCUMENTS ...

RECORD DOCUMENTS

014

**GENERAL NOTES:**

A. CONTRACTOR TO COORDINATE ALL CITY UTILITY MAIN CONNECTIONS WITH CITY UTILITY DEPARTMENTS.

B. SURFACE FEATURES ASSOCIATED WITH UNDERGROUND UTILITIES ARE SHOWN ON PAVING PLANS FOR CLARITY. SEE APPLICABLE UTILITY PLANS FOR CONSTRUCTION NOTES AND DETAILS.

C. CONTRACTOR SHALL FIELD VERIFY SITE FOR EXISTING CONDITIONS (SPOILS, BORROW AREAS, ETC.) PRIOR TO BIDDING EARTHWORK QUANTITIES.

D. SEE SURVEY FOR ACTUAL EXISTING GROUND CONTOURS AND SPOT ELEVATIONS FOR EARTHWORK IN PROJECT AREA.

E. SEE SHEET C-001 FOR LEGEND THAT APPLIES TO ALL SHEETS.

US Army Corps
of Engineers
ALBUQUERQUE
DISTRICT
Albuquerque, New Mexico

**PLAN 1**
SEE SHEET CU-401

**PLAN 2**
SEE SHEET CU-402

**PLAN 3**
SEE SHEET CU-403

FRONTAGE ROAD/STATE HIGHWAY 54
(N-S FREEWAY, PATRIOT FREEWAY, GATEWAY BLVD, SOUTH)

MATCHLINE

MATCHLINE

MATCHLINE

**OVERALL SITE UTILITY PLAN**

SCALE: 1"=100'-0"

100'   50'   0        100'

**OPTIONS:**

OPTION #1 — VEHICLE FUELING AND WASH AREAS:

U.S. ARMY ENGINEER DISTRICT
ALBUQUERQUE, NEW MEXICO

TEXAS
BORDER PATROL STATION
OVERALL SITE UTILITY PLAN

NOTES:
1. FIRE SPRINKLER SYSTEM DRAWING IS FOR INTENT ONLY. ACTUAL PIPE SIZES AND LAYOUT MAY VARY.
2. SEE SHEET FP-107 FOR DETAILS
3. SEE SHEET FP-100 FOR OVERALL PLAN.

US Army Corps of Engineers
ALBUQUERQUE DISTRICT

REVISIONS

6" UNDERGROUND FIRE LINE
ELEC BELL
SEE RISER DETAIL THIS AREA SHEET FP-107
SERVICE YARD

PATIO
WOMEN'S LOCKER- BO [260]
MECH. [262]
ELECT. [263]

WOMEN SHWR [256A]
MEN SHWR [257B]
[257A]

KENNEL
KENNEL
KENNEL

EMT ST. [190]
MAT [193]

K9 [254]
K9 STOR. [255]
MEN'S LOCKER -352 [256]
VESTIBULE [259]

MATCHLINE
TASK FORCE [227]
EVID. STOR. [225]
BORCAP [249]
COPY
PROSEC [206]

CORR [179]
BRK RM [187]
PH. RV. [176]
JAN. [188]
STOR [177]
EXAM [189] EMT
ELECT [166]
EMT [189]
VEST [256A]
D.F [261]
[258]

SBPA [185]
SBPA [184]
SBPA [183]
SBPA [182]
SBPA [181]
SBPA [180]
SBPA [173]
SBPA [172]
SBPA [174]
CORR [174]
TRAINING [175]
SBPA [171]
SBPA [170]
SBPA

TRAINING OFF [166]
WOMEN'S [191]
CORR [198]
MEN'S [192]
LAUND. [194]
[195]
IN. SUPER [196]
MAP [197]
CORR [204]
SIBA [205]
TEL STAFF [199]
SBPA [162]

MATCHLINE

SPRINKLER LEGEND

○ (1/2",K=5.6) BRASS UPRIGHT SPRINKLER, QUICK RESPONSE, 155 DEGREE
● (1/2",K=5.6) PENDENT SPRINKLER, QUICK RESPONSE, 155 DEGREE
◁ (1/2",K=5.6) BRASS SIDEWALL SPRINKLER, QUICK RESPONSE, 155 DEGREE
◁ (1/2",K=5.6) CHROME SIDEWALL SPRINKLER, QUICK RESPONSE, 155 DEGREE

NATIONAL INSTITUTE FOR CERTIFICATION IN ENGINEERING TECHNOLOGIES
IRIS L. BAKER
CERTIFICATION #72349
VALID THRU JAN. 1, 2008

DESIGN BY: BPLW
DRAWN BY: BPLW
REVIEWED BY: BPLW

US ARMY ENGINEER DISTRICT
ALBUQUERQUE, NEW MEXICO

TEXAS
EL PASO BORDER PATROL STATION
MAIN BUILDING
FIRE SPRINKLER PLAN AREA - A





## GENERAL NOTES:

A. CONTRACTOR TO COORDINATE ALL CITY UTILITY MAIN CONNECTIONS WITH CITY UTILITY DEPARTMENTS.

B. SURFACE FEATURES ASSOCIATED WITH UNDERGROUND UTILITIES ARE SHOWN ON PAVING PLANS FOR CLARITY. SEE APPLICABLE UTILITY PLANS FOR CONSTRUCTION NOTES AND DETAILS.

C. CONTRACTOR SHALL FIELD VERIFY SITE, FOR EXISTING CONDITIONS (SPOILS, BORROW AREAS, ETC) PRIOR TO BIDDING EARTHWORK QUANTITIES.

D. SEE SURVEY FOR ACTUAL EXISTING GROUND CONTOURS AND SPOT ELEVATIONS FOR EARTHWORK IN PROJECT AREA.

E. SEE SHEET C-001 FOR LEGEND THAT APPLIES TO ALL SHEETS.

F. CONTRACTOR TO COORDINATE WITH ALL BUILDING UTILITY CONNECTIONS WITH PLUMBING, MECHANICAL AND ELECTRICAL PLANS.

## KEYED NOTES: ○

1. NEW 4" GATE VALVE WITH CONCRETE COLLAR AND BLOCKING. SEE DETAILS 3/CU-504 AND 8/CU-504.
2. NOT USED.
3. NOT USED.
4. NEW 6" MEDIUM PRESSURE GAS LINE.
5. NEW 1 1/2" MEDIUM PRESSURE GAS LINE.
6. NOT USED.
7. NEW 8" FIRE LINE. SEE DETAIL 2/ CU-504.
8. NOT USED.
9. NEW 8" FIRE LINE. SEE DETAIL 2/ CU-504.
10. NEW 8" WATER LINE. SEE DETAIL 2/ CU-504.
11. NEW 4" WATER LINE. SEE DETAIL 2/ CU-504.
12. GAS PRESSURE REGULATOR SIZED FOR 247.0 CFH.
13. EXISTING 4" GAS LINE (TAP).
14. EXISTING 8" SANITARY SEWER MAIN LINE.
15. EXISTING 8" AC (ASBESTOS CONCRETE) WATER MAIN LINE.
16. EXISTING 14KV SINGLE-PHASE OVERHEAD POWER LINE.
17. EXISTING PHONE SERVICE AND T-1 LINE (IN THIS AREA).
18. NOT USED.
19. NOT USED.
20. NEW SANITARY MANHOLE. SEE DETAIL 4/ CU-501.
21. NEW 8" SANITARY SEWER TRUNK LINE. SEE DETAIL 8/CU-501.
22. NOT USED.
23. NEW 4" SANITARY SEWER SERVICE LINE. SEE DETAIL 6/ CU-501.
24. NOT USED.
25. NEW DOUBLE CLEANOUT. SEE DETAIL 5/ CU-501.
26. NOT USED.
27. NOT USED.
28. NOT USED.
29. NOT USED.
30. NEW 8" TEE CONNECTION TO CITY WATER MAIN IN ACCORDANCE WITH CITY OF EL PASO WATER DEPARTMENT DETAILS AND SPECIFICATIONS. CONTACT CITY WATER DEPARTMENT FOR COORDINATION OF ALL WORK.
31. NEW 8" GATE VALVE WITH CONCRETE COLLAR AND BLOCKING. SEE DETAILS 3 & 8/ CU-504.
32. NEW 4" GATE VALVE WITH CONCRETE COLLAR AND BLOCKING. SEE DETAILS 3 & 8/ CU-504.
34. NEW FIRE HYDRANT. SEE DETAIL 1/ CU-504.
35. INSTALL 4" WATER METER IN SINGLE WATER VAULT. CONNECT TO CITY MAIN. INSTALL 4" WATER BOX AND LID PER CITY STANDARD SPECS. AND DETAILS. INSTALL (2) 4"x8" REDUCER.
36. NOT USED.
37. NOT USED.
38. NOT USED.
39. NOT USED.
40. NEW 3"x90° BEND WITH BLOCKING. SEE DETAIL 6/ CU-504.
41. NOT USED.
42. NEW 8"x45° BEND WITH BLOCKING. SEE DETAIL 6/ CU-504.
43. NEW 8"x45° BEND WITH BLOCKING. SEE DETAIL 6/ CU-504.
44. NOT USED.
45. NOT USED.
46. SEE ELECTRICAL SITE PLAN, SHEETS ES-401, ES-402 AND ES-403 FOR LOCATION OF ELECTRIC LINES, ASSOCIATED PULL BOXES, SWITCHES, AND LIGHT POLE LOCATIONS.
47. SEE ELECTRICAL SITE PLAN, SHEETS ES-401, ES-402, AND ES-403 FOR COMMUNICATION ALIGNMENT AND ASSOCIATED PULL BOXES AND GEAR.
48. GAS SIZED FOR 3500 CFH. FUTURE LOAD FOR VEHICLE MAINTENANCE. GAS LINE 3" MEDIUM PRESSURE.
49. EXISTING STORM DRAIN MANHOLE TO REMAIN. PROTECT DURING CONSTRUCTION.
50. NOT USED.
51. EXISTING SANITARY SEWER MANHOLE TO REMAIN. PROTECT DURING CONSTRUCTION.
52. NOT USED.
53. NOT USED.
54. NEW 8" BACKFLOW PREVENTOR, HOT BOX AND POSITIVE HEAT SOURCE PER CITY WATER DEPARTMENT SPECS.
55. NEW 8" BACKFLOW PREVENTOR, HOT BOX AND POSITIVE HEAT SOURCE PER CITY WATER DEPARTMENT SPECS.
56. NOT USED.
57. NEW 6" DIAMETER STORM DRAIN MANHOLE. SEE DETAIL 2/ CU-502.
58. NOT USED.
59. NOT USED.
60. NOT USED.
61. NOT USED.
62. NOT USED.
63. NEW 24" RCP STORM DRAIN.
64. NEW 42" RCP STORM DRAIN.
65. NEW STANDARD SURFACE INLET. SEE DETAIL 1/ CU-503.
66. NOT USED.
67. NEW 6" GAS CONNECTION. SEE DETAIL 7/ CU-504.
68. NOT USED.
69. NEW GAS CONNECTION AT STREET TO BE INSTALLED UNDER DIRECTION OF GAS COMPANY. CONTRACTOR TO COORDINATE WITH GAS COMPANY FOR CONNECTION SPECS.
70. SAWCUT, REMOVE AND REPLACE EXISTING ASPHALT. SEE PAVEMENT REPLACEMENT DETAIL 1/ CU-500.
71. NOT USED.
72. NOT USED.
73. NOT USED.
74. NEW 6"x6" TEE AND THRUST BLOCKING. SEE DETAIL 3/ CU-504.
75. NOT USED.
76. NOT USED.
77. NEW 8"x3" TEE AND THRUST BLOCKING. SEE DETAIL 3/ CU-504.
78. NOT USED.
79. NOT USED.

## KEYED NOTES CONTINUED: ○

94. NEW 3" GATE VALVE WITH CONCRETE COLLAR AND BLOCKING. SEE DETAILS 3 & 8/ CU-504.
95. PROTECT EXISTING STORM DRAIN TO REMAIN.
96. NOT USED.
97. NOT USED.
98. NOT USED.
99. NEW "DROP" MANHOLE. SEE DETAIL 2/CU-501.
100. NOT USED.
101. NEW 4" POST HYDRANT. SEE DETAIL 9/CU-504.
102. NEW 6"x4" TEE CONNECTION TO CITY WATER MAIN IN ACCORDANCE WITH CITY OF EL PASO WATER DEPARTMENT DETAILS AND SPECIFICATIONS. CONTACT CITY WATER DEPARTMENT FOR COORDINATION OF ALL WORK.
103. NOT USED.
104. NOT USED.
105. NEW 30" RCP STORM DRAIN.
106. NOT USED.
107. NOT USED.
108. NEW 3500 GAL. SAND/OIL INTERCEPTOR. SEE PLUMBING PLANS.

## KEYED NOTES CONTINUED: ○

80. INSTALL 4" WATER LINE CAP AND BLOCKING. SEE DETAIL 3/ CU-504.
81. INSTALL WATER LINE CAP AND BLOCKING. SEE DETAIL 3/ CU-504.
82. CAP GAS LINE.
83. CAP SANITARY SEWER FOR BASE BID ONLY.
84. CAP WATER LINE FOR BASE BID ONLY.
85. CAP GAS LINE FOR BASE BID ONLY.
86. INSTALL ELECTRICAL SERVICE AND COMMUNICATIONS ONLY IF OPTION 8/ GAS CO.
87. EXTENSION OF APPROX. 200' OF 6" GAS LINE TO BE INSTALLED BY GAS CO.
88. NOT USED.
89. CAP SANITARY SEWER STUB.
90. GAS METER SIZED FOR TOTAL LOAD OF 14,125 CFH. ESTIMATED TOTAL-LOAD OF 7,247 CFH. LONGEST RUN EQUALS 15 2000 FT.
91. REMOVE EXISTING INLET STRUCTURE AND CONNECT NEW STORM DRAIN LINE (AT "X"). THIS CONNECTION POINT AND SURROUNDING AREA LIES WITHIN AN EXISTING DRAINAGE DITCH. PREPARATION OF THE SUBGRADE SHALL BE PERFORMED PRIOR TO INSTALLATION OF STORM DRAIN PIPE AND CONNECTION. BACKFILL AND COMPACTION OF ENTIRE EXISTING DITCH MUST BE PERFORMED UPON INSTALLATION OF STORM

---

OPTIONS:

OPTION #1 - VEHICLE FUELING AND WASH AREAS.
OPTION #1 WILL INCLUDE THE CONSTRUCTION OF THE VEHICLE WASH BAY BUILDING, VACUUM STATION AND CANOPY, FUELING DAYS AND CANOPY PARKING AREAS AND DRIVES. THE SITE WORK WILL INCLUDE PAVED UNDERGROUND UTILITIES, AND DRIVES. THE ROUGH GRADING AND EXTENSION OF WILL NOT BE PART OF THE BASE BID.

OPTION #2 - TRAINING PAVILION AND HELICOPTER PAD.
OPTION #2 WILL INCLUDE THE CONSTRUCTION OF THE TRAINING PAVILION AND HELICOPTER PAD AND ALL ASSOCIATED SITE WORK. THE SITE EXTENSION OF UNDERGROUND UTILITIES WILL BE PART OF THE BASE BID. THE VEHICLE MAINTENANCE WILL NOT BE PART OF THE BASE BID.

OPTION #3 - LANDSCAPE AND IRRIGATION SYSTEM.
OPTION #3 WILL INCLUDE THE INSTALLATION OF ALL LANDSCAPE AND IRRIGATION SYSTEMS. THE WATER BACKFLOW PREVENTOR AND IRRIGATION MAIN ALSO BE INSTALLED AS PART OF THE BASE BID. WATER CONNECTION UNDER OPTION #3 WILL NOT BE PART OF THE BASE BID. IF OPTION #3 IS BID, IT WILL BE INCLUDED AND NO ADDITIONAL CONNECTION WILL BE RE-BID AS PART OF THE BASE BID.

## PARTIAL UTILITY PLAN

SCALE: 1" = 40'-0"

MERCURY DRIVE

HONDO PASS

LEO DRIVE

FUTURE VEHICLE MAINTENANCE

STAGING AREA

OPTION #1
(READ BELOW)

OPTION #1
(READ BELOW)

US Army Corps
of Engineers
ALBUQUERQUE
DISTRICT

TEXAS
EL PASO

BORDER PATROL STATION
PARTIAL UTILITY PLAN

SHEET NO. CU-403
32 OF 40



FROM END OF
BRANCHLINE

TEST VALVE IN
READILY ACCESSIBLE
LOCATION

SMOOTH BORE
CORROSION RESISTANT
OUTLET GIVING FLOW
EQUIVALENT TO ONE
SPRINKLER

45° GALV.
ELBOW

Note: not less than 4ft. (1.2m) of exposed test pipe in warm room
beyond valve when pipe extends through wall to outside.
WET TEST CONNECTION (PER NFPA 13)

TRAPEZE HANGER

TYPICAL          HANGER
NO                    SCALE

1 — All Thread Rod
1 — Ring
1 — Top Beam Clamp



RISER DETAIL


THE SEAL APPEARING ON THIS DOCUMENT
WAS AUTHORIZED BY PABLO S. SALAZAR-GOMEZ, P.E.
91422 ON _____
ALTERATION OF A SEALED DOCUMENT WITHOUT
PROPER NOTIFICATION TO THE RESPONSIBLE
ENGINEER IS AN OFFENSE UNDER THE TEXAS
ENGINEERING PRACTICE ACT. THE RECORD
COPY OF THIS DRAWING IS ON FILE AT THE
U.S. ARMY CORPS OF ENGINEERS ALBUQUERQUE
DISTRICT.



U.S. ARMY ENGINEER DISTRICT
ALBUQUERQUE, NEW MEXICO

BORDER PATROL STATION
FIRE PROTECTION DETAILS
EL PASO          TEXAS

SHEET NO. FP
8 OF 8

SEQUENCE
NO.        186