# EXHIBIT 7

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1 \| 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If Applicable) |
|---|---|---|---|
| A00001 | SEE BLOCK 16C | W45XMA91224061 | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY | CODE | |
|---|---|---|---|---|---|
| Albuquerque District | | | Albuquerque District | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Koman Construction, LLC<br>2700 Gambell St Ste. 401<br>Anchorage AK  99503<br>USA | | 9B. DATED (SEE ITEM 11) |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER<br>W9126G19C0025   NA |
| | | 10B. DATED (SEE ITEM 13)<br>06 May 2019 |

| CODE | FACILITY CODE |
|---|---|
| | |

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. **FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.** If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA**

Contract Amount Unchanged

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office appropriation date, etc)   SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.243-4 CHANGES |
| | D. OTHER |

E. IMPORTANT:   Contractor ☐ is not, ☑ is required to sign this document and return original and ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for El Paso Modular CPC.

Reference No. R00001
  00001   Changes to Bldg. & Site

See Page 2.

**Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.**

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Robert Kyrklund - Executive Program Manager | | Administrative Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>*Robert Kyrklund*<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>5/18/2019 | 16B. UNITED STATES OF AMERICA<br>PROVENCIO.GUILL Digitally signed by PROVENCIO.GUILLERMO.121788<br>BY ERMO.1217880048 0048<br>Date: 2019.05.22 15:53:17 -06'00'<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>22 May 2019 |

STANDARD FORM 30

| **MODIFICATION OF CONTRACT** | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | | 2   &vert;   2 |

```
Contract No:      W9126G19C0025  NA
Modification No:  A00001
Contractor:       Koman Construction, LLC
Contract Title:   El Paso Modular CPC
Location:
```

**A. SCOPE OF WORK**

**00001**       **Changes to Bldg. & Site**

Refer to file 19C0025_0001_SKT_115May19.pdf and provide design, supervision, labor, material, and equipment for reductions and additions as marked up in the file.
A listing of reductions and additions (not all inclusive)associated with referenced file as follows:

Reductions:
Water heaters, toilets, lavatories, janitor sinks, PEX hot water supply lines from water heaters, PEX cold water supply to water heaters, 30 AMP breakers to water heaters, electrical wiring to water heaters, partition walls, elimination of janitor's closets, and elimination of doors.

Additions:
Electrical pedestal, service panel 400 AMP, terminations/connectors, rigid conduit installed underground (UG), 2 inch water line PVC, hose bib, 4 inch waste lines, and 2 ft. x 2 ft. hand boxes.

**B. CHANGE IN CONTRACT DRAWINGS**

**00001**       **Changes to Bldg. & Site**

Drawing SKT_1_15May19 The attached Sketch "19C0025_0001_SKT_15May19.pdf", dated; 15 May 2019, provide in part for the changes in this modification and are made a part hereof.

**C. CHANGE IN CONTRACT SPECIFICATIONS**

**00001**       **Changes to Bldg. & Site**

Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

**D. CHANGE IN CONTRACT PRICE**

Total contract price is unchanged.

**E. CHANGE IN CONTRACT TIME**

The contract completion date shall remain unchanged by this modification.

**F. CLOSING STATEMENT**

It is understood and agreed that pursuant to the above, the contract time is not affected, and the contract price remains unchanged, which reflects all credits due the Government and all debits due the Contractor.  It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated.

**19C0025_0001_SKT_1_15May19**

# TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE

For use of this form, see ER 415-1-10; the proponent agency is CECW-CE.

| DATE | TRANSMITTAL NO. |
|---|---|
| 2019-05-08 | 03 |

## SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS *(This section will be initiated by the contractor)*

TO:
U.S. Army Engineer District, Fort Worth
ATTN: CESWF-CT
819 Taylor Street, Room 2A17
Fort Worth, TX 76102-0300

FROM:
KOMAN Construction, LLC
1490 S. Price Rd. Suite 204
Chandler, AZ 85286

CONTRACT NO.
W9126G19C0025

CHECK ONE:
[X] THIS IS A NEW TRANSMITTAL
[ ] THIS IS A RESUBMITTAL OF TRANSMITTAL

SPECIFICATION SEC. NO. *(Cover only one section with each transmittal)*

PROJECT TITLE AND LOCATION
El Paso Modular CPC, El Paso, Texas

THIS TRANSMITTAL IS FOR: *(Check one)*
[ ] FIO  [X] GA  [ ] DA  [ ] CR  [ ] DA/CR  [ ] DA/GA

| ITEM NO. (See Note 3) a. | DESCRIPTION OF SUBMITTAL ITEM (Type size, model number/etc.) b. | SUBMITTAL TYPE CODE (See Note 8) c. | NO. OF COPIES d. | CONTRACT DOCUMENT REFERENCE | | CONTRACTOR REVIEW CODE g. | VARIATION Enter "v" if requesting a variation (See Note 6) h. | USACE ACTION CODE (Note 9) i. |
|---|---|---|---|---|---|---|---|---|
| | | | | SPEC. PARA. NO. e. | DRAWING SHEET NO. f. | | | |
| 1 | Civil, site, Life safety, Architectural Permit Drawings | SD-02 | 1 | | | A | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS
Cc:

I certify that the above submitted items had been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as otherwise stated.

KOMAN Construction, LLC
NAME OF CONTRACTOR

*Robert Kjellund*
SIGNATURE OF CONTRACTOR

## SECTION II - APPROVAL ACTION

| NAME AND TITLE OF APPROVING AUTHORITY | SIGNATURE OF APPROVING AUTHORITY | DATE |
|---|---|---|
| | | |

ENCLOSURES RETURNED *(List by item No.)*

**ENG FORM 4025-R, MAR 2012**          REPLACES EDITION OF MAR 95, WHICH IS OBSOLETE.

19C0025_0001_SKT_1_15May19

## INSTRUCTIONS

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each Transmittal shall be numbered consecutively. The Transmittal Number typically includes two parts separated by a dash (-). The first part is the specification section number. The second part is a sequential number for the submittals under that spec section. If the Transmittal is a resubmittal, then add a decimal point to the end of the original Transmittal Number and begin numbering the resubmittal packages sequentially after the decimal.

3. The "Item No." for each entry on this form will be the same "Item No." as indicated on ENG FORM 4288-R.

4. Submittals requiring expeditious handling will be submitted on a separate ENG Form 4025-R.

5. Items transmitted on each transmittal form will be from the same specification section. Do not combine submittal information from different specification sections in a single transmittal.

6. If the data submitted are intentionally in variance with the contract requirements, indicate a variation in column h, and enter a statement in the Remarks block describing he detailed reason for the variation.

7. ENG Form 4025-R is self-transmitting - a letter of transmittal is not required.

8. When submittal items are transmitted, indicate the "Submittal Type" *(SD-01 through SD-11)* in column c of Section I. Submittal types are the following:

| | | | | |
|---|---|---|---|---|
| SD-01 - Preconstruction | SD-02 - Shop Drawings | SD-03 - Product Data | SD-04 - Samples | SD-05 - Design Data | SD-06 - Test Reports |
| SD-07 - Certificates | SD-08 - Manufacturer's Instructions | SD-09 - Manufacturer's Field Reports | SD-10 - O&M Data | SD-11 - Closeout |

9. For each submittal item, the Contractor will assign Submittal Action Codes in column g of Section I. The U.S. Army Corps of Engineers approving authority will assign Submittal Action Codes in column i of Section I. The Submittal Action Codes are:

A -- Approved as submitted.

B -- Approved, except as noted on drawings. Resubmission not required.

C -- Approved, except as noted on drawings. Refer to attached comments. Resubmission required.

D -- Will be returned by separate correspondence.

E -- Disapproved. Refer to attached comments.

F -- Receipt acknowledged.

X -- Receipt acknowledged, does not comply with contract requirements, as noted.

G -- Other action required *(Specify)*

K -- Government concurs with intermediate design. *(For D-B contracts)*

R -- Design submittal is acceptable for release for construction. *(For D-B contracts)*

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract.

**ENG FORM 4025-R, MAR 2012**

Page 2 of 2



# FY19 DEPARTMENT OF HOMELAND SECURITY-
# CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. W9126G19R0097

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

KOMAN
CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. W9126G19B0087

SHEET NO.
C-001

SHEET 1 [2] OF [29]

19O2020_0001_SKT_1_19May19

# CIVIL ABBREVIATIONS

# SYMBOLS LEGEND

GENERAL CIVIL NOTES:

1.  PRIOR TO BEGINNING ANY CONSTRUCTION, THE CONTRACTOR SHALL BE RESPONSIBLE FOR VERIFICATION OF ALL DIMENSIONS, MEASUREMENTS AND LOCATIONS OF EXISTING FACILITIES, UTILITIES, EQUIPMENT AND OTHER EXISTING CONDITIONS WHICH MAY AFFECT CONSTRUCTION.

2.  ALL PROPOSED MATERIALS SHALL BE DISPOSED OF OFF SITE UNLESS NOTED OTHERWISE. ALL REMOVED MATERIALS SHALL BECOME PROPERTY OF THE CONTRACTOR.

3.  DAMAGE CAUSED BY THE CONTRACTOR TO EXISTING PAVEMENT OR STRUCTURES TO BE LEFT IN PLACE SHALL BE REPAIRED BY THE CONTRACTOR AT THE CONTRACTOR AT NO ADDITIONAL COST TO THE GOVERNMENT AND TO THE SATISFACTION OF THE CONTRACTING OFFICER.

4.  EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED AND MAINTAINED AT ALL TIMES TO FEDERAL, STATE, AND LOCAL SPECIFICATIONS.

5.  ADEQUATE EMERGENCY VEHICLE AND PERSONAL ACCESS SHALL BE MAINTAINED AT ALL TIMES TO FACILITIES, DRIVEWAYS AND BUILDING ENTRANCES.



Printed: Wednesday, May 8, 2019 - Copyright 2019 PDXL, LLC

BASE: BAS2 - Manual Base for ARDNCAD CH Ford Processing Center Photo, Photo1

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBP1019R0007

C-002

SHEET 3 OF 29

EXISTING UTILITY SITE PLAN

LEGAL DESCRIPTION

PROJECT LOCATION

N



Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 10 of 34



Provide two, 240VAC 200 AMP Connections in weather proof pedestal mounts for laundry trailers.

Provide two water and two sewer connections in this area to support laundry trailers. Connections to be below grade in hand boxes.

SITE UTILITY PLAN

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. M95G619R0002

SHEET NO. C-102
SHEET [ 5 ]OF[ 29 ]







**CONSTRUCTION ENTRANCE NOTES**

1. STABILIZED ENTRANCE SHALL BE CRUSHED STONE.

2. LENGTH AS EFFECTIVE, BUT NO LESS THAN 40 FEET.

3. THICKNESS NOT LESS THAN EIGHT (8) INCHES.

4. WIDTH NOT LESS THAN FULL WIDTH OF ALL POINTS OF INGRESS OR EGRESS, OR 15 INDICATED ON THE PLAN.

5. WASHING WHERE NECESSARY, WHEELS SHALL BE CLEANED TO REMOVE SEDIMENT PRIOR TO ENTRANCE ONTO A PUBLIC ROAD. WHEN WASHING IS REQUIRED, IT SHALL BE DONE ON AN AREA STABILIZED WITH CRUSHED STONE WHICH DRAINS INTO AN APPROVED SEDIMENT TRAP OR SEDIMENT BASIN. ALL SEDIMENT SHALL BE PREVENTED FROM ENTERING ANY STORM DRAIN, DITCH, OR WATERCOURSE THROUGH USE OF SAND BAGS, GRAVEL, BOARDS OR OTHER APPROVED METHODS.

6. MAINTENANCE: THE ENTRANCE SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOWING OF SEDIMENT ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING WITH ADDITIONAL STONE AS CONDITIONS DEMAND, AND REPAIR AND/OR CLEANOUT OF ANY MEASURES USED TO TRAP SEDIMENT. ALL SEDIMENT TRACKED ONTO ROADWAYS MUST BE REMOVED IMMEDIATELY BY THE CONTRACTOR AT CONTRACTOR'S EXPENSE.

**DETAIL NOTES**

1. SILT FENCE MUST BE MAINTAINED DURING ALL PHASES OF CONSTRUCTION UNTIL ESTABLISHED GRASS IS IN PLACE OR 70% VEGETATION ESTABLISHED. A DISTANCE IN THE TRIBUTARY AREA.

2. A TRENCH IS DUG TO DIVERT STORM WATER RUN OFF SHALL BE DRAINED SO THAT RUNOFF IN STREAM BED, DITCHES OR AREAS WITH RAPID WATER VELOCITY. FOR RAPID WATER VELOCITY USE A SEDIMENT BARRIER OR A DITCH CHECK.

**STRAW BALE NOTES:**

1. EACH BALE SHALL BE EMBEDDED IN THE SOIL A MINIMUM OF FOUR INCHES.

2. BALES SHALL BE SECURELY ANCHORED IN PLACE BY EITHER TWO 2" x 2" WOOD STAKES DRIVEN THROUGH THE BALES. THE FIRST STAKE IN EACH BALE SHALL BE ANGLED TOWARD THE PREVIOUSLY LAID BALE TO FORCE THE BALES TOGETHER.

3. INSPECTION SHALL BE MADE WEEKLY AND PRIOR OR REPLACEMENT SHALL BE MADE PROMPTLY AS NEEDED BY THE CONTRACTOR.

4. WHEN BALE REACHES A DEPTH OF 6 INCHES, IT SHALL BE REMOVED AND DISPOSED OF IN AN APPROVED MANNER.

5. AFTER THE DEVELOPMENT OF THE SITE IS COMPLETE AND STABILIZED, THE BALES SHALL BE REMOVED AND DISPOSED OF AT AN APPROVED SPOIL DISPOSAL SITE.

1 CONSTRUCTION ENTRANCE

2 SILT FENCE

3 SEDIMENT BARRIER

KOMAN CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS

SHEET NO. C-501

SHEET 11 [6 [OF] 29]



Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 12 of 34



U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

KOMAN
CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBP1019R0002

SHEET NO.
C-503

SHEET 8 OF 29

STEEL POST SCHEDULE

| USE AND SECTION | MINIMUM OUTSIDE DIMENSIONS (NOMINAL) |
|---|---|
| | FABRIC WIDTH AT TO 96" |
| CORNER, END & PULL POSTS<br>TUBULAR - ROUND | 2.875" O.D. |
| LINE POSTS<br>TUBULAR - ROUND | 2.375" O.D. |
| TOP, BOTTOM & BRACE RAILS<br>TUBULAR - ROUND | 1.66" O.D. |

GATE DETAIL
NTS

FENCE FABRIC - 7'-0"



PLAN & PROFILE AT PHASE 1 STORM DRAIN (WEST PROPERTY LINE)

PLAN & PROFILE AT PHASE 1 STORM DRAIN (TRANSVERSE)

19C02DS_0001_SKT_1_19May19

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

KOMAN
CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. M6536Q19R0092

SHEET NO.
C-601
SHEET [ 9 ] OF [ 29 ]



19C0025_0001_SKT_1_15May19

1 CODE SEARCH PLAN AT HOLDING PODS
LS-101 SCALE: 1/16" = 1'-0"

Keyed Notes

1. Move toilets to POD corners.

2. No Janitor closet in PODs.

3. No hot water required, delete water heaters.

4. Reduce staff toilets to 3 from the current eight (8) shown. Access from hallway only.

5. Move as indicated and convert to Janitor closet with access from hallway only.

6. Adjust fixture count to accommodate each POD populations independently, small, medium, and large PODs.

7. All doors open outward from POD, hallway doors shown opening into POD need to be reversed.

8. Exits at both ends of hallway and at least 1 outside exit per POD require ramps for HC egress.

9. Corridor double doors must be either bi-directional OR open in the direction of the shortest egress path. Egress path must be signed accordingly.

2 CODE SEARCH PLAN AT HOLDING PODS
LS-101 SCALE: 1/16" = 1'-0"

## BUILDING CODE 2012

| Floor | Name | Group | (T601) Const. Type (*1) | Area (506) Tabular NS (T506.2) | Tabular SM or S1 (T506.2) | Aa (*2) | Actual ft² | Height (T504.3) *6 Tabular T504.3 ft | Actual ft | Stories (T504.4) *6 Tabular (T504.4) | Actual | (508) Mixed Use Type (*3) | (508.4.2) Area Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Administration Bldg. | B | V-B | -- | 36,000 | 23,592 | 62,720 | 40 | 15 | 3 | 1 | -- | -- |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | Building Total (*2) | | | | | | | | | | | | |

(*1) Construction Type shall be the most restrictive occupancy requirement for the entire building (508.3 & 508.4)
(*2) Area- Total building Area dependent on Single or Mixed Occupancy Building (506.2.1 through 506.2.4) & Frontage Increase (506.3)
(*3) Mixed Use - IAO=Incidental Accessory Occupancy / AO=Accessory Occupancy / SO=Separated Occupancies / NSO=Nonseparated Occupancies; gsf= gross square feet; nsf= net square feet; (E) = Existing
(*4) IBC Section 508.4.2: In each story, the building area shall be such that the sum of the ratios of the actual building area of each separated occupancy divided by the allowable building area of each separated occupancy shall not exceed 1.
(*5) 506.2.4 Mixed-occupancy, multistory buildings more than 3 stories above grade plan: Total building area shall be such that the aggregate sum of the ratios of the actual area of each story divided by the allowable area of such stories shall not exceed three for NS and four for S.
(*6) IBC 504.2 Mixed occupancy: In a building containing mixed occupancies in accordance with Section 508, no individual occupancy shall exceed the height and number of story limits specified in this section for the applicable occupancies.

**ALLOWABLE AREA DETERMINATION (506.2.1 through 506.2.4 & 506.3)**

**FRONTAGE INCREASE:** If = [F/P- 0.25]W/30 = (Provide Analysis)

**SINGLE-OCCUPANCY, ONE STORY BUILDINGS (506.2.1):**
Allowable Area: Aa = At + (NS × If) = (Provide Analysis)

| AREA MODIFICATIONS | | |
|---|---|---|
| $A_a = A_t + [NS \times I_f]$ | | |
| DESCRIPTION OF FORMULA FACTORS | FACTOR | ENTER |
| Allowable area per floor | $A_a$ | |
| Tabular area per floor (Table 506.2) S1 | $A_t$ | 20,000 |
| Allowable area for Non-sprinklered Building | NS | 5,000 |
| Area increase factor due to frontage (Calculated below and automatically entered here) | $I_f$ | 0.718 |
| Area increase for frontage from Section 506.3 | $I_f$ | 3591.8026 |

| FRONTAGE INCREASE FACTOR (2003 IBC SECTION 506.2) | | |
|---|---|---|
| If = [(F/P) - 0.25] W/30 | | |
| DESCRIPTION OF FORMULA FACTORS | FACTOR | ENTER |
| Area increase factor due to frontage | If | |
| Building perimeter which fronts on a public way or open space having 20 feet open minimum width | F | 1285 |
| Perimeter of entire building | P | 1285 |
| Width of public way or open space (Section 506.2.1) (Where the value of W varies along the perimeter of the building, the calculation performed in accordance with the Frontage Increase Factor (If) equation above shall be based on the weighted average of each portion of the exterior wall and open space where the value of W is 20 feet or greater. Use the formula directly below to calculate the weighted average W.) | W | 28.734 |
| Calculation for Weighted Average: W = (L1W1+L2W2+L3W3+....)/F where "L1" is the length of the portion of wall, "F" is the building perimeter which fronts on a public way or open space having 20 feet open minimum width, and "W1" is the width of public way or open space for that length of wall and is equal to or greater than 20. For "W1" widths greater than 30, only use 30. Enter this calculated weighted average above for the value of "W". | | |
| Frontage Increase Factor (If) (Automatically Entered in Area Modification Formula Above) | | 0.718 |

| | |
|---|---|
| **Allowable SF area (Aa) per floor (without sprinklers)** | |
| **Allowable SF area (Aa) per floor (fully sprinklered)** | **23,592** |

**AUTOMATIC FIRE SPRINKLER (903 & T903.2.11.6)**

| ITEM | REFERENCE | COMMENTS |
|---|---|---|
| Required | NFPA 13 | An automatic sprinkler system shall be provided throughout the building with a Group I fire Area |
| Fire-Resistance Substitution (T601) | 0 | |

**OCCUPANCY SEPARATIONS (T508.4)**

| OCCUPANCY/OCCUPANCY | RATING | IBC/UL DESIGN # |
|---|---|---|
| I-3; Condition 3 | 1 | |
| | | |
| | | |

**OTHER BUILDING ELEMENTS (T601 and T602)**

| ELEMENT | MATERIAL (602.3) | RATING | IBC/UL DESIGN # |
|---|---|---|---|
| Interior Bearing Wall | | 0 | |
| Interior Non-Bearing Wall | | 0 | |
| Structural Frame | | 0 | |
| Exterior Structural Frame | | 0 | |
| Shaft Enclosure a,b | | 0 | |
| Floor / Ceiling Assembly | | 0 | |
| Roof / Ceiling Assembly | | 0 | |
| Vertical Exit Enclosure a,b | | 0 | |

a. Fire-resistance rating not less than the floor assembly penetrated (713.4) (1023.2).
b. 2 hours where connecting four stories or more and 1 hour where connecting less than four stories, including basements. (713.4) (1023.2).

**EXTERIOR WALL FIRE RATINGS & OPENING PROTECTION (T705.8)**

| WALL LOCATION | PROTECTED | UNPROTECTED | PARAPET REQ'D (705.11) |
|---|---|---|---|
| NORTH | 0 | | -- |
| SOUTH | 0 | | -- |
| EAST | 0 | | -- |
| WEST | 0 | | -- |

**PLUMBING FIXTURES (T 2902.1)**

| OCCUPANCY | OCC. LOAD | WATER CLOSETS RATIO | MEN | RATIO | WOMEN | LAVATORIES RATIO | MEN | WOMEN | DRINKING FOUNTAINS RATIO | TOTAL | SERVICE SINKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A3 | | 1 PER 125 | 0.0 | 1 PER 65 | 0.0 | 1 PER 200 | 0.0 | 0.0 | 1 PER 1000 | 0 | |
| B | | 1 PER 25 <50 | 0.0 | 1 PER 25 <50 | 0.0 | 1 PER 40 <80 | 0.0 | 0.0 | 1 PER 100 | 0 | |
| | | 1 PER 50 >50 | 0.0 | 1 PER 50 >50 | 0.0 | 1 PER 80 >80 | 0.0 | 0.0 | | | |
| E | | 1 PER 50 | 0.0 | 1 PER 50 | 0.0 | 1 PER 50 | 0.0 | 0.0 | 1 PER 100 | 0 | |
| I2 - Hosp, Ambul | | 1 PER ROOM | | 1 PER ROOM | | 1 PER ROOM | | | 1 PER 100 | 0 | |
| I2 - Staff | | 1 PER 25 | 0.0 | 1 PER 25 | 0.0 | 1 PER 35 | 0.0 | 0.0 | 1 PER 100 | 0 | |
| I | 800 | 1 PER 15 | 26.7 | 1 PER 15 | 26.7 | 1 PER 15 | 26.7 | 26.7 | 1 PER 100 | 8 | |
| S1, S2 | | 1 PER 100 | 0.0 | 1 PER 100 | 0.0 | 1 PER 100 | 0.0 | 0.0 | 1 PER 1000 | 0 | |
| TOTAL REQUIRED | | | 27 | | 27 | | 27 | 27 | | 8 | 0 |
| TOTAL PROVIDED | | | 16 | | 16 | | 12 | 12 | | 8 | 0 |

NOTE: Government provided quantities of Restrooms to provide.

## LEGEND:

FIRE EXTINGUISHER, PROVIDE SEMI-RECESSED PAINTED EXTINGUISHER CABINET, SIZE FOR 10 # EXTINGUISHER, 75' SPACING TYPICAL

EXIT WITH LED SIGN ABOVE

ONE HOUR RATED WALL CONSTRUCTION

## KEYED NOTES:

F100 FIRE WALL INTERSECTION AT FLOOR, ROOF AND EXTERIOR WALL CONSTRUCTION WITH (1) HOUR RATED INTUMESCENT PAINTED FINISH ON THE INTERIOR OF WALL FRAMING AND ROOF FRAMING/SHEATHING AND DECKING. INSTALL INTUMESCENT PAINTED FINISH ON UNDERSIDE OF FLOOR DECK AND FRAMING, SEE DETAILS. (IBC 706.5-FIRE WALL HORIZONTAL CONTINUITY).
F101 (2) HOUR FIRE WALL PER UL 342, EXTEND FROM FLOOR SLAB AND ROOF DECK.
F102 1.5 HOUR FIRE RATED INTERIOR DOOR AND FRAME ASSEMBLY.
F103 (1) HOUR RATED INTUMESCENT PAINTED FINISH ON THE INTERIOR OF WALL FRAMING. INSTALL INTUMESCENT PAINTED FINISH ON INSIDE OF EXTERIOR WALL FRAMING, SEE DETAILS. (IBC 706.5.1(1)-FIRE WALL HORIZONTAL CONTINUITY).

REGISTERED ARCHITECT STATE OF TEXAS 20972 5-7-2019

U.S. ARMY CORPS OF ENGINEERS FT. WORTH DISTRICT

| DATE | REVISIONS DESCRIPTION |
|---|---|
| | |

DRAWN BY: VH
CHECKED BY: DLF
REVIEW: ISSUED FOR PERMIT
ACCEPTANCE DATE: 5-7-2019
ISSUE DATE: 5-7-2019
Reviewed by: DLF
Plot Date: 5/8/2019
Plot Scale: REFER TO DRAWING
PROJECT COMM. NO: 19103

KOMAN CONSTRUCTION
3129 HWY 83 UNIT #7 SONOITA, AZ 85637 Office: 520-732-2803

PINNACLE DESIGN GROUP, LLC
ARCHITECTS • PLANNERS CONSTRUCTION MANAGERS

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. W9126G19R0097

SHEET TITLE: CODE REVIEW FLOOR PLAN AT HOLDING PODS
SHEET NO. LS-101
SHEET 10 OF 29

Printed: Wednesday, May 8, 2019 - Copyright 2019 PDG, LLC
BIMcloud: BIM2 - BIMcloud Basic for ARCHICAD 22/El Paso Processing Center (Prelim. Plans)



SHEET LS-S01

SHEET 11 [10]:29

19O020_0001_SKT_1_15May10

# CHAPTER 3 - BUILDING BLOCKS

## FIGURE 403.5.1
## CLEAR WIDTH OF AN ACCESSIBLE ROUTE

## FIGURE 403.5.2
## CLEAR WIDTH AT TURN

## FIGURE 404.2.3
## CLEAR WIDTH OF DOORWAYS

## FIGURE 404.2.4.1
## MANEUVERING CLEARANCES AT MANUAL SWINGING DOORS AND GATES

## FIGURE 404.2.4.2
## MANEUVERING CLEARANCES AT DOORWAYS WITHOUT DOORS, SLIDING DOORS, GATES, AND FOLDING DOORS

## FIGURE 404.2.4.3
## MANEUVERING CLEARANCES AT RECESSED DOORS AND GATES

## FIGURE 404.2.6
## DOORS IN SERIES AND GATES IN SERIES

## FIGURE 405.2
## MAXIMUM RAMP SLOPE AND RISE FOR EXISTING SITES, BUILDINGS AND FACILITIES

## FIGURE 405.7
## RAMP LANDINGS

Standard BIM1 - Manual Illustrated for ANOICAD 2011 Freial Accessibility Standards (File Photo, El Paso)

Printed: Wednesday, May 8, 2019 - Copyright Data &, 2019 PDG, LLC

KOMAN CONSTRUCTION

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. 70B03C19R0007

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

LS-S02
SHEET 12 [OF 29]

Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 18 of 34



REVISIONS
| | | |
| DESCRIPTION | DATE | |




**KOMAN CONSTRUCTION**

| ISSUE DATE | 1-2-2019 |
| REVIEW | |
| ISSUED FOR PERMIT | |
| DRAWN BY: | VH |
| CHECKED BY: | DLF |
| ACCEPTANCE DATE | 1-2-2019 |
| Plot Scale: | 5/8/2019 |
| REFER TO DRAWING | |

PINNACLE



SHEET NO.
LS-503
SHEET | 13 | OF | 29

SOLICITATION NO. A4536G19R0007

## CHAPTER 3 - BUILDING BLOCKS

**802.1 Scope.** The provisions of Chapter 8 shall apply when required by Chapter 2 or where referenced by a requirement in this document.

**Advisory 802.1 Scope.** Facilities covered by these requirements are also subject to the requirements of the other chapters. For example, 806 addresses accessible routes in transient lodging facilities while 902 contains the technical specifications for dining surfaces. As transient lodging facility contains a restaurant, the restaurant must comply with requirements in other chapters such as those applicable to certain dining surfaces.

**802 Wheelchair Spaces, Companion Seats, and Designated Aisle Seats**

**802.1 Wheelchair Spaces.** Wheelchair spaces shall comply with 802.1.

**802.1.1 Floor or Ground Surface.** The floor or ground surface of wheelchair spaces shall comply with 802. Changes in level are not permitted.

**EXCEPTION:** Slopes not steeper than 1:48 shall be permitted.

**802.1.2 Width.** A single wheelchair space shall be 36 inches (915 mm) wide minimum. Where two adjacent wheelchair spaces are provided, each wheelchair space shall be 33 inches (840 mm) wide minimum.



**FIGURE 802.1.2**
**WIDTH OF WHEELCHAIR SPACES**

**802.1.3 Depth.** Where a wheelchair space can be entered from the front or rear, the wheelchair space shall be 48 inches (1220 mm) deep minimum. Where a wheelchair space can be entered only from the side, the wheelchair space shall be 60 inches (1525 mm) deep minimum.

**FIGURE 802.1.3**
**DEPTH OF WHEELCHAIR SPACES**

**802.1.4 Approach.** Wheelchair spaces shall be located so as to be permitted to overlap the clear floor space of wheelchair spaces. Accessible routes shall not overlap wheelchair spaces.

**802.1.5 Overlap.** Wheelchair spaces shall not overlap circulation paths.

**Advisory 802.1.5 Overlap.** The term "circulation paths" used in Section 802.1.5 means any width required by applicable building or life safety codes for the specific occupancy. Where the circulation path width required exceeds the minimum wheelchair space width specified, the circulation path must be provided in excess of the required space width.

U.S. ARMY CORPS OF ENGINEERS
FT. WORTH DISTRICT

KOMAN CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS

SOLICITATION NO. M95363-19R0092

SHEET NO.
A-001

# ABBREVIATIONS

# REFERENCE SYMBOLS LEGEND

## DRAWING TITLE

## BUILDING SECTION REFERENCE

## BUILDING ELEVATION REFERENCE

## WALL SECTION REFERENCE

## ENLARGED PLAN/SECTION REFERENCE

## ELEVATION/REFERENCE MARK

## DRAWING TITLE

## NORTH ARROW REFERENCE

### PLAN NORTH

# TAGS

# CODE INFORMATION

# NOTE:
THE ABOVE MATERIAL INDICATORS, ABBREVIATIONS, SYMBOLS ARE
NOT INTENDED AS A COMPLETE LIST FOR THIS SPECIFIC JOB.

# HATCH LEGEND

Printed: Wednesday, May 8, 2019 - Copyright 2019 PDG, LLC



Move modulars as far to the North as possible. Provide maximum practical grade under buildings for positive drainage and minimize fill at South East corner.

Grade to drain

Grade to drain

No parking desired. Grade for delivery trucks access to South end of Processing Bldg.

Laundry trailers by owner, see utilities for stub-outs

ARCHITECTUAL SITE PLAN

LEGAL DESCRIPTION

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. M8536519R0007

KOMAN
CONSTRUCTION

PINNACLE

A-002

SHEET 15 OF 29



ARCHITECTURAL SITE LIGHTING CALCULATIONS PLAN

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

REVISIONS

DESCRIPTION | DATE

KOMAN
CONSTRUCTION

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. AMSG619R0007

SHEET NO.
A-003

SHEET 19 OF 29



**GENERAL NOTES**

1. THE PRE-ENGINEERED MODULAR BUILDING MANUFACTURER SHALL BE RESPONSIBLE FOR THE DESIGN AND MANUFACTURE OF THE STRUCTURE'S BUILDINGS SHALL BE STANDARD MODULAR BUILDING AS SHOWN IN THE KITCHED DRAWINGS.

2. ALL COMPONENTS OF THE MODULAR BUILDING SHALL BE DESIGNED, FABRICATED AND ERECTED IN ACCORDANCE WITH THE LATEST EDITION OF APPLICABLE CODES.

3. CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN OF ACCESS (LOTRAN AND LADDER), AND OTHER MISCELLANEOUS STRUCTURAL FRAMING. CONTRACTOR SHALL COORDINATE AND PROVIDE LOADS TO MODULAR BUILDING MANUFACTURER. ALL STRUCTURAL DESIGN SHALL BE CERTIFIED BY A REGISTERED PROFESSIONAL ENGINEER.

4. CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN OF ACCESS (LOTRAN AND LADDER), AND OTHER MISCELLANEOUS STRUCTURAL FRAMING. CONTRACTOR SHALL COMPLETE DESIGN CALCULATIONS SHALL BE SUBMITTED WITH THE SHOP DRAWINGS. THE BUILDING SHALL BE DESIGNED TO SUPPORT ALL MECHANICAL EQUIPMENT INCLUDING HEATERS, SPRINKLERS, EXHAUST SYSTEMS, AND ALL OTHER SUCH DEVICES. ADDITIONAL STRUCTURAL MEMBERS SHALL BE ADDED AS CONTINGENCY LOCATIONS FOR ATTACHMENT OF ALL MECHANICAL EQUIPMENT.

5. THE CONTRACTOR SHALL VERIFY AND COORDINATE ALL DOORS AND DIMENSIONS AND DETAILS SHOWN WITH THOSE OF THE BUILDING SUPPLIERS AND NOTIFY THE CONTRACTING OFFICER OF ANY DISCREPANCIES.

6. LATERAL LOADS RESISTANCE SHALL BE PROVIDED BY SHEAR WALLS AND COLLECTOR MEMBERS WITHIN BUILDING SECTIONS. UNIT RESISTING VERTICAL LOAD ETCH SHALL BE DETAILED OUT ON BUILDING DRAWING. MODULAR BUILDING MANUFACTURER TO PROVIDE REQD ANCHOR LOCATIONS WITH REACTIONS.

See comments on LS-101

**OVERALL FIRST FLOOR PLAN**
SCALE 1/16" = 1'-0"

**OVERALL FIRST FLOOR PLAN**
SCALE 1/16" = 1'-0"

KOMAN CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBP1019R0002

U.S. ARMY CORPS OF ENGINEERS
FT. WORTH DISTRICT

SHEET NO.
A-101
SHEET 17 OF 29

Printed: Wednesday, May 8, 2019 - Copyright 2019 PGSI, LLC

Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 23 of 34



**GENERAL NOTES**

See comments on LS-101

ENLARGED PARTIAL FLOOR PLAN AT POD #1



Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 24 of 34

See comments on LS-101

**GENERAL NOTES**

1. THE PRE-ENGINEERED MODULAR BUILDING MANUFACTURER SHALL BE RESPONSIBLE FOR THE DESIGN AND MANUFACTURE OF THE STRUCTURE. ALL BUILDINGS SHALL BE STANDARD MODULAR BUILDING. AS SHOWN IN THE ATTACHED DRAWINGS.

2. ALL COMPONENTS OF THE MODULAR BUILDING SHALL BE DESIGNED, FABRICATED AND ERECTED IN ACCORDANCE WITH THE LATEST EDITION OF APPLICABLE CODES.

3. COMPLETE DESIGN CALCULATIONS, CERTIFIED BY A REGISTERED ENGINEER, SHALL BE SUBMITTED WITH THE SHOP DRAWINGS. ALL LOADS USED IN THE DESIGN OF THE BUILDING SHALL BE VERIFIED USING SPECIFIED LOADS AS INDICATED ABOVE.

4. CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN OF ACCESS (OPENING) AND LADDERS, AND OTHER MISCELLANEOUS STRUCTURAL FRAMING.  CONTRACTOR SHALL COORDINATE AND PROVIDE LOADS TO MODULAR BUILDING MANUFACTURER.  ALL STRUCTURAL DESIGN SHALL BE COMPLETED IN A REGISTERED PROFESSION ENGINEER.  COMPLETE DESIGN CALCULATIONS SHALL BE SUBMITTED WITH THE SHOP DRAWINGS.  THE BUILDING SHALL BE DESIGNED TO SUPPORT ALL MECHANICAL EQUIPMENT INCLUDING HEATERS, SPRINKLERS, EXHAUST SYSTEMS, AND ALL OTHER SUCH DEVICES, AND DETAILS SHOWN WITH THESE LOTS THE BUILDING FURNISHED AND NOTIFY THE CONTRACTING OFFICER OF ANY REQUIRED MODIFICATIONS.

---

○ ENLARGED PARTIAL FLOOR PLAN AT POD #2
A-103  SCALE: 1/8" = 1'-0"

See comments on LS-101

FY19 DEPARTMENT OF HOMELAND
SECURITY–CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. 140D6319R0092

KOMAN
CONSTRUCTION

PINNACLE

A-103
SHEET 19 OF 29



**GENERAL NOTES**

1. THE MSI ENGINEERED MODULAR BUILDING MANUFACTURER SHALL BE RESPONSIBLE FOR THE DESIGN AND MANUFACTURE OF THE STRUCTURE, BUILDING SHALL BE STANDARD MODULAR BUILDING. IS SHOWN IN THE ATTACHED DRAWINGS.

2. ALL COMPONENTS OF THE MODULAR BUILDING SHALL BE DESIGNED, FABRICATED AND ERECTED IN ACCORDANCE WITH THE LATEST EDITION OF APPLICABLE CODES.

3. COMPLETE DESIGN CALCULATIONS, CERTIFIED BY A REGISTERED ENGINEER, SHALL BE SUBMITTED WITH THE SHOP DRAWINGS. ALL LOADS USED IN THE DESIGN OF THE BUILDING WILL BE VERIFIED AS APPLICABLE AND AS INDICATED ABOVE.

4. CONTRACTOR SHALL BE RESPONSIBLE FOR THE DESIGN OF ACCESS TO PANEL(S) AND LADDERS, AND OTHER MISCELLANEOUS STRUCTURAL FRAMING. CONTRACTOR SHALL COORDINATE AND PROVIDE LOADS TO MODULAR BUILDING MANUFACTURER ALL STRUCTURAL DESIGN SHALL BE CERTIFIED BY A REGISTERED PROFESSIONAL ENGINEER. COMPLETE DESIGN CALCULATIONS SHALL BE SUBMITTED WITH THE SHOP DRAWINGS. THE BUILDING SHALL BE DESIGNED TO SUPPORT ALL MECHANICAL EQUIPMENT INCLUDING HEATERS, SPRINKLERS, EXHAUST SYSTEMS, AND ALL OTHER SUCH DEVICES.

5. ADDITIONAL STRUCTURAL MEMBERS SHALL BE PLACED IN CONVENIENT LOCATIONS FOR ATTACHMENT OF ALL MECHANICAL EQUIPMENT.

6. THE CONTRACTOR SHALL VERIFY AND COORDINATE ALL DESIGN FOR DIMENSIONS AND DETAILS SHOWN WITH THOSE OF THE BUILDING FURNISHED AND NOTIFY THE CONTRACTING OFFICER OF ANY REQUIRED MODIFICATIONS.

See comments on LS-101

ENLARGED PARTIAL FLOOR PLAN AT POD #3
SCALE: 1/8" = 1'-0"

See comments on LS-101



**GENERAL NOTES**

See comments on LS-101

ENLARGED PARTIAL FLOOR PLAN AT POD #4

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. 140361199P0002

A-105



See comments on LS-101

Independent RTU HVAC for corridor not shown

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. M95364619R0002

SHEET NO. A-106

Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 28 of 34



FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. M9536019R0092

KOMAN
CONSTRUCTION

A-201
SHEET 23 OF 29

WEST EXTERIOR BUILDING ELEVATION

WEST EXTERIOR BUILDING ELEVATION

WEST EXTERIOR BUILDING ELEVATION

NORTH EXTERIOR BUILDING ELEVATION

Independent
RTU HVAC for
corridor not
shown



Case 3:20-cv-00252-KC   Document 1-8   Filed 10/01/20   Page 29 of 34

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

REVISIONS

DESCRIPTION
DATE

PINNACLE

ISSUE DATE: 5-2-2019
REVIEW: REFER TO DRAWING

DRAWN BY:
CHECKED BY:
ACCEPTANCE DATE: 5-2-2019

KOMAN
CONSTRUCTION

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBP1019R0009

SHEET TITLE:
A-202

SHEET 29 OF 29

EAST EXTERIOR BUILDING ELEVATION
A-202

EAST EXTERIOR BUILDING ELEVATION
A-202

EAST EXTERIOR BUILDING ELEVATION
A-202

SOUTH EXTERIOR BUILDING ELEVATION
A-202



TRANSVERSE BUILDING SECTION



KOMAN CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND SECURITY-CENTRALIZED PROCESSING CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBP1019R0007

SHEET NO. A-301
SHEET [ 25 ] OF [ 29 ]

U.S. ARMY CORPS
OF ENGINEERS
FT. WORTH DISTRICT

KOMAN CONSTRUCTION

PINNACLE

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. AMS6G19R0092

SHEET NO.
A-501
SHEET 28 OF 29






## FINISH SCHEDULE

| ROOM NUMBER | NAME | FLOOR | WALLS NORTH | WALLS EAST | WALLS SOUTH | WALLS WEST | BASE NORTH | BASE EAST | BASE SOUTH | BASE WEST | CEILING | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H100 | CORRIDOR | | | | | | | | | | | |
| H101 | STAFF TOILET | | | | | | | | | | | |
| H102 | OPEN AREA 2 | | | | | | | | | | | |
| H103 | JAN. | | | | | | | | | | | |
| H104 | OPEN AREA 2 | | | | | | | | | | | |
| H105 | OPEN AREA 2 | | | | | | | | | | | |
| H106 | JAN. | | | | | | | | | | | |
| H107 | JAN. | | | | | | | | | | | |
| H108 | OPEN AREA 2 | | | | | | | | | | | |
| H109 | OPEN AREA 2 | | | | | | | | | | | |
| H110 | STAFF TOILET | | | | | | | | | | | |
| H111 | CORRIDOR | | | | | | | | | | | |
| H112 | STAFF TOILET | | | | | | | | | | | |
| H113 | OPEN AREA 2 | | | | | | | | | | | |
| H114 | JAN. | | | | | | | | | | | |
| H115 | OPEN AREA 2 | | | | | | | | | | | |
| H116 | STAFF TOILET | | | | | | | | | | | |
| H117 | CORRIDOR | | | | | | | | | | | |
| H118 | STAFF TOILET | | | | | | | | | | | |
| H119 | OPEN AREA 2 | | | | | | | | | | | |
| H120 | JAN. | | | | | | | | | | | |
| H121 | JAN. | | | | | | | | | | | |
| H122 | OPEN AREA 2 | | | | | | | | | | | |
| H123 | STAFF TOILET | | | | | | | | | | | |
| H124 | CORRIDOR | | | | | | | | | | | |
| H125 | STAFF TOILET | | | | | | | | | | | |
| H126 | OPEN AREA 2 | | | | | | | | | | | |
| H127 | JAN. | | | | | | | | | | | |

19D2025_0001_SKT_1_15May19

REVISIONS





① FLOOR PLAN
SCALE 1/16" = 1'-0"



1   FLOOR PLAN

FY19 DEPARTMENT OF HOMELAND
SECURITY-CENTRALIZED PROCESSING
CENTER-EL PASO, TEXAS
SOLICITATION NO. HSBE519R0002

SHEET NO.
A-802
SHEET 28 OF 29

SHEET NAME
FLOOR PLAN

A-2.1