# EXHIBIT 8

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 10-Jun-2019 | W45XMA91224061 | |

| 6. ISSUED BY | CODE | W9126G | 7. ADMINISTERED BY (If other than item 6) | CODE | |
|---|---|---|---|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH<br>ATTN: CESWF-CT<br>819 TAYLOR ST, ROOM 2A17<br>FORT WORTH TX 76102-0300 | | | See Item 6 | | |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)

KOMAN CONSTRUCTION, LLC
MATTHEW YATES
2700 GAMBELL ST STE 401
ANCHORAGE AK 99503-2833

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO. W9126G19C0025

[X] 10B. DATED (SEE ITEM 13) 06-May-2019

CODE 7K6A5    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer  [ ] is extended,  [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.243-4, Changes

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:  m2ct9cg9191244

Purpose of this Modification is to:

1. Adjust the 90 day Period of Performance (POP) to align with issuance of Notice to Proceed (NTP).
2. POP: CLIN 0001 through CLIN 0004 from 14 May 2019 through 12 August 2019 (Contract Required Completion (CRC)).
3. All other terms and conditions shall remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert Kyrklund - Executive Program Manager | CARL S OELSCHIG / CONTRACT SPECIALIST<br>TEL: 817-886-1060    EMAIL: carl.s.oelschig@usace.army.mil |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *Robert Kyrklund* (Signature of person authorized to sign) | 06/19/19 | BY *Carl C. Oelschig* (Signature of Contracting Officer) | 10-Jun-2019 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION  SF 30 - BLOCK 14 CONTINUATION PAGE (SF 30)

The following have been added by full text:
    <u>KO STATEMENT</u>
Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

SECTION 00 10 00 - SOLICITATION

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 08-MAY-2019 TO 06-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0002 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|

W9126G19C0025  
P00001  
Page 3 of 4

| | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|
| | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|
| | POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0003 has been changed from:

| | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|
| | POP 08-MAY-2019 TO 06-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|
| | POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0004 has been changed from:

| | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|

W9126G19C0025<br>
P00001<br>
Page 4 of 4

| | | | |
|---|---|---|---|
| POP 08-MAY-2019 TO 06-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

(End of Summary of Changes)