# EXHIBIT 9

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE J | PAGE OF PAGES 1 / 4 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. A00002 | 3. EFFECTIVE DATE 03-Jul-2019 | 4. REQUISITION/PURCHASE REQ. NO. W45XMA91224061 | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY   CODE W9126G US ARMY CORPS OF ENGINEERS FORT WORTH 819 TAYLOR ST, CT OFC RM 2A17 FORT WORTH TX 76102-0300 | | 7. ADMINISTERED BY (If other than item 6)   CODE 967457 EL PASO RESIDENT OFFICE 8037 LOCKHEED AVE, STE 203, BOX 3 EL PASO TX 79925 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
KOMAN CONSTRUCTION, LLC
MATTHEW YATES
2700 GAMBELL ST STE 401
ANCHORAGE AK 99503-2833

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO.
W9126G19C0025

[X] 10B. DATED (SEE ITEM 13)
06-May-2019

CODE 7K6A5   FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 CHANGES |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:   l4eccgf9191369

A00002, C00003 Windows from Corridors to Hold Areas

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Robert Kyrklund - Executive Program Manager | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Guillermo Provencio, Administrative Contracting Officer TEL:   EMAIL: |
|---|---|
| 15B. CONTRACTOR/OFFEROR *Robert Kyrklund* (Signature of person authorized to sign) | 15C. DATE SIGNED 07/10/2019 | 16B. UNITED STATES OF AMERICA BY *[signature]* Digitally signed by PROVENCIO.GUILLERMO.1217880048 Date: 2019.07.12 10:02:41 -06'00' (Signature of Contracting Officer) | 16C. DATE SIGNED 20190712 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243