# EXHIBIT 10

| STATEMENT AND ACKNOWLEDGMENT | OMB Control Number: 9000-0014 |
|---|---|
| | Expiration Date: 1/31/2021 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0014. We estimate that it will take .05 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NUMBER | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| W9126G19C0027 | 07/30/2019 | FTW-ELP-0027-08000 |

| 4. PRIME CONTRACTOR | | | 5. SUBCONTRACTOR | | |
|---|---|---|---|---|---|
| a. NAME | | | a. NAME | | |
| KOMAN Construction, LLC. | | | L&J Contractors, Inc. | | |
| b. STREET ADDRESS | | | b. STREET ADDRESS | | |
| 1490 S. Price Rd. Suite# 211 | | | 38 Page Lane | | |
| c. CITY | d. STATE | e. ZIP CODE | c. CITY | d. STATE | e. ZIP CODE |
| Chandler | AZ | 85286 | Elgin | AZ | 85611 |

6. The prime contract  [X] does,   [ ] does not contain the clause entitled "Contract Work Hours and Safety Standards Act -- Overtime Compensation."

7. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in item 5 by the following firm:

a. NAME OF AWARDING FIRM
KOMAN Construction, LLC.

b. DESCRIPTION OF WORK BY SUBCONTRACTOR
Windows Installation

| 8. PROJECT | 9. LOCATION |
|---|---|
| El Paso Modular CPC Processing & Power Border Patrol Station (BPS) | El Paso, TX |

| 10a. NAME OF PERSON SIGNING | 11. BY (Signature) | 12. DATE SIGNED |
|---|---|---|
| Robert Kyrklund | *Robert Kyrklund* | |
| 10b. TITLE OF PERSON SIGNING | | |
| Executive Program Manager | | |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

| | |
|---|---|
| Contract Work Hours and Safety Standards Act - Overtime Compensation (If included in prime contract see Block 6) | Construction Wage Rate Requirements |
| | Apprentices and Trainees |
| Payrolls and Basic Records | Compliance with Copeland Act Requirements |
| Withholding of Funds | Subcontracts (Labor Standards) |
| Disputes Concerning Labor Standards | Contract Termination - Debarment |
| Compliance with Construction Wage Rate Requirements and Related Regulations | Certification of Eligibility |

14. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| A | n/a | C | |
|---|---|---|---|
| B | | D | |

| 15a. NAME OF PERSON SIGNING | 16. BY (Signature) | 17. DATE SIGNED |
|---|---|---|
| Lucas Robinson | *Lucas Robinson* | |
| 15b. TITLE OF PERSON SIGNING | | |
| Owner | | 07/31/2019 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1413 (REV. 4/2013)
Prescribed by GSA/FAR (48 CFR) 53.222(e)