# EXHIBIT 11

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 7 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00002 | 09-AUG-2019 | W45XMA91224061 | |

| 6. ISSUED BY | CODE | W9126G | 7. ADMINISTERED BY (If other than item 6) | CODE | W9126G |
|---|---|---|---|---|---|
| US ARMY ENGINEER DISTRICT, FORT WORTH<br>SHIP TO ADDRESS - PER TASK ORDER<br>819 TAYLOR ST, ROOM 2A17<br>FORT WORTH TX 76102-0300 | | | US ARMY ENGINEER DISTRICT, FORT WORTH<br>ATTN: CESWF-CT<br>819 TAYLOR ST, ROOM 2A17<br>FORT WORTH TX 76102-0300 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
KOMAN CONSTRUCTION, LLC
MATTHEW YATES
2700 GAMBELL ST STE 401
ANCHORAGE AK 99503-2833

| | |
|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | W9126G19C0025 |
| X 10B. DATED (SEE ITEM 13) | 06-May-2019 |

CODE  7K6A5      FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| [ ] A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [ ] B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| [X] C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.243-4 Changes |
| [ ] D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:  m2ct9cg9191626
The purpose of this Modification:

1. The Period of Performance (POP) for CLINS 0001 - 0004 has been extended by an additional seven (7) calendar days. The Building Completion Date (BCD) has changed from 12-Aug-2019 to 19-Aug-2019.
2. Contract price shall remain the same.
3. All other terms and conditions shall remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert Kyrklund - Executive Program Manager | ROBERT M. DURAN, CIVIL IIS, CHIEF<br>TEL: (817) 886-1070   EMAIL: robert.m.duran@usace.army.mil |
| 15B. CONTRACTOR/OFFEROR<br>*Robert Kyrklund*<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>08/08/2019 | 16B. UNITED STATES OF AMERICA<br>BY DURAN.ROBERT.MICHAEL.1122266148  Digitally signed by DURAN.ROBERT.MICHAEL.1122266148  Date: 2019.08.09 11:05:11 -05'00'<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>09-AUG-2019 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION  SF 30 - BLOCK 14 CONTINUATION PAGE (SF 30)

The following have been added by full text:
    P00002 EXTEND POP / BCD
The Period of Performance (POP) for CLINS 0001 - 0004 has been extended by an additional seven (7) calendar days. The POP has changed from 12-Aug-2019 to 19-Aug-2019.

The following have been modified:
    00001 CHANGES TO BLDG. & SITE

**A.  SCOPE OF WORK**

**00001 Changes to Bldg. & Site**

Refer to file 19C0025_0001_SKT_115May19.pdf and provide design, supervision, labor, Material, and equipment for reductions and additions as marked up in the file. A listing of reductions and additions (not all inclusive)associated with referenced file as follows:

Reductions:
Water heaters, toilets, lavatories, janitor sinks, PEX hot water supply lines from water heaters, PEX cold water supply to water heaters, 30 AMP breakers to water heaters, electrical wiring to water heaters, partition walls, elimination of janitor's closets, and elimination of doors.

Additions:
Electrical pedestal, service panel 400 AMP, terminations/connectors, rigid conduit installed underground (UG), 2 inch water line PVC, hose bib, 4 inch waste lines, and 2 ft. x 2 ft. hand boxes.

**B.  CHANGE IN CONTRACT DRAWINGS**

**00001 Changes to Bldg. & Site**

Drawing SKT_1_15May19 The attached Sketch "19C0025_0001_SKT_15May19.pdf", dated; 15 May 2019, provide in part for the changes in this modification and are made a part hereof.

C. CHANGE IN CONTRACT SPECIFICATIONS

00001 Changes to Bldg. & Site

Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

D. CHANGE IN CONTRACT PRICE

Total contract price is unchanged.

E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

F. CLOSING STATEMENT

It is understood and agreed that pursuant to the above, the contract time is not affected, and the contract price remains unchanged, which reflects all credits due the Government and all debits due the Contractor. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated.

A. SCOPE OF WORK

**00003 Windows from Corridors into Hold. Areas**

Refer to Sketch W9126G19C0025 SKT-01_Windows Corridors to Hold. Areas7Jun2019.pdf, dated 7 Jun 2019 and provide design, supervision, labor, material, and equipment to:

1. Install 40 each additional (6040)windows into the wall from the corridors into the holding areas.

2. The Contractor is to note that the 2 each (3060) window sidelights at each recessed door in the corridors are already included in the contract.

B. CHANGE IN CONTRACT DRAWINGS

**00003 Windows from Corridors into Hold. Areas**

Drawing SKT-01 The attached Sketch "W9126G19C0025 SKT-01_Windows Corridors to Hold. Areas7Jun2019.pdf", dated; 7 June 2019, provide in part for the changes in this modification and are made a part hereof.

W9126G19C0025
(m2ct9cg9191626)
Page 4 of 7

## C. CHANGE IN CONTRACT SPECIFICATIONS

**00003 Windows from Corridors into Hold. Areas**

Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

## D. CHANGE IN CONTRACT PRICE
Total contract price is increased by $241,456.00.

It is understood and agreed that the contract price is increased in the amount of $241,456.00 from $21,884,014.91 to $22,125,470.91.

## E. CHANGE IN CONTRACT TIME

It is understood and agreed that the contract completion date remains unchanged as a result of this modification. It is also understood and agreed that as a result of the foregoing changes, a separate completion date may be established for the work provided by this modification. The contractor reserves the right to request 7 calendar days, if necessary, for these building design changes at no cost to the government at anytime throughout the contractual period.

## F. CHANGE IN CONTRACT SCHEDULE

The following progress schedule activity is added:
NEW
Activity No.: A00002
Description: Windows Corridor to Hold.
Duration: 0 Days
Cost: $241,456.00

## G. CLOSING STATEMENT

It is understood and agreed that pursuant to the above, the contract time is not affected, and the contract price is increased as stated above, which reflects all credits due the Government and all debits due the Contractor. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated.

  KO STATEMENT
Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

SECTION 00 10 00 - SOLICITATION

The following Delivery Schedule item for CLIN 0001 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 19-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0002 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 19-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0003 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 19-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

The following Delivery Schedule item for CLIN 0004 has been changed from:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|
| POP 14-MAY-2019 TO 12-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

To:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|

W9126G19C0025
(m2ct9cg9191626)
Page 7 of 7

| | | | |
|---|---|---|---|
| POP 14-MAY-2019 TO 19-AUG-2019 | N/A | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB:  Destination | W9126G |

(End of Summary of Changes)