# EXHIBIT 14

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| J | 1 | 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| A00005 | 19-Sep-2019 | W45XMA91224061 | |

| 6. ISSUED BY | CODE | W9126G | 7. ADMINISTERED BY (If other than item 6) | CODE | 967457 |
|---|---|---|---|---|---|
| US ARMY CORPS OF ENGINEERS FORT WORTH<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300 | | | EL PASO RESIDENT OFFICE<br>8037 LOCKHEED AVE, STE 203, BOX 3<br>EL PASO TX 79925 | | |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)

KOMAN CONSTRUCTION, LLC
MATTHEW YATES
2700 GAMBELL ST STE 401
ANCHORAGE AK 99503-2833

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

[X] 10A. MOD. OF CONTRACT/ORDER NO.
W9126G19C0025

[X] 10B. DATED (SEE ITEM 13)
06-May-2019

CODE  7K6A5    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 CHANGES

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:  l4eccgf9191914

A00005
C00004 Boxes and Conduit for Card Readers

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert Kyrklund - Executive Program Manager | Guillermo Provencio, P.E., Administrative Contracting Officer<br>TEL:                                    EMAIL: |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *Robert Kyrklund* (Signature of person authorized to sign) | 09/20/2019 | BY *[signature]* (Signature of Contracting Officer)<br>Digitally signed by PROVENCIO.GUILLERMO.1217880048<br>Date: 2019.09.20 17:18:42 -06'00' | 20190920 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION  SF 30 - BLOCK 14 CONTINUATION PAGE (SF 30)

The following have been added by full text:
    A00005 C00004
A. SCOPE OF WORK

**00004 Boxes & Conduit for Card Readers**

Refer to Sketch "W9126G19C0025_00004_SKT_1_Floor Plan_Sht_A-2 10Aug19.pdf", dated; 10 Aug 2019 and the schedule for the "Card Reader Support Work" contained therein and provide supervision, labor, material, and equipment to install boxes, pull string, and conduit where the exterior conduit is to be ¾ inch Rigid Metal Conduit (RMC) and all exterior work is to be weather proofed to NEMA Type 4 rating.

Excluded are conduit in wall, any wire, card reader hardware, fire caulking after wire is in place through firewalls since the final installation will be by "Others".

B. CHANGE IN CONTRACT DRAWINGS

**00004 Boxes & Conduit for Card Readers**

The attached Sketch "W9126G19C0025_00004_SKT_1_Floor Plan_Sht_A-2 10Aug19.pdf", dated; 10 Aug 2019 and the schedule for the "Card Reader Support Work" contained therein, provide in part for the changes in this modification and are made a part hereof.

It is understood and agreed that the contract drawings affected by this Modification will be updated to reflect as-built conditions necessitated by this change, and that cost for such updates are included within this Modification amount.

C. CHANGE IN CONTRACT SPECIFICATIONS

**00004 Boxes & Conduit for Card Readers**

Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

D. CHANGE IN CONTRACT PRICE

Total contract price is increased by $36,159.64.

E. CHANGE IN CONTRACT TIME

The Contract completion date shall remain unchanged by this modification. It is understood and agreed that the contract completion date of 2 December 2019 remains unchanged as a result of this modification.

F. CHANGE IN CONTRACT SCHEDULE

The following progress schedule activity is added:
NEW
Activity No.: CLIN 0008
Description: Boxes and Conduit for Card Readers
Activity Duration: 14 Days
Cost: $36,159.64

G. CLOSING STATEMENT

It is understood and agreed that pursuant to the above, the contract time is not affected, and the contract price is increased as stated above, which reflects all credits due the Government and all debits due the Contractor. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated.

SECTION 00 10 00 - SOLICITATION

The total cost of this contract was increased by $36,159.64 from $22,493,346.49 to $22,529,506.13.

CLIN 0008 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 1 | Job | $36,159.64 | $36,159.64 |
| | | | | Funded Amt: | $36,159.64 |

    A00005, C00004 Boxes and Conduit      NAICS CD: 236220  
    A00005, C00004 Boxes and Conduit for Card Readers      , FSC CD: 5680

Accounting and Appropriation

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $36,159.64 from $22,493,346.49 to $22,529,506.13.

CLIN 0008:

W9126G19C0025
(l4eccgf9191914)
Page 4 of 4

Funding on CLIN 0008 is initiated as follows:

   ACRN: AA

   CIN: W45XMA91224061

   Acctng Data: 096 NA X 2019 3122 000 0000 CCS 999 M2 2019 08 2455 0WDDHS 96412 3230 2K8J6H23J66C

   Increase: $36,159.64

   Total: $36,159.64


SECTION 00 70 00 - CONDITIONS OF THE CONTRACT

The following Acceptance/Inspection Schedule was added for CLIN 0008:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |


(End of Summary of Changes)