# EXHIBIT 16

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 / 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| A00007 | 30-Sep-2019 | W45XMA91224061 | |

**6. ISSUED BY** CODE **W9126G**

US ARMY CORPS OF ENGINEERS FORT WORTH
819 TAYLOR ST, CT OFC RM 2A17
FORT WORTH TX 76102-0300

**7. ADMINISTERED BY** (If other than item 6) CODE **967457**

EL PASO RESIDENT OFFICE
8037 LOCKHEED AVE, STE 203, BOX 3
EL PASO TX 79925

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)

KOMAN CONSTRUCTION, LLC
MATTHEW YATES
2700 GAMBELL ST STE 401
ANCHORAGE AK 99503-2833

CODE  7K6A5   FACILITY CODE

| | |
|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | W9126G19C0025 |
| X 10B. DATED (SEE ITEM 13) | 06-May-2019 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 CHANGES |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return **1** copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: l4eccgf9192032

A00007
C00012 42" Partition Walls @ Toilets

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Robert Kyrklund - Executive Program Manager | Guillermo Provencio, P.E., Administrative Contracting Officer<br>TEL:   EMAIL: |
| 15B. CONTRACTOR/OFFEROR<br>*Robert Kyrklund*<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>09/30/2019 | 16B. UNITED STATES OF AMERICA<br>BY *[signature]*<br>Digitally signed by PROVENCIO.GUILLERMO.1217880048<br>Date: 2019.09.30 18:21:38 -06'00'<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>20190930 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION  SF 30 - BLOCK 14 CONTINUATION PAGE (SF 30)

The following have been added by full text:
   <u>A00007 C00012</u>

**A. SCOPE OF WORK**

**00012 42" High Partition Walls @ Toilets**
Provide design, supervision, labor, material, and equipment to replace the existing walls surrounding the toilet areas in the Holding Areas with 42" high walls that are structurally stable and have an 8" gap at the bottom of the wall in order to detect individuals laying on the floor behind the wall in the toilet areas.

**B. CHANGE IN CONTRACT DRAWINGS**

**00012 42" High Partition Walls @ Toilets**
It is understood and agreed that the contract drawings affected by this Modification will be updated to reflect as-built conditions necessitated by this change, and that cost for such updates are included within this Modification amount.

**C. CHANGE IN CONTRACT SPECIFICATIONS**

**00012 42" High Partition Walls @ Toilets**
Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

**D. CHANGE IN CONTRACT PRICE**
Total contract price is increased by $65,767.65.

New CLINs
0011 42" High Partition Walls @ Toilets                                                   $65,767.65

**E. CHANGE IN CONTRACT TIME**

The Contract completion date shall remain unchanged by this modification.
It is understood and agreed that the contract completion date of 2 December 2019 remains unchanged as a result of this modification.

**F. CHANGE IN CONTRACT SCHEDULE**

NEW

Activity No.: CLIN 0011
Description: 42" High Partition Walls @ Toilets
Activity Duration: 35 Days
Cost: $65,767.65

**G. CLOSING STATEMENT**

It is understood and agreed that pursuant to the above, the contract time is not affected, and the contract price is increased as stated above, which reflects all credits due the Government and all debits due the Contractor. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its Subcontractors and Suppliers for all costs and markups directly or indirectly attributable for the change ordered, for all delays related thereto, for all extended overhead costs, and for performance of the change within the time frame stated.

SECTION 00 10 00 - SOLICITATION

The total cost of this contract was increased by $65,767.65 from $22,574,287.30 to $22,640,054.95.

CLIN 0011 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 | | 1 | Job | $65,767.65 | $65,767.65 |
| | | | | Funded Amt: | $65,767.65 |

A00007 C00012                                                                                          NAICS CD: 236220
A00007 C00012 42" High Partition Walls @ Toilets                                      , FSC CD: 5680

Accounting and Appropriation

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $65,767.65 from $22,574,287.30 to $22,640,054.95.

CLIN 0011:
Funding on CLIN 0011 is initiated as follows:

ACRN: AA

CIN: W45XMA91224061

Acctng Data: 096 NA X 2019 3122 000 0000 CCS 999 M2 2019 08 2455 0WDDHS 96412 3230 2K8J6H23J66C

Increase: $65,767.65

Total: $65,767.65

W9126G19C0025<br>
(l4eccgf9192032)<br>
Page 4 of 4

SECTION 00 70 00 - CONDITIONS OF THE CONTRACT

The following Acceptance/Inspection Schedule was added for CLIN 0011:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)