# EXHIBIT 17

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE  J | PAGE OF PAGES  1 / 4 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.  P00003 | 3. EFFECTIVE DATE  30-Oct-2019 | 4. REQUISITION/PURCHASE REQ. NO.  W45XMA91224061 | | 5. PROJECT NO. (If applicable) |

| 6. ISSUED BY    CODE    W9126G | 7. ADMINISTERED BY (If other than item 6)    CODE    W9126G |
|---|---|
| US ARMY CORPS OF ENGINEERS FORT WORTH  819 TAYLOR ST, CT OFC RM 2A17  FORT WORTH TX 76102-0300 | US ARMY ENGINEER DISTRICT, FORT WORTH  ATTN: CESWF-CT  819 TAYLOR ST, ROOM 2A17  FORT WORTH TX 76102-0300 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| KOMAN CONSTRUCTION, LLC  MATTHEW YATES  2700 GAMBELL ST STE 401  ANCHORAGE AK 99503-2833 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.  W9126G19C0025 |
| CODE  7K6A5            FACILITY CODE  7K6A5 | X | 10B. DATED (SEE ITEM 13)  06-May-2019 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer    [ ] is extended,    [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| [ ] A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| [ ] B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| [X] C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:  FAR 52.243-4 Changes |
| [ ] D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT:  Contractor [ ] is not, [X] is required to sign this document and return   1   copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number:    m2ct9cg920186
Purpose of this Modification is:
1. Unpriced Change Order (UCO) to install Smoke Management System.
2. Target Date for Definitization: 7 November 2019.
3. This Not-to-Exceed (NTE) modification is based upon a total NTE amount of $410,000.00.
4. All other terms and conditions shall remain the same.
5. POC: Clyde Gardner, clyde.l.gardner@usace.army.mil, 817.886.1211.
6. Only a warranted Contracting Officer (either a Procuring Contracting Officer (PCO), or an Administrative Contracting Officer (ACO)), acting within their delegated limits, has the authority to issue modifications or otherwise change the terms and conditions of this contract. If an individual other than the Contracting Officer attempts to make changes to the terms and conditions of this contract, you shall not proceed with the change and shall immediately notify the Contracting Officer.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)  ROBERT M. DURAN, CIVIL IIS, CHIEF | |
|---|---|---|---|
| Robert Kyrklund - Executive Program Manager | | TEL: (817) 886-1070    EMAIL: robert.m.duran@usace.army.mil | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | 30-Oct-2019 | BY DURAN.ROBERT.MICHAEL.1122266148 *Digitally signed by DURAN.ROBERT.MICHAEL.1122266148 Date: 2019.10.30 18:52:49 -05'00'*  (Signature of Contracting Officer) | 30-OCT-2019 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84                                30-105-04                              STANDARD FORM 30 (Rev. 10-83)
                                                                                            Prescribed by GSA
                                                                                            FAR (48 CFR) 53.243

W9126G19C0025
(m2ct9cg920186)
Page 2 of 4

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 30 - BLOCK 14 CONTINUATION PAGE (SF 30)

The following have been added by full text:
P00003, UCO SMOKECONTROLSYSTEM

### I. UCO for Add SMOKE CONTROL SYSTEM
Unpriced Change Request (UCO) Change Request (UCR) in support of change request (CR) 00013 Add Smoke Control System.

a. This Unpriced Change Order (UCO) Notice to Proceed with a Not-To-Exceed (NTE) amount of $410,000.00 is necessary in order to authorize work and procure long lead time materials while the modification is definitized.

b. The contractor has not expended any amounts toward this modification.

### II. CHANGE IN DRAWINGS
It is understood and agreed that the contract drawings affected by this Modification will be updated to reflect as-built conditions necessitated by this change, and that cost for such updates are included within this Modification amount.

### III. CHANGE IN SPECIFICATIONS
Material and/or equipment represented by this Modification will be formally submitted for approval in accordance with the appropriate Specification Section and will be added to the approved Submittal Register.

### IV. CLOSING STATEMENT
You are directed to proceed with the changes described in Block 14 A. Scope of Work. A Supplemental Agreement will be issued to definitize any time and pricing adjustment related to this change upon mutual agreement. A ten (10) day period for submittal of a detailed proposal and supporting documentation to include subcontractor(s) supporting documentation for Change Request (CR) 00013, Contract W9126G19C0025 will begin upon receipt of this Unpriced Change Order. Failure to submit a proposal within this time may result in a unilateral action.

a. Pursuant to the clause of this contract entitled "Changes", the contractor shall furnish all necessary plant, labor, material, and perform all work necessary to accomplish the above described work.

b. The obligation of the Government for the work under this directive shall not exceed $410,000.00, W9126G19C0025. You are directed to notify the Procurement Contracting Officer fifteen (15) days prior to the date you anticipate the cost to the Government will reach $307,500.00, (a cost 75% of NTE amount of $410,000.00). Further direction on how to proceed will be provided before the anticipated date. The contractor will proceed at his own risk in performing work beyond this amount this amount without prior approval of the Contracting Officer.

c. The NTE price stated in this modification does not necessarily represent the Government's estimate of the cost of the work to be performed as a result of this modification, but is merely an amount administratively obligated so that work can proceed.

d. Notwithstanding the amount above, payment for the work performed as directed by the Change Order shall be limited to 50% of the NTE price, prior to submittal of a price for negotiation.

SECTION 00 10 00 - SOLICITATION

The total cost of this contract was increased by $410,000.00 from $22,670,996.96 to $23,080,996.96.

CLIN 0013 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0013 | | 1 | Job | $410,000.00<br>Funded Amt: | $410,000.00 NTE<br>$410,000.00 |

Smoke Control System                                                NAICS CD: 236220
Provide all labor, equipment, and Material to install a complete Smoke    , FSC CD: 5680
Management System in the Holding Building. This Un-Priced Change Order
(UCO) Notice to Proceed with a Not-To-Exceed amount of $410,000.00 is
necessary in order to authorize work and procure long lead time materials while the
modification is definitized. The contractor has not expended any amounts toward
this modification.

The following Delivery Schedule for CLIN 0013 has been added:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---------------|----------|-----------------|---------------|
| 25-NOV-2019 | 1 | US ARMY CORPS OF ENGINEERS FORT WORTH<br>CARL S OELSCHIG<br>819 TAYLOR ST, CT OFC RM 2A17<br>FORT WORTH TX 76102-0300<br>817-886-1060<br>FOB: Destination | W9126G |

Accounting and Appropriation

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was increased by $410,000.00 from $22,670,996.96 to $23,080,996.96.

CLIN 0013:
Funding on CLIN 0013 is initiated as follows:

ACRN: AA

CIN: W45XMA912240610013

Acctng Data: 096 NA X 2019 3122 000 0000 CCS 999 M2 2019 08 2455 0WDDHS 96412 3230 2K8J6H23J66C

Increase: $410,000.00

Total: $410,000.00

SECTION 00 70 00 - CONDITIONS OF THE CONTRACT

The following Acceptance/Inspection Schedule was added for CLIN 0013:
| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| Destination | Government | N/A | Government |

(End of Summary of Changes)