# EXHIBIT 19

| | |
|---|---|
| **From:** | Robert Kyrklund |
| **To:** | Matthew Yates; Chris Hicks |
| **Subject:** | RE: Teaming Agreement for JBAB Mini-JOC |
| **Date:** | Tuesday, July 2, 2019 7:12:14 PM |
| **Attachments:** | image002.png |
| | image004.png |
| | image005.png |

Chris,

We talked the other day about how to get everyone's time paid for. Why did you not go to Donley and tell them to add a senior PM, a contract admin on every job to pay for that. It doesn't come out our 9.5% if they make sure that it is covered in the costs. They have got to put costs in the proposal for everyone that is on the job. That is how you make our money.

Respectfully,

Robbie Kyrklund
Executive Program Manager


KOMAN Construction

KOMAN Construction, LLC.
1490 S Price Rd
Suite # 211
Chandler, AZ 85286
Office: 480-750-7104 x1003
Mobile: 480-625-7668
rkyrklund@komankc.com
www.komankc.com

*KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company*

*Please consider the environment before printing this e-mail.*

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*

**From:** Matthew Yates
**Sent:** Tuesday, July 2, 2019 4:59 PM
**To:** Chris Hicks <chicks@komankc.com>
**Cc:** Robert Kyrklund <rkyrklund@komankc.com>
**Subject:** RE: Teaming Agreement for JBAB Mini-JOC

Absolutely not, how do you interpret that?

Robert "Matthew" Yates

General Manager



**Diversified Services**
KOMAN Diversified Services, LLC
3129 Hwy. 83 Unit#7
Sonoita, AZ 85637
(480) 487-1222 Office
(520) 678-2164 Mobile
MYates@komands.com
www.komands.com

**Please note my new email address:**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Chris Hicks
**Sent:** Tuesday, July 02, 2019 12:12 PM
**To:** Matthew Yates <myates@komankc.com>
**Cc:** Robert Kyrklund <rkyrklund@komankc.com>
**Subject:** RE: Teaming Agreement for JBAB Mini-JOC

Matthew,

The real concern for me was that the payroll costs involved, according to this agreement, appear to come out of our 9.5%. The cost for Bill has been charged to JBAB, a few hours billed by myself, but no charges from Chris Robertson as I told him there wasn't enough going on to absorb that right now.

Am I misreading the document? It appears that you negotiated a 9.5% profit rate that INCLUDES THE PAYROLL COSTS. Yet, you have charged me to make roughly 9.5% AFTER PAYROLL costs are subtracted. I understand if things have changed and this is what you want me to push toward but I feel like Donley will want you on the call if that is my mission. Let me know.

I have requested a total cost list, what has been charged to JBAB, from Grant and will be prepared to discuss the true costs once I receive them.

Christopher Hicks
Senior Project Manager


Construction

KOMAN Construction, LLC
2700 Gambell Street, Suite 401
Anchorage, AK 99503-2833
(812) 893-8316 Mobile
chicks@komankc.com
www.komankc.com

***KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company***

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Matthew Yates
**Sent:** Tuesday, July 02, 2019 1:57 PM
**To:** Chris Hicks <chicks@komankc.com>
**Cc:** Robert Kyrklund <rkyrklund@komankc.com>
**Subject:** Re: Teaming Agreement for JBAB Mini-JOC

Chris, they still intend to spend 4 million a year. It's money or time driven so based on discussions we still believe they will use this up in 2.5 - 3 years. And as you see we are guaranteed 9.5%. I'm glad to see this. You have everything you need to ensure we get all cost plus 9.5. I can live with .5 less.

Thanks,

Matthew Yates
General Manager
KOMAN Construction LLC
(520)678-2164
Myates@KOMANINC.Com


On Jul 2, 2019, at 10:59 AM, Chris Hicks <chicks@komankc.com> wrote:

> Matthew,
>
> You told me that you had not signed a "teaming agreement" in regards to the JBAB JOC contract. This agreement provides the opportunity to renegotiate the agreement if the terms change and, or course, the terms have changed due to dropping from 4 million to 2 million.
>
> I just wanted you to review this as you must have forgotten about it. I know you sign a lot of these things and wanted to be sure you were aware. I intend to set up a conference call for tomorrow afternoon and will re-negotiate this agreement based on our conversation. ***Do you want to be included in the call and my invite?*** Let me know. Thanks.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
2700 Gambell Street, Suite 401
Anchorage, AK 99503-2833
(812) 893-8316 Mobile
chicks@komankc.com
www.komankc.com

*KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company*

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

<KC - Donley Construction Teaming JBAB Fully Executed.pdf>