# EXHIBIT 20

| | |
|---|---|
| **From:** | Robert Kyrklund |
| **To:** | Chris Hicks; Matthew Yates; Jay Willems |
| **Cc:** | Brian Donley; Chris Robertson |
| **Subject:** | RE: Mini-JOC Budgets |
| **Date:** | Wednesday, July 10, 2019 10:40:40 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Team,

I just wanted a follow-up email so that everyone is on the same page and what was agreed upon.

1. We will all sit down after the first year of the contract and after all of the direct costs are entered and finalized for both parties over all task orders, we come to a fair and equitable profit for all parties.
2. At this meeting we will evaluate future years on how to again come to a fair and equitable agreement for both parties moving forward if that is splitting profits or if we go back to a fixed rate.
3. Chris Robertson has asked that they have full reign on this project and we agreed to that. There are still responsibilities from Chris Hicks that we need i.e viewing proposals before they go out, signing contracts, signing sub-contracts, making sure on KOMANs side to review schedules, budgets, etc.  Chris Hicks will still provide oversight and need to know what is going on in all aspects of each task order.  Not for Micro management purposes but for Legal and Contractual obligations on the 8A side.  Please keep Chris Hicks informed.

Please respond with a concurrence or with any comments.

Thanks in advance for everyone coming together and lets go make some money.


Robbie Kyrklund
Executive Program Manager



KOMAN Construction, LLC.
1490 S Price Rd
Suite # 211
Chandler, AZ 85286
Office: 480-750-7104 x1003
Mobile: 480-625-7668
rkyrklund@komankc.com
www.komankc.com

***KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company***

*Please consider the environment before printing this e-mail.*

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*

**From:** Chris Hicks
**Sent:** Tuesday, July 9, 2019 4:34 PM
**To:** Matthew Yates <myates@komankc.com>; Jay Willems <jwillems@donleyconstruction.com>; Robert Kyrklund <rkyrklund@komankc.com>
**Cc:** Brian Donley <bdonley@donleyconstruction.com>; Chris Robertson <crobertson@donleyconstruction.com>
**Subject:** RE: Mini-JOC Budgets

That time is good here.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
2700 Gambell Street, Suite 401
Anchorage, AK 99503-2833
(812) 893-8316 Mobile
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Matthew Yates
**Sent:** Tuesday, July 09, 2019 4:28 PM
**To:** Jay Willems <jwillems@donleyconstruction.com>; Robert Kyrklund <rkyrklund@komankc.com>; Chris Hicks <chicks@komankc.com>
**Cc:** Brian Donley <bdonley@donleyconstruction.com>; Chris Robertson <crobertson@donleyconstruction.com>
**Subject:** RE: Mini-JOC Budgets

I can make that work

Robert "Matthew" Yates
General Manager



KOMAN Diversified Services, LLC
3129 Hwy. 83 Unit#7
Sonoita, AZ 85637
(480) 487-1222 Office
(520) 678-2164 Mobile
MYates@komands.com
www.komands.com

Please note my new email address: MYates@komands.com

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Jay Willems <jwillems@donleyconstruction.com>
**Sent:** Tuesday, July 09, 2019 2:26 PM
**To:** Robert Kyrklund <rkyrklund@komankc.com>
**Cc:** Matthew Yates <myates@komankc.com>; Brian Donley <bdonley@donleyconstruction.com>; Chris Robertson <crobertson@donleyconstruction.com>
**Subject:** RE: Mini-JOC Budgets

How about tomorrow at 10 am Eastern?

**From:** Robert Kyrklund <rkyrklund@komankc.com>
**Sent:** Tuesday, July 9, 2019 11:55 AM
**To:** Jay Willems <jwillems@donleyconstruction.com>
**Cc:** Matthew Yates <myates@komankc.com>
**Subject:** RE: Mini-JOC Budgets

Jay,

We understand, just keep in mind until we get the budget resolved we can not send in any more task orders for the mini-JOC.  So we need to get a call set up as soon as we can.

Thanks

Robbie Kyrklund
Executive Program Manager



KOMAN Construction, LLC.
1490 S Price Rd
Suite # 211
Chandler, AZ 85286
Office: 480-750-7104 x1003
Mobile: 480-625-7668
rkyrklund@komankc.com
www.komankc.com

**KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company**

*Please consider the environment before printing this e-mail.*

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*

---

**From:** Jay Willems <jwillems@donleyconstruction.com>
**Sent:** Tuesday, July 9, 2019 8:15 AM
**To:** Robert Kyrklund <rkyrklund@komankc.com>
**Subject:** RE: Mini-JOC Budgets

Robbie,
Brian is off this week, he may be able to call in at some point but I don't know when. If he calls me, I will relay the request.
Thanks.
Jay

Jay Willems
Program Manager
Donley Construction
Office 410-273-9120 ext. 307
Cell 443-307-6786



---

**From:** Robert Kyrklund <rkyrklund@komankc.com>
**Sent:** Monday, July 8, 2019 7:20 PM
**To:** Brian Donley <bdonley@donleyconstruction.com>; Jay Willems <jwillems@donleyconstruction.com>; Matthew Yates <myates@komankc.com>
**Subject:** Mini-JOC Budgets

Team,

Can we set up a call for the four of us to discuss the mini-JOC budgets and percentages moving forward for tomorrow morning?  Let me know what time works best and I can set up a call in number.

Thanks in advance,

Robbie Kyrklund
Executive Program Manager



KOMAN Construction, LLC.
1490 S Price Rd
Suite # 211
Chandler, AZ 85286
Office: 480-750-7104 x1003
Mobile: 480-625-7668
rkyrklund@komankc.com
www.komankc.com

**KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company**

*Please consider the environment before printing this e-mail.*

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*