# EXHIBIT 21

| | |
|---|---|
| **From:** | Walter "Tom" Berrett |
| **To:** | Chris Hicks |
| **Subject:** | Re: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire |
| **Date:** | Tuesday, March 3, 2020 5:06:56 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Yes send it to them. If they have questions I'll be more than glad to get on a telecon tomorrow with them.

Get Outlook for iOS

---

**From:** Chris Hicks <chicks@komankc.com>
**Sent:** Tuesday, March 3, 2020 5:54:37 PM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>
**Subject:** RE: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Tom,

I have now had the opportunity to review the entire questionnaire needed for the audit. My lack of time at JBAB, and other extenuating circumstances, make it impossible for me to accurately complete the questionnaire. I believe that Bill Caviness, with the help of Chris Robertson and Steve Massengale, are the best suited to complete the document. I have already left a message for Bill Caviness and would be happy to contact Chris and Steve if you agree that I should.

I spoke with Grant Ellingson and he expressed that the completion of the questionnaire was somewhat urgent. Would you like me to send the document to the people mentioned above and request they complete it? Let me know how you would like me to proceed.

I do not like and rarely push work onto others but I am not the guy. I can take up the task of insuring it gets completed by others if you wish.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Walter "Tom" Berrett <tberrett@komankc.com>
**Sent:** Tuesday, March 3, 2020 3:05 PM
**To:** Chris Hicks <chicks@komankc.com>
**Subject:** FW: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

FYI

*Walter T. Berrett, Jr*
*Executive Program Manager*



**KOMAN Construction, LLC.**
**Headquarters**
*1490 S Price Rd. Ste 211*
*Chandler AZ 85286*
*C: 304-703-1140*
tberrett@komankc.com
www.komankc.com

*KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company*

Please consider the environment before printing this e-mail.
This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Grant Ellingson <gellingson@komanholdings.com>
**Sent:** Tuesday, March 3, 2020 1:32 PM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>; Celina Morris <cmorris@komanholdings.com>
**Subject:** RE: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Good afternoon,

I'm following up to get a quick status update on the Mini-JOC questionnaire. If needed I can be available to work with the PM's for these.

Thanks,

Grant Ellingson
Accounting Manager
gellingson@komanholdings.com

This email is covered by the Electronic Communications Privacy Act. 18 USC Sections 2510-2521. This email, and any attachments, may contain confidential, private and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution of disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply mail and delete all copies of this message and any attachments.

---

**From:** Walter "Tom" Berrett <tberrett@komankc.com>
**Sent:** Wednesday, February 26, 2020 6:06 AM
**To:** Grant Ellingson <gellingson@komanholdings.com>; Celina Morris <cmorris@komanholdings.com>
**Subject:** FW: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Grant:

I am participating in the Annual Strategic Meeting today and tomorrow. I will have all day Friday open to work on the audit. Attached is the executed contract. I have Chris & Bill working on the questions which we will get to you as quickly as we can.

*Walter T. Berrett, Jr*
*Executive Program Manager*



**KOMAN Construction, LLC.**
**Headquarters**
*1490 S Price Rd. Ste 211*
*Chandler AZ 85286*
*C: 304-703-1140*
tberrett@komankc.com
www.komankc.com

**KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.
This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

---

**From:** Chris Hicks <chicks@komankc.com>
**Sent:** Wednesday, February 26, 2020 7:39 AM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>
**Subject:** RE: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Tom,

Here is the executed Base Award contract. It was in the file already just not easily recognizable.

## Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Walter "Tom" Berrett <tberrett@komankc.com>
**Sent:** Wednesday, February 26, 2020 7:52 AM
**To:** Miriam Chacon <MChacon@komankc.com>; Chris Hicks <chicks@komankc.com>; William Caviness <wcaviness@komankc.com>
**Subject:** Fwd: Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Miriam: can you find and send Grant the 1st year base contract?

Chris / Bill:  look at the attached and answer what you can. Send back to me please.
Get Outlook for iOS

**From:** Grant Ellingson <gellingson@komanholdings.com>
**Sent:** Wednesday, February 26, 2020 1:09:38 AM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>
**Cc:** Celina Morris <cmorris@komanholdings.com>
**Subject:** Mini-JOC (Job 10019) - Executed Base Contract and PM Questionnaire

Hi Tom,

I hope all is well.

I have a quick request when you have a moment.

Our auditors selected the Mini-JOC (job 10019) as a project for review on our 2019 financial statement audit.

Looking through our files, it appears that we have all the supporting contract information relating to the project with the exception of the fully executed base year award. When you get a chance, could you please email the fully executed base year award for this project?

Additionally, this contract was selected for a full scope audit, meaning that they're requiring a "PM Questionnaire" to be completed. These questionnaires kind of split between Accounting/Project Operation functions so in the past we've worked hand in hand to ensure the information presented has been appropriately worked through. I've attached the questionnaire template and understand that you have some meetings the later part of this week. Do you have some time this week to go over these questions in the questionnaire? Otherwise if you feel comfortable working through these and emailing to Evgeniia that would work as well.

Let me know if you have any questions or need anything in addition.

Thanks in advance!

Grant Ellingson
Accounting Manager

KOMAN

KOMAN Holdings, LLC
2700 Gambell St, Ste 401
Anchorage, AK 99503
(907) 569-9101 Phone
(907) 744-6647 Mobile
gellingson@komanholdings.com
www.komanholdings.com

This email is covered by the Electronic Communications Privacy Act. 18 USC Sections 2510-2521. This email, and any attachments, may contain confidential, private and/or privileged material for the sole use of the intended recipient(s). Any review, use, distribution of disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply mail and delete all copies of this message and any attachments.