# EXHIBIT 23

| | |
|---|---|
| To: | Mike Taylor; jerikson@komaninc.com; James Erickson |
| Cc: | Walter "Tom" Berrett |
| Subject: | Formal complaint against Matthew Yates and Natives of Kodiak |

Mike and Jim,

It is with a heavy heart that I write this email. I was very happy when I was moved to a full time position from consulting and have been an instrumental player in the building of KOMAN Construction for the last three and a half years.

However, I can no longer remain silent in the hostile and discriminatory environment that Matthew Yates has created from very early on in my employment. I have been hesitant to formally come forward much sooner as I live in constant fear of losing my employment with KOMAN. Mr. Yates routinely screams at me, threatens my job, and has made derogatory remarks about my race. I have been passed over for at least three positions, which I was well qualified for, because I was not even made aware the openings existed. I do not make similar pay to my equals on the organizational chart. I have recently been made the supervisor of a subordinate Project Manager who makes considerably more money than I do.

I have discussed this with all of my supervisors over the years, including Mr. Yates, and they have been unable to rectify the situation. I have complained to Abraham Casillas (no longer employed), Robbie Kyrklund, and very recently Tom Berrett. I believe that Natives of Kodiak is well aware of his harsh, hostile, and discriminatory treatment of me and ask, in an official capacity, that the situation be remedied.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

1