# EXHIBIT 24

**To:** Chris Hicks
**Subject:** Private and Confidential

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Chris, Please let me start by introducing myself. I am a member of the Alera ConnectHR team, however, I work out of our Tacoma location. As you may know, our group serves as your HR team of professionals. I am a seasoned HR professional, have served as an HR leader in previous roles, and bring a broad generalist background to the business.

I have been asked to conduct an investigation concerning a matter and allegations that you raised with Koman via email earlier today. I was hoping to speak with you either over the weekend or on Monday morning. Please note that I am on Pacific time. Either Saturday afternoon or most times on Monday (outside of 10-11 a.m. when I have another meeting) would be convenient.

I would precede our conversation with the understanding that it should be held in confidence and that it will not be discussed by you with others in the company. Further, the company will not tolerate retaliation against anyone who raises a concern or anyone who may be involved in the investigation process. My goal is to assist the company in investigating this matter, seek to gain clear understanding, and make appropriate recommendations.

Please let me know a time that may work for you, as well as best number to reach you at, and I will send an Outlook invite for our meeting.

Kind regards and have a nice night,
Allyson



**Allyson Thomas, SHRM-SCP | Lead HR Services Partner**
*Alera ConnectHR*
4733 Tacoma Mall Boulevard, Suite 200 Tacoma, WA, 98409
D: 253.358.9569 | O: 253.272.2711 | M: 253.358.9569
www.alerachr.com | https://www.linkedin.com/in/allyson-thomas/

Benefit Advisors Network **(BAN) ® Smart Partner Firm**

*The information in this message is intended only for the recipient(s) named above. The message may contain information that is private and protected under Federal or State law, or otherwise exempt from disclosure. If you are not the intended recipient, you are prohibited from retaining, copying, or making any further disclosure, dissemination or distribution of this information. If you have received this message in error, please alert the sender by telephone, and permanently delete the message and any attachments. The information contained in this e-mail is not intended, and should not be construed in any way, to be legal advice. Please consult appropriate counsel before making any decisions or taking action.*

1