# EXHIBIT 25

Allyson,

There have been a few.

Senior Project Manager – John Fawbert was hired in as a Senior Project Manager before I realized a position was open.
Executive Program Manager - Robbie Kyrklund was brought in under this title or Senior PM (I don't recall) but was quickly made an Executive Program Manager. Mr. Yates told us at a Senior meeting (days after Robbie was hired) that Robbie would be running the next company for NOK. Now he is the GM of KC.
Executive Program Manager – Tom Berrett was also hired as an Executive Program Manager.
Zigmund Peacock – was hired in as the head of PMO. He is essentially the company technical writer and trainer.

All these positions were announced after the hire was made. There was no opportunity given to apply or get in the running that I am aware of.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Allyson Thomas <allysont@alerachr.com>
**Sent:** Monday, March 23, 2020 11:04 PM
**To:** Chris Hicks <chicks@komankc.com>
**Subject:** Follow-up question for investigation

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1

you please clarify and give me specifics? I will need to know which positions these were, names of those who were hired, and dates (approximate is ok)?

I am working to conclude this investigation ASAP so would appreciate your return answer by tomorrow (Tuesday) morning.

Thank you,
Allyson



**Allyson Thomas, SHRM-SCP | Lead HR Services Partner**
*Alera ConnectHR*
4733 Tacoma Mall Boulevard, Suite 200 Tacoma, WA, 98409
D: 253.358.9569 | O: 253.272.2711 | M: 253.358.9569
www.alerachr.com | https://www.linkedin.com/in/allyson-thomas/
*For all COVID-19 updates please go here.*

Benefit Advisors Network **(BAN) ® Smart Partner Firm**

The information in this message is intended only for the recipient(s) named above.  The message may contain information that is private and protected under Federal or State law, or otherwise exempt from disclosure. If you are not the intended recipient, you are prohibited from retaining, copying, or making any further disclosure, dissemination or distribution of this information.  If you have received this message in error, please alert the sender by telephone, and permanently delete the message and any attachments.  The information contained in this e-mail is not intended, and should not be construed in any way, to be legal advice. Please consult appropriate counsel before making any decisions or taking action.