# EXHIBIT 26

| | |
|---|---|
| **To:** | Chris Hicks |
| **Subject:** | RE: Private and Confidential - Follow-up, outcomes re: investigation |
| **Attachments:** | EAP Employee Flyer_exp0220.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Chris, Thank you for your call today. Please see my responses embedded next to your questions below. I have also attached the EAP brochure that I mentioned. This can be a great resource to consult for guidance, coaching, etc., on a variety of issues, including managing difficult conversations.

Best regards,
Allyson



**Allyson Thomas, SHRM-SCP | Lead HR Services Partner**
*Alera ConnectHR*
4733 Tacoma Mall Boulevard, Suite 200 Tacoma, WA, 98409
D: 253.358.9569 | O: 253.272.2711 | M: 253.358.9569
www.alerachr.com | https://www.linkedin.com/in/allyson-thomas/
*For all COVID-19 updates please go here.*

Benefit Advisors Network **(BAN) ® Smart Partner Firm**

*The information in this message is intended only for the recipient(s) named above. The message may contain information that is private and protected under Federal or State law, or otherwise exempt from disclosure. If you are not the intended recipient, you are prohibited from retaining, copying, or making any further disclosure, dissemination or distribution of this information. If you have received this message in error, please alert the sender by telephone, and permanently delete the message and any attachments. The information contained in this e-mail is not intended, and should not be construed in any way, to be legal advice. Please consult appropriate counsel before making any decisions or taking action.*

**From:** Chris Hicks <chicks@komankc.com>
**Sent:** Tuesday, March 31, 2020 12:57 PM
**To:** Allyson Thomas <allysont@alerachr.com>
**Subject:** RE: Private and Confidential - Follow-up, outcomes re: investigation

CAUTION: External Email.

Hello Allyson,

I appreciate you letting me know that the investigation has concluded. I also understand that privacy concerns might make it impossible to share all the details of that investigation. However, I'm afraid I am more confused now than when I made the initial complaint.

1

- What are my options as a subordinate when I encounter this type of behavior again? **While employees are encouraged to attempt professional and respectful resolution on their own as a first course of action, if you are unable to resolve and believe you have been subjected to inappropriate behavior or conduct, I would direct you to follow the course of action as described in the policy referenced in the second bullet above. As I also suggested during our phone call today, outreach to the company's EAP for further guidance on managing difficult conversations could be a further resource. A copy of the brochure for this benefit is attached.**

Essentially you have given me zero information or tools on how to correct the situation. Feel free to call if that might be an easier response.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

*KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company*

Please consider the environment before printing this e-mail.

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*

**From:** Allyson Thomas <allysont@alerachr.com>
**Sent:** Monday, March 30, 2020 3:47 PM
**To:** Chris Hicks <chicks@komankc.com>
**Subject:** Private and Confidential - Follow-up, outcomes re: investigation

| CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |
|---|

Hello Chris, Thank you for your patience as I worked thru investigating the matter that you brought to KOMAN Construction's attention. I have finished the investigation and include a letter to conclude the matter. I would ask that you read carefully thru the letter, and invite you to call me at the number listed below should you have further questions.

Best regards,
Allyson Thomas

2

March 30, 2020

Chris Hicks                                      **CONFIDENTIAL**
Sr. Project Manager
KOMAN Construction

RE:  Investigation Outcomes

Dear Chris:

This letter summarizes the results of the investigation conducted by me on behalf of KOMAN Construction, into your allegations that Matthew Yates has acted inappropriately and/or violated company policy by creating a hostile and discriminatory work environment.

As we discussed, KOMAN Construction takes such allegations very seriously and is committed to maintaining an ethical workplace pursuant to our ethics policy. Employees are encouraged to bring concerns regarding potential violations to our attention at any time, without fear of retaliation.

In my capacity as an independent investigator, I have interviewed all the employees involved, including you and Matthew Yates, and our investigation is now complete.

Although privacy considerations limit our ability to share confidential information with you about other employees, I can tell you that the appropriate actions have been taken. I also can assure you that the company has committed to complying with their policy on non-retaliation. Should you believe you experience retaliation, or other potential violation of the company's ethics policy, I urge you to follow the reporting protocols as outlined in that policy.

Thank you again for bringing this matter to the company's attention.

Sincerely,

*[signature]*

Allyson Thomas, Lead HR Services Partner

cc: file

3000 A Street | Ste 400 | Anchorage, AK 99503
4733 Tacoma Mall Blvd. | Ste 200 | Tacoma, WA 98409
wilsonalbers.com | alerachr.com

Advisory Services through Alera Investment Advisors, LLC. Securities offered throu Triad Advisors, LLC, Member FINRA/SIPC. Alera Group, Inc. Alera Investment Advis LLC and Wilson Albers are not affiliated with Triad Advisors, LLC.