# EXHIBIT 29

**Chris Hicks**

**From:** Deena Hardin
**Sent:** Monday, April 6, 2020 7:23 PM
**To:** Chris Hicks
**Subject:** FYI- PIP and Job Description
**Attachments:** Performance Improvement Plan Chris Hicks Final.docx; KC - Sr Project Manager Job Description.docx

Chris,

So sorry this is late.   A Bit of a crazy day.

Please add your comments, sign and return.

Please discuss any questions with Tom.

Thank you,

*Deena Hardin*
*Human Resources*



Headquarters
KOMAN Construction, LLC.
1490 S Price Rd Ste 211
Chandler AZ 85286
C: 602-799-9919
www.komankc.com

*Please consider the environment before printing this e-mail.*

*This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.*

1

# KOMAN Construction
## Performance Improvement Plan

| Employee Name: | Chris Hicks | | |
|---|---|---|---|
| Job Title: | Senior Project Manager | | |
| Manager Name: | Thomas Berrett | | |
| Location: | Tyndall AFB | Date Prepared: | 2 APR 20 |

| Performance Deficiency: | ☐ Attendance    X☐ Job Performance    ☐ Other |
|---|---|
| *Provide a detailed description of the incident(s) or performance that is deemed to be deficient. Include dates, times, places, witness or any other information that would support the alleged deficiency. Attach to this document any material that is relevant to this plan.* | |
| Failed to provide sufficient oversight and management to subordinates managing the Tyndall AFB ABM school project. The project suffered due to a lack of an approved schedule and the site management staff not being instructed or tasked properly to carry out their duties. The project manager was not given access to RMS until almost two months after his employment date. Superiors were told multiple times that this project would be started late January and then late February and on multiple occasions was told to get his personnel onsite and get the job going which did not happen. | |
| Key submittals were late, and dates were missed or were reported completed when in fact they were not. The field staff lacked clear direction on what they were to accomplish, and on several occasions, executive management was told they have no idea what the field staff were doing. This project has not billed due to the failures of managing the scheduler and KOMAN field staff. This was brought up at the end of February and was told that as soon as the schedule is approved which would have been soon that it would be billed in March. The schedule is still not approved as of this day. | |
| The Senior Project Manager is 100% responsible keeping the project on track and communication with his staff for that to occur. | |

| Action Required to Correct the Deficiency: | | |
|---|---|---|
| Action | Action Required to Correct the Deficiency | Timeframe to Correct the Deficiency |
| 1. | Removal from Tyndall AFB project. | ☐ Immediately<br><br>☐ Within ____ days |
| 2. | Concentrate on Belle Chase, Jacksonville, NOAA (bidding) & JBAB. Take a step back and focus on these projects and rebuild the foundation of management skills. Not over burdening with too many projects or an overly complex project.<br><br>You will be required to have a weekly status call for all project updates with your direct supervisors.<br><br>You will also be reviewed on your assigned projects on a 30, 60 and 90 day basis.<br><br>At any time if you are not following policy guidelines for your position and the requirements of the assigned projects you will receive your | ☐ Immediately<br><br>☐ Within ____ days |

| | last and final warning. Continued substandard job performance will result in termination. | |
|---|---|---|
| 3. | | ☐ Immediately<br>☐ Within _____ days |
| 4. | | ☐ Immediately<br>☐ Within _____ days |
| 5. | | ☐ Immediately<br>☐ Within _____ days |

2

| Consequences if Deficiency is not Corrected: | |
|---|---|
| [x] | Further disciplinary action, up to and including termination of employment |
| [ ] | Immediate termination of employment |
| [ ] | Other: |

**Follow Up:** [ ] None Required  [X] Weekly  [ ] Monthly  [ ] Other: _____

| Date | Follow Up / Further Action to be Taken | Deficiency Resolved? |
|---|---|---|
| | | [ ] Yes [ ] No |
| | | [ ] Yes [ ] No |
| | | [ ] Yes [ ] No |
| | | [ ] Yes [ ] No |

**Employee Comments:**
Provide any comments you wish to make in response to this Performance Improvement Plan below. You may attach any documentation you feel is relevant to this matter.

| P.I.P. Delivered by: | Tom Barrett | Date: | 4- 6-2020 |
|---|---|---|---|
| Witnessed By: | Deena Hardin | | |

**Employee Acknowledgement:**
Your signature is an acknowledgement that you received this Performance Improvement Plan. It does not necessarily mean that you agree with the allegations or information included.

3



# SENIOR PROJECT MANAGER

KOMAN Construction, LLC

**Location:** To Be Determined
**FLSA Classification:** Exempt

**Supervisor:** Construction Executive
**Direct Reports:** None at this time

**Purpose:**

KOMAN Construction, LLC is looking for a Senior Project Manager to plan and oversee management of construction projects. The ideal candidate will harbor a passion for construction and devote his or her creativity to our projects. The Senior Project Manager's job is to oversee each project from conception to the finished structure, interfacing with both construction professionals and the client, and ensuring that projects are completed within time and budgetary constraints.

**Essential Functions:**

- Manages the Quality Control (QC) Program for project: how to create the site-specific QC plan, keep the QC plan updated, conduct and document the 3-phase inspection program, utilize the deficiency log to create a 0-punch list project, perform the pre-final and final inspections in a timely manner, complete punch list items in a timely manner
- Identifies and resolves problems and conflicts early by utilizing specific controls established in the QCP
- Maintains a sense of urgency
- Manages subcontractors and coordinates subcontractor work to ensure the project schedule is met
- Understands construction sequencing: can conceptually build the project in its entirety and then execute the plan
- Knows when, with whom, and how to best communicate
- Understands government documentation requirements
- Ensures all work is installed per the work plan document and that quality is met by utilizing the QCP
- Maintains proper use of the deficiency log by performing timely inspections and using the deficiency log in order to have a 0-punch list project
- Maintains all safety policies: reads and understands the Accident Prevention Plan and executes the plan to include all documentation, has a working knowledge of the Corps of Engineer safety manual/requirements, knows and understands infection control standards and methods
- Effectively conducts owners' meeting to ensure there is a complete understanding of the project and stated goals as well as any current issues or outstanding questions
- Distributes agenda stating issues and objectives of meetings, issued in enough time to ensure a productive meeting, then produces the minutes of those meetings and distributes them to all stakeholders
- Stays abreast of changes in the industry and shares innovation with other departments and divisions
- Understands when and how to delegate responsibility and works to develop those skills in his project managers
- Serves as a mentor and teacher to direct reports to assist in career development
- Understands the skills and limitations of direct reports and works to close any gaps that are present

- Clearly defines and articulates expectations to the rest of the team/stakeholders
- Knows and understand his or her audience and their needs/requirements
- Focuses on the facility, but understand the big picture of how they ultimately represent the company
- Works independently and is equipped to make decisions that resolve issues while understanding when to ask for assistance from those with more knowledge or experience
- Understands the abilities and/or the limitations of themselves and those who work for them
- Prepares pay requisition to the customer and then prepares and sends the subcontractors invoices to accounting
- Prepares budgets and understands the company budget process and cash projections
- Maintains a positive cash flow while ensuring all subcontractors are paid in compliance with the Prompt Pay Act
- Understands all aspects of the bidding process and how to manage the efforts of everyone on the bid team, as the bid proposal captain, to ensure a quality proposal is submitted on time
- Writes and executes subcontracts and the scope of work, including construction change orders both up-stream and down-stream, as required
- Ensures all projects are completed on schedule
- Understands and can develop project managers and other staff on the proper preparation and use of a project schedule.
- Knows how to create a cost loaded schedule with complete understanding of the critical path
- Has the ability to both develop project schedules themselves and work with professional schedulers when required
- Manages the QC and Safety program
- Develops monthly progress reports to the customer and develops monthly risk reports
- Manages the submittal process
- Proactively manages risk
- Understands LEEDS and is capable of implementing the LEED requirements
- Has the ability to bid, buy, and build
- Recognizes abilities and opportunities
- Defines goals and objectives
- Identifies, applies, and manages resources
- Champions the causes of the team
- Serves as a sounding board up stream and down stream
- Manages all projects under their responsibility for compliance, both contractually and financially
- Builds relationships with customers to facilitate more opportunities
- Builds relationships with subcontractors to ensure a cache of vendors eager to work with our firm
- Achieves revenue goals by knowing the financial status of their projects and controls budgets through controlling cost and buy-out to meet the profit projections
- Ensures proper cash flow is maintained on all projects managed
- Correctly procures, runs, and closes out multiple projects, fulfilling all contractual requirements efficiently
- Accurately forecasts where their job is going to be financially, monthly and quarterly
- Manages A/E contractors and uses that ability to manage the A/E firm assigned to projects through constant interaction and monitoring throughout the life of the project

**Education:**

Bachelor's degree in a technical or business field (or equivalent experience) is required.

**Experience:**

A minimum of seven years' experience is required. Ten years' experience can be substituted in lieu of a degree. In some instances, the contract will define what a Senior Project Manager's qualification requirements are. Although an employee may be considered a SPM for KOMAN Construction, Inc, but only qualifies as a Project Manager or Superintendent on a specific contract.

**Knowledge, Skills, and Abilities:**

- Analytical Skills: must be skilled at planning for large-scale, multi-step projects and be capable of defining roles and responsibilities
- Decision Making: must be able to make frequent decisions, such as choosing subcontractors, materials, schedules, and more
- Management Skills: must lead their team, and keep them motivated and focused on the job
- Communication: writing and speaking skills are needed when communicating with employees, writing proposals, working with subcontractors, procuring materials, and dealing with clients
- Technical Skills: must understand construction methodologies, blueprints, government contracts, and other aspects of construction
- Computer Skills: must understand and be able to work with MS Office, MS Projects, Viewpoint, AutoCAD Reader, and other miscellaneous software that may be contractually required
- Time-Management Skills: deadlines are crucial in construction, so making sure that everything is on time and moving smoothly is a critical part of the job

**Supervisory Responsibilities:**

This position has no immediate supervisory responsibilities.

**Work Environment and Physical Requirements:**

The work environment and physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to talk or hear. The employee is frequently required, sometimes for extended periods, to walk, stand, or sit. This role routinely uses standard office equipment such as computers, phones, photocopiers, filing cabinets, and fax machines. The employee is occasionally required to climb ladders or stairs; use hands to type, finger, handle, or feel; reach with hands and arms; balance, stoop, kneel, crouch, or crawl; and get in and out of vehicles. The employee must occasionally lift and/or move small or large objects up to 50 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, depth perception, and ability to adjust focus.

The work environment and worksites may include construction sites, job site trailers, offices, or other locations. Noise level is generally moderate to high. Requires work boots, safety goggles and hard hat. While performing the duties of this Job, the employee is frequently exposed to outside weather conditions and occasionally exposed to moving mechanical parts and high, precarious places. Typical hours are Monday through Friday, 7:00 AM to 4:00 PM, however hours can fluctuate depending on project needs to include evenings, nights, and weekends. Local travel to construction worksites may be required.

**EEO/AAP Statement:**

It is the company's policy to select, place, train and promote the most qualified individuals based upon relevant factors such as work quality, attitude, and experience, so as to provide Equal Employment Opportunity for all

employees in compliance with applicable local, state and federal laws and without regard to non-work related factors such as race, color, religion/creed, sex, national origin, age, disability, marital status, veteran status, pregnancy, sexual orientation, gender identity, or other protected status. When applicable, the company's policy of non-discrimination applies to all terms and conditions of employment, including but not limited to, recruiting, hiring, training, transfer, promotion, placement, layoff, compensation, termination, reduction in force, and benefits. It is the company's business philosophy and practice to provide reasonable accommodation, according to applicable state and federal laws, to all qualified individuals with physical or mental disabilities.

**Additional Job Duties:**

This job description is intended to describe the general content and requirements for performance of this job. It is not intended to be an exhaustive list of all job duties, responsibilities and requirements. Others duties may be assigned and the company reserves the right to modify, interpret, and apply the job description as necessary. This job description is not a contract for employment.