# EXHIBIT 30

# Chris Hicks

**From:** Chris Hicks
**Sent:** Monday, April 6, 2020 10:10 PM
**To:** James Erickson
**Subject:** RE: Good talking to you

Jim,

I appreciate that you took the time to give me a call. Now that we have spoken I understand your reasons for a delayed response. It must be difficult to be difficult to attempt to remain unbiased and not discuss the matter with either the accuser or the accused. I appreciate your efforts.

Again, as we discussed earlier, I have to respectfully disagree with the determination of the investigation. I explained, at length, to Allyson Thomas some of my concerns which include the following;

    1. I, and many others, have heard Matthew Yates tease Abraham Casillas (a former employee) for his Hispanic/Latino heritage
    2. I, and many others, have heard Matthew Yates tease Zigmund Peacock for his affiliation with the Church of Jesus Christ of Latter Day Saints
    3. Matthew has made derogatory remarks to me about my heritage as a Native American in the presence of others

I did not express this concern to Allyson Thomas, but I distinctly remember both Matthew Yates laughing about getting sent back to HR sensitivity training during one of our senior management meetings. I don't understand how any reasonable person can hear these claims, find out the claims are true, and then suggest that the environment is not discriminatory. Matthew Yates prides himself on being an "asshole" and has expressed that to me on a number of occasions. I have no ill will toward Matthew Yates of any kind but this should not be tolerated. After being armed with this information, and talking with the individuals, how could any reasonable person determine that discrimination doesn't exist in KOMAN Construction? Of course, it would require the investigator to interview the persons mentioned and that they tell the truth. The hostile part is already well known and requires no explanation.

I was a paid consultant to KOMAN before Matthew Yates was even hired and got a project "set-aside" for the KOMAN-Kirlin Joint Venture within months. I have had nothing but good reviews for the entire time I have worked with KOMAN. Regardless, the day after my complaint investigation was complete I was removed from my largest project. The next business day I was written up for poor performance. Again, I believe that is clearly retaliation and believe I am on the "chopping block".

I hope that you are simply operating from a perspective of limited and false information. I have been given the opportunity to comment on my Performance Improvement Plan issued today. I intend to use personal time gathering the plethora of information required to properly address the false accusations in the PIP. I will explain the actions that I attempted to correct the situation at Tyndall, the requests I made from many in Chandler, the unusual standards to which I was held, and the complete lack of cooperation from the ground project management staff and provide it all in my response. I will send you a hard copy, on my own dime, and hope that you take the time to read some of it.

KOMAN Construction has been very financially successful in the past and the future is looking good. I like to think I had at least some small part to play in that success. I have managed a 500 million dollar project, involving multiple federal and state agencies, in which state and federal laws were re-written to accomplish the task. I am no stranger to complicated projects and was told by Matthew Yates that I was the only person in the company with the experience to pull off the FFT project in San Diego. However, I am far from perfect and am always anxious to learn more. I make

mistakes and will probably do so again but nothing that rises to the level of failures being levied. I look forward to seeing the training path forward from Tom and Robbie and hope you are right about their intentions for me.

Please excuse my length of my response. I am ridiculously loquacious and could certainly benefit from some training in brevity! Have a good week.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** James Erickson <jerickson@komanholdings.com>
**Sent:** Monday, April 6, 2020 8:43 PM
**To:** Chris Hicks <chicks@komankc.com>
**Subject:** Good talking to you

Chris:

Good talking to you earlier. As I stated on the phone, I take these matters very seriously. For that reason, and in the interest of ensuring an objective investigation I hired an HR consultant from Alera to investigate your allegations and complaint. Allison Thomas is based in Alera's Tacoma office, and has not previously worked with NOK or KOMAN. As you know, the investigation was completed and it was determined that discrimination did not occur. That does not mean we are ignoring your other concerns.

With regard to the operational decision to reassign you, there is no indication that had anything to do with your complaint. I have heard nothing from KC management to indicate anything but a desire to see you succeed. There are some skills that you need to develop to be successful in larger projects. In the upcoming weeks, Tom and Robbie will have a plan to work with you on these skills.

Best,

Jim

James K. Erickson
President and CEO, Natives of Kodiak, Inc.,
KOMAN Holdings, LLC, KOMAN, Inc.
2700 Gambell, Suite 401, Anchorage, AK 99503
(907)569-9131 (Office)
(907)223-4840 (Mobile)
(907)569-9139 (Fax)

Email – jerickson@nativesofkodiak.com or jerickson@komanholdings.com



Natives Of Kodiak



This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited