# EXHIBIT 31

**Chris Hicks**

| | |
|---|---|
| From: | Chris Mackie - NOAA Federal <chris.mackie@noaa.gov> |
| Sent: | Wednesday, June 10, 2020 12:32 PM |
| To: | Chris Hicks |
| Cc: | Chris Mackie - NOAA Federal |
| Subject: | Re: AOML Hurricane Repairs |
| Attachments: | KOMAN Proposal 1305M420RNAAJ0001 Final.pdf; 1305M420RNAAJ0001.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Chris,

After careful review of the attached proposal, the Government will require KOMAN to submit pricing per section B of the RFP. Please revise and submit NLT 6/12.

Thank you in advance.

Chris

On Wed, Jun 10, 2020 at 10:09 AM Chris Hicks <chicks@komankc.com> wrote:

Chris,

Hope you are doing well. I wanted to drop you a line to give you the opportunity to ask questions regarding the CLIN pricing on the proposal. I know that I did not price it according to the CLIN schedule because, based on our conversations at the Pre-Con and elsewhere, I didn't feel like I could present a reasonable and comprehendible cost picture with that CLIN structure.

I will be happy to adjust the pricing structure or send you the live files if they are needed for you evaluation. Thank you again for the opportunity.

Christopher Hicks

Senior Project Manager



1

KOMAN Construction, LLC

1490 S Price Rd Ste 211

Chandler AZ 85286

Mobile (812) 893-8316

chicks@komankc.com

www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

--

**Chris Mackie**
**Contracting Officer**
Corporate Services Branch
Strategic Sourcing Acquisition Division
NOAA Acquisition and Grants Office
301-628-1361 (office)
Chris.Mackie@noaa.gov

Please tell us how we are doing by visiting: https://www.surveymonkey.com/r/37GVL3B
 and selecting "
Strategic Sourcing Acquisition Division",
 as your AGO Servicing Office.  We would appreciate your feedback!

**FEDERAL GOVERNMENT NOTICE:** This e-mail message is intended only for the named recipients. It contains information that may be procurement sensitive, confidential, privileged, or otherwise exempt from disclosure under applicable law.  If you have received this message in error and are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify the sender immediately that you have received this message in error then delete the message unread, do not save, copy, forward or print the message or any attachments thereto.