# EXHIBIT 32

# Chris Hicks

| | |
|---|---|
| **From:** | Walter "Tom" Berrett |
| **Sent:** | Monday, June 22, 2020 9:16 AM |
| **To:** | Chris Hicks; Deena Hardin |
| **Subject:** | Re: Demotion Questions |

Correct in all.

Get Outlook for iOS

---

**From:** Chris Hicks <chicks@komankc.com>
**Sent:** Monday, June 22, 2020 10:14:54 AM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>; Deena Hardin <DHardin@komankc.com>
**Subject:** Demotion Questions

Tom/Deena,

I am making some assumptions that would go along with being demoted back to Project Manager.

1. I am currently only responsible for NAS Jacksonville project and the NOAA Miami project and no other projects.
2. I am only responsible for the employees that are directly working on the NAS Jacksonville and Miami NOAA projects. There are no other employees assigned to these projects as of 6/22/20.
2. I will continue to report to Tom Berrett until I am told otherwise.
3. There is no change in pay or benefits.

Please let me know if any of my assumptions are incorrect.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.