# EXHIBIT 33

# Chris Hicks

| | |
|---|---|
| From: | Chris Hicks |
| Sent: | Tuesday, August 25, 2020 6:55 PM |
| To: | Tania Gates - NOAA Federal |
| Cc: | Randolph Ghertler - NOAA Federal; Walter "Tom" Berrett |
| Subject: | FW: KOMAN Proposal for 1305M420RNAAJ001 |
| Attachments: | KOMAN Proposal 1305M420RNAAJ0001 Final.pdf |

Ms. Gates,

I am forwarding the original email and proposal that was sent to Chris Mackie. I spoke with Mr. Mackie on several occasions regarding the complexity of the RFP and subsequent proposal. Mr. Mackie instructed us, after the original proposal, to submit a revised proposal that priced each CLIN as a potentially "stand alone" contract. This request drove the cost up considerably and made things very difficult to analyze.

The original proposal, included in this communication, includes all of the base CLIN's in the base price but also includes pricing for each of the option CLIN's for reference. These optional CLIN's are not reflected in the base price on the proposal. Feel free to call or contact with additional questions as it was difficult to communicate pricing in a way that can be easily understood. For instance, there are three separate CLIN's that include various levels of roofing work. Things get complex should NOAA decide to exercise the one of the optional roofing CLIN's instead of simply the base roofing CLIN.

Thank you for the opportunity to provide this proposal and we look forward to working with you. Please don't hesitate to call for clarification.

Christopher Hicks
Senior Project Manager



KOMAN Construction, LLC
1490 S Price Rd Ste 211
Chandler AZ 85286
Mobile (812) 893-8316
chicks@komankc.com
www.komankc.com

**KOMAN Construction is a Certified 8(a), SDB, Alaska Native Company**

Please consider the environment before printing this e-mail.

This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.

**From:** Katherine Roberts <kroberts@komankc.com>
**Sent:** Friday, June 5, 2020 11:54 AM
**To:** Chris Mackie - NOAA Federal <chris.mackie@noaa.gov>

1

**Cc:** Walter "Tom" Berrett <tberrett@komankc.com>; Chris Hicks <chicks@komankc.com>
**Subject:** KOMAN Proposal for 1305M420RNAAJ001

Good Afternoon Chris,

Attached please find KOMAN Construction LLC.'s proposal for Solicitation # 1305M420RNAAJ0001 "Hurricane Repairs at AOML Miami." We are pleased to be able to present this to you today and look forward to working with you to support this requirement.

If you have any questions or would like clarification on any point, please do not hesitate to contact us.

Thank you for your time and attention to this matter.

Have an excellent weekend!

Respectfully,

Katherine Roberts
Special Project Manager



KOMAN Construction, LLC.
1490 S. Price Road Suite 211
Chandler AZ 85286
(630) 915-7804
kroberts@komankc.com

This email is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication, or use of this information for any purpose is prohibited.
🌳 Please consider the environment before printing this email. 🌳

2