# EXHIBIT 34

| | |
|---|---|
| **From:** | Walter "Tom" Berrett |
| **To:** | Chris Hicks |
| **Subject:** | Re: NOAA |
| **Date:** | Monday, September 21, 2020 5:22:34 PM |

We are going to hire Richard Lennon.  That way I have two professionals on the project and I know with you on lead we will get more work there.

Get Outlook for iOS

**From:** Chris Hicks <chicks@komankc.com>
**Sent:** Monday, September 21, 2020 6:11:50 PM
**To:** Walter "Tom" Berrett <tberrett@komankc.com>
**Subject:** Re: NOAA

Thanks Tom. I appreciate that.
Have you decided on my partner in crime?

Sent from my iPhone

> On Sep 21, 2020, at 4:57 PM, Walter "Tom" Berrett <tberrett@komankc.com> wrote:
>
>
> Chris:
>
> I can't thank you enough for everything you have done to get to this award. This is really all you. I know you are going to hit a homerun on it.
>
> *Walter T. Berrett, Jr*
> *Executive Program Manager*
> <image001.png>
>
> **KOMAN Construction, LLC.**
> **Headquarters**
> **1490 S Price Rd. Ste 211**
> **Chandler AZ 85286**
> **C: 304-703-1140**
> tberrett@komankc.com
> www.komankc.com
>
> *KOMAN Construction, LLC. is a Certified 8(a), SDB, Alaska Native Company*
>
> Please consider the environment before printing this e-mail.
> This e-mail is confidential. If you are not the addressee or an authorized recipient of this message, any distribution, copying, publication or use of this information for any purpose is prohibited.