IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ex rel. ANGELA GOMEZ and CHRISTOPHER HICKS | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-20-CV-0252-KC *SEALED* |
| KOMAN CONSTRUCTION, LLC, KOMAN ADVANTAGE, LLC, KOMAN HOLDINGS, LLC, NATIVES OF KODIAK, INC., STORMWATER PLANS, LLC DBA SWP CONTRACTING & PAVING, L&J CONTRACTORS, INC., BFL CONSTRUCTION CO., INC., HARRISON, WALKER and HARPER, LP, BOXX MODULAR, INC., and DONLEY CONSTRUCTION, INC. | § § § § § § § § § § § § § | FILED UNDER SEAL AND IN CAMERA |
| Defendants. | § | |

**NOTICE OF THE UNITED STATES THAT
IT IS NOT INTERVENING AT THIS TIME**

In its last Order, dated January 2, 2024, the Court ordered that the United States notify the Court of its intervention decision on or before January 10, 2024. The Government's investigation has not been completed and, accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relators or the defendants propose that

this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests only that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. In accordance with the Court's January 2, 2024, order, the United States will file contemporaneously a motion to maintain the seal with respect to documents filed prior to this notice, setting forth more particularly the reasons for its request.

A proposed order accompanies this notice.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        JAIME E. ESPARZA
        United States Attorney

        EDUARDO R. CASTILLO
        Assistant United States Attorney
        Texas State Bar No. 03984803
        700 E. San Antonio, Ste. 200

                                                            El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-3490
E-mail: eddie.castillo@usdoj.gov

*/s/ Ashley N. Bailey*
JAMIE ANN YAVELBERG
MICHAL TINGLE
ASHLEY N. BAILEY
Attorneys, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Office:  (202) 353-8297
Facsimile:  (202) 514-7361
Email:  ashley.n.bailey@usdoj.gov

Dated: January 10, 2024                                    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that, on January 10, 2024, I caused the forgoing document, along with a proposed order, to be served via United States Postal Service, on relators' counsel at the following addresses:

David Berg
Berg & Androphy
3704 Travis Street
Houston, Texas 77002

Rachel Geman
Nimish Desai
250 Hudson Street, 8th Floor
New York, NY
10013-1413
Lief Cabraser

*Attorneys for Relator*

                                          */s/ Ashley N. Bailey*
                                          ASHLEY N. BAILEY
                                          Senior Trial Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, <br> ex rel. ANGELA GOMEZ and <br> CHRISTOPHER HICKS <br><br> Plaintiffs, <br><br> v. <br><br> KOMAN CONSTRUCTION, LLC, <br> KOMAN ADVANTAGE, LLC, <br> KOMAN HOLDINGS, LLC, <br> NATIVES OF KODIAK, INC., <br> STORMWATER PLANS, LLC DBA SWP <br> CONTRACTING & PAVING, <br> L&J CONTRACTORS, INC., <br> BFL CONSTRUCTION CO., INC., <br> HARRISON, WALKER and HARPER, LP, <br> BOXX MODULAR, INC., and <br> DONLEY CONSTRUCTION, INC. <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | EP-20-CV-0252-KC <br> *SEALED* <br><br> FILED UNDER SEAL <br> AND IN CAMERA |

## [PROPOSED] ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States; and that

7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SIGNED AND ENTERED this ___ day of _____, 2024 at El Paso, Texas.

_____
**THE HONORABLE KATHLEEN CARDONE**
UNITED STATES DISTRICT JUDGE